IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, by and Through her mother and next Friend, Gail Tatum, | |
| PLAINTIFF | |
| vs. | Case No. 2:06-cv-00083-WKW |
| TMA FOREST PRODUCTS GROUP, etc., et al., | |
| DEFENDANTS | |

## NOTICE OF APPEARANCE

Come now Dennis R. Bailey and R. Austin Huffaker and enter their appearance as additional counsel for the Defendants in the above-styled action. The undersigned would request that copies of all pleadings, notices, etc., be served upon him.

/s/ Dennis R. Bailey_____
Dennis R. Bailey (4845-I71D)
R. Austin Huffaker
Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 28th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

H. Thomas Wells, Jr.

John A. Earnhardt

                /s/ Dennis R. Bailey_____
                Of counsel