**CT** CORPORATION

RECEIVED

2006 MAR -2 A 9: 50

**COPY**

February 07, 2006

W. EasonMitchell
The Colom Law Firm,
PO Box 866,
Columbus, MS  39703

Re:  Melanie Chambers, et al., Pltfs. vs. TMA Forest Products Group, et al., Dfts.
Case No.  2:06 CV 83 WKW

Dear Sir/Madam:

We are herewith returning the Summons, Complaint which we received regarding the above captioned matter.

TMA Forest Products Group is not listed on our records or on the records of the State of AL.

Very truly yours,

Connie Tinsley

Log# 510909937

CERTIFIED MAIL 70033110000282959075

cc: Covington County Circuit Court
    Courthouse,
    Court Square,
    Andalusia, AL  36420

cc: New York SOP Support

FILED IN OFFICE

FEB X 0 2006

CLERK

2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
Tel. 334 387 7680
Fax 334 387 7682

A WoltersKluwer Company

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (Northern Division)__

MELANIE CHAMBERS, Who Sues By and
Through Her Mother and Next Friend, Gail Tatum

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv83-WKW

TO: (Name and address of Defendant)

TMA FOREST PRODUCTS GROUP
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         2-7-06

CLERK                                                       DATE

*Charlene Campbell*

(By) DEPUTY CLERK

TOP OF ENVELOPE
RETURN ADDRESS.
TTED. LINE
---

ED MAIL



7839 2549

TMA FOREST PRODUCTS GROUP
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL  36109