IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her Mother and Next of Friend Gail Tatum, ) ) ) Plaintiff, ) ) v. ) ) PACTIV CORPORATION and ) LOUISIANA-PACIFIC CORPORATION, ) ) Defendants. ) | CASE NO. 2:06-CV-83-WKW |

## **ORDER**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 18) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE