State of Alabama
County of Covington

# AFFIDAVIT

My name is Gail Tatum and I reside at 21295 Seminole Avenue, Lockhart, AL 36455. I am the mother of Melanie Chambers, deceased. Melanie has died since the filing of the complaint in this case. She was a minor child born on September 11, 1987.

Melanie died as the result of metastatic Ewings sarcoma, a bone cancer. Melanie was never employed in any industry, never made use of any industrial chemical compounds and was never employed by any of the defendants.

Melanie's father and I lived in the Florala/Lockhart area before her conception and birth. Melanie resided with me on Cherokee Street in Lockhart, Alabama, between approximately 1992 and 1995, and at 1609 Wood Avenue in Florala, Alabama, between approximately 1988 and 1992. Both of these residences are within 2/3 of a mile of the Louisiana-Pacific wood treatment facility in Lockhart. Melanie also attended school in the Florala/Lockhart area. The school was within a mile of Louisiana-Pacific wood treatment facility in Lockhart.

I have acted as next of friend for my daughter's claim for personal injuries and intend to bring an action under the Alabama Wrongful Death to Minors Act for Melanie's death.  It is my belief that Melanie's cancer is a result of exposure to chemicals that were released into the environment from the Louisiana-Pacific wood treatment facility near our home.  Neither Melanie nor I knew that the chemicals, which were released into the environment from the Louisiana-Pacific facility cause or promote cancer.

_____
GAIL TATUM

Sworn to and subscribed before me this  11  day of  April , 2006.

_____
NOTARY PUBLIC

My Commission Expires:  9-13-08

45332.wpd

State of Alabama

County of Covington

## AFFIDAVIT

I am RENEE CHAMBERS and I am the father of Melanie Chambers, deceased. I ~~live~~ work Rcc in Lockhart, Alabama.

I attended school in Lockhart, approximately one mile or less from the Lockhart wood treatment facility. Between 1976 and 1980 I attended Florala High School which was a few hundred yards from the facility. Between 1980 and 1983, I worked at a business less than one-half of a mile from the facility. Although I lived several miles from the facility, I was constantly exposed to the fumes and smoke from it because I grew up and lived in the same community.

I can remember in the late 1970's and early 1980's that the facility had a strong chemical odor, like a pesticide. It always smelled like creosote, but the pesticide odor was different. I can remember that when the wind would blow from the facility that there was a cloud like heavy smell that would even feel sort of prickly. The insecticide smell

that came from the mill was a burning or strong kind of smell and burned or stung the skin.

In 1983 I obtained work out of town, but did visit on occasion. I was injured in 1985 and was off work until after Melanie's birth, but there were occasions when I would be in Lockhart or Florala to be exposed to the mill vapor, although I lived about five miles out.

*Renee Chambers*
RENEE CHAMBERS

Sworn to and subscribed before me this 11 day of April, 2006.

*Wendy W. Allen*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45556.wpd

Page 2 of 2