State of Alabama
County of Covington

## AFFIDAVIT

My name is Connie Wayne Adams and I am 38 years of age. I reside at 21204 Rappahannock Street, Lockhart, Alabama 36455.

I went to work for Allied Waste, Inc. in September of 2004. Allied Waste, Inc. is the company that has the contract with the town of Lockhart to pick-up residential trash and garbage. I began as a probationary employee and became a full-time regular employee on January 31, 2005. My title is driver and pick-up/residential. I drive the garbage truck and participate in picking up and loading the trash.

I am familiar with the location of the former Louisiana-Pacific lumber mill wood treatment facility in Lockhart, Alabama. That wood treatment facility is serviced by the town of Lockhart and we pickup the garbage there. The mill has not been in operation since I have been a garbage collector and has a normal residential type of garbage receptacle. The garbage receptacle is approximately a 90-gallon container with wheels. It is brown in color with a black plastic lid. Louisiana-Pacific occasionally keeps their garbage container on the porch area near their office. They roll it out to the front gate for pick-up on a weekly basis. In the fall of 2004, the Louisiana-Pacific garbage container could not be rolled to the front gate for weeks at a time. The Louisiana-Pacific container would be rolled out for garbage pick-up only about once a month, even though we were available and went by the facility for garbage pick-up on a weekly basis, normally on Thursdays. This normally indicates to me that there is no garbage in the can to be picked up.

Beginning approximately in the middle of January 2005 until the first of February 2005, the Louisiana-Pacific garbage container was loaded with garbage and put out for us to pick-up for approximately three to four weeks in a row. During the above stated time period, the Louisiana-Pacific container held two to three boxes full of documents each week, along with plastic bags that appeared to be full of paper or other similar trash. This occurred for three to four weeks. After these three to four weeks, the Louisiana-Pacific facility returned to its normal pattern, which consisted of relatively zero, if any, garbage.

_____
CONNIE WAYNE ADAMS

Sworn to and subscribed before me this __10__ day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

Adams.wpd