IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 2:06CV83-WKW

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                              DEFENDANTS

## MOTION TO ALLOW AMENDED COMPLAINT

Come now the Plaintiff and move this Court to allow Plaintiff to amend Plaintiff's Complaint to make the following changes:

1,  To delete Count Nine (Spoliation) as a cause of action, but to return certain allegations in the general allegations.

2.  A copy of the proposed Amended Complaint is attached.

Respectfully submitted this 24th day of April, 2006.

                                        /s/ W. Eason Mitchell
                                        W. EASON MITCHELL (MIT020)
                                        The Colom Law Firm, LLC
                                        Post Office Box 866
                                        Columbus, MS 39703-0866
                                        Telephone: 662-327-0903
                                        Facsimile: 662-329-4832
                                        emitchell@colom.com

    /s/ Gregory A. Cade
GREGORY A. CADE (CAD010)
LEE GRESHAM, III (GRE054)
FRED R. DeLEON (DEL021)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on April 24, 2006, I electronically filed the foregoing *Motion to Allow Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.

    /s/ W. Eason Mitchell
W. Eason Mitchell

chambers - motion.wpd