**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: M.C. vs. TMA Forest Products Group, et al**
**Case Number: 2:06cv83-WKW**

**Pleading : #22- Motion to Amend/Correct**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 4/24/2006 with the incorrect proposed attachment attached to it.**

**The corrected pdf document is attached to this notice.**