IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her Mother and Next of Friend Gail Tatum, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-CV-83-WKW |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 20);

2. Motion to Allow Amended Complaint (Doc. # 22).

DONE this the 27th day of April, 2006.

                                           /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE