IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through here mother and next friend, GAIL TATUM,<br><br>      Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   **CASE NUMBER:**<br>)   **2:06-cv-83-WKW-CSC**<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    **COMES NOW** E. Bryan Nichols of the law firm of Maynard, Cooper & Gale, P.C. and hereby enters his appearance as counsel for Pactiv Corporation in the above-styled case and requests that copies of all future pleadings, notices and other case-related information be served upon him.

                                                        s/ E. Bryan Nichols
                                                        E. Bryan Nichols
                                                        Bar Number: NIC036

                                                        One of the Attorneys for Defendant
                                                        *Pactiv Corporation*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-mail: bnichols@maynardcooper.com

01332425.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

| | |
|---|---|
| Dennis R. Bailey | Erin O'Kane Scott |
| Robert A. Huffaker | The Powell Law Firm |
| R. Austin Huffaker | P.O. Box 969 |
| Rushton, Stakely, Johnston & Garrett | Andalusia, Alabama 36421 |
| P. O. Box 270 | |
| Montgomery, AL  36101 | |

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS  39703

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222

                                                                                    s/ E. Bryan Nichols
                                        E. Bryan Nichols
                                        1901 Sixth Avenue North
                                        Suite 2400
                                        Birmingham, Alabama 35203
                                        Telephone: (205) 254-1184
                                        Facsimile: (205) 254-1999
                                        E-mail: bnichols@maynardcooper.com
                                        Bar Number: NIC036

01332425.1