IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her Mother and Next of Friend Gail Tatum, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO. 2:06-CV-83-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #28) filed on May 11, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

                                /s/  W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE