

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
                              } ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ORLYN O. LOCKARD, III, State Bar No. 455377,** was duly admitted to practice in said Court on April 30, 2001, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 10th day of January, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: Luis Perez
Deputy Clerk

