**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

May 19, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: M.C. v. Pactiv Corporation, et al**
**Case Number: 2:06-cv-83-WKW**

**Pleading : #34  - Motion to Appear Pro Hac Vice**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was e-filed on 5/18/2006 with improper Certificates of Good Standing attached.**

**The proper Certificates of Good Standing from the United States District Court are attached to this notice.**