IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her Mother and Next of Friend Gail Tatum, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-83-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 34) filed on May 19, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE