**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS, JUDGE                            AT MONTGOMERY, ALABAMA

DATE COMMENCED MAY 23, 2006                          AT 4:00 A.M./P.M.

DATE COMPLETED MAY 23, 2006                          AT 4:50 A.M./P.M.

| | | |
|---|---|---|
| M.C. | ) | Civil Action No. |
| | ) | 2:06cv83-WKW |
| vs. | ) | |
| | ) | |
| PACTIV CORPORATION, ET AL. | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty. Gregory Andrews Cade | X | Atty. Douglas Arnold |
| Atty. William Eason Mitchell | X | Atty. Dennis Bailey |
| Atty. Robert Leslie Palmer | X | Atty. Laura Proctor |
| | X | Atty. Bernard Taylor |
| | X | Atty. Orlyn Lockard |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Deputy | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

STATUS CONFERENCE

| | |
|---|---|
| 4:00 | Status Conference commenced. Introduction of attorneys and review of parties; |
| | Court advised by counsel that these cases will have two defendants only - Pactiv Corporation and Louisiana-Pacific Corporation. |
| | Parties agree there are no distinctives other than damages; parties also agree that the agreed motion to dismiss will dispose of the motion to dismiss D&D Lumber Company and that the motion to dismiss includes the motion to strike and request for entry of default. |
| | Continuing conduct issues debated by both parties; Court advises parties they are allowed to amend the complaint to allege wrongful death claims. |
| | Parties advised by Court that cases will be consolidated for discovery purposes only and that Magistrate Judge Charles S. Coody will handle these issues; |
| | Orders to issue concerning pending motions; |
| 4:50 | Conference concluded. |