IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her Mother and Next of Friend Gail Tatum, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06-CV-83-WKW |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, ) ) ) | |
| Defendants. ) | |

**<u>ORDER</u>**

It is ORDERED that Defendants shall have until 5:00 p.m. on Friday, May 26, 2006, to inform the Court of any consolidation (for discovery only) issues not addressed at the May 23, 2006 status conference.

DONE this the 24th day of May, 2006.

                                          /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE