IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                    **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO. 2:06CV83-WKW**

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                           **DEFENDANTS**


REPORT TO COURT ON COMPLIANCE WITH
ORDER TO PROVIDE DEFENDANTS MEDICAL
RELEASES AND OTHER INFORMATION


The Plaintiff has complied with the Court's order by providing

Defendants with executed medical releases on a form provided by

Defendants, as well as the medical and employment information ordered,

to the best of the witnesses' recollection for all of the proposed witnesses.

Plaintiff has conferred with Defendants on timing as ordered by the

Court and the parties could not agree. Plaintiff requests that this Court

establish the dates that depositions will take place and that the Court place

reasonable time limits on the parties' examination. Plaintiff requests two

weeks notice of the date and will accept whatever dates and time limits

that the Court provides.

Respectfully submitted this 7th day of June, 2006.

 /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on June 7, 2006, I electronically filed the foregoing *Report to Court on Compliance with Order to Provide Defendants Medical Releases and Other Information* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> H. Thomas Wells, Jr., Esq.
> John A. Earnhardt, Esq.
> Dennis R. Bailey, Esq.
> R. Austin Huffaker, Esq.
> Edwin Bryan Nichols, Esq.
> Erin O'Kane Scott, Esq.
> John C. Berghoff, Jr, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

61516.wpd