IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MELANIE CHAMBERS,** Who Sues
By and Through Her Mother and
Next of Friend Gail Tatum, **PLAINTIFF**

VERSUS                                          CIVIL ACTION NO. 2:06CV83-WKW

**PACTIV CORPORATION** and
**LOUISIANA-PACIFIC CORPORATION,**       **DEFENDANTS**

### NOTICE OF PRODUCTION OF VIDEO CASSETTES
### TO COURT FOR *IN CAMERA* INSPECTION

Plaintiff has forwarded eight (8) original video cassettes to the Court in order to conform to the Court order for *in camera* inspection.

Plaintiff has also forwarded a DVD referred to as the "Florala Mediation CD," which contains summaries of most witness interviews.

Included with the tapes was a list of their titles for identification purposes.

Respectfully submitted this 6th day of July, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Production of Video Cassettes to Court for In Camera Inspection* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

    /w/ W. Eason Mitchell
    W. Eason Mitchell