IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv83-LES ) (LEAD CASE) |
| PACTIV CORPORATION, *et al*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court are the following motions to consolidate the following cases for discovery purposes:

*2:06cv83-LES, M.C. v. Pactiv Corp., et al.,* Doc. # 20

*2:06cv84-LES, Phillips v. Pactiv Corp., et al.,* Doc. # 20

*2:06cv85-LES, Thompson v. Pactiv Corp., et al.,* Doc. # 23

*2:06cv86-LES, Edwards v. Pactiv Corp., et al.,* Doc. # 22

*2:06cv186-LES, Madden v. Pactiv Corp., et al.,* Doc. # 19

*2:06cv187-LES, Davis v. Pactiv Corp., et al.,* Doc. # 21

*2:06cv188-LES, Douglas v. Pactiv Corp., et al.,* Doc. # 21

*2:06cv189-LES, Thompson v. Pactiv Corp., et al.,* Doc. # 18

*2:06cv190-LES, Kelley v. Pactiv Corp., et al.,* Doc. # 18

*2:06cv191-LES, Cravey v. Pactiv Corp., et al.,* Doc. # 21

Upon consideration of the motions, and for good cause, it is

ORDERED that the motions to consolidate be and are hereby GRANTED and the afore-referenced cases be and are hereby CONSOLIDATED for all pretrial proceedings governed by

FED.R.CIV.P. 26 through 37. It is further

ORDERED that 2:06cv83-LES be and is hereby DESIGNATED as LEAD case, and that all motions, documents and other papers relating to discovery in these cases shall be filed only in the lead case.

The Clerk of the Court is DIRECTED to docket and place a copy of this order in each case file referenced in this order.

Counsel are reminded of M.D. ALA. LR 5.1 which governs the nonfiling and filing of discovery materials in this district.

Done this 12th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE