IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend, Gail Tatum,                                    PLAINTIFF

VERSUS                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                            DEFENDANTS

MOTION TO AMENDED COMPLAINT, SUBSTITUTE
PARTIES AND CHANGE STYLE OF CASE

Comes now the Plaintiff and moves this Court to allow Plaintiff to amend Plaintiff's Complaint for the following reasons:

1. The minor child died on March 17, 2006, during the pendency of this action.

2. To allow substitution of parties and change the style of the case to reflect "*Gail Bedsole Tatum as Mother and Administratrix of the Estate of Melanie Chambers, a deceased minor child*" as the Plaintiff.

3. To change Count Three - Negligence Per Se, and allow Plaintiff to plead specific statutes and regulations violated.

4. A copy of the proposed Third Amended Complaint is attached hereto.

Respectfully submitted this 28th day of July, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on July 28, 2006, I electronically filed the foregoing *Motion to Allow Third Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas Sheppard Arnold, Esq.
>Dennis R. Bailey, Esq.
>John C. Berghoff, Jr., Esq.
>John A. Earnhardt, Esq.
>R. Austin Huffaker, Jr., Esq.
>Orlyn O. Lockard, III, Esq.
>Edwin Bryan Nichols, Esq.
>Laura Ellison Proctor, Esq.
>Erin O'Kane Scott, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.
>H. Thomas Wells, Jr., Esq.
>Bernard Taylor, Sr., Esq.

                                              /s/ W. Eason Mitchell
                                              W. Eason Mitchell

65955.wpd