IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CIVIL ACTION No. 2:06-cv-187-WKW

SHERRI L. DAVIS, et al.,

Plaintiff(s),

v.

TMA FOREST PRODUCTS GROUP, et al.,

Defendant(s).

DEPOSITION TESTIMONY OF:

DOROTHY DEVAUGHN

Commissioner:

Renny D. McNaughton

July 11, 2006

Andalusia, Alabama

EXHIBIT

A

(Whereupon, a short break was taken.)

BY MR. TAYLOR

Q We're obviously back on the record now after a short break. Ms. DeVaughn, I thank you for your patience with us. You indicated you went to the one meeting at the armory that Deborah invited you to. Have you attended any other public meetings?

A Yes.

Q Can you tell us about -- how many have you attended, public meetings about this issue, chemicals coming from the plant?

A As I recall, about three, I guess.

Q Three additional meetings to the one in the armory, so there have been four altogether?

A Yes.

Q Is that correct? Is that yes?

A Yeah.

Q Okay. But the one at the armory in October of, you think, maybe 2004, that

                                        was the first one?

A Right.

Q Okay. Can you tell us about the second one?

A It was at the armory, too. It was at the armory.

Q Can you tell us when?

A No. I can't recall when.

Q Don't recall when?

A Huh-uh.

Q Do you recall how long after the one in October, approximately, just to ballpark it, that the second meeting occurred?

A I don't -- I really don't know. I really can't recall.

Q Okay. At the second meeting, can you recall if anyone spoke to the group attending?

A Yes.

Q Approximately how many people attended the meeting? Don't know?

A Florala.

Q You think it was most of the people in Florala?

A Right.

Q All right. And the question I asked you and you were about to give me an answer was who spoke to the group at the meeting, Mr. Cade?

A Mr. Cade.

Q Do you recall what Mr. Cade had to say to the group of people attending the meeting?

A No.

Q Were you provided with any statements to sign at that time?

A No.

Q Did you meet personally with Mr. Cade or any other lawyer at that meeting?

A No.

Q Okay. Do you know who Deborah Reynolds is? Do you know Deborah Reynolds? Just wondering if -- do you know if the Deborah that you were referring to that

asked you to come to the first meeting, do you know if that was Deborah Reynolds?

A It might was.

Q Just don't know?

A I really don't know her last name.

Q All right. Okay. And I think I asked you this, but I may have been too specific. I think I asked you, do you recall what Mr. Cade had to say to the people attending the meeting, and I think you said you don't recall, correct?

A No.

Q Do you recall generally what the purpose for the meeting was?

A It was just concern about the mill, that's all.

Q Okay. And by "the mill," you're referring again to the --

A Lockhart.

Q -- Lockhart wood facility?

A Yes.

Q And I overtalked you that time

and I apologize. Is that correct though?

A Yes.

Q And then there was a third meeting?

A Yes.

Q Okay. Do you recall when that third meeting occurred?

A I don't recall.

Q Do you recall where?

A It was at the armory.

Q It was --

A It was at the armory.

Q Can I go back to the second meeting for just a second. How did you find out about the second meeting?

A I think we got a letter. I'm not for sure.

Q And the letter was from whom?

A The law firm, I think.

Q Okay.

A I'm thinking; not for sure.

Q All right. Did you keep a copy of that letter?

A Yes, I did.

Q Do you still have a copy of it, you think?

A Yes. But I don't have it with me.

Q Okay. Do you have it at home?

A Yes.

Q Would you be able to retrieve it if your lawyer asked you to give it to him?

A Yes.

Q Now up until the time of the second meeting, had you hired a lawyer to represent you in this lawsuit?

A No.

Q Okay. Now let's talk about the third meeting. How did you find out about that meeting?

A We got a letter.

Q Okay. The letter you received from -- that, you know, before the second meeting and the letter you received from before the third meeting, can you tell us what those letters said to you about -- I

D.D. misunderstood the question, I thought I was being ask if I had hired an attorney on my own. Out side of law firm Mr. Cade -

mean, what did they convey to you in regards to the meeting?

A It was just saying it would be another meeting and where it was going to be at. That was all.

