7/13/2006  Cobb, Sandra

```
1        IN THE UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF ALABAMA

3               NORTHERN DIVISION

4

5     CIVIL ACTION No.  2:06-cv-187-WKW

6     SHERRI L. DAVIS, et al.,

7

8          Plaintiff(s),

9     v.

10    TMA FOREST PRODUCTS GROUP, et al.,

11

12          Defendant(s).

13

14            DEPOSITION TESTIMONY OF:

15                  SANDRA COBB

16

17    Commissioner:

18    Renny D. McNaughton

19    July 13, 2006

20    Andalusia, Alabama

21

22

23
```



1

7/13/2006  Cobb, Sandra

```
1       A    Yes, sir.
2       Q    Did you name those people?
3       A    The ones that I can remember
4  being there was Walt and Thomas Thornton and
5  Gwen and Joel GoMillion.
6       Q    And how many people in all do you
7  think were there at that first meeting?
8       A    Probably 100, 150.
9       Q    And were you there when the
10 meeting started?
11      A    Yes, sir.
12      Q    Describe for me what happened?
13      A    They were just describing the
14 proceeding that they were going to do
15 because of the studies they had done with
16 the toxins.
17      Q    And when you say "they," who are
18 you talking about?
19      A    Mr. Cade.
20      Q    Was Mr. Mitchell also there?
21      A    I can't remember if Eason was
22 there.  Might have been another gentleman.
23 Might have been Eason.
```

7/13/2006  Cobb, Sandra

1  Q    These guys are like Batman and
2  Robin; they were probably both there.
3       MR. CADE:  Quite a few more
4            probably.  No telling.
5  Q    Now what do you remember them
6  talking about when they were talking about
7  proceedings?
8  A    They were contemplating filing a
9  suit because of the studies they had done.
10 Q    And they indicated they had done
11 studies?
12 A    Well, that they had the studies
13 done.  I don't know that Mr. Cade would go
14 out and do the studies himself.
15 Q    Do you know what kind of studies
16 they were talking about?
17 A    I would assume soil samples,
18 sample of the water, and other stuff.  I
19 can't remember.
20 Q    Do you remember that they
21 specifically talked about soil samples?
22 A    No, sir, I don't remember that.
23 Q    Do you remember -- did they

7/13/2006  Cobb, Sandra

```
 1    actually talk about water samples, do you
 2    recall that?
 3         A    I don't remember.  I remember
 4    them saying that they were going to do
 5    studies, but I can't -- those were my words.
 6    I don't know.
 7         Q    Anything else you can remember
 8    about the present -- well, I don't want to
 9    say that -- did Mr. Cade make a
10    presentation?  Was he speaking?
11              MR. CADE:  Object to the form.
12              You can answer.
13         A    I don't remember a presentation.
14    I think at that first meeting he just
15    talked.  He didn't have any presentations,
16    that I can remember.
17         Q    And tell me what you remember him
18    saying about, you know, possibly filing a
19    lawsuit?
20         A    Basically that.
21         Q    Do you remember signing any
22    sheets or pieces of paper at that meeting?
23         A    Just a sign-in sheet.
```

```
1        Q    Only a sign-in sheet.  At that
2   first meeting, did you sign anything saying
3   that you were hiring Mr. Cade or
4   Mr. Mitchell as your lawyers?
5        A    Not at that first meeting.
6        Q    At that first meeting, did you
7   decide to hire them as your lawyers?
8        A    Yes, sir.
9        Q    Was there a time where you
10  actually signed something saying -- you were
11  basically saying you were hiring them?
12       A    Later on.  And, again, I can't
13  tell you when that was.
14       Q    It was sometime after that first
15  meeting?
16       A    Yes, sir.
17       Q    Did you go to another meeting
18  before you signed that piece of paper hiring
19  them?
20       A    I went to another meeting, but I
21  can't remember if I signed before or after.
22       Q    Okay.  Do you recall anybody
23  speaking at that first meeting, other than
```

```
 1   Mr. Cade?
 2        A    Outside of the dozens of rude
 3   people talking around me, no.
 4        Q    And you're just talking about
 5   talking during the presentation?
 6        A    Yes, sir.
 7        Q    Or whatever he was saying.  Okay.
 8   Did you get any kind of a handout at that
 9   meeting?
10        A    No, sir.
11        Q    How long did it last?  And I'm
12   talking about the first meeting at the
13   armory that you went to.
14        A    We didn't stay for the entire
15   meeting because my husband and I, we
16   couldn't sit down.  There was not enough
17   room to sit down.  So we stayed for about 30
18   or 45 minutes and left.  I don't know how
19   long a duration it was.
20        Q    Now tell me about the second
21   meeting that you went to.  Did your husband
22   also go to that with you?
23        A    No, sir.  He was not with me when
```

1    I went to the second one.

2        Q    Did anyone go with you to the

3    second one?

