7/11/2006  Davis, Sherri

```
1       IN THE UNITED STATES DISTRICT COURT

2           MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5      CIVIL ACTION No.  2:06-cv-187-WKW

6    SHERRI L. DAVIS, et al.,

7

8          Plaintiff(s),

9    v.

10   TMA FOREST PRODUCTS GROUP, et al.,

11

12         Defendant(s).

13

14         DEPOSITION TESTIMONY OF:

15             SHERRI DAVIS

16

17   Commissioner:

18   Renny D. McNaughton

19   July 11, 2006

20   Andalusia, Alabama

21

22

23
```



7/11/2006  Davis, Sherri

1  A  Caucasian.
2  Q  Did she used to work at the
3  facility?
4  A  Not that I'm aware of.
5  Q  Okay.
6  A  I don't know where she works.
7  Q  Did you ever attend any meetings
8  that included various people who were
9  considering bringing litigation against or
10 with respect to the facility?
11 A  I attended some meetings.
12 Q  When were those meetings?  I'm
13 sorry, I cut you off.
14 A  No, that's fine.  I don't
15 remember the dates.  Sometime within the
16 last year.
17 Q  You said you attended these
18 meetings with somebody or --
19 A  No, with the attorneys, that the
20 attorneys were present.
21 Q  Okay.
22 A  The meetings that I went to.
23 Q  Okay.  Do you recall when the

31

```
 1   first meeting was you attended?
 2        A    No.
 3        Q    Okay.
 4        A    It would have been within a year
 5   after I talked to Ronnie; so year, year and
 6   a half ago, possibly.
 7        Q    Okay.  Where were those meetings
 8   held?
 9        A    At the what they call old
10   National Guard armory.
11        Q    And how many folks were present?
12        A    I have no idea.  A lot.
13        Q    Okay.  Were there folks there
14   making presentations to the group as a
15   whole?
16        A    Mr. Cade spoke.
17        Q    Anybody besides Mr. Cade?
18        A    I came in late, so I don't know
19   who all spoke.
20        Q    Do you recall seeing or hearing
21   anybody besides Mr. Cade speak?
22        A    Not when I got there.
23        Q    What was Mr. Cade saying?
```

7/11/2006 Davis, Sherri

```
 1            MR. MITCHELL:  Wait a minute.
 2        You're asking what her lawyer told
 3        her?
 4     Q   Well, at this first meeting, did
 5  you view Mr. Cade as your lawyer?
 6     A   I was interested in what he had
 7  to say.
 8     Q   I'm not trying to be mean here.
 9     A   I know.
10     Q   I'm just trying to be real clear.
11  In your mind, had you hired him as your
12  lawyer?
13     A   I was considering it.
14     Q   Okay.  But you hadn't hired him
15  yet?
16     A   Not at the first one I went to.
17     Q   Okay.
18            MR. MITCHELL:  I don't think you
19        made it.  She comes to consider
20        hiring an attorney, I don't think
21        initial interviews are exception
22        to the privilege.
23     Q   When in your mind, ma'am, did you
```

```
1    hire a lawyer for the lawsuit that you've
2    filed?
3         A    Shortly after that.
4         Q    Shortly after that meeting?
5              MR. TAYLOR:  Can I make sure that
6              I understand the objection here.
7              MR. TER MOLEN:  Yeah.  That's
8              fine.
9              MR. TAYLOR:  Is the nature of
10             this objection that Mr. Cade can
11             go to a room full of people and
12             have a discussion with folks that
13             he hadn't hired -- that hadn't
14             hired him as their lawyer and make
15             statements and those statements
16             are privileged?  Is that the
17             nature of the objection?
18             MR. MITCHELL:  Not the way you
19             said it.  The objection is that if
20             he had a preemployment or
21             screening with her and then that
22             would be, I believe, subject to
23             privilege, even though she had not
```

```
1            actually signed the contract.
2               MR. TAYLOR:  Even though that
3            discussion was in front of --
4               MR. MITCHELL:  If it's held in
5            front of nonclients in a public
6            discussion, I would not object to
7            that.
8               MR. TER MOLEN:  Okay.  That's
9            actually what I was directing to
10           here.
11    BY MR. TER MOLEN
12        Q    So when you came into that
13    meeting, ma'am, and Mr. Cade was speaking to
14    you and a group of other people there, the
15    other people there, what was he saying?
16              MR. MITCHELL:  I'm still going to
17           object.  I think it probably is
18           your burden to overcome the
19           privilege.  May I just ask her a
20           question?
21              MR. TER MOLEN:  Go ahead.
22              MR. MITCHELL:  Yeah.  Do you know
23           whether there were other people
```

```
 1            there who were not clients?
 2                 THE WITNESS:  Yes.
 3                 MR. MITCHELL:  I'll withdraw it
 4            then.
 5                 MR. TER MOLEN:  If you could,
 6            read the question, please.
 7          (The question was read back.)
 8   BY MR. TER MOLEN
 9        Q    Okay.
10        A    Discussing the facility.
11        Q    Okay.  Can you tell me what he
12   said about the facility?
13        A    Just discussed words and terms
14   about the chemical exposure, and nothing
15   that I had not already heard from Ronnie
16   Jackson.
17        Q    What words and terms did
18   Mr. Cade --
19        A    I don't know.  I can't even
20   pronounce them now.
21              MR. LOCKARD:  That's okay.
22        Q    Anything stick out in your mind
23   at all?
```

