IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION No. 2:06-cv-187-WKW

SHERRI L. DAVIS, et al.,

Plaintiff(s),

v.

TMA FOREST PRODUCTS GROUP, et al.,

Defendant(s).

DEPOSITION TESTIMONY OF:
DEBORAH REYNOLDS

Commissioner:
Renny D. McNaughton
July 12, 2006
Andalusia, Alabama



A In Bellwood, Alabama.
Q How far is that from here?
A About an hour and a half.
Q Okay. Ma'am, I would now like to ask you some questions about the lawsuit that you filed. When did you first hear that there were people talking about potential issues or problems with the wood plant?
A About a year ago.
Q About a year ago. And how did you hear about it?
A My mom.
Q What did your mom tell you?
A She just told me that they were having a town meeting at the armory hall.
Q Is that also called "the armory"?
A Yes. Sorry.
Q No, that's okay. How did your mother hear about it?
A I have no idea.
Q Did your mother give you a call on the phone or was it during a visit that

you saw her?

A She called.

Q Okay. Did your mother call anybody else about going to the meeting?

A We just kind of told each other.

Q Okay. When you say "told each other" --

A Call each other.

Q Okay. Whom else was involved in this besides you and your mother?

A My sister, my sisters, or my sisters.

Q All of your sisters?

A Yes.

Q Anybody else?

A My brother, my three brothers.

Q Three brothers. All right. Anybody else?

A In the family, I think that's it.

Q Okay. Besides your family, was there anybody else that you or your mother was involved in calling about going to this meeting?

A No.

Q Okay. Then did all of your sisters and brothers and yourself go to this meeting?

A Not all. Some of them are out of state.

Q Okay. Which ones of your brothers and sisters went to this meeting?

A Milton, Cat.

Q Cat?

A I'm sorry, Catherine. That's what we call her Cat.

Q That's okay.

A Sheila, Dale.

Q David?

A Dale.

Q Dale. Okay.

A Shawana, S-H-A-W-N-A. Shawana.

Q Thank you.

A Kelly.

Q Is Kelly a woman?

A Yes. Prince.

Q Prince?

A Yes.

Q Prince is a brother?

A Yes.

Q All right. So I have seven and yourself to eight total in your family attended the meeting. Does that sound about right?

A I think.

Q And you walked into this meeting, and there was a number of people there I understand?

A Yes.

Q Five hundred, a thousand people? Can you give me an estimate of the number?

A Hundred.

Q A hundred?

A Yes, probably.

Q Okay. And were there people making presentations or speaking at the meeting?

A Yes.

Q Can you tell me who they were?

A Mr. Cade.

Q Mr. Cade?

MR. CADE: Mr. Cade.

A Mr. Eason.

Q You're referring to Mr. Eason Mitchell?

A Yes.

Q Anybody else?

A Not that I recall. That's it. That's it, that I remember.

Q Okay. How long did the meeting last?

A I didn't stay through the whole thing. Sorry.

Q Okay. The part -- I'm sure it was gripping, but the part that you stayed through, how long did you stay?

A About forty minutes to an hour.

Q What was said during the part that you heard?

A I don't remember. I really don't remember.

Q Okay. After that -- as a result of that meeting, ma'am, had you decided to

file a lawsuit?

A After that, yes.

Q Did anything happen after that meeting that made you decide to file a lawsuit?

A Just the fact that I've been sick and my sisters have been sick.

Q Okay. How soon after that meeting did you decide to file a lawsuit?

A I'm not sure. Not sure.

Q Did you have -- did you go to any other meetings or have any other contact with your attorneys that led to you deciding to file a lawsuit?

A No.

Q Okay. Go back. I just want to ask you for the last names of the siblings who you identified went to that meeting. You have your brother, is it Milton?

A Yes.

Q What is his last name?

A Parker.

Q Parker. Okay. And then

Catherine or Cat?

A Catherine. McRay. M-C-R-A-Y.

Q And then Sheila?

A Armstrong.

Q A-R-M-S-T-R-O-N-G?

A Yes.

Q And then Dale?

A Chapman, C-H-A-P-M-A-N.

Q And then Shawana?

A Dumvordert.

Q Okay. And then Kelly?

A Parker.

Q Kelly Parker. Okay. And then Prince Parker, as well?

A Yes.

Q Okay. Did you attend any meetings after this first meeting, ma'am?

A Yes.

Q Okay. How many more meetings did you attend?

A Maybe two.

Q Two more meetings?

A Yeah.

Q Okay. Tell me about the first meeting after, I guess, what would be the second meeting that you attended, when was that?

A Not the date, I don't know the date on it.

Q Okay. Approximately how long ago was that second meeting?

A Not sure. Don't remember.

Q Okay. Was it during 2006? Was it during 2005?

A I don't know. Probably, 2000 -- I don't know. I don't know.

Q Okay. What happened at the second meeting, ma'am?

A A lot of talking. Everybody was talking. They were talking.

Q How long did the second meeting last?

A Probably about 45 minutes to an hour.

Q Held at the same location?

A Yes.

Q Approximately how many people were there, ma'am?

A About the same number.

Q Okay. Was it more than a hundred?

A Probably.

Q Okay. And did Mr. Cade and Mr. Mitchell make presentations again?

A Yes.

Q Anybody else make presentations?

A No.

Q Okay. And what was said at this second meeting, ma'am?

A I don't remember.

Q Okay. Generally, you don't remember anything that was said?

A I don't -- it was just talking about the Lockhart mill.

Q You don't remember anything that was said about that mill?

A No, not really. No.

Q So, generally speaking, you don't recall anything that was said at all?