```
 1        IN THE UNITED STATES DISTRICT COURT
 2           MIDDLE DISTRICT OF ALABAMA
 3               NORTHERN DIVISION
 4
 5     CIVIL ACTION No.  2:06-cv-187-WKW
 6   SHERRI L. DAVIS, et al.,
 7
 8        Plaintiff(s),
 9   v.
10   TMA FOREST PRODUCTS GROUP, et al.,
11
12        Defendant(s).
13
14            DEPOSITION TESTIMONY OF:
15                 KANDY CREECH
16
17   Commissioner:
18   Renny D. McNaughton
19   July 14, 2006
20   Andalusia, Alabama
21
22
23
```



EXHIBIT E

1   that's what I heard.
2        Q    How old is your house?
3        A    It was -- it's about fifty --
4   it's over fifty years old.  Maybe it was put
5   there in about 1950 or so.
6        Q    Who built it?
7        A    It's been two or three there.
8   Granny and grandpa did the work.
9        Q    Oh, they built it?
10       A    Uh-huh.
11       Q    Did any of your doctors ever tell
12  you that your tumor was caused by exposure
13  to chemicals?
14       A    No, ma'am.  They did not know
15  what it was caused by.
16       Q    Has anybody told you that your
17  tumor was caused by exposure to chemicals?
18       A    No, ma'am.
19       Q    Do you believe that your tumor
20  was caused by exposure to chemicals?
21       A    Yes; but only after the meetings
22  we had -- went to.
23       Q    What meetings were those?

```
1       A    First public meeting with Cade
2   where they were telling the people about
3   this business.
4       Q    You attended that meeting
5   personally?
6       A    Yes, ma'am.
7       Q    And how were you invited to the
8   meeting?
9       A    I think through family members.
10      Q    Did you go with anyone?
11      A    Yes, ma'am.
12      Q    Who did you go with?
13      A    My sister, brother, granny, and
14  my Aunt Jeledia.
15      Q    And why did you go?
16      A    To see what was up with the --
17      Q    Did you receive a letter about
18  it, or how did they find out?
19      A    I think we might have received a
20  letter about it.
21      Q    And when was that?
22      A    Probably -- I don't quite
23  remember.
```

```
1      Q    Okay.  Was it in 2006?
2      A    Probably 2006.  Could have been
3   2005.
4      Q    Okay.  Do you remember going to
5   the meeting?
6      A    Yes, ma'am.
7      Q    And where was it?
8      A    At the old army hall in Florala.
9      Q    What time was that?
10     A    I think it was nighttime.
11     Q    How long was the meeting?
12     A    Probably an hour.
13     Q    And who was there?
14     A    Both these lawyers.
15     Q    And anyone else?
16     A    I don't remember anyone else.
17     Q    Was it just you and those
18  lawyers?
19     A    Yes.  And the other workers that
20  was -- they were talking about.
21     Q    So how many people were in the
22  room?
23     A    More than fifty.
```

```
 1        Q    Okay.  So did you recognize
 2   anyone else that was there?
 3        A    Some, yes.
 4        Q    Do you know -- do you remember
 5   any of their names?
 6        A    Ms. Armstrong for one, school
 7   teacher, at a later meeting.  And some our
 8   friends.  Bud and Willa Mae Hughes.
 9        Q    They were at the meeting, this
10   one meeting?
11        A    Yes.
12        Q    And what happened at the meeting?
13        A    They told us what their findings
14   were.
15        Q    What does that mean?
16        A    They found the chemicals and
17   stuff in the air and in some of the houses.
18   Yeah.  In the water and all.
19        Q    Did they talk to you about that
20   at the meeting?
21             MR. MITCHELL:  I object to that,
22             "to talk to you."  And we allowed
23             you to ask questions at anything
```

```
1              about what was said at any public
2              meeting, but I'm not going to
3              allow you to ask you her those
4              questions that were about talks
5              with her attorney that were
6              directly in private with her.
7         Q    Sure.  Of course, you're right.
8    Let me clarify that question.  Strike the
9    question.  Do you remember what was
10   discussed at the meeting -- that was
11   presented at the meeting?
12        A    About the chemicals and the water
13   and stuff like that in the air.
14        Q    What do you remember?
15        A    Not much.
16        Q    Okay.  Are you -- is your house
17   on well water or city water?
18        A    It was on well water for years,
19   but then it got turned to city water.
20        Q    And when was that?
21        A    When it was annexed.  Part of
22   Florala was annexed.
23        Q    Do you remember when that was?
```