7/26/2006  Davis, Sherri

```
1        IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3                 NORTHERN DIVISION

4

5    CASE NUMBER:  2:06-cv-83-LES-CSC (LEAD CASE)

6    MELANIE CHAMBERS, who sues by

7    and through her Mother and next

8    of friend, GAIL TATUM,

9             Plaintiff,

10            vs.

11   PACTIV CORPORATION and

12   LOUISIANA-PACIFIC CORPORATION,

13            Defendants.

14          S T I P U L A T I O N

15       IT IS STIPULATED AND AGREED by and

16   between the parties through their respective

17   counsel, that the videotaped deposition of

18   Sherri Davis may be taken before Angela

19   Smith, RPR, CRR, at the Embassy Suites

20   Hotel, at 300 Tallapoosa Street, Montgomery,

21   Alabama 36104, on the 26th day of July,

22   2006.

23            DEPOSITION OF SHERRI DAVIS
```



EXHIBIT F

```
 1                THE WITNESS:  No, sir, they
 2    didn't mention those.
 3                MR. TAYLOR:  I'm sorry.  --
 4    some people coming into the bank.  If that
 5    was her answer, that some people from the
 6    bank, the implication mentioned dioxins and
 7    chemicals --
 8                MR. PALMER:  Let's make sure.
 9    She just indicated she didn't intend that to
10    be the --
11         Q.    The question, specifically
12    was:  When did you learn that you were
13    exposed to dioxins and other chemicals from
14    the facility?
15                MR. TER MOLEN:  Objection.
16    Foundation.  Asked and answered.  Hearsay.
17         A.    After the meetings where they
18    explained what some of the chemicals were
19    that were being released into the air.
20         Q.    And the meetings you're
21    referring to are what meetings?
22         A.    With Mr. Cade and the town
23    meetings that he had.
```

1      Q.      And you said you didn't recall
2   when that was?
3      A.      No, sir.
4      Q.      Before those meetings, did you
5   know that you had been exposed to dioxins
6   and other chemicals?
7      A.      No, sir.
8              (Off-the-Record discussion
9              was held.)
10     Q.      Before the meetings, you did
11  not know that you were exposed to dioxins
12  and other chemicals from the facility?
13             MR. TER MOLEN:  Objection.
14  Foundation.
15             MR. TAYLOR:  Objection.
16  Leading.
17     A.      No, sir.
18     Q.      And before those meetings, did
19  you know that dioxins and other chemicals
20  were capable of causing your breast cancer?
21             MR. TER MOLEN:  Same
22  objections.
23     A.      In the pamphlets about breast