IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              PLAINTIFF

VERSUS                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                      DEFENDANTS

NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of John "Buck" Roberts upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that these deposition may be video recorded in addition to stenographic means.

Page 1 of 3

EXHIBIT
A

| | |
|---|---|
| DEPONENT: | John "Buck" Roberts |
| PLACE: | The Powell Law Firm |
| | 201 East Troy Street |
| | Andalusia, AL 36420 |
| DATE: | September 7, 2006 |
| TIME: | 10:00 a.m. (Central Time) |

Respectfully submitted this 1st day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

**Certificate of Service**

I, W. Eason Mitchell, hereby certify that on August 1, 2006, I electronically served the foregoing *Notice of Taking Deposition* on the following via e-mail at the e-mail addresses listed:

Douglas Sheppard Arnold
    doug.arnold@alston.com, marion.cannon@alston.com
Dennis R. Bailey
    drb@rsjg.com, pk@rsjg.com
John C. Berghoff, Jr
    jberghoff@mayerbrownrowe.com
John Aaron Earnhardt
    jearnhardt@mcglaw.com

R. Austin Huffaker, Jr
   rah2@rsjg.com, 989@rsjg.com
Orlyn O. Lockard, III
   slockard@alston.com
Edwin Bryan Nichols
   bnichols@maynardcooper.com, bnick20@mindspring.com
Laura Ellison Proctor
   laura.proctor@lpcorp.com
Erin O'Kane Scott
   tplferin@andycable.com, eokane3@law.ua.edu
Matthew C. Sostrin
   msostrin@mayerbrownrowe.com,
   courtnotification@mayerbrownrowe.com
Bernard Taylor, Sr
   bernard.taylor@alston.com, dianne.hall@alston.com
Mark R. Ter Molen
   mtermolen@mayerbrownrowe.com
H. Thomas Wells, Jr
   twells@mcglaw.com

This 1st day of August, 2006.

　　　　　　　　　　　　　　　　　　/s/ W. Eason Mitchell
　　　　　　　　　　　　　　　　　　W. Eason Mitchell

66288.wpd

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                   PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                 DEFENDANTS

NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of Carlton Dukes upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that these deposition may be video recorded in addition to stenographic means.

Page 1 of 3

|  |  |
|---|---|
| DEPONENT: | Carlton Dukes |
| PLACE: | The Powell Law Firm |
|  | 201 East Troy Street |
|  | Andalusia, AL 36420 |
| DATE: | September 6, 2006 |
| TIME: | 10:00 a.m. (Central Time) |

Respectfully submitted this 1st day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 1, 2006, I electronically served the foregoing *Notice of Taking Depositions* on the following via e-mail at the e-mail addresses listed:

Douglas Sheppard Arnold
   doug.arnold@alston.com, marion.cannon@alston.com
Dennis R. Bailey
   drb@rsjg.com, pk@rsjg.com
John C. Berghoff, Jr
   jberghoff@mayerbrownrowe.com
John Aaron Earnhardt
   jearnhardt@mcglaw.com

R. Austin Huffaker, Jr
    rah2@rsjg.com, 989@rsjg.com
Orlyn O. Lockard, III
    slockard@alston.com
Edwin Bryan Nichols
    bnichols@maynardcooper.com, bnick20@mindspring.com
Laura Ellison Proctor
    laura.proctor@lpcorp.com
Erin O'Kane Scott
    tplferin@andycable.com, eokane3@law.ua.edu
Matthew C. Sostrin
    msostrin@mayerbrownrowe.com,
    courtnotification@mayerbrownrowe.com
Bernard Taylor, Sr
    bernard.taylor@alston.com, dianne.hall@alston.com
Mark R. Ter Molen
    mtermolen@mayerbrownrowe.com
H. Thomas Wells, Jr
    twells@mcglaw.com

This 1st day of August, 2006.

                                        /s/ W. Eason Mitchell
                                        W. Eason Mitchell

65362.wpd

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                  (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                    DEFENDANTS

NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of Roy Ezell upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that these deposition may be video recorded in addition to stenographic means.

Page 1 of 3

| | |
|---|---|
| DEPONENT: | Roy Ezell |
| PLACE: | The Powell Law Firm |
| | 201 East Troy Street |
| | Andalusia, AL 36420 |
| DATE: | September 13, 2006 |
| TIME: | 10:00 a.m. (Central Time) |

Respectfully submitted this 1st day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 1, 2006, I electronically served the foregoing *Notice of Taking Deposition* on the following via e-mail at the e-mail addresses listed:

Douglas Sheppard Arnold
    doug.arnold@alston.com, marion.cannon@alston.com
Dennis R. Bailey
    drb@rsjg.com, pk@rsjg.com
John C. Berghoff, Jr
    jberghoff@mayerbrownrowe.com
John Aaron Earnhardt
    jearnhardt@mcglaw.com

R. Austin Huffaker, Jr
   rah2@rsjg.com, 989@rsjg.com
Orlyn O. Lockard, III
   slockard@alston.com
Edwin Bryan Nichols
   bnichols@maynardcooper.com, bnick20@mindspring.com
Laura Ellison Proctor
   laura.proctor@lpcorp.com
Erin O'Kane Scott
   tplferin@andycable.com, eokane3@law.ua.edu
Matthew C. Sostrin
   msostrin@mayerbrownrowe.com,
   courtnotification@mayerbrownrowe.com
Bernard Taylor, Sr
   bernard.taylor@alston.com, dianne.hall@alston.com
Mark R. Ter Molen
   mtermolen@mayerbrownrowe.com
H. Thomas Wells, Jr
   twells@mcglaw.com

This 1st day of August, 2006.

           /s/ W. Eason Mitchell
           W. Eason Mitchell

66290.wpd

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                        **PLAINTIFF**

VERSUS                      CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                    **DEFENDANTS**

### NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of Jacky Partridge upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that these deposition may be video recorded in addition to stenographic means.

|  |  |
|---|---|
| DEPONENT: | Jacky Partridge |
| PLACE: | The Powell Law Firm |
|  | 201 East Troy Street |
|  | Andalusia, AL 36420 |
| DATE: | September 12, 2006 |
| TIME: | 10:00 a.m. (Central Time) |

Respectfully submitted this 1st day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 1, 2006, I electronically served the foregoing *Notice of Taking Depositions* on the following via e-mail at the e-mail addresses listed:

Douglas Sheppard Arnold
  doug.arnold@alston.com, marion.cannon@alston.com
Dennis R. Bailey
  drb@rsjg.com, pk@rsjg.com
John C. Berghoff, Jr
  jberghoff@mayerbrownrowe.com
John Aaron Earnhardt
  jearnhardt@mcglaw.com

R. Austin Huffaker, Jr
  rah2@rsjg.com, 989@rsjg.com
Orlyn O. Lockard, III
  slockard@alston.com
Edwin Bryan Nichols
  bnichols@maynardcooper.com, bnick20@mindspring.com
Laura Ellison Proctor
  laura.proctor@lpcorp.com
Erin O'Kane Scott
  tplferin@andycable.com, eokane3@law.ua.edu
Matthew C. Sostrin
  msostrin@mayerbrownrowe.com,
  courtnotification@mayerbrownrowe.com
Bernard Taylor, Sr
  bernard.taylor@alston.com, dianne.hall@alston.com
Mark R. Ter Molen
  mtermolen@mayerbrownrowe.com
H. Thomas Wells, Jr
  twells@mcglaw.com

This 1st day of August, 2006.

                              /s/ W. Eason Mitchell
                              W. Eason Mitchell

66289.wpd