# FREEDOM COURT REPORTING

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF ALABAMA

3                NORTHERN DIVISION

4

5       CIVIL ACTION No.  2:06-cv-187-WKW

6    SHERRI L. DAVIS, et al.,

7                                    COPY

8          Plaintiff(s),

9    v.

10   TMA FOREST PRODUCTS GROUP, et al.,

11

12         Defendant(s).

13

14         DEPOSITION TESTIMONY OF:

15              SANDRA COBB

16

17   Commissioner:

18   Renny D. McNaughton

19   July 13, 2006

20   Andalusia, Alabama

21

22                              EXHIBIT

                                   D

23

# FREEDOM COURT REPORTING

1     Q    You have not taken anything?

2     A    No, sir.

3     Q    Okay.  Do you have any reason to

4 believe that you can't answer what I'm

5 asking you truthfully and accurately here

6 today?

7     A    No, sir.

8     Q    Okay.  This is going to sound

9 like a silly question, but have you ever

10 been diagnosed with any sort of a

11 condition -- let me start over.  Have you

12 ever been diagnosed with any sort of a

13 condition that interferes with your memory?

14     A    No, sir.  The only thing, the

15 Arimidex does have side effects that would

16 hamper your memory.

17     Q    And why do you believe that to be

18 the case?

19     A    It's just one of the side effects

20 that was reported.

21     Q    Is that something that your

22 doctor told you to?

23     A    Yes, sir.

# FREEDOM COURT REPORTING

1    that?

2        A    Off and on for about ten or

3    fifteen years.

4        Q    How would you describe your

5    current health for me?

6        A    I can't say fat, can I?  It's

7    good health.

8        Q    Uh-huh.  I understand that you've

9    been having regular examines since the

10    lumpectomy?

11        A    Yes, sir.

12        Q    And have you been receiving, you

13    know, examinations to determine whether the

14    cancer has returned?

15        A    Yes, sir.

16        Q    And to date have they found any

17    signs that it returned?

18        A    No, sir.

19        Q    That's good.  Let me ask you,

20    prior to discovery of the cancer, had you

21    had any physical symptoms?

22        A    No, sir.  I had a mammogram in

23    April and got a clean bill, and then the