# FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)

MELANIE CHAMBERS, who sues by and through her Mother and next of friend, GAIL TATUM,

    Plaintiff,

    vs.

PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the videotaped deposition of Sandra Cobb may be taken before Angela Smith, RPR, CRR, at the Embassy Suites Hotel, at 300 Tallapoosa Street, Montgomery, Alabama 36104, on the 28th day of July, 2006.

DEPOSITION OF SANDRA COBB

EXHIBIT E

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 38

1    A.    Correct.
2    Q.    Is there anything else that
3 you think may hamper your memory as you are
4 testifying today?
5    A.    No, sir.
6    Q.    Ma'am, you've never been
7 diagnosed with a medical condition that
8 impairs your memory; is that correct?
9    A.    Correct.
10   Q.    I understand that you were
11 born in 1950; is that true?
12   A.    True.
13   Q.    And when you were born, your
14 parents lived in Laurel Hill, Florida;
15 correct?
16   A.    Correct.
17   Q.    Laurel Hill is approximately
18 seventeen miles from the Lockhart area;
19 correct?
20   A.    Correct.
21   Q.    And you grew up in Laurel
22 Hill?
23   A.    Right.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660