# FREEDOM COURT REPORTING

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   MIDDLE DISTRICT OF ALABAMA
3   NORTHERN DIVISION
4
5   CIVIL ACTION No.  2:06-cv-187-WKW
6   SHERRI L. DAVIS, et al.,
7
8       Plaintiff(s),
9   v.
10  TMA FOREST PRODUCTS GROUP, et al.,
11
12      Defendant(s).
13
14      DEPOSITION TESTIMONY OF:
15          KANDY CREECH
16
17  Commissioner:
18  Renny D. McNaughton
19  July 14, 2006
20  Andalusia, Alabama
21
22      EXHIBIT
        F
23

ORIGINAL

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1   Q    No.  You mentioned you had had
2   two seizures as child, right?
3   A    Yes, ma'am.
4   Q    Any other seizures, other than
5   those two times?
6   A    No, ma'am.
7   Q    As an adult, have you had any
8   seizures?
9   A    No, ma'am.
10  Q    Now, tell me about your memory.
11  Have you always had a good memory?
12  A    Fairly good, except when I put
13  stuff down and forget where it's at.
14  Q    Other than that, have you ever
15  been tested for memory problems --
16  A    No, ma'am.
17  Q    -- or anything like that?  Do you
18  know if your memory has changed at all since
19  you were a little girl?  About the same?
20  A    It's about the same.
21  Q    Okay.  What about have you
22  experienced any loss of balance?
23  A    No.  But before I had that

**FREEDOM COURT REPORTING**

Page 100

1    Q    Okay.
2    A    That's a long time to have a
3  headache.
4    Q    Sure, I agree with you. And so
5  you saw Dr. Arnold?
6    A    Yes, ma'am.
7    Q    And then did he refer you to a
8  specialist?
9    A    Yes, ma'am. Dr. Woodham.
10   Q    Got it. Have you had any other
11 conditions, other than what we've just
12 described -- what we discussed today, that I
13 have missed, medical conditions?
14   A    I do not believe so.
15   Q    Okay. So other than the brain
16 tumor and your anxiety and scoliosis,
17 gallstones -- gallbladder, sorry --
18   A    I had gallstones. I still got
19 some in the jar at the house.
20   Q    Okay. Those were basically your
21 only medical conditions, is that correct?
22   A    Yes, ma'am.
23   Q    Nothing else?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 101

1  A   Nothing else.
2  Q   Okay.  Take a look at the
3  questionnaire, pages -- starting on page 26,
4  and there's a list of foods here that, for
5  whatever reason, did not get filled out very
6  well.  And I just wanted go through these a
7  little better with you.  For the -- says
8  that, basically, that you eat many of the
9  foods on this list, but you weren't sure how
10 long you had been eating them or how much
11 you were eating them, is that right?
12 A   That's right.
13 Q   Do you think we could do a little
14 better on that question?  Maybe?  Let's try.
15     MR. MITCHELL:  She's not being
16     critical.
17 Q   Yes, I'm not being critical.
18 Just this is our opportunity to answer the
19 questions together, so let's try to do that.
20 Apple juice, do you know how often you drink
21 that?
22 A   Most every night.
23 Q   And you've been drinking apple