# FREEDOM COURT REPORTING

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        MIDDLE DISTRICT OF ALABAMA
 3            NORTHERN DIVISION
 4
 5    CIVIL ACTION No.  2:06-cv-187-WKW
 6  SHERRI L. DAVIS, et al.,
 7
 8        Plaintiff(s),
 9  v.
10  TMA FOREST PRODUCTS GROUP, et al.,
11
12        Defendant(s).
13
14        DEPOSITION TESTIMONY OF:
15            SHERRI DAVIS
16
17  Commissioner:
18  Renny D. McNaughton
19  July 11, 2006
20  Andalusia, Alabama
21
22
23
```

EXHIBIT G

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 111

1  health beforehand?
2      A    I thought that I was.
3      Q    Okay.  Were there any other real
4  conditions that you had?  We talked about a
5  rash earlier.  We don't have to go through
6  that again.  In your twenties, thirties,
7  forties, did you feel you were in good
8  condition?
9      A    I felt that I was, yes.
10     Q    Okay.  How do you feel right now?
11 Do you feel generally pretty good?
12     A    Pretty good.
13     Q    Good.  I want to ask you a few
14 questions about your breast cancer.  Was
15 your treating physician a George
16 Blumenschein?
17     A    Blumenshcein.  Correct.
18     Q    And he was with a facility here
19 in Andalusia?
20     A    No.
21     Q    Or is that in Texas?
22     A    Texas.  Arlington, Texas.
23     Q    What led you go to Arlington,

FREEDOM COURT REPORTING

Page 132

1  don't know who else was on there.
2      Q    You haven't heard about anybody
3  else being videotaped?
4      A    Huh-uh.
5      Q    Does the name Barry Levy mean
6  anything to you, Dr. Barry Levy?
7      A    No.
8      Q    You don't know that you've ever
9  met or seen Dr. Levy?
10     A    No.
11     Q    You ever received any written
12 materials from Dr. Levy?
13     A    Not that I'm aware.
14     Q    Mr. Ter Molen asked you about a
15 doctor named Thomas Nolen.  Have you ever
16 received any reports or written materials
17 from him?
18     A    Not that I'm aware of.
19     Q    Have you ever been diagnosed with
20 any sort of a condition that affects your
21 memory at all?
22     A    Diagnosed, no.
23     Q    And has anybody, other than

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**