IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COPY

CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)

MELANIE CHAMBERS, who sues by and through her Mother and next of friend, GAIL TATUM,

Plaintiff,

vs.

PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,

Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the videotaped deposition of Sherri Davis may be taken before Angela Smith, RPR, CRR, at the Embassy Suites Hotel, at 300 Tallapoosa Street, Montgomery, Alabama 36104, on the 26th day of July, 2006.

DEPOSITION OF SHERRI DAVIS

EXHIBIT H

Q. All right.

A. It could have been that the chemo weakened my bones.

Q. All right. And no doctor has said that --

A. That's what they said.

Q. All right. No doctor has said: This is the cause, and said chemo?

A. Not a definite.

Q. Okay. I understand. And earlier today, ma'am, you were talking about some activities that you used to do but you no longer do, like roller skating and softball, I think, were the two examples.

A. Yes, sir.

Q. And I just want to be clear that I understand it, the reason that you're no longer doing those activities, ma'am, is because of the osteoporosis and the fear of the weakened bones?

A. Fear of hurt -- falling and breaking a bone.

Q. Okay. And, ma'am, I just want

underwent chemotherapy?

A. Yes, sir.

Q. And then, as I understand it, you've been -- after that chemotherapy was completed, that was completed in about the year 2000 or so?

A. No, sir. Chemotherapy was completed in '99.

Q. All right. And since 1999, you've been cancer free; is that correct?

A. When they test me at Arlington, they say: No signs of cancer at this time.

Q. All right. So, as far as you know, you have no cancer?

A. As far as I know.

Q. And the doctors have -- No doctors have told you that you have any cancer at this point since that chemotherapy; is that correct?

A. There's been no recurrence, is what they've said.

Q. Okay. And since you've had