# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  MIDDLE DISTRICT OF ALABAMA
3  NORTHERN DIVISION
4
5  CIVIL ACTION No. 2:06-cv-187-WKW
6  SHERRI L. DAVIS, et al.,
7
8  Plaintiff(s),
9  v.
10 TMA FOREST PRODUCTS GROUP, et al.,
11
12 Defendant(s).
13
14 DEPOSITION TESTIMONY OF:
15 DOROTHY DEVAUGHN
16
17 Commissioner:
18 Renny D. McNaughton
19 July 11, 2006
20 Andalusia, Alabama

EXHIBIT F

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 172

1   A   153.
2   Q   Has anyone ever diagnosed you as
3   having any memory problems?  Any doctor ever
4   told you you've got memory problems?
5   A   Not really.
6   Q   Not really.  Does that mean --
7   A   Haven't anybody told me.
8   Q   No one has told you that.  Has
9   anyone ever told you that you've got
10  problems that affects your ability to recall
11  things from either a short period of time or
12  a long period of time?
13  A   No.
14  Q   No.  Okay.  Do you have any
15  history of diabetes yourself?
16  A   No.
17  Q   Do you know what a fluoroscopic
18  is?
19  A   No.
20  Q   Did anyone ever perform a
21  procedure where they had to put a tube down
22  into your stomach?
23  A   Yes.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**