# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3  NORTHERN DIVISION
4
5  CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
6  MELANIE CHAMBERS, who sues by
7  and through her Mother and next
8  of friend, GAIL TATUM,
9          Plaintiff,
10         vs.
11 PACTIV CORPORATION and
12 LOUISIANA-PACIFIC CORPORATION,
13         Defendants.
14         S T I P U L A T I O N
15         IT IS STIPULATED AND AGREED by and
16 between the parties through their respective
17 counsel, that the videotaped deposition of
18 Deborah Reynolds may be taken before Angela
19 Smith, RPR, CRR, at the Embassy Suites
20 Hotel, at 300 Tallapoosa Street, Montgomery,
21 Alabama 36104, on the 26th day of July,
22 2006.
23         DEPOSITION OF DEBORAH REYNOLDS

EXHIBIT J

**FREEDOM COURT REPORTING**

Page 68

1  chemo, you just don't recall?
2       A.    No.
3       Q.    Okay.  And it's true that you
4  did not undergo any radiation therapy;
5  correct?
6       A.    Correct.
7       Q.    And it's true, ma'am, that
8  over the last thirteen or fourteen years,
9  since you've had your bone marrow transplant
10 and after the -- what you've described as a
11 tumor, an ovarian-related tumor was removed,
12 that you've not had any developments of any
13 cancer; is that correct?
14      A.    Correct.
15      Q.    And it's true, ma'am, that you
16 do have a family history of leukemia;
17 correct?
18      A.    I'm not sure.
19      Q.    Okay.  Your mother's father
20 died of leukemia; correct?
21      A.    Yes.  I think.
22      Q.    And as far as where you live,
23 ma'am, I want to make sure I have this fixed

**FREEDOM COURT REPORTING**

Page 70

1   A.   Yes.
2   Q.   And you're currently married,
3   ma'am?
4   A.   Yes.
5   Q.   And you've -- Before this
6   marriage, you were married and divorced
7   three times?
8   A.   Yes.
9   Q.   Yes?
10  A.   Yes.
11  Q.   Do you read a newspaper called
12  the Florala News?
13  A.   No.
14  Q.   Does your mother read that
15  newspaper?
16  A.   I'm not sure.
17  Q.   Have you ever been diagnosed
18  with any memory issues, ma'am?
19  A.   No.
20  Q.   Okay.  Ma'am, since -- from --
21  Certainly from the time that you underwent
22  your various surgeries back in the early
23  1990s, and up until the present, you have