**FREEDOM COURT REPORTING**

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE MIDDLE DISTRICT OF ALABAMA
 3              NORTHERN DIVISION
 4
 5  CASE NUMBER:  2:06-cv-83-LES-CSC (LEAD CASE)
 6  MELANIE CHAMBERS, who sues by
 7  and through her Mother and next
 8  of friend, GAIL TATUM,
 9          Plaintiff,
10          vs.
11  PACTIV CORPORATION and
12  LOUISIANA-PACIFIC CORPORATION,
13          Defendants.
14          S T I P U L A T I O N
15          IT IS STIPULATED AND AGREED by and
16  between the parties through their respective
17  counsel, that the videtaped deposition of
18  Kandy Creech may be taken before Angela
19  Smith, RPR, CRR, at the Embassy Suites
20  Hotel, at 300 Tallapoosa Street, Montgomery,
21  Alabama 36104, on the 27th day of July,
22  2006.
23          DEPOSITION OF KANDY CREECH
```

EXHIBIT K

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 20

1  Q.   And your -- You were focusing,
2  ma'am, on the tumor, ma'am, that was removed
3  from your head.  Is it fair to say you were
4  about twenty-six years old, ma'am, when that
5  -- those surgeries were done?
6  A.   Yes, sir.
7  Q.   Okay.  And you were --
8  Focusing, ma'am, on your -- the tumor,
9  ma'am, that was removed from you head.  Is
10 it fair to say you were about twenty-six
11 years old, ma'am, when that -- those
12 surgeries were done?
13 A.   Yes, sir.
14 Q.   And you were told that the
15 tumor is benign; is that correct?
16 A.   That is correct.
17 Q.   And that means that that's not
18 the kind of tumor that doctors expect to
19 recur?
20 A.   That's right.
21 Q.   And, ma'am, as I understand
22 it, you graduated from high school, as you
23 told your lawyer earlier; correct?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660