*The Colom Law Firm, L.L.C.*

200 6ᵗʰ STREET NORTH
COLUMBUS, MS 39701-3917

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
SHIRLEY C. BYERS
CHARLES T. BRANT**†
CHARLIE R. WATTS, III*
EDWARD L. PLEASANTS, III
CRYSTAL R. GRIFFIN‡

ADMITTED IN:
ALABAMA*
GEORGIA**
DISTRICT OF COLUMBIA†
TEXAS‡

MAILING ADDRESS:
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

August 1, 2006
VIA FACSIMILE & U.S. MAIL
FACSIMILE NO. 404-881-7777

Bernard Taylor, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re:   Melanie Chambers v. PACTIV Corp. and Louisiana-Pacific Corp.
      Civil Action No. 2:06-CV-00083-LES-CSC (Lead Case)

Dear Bernard:

I am sorry for the circumstances which allow your heart to become hardened to the extent that you could say the things that you said to me yesterday afternoon. I choose not to mud wrestle with you, but I do have something to add to what I tried to communicate. I will not tolerate continued abusive and threatening litigation tactics. I will not participate in leaving this type of legacy to the young lawyers in this state. If you follow through with your threat, you can expect the same type of prepared response that your threats have received in the past. I am not alone nor without adequate foundation in my belief that our clients suffer varying degrees of cognitive impairment.

If you decide to accept my invitation to have an independent medical examination of the remaining witnesses I need to know ASAP. I offer this

EXHIBIT

_____

AUG-01-06   14:30     FROM-COLOM LAW FIRM                    +                    T-212   P.003/015   F-718

Bernard Taylor, Esq.
August 1, 2006
Page 2

arrangement only if it can be done in a manner which does not create undue delay. I prefer to choose from a short panel of psychiatrists who are qualified in Alabama and who can accommodate our clients adequately.

I still have not received your deposition notice for the agreed upon dates. Please get these to me, if you choose to take the first round of depositions, in time for me to reserve accommodations in Covington County.

I have included deposition notices for our depositions on the agreed upon date. If you wish to use another location other than the Powell Law Firm conference room, please let me know, so that I can work to accommodate you. I would like to get these issues completed, because I will soon be unavailable until your scheduled deposition date due to medical reasons.

I hope that upon reflection you decide mutual respect and cooperation is a better solution.

Sincerely yours,

W. Eason Mitchell

WEM/knw
Enclosures
cc:   John Berghoff, Jr. (312) 701-7711
66287.wpd