# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC |
| vs. | ) ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## PROPOSED ORDER

Upon consideration of Defendants Pactiv Corporation's and Louisiana-Pacific Corporation's Joint Motion for Protective Order ("Motion for Protective Order"), and the Court having considered said Motion, the arguments of counsel, and the relevant pleadings of record, and the Court having determined that the said Motion for Protective Order is, for good cause shown, it is hereby ORDERED:

1. The Defendants' Motion for Protective Order is GRANTED; and

2. All depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes are hereby stayed pending the resolution of the matters raised in Defendants' Motion for Protective Order.

SO ORDERED, this _____ day of _____, 2006.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

13325486.1