IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                                   PLAINTIFF

VERSUS                             CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                      DEFENDANTS

AGREED UPON MOTION FOR EXTENSION OF
TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
MOTION TO COMPEL AND MOTION TO STRIKE

Come now the Plaintiffs in the above styled cause and move the Court for an extension of time in which to file a response to Defendants' motion to compel and PACTIV's motion to strike due to the surgery and convalescence of Plaintiffs' attorney W. Eason Mitchell. Plaintiffs propose that the due date for both responses be moved to Monday, August 28, 2006.

This motion and extension of time is by agreement among all parties.

Respectfully submitted this 16th day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 16, 2006, I electronically filed the foregoing *Agreed upon Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion to Compel and Motion to Strike* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold, Esq.
Dennis R. Bailey, Esq.
John C. Berghoff, Jr., Esq.
John A. Earnhardt, Esq.
R. Austin Huffaker, Jr., Esq.
Orlyn O. Lockard, III, Esq.
Edwin Bryan Nichols, Esq.
Laura Ellison Proctor, Esq.
Erin O'Kane Scott, Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

66980.wpd