IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                         PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                DEFENDANTS

MOTION FOR *IN CAMERA* INSPECTION

    1.    Defendants have filed a motion alleging that Plaintiffs' counsel engaged in improper witness abuse and that Roy Ezell (an important witness) is incompetent to give any testimony.

    2.    Plaintiffs' counsel intends to answer Defendants' allegations when required by the Court.

    3.    W. Eason Mitchell, Plaintiffs' counsel in question, had major surgery on August 4, 2006, and has limited work abilities for another week or two.

4. The interviews of Roy Ezell were recorded by video means and speak for themselves as to the methods and demeanor of Plaintiffs' counsel, as well as Mr. Ezell's ability to testify. These taped interviews speak for themselves.

WHEREFORE, Plaintiffs move this Honorable Court to allow Plaintiffs to forward the Judge Magistrate a DVD playable by normal media and a transcript of the subject interviews for *in camera* inspection.

Respectfully submitted this 16th day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 16, 2006, I electronically filed the foregoing *Motion for In Camera Inspection* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

    /s/ W. Eason Mitchell
    W. Eason Mitchell

66968.wpd