IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                              PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                      DEFENDANTS

MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER

Come now the Plaintiffs and move the Court for an extension of time, until Monday, August 28, 2006, in order for the Plaintiffs to file a response to Defendants' motion for protective order.  This motion is not intended to cause any delay in the Court's determination and ruling on Defendants' motion and to the extent that any delay would result, the Plaintiffs request denial of this motion.  In support of this motion, Plaintiffs would show as follows:

1. Defendants' motion was directed to the conduct of Plaintiffs' attorney W. Eason Mitchell and will require his participation to form a response.

2. W. Eason Mitchell was absent from the office August 3rd until August 14th due to major surgery and hospitalization.

3. Attorney Mitchell is now back at work and capable of responding to Defendants' motion, although he is still recovering and working less than normal due to the recent surgery.

4. Attorney Mitchell does not wish to make his medical condition part of a public record, but will provide the Court with a letter from his surgeon supporting this motion and the fact that even additional time off would have been normal, if requested.

5. Plaintiffs' attorney will do what it takes in order to prevent any delay in this case. It would seem that a one business day extension to Monday, August 28th would cause no delay.

6. Due to the fact that the time requested is so short, the reason valid and that this request is predicated upon the fact that no delay of the case result, Plaintiffs have not attempted to consult with Defendants on this

matter; except by writing. Plaintiffs have received consent from Defendant Louisiana-Pacific and neither objection nor consent from Defendant PACTIV.

Respectfully submitted this 17th day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 17, 2006, I electronically filed the foregoing *Motion for Extension of Time to Respond to Defendants' Joint Motion for Protective Order* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

    /s/ W. Eason Mitchell
    W. Eason Mitchell

67042.wpd