IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC |
| vs. | ) ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION FOR PROTECTIVE ORDER**

Defendants Pactiv Corporation and Louisiana-Pacific Corporation hereby move the Court for expedited consideration of their Joint Motion for Protective Order filed August 14, 2006. In support thereof, Defendants state as follows:

1. On August 14, 2006, Defendants filed their Joint Motion for Protective Order, seeking to stay expedited videotaped preservation depositions for fact witnesses Carlton Dukes, John "Buck" Roberts, Jackie Partridge, and Roy Ezell. Plaintiffs have noticed these depositions for September 6, 7, 12, and 13, respectively.

2. The Court issued a show cause order requiring Plaintiffs to respond by Friday, August 25, 2006. Plaintiffs have asked for an extension until Monday, August 28, 2006. The depositions are currently noticed to begin the following week.

3. Per the parties' prior agreement with respect to the expedited depositions, as set forth in the proposed Consent Scheduling Order on Expedited Depositions filed June 22, 2006 (attached hereto as Exhibit A), Defendants are entitled to take "discovery" depositions of each

witness before Plaintiffs take their videotaped "preservation" depositions for use at trial. Since full discovery has not yet commenced and other means are unavailable, the "discovery" depositions allow Defendants an opportunity to learn about each witness before their testimony is preserved for potential use at trial by the expedited videotaped depositions.

4.    In the proposed Consent Scheduling Order, the parties agreed to make "good faith efforts" to adhere to a "tentative" schedule that called for the discovery depositions of the four fact witnesses the weeks of August 14 and 21, with the preservation depositions to follow the weeks of September 4 and 11.

5.    Immediately following the conclusion of the party depositions at the end of July (Sherri Davis, Deborah Reynolds, Kandy Creech, Dorothy DeVaughn, and Sandra Cobb), Defendants, in good faith, raised the concerns now expressed in their Motion for Protective Order with Plaintiffs in an attempt to resolve the issues without undue delay.

6.    Defendants believed the parties were close to an agreement whereby the expedited depositions would only proceed if an independent medical examination of the witnesses revealed a need to do so. *See* August 2, 2002 Letter from Bernard Taylor, attached hereto as Exhibit B. Instead, Plaintiffs issued deposition notices for the videotaped preservation depositions, unilaterally setting the dates for September 6, 7, 12, and 13, even though these remaining issues, raised by Defendants in good faith, remained to be resolved. Defendants were then contacted by Joann Ezell, the wife of witness Roy Ezell, and promptly filed the Motion for Protective Order once Defendants were able to confirm her related concerns.

7.    Defendants therefore respectfully request that the Court consider the Motion for Protective Order on an expedited basis due to the impending videotaped preservation depositions noticed by Plaintiffs for September 6, 7, 12, and 13.

8.     In addition, to protect Defendants' right to first take discovery depositions should the Court decide that expedited discovery will proceed with respect to any of the four fact witnesses, Defendants respectfully request that the Court issue an interim order continuing the noticed depositions pending a new schedule to be set by the Court.

9.     In conferring with Plaintiffs since the filing of the Motion for Protective Order, Defendants proposed that should the Court deny the motion with respect to any of the four witnesses, discovery depositions could begin within three weeks of the Court's order, followed by preservation depositions three weeks after the conclusion of the discovery depositions. Despite repeated requests, Plaintiffs have yet to directly respond to this proposal.

WHEREFORE, Defendants respectfully request that the Court consider the Motion for Protective Order on an expedited basis, and that the Court enter an interim order continuing the noticed depositions pending a new schedule to be set by the Court should it determine that any of the expedited depositions will proceed.

Respectfully submitted this 18th day of August, 2006.

/s/ Mark R. Ter Molen
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

        /s/ Bernard Taylor
        Bernard Taylor (admitted *pro hac vice*)
        Douglas S. Arnold (admitted *pro hac vice*)
        Orlyn O. Lockard, III (admitted *pro hac vice*)

        Counsel for Defendant Louisiana-Pacific
          Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

/s/ Matthew C. Sostrin
Of Counsel