# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Bernard Taylor, Sr.         Direct Dial: 404-881-7288         E-mail: bernard.taylor@alston.com

August 2, 2006

**VIA FACSIMILE AND U.S. MAIL**

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
200 Sixth Street North
Suite 102
Columbus, MS  39701

Re:   Lockhart, Alabama Litigation/Fact Witness Depositions

Dear Eason:

I am writing in follow-up to our group telephone conversation of Monday afternoon regarding the potential depositions of Roy Ezell, John "Buck" Roberts, Jacky Partridge, and Carlton Dukes as well as subsequent communications regarding those depositions.

I appreciate your candor on Monday in confirming that due to the current status of their health and cognitive abilities, you are willing to agree that, at this time, we do not need to take the depositions of John "Buck" Roberts and Jacky Partridge on an expedited basis. Having conferred with our clients (as we indicated we would need time to do), we would like to accept your proposal to defer those depositions until a later time.

If, however, the deposition notices forwarded by your office yesterday evening and your email from last night were intended to indicate that you now insist that the depositions of Mr. Roberts and Mr. Partridge proceed, we accept your new proposal to have appropriate health care professionals conduct independent medical/psychological/psychiatric examinations of these individuals to determine the propriety of conducting expedited depositions. Obviously, we will need to work together on the procedure for those examinations, obtaining all of the necessary medical records, and making reasonable adjustments to the tentative discovery deposition schedule and the dates for preservation depositions unilaterally established in your notices.

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
202-756-3300
Fax: 202-756-3333


EXHIBIT B

W. Eason Mitchell, Esq.
August 2, 2006
Page 2

With regard to Roy Ezell, we understand your position to be that Mr. Ezell is suffering from a decline in cognitive function. On Monday, you offered to make Mr. Ezell available for an independent medical/psychological/psychiatric examination ("examination") by health care professionals of our choosing so that we may verify whether it is appropriate for his deposition to proceed on an expedited basis. Defendants Louisiana-Pacific and Pactiv Corporation accept this offer and will shortly try to identify appropriate professionals willing to conduct Mr. Ezell's examination. We will work with you to schedule the examination as soon as reasonably possible and cooperate to identify mutually acceptable dates for Mr. Ezell's discovery and preservation depositions if it in fact appears that there is a reasonable medical and cognitive basis for proceeding.

We appreciate your confirmation that Carlton Dukes is not facing any health or memory problems that will impede his ability to give testimony in the ordinary course of discovery. Given the spoliation allegations in your clients' complaints and your prior representations that Mr. Dukes has relevant testimony on these issues, however, Defendant Louisiana-Pacific accepts your offer to make Mr. Dukes available for deposition prior to the start of discovery. At this early stage of the litigation, our intent is to limit the scope of Mr. Dukes' deposition to the facts and circumstances allegedly supporting your clients' spoliation claims. Thus, we reserve the right to depose Mr. Dukes regarding his prior employment at the Lockhart facility, any potential claims he might have in an individual capacity, and other topics later, as appropriate, in the ordinary course of discovery in this litigation. We will call you later this week to discuss potential dates for Mr. Dukes' limited discovery deposition.

Finally, I must reiterate our collective surprise at the first paragraph of your letter dated August 1, 2006, as well as your email from yesterday evening. We have been extremely forthright and respectful of you, your co-counsel, and your clients throughout this litigation. While we do not understand the sudden change in the tone of your communications, we should all strive to continue communicating in the professional, courteous, and truthful manner in which we must conduct ourselves as officers of the Court.

With kind regards, I am

Sincerely,

Bernard Taylor, Sr.

BT:ool
LEGAL02/30032945v3

W. Eason Mitchell, Esq.
August 2, 2006
Page 3

cc: Gregory A. Cade (via fax and U.S. mail)
    Douglas S. Arnold, Esq.
    Orlyn O. Lockard, III, Esq.
    Dennis R. Bailey, Esq. (via fax only)
    Austin Huffaker, Esq. (via fax only)
    John C. Berghoff, Jr., Esq. (via fax only)
    Mark TerMolen, Esq. (via fax only)
    Matthew C. Sostrin, Esq. (via fax only)
    H. Thomas Wells, Jr., Esq. (via fax only)
    John Earnhardt, Esq. (via fax only)