IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PACTIV CORPORATION and  )<br>LOUISIANA-PACIFIC CORPORATION,  )<br>)<br>Defendants.  ) | CASE NO. 2:06-cv-00083-LES-CSC |

**RESPONSE TO PLAINTIFFS' "MOTION FOR *IN CAMERA* INSPECTION"**

Defendant Louisiana-Pacific Corporation regrets the significant number of recent filings with this Court. However, Louisiana-Pacific believes it has an obligation to the Court and Plaintiffs' Counsel to clarify Louisiana-Pacific's current understanding of Mr. Ezell's status in this litigation.

1. Mr. Roy Ezell is a long-time former plant manager at the Lockhart Lumber facility. Louisiana-Pacific employed him in this capacity.

2. Plaintiffs' Counsel identified Mr. Ezell as a named Plaintiff in a Complaint relating to alleged emissions from the former Lockhart Lumber mill in Lockhart, Alabama. *See* Complaint in *Anderson v. Pactiv Corp.*, 2:06-CV-000739-LES-CSC.

3. Plaintiffs noticed a preservation deposition for Mr. Ezell for September 13, 2006.

4. Mrs. Joann D. Ezell gave a sworn statement on August 11, 2006 indicating that Mr. Ezell did not authorize anyone to represent him in connection with this litigation, and, moreover, does not want to be involved. *See* Exhibit B to Defendants' "Joint Motion for Protective Order."

1

2

5. Louisiana-Pacific subsequently offered to provide Mrs. Ezell with independent counsel to advise her in connection with this matter.

6. Upon information and belief, Mr. and Mrs. Ezell met with potential independent counsel and determined that they do not desire independent counsel at this time.

7. Upon further information and belief, and despite the information in Mrs. Ezell's sworn statement, Mr. Ezell may wish to remain a named Plaintiff in this litigation.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

    Respectfully submitted this 18<u>th</u> day of August, 2006.

                                                /s/ Bernard Taylor
                                                Bernard Taylor (admitted *pro hac vice*)
                                                Douglas S. Arnold (admitted *pro hac vice*)
                                                Orlyn O. Lockard, III (admitted *pro hac vice*)

                                                Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document on all counsel of record by filing it on the Court's CM/ECF electronic case management system.

This  18th day of August, 2006.

/s/ Orlyn O. Lockard, III
Orlyn O. Lockard, III