IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

M.C., who sues by and through her                )
mother and next friend, GAIL TATUM,              )
                                                 )
      Plaintiff,                             )
                                                 )
v.                                               )        CIVIL ACTION NO.  2:06cv83-LES
                                                 )               (LEAD CASE)
PACTIV CORPORATION, *et al*,                     )
                                                 )
      Defendants.                            )

## ORDER

Now pending before the court is the plaintiff's motion for an *in camera* inspection (doc. # 74).  Upon consideration of the motion, and for good cause, it is

ORDERED that on or before August 23, 2006, counsel for the plaintiff shall have delivered to the chambers of the undersigned for *in camera* inspection the videotaped interview of Roy Ezell in VHS tape form.

Done this 18th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE