IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, *et al*, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion for an extension of time to respond to the defendants' joint motion for a protective order (doc. # 75) and motion for extension of time to respond to the defendants' motion to compel and motion to strike (doc. # 73). Upon consideration of the motions, and for good cause, it is

ORDERED that the motions for extensions of time (docs. # 73 & 75) be and are hereby GRANTED and the plaintiff's time for responding to the defendants' motions be and is hereby EXTENDED from August 25, 2006 until August 28, 2006.

Done this 18th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE