IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                        (LEAD CASE)


PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                              DEFENDANTS


REPORT OF COMPLIANCE WITH ORDER TO SUBMIT
MATERIAL FOR *IN CAMERA* INSPECTION


Comes now the Plaintiff and reports that the following have been sent to

Chief United States Magistrate Judge Charles S. Coody by Federal Express for

expected delivery on Tuesday, August 22, 2006.  The material submitted may be

identified as follows:

1.      Transcription of Roy Ezell interviews;

2.      Roy Ezell interviews converted to DVD format; and

3.      Roy Ezell interviews converted to VHS tape format.

Respectfully submitted this 21st day of August, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 21, 2006, I electronically filed the foregoing *Report of Compliance With Order to Submit Material for In Camera Inspection* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold, Esq.
Dennis R. Bailey, Esq.
John C. Berghoff, Jr., Esq.
John A. Earnhardt, Esq.
R. Austin Huffaker, Jr., Esq.
Orlyn O. Lockard, III, Esq.
Edwin Bryan Nichols, Esq.
Laura Ellison Proctor, Esq.
Erin O'Kane Scott, Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

67170.wpd