IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the defendants' motion to strike (doc. # 31), motion to compel (doc. # 69), motion for a protective order (doc. # 71) and motion for expedited consideration of the motion for a protective order (doc. # 76). Upon consideration of these motions, and for good cause, it is

ORDERED that these motions be and are hereby set for oral argument on August 30, 2006, at 2:00 p.m. This proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference.

Done this 23rd day of August, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE