IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                           PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                  DEFENDANTS

MOTION TO EXTEND DEADLINES

Plaintiffs move this Court to extend the deadlines for Plaintiffs' responses to Defendants' motion to compel, PACTIV's motion to strike and Defendants' joint motion for protective order to 12:00 Noon on Tuesday, August 29, 2006. Plaintiffs would further show:

1. This extension is by agreement of all parties.

2. Twelve (12) hours extension from midnight tonight until noon tomorrow will not prejudice any party nor delay the Court's hearing the afternoon of August 30, 2006.

Respectfully submitted this 28th day of August, 2006.

      /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on August 28, 2006, I electronically filed the foregoing *Motion to Extend Deadlines* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

      /s/ W. Eason Mitchell
W. Eason Mitchell

67764.wpd