IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

M.C., who sues by and through her          )
mother and next friend, GAIL TATUM,        )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )     CIVIL ACTION NO.  2:06cv83-LES
                                           )              (LEAD CASE)
PACTIV CORPORATION, et al,                 )
                                           )
        Defendants.                        )

ORDER

Now pending before the court is the August 28, 2006, motion to extend deadlines

(doc. # 82) filed by the plaintiffs.  Upon consideration of the motion and for the following

reasons, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 29th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE