IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC ) (Lead Case) |
| vs. | ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR STAY

Plaintiffs and Defendants Pactiv Corporation and Louisiana Pacific Corporation hereby jointly move the Court to enter a Consent Order staying all proceedings in this and related cases (except for the scheduled November 30, 2006 status hearing) while the parties engage in a mediation. In support thereof, the parties state as follows:

1. Plaintiffs initially filed (or Defendants removed) ten lawsuits in this Court in January and February 2006. *See M.C. v. Pactiv Corp.*, No. 2:06-cv-83; *Phillips v. Pactiv Corp.*, No. 2:06-cv-84; *Thompson v. Pactiv Corp.*, No. 2:06-cv-85; *Edwards v. Pactiv Corp.*, No. 2:06-cv-86; *Madden v. Pactiv Corp.*, No. 2:06-cv-186; *Davis v. Pactiv Corp.*, No. 2:06-cv-187; *Douglas v. Pactiv Corp.*, No. 2:06-cv-188; *Thompson v. Pactiv Corp.*, No. 2:06-cv-189; *Kelley v. Pactiv Corp.*, No. 2:06-cv-190; *Cravey v. Pactiv Corp.*, No. 2:06-cv-191. These cases have been consolidated for discovery, and motions to dismiss are pending and fully briefed. Judge Strom has scheduled a November 30, 2006 status hearing for the pending motions.

2. Plaintiffs recently filed several additional lawsuits as well. *See Adams v. Pactiv Corp.*, No: 2:06-cv-660; *Cassady v. Pactiv Corp.*, No. 2:06-cv-679; *Brooks v. Pactiv Corp.*, No. 2:06-cv-680; *Anderson v. Pactiv Corp.*, No. 2:06-cv-739; *Harrison v. Pactiv Corp.*, No. 2:06-cv-757; *Lawrence v. Pactiv Corp.*, No. 2:06-cv-758; *Hamilton v. Pactiv Corp.*, No. 2:06-cv-759.

3. The parties have already engaged in certain expedited discovery pursuant to their proposed Consent Scheduling Order on Expedited Depositions filed June 22, 2006. Plaintiffs have now noticed expedited "preservation" depositions for four fact witnesses, Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes, for early September.

4. The parties also have several other motions pending for which the Court has scheduled an August 30, 2006 hearing. These motions include Defendant Pactiv Corporation's Motion to Strike (docket no. 37), Defendants' Joint Motion to Compel (docket no. 69), Defendants' Joint Motion for Protective Order (docket no. 71), and Defendants' Joint Motion for Expedited Consideration of Their Motion for Protective Order (docket no. 76).

5. The parties recently agreed to engage in a mediation that is likely to occur in September or early October of 2006, depending on mediator availability. The exact time and place of the mediation, as well as the mediator, will be agreed upon by the parties.

6. The parties therefore respectfully request that the Court stay proceedings in these related cases. The parties have agreed, and jointly propose, the following terms for a stay:

> (A) The stay would apply to all cases already or soon-to-be filed by Plaintiffs against Pactiv Corporation and Louisiana-Pacific Corporation, including to Defendants' obligation to answer or otherwise respond to the recently and/or soon-to-be filed complaints.

(B) The motions set for hearing on August 30, 2006, including any further briefing, would be stayed.

(C) Plaintiffs would withdraw their notices for videotaped "preservation" depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes. In the event that the stay is lifted, Plaintiffs may again notice these depositions and shall allow Defendants a reasonable time to first take "discovery" depositions or otherwise respond.

(D) The November 30, 2006 status hearing on other pending motions, which are already fully briefed, would proceed as scheduled.

(E) If the mediation is unsuccessful, the parties would promptly request that the Court lift the stay and reestablish a schedule to resolve any pending motions and for Defendants to answer or otherwise respond to Plaintiffs' remaining complaints.

WHEREFORE, the parties respectfully move the Court to enter the proposed Consent Order, attached hereto as Exhibit A, staying all proceedings in this and related cases (except for the scheduled November 30, 2006 status hearing) while the parties engage in a mediation.

Respectfully submitted this 29th day of August, 2006.

<u>/s/ W. Eason Mitchell</u>
W. Eason Mitchell (MIT 020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703
Tel: (662) 327-0903
Fax: (662) 329-4832

*Counsel for Plaintiffs*


<u>/s/ John C. Berghoff, Jr.</u>
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999

*Counsel for Defendant Pactiv Corporation*

13328784.1

<u>/s/ Bernard Taylor</u>
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091

*Counsel for Defendant Louisiana-Pacific Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Dennis R. Bailey

R. Austin Huffaker

Laura Proctor

H. Thomas Wells, Jr.

John A. Earnhardt

Bernard Taylor

Douglas S. Arnold

Orlyn O. Lockard, III


/s/ Matthew C. Sostrin
Of Counsel