IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC ) |
| vs. | ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## CONSENT ORDER

With the express consent and agreement of Plaintiffs and Defendants Pactiv Corporation and Louisiana-Pacific Corporation, and having been advised that (1) the parties have agreed to engage in a mediation at a time, place, and before a mediator to be agreed upon by the parties, and (2) Plaintiffs have agreed at this time to withdraw their notices for videotaped "preservation" depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes,

IT IS HEREBY ORDERED that all proceedings in these related cases are hereby stayed, with the exception of the November 30, 2006 status hearing on the pending motions which shall proceed as previously scheduled. The stay includes any further briefing on the following motions now pending before this Court:

(1) Defendant Pactiv Corporation's Motion to Strike (docket no. 37);

(2) Defendants' Joint Motion to Compel (docket no. 69);

(3) Defendants' Joint Motion for Protective Order (docket no. 71); and

2

(4)     Defendants' Joint Motion for Expedited Consideration of Their Motion for Protective Order (docket no. 76).

IT IS FURTHER HEREBY ORDERED that in the event that the stay is lifted, Plaintiffs may again notice the videotaped "preservation" depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes, and shall allow Defendants a reasonable time to first take "discovery" depositions or otherwise respond.

So ordered this ___ day of _____, 2006.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE