IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

ORDER

The parties filed on August 29, 2006, a joint motion to stay (doc. # 84). For good cause, it is

ORDERED that the August 30, 2006, argument on the defendants' motion to strike (doc. # 31), motion to compel (doc. # 69), motion for a protective order (doc. # 71) and motion for expedited consideration of the motion for a protective order (doc. # 76) be and is hereby CONTINUED generally pending final resolution of the joint motion to stay.

Done this 29th day of August, 2006.

                                  /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE