IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv83-LES ) (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

ORDER

With the express consent and agreement of the District Judge assigned to this case and that of the Plaintiffs and Defendants Pactiv Corporation and Louisiana-Pacific Corporation, and having been advised by a joint motion to stay (doc. # 84) that (1) the parties have agreed to engage in a mediation at a time, place, and before a mediator to be agreed upon by the parties, and (2) Plaintiffs have agreed at this time to withdraw their notices for videotaped "preservation" depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes, it is

ORDERED that the joint motion to stay be and is hereby GRANTED and that all proceedings in these related cases be and are hereby STAYED, with the exception of the November 30, 2006 status hearing on the pending motions which shall proceed as previously scheduled. The stay includes any further briefing or argument on the following motions now pending before this Court:(1) Defendant Pactiv Corporation's Motion to Strike (doc. # 37); (2) Defendants' Joint Motion to Compel (doc. # 69); (3) Defendants'

Joint Motion for Protective Order (doc. # 71); and (4) Defendants' Joint Motion for Expedited Consideration of Their Motion for Protective Order (doc. # 76). It is further

ORDERED that in the event that the stay is lifted, Plaintiffs may again notice the videotaped "preservation" depositions of Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes, and the Defendants shall be allowed a reasonable time to first take "discovery" depositions or otherwise respond. It is further

ORDERED that the parties shall file a notice informing the court of the date on which the mediation in this case will commence and on or before September 29, 2006 and every ten (10) days thereafter, shall file a written status report about the progress of the mediation.

Done this 30th day of August, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE