# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                              PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                          DEFENDANTS

## MOTION FOR CLARIFICATION OF ORDER

The Plaintiffs move the Court to provide Plaintiffs guidance in order to comply with the Court's order of August 30, 2006, which granted the parties' agreed upon motion for a stay and which requires reports to the Court regarding mediation progress.

1.   The Plaintiffs assume that the notice required by September 29, 2006, of the date(s) selected for mediation shall be a report or joint report filed in pleading form and would include notice of the agreed upon mediator with the expected dates.

2.    Is the written status report required to be filed every ten (10) days thereafter expected to be a joint formal report, or a confidential report from each party or both?

3.    Parties are prohibited from writing letters directly to judges unless invited, and required to file in formal style.  Is the Court's requirement to make reports every ten (10) days an invitation to write directly to the Court rather than filing a formal pleading?

Respectfully submitted this 5th day of September, 2006.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on September 5, 2006, I electronically filed the foregoing *Motion for Clarification of Order* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas Sheppard Arnold, Esq.
>Dennis R. Bailey, Esq.
>John C. Berghoff, Jr., Esq.
>John A. Earnhardt, Esq.
>R. Austin Huffaker, Jr., Esq.
>Orlyn O. Lockard, III, Esq.
>Edwin Bryan Nichols, Esq.
>Laura Ellison Proctor, Esq.
>Erin O'Kane Scott, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.
>H. Thomas Wells, Jr., Esq.
>Bernard Taylor, Sr., Esq.

>>/s/ W. Eason Mitchell
>>W. Eason Mitchell

67887.wpd