IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

ORDER

Upon consideration of the plaintiffs' motion for clarification of order, it is

ORDERED that the motion be and is hereby GRANTED as follows:

1.  The notices required by the order shall be filed and shall be joint; however, if counsel agree, one lawyer may sign the notices on behalf of all parties.

2.  All notices should be filed as a formal document.

Done this 6th day of September, 2006.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE