IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues<br>By and Through Her Mother and Next<br>of Friend Gail Tatum, | **PLAINTIFF** |
| VERSUS            CIVIL ACTION NO. 2:06-CV-00083-LES-CSC | |
| | **(LEAD CASE)** |
| PACTIV CORPORATION and<br>LOUISIANA-PACIFIC CORPORATION, | **DEFENDANTS** |

### REPORT TO COURT

Come now the Plaintiffs and by agreement and consent of all parties file this report concerning efforts of an alternative resolution.

The parties have engaged in discussions and have scheduled mediation before the Honorable G.M. Van Tassell, Jr., of Sirote & Permutt, Post Office Box 55727, Birmingham, AL 35255-5727, 205-930-5229, in Birmingham, Alabama, on October 16 & 17, 2006.

This report is approved by all parties.

Respectfully submitted this 19th day of September, 2006.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on September 19, 2006, I electronically filed the foregoing *Report to Court* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Douglas Sheppard Arnold, Esq.
> Dennis R. Bailey, Esq.
> John C. Berghoff, Jr., Esq.
> John A. Earnhardt, Esq.
> R. Austin Huffaker, Jr., Esq.
> Orlyn O. Lockard, III, Esq.
> Edwin Bryan Nichols, Esq.
> Laura Ellison Proctor, Esq.
> Erin O'Kane Scott, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

69080.wpd