IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                         PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                   DEFENDANTS

## MOTION TO LIFT STAY

Come now the Plaintiffs and show unto the Court as follows:

1. That the parties agreed to a stay of these proceedings and scheduled depositions in order to allow the parties to engage in mediation.

2. The original parties agreed upon a motion to enter a stay in order to allow mediation contained provisions to allow for continuation of the cases and prior orders allowing limited discovery in the event mediation was not successful.

3. The Court entered an order to stay the proceedings.

4. Mediation was unsuccessful and has concluded.

Wherefore, the Plaintiffs move this Honorable Court to enter an order to set aside the agreed upon order to stay proceedings.

Respectfully submitted this 18th day of October, 2006.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on October 18, 2006, I electronically filed the foregoing *Motion to Lift Stay* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

    /s/ W. Eason Mitchell
W. Eason Mitchell

70741.wpd