IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, </br></br>Plaintiff, </br></br>vs. </br></br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, </br></br>Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-00083-LES-CSC ) ) ) ) ) ) ) ) |

DEFENDANTS' UNOPPOSED MOTION
FOR STATUS CONFERENCE WITH MAGISTRATE JUDGE

Defendants hereby jointly move the Court for a status conference with Magistrate Judge Charles S. Coody on discovery matters in this and related cases. Defendants are authorized to state that this motion is unopposed.

In support of this motion, Defendants show the Court as follows:

1. On August 7, 2006, Defendants jointly moved the Court to compel Plaintiffs Deborah Reynolds, Kandy Creech, Dorothy DeVaughn, and Sandra Cobb to answer deposition questions concerning various public meetings, and for Plaintiffs to produce documents and information relating to said meetings (Doc #69).

2. On October 19, 2006, Defendants jointly moved the Court to enter a protective order staying noticed expedited depositions of Plaintiffs' fact witnesses Roy Ezell, John "Buck" Roberts, Jackie Partridge, and Carlton Dukes (Doc. #71).

3. On August 30, 2006, this Court entered an order staying further proceedings in this and related cases pending mediation by the parties. As Plaintiffs' "Status Report" filed October 18, 2006 indicates, the parties participated in mediation sessions on October 16 and 17, 2006 but did not reach a resolution of these cases.

4. On October 19, 2006, Plaintiffs filed a "Motion to Lift Stay" (Doc. #91).

5. Although this Court previously scheduled a hearing for November 30, 2006 on Defendants' pending motions to dismiss, Defendants' pending motions regarding certain discovery issues (Docs. 69 and 71) bear directly on the discovery activities Plaintiffs seek to resume when the current stay is lifted. Accordingly, Defeendants respectfully ask that a status conference with Magistrate Judge Coody be scheduled to address these discovery issues and any related discovery matters.

Respectfully submitted this 19th day of October, 2006.

[SIGNATURE BLOCKS ON FOLLOWING PAGES]

        /s/Mark R. TerMolen
        John C. Berghoff, Jr. (admitted *pro hac vice*)
        Mark R. Ter Molen (admitted *pro hac vice*)
        Matthew C. Sostrin (admitted *pro hac vice*)

        Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/Douglas S. Arnold
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

/s/Orlyn O. Lockard, III
Of Counsel