IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' motion for a status conference (doc. # 92) and motion to clarify (doc. # 95), and for good cause, it is

ORDERED that this matter be and is hereby set for status conference on November 14, 2006, at 10:00 a.m. Central Standard Time (CST). This proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference.

Done this 26th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE