IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set by telephone conference call at 10:00 a.m. CST on November 14, 2006 be and is hereby **RESET** to 10:00 a.m. on November 29, 2006 in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Annex, One Church Street, Montgomery, Alabama.

Done this 8th day of November, 2006.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE