IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 2:06cv83-LES )           (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for 10:00 a.m. on November 29, 2006 be and is hereby **RESET to 9:00 a.m. on November 30, 2006, before the Honorable Lyle E. Strom, United States District Judge, in Courtroom 2F**, Frank M. Johnson, Jr. Federal Building and United States Courthouse Annex, One Church Street, Montgomery, Alabama.

Counsel should be prepared to discuss all pending motions and the FED. R. CIV. P. 26 planning report previously filed with the court.

The Clerk is directed to provide a court reporter for this proceeding.

Done this 15th day of November, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE