IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues By and Through Her Mother and Next of Friend Gail Tatum, | PLAINTIFF |
| VERSUS          CIVIL ACTION NO. 2:06-CV-00083-LES-CSC | |
| | (LEAD CASE) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | DEFENDANTS |

PLAINTIFFS' INQUIRY

Come now the Plaintiffs and request a clarification of the Court's Order of November 15, 2006, which resets the status and scheduling conference. Plaintiffs are unsure about a provision in the Court's Order and would show:

1. That, by agreement and joint motion of the parties, the Court has previously entered an order to stay:

    a. expedited discovery, and

    b.    Plaintiffs' response to Defendants' motions for protective order and motion to compel.

2.    The Court has ordered and advised counsel to be prepared to discuss all pending motions at the scheduling/status conference.

3.    Plaintiffs are prepared to file a response to Defendants' motions for protective order and Defendants' motion to compel.

WHEREFORE, Plaintiffs inquire as to whether the Court's order directing counsel to be prepared to argue all motions on November 30, 2006, either requires or allows Plaintiffs to file a response to Defendants' motion for protective order and to Defendants' motion to compel.

Respectfully submitted this 21st day of November, 2006.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on November 21, 2006, I electronically filed the foregoing *Plaintiffs' Inquiry* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

                                  /s/ W. Eason Mitchell
                                  W. Eason Mitchell

72236.wpd