**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| KATELYN CARAWAY, A MINOR, WHO SUES BY AND THROUGH HER MOTHER AND NEXT FRIEND, KRISTY CARAWAY; SHIRLEY CAVIS; AVANCE DRAKE; EDWARD JACKSON, III; LEAMON D. JACKSON, A MINOR, WHO SUES BY AND THROUGH HIS MOTHER AND NEXT FRIEND, REBECCA JACKSON; BETTY LAIRD; JESSIE MOORE, AS ADMINISTRATOR OF THE ESTATE OF DIANNE MOORE, DECEASED; MELISSA ORDES; CHARLES READ, AS ADMINISTRATOR OF THE ESTATE OF HAZEL INEZ READ, DECEASED; KIMBERLY D. VICKERS; IRENE WHITLEY; and WAYNE DEWITT WISE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:   2:06-cv-83-LES |
| *Plaintiffs,* | ) | |
| vs. | ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| *Defendants.* | | |

**ENTRY OF APPEARANCE**

COMES NOW Richard E. Crum, Esq., and hereby Enters his Appearance on behalf of the Plaintiff, Jessie Moore, as Administrator of the Estate of Dianne Moore, Deceased, with regard to the above referenced matter.

DONE AND SUBMITTED, this the 28th day of November, 2006.

/s/ Richard E. Crum, Esq.
Richard E. Crum, Esq.  (CRU012)

Attorney for Plaintiff,
Jessie Moore, As Administrator of
the Estate of Dianne Moore, Deceased

OF COUNSEL:
COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
206 N. LENA ST.
POST OFFICE BOX 6346
DOTHAN, ALABAMA 36302-6346
(334) 677-3000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, Mississippi 39703-0866
(662) 327-0903

Gregory A. Cade, Esq.
Lee Gresham, III, Esq.
Fred R. DeLeon, Esq.
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, Alabama 35222
(205) 328-9200

This the 28th day of November, 2006.

/s/ Richard E. Crum, Esq.
Of Counsel