IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on the motion of the plaintiff to lift the stay of proceedings (doc. # 91). After conference with counsel, the court finds that the motion should be and is hereby GRANTED.

Done this 30th day of November, 2006.

        /s/ Lyle E. Strom
        LYLE E. STROM
        SENIOR UNITED STATES MAGISTRATE JUDGE