IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on the motion of the plaintiff to file a third amended complaint (doc. # 63). After conference with counsel, the defendants do not object. Accordingly, it is

ORDERED that the motion to file a third amended complaint be and is hereby GRANTED. The plaintiffs shall file the third amended complaint on or before December 4, 2006.

Done this 30th day of November, 2006.

                                      /Lyle E. Strom
                                  LYLE E. STROM
                                  SENIOR UNITED STATES DISTRICT JUDGE