IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.  2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court are the defendants' joint motion for a protective order and motion to expedite motion for protective order (docs. # 71 & 76). Oral argument was held on November 30, 2006. Upon consideration of the motions and for good cause, it is

ORDERED that the motions be and are hereby DENIED as moot.

Done this 30th day of November, 2006.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE