IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the November 21, 2006, motion to clarify (doc. # 101) filed by the plaintiffs.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 30th day of November, 2006.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE