IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,** ) ) ) ) | CASE NO. 2:06-cv-83-LES-CSC |
| Plaintiff, ) ) | |
| vs. ) ) | |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** ) ) ) | |
| Defendants. ) | |

## DEFENDANT PACTIV CORPORATION'S RULE 12(b)(6) MOTION TO DISMISS

Defendant Pactiv Corporation ("Pactiv"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Third Amended Complaint for failure to state a claim upon which relief can be granted. In support of its motion, and as agreed at the November 30, 2006 hearing before this Court, Pactiv adopts and incorporates the arguments already set forth in its Memorandum of Law (docket no. 13) and Reply Brief (docket no. 26) filed with respect to the First Amended Complaint.

Respectfully submitted this 6th day of December, 2006.

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Bernard Taylor

Douglas S. Arnold

Orlyn O. Lockard, III

/s/ Matthew C. Sostrin
Of Counsel