IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                           PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                                   DEFENDANTS

### NOTICE

Comes now Gail Bedsole Tatum, as Mother and as Administratrix of the Estate of Melanie Chambers, deceased, and dismisses Count Five, which is entitled "Conspiracy" in the Plaintiff's Third Amended Complaint, without prejudice. The dismissal of the Conspiracy Count is not intended to dismiss or change all the other and remaining allegations of Plaintiff's Third Amended Complaint. This notice is unopposed

 /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on December 6, 2006, I electronically filed the foregoing *Notice* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

This 30th day of November, 2006.

    /s/ W. Eason Mitchell
    W. Eason Mitchell

72927.wpd