```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother  )        2:06cv00083-LSC
and Administratrix of the     )
Estate of MELANIE CHAMBERS, a )
deceased minor child,         )
                              )
            Plaintiff,        )        COURT MINUTES
                              )        Planning Conference
       v.                     )
                              )        Date:    November 30, 2006
PACTIV CORPORATION and        )        Deputy:  Jean D. Roeder
LOUISIANA-PACIFIC CORPORATION,)        Reporter: Jimmie Dickens
                              )        Hearing commenced: 9 a.m.
                              )        Hearing concluded: 10:20 a.m.
            Defendants.       )
_____)
```

Conference before Lyle E. Strom, United States District Judge; Charles S. Coody, Magistrate Judge.

APPEARANCES:

    For Plaintiff:   W. Eason Mitchell; Gregory A. Cade; Robert L. Palmer
    For Defendants:  John Berghoff; H. Thomas Wells; Mark R. Ter Molen; Orlyn Lockard; Laura Proctor; Bernard Taylor; Douglas Arnold

PROCEEDINGS:

    Conference concerning scheduling of discovery and trial of these cases. Orders will be entered (1) granting motion for leave to file a third amended complaint; (2) granting defendants until December 8, 2006, to file an amended motion to dismiss; and (3) that Rule 26(a)(1) disclosures are to be made two weeks after there is a ruling on the motion to dismiss.

    The parties discussed entry of a Lone Pine order, which Judge Strom will deliver to the parties before it is finalized. The parties discussed length of time needed for discovery; the possibility of getting two to four cases ready for trial; and then seeing how their resolution will effect the balance of the claims.