# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2       MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5  CIVIL ACTION No. 2:06-cv-187-WKW
6  SHERRI L. DAVIS, et al.,
7
8       Plaintiff(s),
9  v.
10 TMA FOREST PRODUCTS GROUP, et al.,
11
12      Defendant(s).
13
14      DEPOSITION TESTIMONY OF:
15           KANDY CREECH
16
17 Commissioner:
18 Renny D. McNaughton
19 July 14, 2006
20 Andalusia, Alabama
21
22
23

Page 2

1       S T I P U L A T I O N
2       IT IS STIPULATED AND AGREED by and
3  between the parties through their respective
4  counsel that the deposition of Kandy Creech,
5  may be taken before Renny D. McNaughton,
6  Court Reporter and Notary Public, State at
7  Large, at the offices of The Powell Law
8  Firm, 201 East Troy Street, Andalusia,
9  Alabama, on the 14th day of July, 2006,
10 commencing at approximately 9:00 a.m.
11      IT IS FURTHER STIPULATED AND AGREED
12 that it shall not be necessary for any
13 objections to be made by counsel to any
14 questions, except as to form or leading
15 question and that counsel for the parties
16 may make objections and assign grounds at
17 the time of trial or at the time said
18 deposition is offered in evidence, or prior
19 thereto.
20      In accordance with Rule 5(d) of the
21 Alabama Rules of Civil Procedure, as
22 amended, effective May 15, 1988, I Renny D.
23 McNaughton, am hereby delivering to Karen

Page 3

1  Prena Molen the original transcript of the
2  oral testimony taken the 14th day of July,
3  2006, along with exhibits.
4       Please be advised that this is the
5  same and not retained by the Court Reporter,
6  nor filed with the Court.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1            I N D E X
2  EXAMINATION BY:        PAGE NO.
3  Ms. Prena          7, 154
4  Mr. Lockard        113, 154
5       E X H I B I T S
6  Defendant's
7  No. 1         10
8  No. 2         71
9  No. 3         117
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 5

```
 1          A P P E A R A N C E S
 2
 3    FOR THE DEFENDANT (S):
 4    Skip Lockard
 5    Alston & Bird
 6    1201 West Peachtree Street, N.W.
 7    Atlanta, Georgia  30309
 8    404-881-7000
 9
10    Karen Prena
11    Mayer, Brown, Rowe & Maw
12    71 South Wacker Drive
13    Chicago, Illinois  60606
14    312-782-7711
15
16
17
18
19
20
21
22
23
```

Page 6

```
 1    FOR THE PLAINTIFF (S):
 2    W. Eason Mitchell
 3    The Colom Firm
 4    P.O. Box 866
 5    Columbus, Mississippi 39703
 6
 7    Gregory Cade
 8    The Environmental Litigation Group
 9    3529 7th Avenue South
10    Birmingham, Alabama  35255
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 7

```
 1         I, Renny D. McNaughton, a Court
 2    Reporter of Greenville, Alabama, and a
 3    Notary Public for the State of Alabama at
 4    Large, acting as Commissioner, certify that
 5    on this date, pursuant to the Alabama Rules
 6    of Civil Procedure, and the foregoing
 7    stipulation of counsel, there came before me
 8    at the offices of The Powell Law Firm, 201
 9    East Troy Street, Andalusia, Alabama,
10    commencing at approximately 9:00 a.m. on the
11    14th day of July, 2006, Kandy Creech,
12    witness in the above cause, for oral
13    examination, whereupon the following
14    proceedings were had:
15
16         KANDY KREECH
17    being first duly sworn, was examined and
18    testified as follows:
19         EXAMINATION
20    BY MS. PRENA
21         Q   This will be the deposition of
22    Kandy Creech taken pursuant to the Civil
23    Practice Act and the local rules of the U.S.
```

Page 8

```
 1    District Court, Middle District of Alabama,
 2    Northern Division.
 3         Kandy, my name is Karen Prena.  I
 4    represent Pactiv Corporation.  I am from
 5    Chicago, and I am going to be asking you
 6    some questions today.  And this gentleman,
 7    Skip Lockard, will be asking you some
 8    questions today, also.  Is this the first
 9    time that you've had a deposition?
10         A   Yes, ma'am.
11         Q   Okay.  And I'm sure your attorney
12    told you how this works; but just to get you
13    comfortable, I'm going to be asking you some
14    questions, and you can give me your answer.
15    And I will try not to interrupt you.  And,
16    please, speak to the court reporter so he
17    can take down what you're saying.  And if
18    you don't understand my question, ask, and I
19    will try to rephrase it for you.  We want to
20    make it simple.
21         Also if your answer is "yes" or "no,"
22    just give me "yes" or "no" instead of
23    shaking your head, because it will make it
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 9

1  easier for the court reporter to understand
2  what you're trying to communicate. All
3  right? And we can take a break any time you
4  want. So if you feel like you need a break
5  after a few minutes, or whatever, just let
6  us know and we can take a break.
7      A   Right.
8      Q   Okay. Great. What's your name?
9      A   Kandy Creech.
10     Q   And how old are you?
11     A   Twenty-eight.
12     Q   And when were you born?
13     A   1978.
14     Q   What was your birth date?
15     A   7/11.
16     Q   7/11/1978?
17     A   That's right.
18     Q   What is your address?
19     A   I don't -- I can give you the old
20 address. Route 2 Box 313-A, Florala,
21 Alabama.
22     Q   Is that the same place --
23     A   It's the same place.

Page 10

1      Q   -- but there's a new address
2  attached to it?
3      A   Yeah. They switched over to 911.
4  It's the same place though.
5      Q   All right. Do you know your
6  Social Security number?
7      A   Yes, I do.
8      Q   Can you tell me what it is?
9      A   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.
10     Q   Great. And are you currently
11 employed?
12     A   No, ma'am, and I have never been.
13         (Whereupon, Defendant's
14 Exhibit Number 1 was marked.)
15 BY MS. PRENA
16     Q   I'm going to show you a document
17 I'm marking as Exhibit 1. This is a notice
18 of discovery deposition. Have you seen that
19 before?
20     A   No, ma'am.
21     Q   This is a notice asking you to
22 come for the deposition, and we included in
23 there a list of documents and things that we

Page 11

1  were asking for. Did you bring any
2  documents with you today, of any kind?
3      A   No, ma'am.
4      Q   No. Thank you. Do you know if
5  you have any documents in your possession
6  that are related to this case?
7      A   I believe I do.
8      Q   And what do you have?
9      A   The affidavit and all that.
10     Q   Okay. Do you remember anything
11 else?
12     A   That's probably it.
13     Q   All right.
14         MR. MITCHELL: I don't want to
15         interrupt your examination. May I
16         take a copy of that to her
17         grandmother?
18         MS. PRENA: You bet.
19         MR. MITCHELL: That's how we're
20         going to get it.
21         MS. PRENA: Sure. Thanks.
22 BY MS. PRENA
23     Q   Kandy, are you on any medication

Page 12

1  today?
2      A   Yes, I am. Levatol, Lexapro, and
3  Protonix. It's for acid indigestion and
4  stuff like that.
5      Q   Are you on -- are you taking
6  anything that affects your memory?
7      A   Probably the Lamictal, probably.
8      Q   And how does that affect you?
9      A   Sometimes it makes my dizzy, and
10 sometimes it doesn't.
11     Q   Does it make it harder for you to
12 remember things?
13     A   No, not necessarily.
14     Q   Okay. Do you feel like you're
15 having any memory problems right now?
16     A   Not right now, but I do
17 occasionally. I put stuff down and I forget
18 where I've put it, and I have to ask
19 somebody else where it's at.
20     Q   All right. I'm going to ask you
21 some questions about your education. Where
22 did you go to school?
23     A   Florala City Middle. First off

3 (Pages 9 to 12)

# FREEDOM COURT REPORTING

| Page 13 |
|---|
| 1 WS Harlon in Lockhart, and then at high |
| 2 school, Florala High. |
| 3 Q   Did you graduate from high |
| 4 school? |
| 5 A   I did, on a standard diploma. |
| 6 Q   Great. Great. And have you |
| 7 taken any other training since high school? |
| 8 A   No, ma'am. |
| 9 Q   Now you mentioned that you have |
| 10 never been employed, is that right? |
| 11 A   That's right. |
| 12 Q   Even in high school, did you take |
| 13 any jobs? |
| 14 A   I did not. |
| 15 Q   Did you work mostly around the |
| 16 house? |
| 17 A   That's right, I do. |
| 18 Q   And how come you never took a |
| 19 job? |
| 20 A   Well, no transportation -- no |
| 21 transportation to and from the job. |
| 22 Q   I see. Do you drive? |
| 23 A   No. But I'm hoping to get my |

| Page 14 |
|---|
| 1 license soon. |
| 2 Q   I see. And what do you do around |
| 3 the house? |
| 4 A   Chores, fiddle around in the |
| 5 garden, and help cook sometimes. |
| 6 Q   What kind of chores do you do? |
| 7 A   Clean house, keep the room tidy. |
| 8 Q   And who lives with you? |
| 9 A   My brother, sister, and |
| 10 grandmother. |
| 11 Q   Anybody else ever live at your |
| 12 house when you were growing up? |
| 13 A   Yes, grandpa. |
| 14 Q   Did grandpa pass away? |
| 15 A   Yes, he did. |
| 16 Q   And when was that? |
| 17 A   About five or six years ago. |
| 18 Q   I see. What are the names of |
| 19 your brothers and sisters? |
| 20 A   William and Tammy. |
| 21 Q   And do you know how old they are? |
| 22 A   Tammy is like 24; William is 21. |
| 23 Q   Did they go to Florala High |

| Page 15 |
|---|
| 1 School also? |
| 2 A   Yes, ma'am. |
| 3 Q   And do they work now? |
| 4 A   No, not really. William is out |
| 5 of the house working, but it's "under the |
| 6 table" work. |
| 7 Q   And your sister? |
| 8 A   She helps Aunt Jeledia sometimes |
| 9 with her sewing and stuff. |
| 10 Q   But she doesn't have a regular |
| 11 job either? |
| 12 A   No. |
| 13 Q   And your grandmother, did she |
| 14 work? |
| 15 A   She worked at the sewing factory |
| 16 in Florala. |
| 17 Q   I see. She's retired now? |
| 18 A   She's retired. She had to; she |
| 19 had back surgery. |
| 20 Q   I see. What kind of household |
| 21 chores do you do? |
| 22 A   Clean up, sweep, keep the room |
| 23 tidy, and cook. |

| Page 16 |
|---|
| 1 Q   Do you ever wash the floors or do |
| 2 anything with chemicals? |
| 3 A   Yes, occasionally. I just don't |
| 4 like using chemicals. |
| 5 Q   Right, I understand. Like what? |
| 6 A   Sometimes I use bleach and |
| 7 Clorox, the powder. |
| 8 Q   For clothes or the floor? |
| 9 A   For the floor. |
| 10 Q   And the bathroom, do you clean |
| 11 the bathroom? |
| 12 A   I do. |
| 13 Q   And what do you use on that? |
| 14 A   Clorox, the powder. Mean Green |
| 15 sometimes, and Scrubbing Bubbles. |
| 16 Q   And do you do the dishes? |
| 17 A   Yes, ma'am. |
| 18 Q   Do you use any detergents? |
| 19 A   Yes, Ajax. |
| 20 Q   Okay. And do you vacuum your |
| 21 room? |
| 22 A   We have laminated floors; we |
| 23 don't need a vacuum. |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 17

1    Q   So you mop?
2    A   Yes.
3    Q   What kind of use -- what do you
4  use for the floor?
5    A   Bleach and Mean Green and
6  sometimes Pine Oil.
7    Q   I see.  Do you have any hobbies
8  at home?
9    A   Yes.  Reading, gardening; and I
10  have stopped it, but watching T.V.
11    Q   What do you do in the garden?
12    A   Plant flowers, and I did at one
13  time raise a few peas, just a few peas.
14    Q   No other vegetables in the
15  garden?
16    A   Tomatoes, peppers.  That's this
17  year.  Squash.
18    Q   Who takes care of those?
19    A   Most of the time it's me.
20    Q   I see.  Have you ever used any
21  fertilizer in the garden?
22    A   Yes.  Miracle Grow and stuff like
23  that.

Page 18

1    Q   Have you had any problems with
2  pests or bugs?
3    A   No.
4    Q   Do you need to use -- have you
5  ever used any pesticides in the garden?
6    A   No.
7    Q   What about in the house; do you
8  get bugs in the house?  Do you need
9  pesticides in the house?
10    A   Yes.  We have a bug man that
11  comes at least once a month.  That's just
12  once a month; the bugs are pretty much gone.
13    Q   That's great.  And how long have
14  you had that?
15    A   At least ten years, I think.
16    Q   How long have you lived in your
17  house?
18    A   Let's see, about 28 years.
19    Q   So you've always lived in the
20  same house?
21    A   Yes.
22    Q   What kind of house is it?
23    A   It's a block house, cinder block.

Page 19

1    Q   I see.  And how big is that?
2    A   Well, our bedroom is about as big
3  as this room is, so...
4    Q   How many bedrooms do you have?
5    A   Let's see, there's about four.
6    Q   Big house?
7    A   It's pretty big.
8    Q   Is it one story or two story?
9    A   One.
10    Q   One story.  Does it have a
11  basement?
12    A   No basement.
13    Q   Do you have a cellar?
14    A   No cellar; no underground.
15    Q   I guess that's common around
16  here.  Do you have an attic?
17    A   No, we don't have an attic.
18    Q   Okay.  Is there an outside porch
19  or anything?
20    A   Yes.
21    Q   And do you have laundry, washing,
22  drying in your house?
23    A   Yes.

Page 20

1    Q   Where is that located?
2    A   It's in the back.
3    Q   Is that inside?
4    A   It's still inside, but it's in
5  the back.
6    Q   Do you have a garage?
7    A   No garage.
8    Q   Any other building?
9    A   We have a carport.
10    Q   Do you have any other buildings
11  on the property?
12    A   Not on the property.
13    Q   Okay.  Have you ever gone to the
14  Lockhart lumber mill?  Have you ever visited
15  there?
16    A   No, but dad worked there.
17    Q   Your father worked there?
18    A   Uh-huh.
19    Q   Did he ever take you there?
20    A   No, he did not.
21    Q   So did you ever visit there?
22    A   No.
23    Q   And I know you did not work at

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 21

1 the lumber mill, is that right?
2      A    That's right.
3      Q    Do any of your brothers and
4 sisters have any other hobbies?
5      A    Yes. Tammy and William both like
6 watching T.V. And William mows the yard and
7 stuff like that.
8      Q    Anything else?
9      A    Not much. Just helping around
10 the house.
11      Q    Does anybody do any painting
12 there?
13      A    No. No, not lately. We do
14 occasionally paint the house. That's once
15 about every five years.
16      Q    And who paints the house?
17      A    We do.
18      Q    Have you done that?
19      A    Yes, we've helped.
20      Q    That's good. What about
21 woodworking, do you ever do any woodworking?
22      A    No. But we had to replace some
23 wood in our house, termites.

Page 22

1      Q    Did you help with that?
2      A    No, but I was around it.
3      Q    Uh-huh. Is that with the -- have
4 you had the house treated for termites?
5      A    Yes, ma'am.
6      Q    When was that?
7      A    About every five years. Our bug
8 people do that.
9      Q    That's special and different than
10 the regular monthly treatments?
11      A    It's the same company, but it's
12 under contract.
13      Q    So every five years or so, they
14 come and treat the house?
15      A    Yes.
16      Q    Uh-huh. So is that under control
17 now?
18      A    It's under control.
19      Q    Have you -- have you played
20 outside very much or spent time outdoors?
21      A    Not very much time outdoors.
22      Q    No. Did you ever play in the
23 creeks or ditches around the house?

Page 23

1      A    No, not lately.
2      Q    Not lately. Did you do that as a
3 kid?
4      A    Yeah.
5      Q    Where did you go?
6      A    Just out in the front yard,
7 because our road floods, practically.
8      Q    Did you ever play in the
9 sprinkler then in front of the house, as a
10 kid?
11      A    Yes.
12      Q    That kind of thing?
13      A    Uh-huh.
14      Q    So you played in the water when
15 it gets too deep from the rain?
16      A    Yeah. They finally fixed --
17 semi-fixed our road.
18      Q    Do you spend most of your time at
19 home then?
20      A    Most of the time, yes.
21      Q    Is there any time where you go
22 away, for period of time you go visit other
23 family or vacation?

Page 24

1      A    Yes. Yes. More so since we've
2 all graduated from high school.
3      Q    And where do you go?
4      A    We have went up to near New View.
5 We have went two or three times to Louisiana
6 to visit relatives.
7      Q    But mostly during the year, you
8 spend the whole time at the house; you don't
9 spend the summer somewhere else or anything
10 like that?
11      A    No, just two or three days.
12      Q    Okay. Do you ever run any
13 errands from your house? Do you go shopping
14 with your grandmother or do anything?
15      A    No.
16      Q    No. You stay home?
17      A    Pretty much the same, stay at
18 home.
19      Q    And you mentioned you were going
20 to try to get your driver's license?
21      A    Yeah.
22      Q    Have you ever driven a car?
23      A    Yes. I went and took the test

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 25

1  three times, three times, but I was pulling
2  to the left all the time.
3      Q    So you didn't pass?
4      A    No, I didn't.
5      Q    How does your family get rid of
6  their garbage?
7      A    We have garbage pickup every
8  week.
9      Q    Have you always had garbage
10 pickup from your house?
11     A    Pretty much so.
12     Q    Okay.  Does anyone in the
13 neighborhood burn their trash?
14     A    We used to.
15     Q    When did you do that?
16     A    Before the new mayor come.  That
17 was about three years ago or something like
18 that.
19     Q    Before that, you used to burn the
20 trash instead?
21     A    Yes.
22     Q    How did you burn it?
23     A    Well, just limbs in the yard; we

Page 26

1  burned that some.
2      Q    You mean old trees?
3      A    Yeah, old trees.
4      Q    Brush?
5      A    Not "trash trash", but old trees
6  and stuff, limbs.  Yeah, I have tore it up.
7      Q    You put it in a pile and burn it?
8      A    We put -- yes.
9      Q    Would you put it in a burn barrel
10 or just out on the lawn?
11     A    Just out on the lawn.
12     Q    How often did you do that?
13     A    When needed.
14     Q    When needed?
15     A    Yeah.
16     Q    Once a year?
17     A    Sometimes every month.  Sometimes
18 every two to three months.
19     Q    Did you burn any trash with that?
20     A    No.  But there has been a lot of
21 that burnt around our house.
22     Q    Who was doing that?
23     A    Uncle Hank.

Page 27

1      Q    What was he burning?
2      A    Junk mail and stuff like that.
3      Q    And how would he burn it?
4      A    He's got a little tin place set
5  up.  It's open but it's tin.
6      Q    Tin?
7      A    Yeah.  To block the fire from
8  going and running haywire in the field.
9      Q    And where is that?
10     A    Across the road.  Right near his
11 chicken coop.
12     Q    Is that near your house?
13     A    It's near our house.  It's right
14 across at an angle, but it's near our house.
15     Q    And could you smell smoke from
16 there?
17     A    I could -- we could.
18     Q    And how often does he use that?
19     A    Not very often.
20     Q    When you were a little girl did
21 he burn there?
22     A    No, because he wasn't there.
23     Q    When did he move there?

Page 28

1      A    About eight or nine years ago,
2  maybe ten.
3      Q    Has he been burning there since
4  then?
5      A    Pretty much -- pretty much so.
6      Q    Did you guys ever give him stuff
7  to burn?
8      A    No.
9      Q    No.  When you have old T.V.'s and
10 stuff, do you just throw those out in the
11 front and the garbage man picks them up, or
12 what do you do with that?
13     A    We carry them off to a junk place
14 and sell them and stuff like that.
15     Q    What about if you had old couches
16 and stuff like that, did you ever burn
17 those?
18     A    Yes, sometimes.  Sometimes we
19 reupholster.
20     Q    Tell me about when you burned
21 them?
22     A    Just out in the yard.  Dump them
23 in the woodpile, and when we burn the wood.

7 (Pages 25 to 28)

# FREEDOM COURT REPORTING

Page 29

1    Q    So what other stuff would you
2 burn in the woodpile? Old furniture?
3    A    Yes.
4    Q    What else? Anything else?
5    A    Sometimes we had to start the
6 fire with a tire, and stuff like that but --
7    Q    Oh, you start it with a tire?
8    A    Sometimes. And we burn our cast
9 iron pots, and stuff like that. We had to,
10 to get some of that baked-on food off of it.
11    Q    Is that how you get the baked-on
12 food off of it?
13    A    Yeah.
14    Q    And then it come out clean?
15    A    Yes.
16    Q    I see. Did you ever use any fuel
17 to start that fire?
18    A    Sometimes gas, but I weren't
19 around when they were putting the gas on it.
20    Q    Were you around when they were
21 burning those fires?
22    A    Yes, sometimes. Most of the time
23 I stay in the house.

Page 30

1    Q    When is the last time you had to
2 burn anything outside?
3    A    Probably about three -- well,
4 three years ago, probably. Probably.
5    Q    How come you say three years ago?
6    A    I was just guessing on that.
7    Q    You think you burned anything in
8 the last year?
9    A    No, not that I remember.
10    Q    Okay. What about burning leaves;
11 did you burn leaves in the fall?
12    A    Yeah, sometimes.
13    Q    Did you ever rake leaves at the
14 house?
15    A    Yes.
16    Q    Yes. So in the fall, what would
17 you do with the leaves?
18    A    Some of them we put on our
19 plants, and others, we let the limb guy pick
20 them up.
21    Q    And when did you burn the leaves?
22    A    Well, sometimes as soon as we got
23 a big old pile up.

Page 31

1    Q    So how many times in the fall
2 would you burn leaves, do you think?
3    A    Well, up to two to three times in
4 the fall.
5    Q    And that was every year?
6    A    Not every year.
7    Q    Since you were a little girl?
8    A    Not lately.
9    Q    Do you remember it from when you
10 were a little girl?
11    A    No, because I was most of the
12 time at school when they were doing that.
13    Q    So when you were a teenager, do
14 you remember them burning?
15    A    Uh-huh, I do.
16    Q    And after high school?
17    A    Yeah.
18    Q    Did you ever personally do that?
19    A    Me, no.
20    Q    Who would handle it?
21    A    Granny and other adults that were
22 around at the time.
23    Q    What about the neighbors, did

Page 32

1 they burn their trash?
2    A    Yes. And sometimes they still
3 do, as of today.
4    Q    Who are they?
5    A    Audrey Williams, and Tammy and
6 Ken Williams.
7    Q    Do they live right near you?
8    A    Yes, in walking distance.
9    Q    Can you smell it when they burn
10 their trash?
11    A    Sometimes.
12    Q    What about their leaves, do they
13 burn their leaves?
14    A    Yeah, they burn their leaves.
15    Q    But you don't burn the leaves
16 anymore?
17    A    Not lately.
18    Q    When was the last time you burned
19 leaves?
20    A    About two or three years ago.
21    Q    What about other fires, did you
22 ever have fires for fun, roast marshmallows
23 or anything in the house?