Q Okay. Did you wonder before you -- once you received those letters, how the lawyers knew to send you a letter to ask you to come to the meeting?

A Well, I think everybody around there got those letters.

Q Okay. So you think it went to everyone in the community?

A Yes, everyone.

Q Okay. Do you recall signing a list or anything at any of the meetings where you put your name and your address and your phone number on the list?

A I think so. I'm not for sure. I'm not for sure.

Q All right. Do you recall what was discussed at the third meeting?

A The same thing. They just went

10.10. Everybody that had filled out the original paper work, that was turned back in to Deborah.

over the same thing.

Q And the same thing would have been?

A Concerning of the mill.

Q Concerns about the Lockhart facility?

A Right.

Q All right. After that meeting, that is, the third meeting, you don't recall when that meeting occurred, correct?

A No.

Q Okay. After that meeting, and it's the third meeting we're talking about, did you at that point hire a lawyer to represent you in regards to these concerns concerning the wood treatment facility?

A No.

Q All right. Did you have any discussions with -- that is -- let's talk about prior to the third meeting. Had you had any discussions with any lawyers about the concerns regarding the wood treatment facility, other than those discussions you

10.10 See corrections On page 56

had at the meetings?

A No.

Q Okay. Then there was a fourth meeting, correct?

A Yeah.

Q How long ago was that meeting?

A It haven't been too long. I don't remember what month, but it hadn't been too long.

Q Was it this year? This year is 2006.

A No, I don't think it was this year. I think it was last year.

Q Would it have been last winter or fall of last year, if you recall?

A It was the fall, I'm thinking.

Q Fall. Was it also at the armory hall?

A Yes.

Q And how did you find out about that meeting?

A By a letter.

Q Okay. Letter from the same

                                           lawyers?

A Yes.

Q Was the letter from Mr. Cade?

A Yeah.

Q And his law firm?

A Uh-huh.

Q Is that a yes?

A Yes.

Q And what did that letter tell you, if you recall?

A About it was going to be a meeting at the armory hall and what time --

Q Okay.

A -- it was going to be.

Q All right. Prior to the fourth meeting, had you ever seen any ads in any of the newspapers about the concerns concerning chemicals from the wood treatment facility?

A No.

Q Prior to receiving the fourth letter, had you hired any lawyers to represent you in regards to these concerns regarding the operation of the wood

                                        treatment facility?

A No.

Q All right. You went to the fourth meeting?

A Yes.

Q And I think we've already established that was at the armory hall also, correct?

A Yes.

Q All right. Do you recall who was at that meeting? Was this a meeting in regards to -- who attended? Was this a meeting with the whole community?

A The whole community was there.

Q Approximately how many people was there?

A Oh, I wouldn't know. It was the whole community.

Q You think a couple thousand or so?

A Not --

Q If you can't ballpark it, it's all right.

10.10 See correction On page 56

                                    A Not a couple.

Q Little over a thousand. You think it was that many people there?

A Might have been about 700 and something.

Q 700 people. That's a lot of folks. Do you recall who spoke to the group at that meeting? Is it Mr. Cade again?

A Yeah.

Q Did anyone else speak to the group, other than Mr. Cade?

A Yes.

MR. CADE: Mr. Mitchell?

Q Mr. Mitchell. Anyone else?

A That was all.

Q Do you recall what Mr. Cade or Mr. Mitchell said to the group?

A No. No, I don't.

Q Okay. But it was -- but you do recall it was issues in regards to --

A Right.

Q You have to let me finish the question. Issues regarding their concerns

regarding the wood treatment facility, correct?

A Yes.

Q Now that we've gone through these four meetings, do you recall if there were any other meetings with the entire community that you attended?

A No.

Q Now, hold on one second.

MR. CADE: I tell you what, let me take a quick little break, if that's okay with you guys.

MR. TAYLOR: Okay.

(Whereupon, a short break was taken.)

BY MR. TAYLOR

Q All right. Back on the record. Do you recall if any of the following individuals -- hold on a second -- if any of the following individuals attended any of these meetings, any of the four meetings? Okay I'm going to read off a list of names, okay?

A Okay.