4        A    No, sir, I went by myself.

5        Q    Can you tell me the other people

6    at the meeting that you remember being

7    there?

8        A    The same ones that I mentioned at

9    the first meeting were there, and others

10   that I just could not -- I knew by face, but

11   I couldn't tell you the name.

12       Q    Do you recall any other names of

13   people that were at the second meeting?

14       A    No, sir.

15       Q    Did you get any sort of a letter

16   or notice about the second meeting that you

17   went to?

18       A    Seems like I did but I -- I think

19   I got a letter.  Yeah, I got a letter.

20       Q    Did you keep a copy of it?

21       A    I may have.  I can't remember for

22   sure if I have or not.

23       Q    Do you have a -- take a little

```
1    detour here.  Are you keeping like a
2    personal file of things that relate to this
3    lawsuit?
4         A    I'm trying to keep as much as I
5    can on everything now that I'm chief cook
6    and bottle washer.  I try to keep up with it
7    as much as possible.
8         Q    Tell me what -- tell me where
9    your file is.  What is it?
10        A    It's in a little filing cabinet
11   at my home.
12        Q    How thick, is it?  How much stuff
13   do you have?
14        A    Well, my insurance file is about
15   this big from my husband's illness, and this
16   one may be this big.
17        Q    Can you remember what all is in
18   there, in the little one?
19        A    Well, copies of this.
20        Q    And you're pointing at Exhibit --
21        A    Exhibit 3.  And some of the
22   letters.  And I think I made copies of some
23   of my medical records that I've provided,
```

1    but I can't be sure.
2         Q    Okay.  And just for the record,
3    I'll ask you to keep that file intact, okay?
4    Don't throw that away or anything.  Now we
5    were talking about the second meeting, and
6    we've gone through the people that you
7    recall being there.  Tell me what else you
8    remember happening at the second meeting you
9    attended at the armory.
10        A    Just some more discussion by
11   Mr. Cade and maybe by Mitchell.  I can't
12   remember for sure.
13        Q    Do you remember any other
14   attorneys being there?
15        A    It was one other gentleman with
16   y'all, but I don't remember his name.
17        Q    What did he look like?
18        A    Tall, slender, but I can't
19   remember his name.
20             MR. CADE:  That's fine.
21        Q    What do you recall Mr. Cade or
22   Mr. Mitchell talking about at the second
23   meeting?

1    A    Basically reiterating what they
2    had found in the studies.
3    Q    Do you remember what they said
4    about their findings in the studies that
5    you're referring to?
6    A    Just about the chemicals, you
7    know, that have surfaced during their
8    research.
9    Q    Do you recall any specific
10   chemicals they mentioned?
11   A    No, sir.  I'm not a chemist.  My
12   son is but I'm not.  I couldn't repeat the
13   names.
14   Q    What about the first meeting, did
15   they use any specific chemical names?
16   A    I remember the one at the second
17   meeting.  Dioxin?
18   Q    Dioxin, is that what you're
19   saying?
20   A    Yeah.  Is that how you pronounce
21   it?
22        MR. CADE:  I think so.
23   Q    Do you remember what they said

1    about dioxin?

2        A    It was a bad chemical.

3            MR. CADE:  We have the standard

4        stipulations.  I'm not objecting

5        to this, but we're not waiving

6        privilege.

7            MR. LOCKARD:  Yeah, we're using

8        the same stipulations from that.

9            MR. CADE:  Fine.

10   BY MR. LOCKARD

11       Q    I think I asked you -- I don't

12   remember what your answer was.  I think I

13   asked you if you recall what they were

14   saying about dioxin?

15       A    Just that they were bad chemicals

16   being released at the plant.

17       Q    Did they say anything to you

18   about how they were released?  By "you," I

19   mean the group.

20       A    In the air when they were burning

21   the stuff over there.  And I knew it was

22   always smoky around there, but I never

23   thought anything about it.

```
1          Q     Okay.  Anything else you can
2    remember about that second meeting?
3          A     Not right off.
4          Q     Did you go to any other meetings
5    at the armory?
6          A     I can't remember.  I'm sorry.
7          Q     Okay.  Do you remember going to
8    any other meetings where there was Mr. Cade
9    or Mr. Mitchell and a large group of people
10   anywhere?
11         A     No.  The only times I met with
12   them in a large grouping like that was at
13   the armory.
14         Q     Have you ever made any sort of a
15   videotaped statement in connection with this
16   lawsuit?
17         A     Yes.
18         Q     Okay.  Now tell me about that.
19   When did that happen?
20         A     Sometime last year, but I can't
21   tell you.
22         Q     Do you recall spring, summer,
23   fall, winter, what season it might have
```