1       A       Creosote presoak.

2       Q       Creosote does.  And what was that

3   about creosote?

4       A       That it was toxic.

5       Q       And did he discuss during what

6   period of time creosote was used at that

7   facility?

8       A       Not when I was there.  Like I

9   say, I was very late to the meeting.

10      Q       Any other substances that you can

11  recall besides creosote?

12      A       Not that I can pronounce,

13  remember.

14      Q       Okay.  Okay.  Thanks.

15              MR. CADE:  That's fine.

16      Q       Did the word dioxin come up at

17  all?

18      A       It may have.  I really don't

19  remember.

20      Q       Okay.  Okay.  Was there anything

21  that was mentioned about the way the plant

22  operated?

23      A       Not when I was there.

1  Q   So at that first meeting, ma'am,
2  what happened next with respect to your
3  ultimate decision to file a lawsuit?  What
4  ended up happening next?
5  A   I asked for the number of their
6  firm and contacted Mr. Cade.
7  Q   Okay.  Was that by phone?
8  A   Yes.
9  Q   And was that within a couple
10 days, a week, after this meeting?
11 A   I don't know how soon it was.
12 Q   Okay.  And what happened after
13 that phone call?
14 A   Signed a contract with him
15 initially and told him that I wanted to be
16 part of the lawsuit, if there was one, that
17 I was very concerned.
18 Q   Okay.  What -- was there only one
19 public meeting, ma'am, that you attended?
20 A   I attended two.
21 Q   Okay.  And was it after the
22 second public meeting that you called
23 Mr. Cade or was it before the second public

7/11/2006  Davis, Sherri

1  meeting?
2      A    Before.
3      Q    What happened?
4      A    I was in the lawsuit at the time
5  I went to the second one.
6      Q    Okay.  Do you recall when that
7  second public meeting was?
8      A    Not awfully long ago.  I don't
9  remember.
10     Q    Would the last three or four,
11 five months?
12     A    It may have been that recent.
13     Q    Okay.  Was it in 2006?
14     A    Or the end of five.  Sometime
15 very recent.  Wasn't a long time ago.
16     Q    Okay.  What was your reason for
17 attending that second public meeting?
18     A    See what they had to say, update
19 on what was going on.
20     Q    Okay.  At that second public
21 meeting, was everybody who attended a
22 client?
23     A    I have no idea.  There were many

1   people there.
2       Q   How many people?
3       A   A room full. Rather large.
4       Q   Okay. Was this also held in the
5   armory?
6       A   Right. Right.
7       Q   So more than a hundred people?
8       A   Yes.
9       Q   More than a thousand people?
10      A   I don't know.
11      Q   Okay.
12      A   I don't know how many it holds.
13      Q   Okay. What was said at that
14  second public meeting?
15          MR. MITCHELL: Just a moment. I
16      would like to take a break. Go
17      off the record just a moment.
18  (Whereupon, a short break was taken.)
19          MR. MITCHELL: By not objecting,
20      we're not waiving our right to
21      object or admitting it is
22      discoverable, but we're going to
23      sit here unless you go too far.

7/11/2006 Davis, Sherri

```
 1              MR. TER MOLEN:  You will let me
 2          know.
 3  BY MR. TER MOLEN
 4       Q    Ma'am, I think the question
 5  that's pending, what was said at that second
 6  meeting that you attended?
 7       A    I watched a videotape, part of a
 8  videotape.
 9       Q    Okay.  What else happened?
10       A    That was about it.
11       Q    Okay.
12       A    Again, I was late to that one
13  too.  I'm sorry.
14              MR. CADE:  You work.  That's
15          fine.
16       Q    What was the videotape about?
17       A    Where I had been videotaped
18  giving a statement.
19       Q    Okay.  When were you videotaped,
20  ma'am?
21       A    I don't know.
22       Q    I take it sometime after the
23  first meeting?
```