8  (Pages 29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

1      A    We occasionally grill out, and
2   just one time that I remember when we were
3   grilling out, that we had roasted
4   marshmallows.
5      Q    What kind of grill do you have?
6      A    We have a charcoal grill, and we
7   have a gas grill.  And we use both of them.
8   We have fish-fries every once in a while.
9      Q    Sounds fun.  Are those both
10  outside?
11     A    Yes, they're both outside.
12     Q    Near the house?
13     A    Near the house.
14     Q    Do you use them, or who cooks on
15  them?
16     A    Other people use them at the
17  house.
18     Q    So what do you do with the
19  charcoal when it's done?
20     A    Dump it across the road.
21     Q    How often do you use the grill?
22     A    Not very often.
23     Q    Mostly in the summer or winter or

Page 34

1   any special time of the year?
2      A    Mostly in the summer.
3      Q    For parties or just for regular?
4      A    Just for regular.
5      Q    Do you have a fireplace at home?
6      A    Yes, and it's gas.  We don't use
7   it, except for winter.
8      Q    Is that to keep the house warm?
9      A    Yes, ma'am.
10     Q    I see.  Where is that located?
11     A    Well, we have one, it's gas
12  electric, in our bedroom.  It's not supposed
13  to be there, but it's in our bedroom.  And
14  one in the living room.
15     Q    Those always been gas?
16     A    Yes.  We've always had the gas
17  one in the living room.
18     Q    When did you add the new one in
19  the bedroom?
20     A    About five to six years ago.
21     Q    Does it work okay?
22     A    It works okay.
23     Q    So you never used fire -- you

Page 35

1   don't use firewood for that, do you?
2      A    No.  It used to be that way, but
3   that was before our time.
4      Q    Originally a fireplace with
5   firewood, and then it got switched to a gas
6   fireplace?
7      A    Uh-huh.
8      Q    I see.  And do you know when that
9   happened?
10     A    I think that maybe I was two to
11  three years old when that happened.
12     Q    I see.  Did you have any need to
13  use firewood at the house at all?
14     A    No.
15     Q    So you never used firewood at the
16  house?
17     A    No, ma'am.
18     Q    Did your family ever buy firewood
19  to use somehow?
20     A    I don't think so.
21     Q    Okay.  Do you have a lot of trees
22  and stuff on your property?
23     A    Yes.  We have a wooded area.

Page 36

1      Q    Oh, that's nice.  How big is your
2   lot?
3      A    Probably about an acre to acre
4   and a half, probably.
5      Q    And how much of it is wooded?
6      A    Probably a third.
7      Q    And so when the trees and brush
8   grows, do you take care of cutting it down
9   at all?
10     A    Yes, we cut it down.
11     Q    How often do you cut it?
12     A    Maybe in the fall and then late
13  summer.
14     Q    And is that when you get rid of
15  the wood by burning it after you cut it
16  down?
17     A    Sometimes the limb people pick it
18  up.  A lot of times.
19     Q    You have some big branches?
20     A    Uh-huh.
21     Q    Did you ever have to pay anybody
22  to do that work?
23     A    No, we have not.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 37

1    Q   You do -- who does it at your
2  house?
3    A   We all do.
4    Q   You all do.  Kandy, how familiar
5  are you with the wood treatment plant, the
6  Lockhart lumber?
7    A   Let's just say this:  I have not
8  visited it, but dad worked there.  And I
9  think that grandpa worked there some; I
10  don't know.
11    Q   Uh-huh.  Do you know anything
12  about it?
13    A   No.
14    Q   I'd like to ask you some
15  questions about -- some medical questions
16  about your family and your medical
17  questions.  You live with your grandmother,
18  is that right?
19    A   That is right.
20    Q   Is she your mom's mother or is it
21  your dad's mother?
22    A   Dad's.
23    Q   Dad's mother.  And has her health

Page 38

1  been good?
2    A   It's been fair, but she's
3  recently had a mini-stroke.
4    Q   I see.  And other than that, has
5  she had any other problems?
6    A   No.  She was on a walker when we
7  were sent back.
8    Q   How old is she?
9    A   She's 80.  She was recently given
10  a heart and everything, and they say that
11  she's got the heart and everything like that
12  of a 18 year old.
13    Q   That's great.  Did she have --
14  they gave her heart surgery?
15    A   No.
16    Q   She just had a good heart?
17    A   Uh-huh.
18    Q   That's good.  She ever had any
19  cancer?
20    A   Skin cancer.
21    Q   She's had skin cancer.  Anything
22  else; any other cancer?
23    A   Not that I know of.

Page 39

1    Q   Okay.  Is she doing okay after
2  the mini-stroke?
3    A   She's doing okay.  She's supposed
4  to be getting physical therapy.
5    Q   Are you helping her more now?
6    A   Yes, ma'am, supposed to.
7    Q   Tell me about your brother
8  William Creech, is his health good?
9    A   His health is good.  He's
10  basically like a kindergartener, his
11  education.
12    Q   How much school did he have?
13    A   He graduated high school.
14    Q   Why do you say that?
15    A   He couldn't read.
16    Q   Still can't read?
17    A   Still can't read.  He's learning.
18    Q   Is there any reason why he can't
19  learn how to read?
20    A   He had a learning disability.  So
21  did dad.
22    Q   So did your father?
23    A   Uh-huh.

Page 40

1    Q   Okay.  And Tammy Creech, is she
2  in good health?
3    A   She's in good health.
4    Q   Does she have any illnesses?
5    A   Not that I know of, but she does
6  have a inner ear infection every once in a
7  while.
8    Q   Has she ever had any cancer or
9  any big problems?
10    A   Not that I know of.
11    Q   Okay.  Tell me about your mother?
12    A   Well, she died of breast cancer.
13    Q   How old were you?
14    A   11.
15    Q   What was her name?
16    A   Ethal Creech, but her maiden name
17  was Jordan.
18    Q   Eltha?
19    A   Ethal.
20    Q   Ethal Jordan.  Where did she die?
21    A   I think in Crestview, but I am
22  not sure.
23    Q   Was she in the hospital in

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 41

1  Crestview?
2      A   I'm not sure.
3      Q   Were you there?
4      A   No.  She had remarried and she
5  married -- remarried a Hysmith.
6      Q   A what?
7      A   A Hysmith.
8      Q   Is that the last name?
9      A   Uh-huh.
10     Q   How do you spell that?
11     A   I'm not for sure, but it's
12  H-Y-S-M-I-T-H.
13     Q   And where did your mom live?
14     A   I'm not sure.  I'm not for sure.
15  We had very little contact with her.
16     Q   When did you lose contact with
17  her?
18     A   After she divorced dad.
19     Q   How old were you?
20     A   I don't -- I don't know.
21     Q   You don't.  Do you even remember
22  your mom living with you ever?
23     A   Yes, some.  I think William was

Page 42

1  in the picture, about two years old, I
2  think.
3      Q   And where did they -- where did
4  she live with you; at your mom's -- at your
5  grandmother's house?
6      A   We had a trailer right there,
7  right beside.
8      Q   Did you live in the trailer, too?
9      A   Just basically to sleep; that's
10  about it.
11     Q   How old were you when you lived
12  in the trailer?
13     A   Well, see, about five years old
14  and on up -- down.
15     Q   From a baby until you were about
16  five?
17     A   Yes, ma'am.
18     Q   You lived in the trailer next to
19  the house?
20     A   Yes.  But we still -- granny
21  still -- and grandpa still took care of us.
22  They were the main caregivers, because dad
23  and mom were working all the time.

Page 43

1      Q   I see.  So you spent a lot of
2  time in the house, and then you would sleep
3  in the trailer?
4      A   Basically.
5      Q   How big was the trailer?
6      A   It was a single wide, but it was
7  added onto to make it a double-wide.
8      Q   So it had enough room in there
9  for people to sleep?
10     A   Uh-huh.
11     Q   So all the children could sleep
12  there?
13     A   Yes, ma'am.
14     Q   Do you know anything more about
15  your mom's breast cancer?
16     A   She had to have a mastectomy.
17     Q   Was it one breast or two breasts?
18     A   One.
19     Q   One.  Did she have any other
20  cancer before that?
21     A   Not that I know of.
22     Q   Do you know how old she was?
23     A   No.

Page 44

1      Q   No.  Do you know any of the names
2  of any of her doctors?
3      A   No, ma'am.
4      Q   No.  Tell me about your father.
5      A   He had a learning disability,
6  too, and he's also diabetic, I think.
7      Q   Is your dad around now?
8      A   He's up north.
9      Q   Where does he live?
10     A   Somewhere in Cullman, Alabama.
11     Q   Do you know what he does?
12     A   They fired him or he quit because
13  he was retirement age from where he was
14  working.  The last place when we were living
15  with him was a chicken plant that he worked
16  at, but then he was in a construction
17  business when we last heard from him.
18     Q   When was the last time you spoke
19  to him?
20     A   Yesterday morning.
21     Q   That's good.
22     A   He called and wished me a happy
23  birthday.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 45

1    Q   Happy birthday.
2        MR. LOCKARD:  Yesterday was your
3    birthday?
4    A   No, the 11th of July.
5    Q   Recently.  Do you keep in touch
6    with your father then?
7    A   No.
8    Q   Just once in a while?
9    A   Just when he calls.  Since he
10   threw us away, we don't have -- we don't
11   contact him ourselves.
12   Q   I see.  And when did that happen?
13   A   About '98.  No, no, strike that.
14   About '89.  Same year mom died.
15   Q   Around '89 he left you to be
16   raised by your grandmother?
17   A   Uh-huh.
18   Q   And where did he go?
19   A   He stayed in Cullman.  He dropped
20   us off at a gas station, and our uncle had
21   to come and get us.
22   Q   So you were living with your dad
23   before that?

Page 46

1    A   Yes.
2    Q   Where were you living with him?
3    A   It was just two or three months
4    out of that year that we were living.  We
5    did live two or three weeks in Lockhart in a
6    two story house.  Then we moved two or three
7    different times up north in Cullman.
8    Q   That's in Alabama?
9    A   Uh-huh.
10   Q   How far away is that?
11   A   Probably about five hundred
12   miles.  I'm not for sure.
13   Q   So other than that couple of
14   months, you always lived at the house you
15   live in now?
16   A   That's right.
17   Q   Except that couple months --
18   A   That's right.
19   Q   -- in 1989?
20   A   That's right.
21   Q   And then your dad gave up, and
22   you went back to your grandmother's house,
23   is that right?

Page 47

1    A   He gave us up.  He married
2    someone that didn't want children.
3    Q   Oh, is that the reason?
4    A   I guess.
5    Q   So did you meet this person?
6    A   We lived with them -- with her.
7    Q   Oh, you lived with her.  What was
8    her name?
9    A   Penny.  I'm not for sure about
10   the last name, but she was a Jordan or
11   Jordan, or something like that.
12   Q   Is he still married to her?
13   A   Yes.
14   Q   Since 1989, about?
15   A   Yes, ma'am.
16   Q   Okay.  You said that your father
17   had a learning disability.  Can you tell me
18   more about that?
19   A   He couldn't read either, and I
20   had to kind of help him learn how to read.
21   Q   Did he go to school?
22   A   He did go to school, I think.  I
23   don't know what year he finally had to quit

Page 48

1    school or if he quit school or not.
2    Q   Did he -- was he unable to read
3    because he didn't have a good education, or
4    was he unable to read because he had a
5    problem reading?
6    A   Problem reading.
7    Q   Problem reading.  Do you have a
8    problem reading?
9    A   Just comprehend what I read
10   sometimes.
11   Q   But do you think you can read?
12   A   I can read.
13   Q   Okay.  Does your brother have the
14   same problem, as your dad?
15   A   Yes.  Yes, he does.
16   Q   Was your brother ever tested?
17   A   Not that I know of, but he might
18   have been.
19   Q   Were you ever tested for reading
20   or learning?
21   A   Yes, I believe I was.
22   Q   Tell me about that.
23   A   It weren't bad or nothing, but I

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 49

```
1    had -- I did have to take a test.
2        Q   Do you remember when it was; in
3    high school?
4        A   Before high school; about sixth
5    grade.
6        Q   Sixth grade. Do you remember the
7    results of the test?
8        A   Not very high. About 89 or
9    something like that.
10       Q   You got an 89 on the test out of
11   a hundred?
12   I believe so.
13       Q   For what was that, for reading?
14       A   For reading. They had to put me
15   in a special reading class starting in sixth
16   grade for me to pass sixth grade.
17       Q   Okay.
18       MR. MITCHELL: Let's take a
19       break.
20       MS. PRENA: All right.
21   (Whereupon, a short break was taken.)
22   BY MS. PRENA
23       Q   Do you remember any other
```

Page 50

```
1    problems -- learning disability problems
2    with your dad that you're aware of?
3        A   Not that I'm aware of.
4        Q   And you mentioned also that he
5    had diabetes?
6        A   Yes. He always had to carry a
7    piece of candy or something around in his
8    pocket.
9        Q   Did he have diabetes since he was
10   a little boy?
11       A   I'm not for sure.
12       Q   Did he have any other medical
13   conditions that you know of?
14       A   Not that I know.
15       Q   And what about now, do you know
16   whether he has any illnesses?
17       A   Not that I know of.
18       Q   What about cancer; did he ever
19   have any cancer?
20       A   Not that I know of.
21       Q   Where did your dad work at the
22   lumber mill?
23       A   I am not sure at what job he had.
```

Page 51

```
1    Unless it was cutting wood and splitting
2    them. Splitting them, plaining and stuff
3    like that.
4        Q   Did he tell you he did that?
5        A   No. I think I heard that
6    hearsay.
7        Q   When did he work there?
8        A   Before '89. Before '89, I think.
9        Q   Did he work there when you were a
10   little girl?
11       A   I do believe he did, at least
12   some.
13       Q   How long did you live with your
14   dad?
15       A   Till I was about 11 years old.
16       Q   He lived at your grandmother's
17   house?
18       A   In the trailer.
19       Q   Did he work for the lumber mill
20   that whole time?
21       A   At least part of the time, that I
22   know of.
23       Q   What else did he do?
```

Page 52

```
1        A   Well, I think he worked some on
2    the vehicles, mechanic business.
3        Q   Was that at the lumber mill?
4        A   No. I think that was outside
5    work.
6        Q   That was a second job?
7        A   No. Just piddling around the
8    house, I think.
9        Q   Oh, at home he would work on the
10   car?
11       A   Uh-huh.
12       Q   Did he ever get paid for being a
13   mechanic?
14       A   I don't think so.
15       Q   Okay. When your dad worked at
16   the lumber mill, was it full-time or
17   part-time?
18       A   I'm not for sure. It happened a
19   while ago.
20       Q   All right. And did he have any
21   other jobs you remember?
22       A   Not that I remember.
23       Q   Did your mom work?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 53

1    A   I'm not for sure what she did for
2   a living. If she worked, I'm not for sure.
3        Q   Do you remember when you were a
4   little girl if she worked out of the house?
5        A   I'm not for sure. I think they
6   were close to splitting up at the time,
7   shortly after William come.
8        Q   Do you know whether your mom ever
9   worked at the lumber mill?
10       A   I don't think she did. I'm not
11  for sure about that.
12       Q   Okay. Who is Jeledia Pitman?
13       A   She's an aunt.
14       Q   Does she live with you?
15       A   She lives near us.
16       Q   Whose aunt is she?
17       A   She's ours, aunt.
18       Q   Is your dad's sister?
19       A   Dad's sister.
20       Q   Do you see her a lot?
21       A   Yes, nearly every day.
22       Q   So she's very close to you, is
23  that right?

Page 54

1    A   Uh-huh.
2        Q   Is there anyone else in your
3   immediate family who lives at your house,
4   that we haven't mentioned?
5        A   No. There's nobody that lives in
6   the house elsewhere.
7        Q   Do you have any other brothers or
8   sisters?
9        A   No other brothers or sisters.
10       Q   Do you know any other family
11  member who has ever had a brain tumor?
12       A   No. But grandpa did have
13  Alzheimer's.
14       Q   Grandpa had Alzheimer's?
15       A   And a heart condition and
16  diabetes.
17       Q   Do you know what -- did he have
18  any cancer?
19       A   Not that I know of.
20       Q   How did he die?
21       A   I think he died of Alzheimer's or
22  a heart failure or something like that.
23       Q   How old was he?

Page 55

1    A   I think he was in his seventies
2   or maybe his eighties, something along
3   there.
4        Q   And when was that?
5        A   About five or six years ago.
6        Q   So he lived in your house the
7   whole time you were growing up until he
8   passed away?
9        A   That's right. And he did -- he
10  was not put in a home.
11       Q   Do you know your mom's family?
12       A   Yes. But we have hardly any
13  contact at all with that family.
14       Q   Do you know if your mom had any
15  brothers or sisters?
16       A   I believe she had brothers and
17  sisters. Yes, I believe.
18       Q   Do you know their names, who they
19  are?
20       A   Well, Uncle Leroy. I think
21  that's one of the names of one of her
22  brothers. And she had another brother, and
23  at least one other sister that I know about.

Page 56

1        Q   Did they live in your town?
2        A   No. They lived somewhere between
3   Lockhart and Lakeview, or something.
4   Somewhere.
5        Q   Do you know if they had any
6   cancer?
7        A   No. But I think Grandma Jordan
8   has got some kind of Parkinson's disease, or
9   something like that.
10       Q   What about your grandfather, your
11  mom's dad?
12       A   He was already gone before we
13  came into the picture.
14       Q   Do you know what he died from?
15       A   No, I do not.
16       Q   And your Grandma Jordan, other
17  than Parkinson's, has she had any cancer?
18       A   Not that I know of.
19       Q   And the brothers and sisters of
20  your mother, do you know what their health
21  is?
22       A   No.
23       Q   Your dad's brothers and sisters,

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 57

1  who are they?
2      A   Let's, see, Carlton, by granny's
3  first marriage, Aunt Jeledia, Phylis -- Aunt
4  Phylis, and dad.
5      Q   And do you know if -- how is
6  their health?
7      A   Uncle Carlton died of some kind
8  of cancer of the lungs or something. And
9  the aunts, they both had gastric bypass, and
10 they found out that Aunt Phylis' tummy was
11 the size of a young child, and it was under
12 her heart -- right under her heart. And
13 they didn't have to do very much.
14     Q   Did they -- other than the
15 gastric bypass, are your aunts in good
16 health?
17     A   Fairly well. Aunt Jeledia has
18 got arthritis and all that.
19     Q   Any cancer?
20     A   Not that I know of.
21     Q   Okay. Any other brothers or
22 sisters from your dad?
23     A   No.

Page 58

1      Q   No. Okay. Did anybody in your
2  family ever have a nervous system problem?
3      A   Yes. Granny has got anxiety
4  problems, and put me in there, too.
5      Q   You too --
6      A   Uh-huh.
7      Q   -- have anxiety?
8      A   I can act like a basket case.
9      Q   Okay. I have some questions
10 about your health, so bear with me. I know
11 you've been through these before answering
12 your questionnaire, but try to get through
13 them. You are single?
14     A   Yes, ma'am.
15     Q   And never married?
16     A   Never married.
17     Q   Have you had any children?
18     A   No, ma'am.
19     Q   No. Any pregnancies?
20     A   No, ma'am.
21     Q   What about your smoking history?
22     A   I have not smoked.
23     Q   Does anyone in the house smoke?

Page 59

1      A   No. But dad did dip, and William
2  tried that, but he weren't on but maybe
3  three weeks.
4      Q   So no one in the house -- in your
5  house ever smoked?
6      A   Not that I know of. Grandpa did
7  but he quit when I was about three years
8  old. He threw out his new pack of
9  cigarettes and his new lighter. Just threw
10 it out in the road.
11     Q   Did you hear that from your
12 family, told you that story?
13     A   Yes.
14     Q   That's good. You had two
15 surgeries for a brain tumor in 2004, is that
16 right?
17     A   That is right.
18     Q   How are you feeling?
19     A   Well, I'm walking straighter and
20 not running into -- walking into walls very
21 much anymore.
22     Q   Are you feeling better?
23     A   Yes, ma'am.

Page 60

1      Q   Good. Have you had any other
2  surgeries in your life, other than those two
3  brain surgeries?
4      A   Had my gallbladder removed. That
5  was before that.
6      Q   When was what?
7      A   About a year or two before.
8      Q   In -- after 2000?
9      A   Yes, ma'am.
10     Q   Uh-huh. Was that surgery
11 successful?
12     A   Yes, ma'am. At least I'm not
13 acting like a pregnant woman.
14     Q   And any other surgeries?
15     A   Nothing major. I did have a cyst
16 removed from my forehead.
17     Q   Okay. Nothing else?
18     A   Yeah. But that was earlier --
19 way earlier, before -- during the Christmas
20 holidays when I was in about the seventh
21 grade.
22     Q   Okay. Tell me about your health
23 before you found out about the brain tumor.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 61

1  Before that, how was your health before
2  that?
3      A   Well, I had had two seizures when
4  I was maybe in the first grade, maybe.  One
5  during -- when I was in kindergarten but
6  during summer.  It was the end of -- the
7  second one was end of the school year.
8      Q   So you had two seizures as a
9  child?
10     A   That's right.
11     Q   Okay.  And do you know what those
12 were from?
13     A   No, ma'am.
14     Q   Were you tested?
15     A   Yes, I was tested.
16     Q   And did they tell you or do you
17 know what the cause was?
18     A   I do not know the cause.
19     Q   Were you put on medication for
20 that?
21     A   Yes, ma'am.  And I was on the
22 medication for more than five years.
23     Q   Do you know what it was?

Page 62

1      A   I do not know what it was.
2      Q   So starting in kindergarten you
3  said you had a seizure?
4      A   Uh-huh.
5      Q   And you were put on medication --
6      A   Yes, ma'am.
7      Q   -- for five years?
8      A   More than five years.
9      Q   More than five years.  And then
10 did you have any other seizure?
11     A   No, ma'am.
12     Q   Just the one?
13     A   Just the two.
14     Q   Two.  They happened next to one
15 another or close in time?
16     A   About a year apart.
17     Q   About a year apart.  One was in
18 kindergarten and one was in first grade?
19     A   Uh-huh.
20     Q   I see.  Who was your doctor?
21     A   I do not remember.
22     Q   Do you remember who your doctor
23 was as a child?

Page 63

1      A   Our family was Dr. V.J. Vyst, at
2  the time.  But our family doctor now is
3  Dr. David Arnold, in Geneva.
4      Q   Tell me the name of your first
5  doctor again?
6      A   V.J. Vyst in Andalusia.  I think
7  he's still practicing.
8      Q   Do you know how to spell his
9  name?
10     A   V-Y-S-T.  I mean that may not be
11 the correct spelling, but he's still
12 practicing, I think.
13     Q   In Andalusia.  Is he your doctor
14 now?
15     A   No.
16     Q   So what time period was he your
17 doctor?
18     A   From when I was about five to
19 now.  No, maybe I'm wrong about that.  From
20 when I was maybe 11 years old to when I was
21 about 20, or something like that.
22     Q   Was he the family doctor for all
23 of your family?

Page 64

1      A   Yes, ma'am.
2      Q   And now your current doctor is
3  David Arnold?
4      A   That is right.
5      Q   He lives -- he works in Geneva,
6  Alabama?
7      A   That's where his main practice
8  is.
9      Q   Okay.  Do you remember any other
10 doctors from when you were a child?
11     A   I went to Cripple Children for a
12 while.
13     Q   What's that?
14     A   It's where you go to get your
15 legs and all straightened up.  I wore a
16 brace and a build-up.  A brace when I was
17 just beginning to walk and a build-up
18 through school.
19     Q   Do you have any skeletal problems
20 now?
21     A   I have scoliosis.  That's where
22 your back bone is kind of crooked or
23 whatever.  It's just mild.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 65

1    Q    Okay.  Any other doctors?
2    A    Not that I know of at the time.
3    Q    From when you were a child?
4    A    That's right.
5    Q    Okay.  Thanks.  Do you remember
6  having any other illnesses as a child?
7    A    I have been treated for
8  depression.
9    Q    How old were you?
10   A    Let's see, from the time -- fifth
11  grade -- no.  When I was five years old on.
12  I've been on and off at the Mental Health
13  Center in Andalusia.
14   Q    Beginning when you were five?
15   A    About five.
16   Q    And how often did you go there?
17   A    Sometimes once a month; sometimes
18  every two weeks.
19   Q    Is that for psychology treatment
20  or was it --
21   A    Just talk to a counselor.
22   Q    Counselor.  Did they put you on
23  any medication?

Page 66

1    A    If -- they did for a while.  They
2  got rid of that one doctor.
3    Q    When did -- were you on
4  medication when you were a child?
5    A    Practically from when I was five
6  to on up.
7    Q    Do you remember what they had you
8  on?
9    A    In high school they had me on --
10  tried me on Zoloft; it didn't work.  Then
11  they had me on Paxil.  I did Zyprexa for a
12  little bit.
13   Q    In high school?
14   A    Not in high school.  I was --
15  yeah.  I messed up.  Yeah, in high school.
16   Q    In high school.  What about
17  before high school, were you on any
18  medication before high school?
19   A    Paxil.  That's about all I took
20  for nerves and all.  I'm not on it anymore.
21  I dropped it.
22   Q    You dropped it?
23   A    I dropped it, cold turkey.

Page 67

1    Q    When?
2    A    Before I found out that I had a
3  gallstone -- a gallbladder problem.
4    Q    Do you remember what year that
5  was, the gallbladder?
6    A    No.  But it was a year or two
7  before I found out that I had a tumor.
8    Q    Okay.  So since that time, have
9  you been on any drugs for anxiety or
10  depression?
11   A    Yes.  The Lamictal and Lexapro.
12   Q    And that was after you dropped
13  the Paxil?
14   A    Yes.  I've been off Paxil for
15  quite some time.
16   Q    Are those working better for you?
17   A    Yes.  I'm not crying all the
18  time.
19   Q    That's good.  Are you okay?
20   A    I'm okay.
21   Q    Okay.  Social Security, did you
22  ever apply for Social Security?
23   A    Yes, I did.  Most of the time we

Page 68

1  got it from mom's Social Security.
2    Q    When did you apply for your own
3  Social Security?
4    A    About -- when I was about 19
5  years old; they cut me off.
6    Q    Of your mother's.
7    A    Uh-huh.
8    Q    And were you able to get
9  benefits?
10   A    Yes, ma'am.
11   Q    Yes.  And what was the basis for
12  that?
13   A    Disabled, learning disability,
14  and hadn't -- couldn't work because of my
15  nerves and all that.
16   Q    And are you still receiving
17  disability benefits?
18   A    Yes, ma'am.
19   Q    Have you had to go through like a
20  couple of times when you've had to be
21  reviewed?
22   A    Yes, ma'am.
23   Q    Yes.  When was the last time?

17 (Pages 65 to 68)

# FREEDOM COURT REPORTING

Page 69

1    A    About five or six years ago, I
2  believe.
3    Q    And what doctor did you see when
4  you had to go for disability?
5    A    I think Dr. Francisco in Ozark,
6  or some place like that.
7    Q    Ozark, Alabama?
8    A    Uh-huh.
9    Q    Who is he?
10    A    He's a disability --
11    Q    Doctor?
12    A    -- doctor.
13    Q    When is the last time you saw
14  him?
15    A    About five or six years ago.
16    Q    And since that time, have you
17  been receiving disability benefits?
18    A    Yes.
19    Q    Uh-huh.  No problems?
20    A    No problems.
21    Q    Were you ever denied benefits?
22    A    I was for two or three times, but
23  we finally got it right.

Page 70

1    Q    They denied you two or three
2  times?
3    A    Uh-huh.
4    Q    When was that?
5    A    Just before I was trying to get
6  it back.
7    Q    Do you remember when that would
8  be, time?
9    A    No, but it was shortly after high
10  school.
11    Q    Was it before the gallbladder
12  surgery?
13    A    Uh-huh.
14    Q    Okay.  After gallbladder surgery,
15  were you denied any benefits?
16    A    No.
17    Q    And since then have you been
18  denied benefits?
19    A    No, ma'am.
20    Q    Okay.  Are your brothers and
21  sisters on Social Security disability?
22    A    Yes, ma'am.
23    Q    Who is?  Is William on

Page 71

1  disability?
2    A    Yes.
3    Q    And what is the reason?
4    A    Learning disability; not able to
5  work because of that.
6    Q    Okay.  And your sister?
7    A    She has -- the same reason he is.
8    Q    Learning disability?
9    A    Uh-huh.
10    Q    And did Dr. Francisco see them
11  also?
12    A    I believe he seen William; I'm
13  not sure he saw Tammy.
14    Q    Were they ever denied benefits?
15    A    I do not believe so.  Because
16  they got it before they turned 18, 19 years
17  old.
18        (Whereupon, Exhibit Number 2
19     was marked.)
20  BY MS. PRENA
21    Q    Okay.  I received from your
22  lawyer a medical questionnaire that you
23  filled out.  I'm going to mark it as Exhibit

Page 72

1  Number 2, and I have some additional
2  questions for you.  Do you remember seeing
3  this document?
4    A    Yes, ma'am.
5    Q    On the first page is some
6  handwriting.  "Kandy Creech," is that your
7  handwriting?
8    A    I do believe it is.
9    Q    Okay.
10    A    Maybe the top wasn't, but may
11  have been Aunt Jeledia did that.
12    Q    Okay.  On the second page,
13  there's a patient signature.  Is that your
14  signature?
15    A    Yes, ma'am.
16    Q    And did you fill out this page,
17  or your aunt's handwriting?
18    A    Most of this was filled out by
19  Aunt Jeledia.
20    Q    Okay.  Did you go over it with
21  her?
22    A    Yes, ma'am.
23    Q    And when did you do that?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 73

1    A    Shortly after we got this.
2    Q    Tell me about when you sat down
3  with her and went through it?
4    A    We went through it. I just don't
5  remember a lot of this.
6    Q    Do you remember if she came to
7  your house and went through the papers with
8  you?
9    A    Yes.
10   Q    And did she go through every page
11 and talk about what was on the papers --
12   A    Yes, ma'am.
13   Q    -- as you filled it out? Did she
14 fill it out before she saw you, or did she
15 fill it out in front of you?
16   A    In front of me.
17   Q    Okay. So you went through the
18 questions with her together?
19   A    Uh-huh.
20       MR. LOCKARD: Is that a yes?
21   A    Yes.
22       MR. MITCHELL: That was a yes.
23       MR. LOCKARD: Just checking.

Page 74

1    Q    Okay. Now, if you keep flipping
2  the pages to page 10 and 11, it shows who
3  filled out the questionnaire on page 10.
4  And, first, someone circled "no" and crossed
5  it out, and then someone said "yes". So, I
6  just want to be clear that you -- that
7  Jeledia Pitman filled this out for you -- on
8  your behalf, is that right?
9    A    That is right.
10   Q    Okay. But you've read it?
11   A    Yes, ma'am.
12   Q    And do you think everything in
13 there is accurate?
14   A    I do believe it is.
15   Q    Okay. And you signed your name
16 on page 11 indicating that you had read it
17 and that everything was accurate, as far as
18 you know, is that right?
19   A    That is right.
20   Q    Is any of this in your own
21 handwriting?
22   A    My signature, for the most part.
23   Q    Okay. And all the other

Page 75

1  handwriting is your aunt's?
2    A    That's right.
3    Q    Kandy, when you were a little
4  girl, do you remember receiving any
5  radiation treatments?
6    A    I don't remember radiation, but I
7  did have a -- at least one brain scan, that
8  I remember.
9    Q    In connection with your seizure?
10   A    Yes, ma'am.
11   Q    Okay. But no radiation
12 treatments, is that right?
13   A    No radiation.
14   Q    What about before the brain tumor
15 was identified in 2004, did you have any
16 radiation treatments before that?
17   A    No, ma'am.
18   Q    What about x-rays?
19   A    A lot of x-rays, because of one
20 leg shorter than the other.
21   Q    When did they first find --
22 diagnose that?
23   A    I think shortly after I was born.

Page 76

1    Q    Okay. Who was your -- do you
2  remember going to a hospital for those
3  x-rays?
4    A    Yes. Birmingham, Mobile, and I
5  think maybe Pensacola.
6    Q    How often did you go for x-rays
7  when you were a little girl?
8    A    Maybe once every year, but I am
9  not for sure about that.
10   Q    And it was in connection with
11 your legs and your scoliosis?
12   A    Yes, ma'am.
13   Q    When is the last time you had a
14 x-ray for that?
15   A    I don't remember. It's been a
16 while.
17   Q    Has it been a while?
18   A    It's been a while.
19   Q    Did you have one since you were
20 18?
21   A    I don't think so.
22   Q    Did you have them in high school?
23   A    No, ma'am.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 77

1    Q   Did you have them when you were
2  in eighth grade?
3    A   No. I think I was maybe in the
4  fifth grade when I had the last one, maybe.
5    Q   What about bone scans, did they
6  do any bone scans?
7    A   I do not think so.
8    Q   Okay. Did you ever break any
9  bones?
10   A   Yes, my wrist -- my right wrist.
11   Q   When was that?
12   A   When I was in first or second
13 grade. Maybe even kindergarten. I think I
14 missed a field trip to the Gulfarium because
15 I had a arm in the cast.
16   Q   Did you go to the hospital for
17 that?
18   A   I think so.
19   Q   Was there a special doctor that
20 you saw?
21   A   Yes. But I do not remember the
22 doctor's name.
23   Q   Was it the same doctor as who

Page 78

1  treated you for your back?
2    A   No.
3    Q   No. Do you remember the name of
4  the doctors that treated you for your back?
5    A   No.
6    Q   Was it at that clinic that you
7  mentioned earlier? What was the name of
8  that clinic?
9    A   Cripple Children's Place, I
10 think.
11   Q   Is that in Florala?
12   A   No. In Andalusia, but it was in
13 Andalusia at the time. I think they've
14 moved that one.
15   Q   To where, do you know?
16   A   No. They also had a special
17 school there for learning disability people,
18 and William and Tammy went there.
19   Q   You never went there though,
20 right?
21   A   No.
22   Q   Have you ever been in any car
23 accidents?

Page 79

1    A   No, ma'am.
2    Q   Any other times that you needed
3  to have an x-ray that you can think of?
4    A   Not that I can think of.
5    Q   Okay. You never had ringworm,
6  did you?
7    A   No, ma'am.
8    Q   No. Okay. And what about your
9  feet, did you ever have x-rays of your feet?
10   A   Not that I know of.
11   Q   Okay. Now, I think we've talked
12 about this, but just to be sure, your
13 primary doctors are Dr. Arnold and Dr. Vyst?
14   A   Yes, ma'am.
15   Q   And is there any other doctors
16 that you remember?
17   A   Not that I remember.
18   Q   Okay. Now your surgery for your
19 brain tumors, do you know the names of your
20 doctors?
21   A   Dr. Bruce Woodham in Dothan.
22   Q   Okay.
23   A   And he's got a partner. I don't

Page 80

1  know -- I don't know his partner's name.
2  Don't remember his partner's name anyway.
3    Q   Anyone else?
4    A   No. Dr. Dale Mitchell in Geneva
5  did the gallbladder surgery. That's about
6  it.
7    Q   Do you know a Dr. Nicholas Voss?
8    A   I should know him, but I don't
9  remember him.
10   Q   Okay. What about -- do you know
11 if you saw him?
12   A   Yes, I probably did.
13   Q   What about Dr. Norris.
14   A   I probably did, yeah. I probably
15 did. It's a lot that I don't remember.
16   Q   Don't remember. Okay. Any other
17 doctors related to your brain tumor that you
18 can remember?
19   A   No, ma'am.
20   Q   Okay. Have you ever gone to a
21 speech therapist?
22   A   No, I have not.
23   Q   Did you see -- have you ever gone

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 81

1  to a gynecologist?
2      A   I think so for those smears
3  you're supposed to have, but --
4      Q   Right.  Do you remember who?
5      A   At the medical clinic in
6  Andalusia somewhere, I think.
7      Q   Do you know where that is, or
8  does it have a name?
9      A   I don't know where it is.  I mean
10  I know where it is, but I don't know the
11  name.
12      Q   How often do you go there?
13      A   It's about time for another one.
14      Q   Do you go for checkups every
15  year?
16      A   Yeah, supposed to.
17      Q   How long have you been going
18  there for checkups?
19      A   Not there but we do -- we go to
20  Dr. Arnold for checkups and stuff like that.
21      Q   And then when you need testing,
22  you've gone to this medical clinic in
23  Andalusia?

Page 82

1      A   Andalusia or Geneva, the
2  hospital.
3      Q   Okay.  Who are your doctors for
4  psychiatry?
5      A   Dr. Strunk in Geneva, but he's
6  from Dothan.  Dr. Strunk.
7      Q   Where is his office?
8      A   His main office is in Dothan, but
9  he has one in Geneva Hospital.
10      Q   And how do you spell his name
11  again?
12      A   S-T-R-U-N-K.
13      Q   How long have you been seeing
14  him?
15      A   Less than four months.
16      Q   And before him, who was your
17  psychiatrist?
18      A   Fernando somebody.  That's his
19  last name, I think.
20      Q   His last name is Dr. Fernando?
21      A   I think.  But he was at the
22  Mental Health Center, and he's done gone
23  off -- out of that.

Page 83

1      Q   Was he at the Mental Health
2  Center in Florala?
3      A   Andalusia.
4      Q   In Andalusia.  Is that the name
5  of it?
6      A   Uh-huh.  Southeast Medical,
7  whatever.
8      Q   Southeast Medical.  How long did
9  you see him?
10      A   I think two or three months.
11      Q   Okay.  And before that?
12      A   I don't think -- I don't think I
13  had one before that, that I that know of.
14      Q   Well, think back to when you
15  first started taking the Paxil, you probably
16  got that from a doctor who was maybe a
17  psychiatrist or someone special.  Do you
18  remember?
19      A   Dr. Vyst.
20      Q   Dr. Vyst prescribed that for you?
21      A   Uh-huh.
22      Q   So through high school, he was
23  giving you your medications?

Page 84

1      A   Yeah.
2      Q   Okay.
3      A   I think we had already switched
4  by the time we got to high school -- I got
5  to high school to Dr. Arnold, though.
6      Q   Was Dr. Arnold giving you your
7  prescriptions for Paxil?
8      A   Yes, after we switched to
9  Dr. Arnold.
10      Q   Okay.  So did Dr. Arnold ever
11  recommend that you go see a psychiatrist for
12  that medication?
13      A   No.  But he's the one recommended
14  us go see Dr. Strunk.
15      Q   Okay.  Recently?
16      A   Recently.
17      Q   Okay.  Has that been good for
18  you?
19      A   Yes, ma'am.
20      Q   Good.  Are you -- have you also
21  taken something called Buspar, B-U-S-P-A-R?
22      A   I may have, but I don't remember
23  if I have.

21 (Pages 81 to 84)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 85

1    Q    You mentioned to me -- what are
2  you taking now?
3    A    Lamictal and Lexapro.
4    Q    And are there any side effects
5  from those?
6    A    Dizziness and nausea for some of
7  it -- for one of it, but I don't have any
8  major problems with that.
9    Q    Any other medication that you're
10 on right now?
11   A    Protonix for acid reflux, and
12 stuff like that.
13   Q    Any side effects from that?
14   A    Not that I know of.
15   Q    Okay.  Other than the two doctors
16 you mentioned who were psychiatrists, have
17 you seen any psychologists or therapists
18 over the years?
19   A    Not that I can remember.
20   Q    What about in high school, did
21 you see the high school therapist?
22   A    High school counselor, yeah.
23   Q    Did she talk with you about

Page 86

1  family and psychological things or was it
2  just school?
3    A    Just every once in a while, go in
4  there to visit and talk to her.
5    Q    Okay.  And then after you
6  graduated from high school, was there any
7  therapists or anyone that you saw regularly
8  or to help you?
9    A    Yeah.  She didn't do much good
10 though.
11   Q    What was her name?
12   A    Anna somebody at -- a new hire at
13 Andalusia's Mental Health Center.
14   Q    Do you know where that's located?
15   A    I believe, yes.  I could probably
16 show you, but I have to show you on the
17 road.
18   Q    Okay.
19   A    But I do know.
20   Q    Other than depression and
21 anxiety, do you have any other problem --
22 psychological problems that you can
23 describe?

Page 87

1    A    Not that I know of, other than
2  being somewhat mentally slow at times.
3    Q    And what do you mean by that?
4    A    Sometimes I have to think about
5  it a lot before I do that.
6    Q    Did you get any treatments for
7  that?
8    A    No, just regular school classes.
9    Q    Were you in regular school?
10   A    I was in regular school, and I
11 had two or three years of classes of special
12 education and stuff like that.
13   Q    And what years were those?
14   A    High school and in sixth grade.
15   Q    So all of the other years you
16 were in regular school?
17   A    Yes, ma'am.
18   Q    And the years you had special
19 classes, that was in addition to regular
20 school?
21   A    Yes, during regular school time.
22 Yeah.
23   Q    So did you take some regular

Page 88

1  classes and special classes --
2    A    Yes, ma'am.
3    Q    -- at the same time?
4    A    Title 1 reading and special
5  history in sixth grade.
6    Q    Okay.  And then in high school,
7  what were your special classes?
8    A    Reading and English, they
9  combined the two, and that's it.
10   Q    Anything else?  Did you take
11 regular math?
12   A    Regular math and everything.
13   Q    Regular gym?  Did you take any
14 science?
15   A    I took science, too.
16   Q    And any social studies?
17   A    Yes, ma'am.
18   Q    Those were all regular classes?
19   A    Yes, ma'am.
20   Q    And how were your grades?
21   A    Pretty good.
22   Q    Like what did you get?
23   A    Some classes I got a B.  I

22  (Pages 85 to 88)

# FREEDOM COURT REPORTING

Page 89

1  graduated with a B. At least one class in
2  math I graduated with a -- I quit that
3  school -- class with a D.
4      Q   Okay. Did you ever get any A's?
5      A   Occasionally.
6      Q   And did you get any B's?
7      A   Yes. I got A's, B's, C's, and
8  hardly any F's.
9      Q   That's good. Did you get any
10  F's?
11      A   Yes.
12      Q   How come?
13      A   Laziness.
14      Q   What were those in?
15      A   Not in high school but earlier.
16      Q   Uh-huh. What were your favorite
17  classes?
18      A   Math.
19      Q   Were you good at math?
20      A   Yes.
21      Q   And what kind of grades did you
22  get in math?
23      A   Pretty good grades.

Page 90

1      Q   And what kind of courses did you
2  take in math?
3      A   Let's see, I took accounting, and
4  applied math, prealgebra two years. And I
5  did start out the year -- senior year with
6  physics, but I switched out of that because
7  I was not advanced enough to take physics.
8      Q   Okay. Did you ever take biology?
9      A   Yes, ma'am.
10      Q   Did you take chemistry?
11      A   I don't think we had chemistry at
12  the school.
13      Q   Okay.
14      A   No, we did have chemistry; I just
15  didn't take it.
16      Q   Didn't take it. What were some
17  of the other kinds of classes that you took
18  in high school?
19      A   Let's see, there was that math,
20  home ec. They don't call it home ec
21  anymore. I took four years of home ec, and
22  I liked that.
23      Q   That's fine.

Page 91

1      A   And I took that first, and only
2  time, woodworking.
3      Q   Woodworking class?
4      A   One -- you had to take at least a
5  half year of that to be called a high school
6  student or whatever.
7      Q   I see. Very good. Have you ever
8  been diagnosed as ADD?
9      A   Not that I know of.
10      Q   Do you know in high school -- you
11  took regular tests in high school, is that
12  right?
13      A   Yes, ma'am.
14      Q   When finals came around, you took
15  regular finals and everything?
16      A   Uh-huh. I passed the exit exam.
17      Q   Pardon me?
18      A   I passed the exit exam.
19      Q   You passed the exit exam for high
20  school?
21      A   Yes, ma'am.
22      Q   Were you sick very much in high
23  school?

Page 92

1      A   I don't think I was.
2      Q   So you were there; you had good
3  attendance?
4      A   Yes, ma'am.
5      Q   What about in grammar school?
6      A   I don't think I was very much
7  sick.
8      Q   Okay. You had good attendance
9  there, too?
10      A   Yes, ma'am. We -- all five of us
11  kids around the house come down with the
12  chicken pox at the same time.
13      Q   Five children?
14      A   Yes, ma'am.
15      Q   Who were the extra two children?
16  I don't know.
17      A   Stacy and Josh.
18      Q   And who are they?
19      A   Cousins.
20      Q   Oh, cousins. They lived near
21  you?
22      A   They did, at the time.
23      Q   I see. Do you have any friends

23 (Pages 89 to 92)

# FREEDOM COURT REPORTING

Page 93

1 outside the house and your family?
2     A   Not very many.  At least none of
3 my own age.
4     Q   Are you good to go a little more
5 or do you need another break?
6     A   I'm good to go.
7        MR. MITCHELL:  If you want to
8        take a break, we can.
9     A   I'm good to go for a while.
10     Q   All right.  Great.  I have a
11 couple questions about the brain surgery
12 that you had.  After that was over, did you
13 have any treatments after that?
14     A   I didn't have to.  It was benign.
15     Q   Okay.  So they just took it out
16 and then you were done?
17     A   Yeah.  It was jelly.  Like jelly.
18     Q   Okay.  Speech therapy, did you
19 have any speech therapy in connection with
20 the surgery -- after the surgery?
21     A   A little bit at the hospital, and
22 that's about it.
23     Q   Okay.  As we're sitting here

Page 94

1 today, I think your speech sounds fine.
2 Would you agree?
3     A   I agree.
4     Q   Did the doctor give you an
5 explanation as to why you got the brain
6 tumor?
7     A   They didn't know where it come
8 from.
9     Q   Did they say that to you?
10     A   No.  I mean, yes, they did, but I
11 didn't -- didn't know where it come from
12 either.
13     Q   Did they have any idea where it
14 might have come from or said anything to you
15 about it?
16     A   No.
17     Q   No.  When you were born, do you
18 know -- did your mom have a normal
19 pregnancy?
20     A   I think she might have.
21     Q   Did you ever hear anything
22 different about when you were born?
23     A   No.  Except mom ate candy all

Page 95

1 through the pregnancy and said -- and one of
2 my aunt's said, "You're going to name that
3 child Candy."
4     Q   That's a good story.  Where were
5 you born?
6     A   I think Andalusia, but I could
7 have been in Florala.  It's on the birth
8 certificate anyway.
9     Q   Yeah.  You don't remember the
10 name of the hospital or anyone told you?
11     A   Not that I remember.
12     Q   Okay.  Do you have any kidney
13 stones?
14     A   No, ma'am.
15     Q   What about a trimmer, any
16 tremors?
17     A   No, ma'am.
18     Q   What about tingling fingers?
19     A   No, ma'am.
20     Q   How is your vision?
21     A   It's pretty good.  As you see, I
22 wear glasses.
23     Q   Has that changed recently?  Has

Page 96

1 your vision changed recently?
2     A   No, ma'am.  I've been wearing
3 glasses for over eight years.
4     Q   For distance?
5     A   Yes.
6     Q   And who is your doctor -- your
7 eye doctor?
8     A   Nicholas at Denny Vision, I
9 believe.
10     Q   Where is that?
11     A   It's in Dothan.
12     Q   Is he the person who prescribes
13 your glasses?
14     A   Yes, ma'am.
15     Q   Have they ever told you that you
16 just have normal vision problems?
17     A   Yes, ma'am.
18     Q   Have you had any vision changes
19 in the last few years?
20     A   No, ma'am.
21     Q   What about shaking, have you ever
22 had symptoms of where you were shaking?
23     A   I don't think so.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 97

1    Q    No.  You mentioned you had had
2    two seizures as child, right?
3    A    Yes, ma'am.
4    Q    Any other seizures, other than
5    those two times?
6    A    No, ma'am.
7    Q    As an adult, have you had any
8    seizures?
9    A    No, ma'am.
10    Q    Now, tell me about your memory.
11    Have you always had a good memory?
12    A    Fairly good, except when I put
13    stuff down and forget where it's at.
14    Q    Other than that, have you ever
15    been tested for memory problems --
16    A    No, ma'am.
17    Q    -- or anything like that?  Do you
18    know if your memory has changed at all since
19    you were a little girl?  About the same?
20    A    It's about the same.
21    Q    Okay.  What about have you
22    experienced any loss of balance?
23    A    No.  But before I had that

Page 98

1    operation for the tumor, yes.
2    Q    Tell me about that.
3    A    Running -- walking into walls and
4    stuff like that.
5    Q    You mean like clumsy --
6    A    Yeah, clumsy.
7    Q    Walk into the wall by accident?
8    A    Yes.  And leaning to the left and
9    all that.
10    Q    Tell me, when was that?
11    A    It was before the operation.
12    About a month before the operation or so it
13    was found out.
14    Q    Just for that one month period
15    you experienced that, or was it before that?
16    A    No, it was years before.
17    Q    Years before that you felt like
18    you were bumping into things?
19    A    Yeah.  I was doing that anyway.
20    Q    Do you think you might have just
21    been stressed out, or was it something more
22    than that?
23    A    No, it weren't just stress.

Page 99

1    Q    Since you had the surgery, have
2    you had the same problem, or has it gone
3    away?
4    A    It's gone away.
5    Q    Okay.  And what brought you to
6    the doctor to look into your brain problem?
7    A    Well, from Sunday to Thursday I
8    had had a headache of the week before I had
9    the surgery.  And then he said -- they did a
10    CAT scan on Friday, or maybe it was
11    Thursday, and by Monday I knew what it was.
12    Q    Why did you go to the doctor?
13    A    Because I had a headache.
14    Q    And so it was something that just
15    came on suddenly that you had a big
16    headache?
17    A    A headache from Sunday to like
18    Thursday.  And Thursday morning I got up and
19    said, "Got to see -- got to go somewhere to
20    see about my headaches."
21    Q    I see.  Were you having recurrent
22    headaches before this or just this one time?
23    A    Just this one time, I believe.

Page 100

1    Q    Okay.
2    A    That's a long time to have a
3    headache.
4    Q    Sure, I agree with you.  And so
5    you saw Dr. Arnold?
6    A    Yes, ma'am.
7    Q    And then did he refer you to a
8    specialist?
9    A    Yes, ma'am.  Dr. Woodham.
10    Q    Got it.  Have you had any other
11    conditions, other than what we've just
12    described -- what we discussed today, that I
13    have missed, medical conditions?
14    A    I do not believe so.
15    Q    Okay.  So other than the brain
16    tumor and your anxiety and scoliosis,
17    gallstones -- gallbladder, sorry --
18    A    I had gallstones.  I still got
19    some in the jar at the house.
20    Q    Okay.  Those were basically your
21    only medical conditions, is that correct?
22    A    Yes, ma'am.
23    Q    Nothing else?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 101

1      A   Nothing else.
2      Q   Okay.  Take a look at the
3  questionnaire, pages -- starting on page 26,
4  and there's a list of foods here that, for
5  whatever reason, did not get filled out very
6  well.  And I just wanted go through these a
7  little better with you.  For the -- says
8  that, basically, that you eat many of the
9  foods on this list, but you weren't sure how
10 long you had been eating them or how much
11 you were eating them, is that right?
12     A   That's right.
13     Q   Do you think we could do a little
14 better on that question?  Maybe?  Let's try.
15         MR. MITCHELL:  She's not being
16         critical.
17     Q   Yes, I'm not being critical.
18 Just this is our opportunity to answer the
19 questions together, so let's try to do that.
20 Apple juice, do you know how often you drink
21 that?
22     A   Most every night.
23     Q   And you've been drinking apple

Page 102

1  juice for a long time?
2      A   Yes, ma'am.
3      Q   How many years have you been
4  drinking it?
5      A   More than five.
6      Q   And what about apple pie?
7      A   I could eat that every day.  I
8  could.
9      Q   Me too.
10     A   It's just once in a while.
11     Q   Once in a while.  And apples?
12     A   I don't eat apples unless they're
13 cooked in pie.
14     Q   Okay.  Bananas?
15     A   Yes, I like banana.  Yeah.
16 About -- well, when it's bought, sometimes a
17 week, once a week; sometimes once a month.
18     Q   Okay.  Basil?  That's a green
19 leaf that you put on tomatoes and things?
20     A   Spaghetti sauce and stuff like
21 that.
22     Q   Yeah.
23     A   Yeah, I like that.  It's good.

Page 103

1  Maybe once or twice a month.
2      Q   Right.  Brazil nuts?
3      A   They're good.  When it's bought,
4  I could eat them practically every day,
5  though.
6      Q   Bread?
7      A   That's just about every day.
8      Q   Broccoli?
9      A   Yeah, maybe once a month, when
10 it's bought.
11     Q   Brussels sprouts?
12     A   Yeah, I like that.  Maybe once a
13 month, or when it's bought.
14     Q   Butter?
15     A   Yeah, about every day.
16     Q   Cabbage?
17     A   Sometimes, once or twice a month.
18     Q   Okay.  How about coffee or tea?
19     A   I drink coffee every morning.
20     Q   Tea?
21     A   Sometimes every day.
22     Q   What about Coke or colas?
23     A   At least not very often.

Page 104

1      Q   Okay.  Carrots?
2      A   Maybe once or twice a month.
3      Q   Catfish?
4      A   Maybe once every two or three
5  months.
6      Q   Cauliflower?
7      A   No.
8      Q   No.  Do you eat cauliflower?
9      A   No.  A lot of these were checked
10 yes, and I was not there when she was
11 checking these.  So --
12     Q   Okay.  We will go through them
13 then.
14     A   So a lot of these that's check
15 yes, I do not eat or have not eat.
16     Q   We'll go through them and we'll
17 just clarify that now.
18     A   Okay.  It's not that she lied or
19 anything.
20     Q   Oh, don't worry, it's fine.
21 We're going through it now.  Celery?
22     A   Yeah.  Maybe once or twice a
23 month.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

Page 105

1   Q   Cereal?
2   A   Every day if I could have it.
3   Q   Cherries?
4   A   No. Chicken, yes. Maybe once or
5   twice a month; sometimes a week.
6   Chillies?
7   A   No. Chocolate, oh, yes. Every
8   day, if I could get ahold of it.
9   Q   Cinnamon?
10  A   Yeah, sometimes. Sometimes I put
11  that in my coffee. It's good.
12  Q   Citrus fruit? Lemons or oranges?
13  A   Yeah. Mostly during the growing
14  season.
15  Q   Cocoa?
16  A   It could be every day, but no,
17  not every day.
18  Q   Coconuts?
19  A   It's not even checked, but I
20  don't care for coconut.
21  Q   Collard greens?
22  A   I like them, but granny can't
23  have them; so I slip out to aunt a Jeledia

Page 106

1   to get some when she's cooking them.
2   Q   Colts foot? Herbal tea, I guess.
3   A   No.
4   Q   Comfrey, herbal tea?
5   A   No.
6   Q   Corn?
7   A   Yes, maybe once or twice a month.
8   Q   Corned beef?
9   A   No.
10  Q   Crackers?
11  A   Yes.
12  Q   Every day or --
13  A   Maybe once or twice a month or a
14  week, sometimes.
15  Q   Okay. Cranberry sauce?
16  A   No.
17  Q   Cream?
18  A   Yes. No broth. No, I don't eat
19  cucumbers at all, even as pickles.
20  Q   Okay. What about lunch meats?
21  A   Yeah, a lot.
22  Q   Like what?
23  A   Turkey, ham, honey ham, honey

Page 107

1   turkey, stuff like that.
2   Q   Sausage?
3   A   Yes. And jerky and stuff like
4   that, yes.
5   Q   Salome?
6   A   Yeah, I could eat it.
7   Q   And how often do you eat lunch
8   meats?
9   A   Sometimes every day; sometimes
10  not.
11  Q   Hot dogs?
12  A   Maybe once or twice a month.
13  Q   Okay. Dried milk?
14  A   No, I don't think I have.
15  Q   Eggs?
16  A   Sometimes every day a week and
17  sometimes not.
18  Q   Egg plant?
19  A   I have but it's -- I haven't had
20  any this year.
21  Q   Endive?
22  A   I don't even know what that is.
23  Q   It's a kind of lettuce. That's

Page 108

1   okay. Fiddlehead? Do you know what that
2   is, fiddlehead greens?
3       MR. CADE: Herbs.
4   A   No.
5   Q   Yeah. Up in Boston they have
6   them a lot. These little tiny baby -- but
7   no. Figs?
8   A   Oh, yes. Definitely during the
9   growing season when we cook them off.
10  Q   Figs?
11  A   Yeah.
12  Q   Fish, what kind of fish do you
13  eat?
14  A   Mullet and catfish and sometimes
15  trout, bream.
16  Q   How often do you eat fish?
17  A   And salmon. Sometimes once a
18  week and sometimes once every two or three
19  months.
20  Q   Where do you get it from?
21  A   Dothan, Crestview. Fresh fish,
22  fresh mullet, and all that.
23  Q   Is that all from the grocery

27 (Pages 105 to 108)

# FREEDOM COURT REPORTING

Page 109

1  store?
2      A   No.  We go to a fish market and
3  get it.
4      Q   Where is that?
5      A   Crestview, Dothan, all around.
6      Q   And those are all special fish
7  markets?
8      A   Yeah.  Mermaid Fish Market is
9  one.  I don't know where it is at, but there
10  is one somewhere.
11      Q   Okay.  Do you go with your
12  grandma to buy the fish?
13      A   Yes.  I just don't go in to buy
14  the fish.  She goes in.
15      Q   She goes to the store?
16      A   She gets up to fifty pounds at a
17  time.
18      Q   And do you freeze it?
19      A   Yeah, we freeze it.
20      Q   I see.  Okay.  French fries?
21      A   Yeah.
22      Q   Occasionally?
23      A   Occasionally.

Page 110

1      Q   Fried cod?
2      A   That's a white fish, isn't it?
3      Q   Yeah.
4      A   Not very often.
5      Q   Okay.
6      A   When we go the Captain D's or
7  some place.
8      Q   Sure.  Ground beef?
9      A   Yes, a lot.
10      Q   A lot.
11      A   Uh-huh.
12      Q   This the brandies?
13      A   No.  No alcoholic beverages.
14      Q   Garlic?
15      A   Yes.  No alcoholic beverage.  I
16  don't like grapes.
17      Q   No grapes.  Granola?
18      A   No.  Green beans, yes, once in a
19  while.
20      Q   Honey?
21      A   It could be every day.
22  Horseradish, no.
23      Q   Hot sauce?  No?

Page 111

1      A   No.
2      Q   Hot dogs?
3      A   Yes.
4      Q   Once in a while.  Jasmine tea,
5  no.  Kale?  No?
6      A   Huh-uh.
7      Q   That's correct?
8      A   That's correct.  Lettuce.  No
9  lobster.  Yeah.
10      Q   Lunch meat we discussed.  Mace?
11  Spice?
12      A   No.  We do eat the spices but not
13  mace.
14      Q   Okay.  Mango?
15      A   Huh-uh.
16      Q   Marjoram?
17      A   No.
18      Q   Do you cook at home?
19      A   Yes, I cook at home.
20      Q   I could tell, because you know
21  all these pretty well.  Margarin?
22      A   Yes.  Mushrooms are pretty good,
23  only on pizza though.

Page 112

1      Q   Do you eat them any other time?
2      A   Cream of mushroom soups and stuff
3  like that.  In meat loaf and that's good.
4      Q   Mustard greens?
5      A   Yes, ma'am.
6      Q   How often do you get these?
7      A   Basically during the growing
8  season, but we do freeze some.  So it's once
9  or twice every two to three months.
10      Q   Okay.  Nectarines?
11      A   Yes.  It's a type of orange.  I
12  do eat some occasionally.
13      Q   Nutmeg?
14      A   Not unless it's in the pumpkin
15  pie we have at Christmas or something.
16      Q   Olives?
17      A   I like olives pretty well on
18  pizza, black olives.
19      Q   Onions?
20      A   I don't care for them, but I do
21  eat them, occasionally.
22      Q   Orange juice?
23      A   Uh-huh.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 113

1    Q    How often do you have orange
2    juice?
3    A    It's not very often.
4    Q    Oranges?
5    A    Basically during the growing
6    season.
7    Q    Bacon?
8    A    Sometimes we have breakfast.
9    Sometimes.
10   Q    Pastries?
11   A    A lot, yes.  That's like donuts
12   and stuff like that?
13   Q    Yes.
14   A    It's every once in a while.
15   Q    Parsley?
16   A    No.  Peaches, yes.  Yes.
17   Q    You eat a lot of peaches?
18   A    Yes, when it's growing season.
19   Q    Peanut butter?
20   A    Yes.  Peanuts, peas, pears.  When
21   it's pears, when they have been cooked and
22   preserved.
23   Q    Okay.  Pecans?

Page 114

1    A    Yeah.  Pepperoni, yes.  Pickled
2    fish, no.  Vegetables, no.  Pine Apple,
3    yeah.  Pistachio nut, no.  I don't eat raw
4    plums but in the jelly.
5    Q    Okay.
6    A    Not very often, popcorn, potato
7    chips.  Potatoes, yes.
8    Q    How often do you eat potatoes?
9    A    It could be every day, but maybe
10   once or twice a month.
11   Q    Pretzels?
12   A    Not very often.
13   Q    Pumpkin pie?
14   A    Pumpkin pie during the holiday
15   season, like Thanksgiving and Christmas.
16   Q    Okay.  Pumpkin seeds?
17   A    No.  Raisins, sometimes.  I did
18   try sushi one time, but I didn't quite like
19   it.
20   Q    Okay.  Red wine?
21   A    No.  Rice, yes.  Roast beef,
22   maybe once or twice a month, sometimes.
23   Roast beef, yes.  Roasted nuts, yes.  Same

Page 115

1    thing.  Roast turkey.  Rolls, that could be
2    biscuits and stuff, couldn't it?
3    Q    Yeah.
4    A    Could be every day or maybe once
5    or twice a month.
6    Q    Okay.  Sage?
7    A    No.  Sake, we do not have liquor
8    in the house, unless it's medical purposes.
9    Q    Salami?
10   A    No.  Salt.  Oh, yes, I'll salt
11   stuff down a lot, every day.
12   Q    Sassafras tea?
13   A    I have tried that; it was good.
14   We just don't do that very much anymore.
15   Q    Sausage?
16   A    Yes.  We don't cook with sesame
17   oil.
18   Q    Okay.  Shell fish?
19   A    No.  I eat some shrimp every once
20   in a while.
21   Q    Any smoked fish?
22   A    No.
23   Q    What about smoked meats?

Page 116

1    A    Yeah.  Smoked ham and stuff like
2    that.
3    Q    You guys never smoke anything
4    yourselves, do you?
5    A    No.  We just buy it already
6    smoked.  Soy sauce, occasionally we have
7    stir fry.
8    Q    Okay.  Spinach?
9    A    Spinach, we don't go there.  I
10   don't even know what that is, spice.
11   Q    It's a kind of spice.
12   Strawberries?
13   A    Yes.  When it's the growing
14   season, definitely.
15   Q    Okay.  Sunflower seeds?
16   A    Yes, every once in a while.
17   Sweet potatoes, no.  Yeah, I do sweet
18   potatoes.  No wines.  Yeah, sunflower seeds.
19   It's twice in here.
20   Q    Yeah, that's true.  It's a
21   mistake.  Tarragon?
22   A    No.  Thyme.  Toast, yeah.
23   Tomatoes, not often.  Fried green tomatoes

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 117

1  are pretty good.
2      Q   Vanilla flavoring?
3      A   Yes.
4      Q   Vinegar?
5      A   Vodka, no.  Walnuts, yes.  It's
6  not very often we have walnuts.
7      Q   Whiskies?
8      A   No.
9      Q   White bread?
10      A   Yes.  Could be every day.  White
11  pepper, no.  Whole grains, yes.  Oatmeals
12  and stuff like that.
13      Q   Zucchini?
14      A   No.
15      Q   Okay.  Thank you very much.
16          MR. MITCHELL:  We've been going
17          about a hour.  Do you want take a
18          break?
19          THE WITNESS:  Yeah.  Quick one.
20  (Whereupon, a short break was taken.)
21          (Whereupon, Defendant's
22          Exhibit Number 3 was marked.)
23

Page 118

1  BY MS. PRENA
2      Q   Kandy, I just have few more
3  questions.  I'm going to show you a map
4  that's marked Exhibit 3.  This is an aerial
5  map of Florala and Lockhart.  And I wondered
6  if you could take a look at that, and with
7  this pen, maybe show me where your house is
8  located.
9      A   This is Florala.  Past the army
10  hall.
11          MR. MITCHELL:  Here is the high
12          school.
13      A   Yeah, past the army hall.
14          MR. MITCHELL:  Here is the high
15          school.  No, that's Zorns.  Here
16          is the high school.
17      A   Where is the army hall?
18          MR. MITCHELL:  The old armory?
19      A   Yeah.
20          MR. MITCHELL:  The old armory is
21          down here somewhere.
22          MR. CADE:  It's got to be in here
23          somewhere, actually.

Page 119

1          MR. MITCHELL:  I think y'all are
2          out here past the lake.  Aren't
3          you past the lake?
4      A   Way past the lake.  It's not on
5  here.
6      Q   It's not on here.  Okay.  Next to
7  where the road is that you would take to go
8  to your House, is that 331?
9      A   Yeah.
10      Q   Could you put a circle off the
11  map, a arrow pointing in the direction where
12  your house would be.  Just off the map.  You
13  can just make a circle and then a arrow the
14  direction toward your house would be on the
15  map.
16      A   (Witness complied.)
17      Q   And then how far do you think it
18  is from the edge of that map to your house?
19      A   Probably about a mile, mile and a
20  half.
21      Q   Okay.  And the house you lived in
22  with your dad for a couple months, do you
23  know where that was?

Page 120

1      A   It's in Lockhart.  It's about two
2  blocks from the school in front -- like in
3  front.
4      Q   Which school?
5      A   WS Harlon.
6      Q   So two blocks from WS Harlon
7  school --
8      A   Kind of right in front, at a
9  angle.
10      Q   That's fine.  And then your
11  testimony was that house was about a mile
12  and a half from the edge of the map at 331?
13      A   Uh-huh.
14      Q   Okay.  Thank you.
15          MR. MITCHELL:  Did you circle the
16          dad's house place?
17      Q   No.  You had a hard time
18  identifying that house on the map, right?
19      A   Uh-huh.
20      Q   You said it was two blocks from
21  the Harlon high school?
22      A   WS Harlon.
23      Q   WS Harlon, right.  There were a

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 121

1 few questions on the questionnaire that had
2 not been filled out that I just wanted to
3 make sure I had covered.  Have you ever
4 taken any tranquilizers?
5     A   Not that I know of; not that I
6 know of.
7     Q   What about any anxiety
8 medication?
9     A   Yes, ma'am.
10    Q   Tell me the names again.  I'm
11 sorry to repeat that, but it will just be
12 helpful.
13    A   Well, I was on Zoloft, but it
14 didn't work.  Paxil worked.  Then I was on
15 Lexapro.  Now I'm on Lexapro and Lamictal.
16 It's working.
17    Q   And those are for anxiety?
18    A   Yes, ma'am.
19    Q   And antidepressants?
20    A   I believe Paxil, that is an
21 antidepressant.
22    Q   Okay.  And what about narcotic
23 pain medicine, are you taking any?

Page 122

1     A   That's like steroids and stuff
2 like that?
3     Q   Narcotic, pain.
4     A   No.  I have haven't taken any of
5 those.
6     Q   All right.  Sleeping pills?
7     A   No.  But when I was first taking
8 Paxil, they recommended me take it at night.
9     Q   Okay.  And are you taking any
10 over-the-counter medications?
11    A   Just a multi-day vitamin and
12 occasionally some Tylenol.
13    Q   And what about any herbal
14 supplements?
15    A   No.
16    Q   What about any health food store
17 supplement type things?
18    A   No.
19    Q   Okay.  Have you had your blood
20 tested in connection with this litigation?
21    A   Yes, ma'am.
22    Q   And when was that?
23    A   I don't remember the date, but it

Page 123

1 was at Florala -- at a hospital.
2     Q   Was it in this year?
3     A   Yes, ma'am.
4     Q   Was it in the last couple months?
5     A   No, it was earlier.
6     Q   Earlier this year?
7     A   Yes, ma'am.
8     Q   And did you get the results back?
9     A   No, ma'am.  I don't think I got
10 the results back, but I think Cade did.
11       MR. CADE:  Greg Cade?  I didn't
12    understand that.  Did she
13    say Cade?
14       MR. MITCHELL:  Yeah.
15    Q   Other than that test, did you do
16 any other tests?
17    A   No, ma'am.
18    Q   Have you ever had any other
19 testing for exposure to chemicals?
20    A   No, ma'am.
21    Q   Has your house ever been tested
22 for chemicals?
23    A   No.  It's too old; at least

Page 124

1 that's what I heard.
2     Q   How old is your house?
3     A   It was -- it's about fifty --
4 it's over fifty years old.  Maybe it was put
5 there in about 1950 or so.
6     Q   Who built it?
7     A   It's been two or three there.
8 Granny and grandpa did the work.
9     Q   Oh, they built it?
10    A   Uh-huh.
11    Q   Did any of your doctors ever tell
12 you that your tumor was caused by exposure
13 to chemicals?
14    A   No, ma'am.  They did not know
15 what it was caused by.
16    Q   Has anybody told you that your
17 tumor was caused by exposure to chemicals?
18    A   No, ma'am.
19    Q   Do you believe that your tumor
20 was caused by exposure to chemicals?
21    A   Yes; but only after the meetings
22 we had -- went to.
23    Q   What meetings were those?

31 (Pages 121 to 124)

# FREEDOM COURT REPORTING

Page 125

1    A    First public meeting with Cade
2  where they were telling the people about
3  this business.
4    Q    You attended that meeting
5  personally?
6    A    Yes, ma'am.
7    Q    And how were you invited to the
8  meeting?
9    A    I think through family members.
10   Q    Did you go with anyone?
11   A    Yes, ma'am.
12   Q    Who did you go with?
13   A    My sister, brother, granny, and
14  my Aunt Jeledia.
15   Q    And why did you go?
16   A    To see what was up with the --
17   Q    Did you receive a letter about
18  it, or how did they find out?
19   A    I think we might have received a
20  letter about it.
21   Q    And when was that?
22   A    Probably -- I don't quite
23  remember.

Page 126

1    Q    Okay.  Was it in 2006?
2    A    Probably 2006.  Could have been
3  2005.
4    Q    Okay.  Do you remember going to
5  the meeting?
6    A    Yes, ma'am.
7    Q    And where was it?
8    A    At the old army hall in Florala.
9    Q    What time was that?
10   A    I think it was nighttime.
11   Q    How long was the meeting?
12   A    Probably an hour.
13   Q    And who was there?
14   A    Both these lawyers.
15   Q    And anyone else?
16   A    I don't remember anyone else.
17   Q    Was it just you and those
18  lawyers?
19   A    Yes.  And the other workers that
20  was -- they were talking about.
21   Q    So how many people were in the
22  room?
23   A    More than fifty.

Page 127

1    Q    Okay.  So did you recognize
2  anyone else that was there?
3    A    Some, yes.
4    Q    Do you know -- do you remember
5  any of their names?
6    A    Ms. Armstrong for one, school
7  teacher, at a later meeting.  And some our
8  friends.  Bud and Willa Mae Hughes.
9    Q    They were at the meeting, this
10  one meeting?
11   A    Yes.
12   Q    And what happened at the meeting?
13   A    They told us what their findings
14  were.
15   Q    What does that mean?
16   A    They found the chemicals and
17  stuff in the air and in some of the houses.
18  Yeah.  In the water and all.
19   Q    Did they talk to you about that
20  at the meeting?
21        MR. MITCHELL:  I object to that,
22        "to talk to you."  And we allowed
23        you to ask questions at anything

Page 128

1        about what was said at any public
2        meeting, but I'm not going to
3        allow you to ask you her those
4        questions that were about talks
5        with her attorney that were
6        directly in private with her.
7    Q    Sure.  Of course, you're right.
8  Let me clarify that question.  Strike the
9  question.  Do you remember what was
10  discussed at the meeting -- that was
11  presented at the meeting?
12   A    About the chemicals and the water
13  and stuff like that in the air.
14   Q    What do you remember?
15   A    Not much.
16   Q    Okay.  Are you -- is your house
17  on well water or city water?
18   A    It was on well water for years,
19  but then it got turned to city water.
20   Q    And when was that?
21   A    When it was annexed.  Part of
22  Florala was annexed.
23   Q    Do you remember when that was?

32  (Pages 125 to 128)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 129

1    A    I don't remember when that was.
2    Q    Were you in high school?
3    A    Might have been in high school,
4    but it could have been earlier.
5    Q    Could have been earlier.  Do you
6    remember the well at your house?
7    A    Yes, I remember the well.  But we
8    personally did not use the well, ourselves.
9    They used the well themselves but before we
10   come along.  I do remember the well, though.
11   Q    Sure.  Is the well still there?
12   A    The well is still there; the pump
13   just doesn't work.
14   Q    Did anyone abandon the well or
15   close the well?
16   A    We -- yeah, it was closed up.  We
17   covered it up in later years.  Recently.
18   Q    Recently.  And when was that?
19   A    Two or three years ago.
20   Q    And how come?
21   A    It got too dangerous.
22   Q    Well, when you said you used well
23   water before the city water, I assume your

Page 130

1    house was connected to the well --
2    A    Yeah.
3    Q    -- with piping, is that right?
4    A    It was at one time, but before --
5    before we come along.
6    Q    And then what kind of water did
7    you use at the house when you were there?
8    A    City water, I believe.
9    Q    Well, it's a little confusing.
10   A    I confuse people a lot.
11   Q    No, not at all.  I know the house
12   got switched over to city water at a certain
13   point, and you thought maybe it was in high
14   school?
15   A    Maybe it was during Aunt Jeledia
16   and Aunt Phylis' high school days, but maybe
17   not mine.
18   Q    You're not sure when the well got
19   switched over to city water?
20   A    No.
21   Q    So, basically, you don't know
22   when you might have gone from city water to
23   well water?

Page 131

1    A    That's right.  I'm confusing.
2    Q    So after that -- is it after that
3    meeting that you came to believe that your
4    brain tumor was caused by exposure to the
5    plant?
6    A    Yes, ma'am.
7    Q    And how did you come to that
8    belief?
9    A    They kept talking about it and
10   everything.
11   Q    When you say "they," who is
12   "they"?
13   A    These two lawyers.
14   Q    Are you talking generally?
15   A    In general.
16   Q    In general?
17   A    In general.
18   Q    Okay.  Other than the brain
19   tumor, do you believe that any of your other
20   illnesses were caused by exposure to
21   chemicals?
22   A    They may have been, but I'm not
23   sure.

Page 132

1    Q    Okay.  Have you been videotaped
2    or interviewed prior to this?
3    A    Yes.  After the meeting, yes,
4    sometime.
5    Q    Was that in 2006?
6    A    Yes, ma'am.
7    Q    And do you remember being
8    videotaped?
9    A    Yes, ma'am.
10   Q    Okay.  Other than that one
11   videotape, have you given any other
12   interviews or videotapes?
13   A    No, ma'am.
14   Q    Has anybody else in your family
15   given videotapes or interviews?
16   A    At the same time my brother and
17   sister were interviewed.
18   Q    Was that on videotape, as well?
19   A    Yes, ma'am.
20   Q    And what about your grandmother?
21   A    Indirectly, yes, grandmother was
22   there.  Aunt Jeledia.
23   Q    Were they videotaped, as well?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 133

1    A    They weren't videotaped then.
2    Q    Have any of your family members
3  before been tested for exposure to
4  chemicals?
5    A    Not that I know of.
6    Q    All right.  I just need one
7  minute off the record.
8        (Off the record.)
9    MS. PRENA:  Thank you very much,
10   Kandy.  I have no further
11   questions right now, but I may
12   have a couple.  And I'm going to
13   ask Skip Lockard here if he has
14   some questions for you.
15       EXAMINATION
16  BY MR. LOCKARD:
17   Q    I do have just a few.  Okay.
18  You're doing a fine job, and I'll try to
19  keep this short as I can, okay?  Just a
20  moment ago you said that your granny and
21  Aunt Jeledia were there with you at the
22  meetings when you were videotaped, is that
23  correct?

Page 134

1    A    Yes, sir.
2    Q    That's okay.  And you told me
3  that -- or actually you told Ms. Prena that
4  they did not give a videotape at that time,
5  is that correct?
6    A    That's right.
7    Q    Do you know whether they gave one
8  after that time?
9    A    Not that I know of.
10   Q    Okay.  If you would for me, just
11  tell me in your own words what do you want
12  to get out of this lawsuit?
13   A    Well, I would like to get
14  restitution from what my illness was caused
15  from.
16   Q    Yes, ma'am.  And what does that
17  mean to you, "restitution"?
18   A    Well -- well, money for the
19  medical bills and the -- and the like.  They
20  racked up.
21   Q    I understand.  Anything else?
22   A    Nothing else that I know of.
23   Q    Okay.  We may have asked you this

Page 135

1  already, but you've not given a deposition
2  before, is that correct?
3    A    Not that I know of.  Unless it
4  was for the Social Security people.
5    Q    Okay.  Have you ever been a party
6  to a lawsuit before?
7    A    No, not that I know of; unless
8  it's for the Cripple Children people,
9  because they wanted to stop the growth on my
10  good leg and it didn't -- let my other leg
11  grow out.  I didn't want that to happen, and
12  granny didn't either.
13   Q    Okay.  Did you speak with any
14  lawyers in connection with that?
15   A    No, but granny did.
16   Q    Do you know who she spoke to?
17   A    Someone in Opp.  I don't know the
18  lawyer's name, at this time, but we went and
19  got a second opinion from Dr. Bounty in
20  Andalusia.  And he's done retired.
21   Q    And you don't whether the lawyer
22  in Opp ever filed a lawsuit?
23   A    He did and won it.

Page 136

1    Q    Oh, he did.  Do you have any --
2  do you know where that lawsuit was filed?
3    A    Probably in Andalusia, but I'm
4  not for sure where.
5    Q    And was the lawyer a he or she?
6    A    It was he.
7    Q    Okay.  And you don't remember the
8  name?
9    A    No, ma'am -- I mean sir.
10   Q    What about in connection with the
11  Social Security; did you speak with any
12  lawyers to get your benefits straightened
13  out?
14   A    Yes, sir.  Wanda Raburn.
15   Q    Can you say that again for me?
16   A    Raburn, Wanda.
17   Q    Where is Wanda located?
18   A    She was at the time located in
19  Andalusia.
20   Q    And she's located somewhere else
21  now?
22   A    I'm not for sure.  I'm not for
23  sure.  She might have but not for sure.

## 367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 137

1    Q    And do you think that a lawsuit
2    was filed in connection with that?
3    A    Probably. Yes. She won it.
4    Q    When you say "won it," you just
5    mean that you got the benefits restored?
6    A    Yes, sir.
7    Q    Was there any sort of other
8    payment out of that?
9    A    Just for her.
10    Q    And what about the one in the --
11    the lawyer from Andalusia, was there any
12    sort of payment that resulted from that
13    lawsuit?
14    A    I'm not sure. It was just -- I
15    didn't have to have that surgery.
16    Q    Okay. Now your brother William
17    still lives with you, is that correct?
18    A    That is right.
19    Q    And you mentioned earlier that he
20    does some sort of work that you called
21    "under the table" work?
22    A    Means he doesn't -- he doesn't
23    get a work check; he just gets straight

Page 138

1    money.
2    Q    What kind of under the table work
3    does he do? What are you referring to?
4    A    Helping build -- helping to tear
5    down some houses. Just going out and
6    working in the fields, and stuff like that.
7    Q    Is it all sort of construction
8    and agriculture work then?
9    A    Mainly.
10    Q    Does your grandmother have any
11    hobbies at all?
12    A    Reading and working in cross word
13    puzzles. Doing the circle thing -- word
14    finds.
15    Q    Does she have any hobbies where
16    she works with paint?
17    A    No, sir.
18    Q    Any kind of furniture
19    refinishing?
20    A    No, sir.
21    Q    Okay. Does she have any hobbies
22    that involve any kind of chemicals at all?
23    A    Not unless you call cleaning the

Page 139

1    house chemical.
2    Q    I don't know that I would call
3    that a hobby. Your grandmother is not a
4    smoker, is she?
5    A    No.
6    Q    Okay. I think you indicated that
7    your grandfather might have worked at the
8    Lockhart lumber mill?
9    A    He might have. I'm not for sure,
10    but did work as a mechanic at -- for a time.
11    Q    And why do you think he might
12    have worked at the mill? I mean, why are
13    you thinking that?
14    A    Hearsay, I think.
15    Q    Do you have any idea what job he
16    might have had at the mill?
17    A    Probably fixing the machinery.
18    I'm not for sure.
19    Q    Do you have any idea who his boss
20    might have been? Did he mention anybody?
21    A    I don't -- I don't know.
22    Q    Did he ever mention anybody --
23    any of the people he might have worked with

Page 140

1    right there?
2    A    No. He may not have worked
3    there, though.
4    Q    Okay. And I know you said that
5    your father worked at the mill for some
6    period of time before 1989, is that correct?
7    A    Uh-huh.
8    Q    Do you know what his job was
9    there?
10    A    Maybe split the wood, planing,
11    and stuff like that.
12    Q    Do you know who any of his
13    co-workers were?
14    A    Not that I know of. I don't
15    know.
16    Q    You don't recall any names?
17    A    No.
18    Q    Do you recall the names of who
19    his boss or supervisor might have been?
20    A    No, sir.
21    Q    Did he ever talk to you -- your
22    father, did he ever talk to you about
23    operations at the mill?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 141

1    A    No, sir.
2    Q    Do you know of anybody else who's
3  worked at the Lockhart lumber mill?
4    A    No, sir.
5    Q    You mentioned that you had some
6  termite treatments at your home?
7    A    Yes, sir.
8    Q    Can you tell me what the name of
9  the company is that comes in and does those?
10   A    Patrick's in Opp.
11   Q    They're in Opp?
12   A    Yes.
13   Q    They come about once every five
14 years I think you said?
15   A    That's right.  And once every
16 month, the fourth Monday, general bug
17 spraying.
18   Q    Every month, fourth Monday.
19 That's the same company?
20   A    Same company.
21   Q    They're in Opp?
22   A    Yes, sir.
23   Q    You talked a little bit about the

Page 142

1  ditches that are in front of your house by
2  the road.  Now, as I understand it, those
3  ditches don't normally have water in them,
4  do they?
5    A    No.
6    Q    When you're talking about playing
7  in water in the ditches, you're just talking
8  about like when it rains and there's
9  overflow?
10   A    That's right.
11   Q    There's not usually standing
12 water there?
13   A    No, sir.
14   Q    You also mentioned an Uncle Hank
15 earlier.  Do you have a Uncle Hank?
16   A    Yes.
17   Q    How is he related to you?
18   A    By Aunt Jeledia's marriage to
19 him.
20   Q    Okay.  He's not a sibling to your
21 mother or father?
22   A    No.
23   Q    You also mentioned that he may

Page 143

1  have a chicken coop on the property?
2    A    He has one.
3    Q    There's one on the property now?
4    A    Uh-huh.  They get about 30 dozen
5  a week.
6    Q    Thirty dozen eggs a week.  How
7  big is that a coop?
8    A    Not very big.
9    Q    How long has that been there?
10   A    Practically since he's been in
11 the family.
12   Q    And that's on the property where
13 your house is?
14   A    It's across the road.
15   Q    Okay.  Okay.  I think you
16 indicated that your father after -- well,
17 let me start that over.  Do you know when
18 your father stopped working at the Lockhart
19 lumber mill?
20   A    I do not know.
21   Q    Do you know how long he worked at
22 the chicken place?
23   A    I do not know.

Page 144

1    Q    Do you think it was a couple
2  years, three years?
3    A    Beats me.
4    Q    Okay.  In any event, he was
5  working at chicken place in 1989, is that
6  right?
7    A    Yes, sir.
8    Q    Had he been there longer than a
9  year, do you think?
10   A    It could be possible, but I don't
11 know.  We lost contact with him -- well, he
12 didn't contact us.
13   Q    How long did you spend up in
14 Cullman?
15   A    Probably two or three weeks.
16   Q    That's the grand total of time
17 you were with your dad in Cullman?
18   A    Probably.
19   Q    That was about 1989?
20   A    But we spent, away from the
21 house, two to three months away from the
22 house -- our house.
23   Q    Is that because you were in the

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 145

1  other house in Lockhart?
2      A   Yes.
3      Q   You mentioned the grandfather
4  that had Alzheimer's.  Is that the
5  grandfather that used to live with you?
6      A   Yes, sir.
7      Q   And that's your dad's dad?
8      A   Yes, sir.
9      Q   Is Ruth Creech, that your mom's
10  mom or your dad's mom?
11     A   Dad's.
12     Q   Dad's mom.  Okay.  Is that your
13  maternal grandmother then, is that right?
14     A   Uh-huh.  Yes, sir.
15     Q   You mentioned your dad's brother,
16  Carlton?
17     A   Yes, sir.
18     Q   Where does he live?
19     A   He lived in Florida.
20     Q   Okay.  And has he ever lived in
21  the Florala, Lockhart area?
22     A   I'm not sure.  He was a naval
23  man.

Page 146

1      Q   And has he ever had any kind of
2  cancer?  I think you said he might have.
3      A   Yes, he died of cancer.
4      Q   And it was a lung cancer?
5      A   I think it was a lung cancer.
6      Q   Is Carlton a smoker?  Do you
7  know?
8      A   I'm not for sure about that, but
9  he might have might have been.
10     Q   Do you know where in Florida he
11  lived?
12     A   The last knowledge residence was
13  in Gaskin.
14     Q   Will you say that again for me?
15     A   Gaskin.
16     Q   Where is that?
17     A   On the other side of Defuniak,
18  going like you were going to Georgia.
19     Q   When did Carlton pass away?
20     A   Two or three years before grandpa
21  did.
22     Q   You mentioned that you had a
23  brain scan as a child?

Page 147

1      A   Yes, sir.
2      Q   Can you tell me -- I might
3  already know this or should know this, but
4  can you tell me where that occurred.
5      A   This was in Mobile.  It could
6  have been in Birmingham.
7      Q   And tell me again when that was?
8      A   When I was younger.  I was
9  probably somewhere around the age of five to
10  ten, somewhere in that area.
11     Q   When you were in elementary
12  school between kindergarten and elementary
13  school, basically?
14     A   Yes, sir.
15     Q   You don't remember whether that
16  was in Birmingham or Mobile?
17     A   No, sir.
18     Q   If you could, turn to page 8,
19  first part of Exhibit Number 2.
20        MR. MITCHELL:  Is that the first
21        page 8?
22     Q   Yeah.  It says -- question 47, I
23  just want to confirm, did you write out the

Page 148

1  answer to number 47 or is that something
2  that your Aunt Jeledia wrote out?
3      A   Something that Aunt Jeledia wrote
4  out.
5      Q   I understand most all of it, but
6  can you tell me what is meant here by
7  "explosive personality"?
8      A   You get on my nerves, I might
9  yank something away from you.  I did bite
10  Becky when she was four years old for doing
11  something that I didn't like.
12        MS. PRENA:  When you were a
13        child?
14     A   When I was younger.  She was four
15  years old.
16     Q   Becky is your cousin?
17     A   Cousin.
18     Q   And I just -- please, don't take
19  this the wrong way.  I just want to
20  understand the terminology.  Is that
21  something a doctor told you or Aunt
22  Jeledia's?
23     A   I think it was Aunt Jeledia's

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 149

1　description.
2　　　Q　Okay.  Are you maintaining any
3　sort of a personal file relating to this
4　lawsuit?
5　　　A　Yes, sir.
6　　　Q　Okay.  Tell me about that.  What
7　is your file?
8　　　A　It contains all the information
9　we got or received from Cade.
10　　　Q　Okay.  Is there anything else in
11　it?
12　　　A　No, sir.
13　　　Q　Can you tell me where that file
14　is currently located?
15　　　A　In the kitchen behind where
16　granny sits most of the time.
17　　　Q　Okay.  Just for the record, I'm
18　going to ask you to keep that file intact
19　and not throw it away or anything.  I'm
20　going to make a request to your lawyers for
21　it, and we'll work all that out.  You keep
22　it intact.
23　　　A　Okay.

Page 150

1　　　Q　Have you ever read any articles
2　about the Lockhart lumber mill?
3　　　A　Not that I know of.
4　　　Q　Have you ever seen any
5　advertisements in the newspaper about the
6　Lockhart lumber mill?
7　　　A　Not that I know of.
8　　　Q　Have you ever done any research
9　about the Lockhart lumber mill?
10　　　A　No, sir.
11　　　Q　You ever done any digging around
12　on the internet maybe?
13　　　A　No, sir.
14　　　Q　Have you ever done any research
15　about the defendants in this lawsuit?
16　　　A　No, sir.
17　　　Q　Have you, other than the meetings
18　we've already talked about at the armory,
19　have you ever been to any other meetings
20　about the lumber mill?
21　　　A　No, sir?
22　　　Q　Do y'all have a computer at your
23　house.

Page 151

1　　　A　No, sir.  We do not have -- I
2　have access to one at Viola school, just
3　adult classes.
4　　　Q　Are you taking adult classes now?
5　　　A　Yeah.  It's just -- we're just
6　going there to get away from the house some.
7　It's basically -- that's basically all it
8　is.
9　　　Q　What classes are you taking?
10　　　A　They're not really classes.  It's
11　just learning from where we dropped off at
12　high school and all.
13　　　Q　And when you say "we what do,"
14　you mean --
15　　　A　Tammy, William, and I.
16　　　Q　And where is that learning
17　center?
18　　　A　Florala school.
19　　　Q　And you guys can go over there
20　and use the computer?
21　　　A　Yes, sir.
22　　　Q　And do you do that?
23　　　A　We do, but it's basically for

Page 152

1　play.
2　　　Q　Okay.  You never done any
3　research about the lumber mill or this
4　lawsuit on it?
5　　　A　No, sir.
6　　　Q　Ms. Prena asked you if your house
7　had ever been tested for chemicals.  You
8　said, no, it was your understanding it was
9　too old?
10　　　A　And it's made out of cedar
11　block -- not cedar, concrete block.
12　　　Q　And what's your understanding of
13　why it's too old?
14　　　A　It's got a lot of mold and stuff
15　on it and stuff, because of the material it
16　was built out of.
17　　　Q　And it's your understanding that
18　would impact the results of any testing that
19　was done at your house?
20　　　A　Yeah, probably would.
21　　　Q　And why do you think it would
22　impact the testing results?
23　　　A　I don't know.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 153

1     Q    An also because it was made out
2   of cinder block?
3     A    That's right.
4     Q    And it's your understanding that
5   would impact the testing result somehow?
6     A    Probably, but I don't know.
7     Q    Okay. You mentioned also -- I'm
8   sorry, I didn't ask this. You mentioned
9   that your father had a learning disability
10  of some sort, is that correct?
11    A    Yes, sir.
12    Q    Do you know what the terminology
13  for the kind of learning disability he had
14  was?
15    A    No, sir.
16    Q    Did you ever hear a doctor give
17  it a name?
18    A    No, sir. He did when he was a
19  baby have water on the brain. He went
20  somewhere and got that fixed up. Went to
21  some woman who was very religious and she
22  talked it out of him, something like that.
23    Q    Now you had a little extra time

Page 154

1   to think about it. Do you have any better
2   memory of what your mother might have done
3   in terms of work; where she might have
4   worked?
5     A    I do not know. We weren't with
6   her that long.
7     Q    Those are all the questions that
8   I have. Thank you for your time.
9         RE-EXAMINATION
10  BY MS. PRENA:
11    Q    I have one more question. Kandy,
12  do you have medical insurance that covered
13  your surgeries?
14    A    I believe Medicaid or Medicare,
15  one of those.
16    Q    Do you have any other private
17  insurance?
18    A    No, ma'am.
19    Q    Okay. Thank you.
20        RE-EXAMINATION
21  BY MR. LOCKARD:
22    Q    Sorry, one more. Do you know a
23  Dr. Thomas Nolen? Does that name sound

Page 155

1   familiar to you?
2     A    No. But if it's listed on my
3   papers, maybe I have met with him.
4     Q    Have you ever met with a doctor
5   named Barry Levi, does that sound familiar
6   to you?
7     A    No. Like I said, if it's wrote
8   on the paper, may have.
9     Q    That's all I've got.
10        MS. PRENA: Thank you very much.
11        DEPOSITION CONCLUDED
12
13
14
15
16
17
18
19
20
21
22
23

Page 156

1         CERTIFICATE
2   STATE OF ALABAMA
3   COUNTY OF BUTLER
4      I hereby certify that the above and
5   foregoing deposition was taken down by me in
6   stenotype and the questions and answers
7   thereto were transcribed by means of
8   computer-aided transcription, and that the
9   foregoing represents a true and correct
10  transcript of the testimony given by said
11  witness upon said hearing.
12     I further certify that I am neither of
13  counsel, nor of kin to the parties to the
14  action, nor am I in anywise interested in
15  the result of said cause.
16
17
                                    _____
18                                  RENNY MCNAUGHTON
                                    Notary Public
19                                  My Commission Ends 11/06/07
20
21
22
23

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING — Page 157 (court reporting transcript index).

**A**

abandon 129:14; able 68:8 71:4; access 151:2; accident 98:7; accidents 78:23; accounting 90:3; accurate 74:13, 74:17; acid 12:3 85:11; acre 36:3,3; act 7:23 58:8; acting 7:4 60:13; action 1:5 156:14; add 34:18 91:8; added 43:7; addition 87:19; additional 72:1; address 9:18,20 10:1; adult 97:7 151:3 151:4; adults 31:21; advanced 90:7; advertisements 150:5; advised 3:4; aerial 118:4; affect 12:8; affidavit 11:9; age 44:13 93:3 147:9; ago 14:17 25:17 28:1 30:4,5 32:20 34:20 52:19 55:5 69:1,15 129:19 133:20; agree 94:2,3 100:4; AGREED 2:2 2:11; agriculture 138:8; ahold 105:8; air 127:17 128:13; Ajax 16:19; al 1:6,10; Alabama 1:2,20 2:9,21 6:10 7:2 7:3,5,9 8:1 9:21 44:10 46:8 64:6 69:7 156:2; alcoholic 110:13 110:15; allow 128:3; allowed 127:22; Alston 5:5; Alzheimer's 54:13,14,21 145:4; amended 2:22; Andalusia 1:20 2:8 7:9 63:6,13 65:13 78:12,13 81:6,23 82:1 83:3,4 95:6 135:20 136:3 136:19 137:11; Andalusia's 86:13; angle 27:14 120:9; Anna 86:12; annexed 128:21 128:22; answer 8:14,21 101:18 148:1; answering 58:11; answers 156:6; antidepressant 121:21; antidepressants 121:19; anxiety 58:3,7

67:9 86:21 100:16 121:7 121:17; anybody 14:11 21:11 36:21 58:1 124:16 132:14 139:20 139:22 141:2; anymore 32:16 59:21 66:20 90:21 115:14; anyway 80:2 95:8 98:19; anywise 156:14; apart 62:16,17; apple 101:20,23 102:6 114:2; apples 102:11 102:12; applied 90:4; apply 67:22 68:2; approximately 2:10 7:10; area 35:23 145:21 147:10; arm 77:15; armory 118:18 118:20 150:18; Armstrong 127:6; army 118:9,13 118:17 126:8; Arnold 63:3 64:3 79:13 81:20 84:5,6,9 84:10 100:5; arrow 119:11,13; arthritis 57:18; articles 150:1; asked 134:23 152:6; asking 8:5,7,13 10:21 11:1; assign 2:16

assume 129:23; ate 94:23; Atlanta 5:7; attached 10:2; attendance 92:3 92:8; attended 125:4; attic 19:16,17; attorney 8:11 128:5; Audrey 32:5; aunt 15:8 53:13 53:16,17 57:3 57:3,10,17 72:11,19 105:23 125:14 130:15,16 132:22 133:21 142:18 148:2,3 148:21,23; aunts 57:9,15; aunt's 72:17 75:1 95:2; Avenue 6:9; aware 50:2,3; A's 89:4,7; a.m 2:10 7:10

**B**

B 4:5 88:23 89:1; baby 42:15 108:6 153:19; back 15:19 20:2 20:5 38:7 46:22 64:22 70:6 78:1,4 83:14 123:8,10 121:20 124:19 130:8 131:3,19 154:14; Bacon 113:7; bad 48:23; baked-on 29:10 29:11; balance 97:22; banana 102:15; Bananas 102:14

barrel 26:9; Barry 155:5; basement 19:11 19:12; basically 39:10 42:9 43:4 100:20 101:8 112:7 113:5 130:21 147:13 151:7,7,23; Basil 102:18; basis 68:11; basket 58:8; bathroom 16:10 16:11; beans 110:18; bear 58:10; Beats 144:3; Becky 148:10,16; bedroom 19:2 34:12,13,19; bedrooms 19:4; beef 106:8 110:8 114:21,23; beginning 64:17 65:14; behalf 74:8; belief 131:8; believe 11:7 48:21 49:12 51:11 55:16,17 69:2 71:12,15 72:8 74:14 86:15 96:9 99:23 100:14 121:20 124:19 130:8 131:3,19 154:14; benefits 68:9,17 69:17,21 70:15 70:18 71:14 136:12 137:5; benign 93:14; bet 11:18

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

better 59:22
67:16 101:7,14
154:1
beverage 110:15
beverages
110:13
big 19:1,2,6,7
30:23 36:1,19
40:9 43:5
99:15 143:7,8
bills 134:19
biology 90:8
Bird 5:5
Birmingham
6:10 76:4
147:6,16
birth 9:14 95:7
birthday 44:23
45:1,3
biscuits 115:2
bit 66:12 93:21
141:23
bite 148:9
black 112:18
bleach 16:6 17:5
block 18:23,23
27:7 152:11,11
153:2
blocks 120:2,6
120:20
blood 122:19
bone 64:22 77:5
77:6
bones 77:9
born 9:12 75:23
94:17,22 95:5
boss 139:19
140:19
Boston 108:5
bought 102:16
103:3,10,13
Bounty 135:19
Box 6:4 9:20
boy 50:10

brace 64:16,16
brain 54:11
59:15 60:3,23
75:7,14 79:19
80:17 93:11
94:5 99:6
100:15 131:4
131:18 146:23
153:19
branches 36:19
brandies 110:12
Brazil 103:2
bread 103:6
117:9
break 9:3,4,6
49:19,21 77:8
93:5,8 117:18
117:20
breakfast 113:8
bream 108:15
breast 40:12
43:15,17
breasts 43:17
bring 11:1
Broccoli 103:8
broth 106:18
brother 14:9
39:7 48:13,16
55:22 125:13
132:16 137:16
145:15
brothers 14:19
21:3 54:7,9
55:15,16,22
56:19,23 57:21
70:20
brought 99:5
Brown 5:11
Bruce 79:21
brush 26:4 36:7
Brussels 103:11
Bubbles 16:15
Bud 127:8
bug 18:10 22:7

141:16
bugs 18:2,8,12
build 138:4
building 20:8
buildings 20:10
build-up 64:16
64:17
built 124:6,9
152:16
bumping 98:18
burn 25:13,19
25:22 26:7,9
26:19 27:3,21
28:7,16,23
29:2,8 30:2,11
30:21 31:2
32:1,9,13,14
32:15
burned 26:1
28:20 30:7
32:18
burning 27:1
28:3 29:21
30:10 31:14
36:15
burnt 26:21
business 44:17
52:2 125:3
Buspar 84:21
BUTLER 156:3
butter 103:14
113:19
buy 35:18
109:12,13
116:5
bypass 57:9,15
B's 89:6,7
B-U-S-P-A-R
84:21
———————
C
———————
C 5:1
Cabbage 103:16
Cade 6:7 108:3

118:22 123:10
123:11,11,13
125:1 149:9
call 90:20
138:23 139:2
called 44:22
84:21 91:5
137:20
calls 45:9
cancer 38:19,20
38:21,22 40:8
40:12 43:15,20
50:18,19 54:18
56:6,17 57:8
57:19 146:2,3
146:4,5
candy 50:7
94:23 95:3
Captain 110:6
car 24:22 52:10
78:22
care 17:18 36:8
42:21 105:20
112:20
caregivers 42:22
Carlton 57:2,7
145:16 146:6
146:19
carport 20:9
Carrots 104:1
carry 28:13 50:6
case 11:6 58:8
cast 29:8 77:15
CAT 99:10
catfish 104:3
108:14
cauliflower
104:6,8
cause 7:12 61:17
61:18 156:15
caused 124:12
124:15,17,20
131:4,20
134:14

cedar 152:10,11
Celery 104:21
cellular 19:13
19:14
center 65:13
82:22 83:2
86:13 151:17
Cereal 105:1
certain 130:12
certificate 95:8
156:1
certify 7:4 156:4
156:12
changed 95:23
96:1 97:18
changes 96:18
charcoal 33:6,19
check 104:14
137:23
checked 104:9
105:19
checking 73:23
104:11
checkups 81:14
81:18,20
chemical 139:1
chemicals 16:2,4
123:19,22
124:13,17,20
127:16 128:12
131:21 133:4
138:22 152:7
chemistry 90:10
90:11,14
Cherries 105:3
Chicago 5:13
8:5
chicken 27:11
44:15 92:12
105:4 143:1,22
144:5
child 57:11 61:9
62:23 64:10
65:3,6 66:4

# FREEDOM COURT REPORTING

95:3 97:2
146:23 148:13
**children** 43:11
47:2 58:17
64:11 92:13,15
135:8
**Children's** 78:9
**Chillies** 105:6
**chips** 114:7
**Chocolate** 105:7
**chores** 14:4,6
15:21
**Christmas** 60:19
112:15 114:15
**cigarettes** 59:9
**cinder** 18:23
153:2
**Cinnamon**
105:9
**circle** 119:10,13
120:15 138:13
**circled** 74:4
**Citrus** 105:12
**city** 12:23
128:17,19
129:23 130:8
130:12,19,22
**Civil** 1:5 2:21
7:6,22
**clarify** 104:17
128:8
**class** 49:15 89:1
89:3 91:3
**classes** 87:8,11
87:19 88:1,1,7
88:18,23 89:17
90:17 151:3,4
151:9,10
**clean** 14:7 15:22
16:10 29:14
**cleaning** 138:23
**clear** 74:6
**clinic** 78:6,8
81:5,22

**Clorox** 16:7,14
**close** 53:6,22
62:15 129:15
**closed** 129:16
**clothes** 16:8
**clumsy** 98:5,6
**Cocoa** 105:15
**coconut** 105:20
**Coconuts**
105:18
**cod** 110:1
**coffee** 103:18,19
105:11
**Coke** 103:22
**colas** 103:22
**cold** 66:23
**Collard** 105:21
**Colom** 6:3
**Colts** 106:2
**Columbus** 6:5
**combined** 88:9
**come** 10:22
13:18 22:14
25:16 29:14
30:5 45:21
53:7 89:12
92:11 94:7,11
94:14 129:10
129:20 130:5
131:7 141:13
**comes** 18:11
141:9
**comfortable**
8:13
**Comfrey** 106:4
**commencing**
2:10 7:10
**Commission**
156:19
**Commissioner**
1:17 7:4
**common** 19:15
**communicate**
9:2

**company** 22:11
141:9,19,20
**complied** 119:16
**comprehend**
48:9
**computer**
150:22 151:20
**computer-aided**
156:8
**CONCLUDED**
155:11
**concrete** 152:11
**condition** 54:15
**conditions** 50:13
100:11,13,21
**confirm** 147:23
**confuse** 130:10
**confusing** 130:9
131:1
**connected** 130:1
**connection** 75:9
76:10 93:19
122:20 135:14
136:10 137:2
**construction**
44:16 138:7
**contact** 41:15,16
45:11 55:13
144:11,12
**contains** 149:8
**contract** 22:12
**control** 22:16,18
**cook** 14:5 15:23
108:9 111:18
111:19 115:16
**cooked** 102:13
113:21
**cooking** 106:1
**cooks** 33:14
**coop** 27:11
143:1,7
**copy** 11:16
**Corn** 106:6
**Corned** 106:8

**Corporation** 8:4
**correct** 63:11
100:21 111:7,8
133:23 134:5
135:2 137:17
140:6 153:10
156:9
**couches** 28:15
**counsel** 2:4,13
2:15 7:7
156:13
**counselor** 65:21
65:22 85:22
**COUNTY** 156:3
**couple** 46:13,17
68:20 93:11
119:22 123:4
133:12 144:1
**course** 128:7
**courses** 90:1
**court** 1:1 2:6 3:5
3:6 7:1 8:1,16
9:1
**cousin** 148:16
148:17
**cousins** 92:19,20
**covered** 121:3
129:17 154:12
**co-workers**
140:13
**Crackers** 106:10
**Cranberry**
106:15
**Cream** 106:17
112:2
**Creech** 1:15 2:4
7:11,22 9:9
39:8 40:1,16
72:6 145:9
**creeks** 22:23
**Crestview** 40:21
41:1 108:21
109:5
**Cripple** 64:11

78:9 135:8
**critical** 101:16
101:17
**crooked** 64:22
**cross** 138:12
**crossed** 74:4
**crying** 67:17
**cucumbers**
106:19
**Cullman** 44:10
45:19 46:7
144:14,17
**current** 64:2
**currently** 10:10
149:14
**cut** 36:10,11,15
68:5
**cutting** 36:8
51:1
**cyst** 60:15
**C's** 89:7

---

## D

**D** 1:18 2:5,22
4:1 7:1 89:3
**dad** 20:16 37:8
39:21 41:18
42:22 44:7
45:22 46:21
48:14 50:2,21
51:14 52:15
56:11 57:4,22
59:1 119:22
144:17 145:7
**dad's** 37:21,22
37:23 53:18,19
56:23 120:16
145:7,10,11,12
145:15
**Dale** 80:4
**dangerous**
129:21
**date** 7:5 9:14
122:23

# FREEDOM COURT REPORTING

**David** 63:3 64:3
**DAVIS** 1:6
**day** 2:9 3:2 7:11
53:21 102:7
103:4,7,15,21
105:2,8,16,17
106:12 107:9
107:16 110:21
114:9 115:4,11
117:10
**days** 24:11
130:16
**deep** 23:15
**DEFENDANT**
5:3
**defendants**
150:15
**Defendant's** 4:6
10:13 117:21
**Defendant(s)**
1:12
**definitely** 108:8
116:14
**Defuniak**
146:17
**delivering** 2:23
**denied** 69:21
70:1,15,18
71:14
**Denny** 96:8
**deposition** 1:14
2:4,18 7:21 8:9
10:18,22 135:1
155:11 156:5
**depression** 65:8
67:10 86:20
**describe** 86:23
**described**
100:12
**description**
149:1
**detergents** 16:18
**diabetes** 50:5,9
54:16

**diabetic** 44:6
**diagnose** 75:22
**diagnosed** 91:8
**die** 40:20 54:20
**died** 40:12 45:14
54:21 56:14
57:7 146:3
**different** 4:9
46:7 94:22
**digging** 150:11
**dip** 59:1
**diploma** 13:5
**direction** 119:11
119:14
**directly** 128:6
**disability** 39:20
44:5 47:17
50:1 68:13,17
69:4,10,17
70:21 71:1,4,8
78:17 153:9,13
**Disabled** 68:13
**discovery** 10:18
**discussed**
100:12 111:10
128:10
**disease** 56:8
**dishes** 16:16
**distance** 32:8
96:4
**District** 1:1,2
8:1,1
**ditches** 22:23
142:1,3,7
**Division** 1:3 8:2
**divorced** 41:18
**Dizziness** 85:6
**dizzy** 12:9
**doctor** 62:20,22
63:2,5,13,17
63:22 64:2
66:2 69:3,11
69:12 77:19,23
83:16 94:4

96:6,7 99:6,12
148:21 153:16
155:4
**doctors** 44:2
64:10 65:1
78:4 79:13,15
79:20 80:17
82:3 85:15
124:11
**doctor's** 77:22
**document** 10:16
72:3
**documents**
10:23 11:2,5
**dogs** 107:11
111:2
**doing** 26:22
31:12 39:1,3
98:19 133:18
138:13 148:10
**donuts** 113:11
**Dothan** 79:21
82:6,8 96:11
108:21 109:5
**double-wide**
43:7
**dozen** 143:4,6
**Dr** 63:1,3 69:5
71:10 79:13,13
79:21 80:4,7
80:13 81:20
82:5,6,20
83:19,20 84:5
84:6,9,10,14
100:5,9 135:19
154:23
**Dried** 107:13
**drink** 101:20
103:19
**drinking** 101:23
102:4
**drive** 5:12 13:22
**driven** 24:22
**driver's** 24:20

**dropped** 45:19
66:21,22,23
67:12 151:11
**drugs** 67:9
**drying** 19:22
**duly** 7:17
**Dump** 28:22
33:20
**D's** 110:6

---
**E**
**E** 4:1,5 5:1,1
**ear** 40:6
**earlier** 60:18,19
78:7 89:15
123:5,6 129:4
129:5 137:19
142:15
**easier** 9:1
**Eason** 6:2
**East** 2:8 7:9
**eat** 101:8 102:7
102:12 103:4
104:8,15,15
106:18 107:6,7
108:13,16
111:12 112:1
112:12,21
113:17 114:3,8
115:19
**eating** 101:10,11
**ec** 90:20,20,21
**edge** 119:18
120:12
**education** 12:21
39:11 48:3
87:12
**effective** 2:22
**effects** 85:4,13
**Egg** 107:18
**eggs** 107:15
143:6
**eight** 28:1 96:3
**eighth** 77:2

**eighties** 55:2
**either** 15:11
47:19 94:12
135:12
**electric** 34:12
**elementary**
147:11,12
**Eltha** 40:18
**employed** 10:11
13:10
**Endive** 107:21
**Ends** 156:19
**English** 88:8
**Environmental**
6:8
**errands** 24:13
**et** 1:6,10
**Ethal** 40:16,19
40:20
**event** 144:4
**evidence** 2:18
**exam** 91:16,18
91:19
**examination** 4:2
7:13,19 11:15
133:15
**examined** 7:17
**Exhibit** 10:14,17
71:18,23
117:22 118:4
147:19
**exhibits** 3:3
**exit** 91:16,18,19
**experienced**
97:22 98:15
**explanation**
94:5
**explosive** 148:7
**exposure** 123:19
124:12,17,20
131:4,20 133:3
**extra** 92:15
153:23
**eye** 96:7

# FREEDOM COURT REPORTING

**F**

factory 15:15
failure 54:22
fair 38:2
Fairly 57:17
  97:12
fall 30:11,16
  31:1,4 36:12
familiar 37:4
  155:1,5
family 23:23
  25:5 35:18
  37:16 54:3,10
  55:11,13 58:2
  59:12 63:1,2
  63:22,23 86:1
  93:1 125:9
  132:14 133:2
  143:11
far 46:10 74:17
  119:17
father 20:17
  39:22 44:4
  45:6 47:16
  140:5,22
  142:21 143:16
  143:18 153:9
favorite 89:16
feel 9:4 12:14
feeling 59:18,22
feet 79:9,9
felt 98:17
Fernando 82:18
  82:20
fertilizer 17:21
fiddle 14:4
fiddlehead
  108:1,2
field 27:8 77:14
fields 138:6
fifth 65:10 77:4
fifty 109:16
  124:3,4 126:23
Figs 108:7,10

file 149:3,7,13
  149:18
filed 3:6 135:22
  136:2 137:2
fill 72:16 73:14
  73:15
filled 71:23
  72:18 73:13
  74:3,7 101:5
  121:2
finally 23:16
  47:23 69:23
finals 91:14,15
find 75:21
  125:18
findings 127:13
finds 138:14
fine 90:23 94:1
  104:20 120:10
  133:18
fingers 95:18
fire 27:7 29:6,17
  34:23
fired 44:12
fireplace 34:5
  35:4,6
fires 29:21 32:21
  32:22
firewood 35:1,5
  35:13,15,18
Firm 2:8 6:3 7:8
first 7:17 8:8
  12:23 57:3
  61:4 62:18
  63:4 72:5 74:4
  75:21 77:12
  83:15 91:1
  122:7 125:1
  147:19,20
fish 108:12,12
  108:16,21
  109:2,6,8,12
  109:14 110:2
  114:2 115:18

115:21
fish-fries 33:8
five 14:17 21:15
  22:7,13 34:20
  42:13,16 46:11
  55:5 61:22
  62:7,8,9 63:18
  65:11,14,15
  66:5 69:1,15
  92:10,13 102:5
  141:13 147:9
fixed 23:16
  153:20
fixing 139:17
flavoring 117:2
flipping 74:1
floods 23:7
floor 16:8,9 17:4
floors 16:1,22
Florala 9:20
  12:23 13:2
  14:23 15:16
  78:11 83:2
  95:7 118:5,9
  123:1 126:8
  128:22 145:21
  151:18
Florida 145:19
  146:10
flowers 17:12
following 7:13
follows 7:18
food 29:10,12
  122:16
foods 101:4,9
foot 106:2
foregoing 7:6
  156:5,9
forehead 60:16
FOREST 1:10
forget 12:17
  97:13
form 2:14
found 57:10

60:23 67:2,7
  98:13 127:16
four 19:5 82:15
  90:21 148:10
  148:14
fourth 141:16
  141:18
Francisco 69:5
  71:10
freeze 109:18,19
  112:8
French 109:20
fresh 108:21,22
Friday 99:10
Fried 110:1
  116:23
friends 92:23
  127:8
fries 109:20
front 23:6,9
  28:11 73:15,16
  120:2,3,8
  142:1
fruit 105:12
fry 116:7
fuel 29:16
full-time 52:16
fun 32:22 33:9
furniture 29:2
  138:18
further 2:11
  133:10 156:12
F's 89:8,10

**G**

gallbladder 60:4
  67:3,5 70:11
  70:14 80:5
  100:17
gallstone 67:3
gallstones
  100:17,18
garage 20:6,7
garbage 25:6,7,9

28:11
garden 14:5
  17:11,15,21
  18:5
gardening 17:9
Garlic 110:14
gas 29:18,19
  33:7 34:6,11
  34:15,16 35:5
  45:20
Gaskin 146:13
  146:15
gastric 57:9,15
general 131:15
  131:16,17
  141:16
generally 131:14
Geneva 63:3
  64:5 80:4 82:1
  82:5,9
gentleman 8:6
Georgia 5:7
  146:18
getting 39:4
girl 27:20 31:7
  31:10 51:10
  53:4 75:4 76:7
  97:19
give 8:14,22
  9:19 28:6 94:4
  134:4 153:16
given 38:9
  132:11,15
  135:1 156:10
giving 83:23
  84:6
glasses 95:22
  96:3,13
go 12:22 14:23
  23:5,21,22
  24:3,13 45:18
  47:21,22 64:14
  65:16 68:19
  69:4 72:20

# FREEDOM COURT REPORTING

73:10 76:6
77:16 81:12,14
81:19 84:11,14
86:3 93:4,6,9
99:12,19 101:6
104:12,16
109:2,11,13
110:6 116:9
119:7 125:10
125:12,15
151:19
**goes** 109:14,15
**going** 8:5,13
  10:16 11:20
  12:20 24:19
  27:8 71:23
  76:2 81:17
  95:2 104:21
  117:16 118:3
  126:4 128:2
  133:12 138:5
  146:18,18
  149:18,20
  151:6
**good** 21:20 38:1
  38:16,18 39:8
  39:9 40:2,3
  44:21 48:3
  57:15 59:14
  60:1 67:19
  84:17,20 86:9
  88:21 89:9,19
  89:23 91:7
  92:2,8 93:4,6,9
  95:4,21 97:11
  97:12 102:23
  103:3 105:11
  111:22 112:3
  115:13 117:1
  135:10
**grade** 49:5,6,16
  49:16 60:21
  61:4 62:18
  65:11 77:2,4

77:13 87:14
  88:5
**grades** 88:20
  89:21,23
**graduate** 13:3
**graduated** 24:2
  39:13 86:6
  89:1,2
**grains** 117:11
**grammar** 92:5
**grand** 144:16
**grandfather**
  56:10 139:7
  145:3,5
**grandma** 56:7
  56:16 109:12
**grandmother**
  11:17 14:10
  15:13 24:14
  37:17 45:16
  132:20,21
  138:10 139:3
  145:13
**grandmother's**
  42:5 46:22
  51:16
**grandpa** 14:13
  14:14 37:9
  42:21 54:12,14
  59:6 124:8
  146:20
**granny** 31:21
  42:20 58:3
  105:22 124:8
  125:13 133:20
  135:12,15
  149:16
**granny's** 57:2
**Granola** 110:17
**grapes** 110:16
  110:17
**great** 9:8 10:10
  13:6,6 18:13
  38:13 93:10

**green** 16:14 17:5
  102:18 110:18
  116:23
**greens** 105:21
  108:2 112:4
**Greenville** 7:2
**Greg** 123:11
**Gregory** 6:7
**grill** 33:1,5,6,7
  33:21
**grilling** 33:3
**Ground** 110:8
**grounds** 2:16
**Group** 1:10 6:8
**grow** 17:22
  135:11
**growing** 14:12
  55:7 105:13
  108:9 112:7
  113:5,18
  116:13
**grows** 36:8
**growth** 135:9
**guess** 19:15 47:4
  106:2
**guessing** 30:6
**Gulfarium**
  77:14
**guy** 30:19
**guys** 28:6 116:3
  151:19
**gym** 88:13
**gynecologist**
  81:1

_____

### H

**H** 4:5
**half** 36:4 91:5
  119:20 120:12
**hall** 118:10,13
  118:17 126:8
**ham** 106:23,23
  116:1

**handle** 31:20
**handwriting**
  72:6,7,17
  74:21 75:1
**Hank** 26:23
  142:14,15
**happen** 45:12
  135:11
**happened** 35:9
  35:11 52:18
  62:14 127:12
**happy** 44:22
  45:1
**hard** 120:17
**harder** 12:11
**Harlon** 13:1
  120:5,6,21,22
  120:23
**haywire** 27:8
**head** 8:23
**headache** 99:8
  99:13,16,17
  100:3
**headaches** 99:20
  99:22
**health** 37:23
  39:8,9 40:2,3
  56:20 57:6,16
  58:10 60:22
  61:1 65:12
  82:22 83:1
  86:13 122:16
**hear** 59:11
  94:21 153:16
**heard** 44:17
  51:5 124:1
**hearing** 156:11
**hearsay** 51:6
  139:14
**heart** 38:10,11
  38:14,16 54:15
  54:22 57:12,12
**help** 14:5 22:1
  47:20 86:8

**helped** 21:19
**helpful** 121:12
**helping** 21:9
  39:5 138:4,4
**helps** 15:8
**herbal** 106:2,4
  122:13
**Herbs** 108:3
**high** 13:1,2,3,7
  13:12 14:23
  24:2 31:16
  39:13 49:3,4,8
  66:9,13,14,15
  66:16,17,18
  70:9 76:22
  83:22 84:4,5
  85:20,21,22
  86:6 87:14
  88:6 89:15
  90:18 91:5,10
  91:11,19,22
  118:11,14,16
  120:21 129:2,3
  130:13,16
  151:12
**hire** 86:12
**history** 58:21
  88:5
**hobbies** 17:7
  21:4 138:11,15
  138:21
**hobby** 139:3
**holiday** 114:14
**holidays** 60:20
**home** 17:8 23:19
  24:16,18 34:5
  52:9 55:10
  90:20,20,21
  111:18,19
  141:6
**honey** 106:23,23
  110:20
**hoping** 13:23
**Horseradish**

# FREEDOM COURT REPORTING

Page 163

110:22
**hospital** 40:23
76:2 77:16
82:2,9 93:21
95:10 123:1
**Hot** 107:11
110:23 111:2
**hour** 117:17
126:12
**house** 13:16
14:3,7,12 15:5
18:7,8,9,17,20
18:22,23 19:6
19:22 21:10,14
21:16,23 22:4
22:14,23 23:9
24:8,13 25:10
26:21 27:12,13
27:14 29:23
30:14 32:23
33:12,13,17
34:8 35:13,16
37:2 42:5,19
43:2 46:6,14
46:22 51:17
52:8 53:4 54:3
54:6 55:6
58:23 59:4,5
73:7 92:11
93:1 100:19
115:8 118:7
119:8,12,14,18
119:21 120:11
120:16,18
123:21 124:2
128:16 129:6
130:1,7,11
139:1 142:1
143:13 144:21
144:22,22
145:1 150:23
151:6 152:6,19
**household** 15:20
**houses** 127:17

138:5
**Hughes** 127:8
**Huh-uh** 111:6
111:15
**hundred** 46:11
49:11
**Hysmith** 41:5,7
**H-Y-S-M-I-T-H**
41:12

**I**
**idea** 94:13
139:15,19
**identified** 75:15
**identifying**
120:18
**Illinois** 5:13
**illness** 134:14
**illnesses** 40:4
50:16 65:6
131:20
**immediate** 54:3
**impact** 152:18
152:22 153:5
**included** 10:22
**indicated** 139:6
143:16
**indicating** 74:16
**indigestion** 12:3
**Indirectly**
132:21
**infection** 40:6
**information**
149:8
**inner** 40:6
**inside** 20:3,4
**insurance**
154:12,17
**intact** 149:18,22
**interested**
156:14
**internet** 150:12
**interrupt** 8:15
11:15

**interviewed**
132:2,17
**interviews**
132:12,15
**invited** 125:7
**involve** 138:22
**iron** 29:9

**J**
**jar** 100:19
**Jasmine** 111:4
**Jeledia** 15:8
53:12 57:3,17
72:11,19 74:7
105:23 125:14
130:15 132:22
133:21 148:2,3
**Jeledia's** 142:18
148:22,23
**jelly** 93:17,17
114:4
**jerky** 107:3
**job** 13:19,21
15:11 50:23
52:6 133:18
139:15 140:8
**jobs** 13:13 52:21
**Jordan** 40:17,20
47:10,11 56:7
56:16
**Josh** 92:17
**juice** 101:20
102:1 112:22
113:2
**July** 1:19 2:9 3:2
7:11 45:4
**junk** 27:2 28:13

**K**
**Kale** 111:5
**Kandy** 1:15 2:4
7:11,16,22 8:3
9:9 11:23 37:4
72:6 75:3
118:2 133:10

154:11
**Karen** 2:23 5:10
8:3
**keep** 14:7 15:22
34:8 45:5 74:1
133:19 149:18
149:21
**Ken** 32:6
**kept** 131:9
**kid** 23:3,10
**kidney** 95:12
**kids** 92:11
**kin** 156:13
**kind** 11:2 14:6
15:20 17:3
18:22 23:12
33:5 47:20
56:8 57:7
64:22 89:21
90:1 107:23
108:12 116:11
120:8 130:6
138:2,18,22
146:1 153:13
**kindergarten**
61:5 62:2,18
77:13 147:12
**kindergartener**
39:10
**kinds** 90:17
**kitchen** 149:15
**knew** 99:11
**know** 9:6 10:5
11:4 14:21
20:23 35:8
37:10,11 38:23
40:5,10 41:20
43:14,21,22
44:1,11 47:23
48:17 50:13,14
50:15,17,20
51:22 53:8
54:10,17,19
55:11,14,18,23

56:5,14,18,20
57:5,20 58:10
59:6 61:11,17
61:18,23 62:1
63:8 65:2
74:18 78:15
79:10,19 80:1
80:1,7,8,10
81:7,9,10,10
83:13 85:14
86:14,19 87:1
91:9,10 92:16
94:7,11,18
97:18 101:20
107:22 108:1
109:9 111:20
116:10 119:23
121:5,6 124:14
127:4 130:11
130:21 133:5
134:7,9,22
135:3,7,16,17
136:2 139:2,21
140:4,8,12,14
140:15 141:2
143:17,20,21
143:23 144:11
146:7,10 147:3
147:3 150:3,7
152:23 153:6
153:12 154:5
154:22
**knowledge**
146:12
**KREECH** 7:16

**L**
**L** 1:6 2:1
**lake** 119:2,3,4
**Lakeview** 56:3
**Lamictal** 12:7
67:11 85:3
121:15
**laminated** 16:22

# FREEDOM COURT REPORTING

**Large** 2:7 7:4
**late** 36:12
**lately** 21:13 23:1
  23:2 31:8
  32:17
**laundry** 19:21
**Law** 2:7 7:8
**lawn** 26:10,11
**lawsuit** 134:12
  135:6,22 136:2
  137:1,13 149:4
  150:15 152:4
**lawyer** 71:22
  135:21 136:5
  137:11
**lawyers** 126:14
  126:18 131:13
  135:14 136:12
  149:20
**lawyer's** 135:18
**Laziness** 89:13
**leading** 2:14
**leaf** 102:19
**leaning** 98:8
**learn** 39:19
  47:20
**learning** 39:17
  39:20 44:5
  47:17 48:20
  50:1 68:13
  71:4,8 78:17
  151:11,16
  153:9,13
**leaves** 30:10,11
  30:13,17,21
  31:2 32:12,13
  32:14,15,19
**left** 25:2 45:15
  98:8
**leg** 75:20 135:10
  135:10
**legs** 64:15 76:11
**Lemons** 105:12
**Leroy** 55:20

**letter** 125:17,20
**lettuce** 107:23
  111:8
**let's** 18:18 19:5
  37:7 49:18
  57:2 65:10
  90:3,19 101:14
  101:19
**Levatol** 12:2
**Levi** 155:5
**Lexapro** 12:2
  67:11 85:3
  121:15,15
**license** 14:1
  24:20
**lied** 104:18
**life** 60:2
**lighter** 59:9
**liked** 90:22
**limb** 30:19
  36:17
**limbs** 25:23 26:6
**liquor** 115:7
**list** 10:23 101:4
  101:9
**listed** 155:2
**litigation** 6:8
  122:20
**little** 27:4,20
  31:7,10 41:15
  50:10 51:10
  53:4 66:12
  75:3 76:7 93:4
  93:21 97:19
  101:7,13 108:6
  130:9 141:23
  153:23
**live** 14:11 32:7
  37:17 41:13
  42:4,8 44:9
  46:5,15 51:13
  53:14 56:1
  145:5,18
**lived** 18:16,19

42:11,18 46:14
  47:6,7 51:16
  55:6 56:2
  92:20 119:21
  145:19,20
  146:11
**lives** 14:8 53:15
  54:3,5 64:5
  137:17
**living** 34:14,17
  41:22 44:14
  45:22 46:2,4
  53:2
**loaf** 112:3
**lobster** 111:9
**local** 7:23
**located** 20:1
  34:10 86:14
  118:8 136:17
  136:18,20
  149:14
**Lockard** 4:4 5:4
  8:7 45:2 73:20
  73:23 133:13
  133:16 154:21
**Lockhart** 13:1
  20:14 37:6
  46:5 56:3
  118:5 120:1
  139:8 141:3
  143:18 145:1
  145:21 150:2,6
  150:9
**long** 18:13,16
  51:13 81:17
  82:13 83:8
  100:2 101:10
  102:1 126:11
  143:9,21
  144:13 154:6
**longer** 144:8
**look** 99:6 101:2
  118:6
**lose** 41:16

**loss** 97:22
**lost** 144:11
**lot** 26:20 35:21
  36:2,18 43:1
  53:20 73:5
  75:19 80:15
  87:5 104:9,14
  106:21 108:6
  110:9,10
  113:11,17
  115:11 130:10
  152:14
**Louisiana** 24:5
**lumber** 20:14
  21:1 37:6
  50:22 51:19
  52:3,16 53:9
  139:8 141:3
  143:19 150:2,6
  150:9,20 152:3
**lunch** 106:20
  107:7 111:10
**lung** 146:4,5
**lungs** 57:8

---

## M

**mace** 111:10,13
**machinery**
  139:17
**Mae** 127:8
**maiden** 40:16
**mail** 27:2
**main** 42:22 64:7
  82:8
**maintaining**
  149:2
**major** 60:15
  85:8
**man** 18:10 28:11
  145:23
**Mango** 111:14
**map** 118:3,5
  119:11,12,15
  119:18 120:12

120:18
**Margarin**
  111:21
**Marjoram**
  111:16
**mark** 71:23
**marked** 10:14
  71:19 117:22
  118:4
**market** 109:2,8
**markets** 109:7
**marking** 10:17
**marriage** 57:3
  142:18
**married** 41:5
  47:1,12 58:15
  58:16
**marshmallows**
  32:22 33:4
**mastectomy**
  43:16
**material** 152:15
**maternal** 145:13
**math** 88:11,12
  89:2,18,19,22
  90:2,4,19
**Maw** 5:11
**Mayer** 5:11
**mayor** 25:16
**ma'am** 8:10
  10:12,20 11:3
  13:8 15:2
  16:17 22:5
  34:9 35:17
  39:6 42:17
  43:13 44:3
  47:15 58:14,18
  58:20 59:23
  60:9,12 61:13
  61:21 62:6,11
  64:1 68:10,18
  68:22 70:19,22
  72:4,15,22
  73:12 74:11

# FREEDOM COURT REPORTING

75:10,17 76:12
76:23 79:1,7
79:14 80:19
84:19 87:17
88:2,17,19
90:9 91:13,21
92:4,10,14
95:14,17,19
96:2,14,17,20
97:3,6,9,16
100:6,9,22
102:2 112:5
121:9,18
122:21 123:3,7
123:9,17,20
124:14,18
125:6,11 126:6
131:6 132:6,9
132:13,19
134:16 136:9
154:18
**McNaughton**
1:18 2:5,23 7:1
156:17
**mean** 16:14 17:5
26:2 63:10
81:9 87:3
94:10 98:5
127:15 134:17
136:9 137:5
139:12 151:14
**means** 137:22
156:7
**meant** 148:6
**meat** 111:10
112:3
**meats** 106:20
107:8 115:23
**mechanic** 52:2
52:13 139:10
**Medicaid**
154:14
**medical** 37:15
37:16 50:12

71:22 81:5,22
83:6,8 100:13
100:21 115:8
134:19 154:12
**Medicare**
154:14
**medication**
11:23 61:19,22
62:5 65:23
66:4,18 84:12
85:9 121:8
**medications**
83:23 122:10
**medicine** 121:23
**meet** 47:5
**meeting** 125:1,4
125:8 126:5,11
127:7,9,10,12
127:20 128:2
128:10,11
131:3 132:3
**meetings** 124:21
124:23 133:22
150:17,19
**member** 54:11
**members** 125:9
133:2
**memory** 12:6,15
97:10,11,15,18
154:2
**Mental** 65:12
82:22 83:1
86:13
**mentally** 87:2
**mention** 139:20
139:22
**mentioned** 13:9
24:19 50:4
54:4 78:7 85:1
85:16 97:1
137:19 141:5
142:14,23
145:3,15
146:22 153:7,8

**Mermaid** 109:8
**messed** 66:15
**met** 155:3,4
**Middle** 1:2 8:1
12:23
**mild** 64:23
**mile** 119:19,19
120:11
**miles** 46:12
**milk** 107:13
**mill** 20:14 21:1
50:22 51:19
52:3,16 53:9
139:8,12,16
140:5,23 141:3
143:19 150:2,6
150:9,20 152:3
**mine** 130:17
**mini-stroke** 38:3
39:2
**minute** 133:7
**minutes** 9:5
**Miracle** 17:22
**missed** 77:14
100:13
**Mississippi** 6:5
**mistake** 116:21
**Mitchell** 6:2
11:14,19 49:18
73:22 80:4
93:7 101:15
117:16 118:11
118:14,18,20
119:1 120:15
123:14 127:21
147:20
**Mobile** 76:4
147:5,16
**mold** 152:14
**Molen** 3:1
**mom** 41:13,22
42:23 45:14
52:23 53:8
55:14 94:18,23

145:10,10,12
**moment** 133:20
**mom's** 37:20
42:4 43:15
55:11 56:11
68:1 145:9
**Monday** 99:11
141:16,18
**money** 134:18
138:1
**month** 18:11,12
26:17 65:17
98:12,14
102:17 103:1,9
103:13,17
104:2,23 105:5
106:7,13
107:12 114:10
114:22 115:5
141:16,18
**monthly** 22:10
**months** 26:18
46:3,14,17
82:15 83:10
104:5 108:19
112:9 119:22
123:4 144:21
**mop** 17:1
**morning** 44:20
99:18 103:19
**mother** 37:20,21
37:23 40:11
56:20 142:21
154:2
**mother's** 68:6
**move** 27:23
**moved** 46:6
78:14
**mows** 21:6
**mullet** 108:14
108:22
**multi-day**
122:11
**mushroom**

112:2
**Mushrooms**
111:22
**Mustard** 112:4

### N

**N** 2:1 4:1 5:1
**name** 8:3 9:8
40:15,16 41:8
47:8,10 63:4,9
74:15 77:22
78:3,7 80:1,2
81:8,11 82:10
82:19,20 83:4
86:11 95:2,10
135:18 136:8
141:8 153:17
154:23
**named** 155:5
**names** 14:18
44:1 55:18,21
79:19 121:10
127:5 140:16
140:18
**narcotic** 121:22
122:3
**nausea** 85:6
**naval** 145:22
**near** 24:4 27:10
27:12,13,14
32:7 33:12,13
53:15 92:20
**nearly** 53:21
**necessarily**
12:13
**necessary** 2:12
**Nectarines**
112:10
**need** 9:4 16:23
18:4,8 35:12
81:21 93:5
133:6
**needed** 26:13,14
79:2

# FREEDOM COURT REPORTING

neighborhood 25:13

neighbors 31:23

neither 156:12

nerves 66:20 68:15 148:8

nervous 58:2

never 10:12 13:10,18 34:23 35:15 58:15,16 78:19 79:5 116:3 152:2

new 10:1 24:4 25:16 34:18 59:8,9 86:12

newspaper 150:5

nice 36:1

Nicholas 80:7 96:8

night 101:22 122:8

nighttime 126:10

nine 28:1

Nolen 154:23

normal 94:18 96:16

normally 142:3

Norris 80:13

north 44:8 46:7

Northern 1:3 8:2

Notary 2:6 7:3 156:18

notice 10:17,21

number 10:6,14 71:18 72:1 117:22 147:19 148:1

nut 114:3

Nutmeg 112:13

nuts 103:2 114:23

N.W 5:6

_____

O

O 2:1

Oatmeals 117:11

object 127:21

objections 2:13 2:16

occasionally 12:17 16:3 21:14 33:1 89:5 109:22,23 112:12,21 116:6 122:12

occurred 147:4

offered 2:18

office 82:7,8

offices 2:7 7:8

oh 29:7 36:1 47:3,7 52:9 92:20 104:20 105:7 108:8 115:10 124:9 136:1

oil 17:6 115:17

okay 8:11 9:8 11:10 12:14 16:20 19:18 20:13 24:12 25:12 30:10 34:21,22 35:21 39:1,1,3 40:1 40:11 47:16 48:13 49:17 52:15 53:12 57:21 58:1,9 60:17,22 61:11 64:9 65:1,5 67:8,19,20,21 70:14,20 71:6 71:21 72:9,12 72:20 73:17 74:1,10,15,23

75:11 76:1 77:8 79:5,8,11 79:18,22 80:10 80:16,20 82:3 83:11 84:2,10 84:15,17 85:15 86:5,18 88:6 89:4 90:8,13 92:8 93:15,18 93:23 95:12 97:21 99:5 100:1,15,20 101:2 102:14 102:18 103:18 104:1,12,18 106:15,20 107:13 108:1 109:11,20 110:5 111:14 112:10 113:23 114:5,16,20 115:6,18 116:8 116:15 117:15 119:6,21 120:14 121:22 122:9,19 126:1 126:4 127:1 128:16 131:18 132:1,10 133:17,19 134:2,10,23 135:5,13 136:7 137:16 138:21 139:6 140:4 142:20 143:15 143:15 144:4 145:12,20 149:2,6,10,17 149:23 152:2 153:7 154:19

old 9:10,19 14:21 26:2,3,5 28:9,15 29:2 30:23 35:11

38:8,12 40:13 41:19 42:1,11 42:13 43:22 51:15 54:23 59:8 63:20 65:9,11 68:5 71:17 118:18 118:20 123:23 124:2,4 126:8 148:10,15 152:9,13

olives 112:16,17 112:18

once 18:11,12 21:14 26:16 33:8 40:6 45:8 65:17 76:8 86:3 102:10,11 102:17,17 103:1,9,12,17 104:2,4,22 105:4 106:7,13 107:12 108:17 108:18 110:18 111:4 112:8 113:14 114:10 114:22 115:4 115:19 116:16 141:13,15

Onions 112:19

open 27:5

operation 98:1 98:11,12

operations 140:23

opinion 135:19

Opp 135:17,22 141:10,11,21

opportunity 101:18

oral 3:2 7:12

orange 112:11 112:22 113:1

oranges 105:12

113:4

original 3:1

Originally 35:4

outdoors 22:20 22:21

outside 19:18 22:20 30:2 33:10,11 52:4 93:1

overflow 142:9

over-the-coun... 122:10

Ozark 69:5,7

_____

P

P 2:1 5:1,1

pack 59:8

Pactiv 8:4

page 4:2 72:5,12 72:16 73:10 74:2,3,16 101:3 147:18 147:21

pages 74:2 101:3

paid 52:12

pain 121:23 122:3

paint 21:14 138:16

painting 21:11

paints 21:16

paper 155:8

papers 73:7,11 155:3

Pardon 91:17

Parkinson's 56:8,17

Parsley 113:15

part 51:21 74:22 128:21 147:19

parties 2:3,15 34:3 156:13

partner 79:23

partner's 80:1,2

# FREEDOM COURT REPORTING

Page 167

party 135:5
part-time 52:17
pass 14:14 25:3
  49:16 146:19
passed 55:8
  91:16,18,19
Pastries 113:10
patient 72:13
Patrick's 141:10
Paxil 66:11,19
  67:13,14 83:15
  84:7 121:14,20
  122:8
pay 36:21
payment 137:8
  137:12
peaches 113:16
  113:17
Peachtree 5:6
Peanut 113:19
Peanuts 113:20
pears 113:20,21
peas 17:13,13
  113:20
Pecans 113:23
pen 118:7
Penny 47:9
Pensacola 76:5
people 22:8
  33:16 36:17
  43:9 78:17
  125:2 126:21
  130:10 135:4,8
  139:23
pepper 117:11
Pepperoni 114:1
peppers 17:16
period 23:22
  63:16 98:14
  140:6
person 47:5
  96:12
personal 149:3
personality

148:7
personally 31:18
  125:5 129:8
pesticides 18:5,9
pests 18:2
Phylis 57:3,4,10
  130:16
physical 39:4
physics 90:6,7
pick 30:19 36:17
Pickled 114:1
pickles 106:19
picks 28:11
pickup 25:7,10
picture 42:1
  56:13
piddling 52:7
pie 102:6,13
  112:15 114:13
  114:14
piece 50:7
pile 26:7 30:23
pills 122:6
Pine 17:6 114:2
piping 130:3
Pistachio 114:3
Pitman 53:12
  74:7
pizza 111:23
  112:18
place 9:22,23
  10:4 27:4
  28:13 44:14
  69:6 78:9
  110:7 120:16
  143:22 144:5
plaining 51:2
PLAINTIFF 6:1
Plaintiff(s) 1:8
planing 140:10
plant 17:12 37:5
  44:15 107:18
  131:5
plants 30:19

play 22:22 23:8
  152:1
played 22:19
  23:14
playing 142:6
please 3:4 8:16
  148:18
plums 114:4
pocket 50:8
point 130:13
pointing 119:11
popcorn 114:6
porch 19:18
possession 11:5
possible 144:10
potato 114:6
potatoes 114:7,8
  116:17,18
pots 29:9
pounds 109:16
powder 16:7,14
Powell 2:7 7:8
pox 92:12
practically 23:7
  66:5 103:4
  143:10
practice 7:23
  64:7
practicing 63:7
  63:12
prealgebra 90:4
pregnancies
  58:19
pregnancy
  94:19 95:1
pregnant 60:13
Prena 3:1 4:3
  5:10 7:20 8:3
  10:15 11:18,21
  11:22 49:20,22
  71:20 118:1
  133:9 134:3
  148:12 152:6
  154:10 155:10

prescribed
  83:20
prescribes 96:12
prescriptions
  84:7
presented
  128:11
preserved
  113:22
pretty 18:12
  19:7 24:17
  25:11 28:5,5
  88:21 89:23
  95:21 111:21
  111:22 112:17
  117:1
Pretzels 114:11
primary 79:13
prior 2:18 132:2
private 128:6
  154:16
probably 11:12
  12:7,7 30:3,4,4
  36:3,4,6 46:11
  80:12,14,14
  83:15 86:15
  119:19 125:22
  126:2,12 136:3
  137:3 139:17
  144:15,18
  147:9 152:20
  153:6
problem 48:5,6
  48:7,8,14 58:2
  67:3 86:21
  99:2,6
problems 12:15
  18:1 38:5 40:9
  50:1,1 58:4
  64:19 69:19,20
  85:8 86:22
  96:16 97:15
Procedure 2:21
  7:6

proceedings
  7:14
PRODUCTS
  1:10
property 20:11
  20:12 35:22
  143:1,3,12
Protonix 12:3
  85:11
psychiatrist
  82:17 83:17
  84:11
psychiatrists
  85:16
psychiatry 82:4
psychological
  86:1,22
psychologists
  85:17
psychology
  65:19
public 2:6 7:3
  125:1 128:1
  156:18
pulling 25:1
pump 129:12
pumpkin 112:14
  114:13,14,16
purposes 115:8
pursuant 7:5,22
put 12:17,18
  26:7,8,9 30:18
  49:14 55:10
  58:4 61:19
  62:5 65:22
  97:12 102:19
  105:10 119:10
  124:4
putting 29:19
puzzles 138:13
P.O 6:4

_____
Q
_____
question 2:15

# FREEDOM COURT REPORTING

Page 168

8:18 101:14
128:8,9 147:22
154:11
**questionnaire**
58:12 71:22
74:3 101:3
121:1
**questions** 2:14
8:6,8,14 12:21
37:15,15,17
58:9 72:2
73:18 93:11
101:19 118:3
121:1 127:23
128:4 133:11
133:14 154:7
156:6
**Quick** 117:19
**quit** 44:12 47:23
48:1 59:7 89:2
**quite** 67:15
114:18 125:22

---
**R**
---

**R** 5:1
**Raburn** 136:14
136:16
**racked** 134:20
**radiation** 75:5,6
75:11,13,16
**rain** 23:15
**rains** 142:8
**raise** 17:13
**raised** 45:16
**Raisins** 114:17
**rake** 30:13
**raw** 114:3
**read** 39:15,16,17
39:19 47:19,20
48:2,4,9,11,12
74:10,16 150:1
**reading** 17:9
48:5,6,7,8,19
49:13,14,15

88:4,8 138:12
**really** 15:4
151:10
**reason** 39:18
47:3 71:3,7
101:5
**recall** 140:16,18
**receive** 125:17
**received** 71:21
125:19 149:9
**receiving** 68:16
69:17 75:4
**recognize** 127:1
**recommend**
84:11
**recommended**
84:13 122:8
**record** 133:7,8
149:17
**recurrent** 99:21
**Red** 114:20
**refer** 100:7
**referring** 138:3
**refinishing**
138:19
**reflux** 85:11
**regular** 15:10
22:10 34:3,4
87:8,9,10,16
87:19,21,23
88:11,12,13,18
91:11,15
**regularly** 86:7
**related** 11:6
80:17 142:17
**relating** 149:3
**relatives** 24:6
**religious** 153:21
**remarried** 41:4
41:5
**remember** 11:10
12:12 30:9
31:9,14 33:2
41:21 49:2,6

49:23 52:21,22
53:3 62:21,22
64:9 65:5 66:7
67:4 70:7 72:2
73:5,6 75:4,6,8
76:2,15 77:21
78:3 79:16,17
80:2,9,15,16
80:18 81:4
83:18 84:22
85:19 95:9,11
122:23 125:23
126:4,16 127:4
128:9,14,23
129:1,6,7,10
132:7 136:7
147:15
**removed** 60:4,16
**Renny** 1:18 2:5
2:22 7:1
156:17
**repeat** 121:11
**rephrase** 8:19
**replace** 21:22
**reporter** 2:6 3:5
7:2 8:16 9:1
**represent** 8:4
**represents** 156:9
**request** 149:20
**research** 150:8
150:14 152:3
**residence**
146:12
**respective** 2:3
**restitution**
134:14,17
**restored** 137:5
**result** 153:5
156:15
**resulted** 137:12
**results** 49:7
123:8,10
152:18,22
**retained** 3:5

**retired** 15:17,18
135:20
**retirement**
44:13
**reupholster**
28:19
**reviewed** 68:21
**RE-EXAMIN...**
154:9,20
**Rice** 114:21
**rid** 25:5 36:14
66:2
**right** 9:3,7,17
10:5 11:13
12:15,16,20
13:10,11,17
16:5 21:1,2
27:10,13 32:7
37:18,19 42:6
42:7 46:16,18
46:20,23 49:20
52:20 53:23
55:9 57:12
59:16,17 61:10
64:4 65:4
69:23 74:8,9
74:18,19 75:2
75:12 77:10
78:20 81:4
85:10 91:12
93:10 97:2
101:11,12
103:2 120:8,18
120:23 122:6
128:7 130:3
131:1 133:6,11
134:6 137:18
140:1 141:15
142:10 144:6
145:13 153:3
**ringworm** 79:5
**road** 23:7,17
27:10 33:20
59:10 86:17

119:7 142:2
143:14
**roast** 32:22
114:21,23
115:1
**roasted** 33:3
114:23
**Rolls** 115:1
**room** 14:7 15:22
16:21 19:3
34:14,17 43:8
126:22
**Route** 9:20
**Rowe** 5:11
**Rule** 2:20
**rules** 2:21 7:5,23
**run** 24:12
**running** 27:8
59:20 98:3
**Ruth** 145:9

---
**S**
---

**s** 2:1 4:5 5:1,3
6:1 28:9
**Sage** 115:6
**Sake** 115:7
**Salami** 115:9
**salmon** 108:17
**Salome** 107:5
**salt** 115:10,10
**Sassafras**
115:12
**sat** 73:2
**sauce** 102:20
106:15 110:23
116:6
**Sausage** 107:2
115:15
**saw** 69:13 71:13
73:14 77:20
80:11 86:7
100:5
**saying** 8:17
**says** 101:7

**FREEDOM COURT REPORTING**

147:22
scan 75:7 99:10
146:23
scans 77:5,6
school 12:22
13:2,4,7,12
15:1 24:2
31:12,16 39:12
39:13 47:21,22
48:1,1 49:3,4
61:7 64:18
66:9,13,14,15
66:16,17,18
70:10 76:22
78:17 83:22
84:4,5 85:20
85:21,22 86:2
86:6 87:8,9,10
87:14,16,20,21
88:6 89:3,15
90:12,18 91:5
91:10,11,20,23
92:5 118:12,15
118:16 120:2,4
120:7,21 127:6
129:2,3 130:14
130:16 147:12
147:13 151:2
151:12,18
science 88:14,15
scoliosis 64:21
76:11 100:16
Scrubbing
16:15
season 105:14
108:9 112:8
113:6,18
114:15 116:14
second 52:6 61:7
72:12 77:12
135:19
Security 10:6
67:21,22 68:1
68:3 70:21

135:4 136:11
see 13:22 14:2
14:18 15:17,20
17:7,20 18:18
19:1,5 29:16
34:10 35:8,12
38:4 42:13
43:1 45:12
53:20 57:2
62:20 65:10
69:3 71:10
80:23 83:9
84:11,14 85:21
90:3,19 91:7
92:23 95:21
99:19,20,21
109:20 125:16
seeds 114:16
116:15,18
seeing 72:2
82:13
seen 10:18 71:12
85:17 150:4
seizure 62:3,10
75:9
seizures 61:3,8
97:2,4,8
sell 28:14
semi-fixed 23:17
senior 90:5
sent 38:7
sesame 115:16
set 27:4
seventh 60:20
seventies 55:1
sewing 15:9,15
shaking 8:23
96:21,22
Shell 115:18
SHERRI 1:6
shopping 24:13
short 49:21
117:20 133:19
shorter 75:20

shortly 53:7
70:9 73:1
75:23
show 10:16
86:16,16 118:3
118:7
shows 74:2
shrimp 115:19
sibling 142:20
sick 91:22 92:7
side 85:4,13
146:17
signature 72:13
72:14 74:22
signed 74:15
simple 8:20
single 43:6
58:13
sir 134:1 136:9
136:14 137:6
138:17,20
140:20 141:1,4
141:7,22
142:13 144:7
145:6,8,14,17
147:1,14,17
149:5,12
150:10,13,16
150:21 151:1
151:21 152:5
153:11,15,18
sister 14:9 15:7
53:18,19 55:23
71:6 125:13
132:17
sisters 14:19
21:4 54:8,9
55:15,17 56:19
56:23 57:22
70:21
sits 149:16
sitting 93:23
six 14:17 34:20
55:5 69:1,15

sixth 49:4,6,15
49:16 87:14
88:5
size 57:11
skeletal 64:19
skin 38:20,21
Skip 5:4 8:7
133:13
sleep 42:9 43:2,9
43:11
Sleeping 122:6
slip 105:23
slow 87:2
smears 81:2
smell 27:15 32:9
smoke 27:15
58:23 116:3
smoked 58:22
59:5 115:21,23
116:1,6
smoker 139:4
146:6
smoking 58:21
social 10:6 67:21
67:22 68:1,3
70:21 88:16
135:4 136:11
somebody 12:19
82:18 86:12
somewhat 87:2
soon 14:1 30:22
sorry 100:17
121:11 153:8
154:22
sort 137:7,12,20
138:7 149:3
153:10
sound 154:23
155:5
sounds 33:9
94:1
soups 112:2
South 5:12 6:9
Southeast 83:6,8

Soy 116:6
Spaghetti
102:20
speak 8:16
135:13 136:11
special 22:9 34:1
49:15 77:19
78:16 83:17
87:11,18 88:1
88:4,7 109:6
specialist 100:8
speech 80:21
93:18,19 94:1
spell 41:10 63:8
82:10
spelling 63:11
spend 23:18
24:8,9 144:13
spent 22:20 43:1
144:20
spice 111:11
116:10,11
spices 111:12
Spinach 116:8,9
split 140:10
splitting 51:1,2
53:6
spoke 44:18
135:16
spraying 141:17
sprinkler 23:9
sprouts 103:11
Squash 17:17
Stacy 92:17
standard 13:5
standing 142:11
start 29:5,7,17
90:5 143:17
started 83:15
starting 49:15
62:2 101:3
State 2:6 7:3
156:2
STATES 1:1

# FREEDOM COURT REPORTING

station 45:20
stay 24:16,17
  29:23
stayed 45:19
stenotype 156:6
steroids 122:1
STIPULATED
  2:2,11
stipulation 7:7
stir 116:7
stones 95:13
stop 135:9
stopped 17:10
  143:18
store 109:1,15
  122:16
story 19:8,8,10
  46:6 59:12
  95:4
straight 137:23
straightened
  64:15 136:12
straighter 59:19
Strawberries
  116:12
Street 2:8 5:6
  7:9
stress 98:23
stressed 98:21
strike 45:13
  128:8
Strunk 82:5,6
  84:14
student 91:6
studies 88:16
stuff 12:4,17
  15:9 17:22
  21:7 26:6 27:2
  28:6,10,14,16
  29:1,6,9 35:22
  51:2 81:20
  85:12 87:12
  97:13 98:4
  102:20 107:1,3

112:2 113:12
115:2,11 116:1
117:12 122:1
127:17 128:13
138:6 140:11
152:14,15
successful 60:11
suddenly 99:15
summer 24:9
  33:23 34:2
  36:13 61:6
Sunday 99:7,17
sunflower
  116:15,18
supervisor
  140:19
supplement
  122:17
supplements
  122:14
supposed 34:12
  39:3,6 81:3,16
sure 8:11 11:21
  40:22 41:2,11
  41:14,14 46:12
  47:9 50:11,23
  52:18 53:1,2,5
  53:11 71:13
  76:9 79:12
  100:4 101:9
  110:8 121:3
  128:7 129:11
  130:18 131:23
  136:4,22,23,23
  137:14 139:9
  139:18 145:22
  146:8
surgeries 59:15
  60:2,3,14
  154:13
surgery 15:19
  38:14 60:10
  70:12,14 79:18
  80:5 93:11,20

93:20 99:1,9
  137:15
sushi 114:18
sweep 15:22
sweet 116:17,17
switched 10:3
  35:5 84:3,8
  90:6 130:12,19
sworn 7:17
symptoms 96:22
system 58:2
S-T-R-U-N-K
  82:12

_____
T
_____

T 2:1,1 4:5
table 15:6
  137:21 138:2
take 8:17 9:3,6
  11:16 13:12
  20:19 36:8
  49:1,18 87:23
  88:10,13 90:2
  90:7,8,10,15
  90:16 91:4
  93:8 101:2
  117:17 118:6
  119:7 122:8
  148:18
taken 2:5 3:2
  7:22 13:7
  49:21 84:21
  117:20 121:4
  122:4 156:5
takes 17:18
talk 65:21 73:11
  85:23 86:4
  127:19,22
  140:21,22
talked 79:11
  141:23 150:18
  153:22
talking 126:20
  131:9,14 142:6

142:7
talks 128:4
Tammy 14:20
  14:22 21:5
  32:5 40:1
  71:13 78:18
  151:15
Tarragon
  116:21
tea 103:18,20
  106:2,4 111:4
  115:12
teacher 127:7
tear 138:4
teenager 31:13
tell 10:8 28:20
  39:7 40:11
  44:4 47:17
  48:22 51:4
  60:22 61:16
  63:4 73:2
  97:10 98:2,10
  111:20 121:10
  124:11 134:11
  141:8 147:2,4
  147:7 148:6
  149:6,13
telling 125:2
ten 18:15 28:2
  147:10
terminology
  148:20 153:12
termite 141:6
termites 21:23
  22:4
terms 154:3
test 24:23 49:1,7
  49:10 123:15
tested 48:16,19
  61:14,15 97:15
  122:20 123:21
  133:3 152:7
testified 7:18
testimony 1:14

3:2 120:11
  156:10
testing 81:21
  123:19 152:18
  152:22 153:5
tests 91:11
  123:16
Thank 11:4
  117:15 120:14
  133:9 154:8,19
  155:10
Thanks 11:21
  65:5
Thanksgiving
  114:15
therapist 80:21
  85:21
therapists 85:17
  86:7
therapy 39:4
  93:18,19
thereto 2:19
  156:7
thing 23:12
  115:1 138:13
things 10:23
  12:12 86:1
  98:18 102:19
  122:17
think 18:15 30:7
  31:2 35:10,20
  37:9 40:21
  41:23 42:2
  44:6 47:22
  48:11 51:5,8
  52:1,4,8,14
  53:5,10 54:21
  55:1,20 56:7
  63:6,12 69:5
  74:12 75:23
  76:5,21 77:3,7
  77:13,18 78:10
  78:13 79:3,4
  79:11 81:2,6

# FREEDOM COURT REPORTING

82:19,21 83:10
83:12,12,14
84:3 87:4
90:11 92:1,6
94:1,20 95:6
96:23 98:20
101:13 107:14
119:1,17 123:9
123:10 125:9
125:19 126:10
137:1 139:6,11
139:14 141:14
143:15 144:1,9
146:2,5 148:23
152:21 154:1
**thinking** 139:13
**third** 36:6
**Thirty** 143:6
**Thomas** 154:23
**thought** 130:13
**three** 24:5,11
25:1,1,17
26:18 30:3,4,5
31:3 32:20
35:11 46:3,5,6
59:3,7 69:22
70:1 83:10
87:11 104:4
108:18 112:9
124:7 129:19
144:2,15,21
146:20
**threw** 45:10
59:8,9
**throw** 28:10
149:19
**Thursday** 99:7
99:11,18,18
**Thyme** 116:22
**tidy** 14:7 15:23
**Till** 51:15
**time** 2:17,17 8:9
9:3 17:13,19
22:20,21 23:18

23:20,21,22
24:8 25:2
29:22 30:1
31:12,22 32:18
33:2 34:1 35:3
42:23 43:2
44:18 51:20,21
53:6 55:7
62:15 63:2,16
65:2,10 67:8
67:15,18,23
68:23 69:13,16
70:8 76:13
78:13 81:13
84:4 87:21
88:3 91:2
92:12,22 99:22
99:23 100:2
102:1 109:17
112:1 114:18
120:17 126:9
130:4 132:16
134:4,8 135:18
136:18 139:10
140:6 144:16
149:16 153:23
154:8
**times** 24:5 25:1
25:1 31:1,3
36:18 46:7
68:20 69:22
70:2 79:2 87:2
97:5
**tin** 27:4,5,6
**tingling** 95:18
**tiny** 108:6
**tire** 29:6,7
**Title** 88:4
**TMA** 1:10
**Toast** 116:22
**today** 8:6,8 11:2
12:1 32:3 94:1
100:12
**told** 8:12 59:12

95:10 96:15
124:16 127:13
134:2,3 148:21
**tomatoes** 17:16
102:19 116:23
116:23
**top** 72:10
**tore** 26:6
**total** 144:16
**touch** 45:5
**town** 56:1
**trailer** 42:6,8,12
42:18 43:3,5
51:18
**training** 13:7
**tranquilizers**
121:4
**transcribed**
156:7
**transcript** 3:1
156:10
**transcription**
156:8
**transportation**
13:20,21
**trash** 25:13,20
26:5,5,19 32:1
32:10
**treat** 22:14
**treated** 22:4
65:7 78:1,4
**treatment** 37:5
65:19
**treatments**
22:10 75:5,12
75:16 87:6
93:13 141:6
**trees** 26:2,3,5
35:21 36:7
**tremors** 95:16
**trial** 2:17
**tried** 59:2 66:10
115:13
**trimmer** 95:15

**trip** 77:14
**trout** 108:15
**Troy** 2:8 7:9
**true** 116:20
156:9
**try** 8:15,19
24:20 58:12
101:14,19
114:18 133:18
**trying** 9:2 70:5
**tummy** 57:10
**tumor** 54:11
59:15 60:23
67:7 75:14
80:17 94:6
98:1 100:16
124:12,17,19
131:4,19
**tumors** 79:19
**turkey** 66:23
106:23 107:1
115:1
**turn** 147:18
**turned** 71:16
128:19
**Twenty-eight**
9:11
**twice** 103:1,17
104:2,22 105:5
106:7,13
107:12 112:9
114:10,22
115:5 116:19
**two** 19:8 24:5,11
26:18 31:3
32:20 35:10
42:1 43:17
46:3,5,6,6
59:14 60:2,7
61:3,8 62:13
62:14 65:18
67:6 69:22
70:1 83:10
85:15 87:11

88:9 90:4
92:15 97:2,5
104:4 108:18
112:9 120:1,6
120:20 124:7
129:19 131:13
144:15,21
146:20
**Tylenol** 122:12
**type** 112:11
122:17
**T.V** 17:10 21:6
28:9

---
### U

**U** 2:1
**Uh-huh** 20:18
22:3,16 23:13
31:15 35:7
36:20 37:11
38:17 39:23
41:9 43:10
45:17 46:9
52:11 54:1
58:6 60:10
62:4,19 68:7
69:8,19 70:3
70:13 71:9
73:19 83:6,21
89:16 91:16
110:11 112:23
120:13,19
124:10 140:7
143:4 145:14
**unable** 48:2,4
**uncle** 26:23
45:20 55:20
57:7 142:14,15
**underground**
19:14
**understand** 8:18
9:1 16:5
123:12 134:21
142:2 148:5,20

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 172

understanding
152:8,12,17
153:4
UNITED 1:1
use 16:6,13,18
17:3,4 18:4
27:18 29:16
33:7,14,16,21
34:6 35:1,13
35:19 129:8
130:7 151:20
usually 142:11
U.S 7:23

**V**

v 1:9
vacation 23:23
vacuum 16:20
16:23
Vanilla 117:2
vegetables 17:14
114:2
vehicles 52:2
videotape
132:11,18
134:4
videotaped
132:1,8,23
133:1,22
videotapes
132:12,15
View 24:4
Vinegar 117:4
Viola 151:2
vision 95:20
96:1,8,16,18
visit 20:21 23:22
24:6 86:4
visited 20:14
37:8
vitamin 122:11
Vodka 117:5
Voss 80:7
Vyst 63:1,6

79:13 83:19,20
V-Y-S-T 63:10
V.J 63:1,6

**W**

W 6:2
Wacker 5:12
walk 64:17 98:7
walker 38:6
walking 32:8
59:19,20 98:3
wall 98:7
walls 59:20 98:3
walnuts 117:5,6
Wanda 136:14
136:16,17
want 8:19 9:4
11:14 47:2
74:6 93:7
117:17 134:11
135:11 147:23
148:19
wanted 101:6
121:2 135:9
warm 34:8
wash 16:1
washing 19:21
wasn't 27:22
72:10
watching 17:10
21:6
water 23:14
127:18 128:12
128:17,17,18
128:19 129:23
129:23 130:6,8
130:12,19,22
130:23 142:3,7
142:12 153:19
way 35:2 60:19
119:4 148:19
wear 95:22
wearing 96:2
week 25:8 99:8

102:17,17
105:5 106:14
107:16 108:18
143:5,6
weeks 46:5 59:3
65:18 144:15
went 24:4,5,23
46:22 64:11
73:3,4,7,17
78:18,19
124:22 135:18
153:19,20
weren't 29:18
48:23 59:2
98:23 101:9
133:1 154:5
West 5:6
we'll 104:16,16
149:21
we're 11:19
93:23 104:21
151:5
we've 21:19 24:1
34:16 79:11
100:11 117:16
150:18
Whiskies 117:7
white 110:2
117:9,10
wide 43:6
Willa 127:8
William 14:20
14:22 15:4
21:5,6 39:8
41:23 53:7
59:1 70:23
71:12 78:18
137:16 151:15
Williams 32:5,6
wine 114:20
wines 116:18
winter 33:23
34:7
wished 44:22

witness 7:12
117:19 119:16
156:11
woman 60:13
153:21
won 135:23
137:3,4
wondered 118:5
wood 21:23
28:23 36:15
37:5 51:1
140:10
wooded 35:23
36:5
Woodham 79:21
100:9
woodpile 28:23
29:2
woodworking
21:21,21 91:2
91:3
word 138:12,13
words 134:11
wore 64:15
work 13:15 15:3
15:6,14 20:23
34:21 36:22
50:21 51:7,9
51:19 52:5,9
52:23 66:10
68:14 71:5
121:14 124:8
129:13 137:20
137:21,23
138:2,8 139:10
149:21 154:3
worked 15:15
20:16,17 37:8
37:9 44:15
52:1,15 53:2,4
53:9 121:14
139:7,12,23
140:2,5 141:3
143:21 154:4

workers 126:19
working 15:5
42:23 44:14
67:16 121:16
138:6,12
143:18 144:5
works 8:12
34:22 64:5
138:16
worry 104:20
wrist 77:10,10
write 147:23
wrong 63:19
148:19
wrote 148:2,3
155:7
WS 13:1 120:5,6
120:22,23

**X**

X 4:1,5
x-ray 76:14 79:3
x-rays 75:18,19
76:3,6 79:9

**Y**

yank 148:9
yard 21:6 23:6
25:23 28:22
yeah 10:3 23:4
23:16 24:21
26:3,6,15 27:7
29:13 30:12
31:17 32:14
60:18 66:15,15
80:14 81:16
84:1 85:22
86:9 87:22
93:17 95:9
98:6,19 102:15
102:22,23
103:9,12,15
104:22 105:10
105:13 106:21
107:6 108:5,11

# FREEDOM COURT REPORTING

109:8,19,21
110:3 111:9
114:1,3 115:3
116:1,17,18,20
116:22 117:19
118:13,19
119:9 123:14
127:18 129:16
130:2 147:22
151:5 152:20
**year** 17:17 24:7
26:16 30:8
31:5,6 34:1
38:12 45:14
46:4 47:23
60:7 61:7
62:16,17 67:4
67:6 76:8
81:15 90:5,5
91:5 107:20
123:2,6 144:9
**years** 14:17
18:15,18 21:15
22:7,13 25:17
28:1 30:4,5
32:20 34:20
35:11 42:1,13
51:15 55:5
59:7 61:22
62:7,8,9 63:20
65:11 68:5
69:1,15 71:16
85:18 87:11,13
87:15,18 90:4
90:21 96:3,19
98:16,17 102:3
124:4 128:18
129:17,19
141:14 144:2,2
146:20 148:10
148:15
**Yesterday** 44:20
45:2
**young** 57:11

**younger** 147:8
148:14
**y'all** 119:1
150:22

## Z

**Zoloft** 66:10
121:13
**Zorns** 118:15
**Zucchini** 117:13
**Zyprexa** 66:11

## 1

**1** 4:7 10:14,17
88:4
**10** 4:7 74:2,3
**11** 40:14 51:15
63:20 74:2,16
**11th** 45:4
**11/06/07** 156:19
**113** 4:4
**117** 4:9
**1201** 5:6
**14** 1:19
**14th** 2:9 3:2 7:11
**15** 2:22
**154** 4:3,4
**18** 38:12 71:16
76:20
**19** 68:4 71:16
**1950** 124:5
**1978** 9:13
**1988** 2:22
**1989** 46:19
47:14 140:6
144:5,19

## 2

**2** 4:8 9:20 71:18
72:1 147:19
**2:06-cv-187-...**
1:5
**20** 63:21
**2000** 60:8
**2004** 59:15

75:15
**2005** 126:3
**2006** 1:19 2:9
3:3 7:11 126:1
126:2 132:5
**201** 2:8 7:8
**21** 14:22
**24** 14:22
**26** 101:3
**28** 18:18

## 3

**3** 4:9 117:22
118:4
**30** 143:4
**30309** 5:7
**312-782-7711**
5:14
**313-A** 9:20
**331** 119:8
120:12
**35255** 6:10
**3529** 6:9
**39703** 6:5

## 4

**404-881-7000**
5:8
**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**
10:9
**47** 147:22 148:1

## 5

**5(d)** 2:20

## 6

**60606** 5:13

## 7

**7** 4:3
**7th** 6:9
**7/11** 9:15
**7/11/1978** 9:16
**71** 4:8 5:12

## 8

**8** 147:18,21
**80** 38:9
**866** 6:4
**89** 45:14,15 49:8
49:10 51:8,8

## 9

**9:00** 2:10 7:10
**911** 10:3
**98** 45:13

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660