# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2        MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    CIVIL ACTION No.  2:06-cv-187-WKW
6    SHERRI L. DAVIS, et al.,
7
8        Plaintiff(s),
9    v.
10   TMA FOREST PRODUCTS GROUP, et al.,
11
12       Defendant(s).
13
14       DEPOSITION TESTIMONY OF:
15           SHERRI DAVIS
16
17   Commissioner:
18   Renny D. McNaughton
19   July 11, 2006
20   Andalusia, Alabama
21
22
23

Page 2

1        S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED by and
3    between the parties through their respective
4    counsel that the deposition of Sherri Davis,
5    may be taken before Renny D. McNaughton,
6    Court Reporter and Notary Public, State at
7    Large, at the offices of The Powell Law
8    Firm, 201 East Troy Street, Andalusia,
9    Alabama, on the 11th day of July, 2006,
10   commencing at approximately 2:20 p.m.
11       IT IS FURTHER STIPULATED AND AGREED
12   that it shall not be necessary for any
13   objections to be made by counsel to any
14   questions, except as to form or leading
15   question and that counsel for the parties
16   may make objections and assign grounds at
17   the time of trial or at the time said
18   deposition is offered in evidence, or prior
19   thereto.
20       In accordance with Rule 5(d) of the
21   Alabama Rules of Civil Procedure, as
22   amended, effective May 15, 1988, I Renny D.
23   McNaughton, am hereby delivering to Mark Ter

Page 3

1    Molen the original transcript of the oral
2    testimony taken the 11th day of July, 2006,
3    along with exhibits.
4        Please be advised that this is the
5    same and not retained by the Court Reporter,
6    nor filed with the Court.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1            I N D E X
2    EXAMINATION BY:          PAGE NO.
3    Mr. Ter Molen        7, 144
4    Mr. Lockard          122
5        E X H I B I T S
6    Defendant's
7    No. 1            15
8    No. 2            16
9    No. 3            18
10   No. 4            46
11   No. 5            59
12
13
14
15
16
17
18
19
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 5

1  A P P E A R A N C E S
2
3  FOR THE DEFENDANT (S):
4  Bernard Taylor
5  Skip Lockard
6  Alston & Bird
7  1201 West Peachtree Street, N.W.
8  Atlanta, Georgia  30309
9  404-881-7000
10
11 Mark Ter Molen
12 Mayer, Brown, Rowe & Maw
13 71 South Wacker Drive
14 Chicago, Illinois  60606
15 312-782-7711
16
17
18
19
20
21
22
23

Page 6

1  FOR THE PLAINTIFF (S):
2  W. Eason Mitchell
3  The Colom Firm
4  P.O. Box 866
5  Columbus, Mississippi 39703
6
7  Gregory Cade
8  The Environmental Litigation Group
9  3529 7th Avenue South
10 Birmingham, Alabama  35255
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 7

1  I, Renny D. McNaughton, a Court
2  Reporter of Greenville, Alabama, and a
3  Notary Public for the State of Alabama at
4  Large, acting as Commissioner, certify that
5  on this date, pursuant to the Alabama Rules
6  of Civil Procedure, and the foregoing
7  stipulation of counsel, there came before me
8  at the offices of The Powell Law Firm, 201
9  East Troy Street, Andalusia, Alabama,
10 commencing at approximately 2:20 p.m. on the
11 11th day of July, 2006, Sherri Davis,
12 witness in the above cause, for oral
13 examination, whereupon the following
14 proceedings were had:
15
16      SHERRI DAVIS,
17 being first duly sworn, was examined and
18 testified as follows:
19      EXAMINATION
20 BY MR. TER MOLEN
21      Q   Ms. Davis, my name is Mark Ter
22 Molen, and I'll be asking you some questions
23 this afternoon.  If at any time you don't

Page 8

1  understand my question or can't hear my
2  question, just let me know and I'll repeat
3  it or rephrase it, is that fair?
4      A   Yes.
5      Q   And if you could, please do as
6  you just did and answer out loud for our
7  court reporter here because he can't
8  take down a nod or shake of the head, if
9  that's all right with you?
10     A   Fine.
11     Q   Okay.  Ma'am, have you ever gone
12 through this deposition process before?
13     A   No.
14     Q   Okay.  Let me ask you, and I
15 apologize because some of my questions may
16 seem too personal or too private and so I'm
17 not trying to offend you or make you feel
18 badly.  I'm just asking some questions that
19 we need to ask given the nature of this
20 lawsuit and given the nature of this
21 process.  So I will make that excuse up
22 front here.  But if you want to take a break
23 at any time, just let me know and we will

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 9

1    work something out.  Are you under any
2    medication today, ma'am?
3        A   I take a daily medication but --
4    vitamin.
5        Q   A daily vitamin supplements?
6        A   Yes.
7        Q   You're not taking a prescription
8    at all or a doctor's medication on a daily
9    basis?
10       A   Yes, I do.
11       Q   Oh, you do.  I'm sorry.  What is
12   that?
13       A   I take Evista.
14       Q   Okay.
15       A   I take Actonel for osteoporosis.
16       Q   Okay.
17       A   And then a multivitamin and
18   calcium for osteoporosis.
19       Q   All right.  Do any of those
20   medications or supplements affect your
21   memory or your ability to speak?
22       A   Not that I'm aware of.
23       Q   All right.  That's fine.  Why

Page 10

1    don't we get going.  I'm going to ask you
2    some questions today, and a number of those
3    questions are going to relate to the old
4    wood treatment facility in Lockhart.
5        A   Right.
6        Q   If it's okay with you, I will
7    just refer to that as "the facility," is
8    that okay?
9        A   That's fine.
10       Q   If you say that or I say that, we
11   both know we're talking about the wood
12   treatment facility in Lockhart that closed
13   some time ago.
14       A   Okay.
15       Q   Okay.  Ma'am, can you give me a
16   thumbnail sketch of your educational
17   background from -- just walk me through?
18       A   How much I've had?  High school,
19   college?
20       Q   Yes, ma'am.
21       A   Year of college and high school.
22       Q   Which high school did you
23   graduate from?

Page 11

1        A   Laurel Hill, Florida.
2        Q   Okay.  And then you went to
3    college right after high school?
4        A   Right.
5        Q   And which college was that?
6        A   Okaloosa Walton.
7        Q   Okay.  Is that in Florida as
8    well?
9        A   Right.
10       Q   Up in the panhandle?
11       A   Niceville.  Niceville, Florida.
12       Q   Okay.  All right.  What were you
13   focusing your studies on in college?
14       A   Teaching.
15       Q   All right.  Then did you begin
16   working after that one year of college?
17       A   Right.
18       Q   What year was that that you left
19   school?
20       A   '71.
21       Q   All right.  And what was your
22   occupation after you left school?
23       A   I worked at a furniture store,

Page 12

1    bookkeeper.
2        Q   Was that also in Niceville?
3        A   No, sir.  Crestview, Florida.
4        Q   Okay.  And if you can, just walk
5    me through your subsequent occupations,
6    ma'am.
7        A   I worked there and then
8    transferred to the same furniture store
9    chain, Milton, Florida, for a total of five
10   and a half years for both of them.
11       Q   Okay.
12       A   And then to a bank in Crestview,
13   Florida.
14       Q   That was in '76 or so?
15       A   That was '76.  Worked there till
16   June of '98.  Then I worked from May of 2000
17   till present at a bank in Florala, Alabama.
18   Wachovia Bank.
19       Q   Okay.  During the time you were
20   in high school, is it fair to say your
21   family was in Florida?
22       A   Right.
23       Q   Did you ever move to Florala?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 13

```
 1      A   Laurel Hill is about twelve miles
 2 south of Florala.
 3      Q   Okay.  Have you always lived in
 4 Laurel Hill?
 5      A   Except for Milton.
 6      Q   Except for Milton.  But,
 7 otherwise, you always lived in Laurel Hill?
 8      A   In Florala.
 9      Q   When did you move to Florala?
10      A   Well, in Lockhart.  I lived right
11 in Lockhart and moved there in June of '80.
12      Q   Okay.  And do you live there
13 today?
14      A   I live outside of Lockhart; lived
15 right in Lockhart '80 to '85.
16      Q   Okay.
17      A   From '85 to present, about eight
18 miles.
19      Q   Okay.  What's -- what was the
20 address of the house from 1980 to 1985?
21      A   In Lockhart?
22      Q   Yes, ma'am.
23      A   18 Osage street.
```

Page 14

```
 1      Q   180?
 2      A   No.  18 Osage, O-S-A-G-E, is the
 3 name of the street.  And then Catawba
 4 Street.
 5      Q   That's where your current address
 6 is?
 7      A   No.  I lived two different places
 8 in Lockhart.
 9      Q   Okay.
10      A   About three blocks away from each
11 other.
12      Q   Great.  And what was the street
13 address on Catawba?
14      A   I think it was 11, 9 or 11,
15 somewhere in there.
16      Q   Okay.  And then your current
17 address?
18      A   3478 Glenn Chambers Road, two
19 words.
20      Q   Okay.  Okay.  Very good.  Are you
21 currently married, ma'am?
22      A   Yes.
23      Q   When did you get married?
```

Page 15

```
 1      A   1979.
 2      Q   Okay.  Were you married before
 3 that at all?
 4      A   Yes.
 5      Q   When was your first marriage?
 6      A   '73.
 7          (Whereupon, Defendant's
 8          Exhibit Number 1 was marked.)
 9 BY MR. TER MOLEN
10      Q   Okay.  Okay.  I'll show you what
11 we will mark as Exhibit 1.  I think you have
12 a copy of this in front of you right now.
13 As it is, this is the deposition notice for
14 today's deposition.  Pardon me.  And I
15 understand that you just received a copy of
16 this today, ma'am, is that correct?
17      A   Correct.
18      Q   And if I could just ask you, turn
19 in here to the Exhibit A.  There are a
20 couple pages to this.  This is the
21 definitional page, and then there's a list
22 of different kinds of documents we've
23 identified in there, ma'am.  If I could ask
```

Page 16

```
 1 you to take a quick minute and read through
 2 that list.  This page only.  If you turn
 3 over, there's a little more on the next
 4 page.  So have you had a chance to read what
 5 are pages 6 and 7 of Exhibit 1, ma'am?
 6      A   Yes, ma'am.
 7      Q   And these ask for different kinds
 8 of documents.  Do you have any documents
 9 that you think fall in any of these
10 categories?
11      A   Well, my health documents and
12 prescriptions, that type of thing; income
13 tax.
14      Q   All right.  We'll ask your lawyer
15 to provide us with those documents and then
16 we reserve the right.  I don't expect we
17 need to reopen the deposition.
18          MR. CADE:  Sure.  We'll be happy
19          to give them to you.
20          (Whereupon, Defendant's
21          Exhibit Number 2 was marked.)
22 BY MR. TER MOLEN
23      Q   Ma'am, I'm going to show you what
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

Page 17

```
 1   we marked as Exhibit 2, and I will represent
 2   to you this a map that we printed out off of
 3   the internet of part of the area.  Does this
 4   show your current -- what does this -- does
 5   this show anything related to your previous
 6   addresses?
 7       A   It would show my Laurel Hill
 8   address.  That's the only one.
 9       Q   Okay.  So this is where you lived
10   until approximately 1980, ma'am?
11       A   Laurel Hill?
12       Q   Uh-huh.
13       A   I lived until '73.
14       Q   Until '73.
15       A   I lived in Milton from '73 to
16   '75, for one year.
17       Q   Okay.  All right.  And moved back
18   to Laurel Hill --
19       A   To Laurel Hill until '80 to
20   Lockhart.
21       Q   Did your first marriage end in
22   1975?
23       A   I divorced in '76.
```

Page 18

```
 1           (Whereupon, Defendant's
 2       Exhibit Number 3 was marked.
 3   BY MR. TER MOLEN:
 4       Q   '76.  Okay.  Let me show you what
 5   we marked as Exhibit 3.  This is an aerial,
 6   ma'am, I will represent to you and ask you
 7   to confirm this is an aerial of the Lockhart
 8   area with street names, on it.  And what I
 9   would like you to do, ma'am, if you could,
10   indicate for me on this document, Exhibit 3,
11   your various locations you lived at in
12   Lockhart.  And if we can show your current
13   address on here that's visible from this
14   map, then let's show that as well.
15       A   Osage Street.
16       Q   Okay.  Top left-hand part of this
17   document?
18       A   Correct, Catawba Avenue.
19       Q   Okay.  There's a black pen right
20   by you.  If I could just ask you to take
21   that pen and to draw a circle on Osage and
22   Catawba?
23       A   Catawba.
```

Page 19

```
 1       Q   Catawba.  I'm sorry.  And show
 2   where you lived, if you could best
 3   approximate where your house was.  Perhaps,
 4   put a star where your house was located,
 5   ma'am.
 6       A   I don't know what these cross
 7   streets are but I will do the best that I
 8   can here.
 9       Q   Okay.  Okay.  Thank you.  And if
10   you could keep that in front of you, ma'am,
11   I would just like to ask you some questions.
12   Drifting through these areas, and I'm just
13   trying to understand the town a little bit
14   better, and you lived in that area or around
15   that area for a while.  Can you describe for
16   me the different kinds of neighbors, first
17   focusing on Lockhart?  Is there a different
18   neighbor, I'm going to say north here, north
19   of the Catawba Avenue, than there is south
20   of Catawba Avenue, for example?
21       A   It's more populated.
22       Q   Okay.  In terms of socioeconomic
23   issues, are there different -- is it pretty
```

Page 20

```
 1   much the same, homogeneous no matter where
 2   you are in Lockhart or are there different
 3   kinds of socioeconomic neighborhoods?
 4       A   I don't understand the question.
 5       Q   Okay.  Is there a pretty much --
 6   do people of all races and all economic
 7   means live pretty much anywhere in the
 8   Lockhart area or do they tend to segregate
 9   into different areas?
10       A   I would say it's segregated to
11   African American to north of Catawba.  There
12   are some that live to the south.  I don't
13   know.  I mean I know several families that
14   lives there, but I don't know who all lives
15   everywhere but I know several families.
16       Q   And on this document, Exhibit 3,
17   is north toward the bottom and south toward
18   the top, as you look at this?  You're saying
19   south of Catawba is toward the bottom?
20       A   Correct.
21       Q   And north --
22       A   Correct.
23       Q   Okay.  I'm sorry.  Okay.  Very
```

# FREEDOM COURT REPORTING

Page 21

1  good. And then right between Lockhart and
2  Florala, there's a patch of exposed earth.
3  Is that, from your understanding, the
4  location of the facility?
5      A   It looks like it to me.
6      Q   Okay. And then moving over into
7  Florala proper, ma'am, is there any kind of
8  similar segregation of neighborhoods in the
9  Florala area as there was in Lockhart?
10     A   If there is, I don't know what
11 streets.
12     Q   Okay.
13     A   I'm not familiar as much so in
14 Lockhart as Florala. I don't know who lives
15 where, being living in Lockhart, but I don't
16 know who lives where in Florala.
17     Q   In looking at this document,
18 ma'am, your current residence, where is that
19 in relation to this document? Is it north?
20 South?
21     A   It would be probably northeast of
22 here.
23     Q   Okay.

Page 22

1      A   Northwest. Excuse me, northwest
2  of this.
3      Q   All right.
4      A   It would be over here off the
5  map.
6      Q   All right. Okay. Let me change
7  gears here a little bit. For your first
8  marriage, ma'am, did you have any children
9  with your first marriage?
10     A   No, sir.
11     Q   Did your -- what did your husband
12 do?
13     A   My first husband?
14     Q   Yes, ma'am.
15     A   Life insurance salesman.
16     Q   Okay. And that was down in
17 Milton?
18     A   Correct.
19     Q   Okay. And when you remarried,
20 ma'am, in 1980 --
21     A   '79.
22     Q   1979. Sorry. When you
23 remarried, what did your second husband do?

Page 23

1      A   Worked at Lockhart Lumber.
2      Q   Okay. And then he moved pretty
3  quickly to the Lockhart area at that stage?
4      A   We moved six months after, but he
5  worked there when we married.
6      Q   Right. What was his position at
7  Lockhart Lumber when you married?
8      A   When I married him he was a
9  sawyer.
10     Q   So he was working on sawing the
11 lumber?
12     A   Sat in a booth, computerized
13 booth. And as the log came down, decided
14 what the cut to meet production.
15     Q   Got you. How long had he been
16 working at Lockhart Lumber at the time that
17 you married him?
18     A   Probably two or three years, I
19 think.
20     Q   Okay. And had he been a sawyer
21 for that period of time?
22     A   As far as I know.
23     Q   Okay.

Page 24

1      A   I don't really know what he did.
2      Q   And how -- for what period of
3  time, after you married your husband, did he
4  continue to work at Lockhart Lumber?
5      A   Until '94.
6      Q   Why did he leave?
7      A   To attend state trooper school.
8      Q   Was state trooper --
9      A   Alabama state trooper.
10     Q   Yes, ma'am. Was becoming a state
11 trooper a dream of his, a goal of his?
12     A   Yes.
13     Q   Something he always wanted to do?
14     A   Yes.
15     Q   Then, between the time that you
16 married your husband and the time that he
17 left Lockhart Lumber in 1994, can you tell
18 me what other positions he held at the
19 lumber company?
20     A   Saw filer.
21     Q   A saw filer, sharpening the saw
22 blades?
23     A   Correct.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 25

1    Q   Do you know what period of time
2  he held that post?
3    A   I really don't.
4    Q   Okay.
5    A   Possibly five years.  I really
6  don't.
7    Q   Okay.  What other posts did he --
8    A   That was it.
9    Q   -- hold?  Okay.  All right.  Does
10  your husband suffer from any injuries that
11  he or anyone else, as far as you know,
12  attributes to his having worked at Lockhart
13  Lumber Company?
14    A   He has anxiety problems, chronic
15  sinusitis, bronchial problems.
16    Q   And he attributes the problems
17  you just mentioned to having worked at
18  Lockhart Lumber?
19    A   I don't know if he does or not.
20    Q   Has any doctor, as far as you
21  know, told him that?
22    A   Not that I know of.
23    Q   Okay.  And I will repeat my

Page 26

1  question just so it's clear, because I need
2  to get the whole question out on the record
3  if you don't mind.  Is it your understanding
4  that no doctor has told your husband that
5  any of the problems you've identified are
6  associated with his having worked at
7  Lockhart Lumber, is that correct?
8    A   I never heard a doctor tell him
9  that.
10    Q   Okay.  Fair enough.  Any of your
11  relatives, besides your husband, who have
12  worked at Lockhart Lumber?
13    A   My brother.
14    Q   And what period of time did he
15  work there?
16    A   I have no idea.  Very short
17  period of time but several years ago.
18    Q   Okay.  During what time frame did
19  he work there?
20    A   I'm trying to think of when he
21  graduated.  I really don't know.  It
22  probably would be in the mid-seventies
23  possibly.

Page 27

1    Q   Okay.  Do you know what position
2  he held at Lockhart Lumber?
3    A   He was just down on the yard.  I
4  don't know what that involved.  Lumberyard.
5    Q   Okay.  Is he suffering from any
6  medical issues that he attributes to his
7  having worked at Lockhart Lumber?
8    A   Not that I know of.  I don't
9  really have a lot of contact with him.
10    Q   Okay.  Is your husband part of
11  this litigation as far as you know?  Does he
12  intend to bring his own lawsuit with respect
13  to the facility?
14    A   He may.
15    Q   Okay.  What is your husband's
16  full name, ma'am?
17    A   James Walter Davis.
18    Q   Ms. Davis, tell me how you heard
19  about this lawsuit or about concerns at the
20  Lockhart lumberyard, the facility, as we're
21  calling it today?
22    A   I believe it was where I work;
23  different people coming in.

Page 28

1    Q   At the bank?
2    A   Right.
3    Q   Just can you elaborate a little
4  bit and explain to me what you mean by that?
5    A   Well, after I had cancer, you
6  know, worked at the bank, people that would
7  hear that I had cancer and just talked about
8  the different people in the area that had
9  cancer.  I remember talking to Ronnie
10  Jackson at one point.  That's the only name
11  I can --
12    Q   Okay.  Who is Ronnie Jackson?
13    A   He worked at Lockhart mill.  He's
14  now deceased.
15    Q   And what did you speak about with
16  Ronnie Jackson with respect to the facility
17  or the cancer?
18    A   Just discussed my having cancer,
19  and he was expressing concern about that.
20  And talked about different ones that he knew
21  that had cancer, that there sure was a lot
22  of my particular type of cancer.
23    Q   Did he talk at all about

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 29

1  different processes used at the facility?
2      A   No.
3      Q   Different chemicals used there,
4  nothing like that?
5      A   Not that I recall.
6      Q   Okay. All right. What time
7  frame did those discussions occur, ma'am?
8  You mentioned when you were diagnosed with
9  --
10     A   No, I was diagnosed in '98. I
11 didn't start working at the bank until 2000.
12 And I have no idea; a little over a year
13 ago.
14     Q   Oh, a little -- it wasn't till a
15 year ago at the bank they started talking
16 about this --
17     A   That I talked to Ronnie.
18     Q   Okay. When did you start
19 discussing with anyone, not necessarily
20 Ronnie, but with anyone at the bank or
21 otherwise, the concerns with respect to
22 cancer and the potential --
23     A   Around that time; a little after.

Page 30

1      Q   2000 when you started at the
2  bank?
3      A   No, sir, a little after. A
4  little over a year ago.
5      Q   Okay. When was the first time
6  that you understood that there may be some
7  litigation related to this facility, ma'am?
8      A   Probably around that same time.
9      Q   Okay. And how did you come to
10 understand that?
11     A   Different people, various people
12 come in the bank and mention it to me, ask
13 me that I heard.
14     Q   Do you recall any names?
15     A   No. Ronnie I mentioned. I
16 talked with Debra Hughes.
17     Q   Okay. Tell me who Ms. Hughes is?
18     A   She's a bank customer of mine. A
19 friend.
20     Q   Is she Caucasian, African
21 American?
22     A   Yes.
23     Q   Caucasian?

Page 31

1      A   Caucasian.
2      Q   Did she used to work at the
3  facility?
4      A   Not that I'm aware of.
5      Q   Okay.
6      A   I don't know where she works.
7      Q   Did you ever attend any meetings
8  that included various people who were
9  considering bringing litigation against or
10 with respect to the facility?
11     A   I attended some meetings.
12     Q   When were those meetings? I'm
13 sorry, I cut you off.
14     A   No, that's fine. I don't
15 remember the dates. Sometime within the
16 last year.
17     Q   You said you attended these
18 meetings with somebody or --
19     A   No, with the attorneys, that the
20 attorneys were present.
21     Q   Okay.
22     A   The meetings that I went to.
23     Q   Okay. Do you recall when the

Page 32

1  first meeting was you attended?
2      A   No.
3      Q   Okay.
4      A   It would have been within a year
5  after I talked to Ronnie; so year, year and
6  a half ago, possibly.
7      Q   Okay. Where were those meetings
8  held?
9      A   At the what they call old
10 National Guard armory.
11     Q   And how many folks were present?
12     A   I have no idea. A lot.
13     Q   Okay. Were there folks there
14 making presentations to the group as a
15 whole?
16     A   Mr. Cade spoke.
17     Q   Anybody besides Mr. Cade?
18     A   I came in late, so I don't know
19 who all spoke.
20     Q   Do you recall seeing or hearing
21 anybody besides Mr. Cade speak?
22     A   Not when I got there.
23     Q   What was Mr. Cade saying?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 33

1    MR. MITCHELL: Wait a minute.
2    You're asking what her lawyer told
3    her?
4    Q    Well, at this first meeting, did
5    you view Mr. Cade as your lawyer?
6    A    I was interested in what he had
7    to say.
8    Q    I'm not trying to be mean here.
9    A    I know.
10    Q    I'm just trying to be real clear.
11    In your mind, had you hired him as your
12    lawyer?
13    A    I was considering it.
14    Q    Okay. But you hadn't hired him
15    yet?
16    A    Not at the first one I went to.
17    Q    Okay.
18    MR. MITCHELL: I don't think you
19    made it. She comes to consider
20    hiring an attorney, I don't think
21    initial interviews are exception
22    to the privilege.
23    Q    When in your mind, ma'am, did you

Page 34

1    hire a lawyer for the lawsuit that you've
2    filed?
3    A    Shortly after that.
4    Q    Shortly after that meeting?
5    MR. TAYLOR: Can I make sure that
6    I understand the objection here.
7    MR. TER MOLEN: Yeah. That's
8    fine.
9    MR. TAYLOR: Is the nature of
10    this objection that Mr. Cade can
11    go to a room full of people and
12    have a discussion with folks that
13    he hadn't hired -- that hadn't
14    hired him as their lawyer and make
15    statements and those statements
16    are privileged? Is that the
17    nature of the objection?
18    MR. MITCHELL: Not the way you
19    said it. The objection is that if
20    he had a preemployment or
21    screening with her and then that
22    would be, I believe, subject to
23    privilege, even though she had not

Page 35

1    actually signed the contract.
2    MR. TAYLOR: Even though that
3    discussion was in front of --
4    MR. MITCHELL: If it's held in
5    front of nonclients in a public
6    discussion, I would not object to
7    that.
8    MR. TER MOLEN: Okay. That's
9    actually what I was directing to
10    here.
11    BY MR. TER MOLEN
12    Q    So when you came into that
13    meeting, ma'am, and Mr. Cade was speaking to
14    you and a group of other people there, the
15    other people there, what was he saying?
16    MR. MITCHELL: I'm still going to
17    object. I think it probably is
18    your burden to overcome the
19    privilege. May I just ask her a
20    question?
21    MR. TER MOLEN: Go ahead.
22    MR. MITCHELL: Yeah. Do you know
23    whether there were other people

Page 36

1    there who were not clients?
2    THE WITNESS: Yes.
3    MR. MITCHELL: I'll withdraw it
4    then.
5    MR. TER MOLEN: If you could,
6    read the question, please.
7    (The question was read back.)
8    BY MR. TER MOLEN
9    Q    Okay.
10    A    Discussing the facility.
11    Q    Okay. Can you tell me what he
12    said about the facility?
13    A    Just discussed words and terms
14    about the chemical exposure, and nothing
15    that I had not already heard from Ronnie
16    Jackson.
17    Q    What words and terms did
18    Mr. Cade --
19    A    I don't know. I can't even
20    pronounce them now.
21    MR. LOCKARD: That's okay.
22    Q    Anything stick out in your mind
23    at all?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1      A    Creosote presoak.
2      Q    Creosote does.  And what was that
3  about creosote?
4      A    That it was toxic.
5      Q    And did he discuss during what
6  period of time creosote was used at that
7  facility?
8      A    Not when I was there.  Like I
9  say, I was very late to the meeting.
10     Q    Any other substances that you can
11 recall besides creosote?
12     A    Not that I can pronounce,
13 remember.
14     Q    Okay.  Okay.  Thanks.
15     MR. CADE:  That's fine.
16     Q    Did the word dioxin come up at
17 all?
18     A    It may have.  I really don't
19 remember.
20     Q    Okay.  Okay.  Was there anything
21 that was mentioned about the way the plant
22 operated?
23     A    Not when I was there.

Page 38

1      Q    So at that first meeting, ma'am,
2  what happened next with respect to your
3  ultimate decision to file a lawsuit?  What
4  ended up happening next?
5      A    I asked for the number of their
6  firm and contacted Mr. Cade.
7      Q    Okay.  Was that by phone?
8      A    Yes.
9      Q    And was that within a couple
10 days, a week, after this meeting?
11     A    I don't know how soon it was.
12     Q    Okay.  And what happened after
13 that phone call?
14     A    Signed a contract with him
15 initially and told him that I wanted to be
16 part of the lawsuit, if there was one, that
17 I was very concerned.
18     Q    Okay.  What -- was there only one
19 public meeting, ma'am, that you attended?
20     A    I attended two.
21     Q    Okay.  And was it after the
22 second public meeting that you called
23 Mr. Cade or was it before the second public

Page 39

1  meeting?
2      A    Before.
3      Q    What happened?
4      A    I was in the lawsuit at the time
5  I went to the second one.
6      Q    Okay.  Do you recall when that
7  second public meeting was?
8      A    Not awfully long ago.  I don't
9  remember.
10     Q    Would the last three or four,
11 five months?
12     A    It may have been that recent.
13     Q    Okay.  Was it in 2006?
14     A    Or the end of five.  Sometime
15 very recent.  Wasn't a long time ago.
16     Q    Okay.  What was your reason for
17 attending that second public meeting?
18     A    See what they had to say, update
19 on what was going on.
20     Q    Okay.  At that second public
21 meeting, was everybody who attended a
22 client?
23     A    I have no idea.  There were many

Page 40

1  people there.
2      Q    How many people?
3      A    A room full.  Rather large.
4      Q    Okay.  Was this also held in the
5  armory?
6      A    Right.  Right.
7      Q    So more than a hundred people?
8      A    Yes.
9      Q    More than a thousand people?
10     A    I don't know.
11     Q    Okay.
12     A    I don't know how many it holds.
13     Q    Okay.  What was said at that
14 second public meeting?
15     MR. MITCHELL:  Just a moment.  I
16     would like to take a break.  Go
17     off the record just a moment.
18 (Whereupon, a short break was taken.)
19     MR. MITCHELL:  By not objecting,
20     we're not waiving our right to
21     object or admitting it is
22     discoverable, but we're going to
23     sit here unless you go too far.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 41

1    MR. TER MOLEN: You will let me
2  know.
3  BY MR. TER MOLEN
4    Q  Ma'am, I think the question
5  that's pending, what was said at that second
6  meeting that you attended?
7    A  I watched a videotape, part of a
8  videotape.
9    Q  Okay.  What else happened?
10   A  That was about it.
11   Q  Okay.
12   A  Again, I was late to that one
13 too.  I'm sorry.
14    MR. CADE:  You work.  That's
15  fine.
16   Q  What was the videotape about?
17   A  Where I had been videotaped
18 giving a statement.
19   Q  Okay.  When were you videotaped,
20 ma'am?
21   A  I don't know.
22   Q  I take it sometime after the
23 first meeting?

Page 42

1    A  Not very long -- too long ago;
2  maybe six months.
3    Q  Six months from today or before
4  the meeting?
5    A  Probably.
6    Q  Okay.  So it would have been --
7  you were videotaped just before the second
8  meeting?
9    A  Sometime, yeah.
10   Q  Okay.  Tell me more about the
11 whole videotape process, how did that come
12 about?
13   A  I was just asked if I would talk
14 to someone about -- answer some questions
15 about my cancer, and that's all I talked
16 about.
17   Q  Was that Mr. Cade who asked you
18 that?
19   A  I believe someone from his
20 office, not him but --
21   Q  And did someone come to your home
22 then --
23   A  No.

Page 43

1    Q  -- and videotape you?
2    A  No.  The bank, the conference
3  room.
4    Q  So this was during the daytime?
5    A  Uh-huh.
6    Q  You need to say yes or no.
7    A  Yes.  Yes.
8    Q  And how long did the process
9  take?
10   A  Maybe 15 minutes at the most.
11   Q  Okay.  So it wasn't -- your own
12 video tape wasn't all that long?
13   A  No.
14   Q  And were you given anything to
15 read about what to say on the videotape?
16   A  No.
17   Q  Someone asked you questions?
18   A  Yes.
19   Q  And who was it that asked you
20 questions?
21    MR. MITCHELL:  She always said --
22  now you've gone too far.  I think
23  she said someone from Mr. Cade's

Page 44

1  office came and asked her
2  questions on the videotape.
3  That's too far.
4    MR. TER MOLEN:  That's not what I
5  heard her say before.  I think I'm
6  entitled to who was asking the
7  questions for purposes of the
8  video.
9    MR. MITCHELL:  You are entitled
10  to know who was asking her
11  questions.
12    MR. TER MOLEN:  Yeah, that's what
13  I'm asking.
14    MR. MITCHELL:  I think she
15  answered it.
16 BY MR. TER MOLEN
17   Q  I think she answered who called
18 to set it up is what I heard.  Who was it
19 asked you questions for the videotape,
20 ma'am?
21   A  I do not know the name.  I did at
22 the time but I do not know.  It was a lady.
23 I do not know who she was.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 45

1    Q   Fair enough. So when you came to
2   that second public meeting, did you watch a
3   videotape of anybody else or just yourself?
4    A   I didn't even get to see all of
5   myself. I saw Ronnie Jackson, a small
6   portion of him. There was so much noise and
7   so much clatter and the screen messed up and
8   I left.
9    Q   And so there's nothing else that
10  happened?
11   A   Not while I was there. Like I
12  said, I came in, different people were
13  milling around. It was loud. The acoustics
14  are not good in the building.
15   Q   Okay. All right. So you
16  attended two public meetings?
17   A   Correct.
18   Q   And you had your videotape
19  statement --
20   A   Correct.
21   Q   -- made? Is there anything else
22  that you've done with respect to this
23  lawsuit?

Page 46

1    A   Other than contact with my
2   lawyers or --
3    Q   Yes. Well, have you had other
4   meetings with your lawyers, ma'am?
5    A   Phone calls but that's all.
6       (Whereupon, Defendant's
7       Exhibit Number 4 was marked.)
8   BY MR. TER MOLEN
9    Q   Okay. I'll show you what we
10  marked as defense Exhibit 4. If you could,
11  take a moment and then tell me what that is,
12  please.
13   A   An affidavit that I signed.
14   Q   All right. This was given to you
15  by your lawyers?
16   A   Yes.
17   Q   Okay. And when did that happen,
18  ma'am?
19   A   April of 2006.
20   Q   Okay. And did the lawyers bring
21  this to you and ask you to sign this?
22       MR. CADE: I object to the form.
23   A   I'm trying to think how I got it.

Page 47

1   I really don't remember.
2       MR. CADE: That's fine. Just
3       look through it, see if those are
4       your accurate statements.
5    A   Yes, it is. I remember signing
6   it at the bank I believe, but I don't
7   remember who brought it or --
8    Q   Okay. Someone from your lawyers
9   brought it to you to sign?
10   A   I believe. I don't know who it
11  was.
12   Q   Okay. I'd like you to tell me,
13  ma'am, in your own words, why it is you
14  decided to bring this lawsuit.
15   A   In large part to prevent this
16  type of thing happening to other people.
17   Q   And by "this type of thing,"
18  ma'am?
19   A   Cancer.
20   Q   And why is it that you think this
21  lawsuit will have that effect?
22   A   If unbeknownst to a person
23  they're exposed to something that takes

Page 48

1   something from them like cancer did from me,
2   then I think the industry will pay more
3   attention to what they do, how they process,
4   what effects it has on the neighborhood, and
5   allow people to make that choice if they
6   want to live near that.
7    Q   Okay. Well, do you believe that
8   you were exposed to chemicals from the
9   facility?
10   A   I do.
11   Q   Okay. And how do you -- in your
12  view, how do those exposures occur?
13   A   Airborne. I washed my husband's
14  clothes when he worked over there. I lived
15  within sight of the mill. I could see it
16  from where I lived. Smell it, see smoke.
17   Q   Okay. First of all, anything
18  else you want to add to that list?
19   A   No.
20   Q   I'm just going to break this
21  down. I want to make sure I understand your
22  comments. You said that you believe you
23  were exposed through an airborne exposure

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 49

1  route?
2      A   Possible.
3      Q   It's possible.  Okay.  That's
4  what I wanted to -- is there anything that
5  sticks in your mind as a concrete example of
6  being exposed to airborne or this is
7  something you understand is a possibility?
8      A   Correct.
9      Q   It's something you understand is
10 a possibility?
11     A   Are you asking me if I think
12 that's possible I was exposed by the air?
13     Q   I'm trying to make sure --
14     A   I'm trying to understand your
15 question.
16     Q   Okay.  That's fair enough.  Let's
17 start over here.
18     A   Okay.
19     Q   I think I understand from your
20 answer, and you tell me if I'm misspeaking
21 here, that you don't recall a concrete
22 example in your mind of being exposed via
23 some airborne emission, but what you are

Page 50

1  saying is that you think it was possible
2  that you were exposed from an airborne
3  source, is that a fair summary?
4          MR. MITCHELL:  Object to the
5          form.  That's about five questions
6          in one.
7      Q   If you understand the question,
8  you can answer; if you don't, I will restate
9  it.
10     A   I was not doused with liquid from
11 there, but I feel like I breathed in that
12 air and that smoke.  Could have been other
13 ways.
14     Q   Okay.  What I'm asking here, and
15 I'm sorry my question isn't all that clear
16 here, is there some concrete example that
17 sticks in your mind of when you breathed in
18 emissions that you know were from the
19 facility?
20     A   I could not give you a date.
21     Q   Okay.  Okay.  So when you say
22 that you think you were exposed to an
23 airborne route, what you're saying is that

Page 51

1  you think that was possible?
2      A   Correct.
3      Q   Okay.  I think we understand each
4  other.  And I want to follow-up now a little
5  bit, too.  When you say it's possible you
6  may have been exposed to airborne emissions,
7  are you focusing on the 1980 to 1985 time
8  frame that you lived in Lockhart on those,
9  as we marked it on the map here, Exhibit 3?
10     A   I lived in that area surrounding
11 there and travelled those roads right by the
12 mill, that's the only route to Florala, for
13 many years.  I don't have a time frame.
14     Q   Okay.  Does your time frame -- I
15 want to be clear on this.  I understand the
16 time frame is important.  And do you think
17 in your mind that you may have been exposed
18 before 1980, which is when you moved -- as I
19 understand it, when you moved to Lockhart?
20     A   I don't really know what you're
21 asking.
22     Q   Okay.  Just to back --
23     A   There was exposure there from

Page 52

1  that mill.  It could have been happening for
2  a long time.  I don't know.
3      Q   Okay.  In your view, is it
4  possible that you were exposed to substances
5  from the facility before 1980 when you moved
6  to Lockhart?
7      A   Is it possible I was?
8      Q   Yes, ma'am.
9      A   Been in that area since I was a
10 child.  I could have been.  I don't know.
11     Q   Okay.  I want to make sure I
12 understand, because when you say you had
13 been in that area, you had lived in Laurel
14 Hill?
15     A   Correct.
16     Q   Down in Florida, right?
17     A   Correct.
18     Q   Is that what you mean when you
19 say you've been in that area?
20     A   The only town to go to from
21 there.  Laurel Hill has no stores.  When I
22 was small, growing up, Florala was the town
23 that we went to.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 53

1    Q    Sorry to interrupt. You're
2  saying as a child you went from Laurel Hill
3  up to Florala?
4    A    To shop, to buy groceries.
5    Q    Okay. And so when you say you've
6  been in that area since a child, that's what
7  you mean, is that correct?
8    A    Correct.
9    Q    Now I understand you then.
10  That's what I wanted to clarify. All right.
11  Then you said that you washed your husband's
12  clothes --
13    A    Still do.
14    Q    -- as well? Okay. I hope he
15  appreciates it. And then those clothes came
16  home for you to wash, was there anything
17  remarkable about them?
18    A    No.
19    Q    Okay. And when you add them into
20  laundry with all the other clothes --
21    A    Yes.
22    Q    -- with your household?
23    A    Wore Jeans. Just regular

Page 54

1  assortment, nothing in particular.
2    Q    So they didn't leap out at you as
3  particularly dirty --
4    A    No.
5    Q    -- or there wasn't really an
6  obnoxious odor about them, is that fair to
7  say?
8    A    Sweaty, dirty odor.
9    Q    That's fair enough. And then
10  when you said that before that you lived
11  within sight of the mill, is that more tied
12  into the -- what we talked about already,
13  the airborne exposure potential that you
14  mentioned before?
15    A    Yeah.
16    Q    Okay. Okay. Did you ever go to
17  the mill?
18    A    Yes, I have.
19    Q    And you go there to visit your
20  husband on occasion?
21    A    I attended a barbecue there. I
22  attended a Christmas party there. Neither
23  of those were with my husband, however. I

Page 55

1  need to get that clear.
2    Q    We won't tell. Okay. So fair to
3  say you did not --
4    A    Not frequent, real frequent, no.
5    Q    Yeah. Are there other relatives
6  of yours, ma'am, who have brought -- who are
7  part of this effort to bring lawsuits
8  against the facility?
9    A    I don't know who all. I'm not
10  aware of every name. I would hate to say no
11  because -- not that I'm aware is all I can
12  say.
13    Q    All right. So no relatives that
14  you're aware of?
15    A    That I'm aware of.
16    Q    Okay. You mentioned you have a
17  brother who is in this area, correct?
18    A    Laurel Hill.
19    Q    In Laurel Hill. Do you have any
20  other siblings?
21    A    Yes.
22    Q    Can you tell me how many?
23    A    I have three others and some half

Page 56

1  brothers. There's plenty. How far do you
2  want it?
3    Q    Okay. Did any of them work at
4  the facility?
5    A    No. The one brother in Laurel
6  Hill but not the other three.
7    Q    Did any of them work -- pardon
8  me, let me withdraw that question. Did any
9  of them live in Lockhart?
10    A    My sister.
11    Q    And what's her name?
12    A    Joyce Holly.
13    Q    Does she still live in Lockhart?
14    A    Right outside of Lockhart.
15    Q    How long has she lived in
16  Lockhart or the vicinity?
17    A    Maybe since '86 or somewhere.
18    Q    Okay. For about 20 years or so
19  then?
20    A    That or less. I'm not quite sure
21  when they built, but they lived in Laurel
22  Hill right before that, the area.
23    Q    Okay. Does she suffer from any

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 57

1   injuries, as far as you're aware of, ma'am,
2   which she or others attribute to exposures
3   from the Lockhart mill?
4        A    Not that I'm aware of.
5        Q    Anybody besides your sister Joyce
6   who lives in Lockhart or the vicinity?
7        A    Of my relatives?
8        Q    Yes, ma'am.
9        A    You're not talking about in-laws.
10       Q    Well, let's add in-laws in as
11  well.
12       A    I have two brother-in-laws that
13  live right in Lockhart.
14       Q    Okay.  What are their names?
15       A    Paul Davis.  Albert Davis.
16       Q    How old is Paul?
17       A    Possibly 43.
18       Q    Okay.  How old is Albert?
19       A    Forty-eight or 49, not quite
20  sure.
21       Q    And neither of them worked at the
22  Lockhart facility, is that fair to say?
23       A    Not that I know of.  I don't

Page 58

1   know.
2        Q    Okay.
3        A    Not since I've been married to
4   James.
5        Q    Do either of them, as far as you
6   know, suffer from any injuries that they or
7   others attribute to exposures from the
8   facility?
9        A    They both have muscular dystrophy
10  but I don't know.
11       Q    As far as you know --
12       A    Not that I know of; not that they
13  mentioned to me.
14       Q    They have mentioned to you that
15  they blamed exposures from the facility?
16       A    They have not mentioned to me.
17       Q    What about family, do either of
18  them have family?
19       A    Paul has not married, has never
20  married.  Albert has a wife, no children.
21       Q    And then does anybody in Paul's
22  family suffer from any conditions which
23  they, as far as you know, attribute to

Page 59

1   exposures from the facility?
2        A    Not that I'm aware of.
3        Q    Did they attend any of these
4   meetings?
5        A    I did not see either one of them
6   there.
7        Q    And it's fair to say you didn't
8   see either of them there at either meeting?
9        A    Right.
10            (Whereupon, Defendant's
11           Exhibit Number 5 was marked.)
12  BY MR. TER MOLEN
13       Q    Okay.  Let me show you what we
14  will mark as Exhibit 5.  Try and make sure I
15  haven't marked this.  Ms. Davis, if you
16  could, take a minute and tell me what
17  Exhibit 5 is, please.
18       A    Medical authorization form for
19  disclosure of medical records.
20       Q    Yes, ma'am.  That's the first two
21  pages of Exhibit 5, correct?
22       A    Correct.  Personal history
23  questionnaire.

Page 60

1        Q    Okay.  And that goes on for
2   approximately 11 pages, correct?
3        A    Correct, health information.
4        Q    And that goes on for the
5   remainder, for approximately 42 or so pages,
6   correct?
7        A    Correct.
8        Q    Okay.  If I could ask you to turn
9   -- first of all, ma'am, as you look at this
10  exhibit, was this -- were all the pages in
11  this Exhibit 5 completed by you?
12       A    Yes.
13       Q    There are signature lines, ma'am,
14  on the second page and then for the second
15  part of it on page 11 and then at the very
16  end.  And is that your -- are those your
17  signatures in those three spots?
18       A    Yes.
19       Q    Okay.  And if you need to take a
20  minute, that's fine, but I would like you
21  just to verify for me that the answers that
22  you set forth here are true and accurate to
23  the best of your understanding?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 61

1   A   To the best of my understanding.
2   Q   Yeah. And if you want to take
3 some time to walk through this, that's fine.
4 I want to ask you these questions so that
5 we're able to shorten the length of this
6 deposition. If you want to take your time
7 and read through this carefully, that's
8 fine.
9   A   I'm fine with it.
10   Q   If I could ask you, ma'am, just a
11 little blurry on my copy here, but if you
12 could tell me your Social Security number,
13 please?
14   A   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.
15   Q   Okay. Thanks. Your handwriting
16 is much better than mine. Ma'am, there are
17 some pages here that are missing that didn't
18 make it back to us. And before I go there,
19 let me just ask you were these different
20 documents given to you by your counsel and
21 then you gave them back to your counsel?
22 I'm sorry, is that a yes?
23   A   Yes.

Page 62

1   Q   And if you turn to the third part
2 of this exhibit that says at the bottom
3 "client" or "family member" --
4       MR. CADE: What page is that on,
5       Mark?
6       MR. TER MOLEN: Well, it starts
7       about 13 pages in to identify. If
8       you look at the bottom, Greg, it's
9       the part that starts "client or
10       family member" as opposed to
11       saying client information.
12       MR. CADE: I got you.
13       THE WITNESS: On which page of 5.
14 BY MR. TER MOLEN
15   Q   Just page 1. The copy -- I will
16 represent to you the copy that we received,
17 you turn the page, see it jumps from page 1
18 to page 3, and so I'm going to -- I'm
19 telling you I'm going to ask you some
20 questions that are on page 2 that we didn't
21 get back from you, so bear with me, okay?
22   A   Okay.
23   Q   First is, did you or any family

Page 63

1 member have a special needs provider?
2   A   What does that mean?
3   Q   Did you or -- you have two
4 children, is that correct?
5   A   Correct.
6   Q   Why don't you take a minute here
7 and tell me about your children. What are
8 their names and ages?
9   A   My son is Adam Davis, and he is
10 23. My daughter is Lori, L-O-R-I, and she's
11 16.
12   Q   Good age. Interesting age, I'm
13 sure.
14   A   Yes.
15   Q   And let me just ask you, ma'am,
16 do you believe that either of these, either
17 of your children suffers from any medical
18 issue which you believe is associated with
19 the facility?
20   A   No.
21   Q   Okay. Okay. Did either of your
22 children have any special needs or special
23 issues as they've been growing up?

Page 64

1   A   My daughter had seizures when she
2 was small.
3   Q   Okay. But as far as of their
4 educational process, they both went through
5 normal schools and so forth?
6   A   Correct.
7   Q   Were either of them hospitalized
8 at all?
9   A   My daughter.
10   Q   For these seizures?
11   A   Correct.
12   Q   And were those seizures ever
13 diagnosed?
14   A   Febrile.
15       MR. LOCKARD: I'm sorry, what did
16       you say, ma'am?
17   A   Febrile.
18   Q   Does she still suffer from
19 seizures?
20   A   No.
21   Q   Was it just a growing issue?
22   A   Yes, sir.
23   Q   She grew out of it?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 65

1      A   Yes, sir.
2      Q   Okay.  And then I think -- have
3   you ever been hospitalized at all, ma'am?
4      A   Yes.
5      Q   Can you tell me when and for what
6   purpose?
7      A   When I was 11 or 12,
8   tonsillectomy.  When I had both my children.
9   When I had my mastectomy.
10      Q   Okay.  Any other times at all?
11      A   Not that I remember.
12      Q   Okay.  Then any other reasons
13   that you typically visit a doctor?  Have you
14   gone to see a doctor for anything, other
15   than just usual course of diseases?
16      A   Skin rash, dermatitis, then the
17   OB-GYN; that kind of thing.
18      Q   Have skin rash or dermatitis, has
19   that been ongoing?
20      A   Since around '86.
21      Q   And is there a medication or
22   treatment you've been undergoing for that at
23   all?

Page 66

1      A   At the time that I had it.
2      Q   Okay.  What was that medication
3   or treatment you --
4      A   A cream.  Prednisone for like two
5   or three days while I'm taking the cream.
6      Q   And that treated the condition?
7      A   Yeah.
8      Q   Okay.  Then, ma'am, we were also
9   missing page 22 from Exhibit 5.
10      MR. CADE:  Does it appear to be a
11   skip or something?  Is that what
12   happened with the documents you're
13   referring to?
14      MR. LOCKARD:  Well, we're
15   actually missing 18, at least we
16   are in my copy.
17      MR. TER MOLEN:  We are.  We're
18   missing 18.  No, but that deals
19   mostly with male reproductive
20   history and so I figure we're
21   okay.
22      MR. CADE:  After this, we will
23   talk about it.  We'll figure out

Page 67

1   what happened.  I don't know what
2   happened.  It was nothing
3   purposeful by no means.
4      MR. TER MOLEN:  I didn't mean to
5   imply that at all.  I'm just
6   saying that the copies that we
7   got, we were just missing pages.
8      MR. CADE:  All right.
9      MR. TER MOLEN:  That happened in
10   the first deposition, too.  There
11   were pages that were missing and
12   so that's why we're doing this.
13      MR. MITCHELL:  So the ones you
14   have are missing pages?
15      MR. TER MOLEN:  The ones that all
16   of us have, all the defense
17   counsel got back, are missing
18   pages.
19      MR. MITCHELL:  Okay.  So it
20   wasn't Will's copying machine.
21      MR. CADE:  What we will do is
22   we'll fix it however we can.  If
23   you need it by tomorrow even, I

Page 68

1   will try to get it squared away at
2   my office.  I will try.
3      MR. TER MOLEN:  Okay.  Good.
4   Yeah, I understand.  I understand.
5   BY MR. TER MOLEN:
6      Q   If you can bear with me, ma'am, I
7   will ask you a few more questions.  These
8   questions have to do with your maternal
9   relatives.  And so if you could, for each of
10   these I'm going to ask you, and I will go
11   through this in more detail so you know
12   what's coming, I will go through and ask you
13   their place of birth, whether they're still
14   living or not, if they've deceased, the
15   cause of death, if they had any significant
16   diseases, particularly any cancers, and if
17   they did have those diseases, when those
18   diseases were diagnosed.  Again, these are
19   your maternal relatives, so starting your
20   grandfather on your mother's side.  So the
21   first question would be, your grandfather on
22   your mother's side, his place of birth?
23      A   That would be my mother's father?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 69

1    Q    Yes, ma'am.
2    A    I think Pike County, Alabama. I
3   don't know for sure. That's where he came
4   from.
5    Q    Yeah. That's fine. And is he
6   still with us?
7    A    No, he's deceased.
8    Q    When did he pass away
9   approximately?
10   A    I was a young girl. Probably
11  second, third grade, I think. I don't know
12  what year.
13   Q    So early 1960's?
14   A    Yeah.
15   Q    Okay. And the cause of his
16  death?
17   A    He had a stroke at one point, I
18  think. I don't really know.
19   Q    Okay. And was he ever diagnosed
20  with cancer?
21   A    Not that I know of.
22   Q    Okay. All right. Now let's move
23  to your mother's mother. Where was she

Page 70

1   born?
2    A    As far as I know, Laurel Hill,
3   Florida.
4    Q    And has she passed away?
5    A    She's deceased.
6    Q    Okay. Approximately when?
7    A    In the eighties.
8    Q    The 1980's?
9    A    I think.
10   Q    Okay.
11   A    I know when she was born and how
12  old she was when she died, if you want to
13  figure that up.
14   Q    That's okay. What was the cause
15  of death?
16   A    She had a stroke, also. But I
17  don't know if it was kidney failure. I
18  don't know what finally happened. She was
19  ninety-something.
20   Q    Okay. Was she ever diagnosed
21  with cancer?
22   A    No.
23   Q    Okay. And then did your mother

Page 71

1   have any sisters?
2    A    Yes, two.
3    Q    Two sisters. Okay. And were
4   they also born in the Laurel Hill, Florida
5   area?
6    A    Yes, sir.
7    Q    Okay. And are they both still
8   with us?
9    A    They're deceased.
10   Q    And approximately when did they
11  pass away?
12   A    One in the eighties, early
13  eighties probably. The other one probably
14  in the last three years. I don't know
15  exactly what year.
16   Q    Okay. And what were the causes
17  of their death?
18   A    First aunt died of a heart
19  attack, I believe, and the second one was
20  renal failure.
21   Q    Okay. Did either of them ever
22  have any cancer at all, as far as you know?
23   A    The second aunt had a type of

Page 72

1   female. I'm not sure what it was, uterine,
2   cervix. I'm not sure which one of those it
3   was.
4    Q    Okay. All right. Do you know
5   when that was diagnosed?
6    A    Maybe 15 years before her death.
7   She didn't die from that or anything. I'm
8   not really sure on the date. She lived a
9   while after that.
10   Q    Did your mother have any
11  brothers?
12   A    Yes, one.
13   Q    Also born Laurel Hill?
14   A    As far as I know.
15   Q    Okay. Is he still with us?
16   A    No, he's deceased.
17   Q    When did he pass away?
18   A    Let me think, probably the early
19  seventies.
20   Q    A young man then?
21   A    If I remember.
22   Q    And what was the cause of death?
23   A    I really don't know. He had some

18  (Pages 69 to 72)

# FREEDOM COURT REPORTING

Page 73

1  type of liver malfunction, but I really
2  don't know what it was considered.
3      Q   Okay.  Was he diagnosed with
4  cancer at all?
5      A   No, not that I know of.
6      Q   Okay.  Okay.  I will just
7  represent to you that we're missing a few
8  more pages, as well.  This is pages 34 and
9  36, so just bear with me.  I understand
10 you've always been a nonsmoker, is that
11 correct?
12     A   Correct.
13     Q   Did anybody in the family when
14 you were growing up smoke?
15     A   My dad did till I was about seven
16 years old, six or seven.
17     Q   Okay.
18     A   Became a Christian at that point
19 and quit.
20     Q   And quit.  Good for him.  Was he
21 -- do you recall knowing, was he a pack a
22 day smoker, two packs a day smoker?
23     A   I have no idea.

Page 74

1      Q   Okay.  And so no one else in your
2  family growing up besides your dad smoked?
3      A   Huh-huh.
4      Q   Did your first husband smoke?
5      A   No.
6      Q   Your husband now does not smoke
7  either, is that fair to say?
8      A   He does now.
9      Q   Oh, he does now.  Okay.  How long
10 has he been a smoker?
11     A   He smoked for probably a dozen
12 years or so when we first married and then
13 he quit when he became a trooper, went to
14 trooper school.  And then I think he's been
15 smoking a couple years now.
16     Q   Okay.  Okay.
17     A   So there's a period of ten or
18 eleven years he didn't smoke.
19     Q   For the dozen years or so that he
20 smoked when you were first married, can you
21 give me an assessment, was it a pack a day,
22 two packs a day, three packs a day?
23     A   He couldn't smoke at work, so

Page 75

1  maybe a pack.  I don't know how much he
2  smoked.  He didn't smoke around me, so -- he
3  knew I didn't like it.
4      Q   Right.  Did he smoke at home at
5  all?
6      A   In the yard.
7      Q   Okay.  And for the last couple of
8  years, does he smoke in the yard, does he
9  smoke indoors?
10     A   Not indoors.
11     Q   Okay.  And, again, I'm sorry, but
12 I'm going to ask you some questions here.
13 I'm not trying to be rude here but just bear
14 with me.  Have you ever used any drugs other
15 than smoking?
16     A   No.
17     Q   Have you ever lived with anybody
18 who has been using drugs at all?
19     A   No.
20     Q   Have you ever used sleeping
21 pills?
22     A   No.
23     Q   Tranquilizers?

Page 76

1      A   No.
2      Q   Anxiety medication?
3      A   Have I?
4      Q   Yes, ma'am.
5      A   No.
6      Q   Stimulants, putting aside
7  caffeine or anything like that?
8      A   No.
9      Q   Weight loss drugs?
10     A   No.
11     Q   Antidepressants?
12     A   No.
13     Q   Narcotic pain medication?
14     A   Yes.
15     Q   When did you use the narcotic
16 pain medication?
17     A   '99 when I had osteopetrosis, I
18 had six bone fractures and was prescribed
19 Darvocet.
20     Q   And how long were you taking the
21 Darvocet?
22     A   Period of maybe two or three
23 months.  Maybe not that long.  Get relief

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 77

1  from that pain until they diagnosed what I
2  had, that I had the fractures.
3      Q  Other than the period in 1999,
4  have you ever used narcotic pain relievers?
5      A  Huh-uh.
6      Q  No?
7      A  No.
8      Q  I just want to clarify something
9  here, too.  Is it fair to say you do not
10  attribute the osteopetrosis to any exposures
11  associated with the facility?
12      A  As a domino effect.
13      Q  Okay.  Could you clarify that for
14  me?
15      A  It's possible that the chemo I
16  took from the cancer I had weakened my
17  bones.
18      Q  Okay.  Has any doctor told you
19  that that's -- that is what happened?
20      A  They don't know.  I am so young
21  to have that.  It's just very rare that
22  someone as young as me would have
23  osteopetrosis.

Page 78

1      Q  Okay.  Have you ever taken
2  sleeping pills?
3      A  As a form of my chemotherapy,
4  before I would have a treatment, they would
5  give me a piece of a Haldol and something
6  else, Benadryl, you know, precursor to my
7  chemo.
8      Q  Got you.
9      A  But that's all I recall.
10      Q  Tranquilizers?
11      A  No.
12      Q  Amphetamines?
13      A  What falls under amphetamines?
14      Q  I think you would know it if you
15  had tried.
16      A  I guess not.
17      Q  Probably not.  Have you ever
18  pumped your own gasoline?
19      A  Yes.
20      Q  And is that something that you do
21  regularly?
22      A  Yes.  Since self-serve went out,
23  attendant went out.

Page 79

1      Q  And do you drive to and from
2  work?
3      A  Yes, I do.
4      Q  And so you've been pumping --
5  you've been filling up the tank a couple
6  times a week?
7      A  No.  Up until recent gas prices,
8  probably once every two weeks.
9      Q  Have you ever lived in a mobile
10  home?
11      A  Yes.
12      Q  During what time frames?
13      A  I think I have it in here.  I
14  don't remember.  It was when I lived on
15  Catawba.  I had to go back and look that up
16  when I filled this out.  I think '84 to '85.
17  About a year.  I think that was right.  I
18  think that's around that area.
19      Q  Was the home new when you moved
20  in?
21      A  No, used.
22      Q  It was used.  Okay.  Do you have
23  your clothes dry cleaned?

Page 80

1      A  I don't.
2      Q  So you don't wear clothes that
3  have been dry cleaned?
4      A  I have but very rarely.
5      Q  Okay.  How many hours per day do
6  you typically spend indoors?
7      A  Counting the nighttime?
8      Q  Sure.
9      A  It's easier for me to calculate
10  how many I spend outdoors.
11      Q  That's fine.
12      A  Depending what time of year,
13  probably 20 hours indoors.
14      Q  Okay.  Okay.  And you're working,
15  correct?
16      A  Correct.
17      Q  And that's an eight hour day or
18  is it longer than that typically?
19      A  Eight.
20      Q  And that's five days a week?
21      A  Right.
22      Q  And that's been pretty steady
23  most of your adult life, is that fair to

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 81

1  say?
2     A   Right.
3     Q   Do you folks own a swimming pool?
4     A   Yes.
5     Q   And that's been for how long that
6  you've owned a swimming pool?
7     A   Six possibly. Six or seven
8  years.
9     Q   Okay. And are you a swimmer? Do
10  you like to swim for exercise?
11     A   I don't swim.
12     Q   You don't swim. Okay. Do you
13  use the pool often?
14     A   In the summer. Not -- couple
15  times a week.
16     Q   Okay. Do you guys have a service
17  that cleans it for you or...
18     A   No.
19     Q   You guys get stuck with that
20  happy job of cleaning the pool?
21     A   Vacuum.
22     Q   Is that something you participate
23  in?

Page 82

1     A   Yes.
2     Q   Do you have a sauna, as well?
3     A   No.
4     Q   Do you have a Jacuzzi?
5     A   No.
6     Q   Have you ever had a Jacuzzi?
7     A   No.
8     Q   You were first diagnosed with
9  breast cancer in 1998 --
10     A   Right.
11     Q   -- you said earlier? And then
12  did you went through -- did you go through
13  surgery for that?
14     A   Yes, sir.
15     Q   And then you also went through
16  chemotherapy?
17     A   Yes, sir.
18     Q   And then as of, was it
19  approximately 2000 or so that you were
20  declared cancer free? Is that --
21     A   They've never used that term.
22  Just say no signs of cancer at this time is
23  how they term it.

Page 83

1     Q   Okay. Right.
2     A   So that's where I'm at.
3     Q   Keep our fingers crossed. Was
4  that first told to you there were no signs
5  of cancer in 2000 or earlier than that?
6     A   It was on my blood test. When I
7  go to the doctor, they would just say "no
8  sign of cancer at this time."
9     Q   Okay. And so that happened after
10  some initial chemo?
11     A   I took nine months of chemo.
12     Q   Nine months of chemo. Okay. So
13  in 1999 or 2000 --
14     A   Possible.
15     Q   -- is when you were told there
16  were no signs of cancer?
17     A   Probably.
18     Q   Okay. Fair enough. From the
19  time frame 1998 through 2000, during that
20  period of time, ma'am, did any doctor tell
21  you that your breast cancer was associated
22  with the facility?
23     A   No, sir.

Page 84

1     Q   Since that point in time, has any
2  doctor told you that your breast cancer is
3  associated with the facility?
4     A   No, sir.
5     Q   Okay. Have you asked any doctor
6  whether your breast cancer is associated
7  with the facility?
8     A   No, sir.
9     Q   Okay. Have your lawyers asked
10  you to see any particular doctors at all?
11     A   No, sir.
12     Q   Do you recall seeing a physician
13  with the last name of Nolen?
14     A   Nolen?
15     Q   Nolen, yes, ma'am. A Dr. Nolen
16  in Columbiana, Alabama?
17     A   No.
18     Q   Have you authorized your lawyers
19  to send any of your medical records to a
20  physician for review?
21     A   I've authorized release of my
22  medical records.
23     Q   Okay. I'll leave it at that.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 85

1  Does the name Baptist Health Center ring any
2  bells?
3      A   Where is that located?
4      Q   That's in Columbiana.
5      A   No.
6      Q   Okay.  Would you expect that if
7  you had been examined by a -- by a
8  Dr. Nolen, that you would recall that?
9      A   If I had been examined?
10     Q   Yes.
11     A   Yes, sir.  Physically, yes, sir.
12     Q   Okay.  Bear with me, ma'am.  I
13  just want to make sure I'm not duplicating a
14  number of questions here.  Try and finish
15  this up in short order.  Other than the work
16  history that we described already as a
17  bookkeeper and so forth, have you held any
18  second jobs?
19     A   Yes, sir.  I'm church secretary.
20     Q   Anything besides that, ma'am?
21     A   Not that I can remember.
22     Q   Okay.  Which church is that?
23     A   Liberty Hill Assembly of God.

Page 86

1      Q   Where is that located?
2      A   Probably two and a half miles,
3  two and half, three miles from my house on
4  Glenn Chambers Road.  Same road I live on.
5      Q   And how long have you been a
6  member of that church?
7      A   Approximately late eighties.
8      Q   Your husband is a member there,
9  as well?
10     A   No.
11     Q   Okay.  Are there other members of
12  your church, as far as you know, ma'am, who
13  are part of this effort to bring lawsuits
14  against the facility?
15     A   Not that I know of.
16     Q   Okay.  Have you talked about the
17  situation at all with your pastor?
18     A   No.
19     Q   Ma'am, do you have any personal
20  knowledge or knowledge through your husband
21  at all about what different processes
22  occurred at the facility?
23     A   No.

Page 87

1      Q   Did you ever see any newspaper
2  articles at any point in time locally that
3  were talking about efforts to bring lawsuits
4  against the facility?
5      A   Talking about efforts?
6      Q   Yes, ma'am.  You ever seen any
7  advertisements at all or notices?
8      A   I seen a notice in the paper like
9  you see on T.V, "been injured" or whatever.
10  But that's it.
11     Q   And that was related to this
12  facility?
13     A   Environmental, uh-huh.
14     Q   And when was that, ma'am,
15  approximately?
16     A   Over the last three, six months.
17     Q   Okay.
18     A   I don't subscribe to the paper,
19  so I don't see it every week.
20     Q   Okay.  Can you describe for me,
21  please, your current home?  Your current
22  home, can you just give me a general
23  description?  Is it a one story home, two

Page 88

1  story home?
2      A   Yes.
3      Q   One story home?
4      A   Yeah.
5      Q   Does it have an attic?
6      A   Yes.
7      Q   And is the attic used at all?
8      A   No, sir.
9      Q   You've never been up in the
10  attic?
11     A   I looked up there.
12     Q   Okay.  Fair enough.  And is there
13  a fireplace?
14     A   No.
15     Q   Okay.  And then moving back in
16  time, ma'am, the house you were at just
17  before you moved to your current house, can
18  you tell me -- describe that house for me.
19  Was that also a one story home?
20     A   The house right before I lived
21  where I live now?
22     Q   Yes, ma'am?
23     A   That was a mobile home.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 89

1    Q    That was a mobile home. Okay.
2  So that did not have a attic?
3    A    No.
4    Q    And that did not have a fireplace
5  either?
6    A    No.
7    Q    And before that, it was the house
8  on Osage?
9    A    Correct.
10    Q    And was that also a one story
11  home?
12    A    Yes.
13    Q    And that did not have an attic,
14  correct?
15    A    Yes.
16    Q    It did have an attic?
17    A    It was not one that was used, but
18  it was an older home that had the space up
19  there. It wasn't a usable attic.
20    Q    And you didn't go up to the
21  attic?
22    A    No.
23    Q    And that home didn't have a

Page 90

1  fireplace either?
2    A    It had a -- at one time it had a
3  fireplace. We used a wood burning little
4  heater.
5    Q    Okay. This was a house on Osage
6  you lived in for three or four years in
7  Lockhart?
8    A    Correct.
9    Q    Yes. Where did the wood come
10  from that you used in that space heater?
11    A    The woods. My husband cut it.
12    Q    Okay. So your husband did not
13  bring wood home?
14    A    No.
15    Q    From the facility?
16    A    No.
17    Q    Did anybody, that as far as
18  you're aware, bring home wood from the
19  facility and use that for burning?
20    A    Not that I'm aware.
21    Q    Ma'am, while you were growing up,
22  did your family ever burn trash at all?
23    A    Small piles.

Page 91

1    Q    Small piles of trash. What about
2  leaves while you were growing up, did your
3  family, while you were growing up, burn
4  leaves?
5    A    Yes.
6    Q    And that was in the fall they
7  burned leaves?
8    A    Yes.
9    Q    And is that something that you
10  continued to do after you moved out of the
11  home?
12    A    Yes.
13    Q    Is that something you folks still
14  do today, burn leaves in the fall?
15    A    I don't; compost them.
16    MR. CADE: Let's take a five
17    minute break.
18  (Whereupon, a short break was taken.)
19  BY MR. TER MOLEN
20    Q    Sorry again to be asking you
21  these unduly trivial questions here, but
22  through what period of time were you
23  involved in burning leaves, ma'am? Through

Page 92

1  1995 or so?
2    MR. CADE: Let me object to the
3    form. You can --
4    Q    Do you understand the question,
5  ma'am?
6    A    By "involved in," do you mean
7  ever doing it or being around it or
8  whatever?
9    Q    Yes, ma'am.
10    A    Possibly, yeah.
11    Q    So through 1995 you think you
12  were involved in burning leaves?
13    A    Probably.
14    Q    Okay. Fair enough. Any of the
15  places where you've lived, ma'am, was there
16  water that was supplied by a well, as
17  opposed to being a municipal pipe?
18    A    Well, now we have both, public
19  and well.
20    Q    And you lived in that home --
21  sorry. You lived in that home --
22    A    Since '85.
23    Q    Since '85. Does the well

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 93

1  water -- for what purpose is the well water
2  in your current home used?
3      A   We're on the well water right
4  now.
5      Q   Okay.  What -- how do you decide
6  whether to be on well water or municipal
7  water?
8      A   During storms or when the
9  electricity is out, we have the ability to
10  switch to county water.  So we have both.
11      Q   Okay.  Generally, you're on well
12  water?
13      A   And the barn and everything is on
14  the public water.  We can supply the house
15  with either.  We have a cutoff valve to
16  supply for either.
17      Q   Is it fair to say the house for a
18  general rule is on well water?
19      A   Most of the time.
20      Q   And then the county water is --
21      A   Back up.
22      Q   And the well water is free, I
23  take it?

Page 94

1      A   Yeah, except electricity.
2      Q   Yes, except electricity.  Has
3  that well ever been tested?
4      A   When we first put it down, I
5  think the law required some type of test.
6      Q   Okay.  And do you recall what the
7  results were?  I take it they were safe?
8      A   Right.
9      Q   And when was that well first put
10  down, in 1985?
11          MR. CADE:  Object to the form.
12      Just answer the question.  You're
13      leading a little bit here.
14      Q   Well, that's okay.
15          MR. CADE:  It's okay, but I'm
16      objecting.
17      A   We moved there in '85.  I'm not
18  sure if it was put down in '84 or '85.  We
19  were working on the house up to that point.
20      Q   Okay.  Has the well water ever
21  tasted funny to you?
22      A   No.  The county water.
23      Q   County water tastes different?

Page 95

1      A   Not as good as the well water.
2      Q   And your current residence is the
3  only home in which you've lived that has
4  used well water, correct?
5      A   Yes.
6      Q   Okay.  Okay.  Who is
7  responsible -- as you moved out of your
8  parents' home, who has had responsibility
9  for cleaning the home in which you lived?
10      A   I would say me.
11      Q   You would say you.  Okay.  I was
12  guessing that, but I wasn't going to assume
13  anything.  And are there certain kinds of
14  cleaners you typically use, ma'am, for that
15  process?
16      A   General household cleaners.
17      Q   Okay.  For bathrooms is there a
18  particular brand that you tend to favor?
19      A   Really whatever is on sale.  I
20  use Dowel, Soft Scrub.
21      Q   Okay.  Very good.  In your
22  questionnaire, Exhibit 5 here -- and I'm
23  happy to point this out to you, but I don't

Page 96

1  need to unless you want me to, you've
2  indicated that from 1985 to present you
3  lived in three miles of a commercial farm?
4      A   Correct.  Well, I don't know what
5  you mean commercial.  It's not a large
6  operation.  Not really large.
7      Q   Okay.
8      A   I don't know how many acres.
9      Q   Is that a next door neighbor to
10  you?  Approximately how close is it?
11      A   Probably three miles.  Three or
12  four miles.
13      Q   Okay.
14      A   I cannot see their farm at all.
15      Q   Okay.  And they may grow
16  carraways --
17      A   No.
18      Q   -- on their farm?
19      A   No, that's their name.
20      Q   Oh, that's their name.  Sorry.
21  Got you.  Got you.  What do they grow there,
22  do you know?
23      A   Cotton, probably soybean.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 97

```
1      Q   Okay.
2      A   Possibly corn.  Cotton I see, you
3   can see.
4      Q   Right.  And the farm has been
5   there since before you moved into your
6   current home?
7      A   Yes.
8      Q   And you mentioned at your current
9   home you have a barn?
10     A   Yes.
11     Q   And is that -- do you guys grow
12  any crops at all?
13     A   Just normal small garden for our
14  use.
15     Q   Approximately, how many acres do
16  you have?
17     A   Twenty.
18     Q   Okay.  And what do you typically
19  grow in your garden?
20     A   Tomato, corn, peas, okra, squash.
21     Q   Okay.  And who is responsible --
22  I will ask neutrally who is responsible for
23  planting and tending to the garden?
```

Page 98

```
1      A   My husband.
2      Q   So you're not out there weeding
3   or that sort of thing?
4      A   Very seldom.
5      Q   As far as you know, are there any
6   chemicals used in that garden, pesticides
7   and so forth?
8      A   I don't know what he uses.
9      Q   Does he use something?
10     A   He uses fertilizer but I don't
11  know what.
12     Q   Okay.  Have you folks had a
13  garden there since you moved into your home
14  there?
15     A   Not every year but most years.
16     Q   Most years since 1985?
17     A   We haven't had one the last two
18  years.  But I would say -- we've been there
19  20 years.  I would say 16 or 17 of those
20  years we had a garden.
21     Q   Okay.  Have you ever seen any ash
22  or dust at any of the places that you have
23  lived from 1980 to the present that you
```

Page 99

```
1   thought came from the facility?
2      A   I had dust but I don't know where
3   it came from.
4      Q   Okay.  Are either you or your
5   husband a painter at all, a painter in the
6   sense of artistic painting?
7      A   I like to paint.
8      Q   And is that something, a hobby
9   you had for a while?
10     A   Not for a long time.  After the
11  cancer.
12     Q   Okay.  Ma'am, your -- what's your
13  father's name?
14     A   I have a biological father and
15  adopted father, which do you want?
16     Q   Okay.  Why don't you give me
17  both.
18     A   My biological father was Mack
19  Majors.
20     Q   Okay.
21     A   And my adopted father is JD
22  Sanders.
23     Q   Okay.  Very good.  When -- at
```

Page 100

```
1   what age were you adopted?
2      A   I think I was about six.  Five or
3   six.
4      Q   Okay.  And your biological father
5   was diagnosed with esophageal cancer?
6      A   Correct.
7      Q   Okay.  How old was he when that
8   was diagnosed, do you know?
9      A   In his sixties, but I don't know
10  exactly.
11     Q   Okay.  And then he passed away of
12  a heart attack?
13     A   My biological father?
14     Q   Yes.
15     A   No.  He passed away from the
16  cancer.
17     Q   From the cancer.  Okay.  Okay.
18  And do you know much about your
19  biological -- your other biological
20  relatives on your father's side?
21     A   Not a lot.
22     Q   Okay.  Your father's mother is
23  Ada Majors, is that right?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 101

```
1      A    Uh-huh.
2      Q    Yes?
3      A    Right.
4      Q    And do you know anything about
5  her medical history at all, ma'am?
6      A    Not really.
7      Q    Okay. And the -- your father's
8  father, was his name also Mack Majors?
9      A    I think he -- I think it was
10  Charles. It may have been Charles Mack.
11  I'm not really sure. I don't have anything
12  to do with him.
13      Q    Do you know anything about his
14  medical history?
15      A    I want -- I think he died of a
16  heart attack. I don't know. I didn't
17  really know him.
18      Q    As I understand it, your
19  biological father had two sisters?
20      A    Correct.
21      Q    Lucy and Marie?
22      A    Right.
23      Q    And do you know anything about
```

Page 102

```
1  Lucy's medical history?
2      A    No.
3      Q    What about Marie's medical
4  history?
5      A    No.
6      Q    Okay. Have you ever had any
7  contacts with those individuals at all?
8      A    Yes. I've seen them and talked
9  with them.
10      Q    And they're still living?
11      A    Yes, as far as I know, they are.
12      Q    Have they ever been diagnosed
13  with cancer that you know of?
14      A    No, not that I know of.
15      Q    And then your father also had two
16  brothers, is that right, Frank --
17      A    Talmage and Frank.
18      Q    Talmage and Frank. Are they both
19  still living?
20      A    I think they're both dead.
21      Q    Did they also pass away from
22  cancer as far as you know?
23      A    Not that I know of.
```

Page 103

```
1      Q    What was the cause of death for
2  Frank?
3      A    I think one of them had a heart
4  attack. I had to ask my brother when I was
5  filling it out, because I don't remember
6  them.
7      Q    And Talmage, do you know what he
8  passed away from?
9      A    I don't remember.
10      Q    Would you -- I'm going to ask you
11  some questions about your alcohol
12  consumption.
13      A    Okay.
14      Q    How would you describe your
15  alcohol consumption currently?
16      A    Currently?
17      Q    Yes, ma'am.
18      A    A wine cooler on my anniversary,
19  maybe Christmas. That's about it.
20      Q    So pretty infrequently?
21      A    Yes. I don't drink.
22      Q    Has that been the situation for
23  you ever since you were old enough to drink
```

Page 104

```
1  alcohol?
2      A    No.
3      Q    You've been a more intensive
4  drinker at different periods of time?
5      A    During my -- between my divorce
6  and my remarriage, I would go out a couple
7  times a week, social you know. I never got
8  drunk, if that's what you're asking.
9      Q    That's not what I'm asking, but
10  that's a fair clarification on the record.
11  And you have two children?
12      A    Correct.
13      Q    And fair to say you've been
14  pregnant just two times?
15      A    Correct.
16      Q    And you were 29 years old for
17  your first pregnancy?
18      A    Correct.
19      Q    Can you tell me the date of
20  birth, the dates of birth of your children?
21      A    December 1st, '82 for my son;
22  November 24th, '89, for my daughter.
23      Q    Okay. And I'm sorry, some of
```

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 105

1  these questions are intrusive here, but did
2  you breast feed either of your children?
3      A   Both.
4      Q   Okay.  For how long?
5      A   I can't remember on my son.  Him
6  longer than my daughter.  Maybe nine months.
7  I really can't remember.  And on her, maybe
8  six to nine months.  No longer than a year
9  on either one because I returned to work.
10  It was difficult.
11      Q   Okay.  And there's something in
12  the records that makes us think that you
13  began menopause in the late nineties?
14      A   I had menopause within three
15  weeks of my first chemo treatment.  They
16  told me I would, and I think I had one more
17  period and that was it.
18      Q   Okay.  Have you ever gone on a
19  hormone replacement therapy at all?
20      A   No.
21      Q   Have you ever used oral
22  contraceptives?
23      A   Yes.

Page 106

1      Q   Can you tell me during what time
2  frame?
3      A   Between '73, when I first
4  married, and probably '83.  '83/'84.  After
5  my son was born and I tried to get pregnant
6  with my daughter, and I've not taken them
7  since then.
8      Q   Okay.  Good.  Was there a
9  particular brand or kind of pill that you
10  used?
11      A   I cannot really remember.  I want
12  to say Ortho-Novum.
13      Q   Okay.
14      A   I think that was it, but I would
15  have to have the prescription to know for
16  sure.  But I think that was it.
17      Q   Do you recall the names of any
18  physicians you were seeing during that time
19  frame?
20      A   Dr. Wayne Campbell, I believe.  I
21  don't know who when I first married in '73.
22  I don't know who that doctor was.  I want to
23  say it was Mills.  I can't remember.

Page 107

1      Q   Okay.
2      A   I would have to look it up.
3  Probably haven't gotten anything to look it
4  up with.
5      Q   And that would have been in
6  different locations?
7      A   Right.
8      Q   In Milton?
9      A   Milton.
10      Q   Laurel Hill?
11      A   Crestview.
12      Q   And Crestview.
13      A   Laurel Hill has no doctor.
14  Crestview.
15      Q   And Lockhart, as well?
16      A   There's no physician in Lockhart.
17  They use Andalusia here.
18      Q   Okay.  Were you ever diagnosed
19  with ovarian cancer?
20      A   No.
21      Q   I appreciate your being very
22  patient with the questions and hopefully the
23  questions I'm going to ask you now aren't

Page 108

1  going to try your patience even more here
2  but bear with me.  What did you weigh in
3  high school?
4      A   140.
5      Q   Was that your typical weight for
6  your adult life?
7      A   125, 140, I don't remember.
8  Yeah, this is probably the most I ever
9  weighed.
10      Q   Which is approximately?
11      A   170.
12      Q   And you've been at that weight
13  for the last how many years roughly?
14      A   Probably the last six or seven
15  maybe.  I think the Evista helps me gain
16  that I take.  Makes me retain weight.
17      Q   Okay.  In focusing on breast
18  disease, first I'm going to ask you about
19  benign breast disease.  Ma'am, have you ever
20  had any history of what I understand doctors
21  would call a benign breast disease such as a
22  fibrocystic breast disease?
23      A   Yes.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 109

1    Q    You do have a history of that?
2    A    Yes.
3    Q    Can you tell me about that?
4    A    I just always had lumpy breasts
5 and that's what they call it.
6    Q    Okay.
7    A    Since I had my children, in that
8 time frame.
9    Q    Okay.  So the fibrocystic
10 symptoms first appeared, as far as you
11 recall, about the time you were having your
12 children?
13    A    Because I didn't go to a
14 gynecologist real regularly up until around
15 that point.
16    Q    So you may have had that -- those
17 lumps beforehand, but you hadn't gone to the
18 gynecologist earlier?
19    A    Right.
20    Q    Okay.  But at least since the
21 early 1980's?
22    A    Yeah.
23    Q    Okay.  Have you ever had any

Page 110

1 cysts, as far as you know, on your ovaries?
2    A    No.
3    Q    Did you have any history of
4 diabetes at all?
5    A    Do I?
6    Q    Yes, ma'am.
7    A    No.
8    Q    So you never had any diabetes
9 while you were pregnant at all?
10    A    No.
11    Q    So did you ever have a medical
12 procedure called a fluoroscopy?
13    A    Not that I know of.
14    Q    That ring a bell?  Might involve
15 swallowing barium or have a barium enema?
16 Sounds real pleasant.
17    A    I had a colonoscopy, and when I
18 go the Texas I have to drink something for
19 one of my scans.  I never had the light run
20 down me, if that's what that is.
21    Q    Okay.  Before you were diagnosed
22 with the breast cancer in 1998, ma'am, would
23 you have described yourself as being in good

Page 111

1 health beforehand?
2    A    I thought that I was.
3    Q    Okay.  Were there any other real
4 conditions that you had?  We talked about a
5 rash earlier.  We don't have to go through
6 that again.  In your twenties, thirties,
7 forties, did you feel you were in good
8 condition?
9    A    I felt that I was, yes.
10    Q    Okay.  How do you feel right now?
11 Do you feel generally pretty good?
12    A    Pretty good.
13    Q    Good.  I want to ask you a few
14 questions about your breast cancer.  Was
15 your treating physician a George
16 Blumenschein?
17    A    Blumenshein.  Correct.
18    Q    And he was with a facility here
19 in Andalusia?
20    A    No.
21    Q    Or is that in Texas?
22    A    Texas.  Arlington, Texas.
23    Q    What led you go to Arlington,

Page 112

1 Texas?
2    A    The doctor that did my surgery in
3 Dothan recommended him.
4    Q    Okay.
5    A    He had treated his wife.  She had
6 had breast cancer.
7    Q    Did you have radiation therapy at
8 all?
9    A    No.
10    Q    Do you know why?
11    A    They didn't require it or said I
12 didn't need it.  I didn't know why.  I
13 didn't have any positive lymph nodes, maybe
14 that's why.
15    Q    Did they do any genetic testing
16 at all of you in connection with the breast
17 cancer?
18    A    No, not that they told me.
19    Q    Okay.  Have any doctors told you
20 now that your odds of getting cancer again
21 or this cancer recurring are pretty slim?
22    A    My doctor told me that with the
23 chemo, my odds of it not coming back would

28  (Pages 109 to 112)

# FREEDOM COURT REPORTING

Page 113

1  increase, that I did not have to take the
2  chemo but my odds would increase of it not
3  recurring. They never just said, "This will
4  not recur."
5      Q   Right.
6      A   Like I said, they just never
7  said -- you cling on to each thing you can
8  get. They never said cancer free. They
9  just said there's no sign of cancer at this
10 time.
11     Q   Right.
12     A   That's just a big sigh every
13 year.
14     Q   I understand. Actually, I think
15 you answered the question, but you go in for
16 blood testing for that once a year?
17     A   Yes.
18     Q   And you go back to Arlington for
19 that?
20     A   Yes, Arlington.
21     Q   The osteoporosis, ma'am, that was
22 diagnosed in about the same time that the
23 breast cancer was?

Page 114

1      A   After it. I think around '99.
2  Sometime in '99 I started having the
3  symptoms.
4      Q   Okay. Do you suffer any
5  respiratory issues that -- at all, put it
6  that way, any respiratory issues at all?
7      A   Just common colds and that type
8  of thing.
9      Q   Okay. But nothing beyond -- no
10 respiratory issues beyond what you would
11 view as a common cold you get occasionally?
12     A   No.
13     Q   Okay. Did you have any radiation
14 treatments as a child?
15     A   No.
16     Q   As an adult?
17     A   No.
18     Q   Were you ever told that you had a
19 ringworm?
20     A   When I was a child.
21     Q   Did you -- do you recall what
22 treatment you received for that?
23     A   It was like an ointment.

Page 115

1      Q   Do you recall receiving -- going
2  in front of a machine and getting radiation
3  at all?
4      A   No. It was my mom putting a
5  cream on it.
6      Q   For the medications that you're
7  taking currently, ma'am, do you use a local
8  pharmacy?
9      A   Yes.
10     Q   Which one is that?
11     A   Florala Pharmacy.
12     Q   And that's right in Florala?
13     A   Right.
14     Q   Have you ever applied for Social
15 Security benefits at all?
16     A   No.
17     Q   Has insurance taken care of the
18 medical expenses you had for breast cancer?
19     A   Some.
20     Q   What insurance is that, ma'am?
21     A   Blue Cross Blue Shield of
22 Alabama.
23     Q   Have you ever applied for

Page 116

1  worker's compensation?
2      A   No, sir.
3      Q   There is a Dr. Dean Lolley, does
4  that name ring a bell?
5      A   Yes.
6      Q   And you saw that doctor for
7  osteopetrosis?
8      A   Yes.
9      Q   And where is Dr. Lolley located?
10     A   Dothan, Alabama.
11     Q   And the doctor you saw for the
12 cancer, let me mention a couple names here
13 and you tell me if there's anybody else.
14 Dr. Blumenschein you mentioned, all right,
15 in Arlington, Texas?
16     A   Correct.
17     Q   And Dr. Charles Conner, right?
18     A   Correct.
19     Q   In Dothan?
20     A   Correct.
21     Q   Any other doctors you saw in
22 respect with your breast cancer?
23     A   I see a radiologist at the

29 (Pages 113 to 116)

# FREEDOM COURT REPORTING

Page 117

1 Arlington Cancer Center. He just reads the
2 x-ray. I see him very briefly. I don't
3 know what his name is. There's been a
4 couple. Dr. Wells is my gynecologist. Very
5 first day, did a sonogram and then sent me
6 -- that's how I got connected with
7 Dr. Conner.
8     Q    Got you. Dr. Wells is your
9 gynecologist?
10    A    Right. And he is in Andalusia.
11    Q    How long have you been going to
12 see Dr. Wells?
13    A    He delivered my last child in
14 '89. I don't know how many years I've gone.
15 I might have gone to him for checkups a
16 couple years before that.
17    Q    And Dr. Roger Boyington in
18 Andalusia?
19    A    Yes. He's a general practitioner
20 I saw when I was having the back pain.
21    Q    Dr. Reddoch Williams?
22    A    He was my general practitioner
23 that moved to Fort Walton and retired.

Page 118

1 Dr. Boyington took his practice.
2     Q    Dr. Campbell, Wayne Campbell?
3     A    Got you. He was in Crestview, a
4 physician I saw.
5     Q    For anything in particular?
6     A    He -- I would have annual Pap
7 smears and that type of thing with him.
8     Q    Any doctors who you've seen whom
9 I haven't mentioned?
10    A    Not on a regular basis that I can
11 think of, other than eye doctors and that
12 type of thing.
13        MR. TER MOLEN:  Okay. We may
14    have some more HIPPA forms. Can
15    we give you guys today some HIPPA
16    forms for some of these other
17    treaters and get those back
18    without having to go through --
19        MR. CADE:  We can do it, it's
20    fine, before you leave.
21        MR. TER MOLEN:  Yeah. Before we
22    leave we will just get that
23    squared away.

Page 119

1 BY MR. TER MOLEN:
2     Q    Is it fair to say that you enjoy
3 coffee?
4     A    Yes.
5     Q    And can you tell me how many cups
6 you typically have every morning, ma'am?
7     A    Well, I drink decaf at home and
8 caffeinated at work. So I usually have a
9 cup at home and then a couple at work and
10 then at night. I drink decaf because my
11 husband drinks decaf. We don't buy two
12 different kinds.
13    Q    Got you. So looking at the day
14 as a whole, a couple cups of decaf at home
15 and a couple cups of caffeinated at work?
16    A    Right.
17    Q    Okay. And that's been the case
18 for you pretty much most of your adult life?
19    A    Yes, sir.
20    Q    And before you were married, you
21 drank more caffeinated in the morning?
22    A    Yes.
23    Q    Have you ever talked about this

Page 120

1 lawsuit, ma'am, with anybody besides your
2 lawyers?
3     A    Yes.
4     Q    Who is that?
5     A    I talked to Deborah briefly.
6     Q    This is Deborah Reynolds?
7     A    No, Hughes.
8     Q    Debra Hughes. Okay. And what
9 did you and Deborah talk about?
10    A    I just asked her had she heard
11 anything about how anything is going. But I
12 haven't talked specifics with anyone.
13    Q    Okay. Okay. Have you talked
14 about it, whether specifically or generally,
15 with anybody besides Deborah?
16    A    No.
17    Q    Okay. Have you done any research
18 whether online or otherwise with respect to
19 anything about this lawsuit?
20    A    No.
21    Q    Okay. So you have not tried to
22 look up the different kinds of chemicals,
23 for example?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 121

1  A  No.
2  Q  Has anybody come to your house at
3  all or your property to do any testing of
4  any -- anything on your property?
5  A  Not to my knowledge.
6  Q  Has anybody tested you personally
7  as far as you know, to see if you've been
8  exposed to any particular chemicals?
9  A  I've taken a blood test.
10  Q  Okay.  When was that?
11  A  This year.
12  Q  Okay.  That was?
13  A  '06.
14  Q  That was for your lawyers?
15  A  Yes.
16  Q  Okay.  Who was the doctor who
17  conducted that blood test as far as you
18  know?
19  A  I went to the Florala Hospital.
20  Q  Have you heard the results of
21  that blood test?
22  A  No, sir.
23  Q  And when was that blood test

Page 122

1  done?
2  A  This year.  I don't know exactly
3  what month.
4  Q  Bear with me, I think I'm just
5  about done.  When you were adopted, ma'am,
6  were you adopted because your biological
7  mother had remarried?
8  A  Yes.
9  Q  And your mother died at age 70 or
10  so?
11  A  Correct.
12  Q  And she passed away of pancreatic
13  cancer?
14  A  Correct.
15  Q  And was it your biological father
16  who died of esophageal cancer?
17  A  Correct.
18  Q  Okay. Okay. Thank you. I think
19  I have no further questions.  Mr. Lockard
20  and Mr. Taylor may have some questions.
21          EXAMINATION
22  BY MR. LOCKARD
23  Q  I think I have a few.  And I

Page 123

1  think we met earlier, but my name is Skip
2  Lockard and I really do appreciate your time
3  being here.  And I promise I will try to be
4  brief as I can.  And I will do my best not
5  to repeat anything that Mr. Ter Molen asked
6  you, but I can't promise it, but I promise I
7  will try.  You currently work at the bank in
8  Crestview, is that correct?
9  A  No, sir, in Florala.
10  Q  Did you tell me that was a
11  Wachovia bank?
12  A  Yes.
13  Q  And you've been there since 2000?
14  A  Correct.
15  Q  And did I understand you to say
16  there were other folks that worked at that
17  bank that have suffered from some type of
18  cancer?
19  A  No.
20  Q  Okay.  Do you know if anybody at
21  that bank where you work now is a part of
22  this litigation?
23  A  Not that I'm aware of.

Page 124

1  Q  Not aware of that.  Do you know
2  when you gave your videotaped statement at
3  bank, did anybody else give a videotaped
4  statement at the bank that day?
5  A  Not that I'm aware of.
6  Q  You've identified for us and done
7  a good job of some of the different places
8  that you've lived.  Have any of those
9  residence -- did any of those residences
10  have a creek or a ditch on the property?
11  A  No.
12  Q  Or around in the area of the
13  property to your knowledge?
14  A  Just normal drainage, highway
15  drainage ditches, because they were right on
16  the road.
17  Q  Nothing with any flowing or
18  standing water, though?
19  A  No.
20  Q  Did you ever spend any time
21  playing in creeks or ditches as a child?
22  A  I went to the creek when I was a
23  child.

31  (Pages 121 to 124)

# FREEDOM COURT REPORTING

Page 125

1    Q   And that was when you lived in
2  Laurel Hill, though?
3    A   Right.
4    Q   Okay.  You didn't spend any time
5  playing in the creeks or ditches in the
6  Florala area?
7    A   No.
8    Q   Okay.  Have you ever had any
9  conversations with your husband about
10  whether he intends to bring claims in this
11  litigation?
12    A   I think we've talked about it.
13    Q   Okay.  And what's the -- what
14  have those conversations, you know,
15  included?
16    A   Well, he has not had cancer.  He
17  had sinusitis and some anxiety.  He's
18  wondered if some of his nerve problems could
19  have come from any of that.  We don't know.
20    Q   Any other considerations that
21  you've discussed with him as far as whether
22  he will have a claim in this litigation?
23    A   No.

Page 126

1    Q   Did you have any discussions with
2  him about your potential claims prior to you
3  deciding to hire Mr. Cade or other
4  attorneys?
5    A   I'm sure we discussed it.  I
6  don't really remember a conversation.  I'm
7  sure we did talk about it.
8    Q   Do you remember anything about
9  what was discussed in those conversations?
10    A   No.
11    Q   Do you remember telling your
12  husband what you hoped to get out of the
13  lawsuit?
14    A   No.
15    Q   Do you remember him saying
16  anything about what he thought might occur
17  as a result of the lawsuit?
18    A   No.
19    Q   Earlier you discussed a
20  conversation that you had with Ronnie
21  Jackson at the bank.  How did you come to
22  have that conversation with him?  I mean did
23  he come to see you to discuss anything on

Page 127

1  purpose --
2    A   No.
3    Q   -- or happen to be there?  Just
4  tell me a little bit about how that came to
5  be.
6    A   I can't divulge what he was doing
7  in the bank, of course.  He was in the bank
8  and I had an opportunity to be speaking with
9  him.  And he -- like I said, he asked me
10  about my cancer, told me he heard that I had
11  it and was very sorry, and what type and was
12  I was okay.  Generally inquired about my
13  health.
14    Q   Would it be fair to say that he
15  was in the bank that day just as a bank
16  customer?
17    A   He was probably conducting
18  business in the bank.  In other words, I
19  can't say what he was doing.
20    Q   And how did you know Ronnie
21  Jackson, just as a bank customer or did you
22  know him in some other context?
23    A   His daughter goes to school with

Page 128

1  my daughter; couple years ahead of her.  But
2  small town.  I've known who he was.  I know
3  his sister and my daughter played with her
4  children and I know well enough.  I wouldn't
5  say he's a real close acquaintance but I
6  knew who he was.
7    Q   You provided Mr. Ter Molen with
8  some information about the first meeting
9  that you went to at the armory.  I'm
10  wondering, did you ever receive a letter or
11  notice or some other piece of paper that
12  notified you there would be that meeting?
13    A   I don't know if I did or not.  I
14  think either Ronnie told me about it at that
15  time or Deborah.  I can't remember.
16    Q   Are you keeping a personal
17  file --
18    A   No.
19    Q   -- that relates to this lawsuit?
20    A   No.
21    Q   There wouldn't be a folder or a
22  place that you keep papers that generally
23  relate to this lawsuit?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 129

1    A   I have a copy of this, you know.
2    Q   And that's --
3    A   The medical things.
4        MR. TER MOLEN:  Exhibit 5?
5    A   Yes, sir.
6    Q   Anything other than that?
7    A   May have some letters with it,
8    but I got that put aside.
9    Q   Now this first meeting that you
10   went to at the armory, I understand that
11   Mr. Cade was there.  Do you recall who else
12   from the community was there; friends,
13   neighbors, anybody that you knew?
14   A   I knew the people that I sat
15   right around.
16   Q   Who was that?
17   A   I think I saw Mr. Ezell there,
18   but I didn't sit there.  The Jacksons.
19   Betty Jackson.  Ronnie, that would be
20   Ronnie's mother.  Ms. DeVaughn, I believe
21   was there.  That's the people I was sitting
22   right by, but I don't know.  Like I said, it
23   was a large place.  I was late.

Page 130

1    Q   When you say "Ezell," is that
2    Mr. Roy Ezell?
3    A   Yes.  He was at one of them.  Now
4    I don't know, I went to two of them.  I
5    don't know which one.  I wouldn't say for
6    sure.  I just remember seeing him at one.
7    Q   Was there anybody else that you
8    can remember at the second meeting?
9    A   Well, it could have been him at
10   either one.  Like I said, I don't know which
11   one he was at.  Spoke to Deborah.  I said
12   hello to her.  I know she was there.  I'm
13   sure I saw many people I know, I just can't
14   really think of someone.
15   Q   That's fine.  I'm not trying to
16   give you a memory test --
17   A   No, I'm just trying -- I can see
18   some faces but I can't think of their names.
19   Sorry.
20   Q   Let's go back a minute to the
21   videotape you made at the bank.  I know you
22   said that you answered some questions about
23   your cancer.  Do you remember what else you

Page 131

1    talked about on that videotape.
2    A   Just when I was diagnosed and how
3    I felt now and what surgery I had had.  That
4    type of thing.
5    Q   Did you talk then -- is that all
6    about medical issues?
7    A   It's how I felt about the cancer
8    and was I aware I had been exposed, you
9    know, coming up or living in that town that
10   I was exposed to something and living where
11   there was toxic chemicals, that type thing.
12   Q   Did you discuss anything at all
13   about the operations of the facility?
14   A   Not that I remember.  I was
15   nervous, so I don't remember.
16   Q   Have you had occasion to learn,
17   through any way, of anybody else that's been
18   videotaped in connection with this
19   litigation?  I mean do you have any other
20   folks in the community that have had their
21   video made?
22   A   Like I said, when I got there I
23   saw the end of Ronnie's but that's all.  I

Page 132

1    don't know who else was on there.
2    Q   You haven't heard about anybody
3    else being videotaped?
4    A   Huh-uh.
5    Q   Does the name Barry Levy mean
6    anything to you, Dr. Barry Levy?
7    A   No.
8    Q   You don't know that you've ever
9    met or seen Dr. Levy?
10   A   No.
11   Q   You ever received any written
12   materials from Dr. Levy?
13   A   Not that I'm aware.
14   Q   Mr. Ter Molen asked you about a
15   doctor named Thomas Nolen.  Have you ever
16   received any reports or written materials
17   from him?
18   A   Not that I'm aware of.
19   Q   Have you ever been diagnosed with
20   any sort of a condition that affects your
21   memory at all?
22   A   Diagnosed, no.
23   Q   And has anybody, other than

33 (Pages 129 to 132)

# FREEDOM COURT REPORTING

Page 133

1 possibly your husband -- and I'm kidding.
2 I'll start that over. Has anybody ever told
3 you that you have any sort of a condition
4 that interferes with your ability to
5 remember things accurately?
6    A    Just the off side comment from
7 co-workers, "Don't ask her, she can't
8 remember," that kind of thing.
9    Q    But is it fair to say you haven't
10 ever experienced anything unusual, other
11 than the normal routine day-to-day things we
12 all encounter, right?
13    A    Getting older, forgetting where
14 you put the iron, that kind of thing.
15    Q    Sure.
16    A    Like I say, I can remember faces
17 but not put a name. Even though I know that
18 person, sometimes I can't think of their
19 name.
20    Q    I'm just going to ask you a few
21 names and I just want to know if you know or
22 knew any of these folks personally. James
23 Allen?

Page 134

1    A    I know a James Allen. Well, I
2 know two James Allens.
3    Q    Okay. Just tell me -- just
4 describe them briefly for me. Who are they?
5    A    One James Allen is an
6 acquaintance of my brother, one of my
7 stepbrothers. Lived in his yard in a
8 trailer. And the other James Allen, I
9 believe, lives in Lockhart. I seen him. I
10 know where his house is, but I don't know
11 him personally. Never talked with him or
12 anything.
13    Q    Never spoken to him?
14    A    No. But maybe passing in a store
15 but no conversation.
16    Q    What about a Sandra Cobb, does
17 that name sound familiar?
18    A    Yes.
19    Q    How do you know Sandra?
20    A    She went to school with me.
21    Q    Okay. When was the last time you
22 spoke with her?
23    A    In the bank, probably within the

Page 135

1 last couple weeks.
2    Q    I'm sorry, I interrupted you.
3    A    In the bank. I seen her in the
4 bank.
5    Q    Have you ever talked about the
6 litigation with her?
7    A    Not in depth. I didn't really
8 know she was involved in it until recently.
9    Q    Not just in depth, but what
10 conversations at all have you had with her
11 that relate to this litigation or about this
12 litigation?
13    A    Well, I knew she was going to
14 have a deposition. So I asked her what day
15 because I thought we might could ride
16 together.
17    Q    Anything other than that?
18    A    No.
19    Q    What about Kandy Creech?
20    A    Not that I'm aware of.
21    Q    Don't know her. I know you
22 mentioned Dorothy DeVaughn. I know you know
23 her.

Page 136

1    A    I know who she is, but I don't
2 really know her personally.
3    Q    How do you know who she is?
4    A    Probably from the bank. I know a
5 lot of people that I connect with the bank.
6    Q    Ever had a conversation with her
7 about the litigation?
8    A    Huh-uh.
9    Q    What about Deborah Ann Reynolds?
10    A    The name sounds familiar but I
11 don't put a face with it. I don't connect a
12 face with it.
13    Q    Earlie Mae Thomas?
14    A    I don't -- I don't know that
15 person.
16    Q    Doesn't ring a bell?
17    A    I've heard the name, but I don't
18 know why I know the name.
19    Q    What about Thomas Douglas?
20    A    Yes, I know a Thomas Douglas.
21    Q    How do you know Thomas Douglas?
22    A    I seen him in the bank.
23    Q    Do you know him -- do you have

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 137

1  any relationship with him, other than in the
2  bank?
3      A   No.
4      Q   Ever had a conversation with him
5  about this litigation?
6      A   No.
7      Q   Sebera Gayle Thomas, who I
8  believe is unfortunately no longer living,
9  does that name ring a bell?
10     A   Who?
11     Q   Sebera Gayle Thomas?
12     A   I don't recall the name.
13     Q   Okay.  What about Stanton Kelley?
14     A   Stanton Kelley, not that I
15  recall.
16     Q   Or his wife, I guess Willene
17  Kelley?
18     A   Yeah, Tobe Kelley.  What they
19  call Tobe Kelley was married to Willene
20  Kelley, I think.
21     Q   And how do you know Tobe Kelley?
22     A   He was one of my husband's
23  bosses.

Page 138

1      Q   One of your husbands bosses?
2      A   At LP.
3      Q   At LP.  Do you know what period
4  of time --
5      A   If that's the same person as
6  Tobe.  I think that's probably --
7      Q   Okay.  I'm sorry.  Now I'm
8  talking over you and I'm messing him up.
9  The Tobe Kelley that you know, what years
10  was he your husband's boss at the facility,
11  do you know?
12     A   I believe he was there when I
13  married my husband in '79.  I'm not sure if
14  he was there when my husband left in '94.
15  But for quite a bit of time during that
16  time, he was there.
17     Q   Did he have a particular title
18  when he was your husband's boss, do you
19  know?
20     A   He was just one of the
21  supervisors there.  I don't know if he
22  was --
23     Q   Okay.

Page 139

1      MR. MITCHELL:  Off the record.
2      (Off the record)
3  BY MR. LOCKARD:
4      Q   Just got a few more names to ask
5  you about.  Ginger Cravey, does that ring a
6  bell?
7      A   Yes.
8      Q   Okay.  How do you know Ginger?
9      A   She graduated with my husband and
10  I'm acquainted with her.
11     Q   Ever talk to her about this
12  lawsuit?
13     A   No, sir.
14     Q   When was the last time you spoke
15  to her?
16     A   When did I see her?  It was
17  probably during football season at one of
18  the football games.  I would say October,
19  November of '05.
20     Q   Now I'm purely curious, which
21  football game, which team?
22     A   Florala High.
23     Q   Okay.  And Riley Cravey I guess

Page 140

1  you know Riley?
2      A   Is that her husband, David?  I
3  knew him as David.
4      Q   David.  No longer alive?
5      A   Correct.
6      Q   Janice Madden?
7      A   I know who she is but I don't
8  know her first name.
9      Q   James Madden?
10     A   Same way.  I think he's deceased.
11  I know their daughter but I don't know them.
12     Q   Lorrine Thompson?
13     A   Yes, I know her.
14     Q   How do you know Lorrine?
15     A   Her daughter is in my daughter's
16  class.
17     Q   Okay.  Have you ever discussed
18  this lawsuit with her?
19     A   No.
20     Q   You're not personal friends with
21  her?
22     A   No.
23     Q   Her husband Jerry Thompson, who I

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 141

1 believe is no longer alive?
2     A    Correct.
3     Q    Did you know Melanie Chambers?
4     A    Yes.
5     Q    How did you know Melanie?
6     A    She used to be my next door
7 neighbor.
8     Q    Oh, she used to be your next door
9 neighbor.  How long was she your next door
10 neighbor prior to the time of her passing?
11    A    I think she was like 17 when she
12 died.  And they lived out Old Glenn Chambers
13 Road for a short period of time.  Maybe four
14 or five years.  It was before I had cancer.
15 Probably ten years maybe before she died.
16    Q    Did you ever have any discussions
17 with her about the cause of her cancer?
18    A    No.
19    Q    What about the mother, did you
20 know Ms. Tatum?
21    A    Yes.
22    Q    Did you ever have any
23 conversation with Ms. Tatum about the cause

Page 142

1 of Melanie's disease?
2     A    No.
3     Q    No.  Have you ever had
4 conversations with Ms. Tatum about this
5 litigation?
6     A    No.
7     Q    When was the last time you saw
8 her?
9     A    The last time I spoke with her
10 was before Melanie's death, and I seen her
11 like at the post office just in passing.
12    Q    Ricky Philips?
13    A    I know him.
14    Q    You know him.
15    A    How do I know him?
16    Q    Yes, ma'am.  I'm sorry.
17    A    His daughter is in my daughter's
18 cheer squad or was at one time.  Went to the
19 same school, and he helped with my
20 daughter's softball team.
21    Q    And I guess you knew his wife
22 Susan Philips then?
23    A    Yes.

Page 143

1     Q    Have you ever had any
2 conversations with Ricky Philips about this
3 litigation?
4     A    Yes, I have.
5     Q    Okay.  What have you discussed
6 with him?
7     A    Same type of thing.  "Have you
8 heard anything as to where it stands or how
9 it's going, have you talked to anybody
10 lately," just that type of thing.  Because
11 it's in the bank and I can't -- I don't
12 want, you know, to be talking about it out
13 in public.
14    Q    Have you had any conversations
15 with either Ricky Philips or Susan Philips
16 about the cause of her disease?
17    A    No.
18    Q    No.  Sarah Thompson?  Sarah K.
19 Thompson if the initial helps?
20    A    Not that I'm aware.
21    Q    Or her husband Royce Thompson?
22    A    That name is familiar.  He's
23 deceased?

Page 144

1     Q    Yes, ma'am.
2     A    I think my husband knew him, but
3 I didn't really know him but I remember the
4 name.
5     Q    You ever spoken to him?
6     A    No.
7     Q    Lillian Edwards?
8     A    Name is familiar but I don't know
9 that person.
10    Q    Or Marvin Mays?
11    A    No.
12    Q    I'm sorry, if you give me just
13 one minute.  I don't think I have anything
14 else.
15          RE-EXAMINATION
16 BY MR. TER MOLEN:
17    Q    Just maybe one or two questions
18 here, ma'am.  The -- and I'm not trying to
19 pry here unduly I guess, but something you
20 said earlier about Ronnie Jackson.  Did I
21 hear you say you can't divulge why he was in
22 the bank?
23    A    For banking purposes, I can't say

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 145

1 that. As a bank employee, I can't tell the
2 nature of his business in the bank for my
3 protection for my job.
4     Q    Okay. It's not as if he was
5 there because your lawyer sent him there?
6     A    No, sir. No, sir.
7     Q    Anything like that.
8     A    I don't mean that way.
9     Q    No, that's fine. I appreciate
10 your concern about confidentiality. That's
11 appreciated. Okay. I think that's it for
12 me as well. Thanks very much.
13          DEPOSITION CONCLUDED
14
15
16
17
18
19
20
21
22
23

Page 146

1          CERTIFICATE
2 STATE OF ALABAMA
3 COUNTY OF BUTLER
4     I hereby certify that the above and
5 foregoing deposition was taken down by me in
6 stenotype and the questions and answers
7 thereto were transcribed by means of
8 computer-aided transcription, and that the
9 foregoing represents a true and correct
10 transcript of the testimony given by said
11 witness upon said hearing.
12     I further certify that I am neither of
13 counsel, nor of kin to the parties to the
14 action, nor am I in anywise interested in
15 the result of said cause.
16
17 _____
     RENNY MCNAUGHTON
18   Notary Public
19   My Commission Ends 11/06/07
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

**A**

ability 9:21 93:9
133:4
able 61:5
accurate 47:4
60:22
accurately 133:5
acoustics 45:13
acquaintance
128:5 134:6
acquainted
139:10
acres 96:8 97:15
acting 7:4
action 1:5
146:14
Actonel 9:15
Ada 100:23
Adam 63:9
add 48:18 53:19
57:10
address 13:20
14:5,13,17
17:8 18:13
addresses 17:6
admitting 40:21
adopted 99:15
99:21 100:1
122:5,6
adult 80:23
108:6 114:16
119:18
advertisements
87:7
advised 3:4
aerial 18:5,7
affect 9:20
affidavit 46:13
African 20:11
30:20
afternoon 7:23
age 63:12,12
100:1 122:9
ages 63:8

ago 10:13 26:17
29:13,15 30:4
32:6 39:8,15
42:1
AGREED 2:2
2:11
ahead 35:21
128:1
air 49:12 50:12
airborne 48:13
48:23 49:6,23
50:2,23 51:6
54:13
al 1:6,10
Alabama 1:2,20
2:9,21 6:10 7:2
7:3,5,9 12:17
24:9 69:2
84:16 115:22
116:10 146:2
Albert 57:15,18
58:20
alcohol 103:11
103:15 104:1
alive 140:4
141:1
Allen 133:23
134:1,5,8
Allens 134:2
allow 48:5
Alston 5:6
amended 2:22
American 20:11
30:21
amphetamines
78:12,13
Andalusia 1:20
2:8 7:9 107:17
111:19 117:10
117:18
Ann 136:9
anniversary
103:18
annual 118:6

answer 8:6
42:14 49:20
50:8 94:12
answered 44:15
44:17 113:15
130:22
answers 60:21
146:6
Antidepressants
76:11
anxiety 25:14
76:2 125:17
anybody 32:17
32:21 45:3
57:5 58:21
73:13 75:17
90:17 116:13
120:1,15 121:2
121:6 123:20
124:3 129:13
130:7 131:17
132:2,23 133:2
143:9
anywise 146:14
apologize 8:15
appear 66:10
appeared
109:10
applied 115:14
115:23
appreciate
107:21 123:2
145:9
appreciated
145:11
appreciates
53:15
approximate
19:3
approximately
2:10 7:10
17:10 60:2,5
69:9 70:6
71:10 82:19

86:7 87:15
96:10 97:15
108:10
April 46:19
area 17:3 18:8
19:14,15 20:8
21:9 23:3 28:8
51:10 52:9,13
52:19 53:6
55:17 56:22
71:5 79:18
124:12 125:6
areas 19:12 20:9
Arlington
111:22,23
113:18,20
116:15 117:1
armory 32:10
40:5 128:9
129:10
articles 87:2
artistic 99:6
ash 98:21
aside 76:6 129:8
asked 38:5
42:13,17 43:17
43:19 44:1,19
84:5,9 120:10
123:5 127:9
132:14 135:14
asking 7:22 8:18
33:2 44:6,10
44:13 49:11
50:14 51:21
91:20 104:8,9
Assembly 85:23
assessment
74:21
assign 2:16
associated 26:6
63:18 77:11
83:21 84:3,6
assortment 54:1
assume 95:12

Atlanta 5:8
attack 71:19
100:12 101:16
103:4
attend 24:7 31:7
59:3
attendant 78:23
attended 31:11
31:17 32:1
38:19,20 39:21
41:6 45:16
54:21,22
attending 39:17
attention 48:3
attic 88:5,7,10
89:2,13,16,19
89:21
attorney 33:20
attorneys 31:19
31:20 126:4
attribute 57:2
58:7,23 77:10
attributes 25:12
25:16 27:6
aunt 71:18,23
authorization
59:18
authorized
84:18,21
Avenue 6:9
18:18 19:19,20
aware 9:22 31:4
55:10,11,14,15
57:1,4 59:2
90:18,20
123:23 124:1,5
131:8 132:13
132:18 135:20
143:20
awfully 39:8

**B**

B 4:5
back 17:17 36:7

# FREEDOM COURT REPORTING

51:22 61:18,21
62:21 67:17
79:15 88:15
93:21 112:23
113:18 117:20
118:17 130:20
**background**
10:17
**badly** 8:18
**bank** 12:12,17
12:18 28:1,6
29:11,15,20
30:2,12,18
43:2 47:6
123:7,11,17,21
124:3,4 126:21
127:7,7,15,15
127:18,21
130:21 134:23
135:3,4 136:4
136:5,22 137:2
143:11 144:22
145:1,2
**banking** 144:23
**Baptist** 85:1
**barbecue** 54:21
**barium** 110:15
110:15
**barn** 93:13 97:9
**Barry** 132:5,6
**basis** 9:9 118:10
**bathrooms**
95:17
**bear** 62:21 68:6
73:9 75:13
85:12 108:2
122:4
**becoming** 24:10
**began** 105:13
**believe** 27:22
34:22 42:19
47:6,10 48:7
48:22 63:16,18
71:19 106:20

129:20 134:9
137:8 138:12
141:1
**bell** 110:14
116:4 136:16
137:9 139:6
**bells** 85:2
**Benadryl** 78:6
**benefits** 115:15
**benign** 108:19
108:21
**Bernard** 5:4
**best** 19:2,7
60:23 61:1
123:4
**better** 19:14
61:16
**Betty** 129:19
**beyond** 114:9,10
**big** 113:12
**biological** 99:14
99:18 100:4,13
100:19,19
101:19 122:6
122:15
**Bird** 5:6
**Birmingham**
6:10
**birth** 68:13,22
104:20,20
**bit** 19:13 22:7
28:4 51:5
94:13 127:4
138:15
**black** 18:19
**blades** 24:22
**blamed** 58:15
**blocks** 14:10
**blood** 83:6
113:16 121:9
121:17,21,23
**Blue** 115:21,21
**Blumenschein**
111:16 116:14

**Blumenshcein**
111:17
**blurry** 61:11
**bone** 76:18
**bones** 77:17
**bookkeeper**
12:1 85:17
**booth** 23:12,13
**born** 70:1,11
71:4 72:13
106:5
**boss** 138:10,18
**bosses** 137:23
138:1
**bottom** 20:17,19
62:2,8
**Box** 6:4
**Boyington**
117:17 118:1
**brand** 95:18
106:9
**break** 8:22
40:16,18 48:20
91:17,18
**breast** 82:9
83:21 84:2,6
105:2 108:17
108:19,21,22
110:22 111:14
112:6,16
113:23 115:18
116:22
**breasts** 109:4
**breathed** 50:11
50:17
**brief** 123:4
**briefly** 117:2
120:5 134:4
**bring** 27:12
46:20 47:14
55:7 86:13
87:3 90:13,18
125:10
**bringing** 31:9

**bronchial** 25:15
**brother** 26:13
55:17 56:5
103:4 134:6
**brothers** 56:1
72:11 102:16
**brother-in-laws**
57:12
**brought** 47:7,9
55:6
**Brown** 5:12
**building** 45:14
**built** 56:21
**burden** 35:18
**burn** 90:22 91:3
91:14
**burned** 91:7
**burning** 90:3,19
91:23 92:12
**business** 127:18
145:2
**BUTLER** 146:3
**buy** 53:4 119:11

_____
## C
**C** 5:1
**Cade** 6:7 16:18
32:16,17,21,23
33:5 34:10
35:13 36:18
37:15 38:6,23
41:14 42:17
46:22 47:2
62:4,12 66:10
66:22 67:8,21
91:16 92:2
94:11,15
118:19 126:3
129:11
**Cade's** 43:23
**caffeinated**
119:8,15,21
**caffeine** 76:7
**calcium** 9:18

**calculate** 80:9
**call** 32:9 38:13
108:21 109:5
137:19
**called** 38:22
44:17 110:12
**calling** 27:21
**calls** 46:5
**Campbell**
106:20 118:2,2
**cancer** 28:5,7,9
28:17,18,21,22
29:22 42:15
47:19 48:1
69:20 70:21
71:22 73:4
77:16 82:9,20
82:22 83:5,8
83:16,21 84:2
84:6 99:11
100:5,16,17
102:13,22
107:19 110:22
111:14 112:6
112:17,20,21
113:8,9,23
115:18 116:12
116:22 117:1
122:13,16
123:18 125:16
127:10 130:23
131:7 141:14
141:17
**cancers** 68:16
**care** 115:17
**carefully** 61:7
**carraways** 96:16
**case** 119:17
**Catawba** 14:3
14:13 18:18,22
18:23 19:1,19
19:20 20:11,19
79:15
**categories** 16:10

# FREEDOM COURT REPORTING

Page 149

Caucasian 30:20
30:23 31:1
cause 7:12 68:15
69:15 70:14
72:22 103:1
141:17,23
143:16 146:15
causes 71:16
Center 85:1
117:1
certain 95:13
CERTIFICA...
146:1
certify 7:4 146:4
146:12
cervix 72:2
chain 12:9
Chambers 14:18
86:4 141:3,12
chance 16:4
change 22:6
Charles 101:10
101:10 116:17
checkups 117:15
cheer 142:18
chemical 36:14
chemicals 29:3
48:8 98:6
120:22 121:8
131:11
chemo 77:15
78:7 83:10,11
83:12 105:15
112:23 113:2
chemotherapy
78:3 82:16
Chicago 5:14
child 52:10 53:2
53:6 114:14,20
117:13 124:21
124:23
children 22:8
58:20 63:4,7
63:17,22 65:8

104:11,20
105:2 109:7,12
128:4
choice 48:5
Christian 73:18
Christmas 54:22
103:19
chronic 25:14
church 85:19,22
86:6,12
circle 18:21
Civil 1:5 2:21
7:6
claim 125:22
claims 125:10
126:2
clarification
104:10
clarify 53:10
77:8,13
class 140:16
clatter 45:7
cleaned 79:23
80:3
cleaners 95:14
95:16
cleaning 81:20
95:9
cleans 81:17
clear 26:1 33:10
50:15 51:15
55:1
client 39:22 62:3
62:9,11
clients 36:1
cling 113:7
close 96:10
128:5
closed 10:12
clothes 48:14
53:12,15,20
79:23 80:2
Cobb 134:16
coffee 119:3

cold 114:11
colds 114:7
college 10:19,21
11:3,5,13,16
Colom 6:3
colonoscopy
110:17
Columbiana
84:16 85:4
Columbus 6:5
come 30:9,12
37:16 42:11,21
90:9 121:2
125:19 126:21
126:23
comes 33:19
coming 27:23
68:12 112:23
131:9
commencing
2:10 7:10
comment 133:6
comments 48:22
commercial
96:3,5
Commission
146:19
Commissioner
1:17 7:4
common 114:7
114:11
community
129:12 131:20
company 24:19
25:13
compensation
116:1
completed 60:11
compost 91:15
computerized
23:12
computer-aided
146:8
concern 28:19

145:10
concerned 38:17
concerns 27:19
29:21
CONCLUDED
145:13
concrete 49:5,21
50:16
condition 66:6
111:8 132:20
133:3
conditions 58:22
111:4
conducted
121:17
conducting
127:17
conference 43:2
confidentiality
145:10
confirm 18:7
connect 136:5
136:11
connected 117:6
connection
112:16 131:18
Conner 116:17
117:7
consider 33:19
considerations
125:20
considered 73:2
considering 31:9
33:13
consumption
103:12,15
contact 27:9
46:1
contacted 38:6
contacts 102:7
context 127:22
continue 24:4
continued 91:10
contraceptives

105:22
contract 35:1
38:14
conversation
126:6,20,22
134:15 136:6
137:4 141:23
conversations
125:9,14 126:9
135:10 142:4
143:2,14
cooler 103:18
copies 67:6
copy 15:12,15
61:11 62:15,16
66:16 129:1
copying 67:20
corn 97:2,20
correct 15:16,17
18:18 20:20,22
22:18 24:23
26:7 45:17,20
49:8 51:2
52:15,17 53:7
53:8 55:17
59:21,22 60:2
60:3,6,7 63:4,5
64:6,11 73:11
73:12 80:15,16
89:9,14 90:8
95:4 96:4
100:6 101:20
104:12,15,18
111:17 116:16
116:18,20
122:11,14,17
123:8,14 140:5
141:2 146:9
Cotton 96:23
97:2
counsel 2:4,13
2:15 7:7 61:20
61:21 67:17
146:13

# FREEDOM COURT REPORTING

Counting 80:7
county 69:2
93:10,20 94:22
94:23 146:3
couple 15:20
38:9 74:15
75:7 79:5
81:14 104:6
116:12 117:4
117:16 119:9
119:14,15
128:1 135:1
course 65:15
127:7
court 1:1 2:6 3:5
3:6 7:1 8:7
co-workers
133:7
Cravey 139:5,23
cream 66:4,5
115:5
Creech 135:19
creek 124:10,22
creeks 124:21
125:5
creosote 37:1,2
37:3,6,11
Crestview 12:3
12:12 107:11
107:12,14
118:3 123:8
crops 97:12
cross 19:6
115:21
crossed 83:3
cup 119:9
cups 119:5,14,15
curious 139:20
current 14:5,16
17:4 18:12
21:18 87:21,21
88:17 93:2
95:2 97:6,8
currently 14:21

103:15,16
115:7 123:7
customer 30:18
127:16,21
cut 23:14 31:13
90:11
cutoff 93:15
cysts 110:1

_____
## D
D 1:18 2:5,22
4:1 7:1
dad 73:15 74:2
daily 9:3,5,8
Darvocet 76:19
76:21
date 7:5 50:20
72:8 104:19
dates 31:15
104:20
daughter 63:10
64:1,9 104:22
105:6 106:6
127:23 128:1,3
140:11,15
142:17
daughter's
140:15 142:17
142:20
David 140:2,3,4
Davis 1:6,15 2:4
7:11,16,21
27:17,18 57:15
57:15 59:15
63:9
day 2:9 3:2 7:11
73:22,22 74:21
74:22,22 80:5
80:17 117:5
119:13 124:4
127:15 135:14
days 38:10 66:5
80:20
daytime 43:4

day-to-day
133:11
dead 102:20
deals 66:18
Dean 116:3
death 68:15
69:16 70:15
71:17 72:6,22
103:1 142:10
Deborah 120:5
120:6,9,15
128:15 130:11
136:9
Debra 30:16
120:8
decaf 119:7,10
119:11,14
deceased 28:14
68:14 69:7
70:5 71:9
72:16 140:10
143:23
December
104:21
decide 93:5
decided 23:13
47:14
deciding 126:3
decision 38:3
declared 82:20
DEFENDANT
5:3
Defendant's 4:6
15:7 16:20
18:1 46:6
59:10
Defendant(s)
1:12
defense 46:10
67:16
definitional
15:21
delivered 117:13
delivering 2:23

Depending
80:12
deposition 1:14
2:4,18 8:12
15:13,14 16:17
61:6 67:10
135:14 145:13
146:5
depth 135:7,9
dermatitis 65:16
65:18
describe 19:15
87:20 88:18
103:14 134:4
described 85:16
110:23
description
87:23
detail 68:11
DeVaughn
129:20 135:22
diabetes 110:4,8
diagnosed 29:8
29:10 64:13
68:18 69:19
70:20 72:5
73:3 77:1 82:8
100:5,8 102:12
107:18 110:21
113:22 131:2
132:19,22
die 72:7
died 70:12 71:18
101:15 122:9
122:16 141:12
141:15
different 14:7
15:22 16:7
19:16,17,23
20:2,9 27:23
28:8,20 29:1,3
30:11 45:12
61:19 86:21
94:23 104:4

107:6 119:12
120:22 124:7
difficult 105:10
dioxin 37:16
directing 35:9
dirty 54:3,8
disclosure 59:19
discoverable
40:22
discuss 37:5
126:23 131:12
discussed 28:18
36:13 125:21
126:5,9,19
140:17 143:5
discussing 29:19
36:10
discussion 34:12
35:3,6
discussions 29:7
126:1 141:16
disease 108:18
108:19,21,22
142:1 143:16
diseases 65:15
68:16,17,18
DISTRICT 1:1
1:2
ditch 124:10
ditches 124:15
124:21 125:5
DIVISION 1:3
divorce 104:5
divorced 17:23
divulge 127:6
144:21
doctor 25:20
26:4,8 65:13
65:14 77:18
83:7,20 84:2,5
106:22 107:13
112:2,22 116:6
116:11 121:16
132:15

# FREEDOM COURT REPORTING

**doctors** 84:10 108:20 112:19 116:21 118:8 118:11
**doctor's** 9:8
**document** 18:10 18:17 20:16 21:17,19
**documents** 15:22 16:8,8 16:11,15 61:20 66:12
**doing** 67:12 92:7 127:6,19
**domino** 77:12
**door** 96:9 141:6 141:8,9
**Dorothy** 135:22
**Dothan** 112:3 116:10,19
**Douglas** 136:19 136:20,21
**doused** 50:10
**Dowel** 95:20
**dozen** 74:11,19
**Dr** 84:15 85:8 106:20 116:3,9 116:14,17 117:4,7,8,12 117:17,21 118:1,2 132:6 132:9,12
**drainage** 124:14 124:15
**drank** 119:21
**draw** 18:21
**dream** 24:11
**Drifting** 19:12
**drink** 103:21,23 110:18 119:7 119:10
**drinker** 104:4
**drinks** 119:11
**drive** 5:13 79:1

**drugs** 75:14,18 76:9
**drunk** 104:8
**dry** 79:23 80:3
**duly** 7:17
**duplicating** 85:13
**dust** 98:22 99:2
**dystrophy** 58:9

───── **E** ─────

**E** 4:1,5 5:1,1
**Earlie** 136:13
**earlier** 82:11 83:5 109:18 111:5 123:1 126:19 144:20
**early** 69:13 71:12 72:18 109:21
**earth** 21:2
**easier** 80:9
**Eason** 6:2
**East** 2:8 7:9
**economic** 20:6
**educational** 10:16 64:4
**Edwards** 144:7
**effect** 47:21 77:12
**effective** 2:22
**effects** 48:4
**effort** 55:7 86:13
**efforts** 87:3,5
**eight** 13:17 80:17,19
**eighties** 70:7 71:12,13 86:7
**either** 58:5,17 59:5,8,8 63:16 63:16,21 64:7 71:21 74:7 89:5 90:1 93:15,16 99:4

105:2,9 128:14 130:10 143:15
**elaborate** 28:3
**electricity** 93:9 94:1,2
**eleven** 74:18
**emission** 49:23
**emissions** 50:18 51:6
**employee** 145:1
**encounter** 133:12
**ended** 38:4
**Ends** 146:19
**enema** 110:15
**enjoy** 119:2
**entitled** 44:6,9
**Environmental** 6:8 87:13
**esophageal** 100:5 122:16
**et** 1:6,10
**everybody** 39:21
**evidence** 2:18
**Evista** 9:13 108:15
**exactly** 71:15 100:10 122:2
**examination** 4:2 7:13,19 122:21
**examined** 7:17 85:7,9
**example** 19:20 49:5,22 50:16 120:23
**exception** 33:21
**excuse** 8:21 22:1
**exercise** 81:10
**exhibit** 15:8,11 15:19 16:5,21 17:1 18:2,5,10 20:16 46:7,10 51:9 59:11,14 59:17,21 60:10

60:11 62:2 66:9 95:22 129:4
**exhibits** 3:3
**expect** 16:16 85:6
**expenses** 115:18
**experienced** 133:10
**explain** 28:4
**exposed** 21:2 47:23 48:8,23 49:6,12,22 50:2,22 51:6 51:17 52:4 121:8 131:8,10
**exposure** 36:14 48:23 51:23 54:13
**exposures** 48:12 57:2 58:7,15 59:1 77:10
**expressing** 28:19
**eye** 118:11
**Ezell** 129:17 130:1,2

───── **F** ─────

**face** 136:11,12
**faces** 130:18 133:16
**facility** 10:4,7,12 21:4 27:13,20 28:16 29:1 30:7 31:3,10 36:10,12 37:7 48:9 50:19 52:5 55:8 56:4 57:22 58:8,15 59:1 63:19 77:11 83:22 84:3,7 86:14 86:22 87:4,12

90:15,19 99:1 111:18 131:13 138:10
**failure** 70:17 71:20
**fair** 8:3 12:20 26:10 45:1 49:16 50:3 54:6,9 55:2 57:22 59:7 74:7 77:9 80:23 83:18 88:12 92:14 93:17 104:10 104:13 119:2 127:14 133:9
**fall** 16:9 91:6,14
**falls** 78:13
**familiar** 21:13 134:17 136:10 143:22 144:8
**families** 20:13 20:15
**family** 12:21 58:17,18,22 62:3,10,23 73:13 74:2 90:22 91:3
**far** 23:22 25:11 25:20 27:11 40:23 43:22 44:3 56:1 57:1 58:5,11,23 64:3 70:2 71:22 72:14 86:12 90:17 98:5 102:11,22 109:10 110:1 121:7,17 125:21
**farm** 96:3,14,18 97:4
**father** 68:23 99:14,15,18,21

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

100:4,13 101:8
101:19 102:15
122:15
**father's** 99:13
100:20,22
101:7
**favor** 95:18
**Febrile** 64:14,17
**feed** 105:2
**feel** 8:17 50:11
111:7,10,11
**felt** 111:9 131:3
131:7
**female** 72:1
**fertilizer** 98:10
**fibrocystic**
108:22 109:9
**figure** 66:20,23
70:13
**file** 38:3 128:17
**filed** 3:6 34:2
**filer** 24:20,21
**filled** 79:16
**filling** 79:5
103:5
**finally** 70:18
**fine** 8:10 9:23
10:9 31:14
34:8 37:15
41:15 47:2
60:20 61:3,8,9
69:5 80:11
118:20 130:15
145:9
**fingers** 83:3
**finish** 85:14
**fireplace** 88:13
89:4 90:1,3
**firm** 2:8 6:3 7:8
38:6
**first** 7:17 15:5
17:21 19:16
22:7,9,13 30:5
32:1 33:4,16

38:1 41:23
48:17 59:20
60:9 62:23
67:10 68:21
71:18 74:4,12
74:20 82:8
83:4 94:4,9
104:17 105:15
106:3,21
108:18 109:10
117:5 128:8
129:9 140:8
**five** 12:9 25:5
39:11,14 50:5
80:20 91:16
100:2 141:14
**fix** 67:22
**Florala** 12:17,23
13:2,8,9 21:2,7
21:9,14,16
51:12 52:22
53:3 115:11,12
121:19 123:9
125:6 139:22
**Florida** 11:1,7
11:11 12:3,9
12:13,21 52:16
70:3 71:4
**flowing** 124:17
**fluoroscopy**
110:12
**focusing** 11:13
19:17 51:7
108:17
**folder** 128:21
**folks** 32:11,13
34:12 81:3
91:13 98:12
123:16 131:20
133:22
**following** 7:13
**follows** 7:18
**follow-up** 51:4
**football** 139:17

139:18,21
**foregoing** 7:6
146:5,9
**FOREST** 1:10
**forgetting**
133:13
**form** 2:14 46:22
50:5 59:18
78:3 92:3
94:11
**forms** 118:14,16
**Fort** 117:23
**forth** 60:22 64:5
85:17 98:7
**forties** 111:7
**Forty-eight**
57:19
**four** 39:10 90:6
96:12 141:13
**fractures** 76:18
77:2
**frame** 26:18
29:7 51:8,13
51:14,16 83:19
106:2,19 109:8
**frames** 79:12
**Frank** 102:16,17
102:18 103:2
**free** 82:20 93:22
113:8
**frequent** 55:4,4
**friend** 8:7 30:19
**friends** 129:12
140:20
**front** 8:22 15:12
19:10 35:3,5
115:2
**full** 27:16 34:11
40:3
**funny** 94:21
**furniture** 11:23
12:8
**further** 2:11
122:19 146:12

| G |
|---|

**gain** 108:15
**game** 139:21
**games** 139:18
**garden** 97:13,19
97:23 98:6,13
98:20
**gas** 79:7
**gasoline** 78:18
**Gayle** 137:7,11
**gears** 22:7
**general** 87:22
93:18 95:16
117:19,22
**generally** 93:11
111:11 120:14
127:12 128:22
**genetic** 112:15
**George** 111:15
**Georgia** 5:8
**getting** 112:20
115:2 133:13
**Ginger** 139:5,8
**girl** 69:10
**give** 10:15 16:19
50:20 74:21
78:5 87:22
99:16 118:15
124:3 130:16
144:12
**given** 8:19,20
43:14 46:14
61:20 146:10
**giving** 41:18
**Glenn** 14:18
86:4 141:12
**go** 34:11 35:21
40:16,23 52:20
54:16,19 61:18
68:10,12 79:15
82:12 83:7
89:20 104:6
109:13 110:18
111:5,23

113:15,18
118:18 130:20
**goal** 24:11
**God** 85:23
**goes** 60:1,4
127:23
**going** 10:1,1,3
16:23 19:18
35:16 39:19
40:22 48:20
62:18,19 68:10
75:12 95:12
103:10 107:23
108:1,18 115:1
117:11 120:11
133:20 135:13
143:9
**good** 14:20 21:1
45:14 63:12
68:3 73:20
95:1,21 99:23
106:8 110:23
111:7,11,12,13
124:7
**gotten** 107:3
**grade** 69:11
**graduate** 10:23
**graduated** 26:21
139:9
**grandfather**
68:20,21
**Great** 14:12
**Greenville** 7:2
**Greg** 62:8
**Gregory** 6:7
**grew** 64:23
**groceries** 53:4
**grounds** 2:16
**group** 1:10 6:8
32:14 35:14
**grow** 96:15,21
97:11,19
**growing** 52:22
63:23 64:21

# FREEDOM COURT REPORTING

Page 153

73:14 74:2
90:21 91:2,3
**Guard** 32:10
**guess** 78:16
137:16 139:23
142:21 144:19
**guessing** 95:12
**guys** 81:16,19
97:11 118:15
**gynecologist**
109:14,18
117:4,9

---

**H**
**H** 4:5
**Haldol** 78:5
**half** 12:10 32:6
55:23 86:2,3
**handwriting**
61:15
**happen** 46:17
127:3
**happened** 38:2
38:12 39:3
41:9 45:10
66:12 67:1,2,9
70:18 77:19
83:9
**happening** 38:4
47:16 52:1
**happy** 16:18
81:20 95:23
**hate** 55:10
**head** 8:8
**health** 16:11
60:3 85:1
111:1 127:13
**hear** 8:1 28:7
144:21
**heard** 26:8
27:18 30:13
36:15 44:5,18
120:10 121:20
127:10 132:2

136:17 143:8
**hearing** 32:20
146:11
**heart** 71:18
100:12 101:16
103:3
**heater** 90:4,10
**held** 24:18 25:2
27:2 32:8 35:4
40:4 85:17
**hello** 130:12
**helped** 142:19
**helps** 108:15
143:19
**high** 10:18,21,22
11:3 12:20
108:3 139:22
**highway** 124:14
**Hill** 11:1 13:1,4
13:7 17:7,11
17:18,19 52:14
52:21 53:2
55:18,19 56:6
56:22 70:2
71:4 72:13
85:23 107:10
107:13 125:2
**HIPPA** 118:14
118:15
**hire** 34:1 126:3
**hired** 33:11,14
34:13,14
**hiring** 33:20
**history** 59:22
66:20 85:16
101:5,14 102:1
102:4 108:20
109:1 110:3
**hobby** 99:8
**hold** 25:9
**holds** 40:12
**Holly** 56:12
**home** 42:21
53:16 75:4

79:10,19 87:21
87:22,23 88:1
88:3,19,23
89:1,11,18,23
90:13,18 91:11
92:20,21 93:2
95:3,8,9 97:6,9
98:13 119:7,9
119:14
**homogeneous**
20:1
**hope** 53:14
**hoped** 126:12
**hopefully**
107:22
**hormone** 105:19
**Hospital** 121:19
**hospitalized**
64:7 65:3
**hour** 80:17
**hours** 80:5,13
**house** 13:20
19:3,4 86:3
88:16,17,18,20
89:7 90:5
93:14,17 94:19
121:2 134:10
**household** 53:22
95:16
**Hughes** 30:16
30:17 120:7,8
**Huh-huh** 74:3
**Huh-uh** 77:5
132:4 136:8
**hundred** 40:7
**husband** 22:11
22:13,23 24:3
24:16 25:10
26:4,11 27:10
54:20,23 74:4
74:6 86:8,20
90:11,12 98:1
99:5 119:11
125:9 126:12

133:1 138:13
138:14 139:9
140:2,23
143:21 144:2
**husbands** 138:1
**husband's** 27:15
48:13 53:11
137:22 138:10
138:18

---

**I**
**idea** 26:16 29:12
32:12 39:23
73:23
**identified** 15:23
26:5 124:6
**identify** 62:7
**Illinois** 5:14
**imply** 67:5
**important** 51:16
**included** 31:8
125:15
**income** 16:12
**increase** 113:1,2
**indicate** 18:10
**indicated** 96:2
**individuals**
102:7
**indoors** 75:9,10
80:6,13
**industry** 48:2
**information**
60:3 62:11
128:8
**infrequently**
103:20
**initial** 33:21
83:10 143:19
**initially** 38:15
**injured** 87:9
**injuries** 25:10
57:1 58:6
**inquired** 127:12
**insurance** 22:15

115:17,20
**intend** 27:12
**intends** 125:10
**intensive** 104:3
**interested** 33:6
146:14
**Interesting**
63:12
**interferes** 133:4
**internet** 17:3
**interrupt** 53:1
**interrupted**
135:2
**interviews** 33:21
**intrusive** 105:1
**involve** 110:14
**involved** 27:4
91:23 92:6,12
135:8
**in-laws** 57:9,10
**iron** 133:14
**issue** 63:18
64:21
**issues** 19:23
27:6 63:23
114:5,6,10
131:6

---

**J**
**Jackson** 28:10
28:12,16 36:16
45:5 126:21
127:21 129:19
144:20
**Jacksons** 129:18
**Jacuzzi** 82:4,6
**James** 27:17
58:4 133:22
134:1,2,5,8
140:9
**Janice** 140:6
**JD** 99:21
**Jeans** 53:23
**Jerry** 140:23

# FREEDOM COURT REPORTING

**job** 81:20 124:7
145:3
**jobs** 85:18
**Joyce** 56:12 57:5
**July** 1:19 2:9 3:2
7:11
**jumps** 62:17
**June** 12:16
13:11

---
**K**
---

**K** 143:18
**Kandy** 135:19
**keep** 19:10 83:3
128:22
**keeping** 128:16
**Kelley** 137:13
137:14,17,18
137:19,20,21
138:9
**kidding** 133:1
**kidney** 70:17
**kin** 146:13
**kind** 21:7 65:17
106:9 133:8,14
**kinds** 15:22 16:7
19:16 20:3
95:13 119:12
120:22
**knew** 28:20 75:3
128:6 129:13
129:14 133:22
135:13 140:3
142:21 144:2
**know** 8:2,23
10:11 19:6
20:13,13,14,15
21:10,14,16
23:22 24:1
25:1,11,19,21
25:22 26:21
27:1,4,8,11
28:6 31:6
32:18 33:9

35:22 36:19
38:11 40:10,12
41:2,21 44:10
44:21,22,23
47:10 50:18
51:20 52:2,10
55:9 57:23
58:1,6,10,11
58:12,23 67:1
68:11 69:3,11
69:18,21 70:2
70:11,17,18
71:14,22 72:4
72:14,23 73:2
73:5 75:1
77:20 78:6,14
86:12,15 96:4
96:8,22 98:5,8
98:11 99:2
100:8,9,18
101:4,13,16,17
101:23 102:11
102:13,14,22
102:23 103:7
104:7 106:15
106:21,22
110:1,13
112:10,12
117:3,14 121:7
121:18 122:2
123:20 124:1
125:14,19
127:20,22
128:2,4,13
129:1,22 130:4
130:5,10,12,13
130:21 131:9
132:1,8 133:17
133:21,21
134:1,2,10,10
134:19 135:8
135:21,21,22
135:22 136:1,2
136:3,4,14,18

136:18,20,21
136:23 137:21
138:3,9,11,19
138:21 139:8
140:1,7,8,11
140:11,13,14
141:3,5,20
142:13,14,15
143:12 144:3,8
**knowing** 73:21
**knowledge**
86:20,20 121:5
124:13
**known** 128:2

---
**L**
---

**L** 1:6 2:1
**lady** 44:22
**large** 2:7 7:4
40:3 47:15
96:5,6 129:23
**late** 32:18 37:9
41:12 86:7
105:13 129:23
**lately** 143:10
**laundry** 53:20
**Laurel** 11:1 13:1
13:4,7 17:7,11
17:18,19 52:13
52:21 53:2
55:18,19 56:5
56:21 70:2
71:4 72:13
107:10,13
125:2
**law** 2:7 7:8 94:5
**lawsuit** 8:20
27:12,19 34:1
38:3,16 39:4
45:23 47:14,21
120:1,19
126:13,17
128:19,23
139:12 140:18

**lawsuits** 55:7
86:13 87:3
**lawyer** 16:14
33:2,5,12 34:1
34:14 145:5
**lawyers** 46:2,4
46:15,20 47:8
84:9,18 120:2
121:14
**leading** 2:14
94:13
**leap** 54:2
**learn** 131:16
**leave** 24:6 84:23
118:20,22
**leaves** 91:2,4,7
91:14,23 92:12
**led** 111:23
**left** 11:18,22
24:17 45:8
138:14
**left-hand** 18:16
**length** 61:5
**letter** 128:10
**letters** 129:7
**let's** 18:14 49:16
57:10 69:22
91:16 130:20
**Levy** 132:5,6,9
132:12
**Liberty** 85:23
**life** 22:15 80:23
108:6 119:18
**light** 110:19
**Lillian** 144:7
**lines** 60:13
**liquid** 50:10
**list** 15:21 16:2
48:18
**litigation** 6:8
27:11 30:7
31:9 123:22
125:11,22
131:19 135:6

135:11,12
136:7 137:5
142:5 143:3
**little** 16:3 19:13
22:7 28:3
29:12,14,23
30:3,4 51:4
61:11 90:3
94:13 127:4
**live** 13:12,14
20:7,12 48:6
56:9,13 57:13
86:4 88:21
**lived** 13:3,7,10
13:14 14:7
17:9,13,15
18:11 19:2,14
48:14,16 51:8
51:10 52:13
54:10 56:15,21
72:8 75:17
79:9,14 88:20
90:6 92:15,20
92:21 95:3,9
96:3 98:23
124:8 125:1
134:7 141:12
**liver** 73:1
**lives** 20:14,14
21:14,16 57:6
134:9
**living** 21:15
68:14 102:10
102:19 131:9
131:10 137:8
**local** 115:7
**locally** 87:2
**located** 19:4
85:3 86:1
116:9
**location** 21:4
**locations** 18:11
107:6
**Lockard** 4:4 5:5

# FREEDOM COURT REPORTING

36:21 64:15
66:14 122:19
122:22 123:2
139:3
**Lockhart** 10:4
10:12 13:10,11
13:14,15,21
14:8 17:20
18:7,12 19:17
20:2,8 21:1,9
21:14,15 23:1
23:3,7,16 24:4
24:17 25:12,18
26:7,12 27:2,7
27:20 28:13
51:8,19 52:6
56:9,13,14,16
57:3,6,13,22
90:7 107:15,16
134:9
**log** 23:13
**Lolley** 116:3,9
**long** 23:15 39:8
39:15 42:1,1
43:8,12 52:2
56:15 74:9
76:20,23 81:5
86:5 99:10
105:4 117:11
141:9
**longer** 80:18
105:6,8 137:8
140:4 141:1
**look** 20:18 47:3
60:9 62:8
79:15 107:2,3
120:22
**looked** 88:11
**looking** 21:17
119:13
**looks** 21:5
**Lori** 63:10
**Lorrine** 140:12
140:14

**loss** 76:9
**lot** 27:9 28:21
32:12 100:21
136:5
**loud** 8:6 45:13
**LP** 138:2,3
**Lucy** 101:21
**Lucy's** 102:1
**lumber** 23:1,7
23:11,16 24:4
24:17,19 25:13
25:18 26:7,12
27:2,7
**lumberyard**
27:4,20
**lumps** 109:17
**lumpy** 109:4
**lymph** 112:13
**L-O-R-I** 63:10

———————
**M**
**machine** 67:20
115:2
**Mack** 99:18
101:8,10
**Madden** 140:6,9
**Mae** 136:13
**Majors** 99:19
100:23 101:8
**making** 32:14
**male** 66:19
**malfunction**
73:1
**man** 72:20
**map** 17:2 18:14
22:5 51:9
**Marie** 101:21
**Marie's** 102:3
**mark** 2:23 5:11
7:21 15:11
59:14 62:5
**marked** 15:8
16:21 17:1
18:2,5 46:7,10

51:9 59:11,15
**marriage** 15:5
17:21 22:8,9
**married** 14:21
14:23 15:2
23:5,7,8,17
24:3,16 58:3
58:19,20 74:12
74:20 106:4,21
119:20 137:19
138:13
**Marvin** 144:10
**mastectomy**
65:9
**materials**
132:12,16
**maternal** 68:8
68:19
**matter** 20:1
**Maw** 5:12
**Mayer** 5:12
**Mays** 144:10
**ma'am** 8:11 9:2
10:15,20 12:6
13:22 14:21
15:16,23 16:5
16:6,23 17:10
18:6,9 19:5,10
21:7,18 22:8
22:14,20 24:10
27:16 29:7
30:7 33:23
35:13 38:1,19
41:4,20 44:20
46:4,18 47:13
47:18 52:8
55:6 57:1,8
59:20 60:9,13
61:10,16 63:15
64:16 65:3
66:8 68:6 69:1
76:4 83:20
84:15 85:12,20
86:12,19 87:6

87:14 88:16,22
90:21 91:23
92:5,9,15
95:14 99:12
101:5 103:17
108:19 110:6
110:22 113:21
115:7,20 119:6
120:1 122:5
142:16 144:1
144:18
**McNaughton**
1:18 2:5,23 7:1
146:17
**mean** 20:13 28:4
33:8 52:18
53:7 63:2 67:4
92:6 96:5
126:22 131:19
132:5 145:8
**means** 20:7 67:3
146:7
**medical** 27:6
59:18,19 63:17
84:19,22 101:5
101:14 102:1,3
110:11 115:18
129:3 131:6
**medication** 9:2
9:3,8 65:21
66:2 76:2,13
76:16
**medications**
9:20 115:6
**meet** 23:14
**meeting** 32:1
33:4 34:4
35:13 37:9
38:1,10,19,22
39:1,7,17,21
40:14 41:6,23
42:4,8 45:2
59:8 128:8,12
129:9 130:8

**meetings** 31:7
31:11,12,18,22
32:7 45:16
46:4 59:4
**Melanie** 141:3,5
**Melanie's** 142:1
142:10
**member** 62:3,10
63:1 86:6,8
**members** 86:11
**memory** 9:21
130:16 132:21
**menopause**
105:13,14
**mention** 30:12
116:12
**mentioned**
25:17 29:8
30:15 37:21
54:14 55:16
58:13,14,16
97:8 116:14
118:9 135:22
**messed** 45:7
**messing** 138:8
**met** 123:1 132:9
**MIDDLE** 1:2
**mid-seventies**
26:22
**miles** 13:1,18
86:2,3 96:3,11
96:12
**mill** 28:13 48:15
51:12 52:1
54:11,17 57:3
**milling** 45:13
**Mills** 106:23
**Milton** 12:9 13:5
13:6 17:15
22:17 107:8,9
**mind** 26:3 33:11
33:23 36:22
49:5,22 50:17
51:17

# FREEDOM COURT REPORTING

mine 30:18 61:16
minute 16:1 33:1 59:16 60:20 63:6 91:17 130:20 144:12
minutes 43:10
missing 61:17 66:9,15,18 67:7,11,14,17 73:7
Mississippi 6:5
misspeaking 49:20
Mitchell 6:2 33:1,18 34:18 35:4,16,22 36:3 40:15,19 43:21 44:9,14 50:4 67:13,19 139:1
mobile 79:9 88:23 89:1
Molen 3:1 4:3 5:11 7:20,22 15:9 16:22 18:3 34:7 35:8 35:11,21 36:5 36:8 41:1,3 44:4,12,16 46:8 59:12 62:6,14 66:17 67:4,9,15 68:3 68:5 91:19 118:13,21 119:1 123:5 128:7 129:4 132:14 144:16
mom 115:4
moment 40:15 40:17 46:11
month 122:3
months 23:4

39:11 42:2,3 76:23 83:11,12 87:16 105:6,8
morning 119:6 119:21
mother 69:23 70:23 72:10 100:22 122:7,9 129:20 141:19
mother's 68:20 68:22,23 69:23
move 12:23 13:9 69:22
moved 13:11 17:17 23:2,4 51:18,19 52:5 79:19 88:17 91:10 94:17 95:7 97:5 98:13 117:23
moving 21:6 88:15
multivitamin 9:17
municipal 92:17 93:6
muscular 58:9

____ N ____

N 2:1 4:1 5:1
name 7:21 14:3 27:16 28:10 44:21 55:10 56:11 84:13 85:1 96:19,20 99:13 101:8 116:4 117:3 123:1 132:5 133:17,19 134:17 136:10 136:17,18 137:9,12 140:8 143:22 144:4,8
named 132:15

names 18:8 30:14 57:14 63:8 106:17 116:12 130:18 133:21 139:4
narcotic 76:13 76:15 77:4
National 32:10
nature 8:19,20 34:9,17 145:2
near 48:6
necessarily 29:19
necessary 2:12
need 8:19 16:17 26:1 43:6 55:1 60:19 67:23 96:1 112:12
needs 63:1,22
neighbor 19:18 96:9 141:7,9 141:10
neighborhood 48:4
neighborhoods 20:3 21:8
neighbors 19:16 129:13
neither 54:22 57:21 146:12
nerve 125:18
nervous 131:15
neutrally 97:22
never 26:8 58:19 82:21 88:9 104:7 110:8,19 113:3,6,8 134:11,13
new 79:19
newspaper 87:1
Niceville 11:11 11:11 12:2
night 119:10
nighttime 80:7

nine 83:11,12 105:6,8
nineties 105:13
ninety-someth... 70:19
nod 8:8
nodes 112:13
noise 45:6
Nolen 84:13,14 84:15,15 85:8 132:15
nonclients 35:5
nonsmoker 73:10
normal 64:5 97:13 124:14 133:11
north 19:18,18 20:11,17,21 21:19
northeast 21:21
NORTHERN 1:3
northwest 22:1 22:1
Notary 2:6 7:3 146:18
notice 15:13 87:8 128:11
notices 87:7
notified 128:12
November 104:22 139:19
number 10:2 15:8 16:21 18:2 38:5 46:7 59:11 61:12 85:14
N.W 5:7

____ O ____

O 2:1
object 35:6,17 40:21 46:22

50:4 92:2 94:11
objecting 40:19 94:16
objection 34:6 34:10,17,19
objections 2:13 2:16
obnoxious 54:6
OB-GYN 65:17
occasion 54:20 131:16
occasionally 114:11
occupation 11:22
occupations 12:5
occur 29:7 48:12 126:16
occurred 86:22
October 139:18
odds 112:20,23 113:2
odor 54:6,8
offend 8:17
offered 2:18
office 42:20 44:1 68:2 142:11
offices 2:7 7:8
Oh 9:11 29:14 74:9 96:20 141:8
ointment 114:23
Okaloosa 11:6
okay 8:11,14 9:14,16 10:6,8 10:14,15 11:2 11:7,12 12:4 12:11,19 13:3 13:12,16,19 14:9,16,20,20 15:2,10,10 17:9,17 18:4

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

18:16,19 19:9
19:9,22 20:5
20:23,23 21:6
21:12,23 22:6
22:16,19 23:2
23:20,23 25:4
25:7,9,23
26:10,18 27:1
27:5,10,15
28:12 29:6,18
30:5,9,17 31:5
31:21,23 32:3
32:7,13 33:14
33:17 35:8
36:9,11,21
37:14,14,20,20
38:7,12,18,21
39:6,13,16,20
40:4,11,13
41:9,11,19
42:6,10 43:11
45:15 46:9,17
46:20 47:8,12
48:7,11,17
49:3,16,18
50:14,21,21
51:3,14,22
52:3,11 53:5
53:14,19 54:16
54:16 55:2,16
56:3,18,23
57:14,18 58:2
59:13 60:1,8
60:19 61:15
62:21,22 63:21
63:21 64:3
65:2,10,12
66:2,8,21
67:19 68:3
69:15,19,22
70:6,10,14,20
70:23 71:3,7
71:16,21 72:4
72:15 73:3,6,6

73:17 74:1,9
74:16,16 75:7
75:11 77:13,18
78:1 79:22
80:5,14,14
81:9,12,16
83:1,9,12,18
84:5,9,23 85:6
85:12,22 86:11
86:16 87:17,20
88:12,15 89:1
90:5,12 92:14
93:5,11 94:6
94:14,15,20
95:6,6,11,17
95:21 96:7,13
96:15 97:1,18
97:21 98:12,21
99:4,12,16,20
99:23 100:4,7
100:11,17,17
100:22 101:7
102:6 103:13
104:23 105:4
105:11,18
106:8,13 107:1
107:18 108:17
109:6,9,20,23
110:21 111:3
111:10 112:4
112:19 114:4,9
114:13 118:13
119:17 120:8
120:13,13,17
120:21 121:10
121:12,16
122:18,18
123:20 125:4,8
125:13 127:12
134:3,21
137:13 138:7
138:23 139:8
139:23 140:17
143:5 145:4,11

**okra** 97:20
**old** 10:3 32:9
  57:16,18 70:12
  73:16 100:7
  103:23 104:16
  141:12
**older** 89:18
  133:13
**once** 79:8
  113:16
**ones** 28:20 67:13
  67:15
**ongoing** 65:19
**online** 120:18
**operated** 37:22
**operation** 96:6
**operations**
  131:13
**opportunity**
  127:8
**opposed** 62:10
  92:17
**oral** 3:1 7:12
  105:21
**order** 85:15
**original** 3:1
**Ortho-Novum**
  106:12
**Osage** 13:23
  14:2 18:15,21
  89:8 90:5
**osteopetrosis**
  76:17 77:10,23
  116:7
**osteoporosis**
  9:15,18 113:21
**outdoors** 80:10
**outside** 13:14
  56:14
**ovarian** 107:19
**ovaries** 110:1
**overcome** 35:18
**owned** 81:6
**O-S-A-G-E** 14:2

---
**P**
---
**P** 2:1 5:1,1
**pack** 73:21
  74:21 75:1
**packs** 73:22
  74:22,22
**page** 4:2 15:21
  16:2,4 60:14
  60:15 62:4,13
  62:15,17,17,18
  62:20 66:9
**pages** 15:20 16:5
  59:21 60:2,5
  60:10 61:17
  62:7 67:7,11
  67:14,18 73:8
  73:8
**pain** 76:13,16
  77:1,4 117:20
**paint** 99:7
**painter** 99:5,5
**painting** 99:6
**pancreatic**
  122:12
**panhandle**
  11:10
**Pap** 118:6
**paper** 87:8,18
  128:11
**papers** 128:22
**pardon** 15:14
  56:7
**parents** 95:8
**part** 17:3 18:16
  27:10 38:16
  41:7 47:15
  55:7 60:15
  62:1,9 86:13
  123:21
**participate**
  81:22
**particular** 28:22
  54:1 84:10
  95:18 106:9

118:5 121:8
  138:17
**particularly**
  54:3 68:16
**parties** 2:3,15
  146:13
**party** 54:22
**pass** 69:8 71:11
  72:17 102:21
**passed** 70:4
  100:11,15
  103:8 122:12
**passing** 134:14
  141:10 142:11
**pastor** 86:17
**patch** 21:2
**patience** 108:1
**patient** 107:22
**Paul** 57:15,16
  58:19
**Paul's** 58:21
**pay** 48:2
**Peachtree** 5:7
**peas** 97:20
**pen** 18:19,21
**pending** 41:5
**people** 20:6
  27:23 28:6,8
  30:11,11 31:8
  34:11 35:14,15
  35:23 40:1,2,7
  40:9 45:12
  47:16 48:5
  129:14,21
  130:13 136:5
**period** 23:21
  24:2 25:1
  26:14,17 37:6
  74:17 76:22
  77:3 83:20
  91:22 105:17
  138:3 141:13
**periods** 104:4
**person** 47:22

# FREEDOM COURT REPORTING

133:18 136:15
138:5 144:9
**personal** 8:16
59:22 86:19
128:16 140:20
**personally** 121:6
133:22 134:11
136:2
**pesticides** 98:6
**pharmacy** 115:8
115:11
**Philips** 142:12
142:22 143:2
143:15,15
**phone** 38:7,13
46:5
**Physically** 85:11
**physician** 84:12
84:20 107:16
111:15 118:4
**physicians**
106:18
**piece** 78:5
128:11
**Pike** 69:2
**piles** 90:23 91:1
**pill** 106:9
**pills** 75:21 78:2
**pipe** 92:17
**place** 68:13,22
128:22 129:23
**places** 14:7
92:15 98:22
124:7
**PLAINTIFF** 6:1
**Plaintiff(s)** 1:8
**plant** 37:21
**planting** 97:23
**played** 128:3
**playing** 124:21
125:5
**pleasant** 110:16
**please** 3:4 8:5
36:6 46:12

59:17 61:13
87:21
**plenty** 56:1
**point** 28:10
69:17 73:18
84:1 87:2
94:19 95:23
109:15
**pool** 81:3,6,13
81:20
**populated** 19:21
**portion** 45:6
**position** 23:6
27:1
**positions** 24:18
**positive** 112:13
**possibility** 49:7
49:10
**possible** 49:2,3
49:12 50:1
51:1,5 52:4,7
77:15 83:14
**possibly** 25:5
26:23 32:6
57:17 81:7
92:10 97:2
133:1
**post** 25:2 142:11
**posts** 25:7
**potential** 29:22
54:13 126:2
**Powell** 2:7 7:8
**practice** 118:1
**practitioner**
117:19,22
**precursor** 78:6
**Prednisone** 66:4
**preemployment**
34:20
**pregnancy**
104:17
**pregnant** 104:14
106:5 110:9
**prescribed**

76:18
**prescription** 9:7
106:15
**prescriptions**
16:12
**present** 12:17
13:17 31:20
32:11 96:2
98:23
**presentations**
32:14
**presoak** 37:1
**pretty** 19:23
20:5,7 23:2
80:22 103:20
111:11,12
112:21 119:18
**prevent** 47:15
**previous** 17:5
**prices** 79:7
**printed** 17:2
**prior** 2:18 126:2
141:10
**private** 8:16
**privilege** 33:22
34:23 35:19
**privileged** 34:16
**probably** 21:21
23:18 26:22
30:8 35:17
42:5 69:10
71:13,13 72:18
74:11 78:17
79:8 80:13
83:17 86:2
92:13 96:11,23
106:4 107:3
108:8,14
127:17 134:23
136:4 138:6
139:17 141:15
**problems** 25:14
25:15,16 26:5
125:18

**procedure** 2:21
7:6 110:12
**proceedings**
7:14
**process** 8:12,21
42:11 43:8
48:3 64:4
95:15
**processes** 29:1
86:21
**production**
23:14
**PRODUCTS**
1:10
**promise** 123:3,6
123:6
**pronounce**
36:20 37:12
**proper** 21:7
**property** 121:3
121:4 124:10
124:13
**protection** 145:3
**provide** 16:15
**provided** 128:7
**provider** 63:1
**pry** 144:19
**public** 2:6 7:3
35:5 38:19,22
38:23 39:7,17
39:20 40:14
45:2,16 92:18
93:14 143:13
146:18
**pumped** 78:18
**pumping** 79:4
**purely** 139:20
**purpose** 65:6
93:1 127:1
**purposeful** 67:3
**purposes** 44:7
144:23
**pursuant** 7:5
**put** 19:4 94:4,9

94:18 114:5
129:8 133:14
133:17 136:11
**putting** 76:6
115:4
**p.m** 2:10 7:10
**P.O** 6:4

### Q
**question** 2:15
8:1,2 20:4 26:1
26:2 35:20
36:6,7 41:4
49:15 50:7,15
56:8 68:21
92:4 94:12
113:15
**questionnaire**
59:23 95:22
**questions** 2:14
7:22 8:15,18
10:2,3 19:11
42:14 43:17,20
44:2,7,11,19
50:5 61:4
62:20 68:7,8
75:12 85:14
91:21 103:11
105:1 107:22
107:23 111:14
122:19,20
130:22 144:17
146:6
**quick** 16:1
**quickly** 23:3
**quit** 73:19,20
74:13
**quite** 56:20
57:19 138:15

### R
**R** 5:1
**races** 20:6
**radiation** 112:7
114:13 115:2

# FREEDOM COURT REPORTING

radiologist 116:23
rare 77:21
rarely 80:4
rash 65:16,18 111:5
read 16:1,4 36:6 36:7 43:15 61:7
reads 117:1
real 33:10 55:4 109:14 110:16 111:3 128:5
really 24:1 25:3 25:5 26:21 27:9 37:18 47:1 51:20 54:5 69:18 72:8,23 73:1 95:19 96:6 101:6,11,17 105:7 106:11 123:2 126:6 130:14 135:7 136:2 144:3
reason 39:16
reasons 65:12
recall 29:5 30:14 31:23 32:20 37:11 39:6 49:21 73:21 78:9 84:12 85:8 94:6 106:17 109:11 114:21 115:1 129:11 137:12 137:15
receive 128:10
received 15:15 62:16 114:22 132:11,16
receiving 115:1
recommended 112:3

record 26:2 40:17 104:10 139:1,2
records 59:19 84:19,22 105:12
recur 113:4
recurring 112:21 113:3
Reddoch 117:21
refer 10:7
referring 66:13
regular 53:23 118:10
regularly 78:21 109:14
relate 10:3 128:23 135:11
related 17:5 30:7 87:11
relates 128:19
relation 21:19
relationship 137:1
relatives 26:11 55:5,13 57:7 68:9,19 100:20
release 84:21
relief 76:23
relievers 77:4
remainder 60:5
remarkable 53:17
remarriage 104:6
remarried 22:19 22:23 122:7
remember 28:9 31:15 37:13,19 39:9 47:1,5,7 65:11 72:21 79:14 85:21 103:5,9 105:5 105:7 106:11

106:23 108:7 126:6,8,11,15 128:15 130:6,8 130:23 131:14 131:15 133:5,8 133:16 144:3
renal 71:20
Renny 1:18 2:5 2:22 7:1 146:17
reopen 16:17
repeat 8:2 25:23 123:5
rephrase 8:3
replacement 105:19
reporter 2:6 3:5 7:2 8:7
reports 132:16
represent 17:1 18:6 62:16 73:7
represents 146:9
reproductive 66:19
require 112:11
required 94:5
research 120:17
reserve 16:16
residence 21:18 95:2 124:9
residences 124:9
respect 27:12 28:16 29:21 31:10 38:2 45:22 116:22 120:18
respective 2:3
respiratory 114:5,6,10
responsibility 95:8
responsible 95:7 97:21,22

restate 50:8
result 126:17 146:15
results 94:7 121:20
retain 108:16
retained 3:5
retired 117:23
returned 105:9
review 84:20
Reynolds 120:6 136:9
RE-EXAMIN... 144:15
Ricky 142:12 143:2,15
ride 135:15
right 8:9 9:19,23 10:5 11:3,4,9 11:12,15,17,21 12:22 13:10,15 15:12 16:14,16 17:17 18:19 21:1 22:3,6 23:6 25:9 28:2 29:6 40:6,6,20 45:15 46:14 51:11 52:16 53:10 55:13 56:14,22 57:13 59:9 67:8 69:22 72:4 75:4 79:17 80:21 81:2 82:10 83:1 88:20 93:3 94:8 97:4 100:23 101:3 101:22 102:16 107:7 109:19 111:10 113:5 113:11 115:12 115:13 116:14 116:17 117:10

119:16 124:15 125:3 129:15 129:22 133:12
Riley 139:23 140:1
ring 85:1 110:14 116:4 136:16 137:9 139:5
ringworm 114:19
road 14:18 86:4 86:4 124:16 141:13
roads 51:11
Roger 117:17
Ronnie 28:9,12 28:16 29:17,20 30:15 32:5 36:15 45:5 126:20 127:20 128:14 129:19 144:20
Ronnie's 129:20 131:23
room 34:11 40:3 43:3
roughly 108:13
route 49:1 50:23 51:12
routine 133:11
Rowe 5:12
Roy 130:2
Royce 143:21
rude 75:13
rule 2:20 93:18
Rules 2:21 7:5
run 110:19

___
**S**
S 2:1 4:5 5:1,3 6:1
safe 94:7
sale 95:19
salesman 22:15

# FREEDOM COURT REPORTING

Page 160

**Sanders** 99:22
**Sandra** 134:16
134:19
**Sarah** 143:18,18
**sat** 23:12 129:14
**sauna** 82:2
**saw** 24:20,21,21
45:5 116:6,11
116:21 117:20
118:4 129:17
130:13 131:23
142:7
**sawing** 23:10
**sawyer** 23:9,20
**saying** 20:18
32:23 35:15
50:1,23 53:2
62:11 67:6
126:15
**says** 62:2
**scans** 110:19
**school** 10:18,21
10:22 11:3,19
11:22 12:20
24:7 74:14
108:3 127:23
134:20 142:19
**schools** 64:5
**screen** 45:7
**screening** 34:21
**Scrub** 95:20
**season** 139:17
**Sebera** 137:7,11
**second** 22:23
38:22,23 39:5
39:7,17,20
40:14 41:5
42:7 45:2
60:14,14 69:11
71:19,23 85:18
130:8
**secretary** 85:19
**Security** 61:12
115:15

**see** 39:18 45:4
47:3 48:15,16
59:5,8 62:17
65:14 84:10
87:1,9,19
96:14 97:2,3
116:23 117:2
117:12 121:7
126:23 130:17
139:16
**seeing** 32:20
84:12 106:18
130:6
**seen** 87:6,8
98:21 102:8
118:8 132:9
134:9 135:3
136:22 142:10
**segregate** 20:8
**segregated**
20:10
**segregation** 21:8
**seizures** 64:1,10
64:12,19
**seldom** 98:4
**self-serve** 78:22
**send** 84:19
**sense** 99:6
**sent** 117:5 145:5
**service** 81:16
**set** 44:18 60:22
**seven** 73:15,16
81:7 108:14
**seventies** 72:19
**shake** 8:8
**sharpening**
24:21
**Sherri** 1:6,15
2:4 7:11,16
**Shield** 115:21
**shop** 53:4
**short** 26:16
40:18 85:15
91:18 141:13

**shorten** 61:5
**Shortly** 34:3,4
**show** 15:10
16:23 17:4,5,7
18:4,12,14
19:1 46:9
59:13
**siblings** 55:20
**side** 68:20,22
100:20 133:6
**sigh** 113:12
**sight** 48:15
54:11
**sign** 46:21 47:9
83:8 113:9
**signature** 60:13
**signatures** 60:17
**signed** 35:1
38:14 46:13
**significant**
68:15
**signing** 47:5
**signs** 82:22 83:4
83:16
**similar** 21:8
**sinusitis** 25:15
125:17
**sir** 12:3 22:10
30:3 64:22
65:1 71:6
82:14,17 83:23
84:4,8,11,17
85:11,11,19
88:8 116:2
119:19 121:22
123:9 129:5
139:13 145:6,6
**sister** 56:10 57:5
128:3
**sisters** 71:1,3
101:19
**sit** 40:23 129:18
**sitting** 129:21
**situation** 86:17

103:22
**six** 23:4 42:2,3
73:16 76:18
81:7,7 87:16
100:2,3 105:8
108:14
**sixties** 100:9
**sketch** 10:16
**skin** 65:16,18
**skip** 5:5 66:11
123:1
**sleeping** 75:20
78:2
**slim** 112:21
**small** 45:5 52:22
64:2 90:23
91:1 97:13
128:2
**smears** 118:7
**Smell** 48:16
**smoke** 48:16
50:12 73:14
74:4,6,18,23
75:2,4,8,9
**smoked** 74:2,11
74:20 75:2
**smoker** 73:22,22
74:10
**smoking** 74:15
75:15
**social** 61:12
104:7 115:14
**socioeconomic**
19:22 20:3
**Soft** 95:20
**softball** 142:20
**somebody** 31:18
**son** 63:9 104:21
105:5 106:5
**sonogram** 117:5
**soon** 38:11
**sorry** 9:11 19:1
20:23 22:22
31:13 41:13

50:15 53:1
61:22 64:15
75:11 91:20
92:21 96:20
104:23 127:11
130:19 135:2
138:7 142:16
144:12
**sort** 98:3 132:20
133:3
**sound** 134:17
**sounds** 110:16
136:10
**source** 50:3
**south** 5:13 6:9
13:2 19:19
20:12,17,19
21:20
**soybean** 96:23
**space** 89:18
90:10
**speak** 9:21
28:15 32:21
**speaking** 35:13
127:8
**special** 63:1,22
63:22
**specifically**
120:14
**specifics** 120:12
**spend** 80:6,10
124:20 125:4
**spoke** 32:16,19
130:11 134:22
139:14 142:9
**spoken** 134:13
144:5
**spots** 60:17
**squad** 142:18
**squared** 68:1
118:23
**squash** 97:20
**stage** 23:3
**standing** 124:18

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 161

stands 143:8
Stanton 137:13
 137:14
star 19:4
start 29:11,18
 49:17 133:2
started 29:15
 30:1 114:2
starting 68:19
starts 62:6,9
state 2:6 7:3
 24:7,8,9,10
 146:2
statement 41:18
 45:19 124:2,4
statements
 34:15,15 47:4
STATES 1:1
steady 80:22
stenotype 146:6
stepbrothers
 134:7
stick 36:22
sticks 49:5 50:17
Stimulants 76:6
STIPULATED
 2:2,11
stipulation 7:7
store 11:23 12:8
 134:14
stores 52:21
storms 93:8
story 87:23 88:1
 88:3,19 89:10
street 2:8 5:7 7:9
 13:23 14:3,4
 14:12 18:8,15
streets 19:7
 21:11
stroke 69:17
 70:16
stuck 81:19
studies 11:13
subject 34:22

subscribe 87:18
subsequent 12:5
substances
 37:10 52:4
suffer 25:10
 56:23 58:6,22
 64:18 114:4
suffered 123:17
suffering 27:5
suffers 63:17
summary 50:3
summer 81:14
supervisors
 138:21
supplements 9:5
 9:20
supplied 92:16
supply 93:14,16
sure 16:18 28:21
 34:5 48:21
 49:13 52:11
 56:20 57:20
 59:14 63:13
 69:3 72:1,2,8
 80:8 85:13
 94:18 101:11
 106:16 126:5,7
 130:6,13
 133:15 138:13
surgery 82:13
 112:2 131:3
surrounding
 51:10
Susan 142:22
 143:15
swallowing
 110:15
Sweaty 54:8
swim 81:10,11
 81:12
swimmer 81:9
swimming 81:3
 81:6
switch 93:10

sworn 7:17
symptoms
 109:10 114:3

———— T ————
T 2:1,1 4:5
take 8:8,22 9:3
 9:13,15 16:1
 18:20 40:16
 41:22 43:9
 46:11 59:16
 60:19 61:2,6
 63:6 91:16
 93:23 94:7
 108:16 113:1
taken 2:5 3:2
 40:18 78:1
 91:18 106:6
 115:17 121:9
 146:5
takes 47:23
talk 28:23 42:13
 66:23 120:9
 126:7 131:5
 139:11
talked 28:7,20
 29:17 30:16
 32:5 42:15
 54:12 86:16
 102:8 111:4
 119:23 120:5
 120:12,13
 125:12 131:1
 134:11 135:5
 143:9
talking 10:11
 28:9 29:15
 57:9 87:3,5
 138:8 143:12
Talmage 102:17
 102:18 103:7
tank 79:5
tape 43:12
tasted 94:21

tastes 94:23
Tatum 141:20
 141:23 142:4
tax 16:13
Taylor 5:4 34:5
 34:9 35:2
 122:20
Teaching 11:14
team 139:21
 142:20
tell 24:17 26:8
 27:18 30:17
 36:11 42:10
 46:11 47:12
 49:20 55:2,22
 59:16 61:12
 63:7 65:5
 83:20 88:18
 104:19 106:1
 109:3 116:13
 119:5 123:10
 127:4 134:3
 145:1
telling 62:19
 126:11
ten 74:17 141:15
tend 20:8 95:18
tending 97:23
Ter 2:23 4:3
 5:11 7:20,21
 15:9 16:22
 18:3 34:7 35:8
 35:11,21 36:5
 36:8 41:1,3
 44:4,12,16
 46:8 59:12
 62:6,14 66:17
 67:4,9,15 68:3
 68:5 91:19
 118:13,21
 119:1 123:5
 128:7 129:4
 132:14 144:16
term 82:21,23

terms 19:22
 36:13,17
test 83:6 94:5
 121:9,17,21,23
 130:16
tested 94:3
 121:6
testified 7:18
testimony 1:14
 3:2 146:10
testing 112:15
 113:16 121:3
Texas 110:18
 111:21,22,22
 112:1 116:15
Thank 19:9
 122:18
Thanks 37:14
 61:15 145:12
therapy 105:19
 112:7
thereto 2:19
 146:7
thing 16:12
 47:16,17 65:17
 98:3 113:7
 114:8 118:7,12
 131:4,11 133:8
 133:14 143:7
 143:10
things 129:3
 133:5,11
think 14:14
 15:11 16:9
 23:19 26:20
 33:18,20 35:17
 41:4 43:22
 44:5,14,17
 46:23 47:20
 48:2 49:11,19
 50:1,22 51:1,3
 51:16 65:2
 69:2,11,18
 70:9 72:18

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

74:14 78:14
79:13,16,17,18
92:11 94:5
100:2 101:9,9
101:15 102:20
103:3 105:12
105:16 106:14
106:16 108:15
113:14 114:1
118:11 122:4
122:18,23
123:1 125:12
128:14 129:17
130:14,18
133:18 137:20
138:6 140:10
141:11 144:2
144:13 145:11
**third** 62:1 69:11
**thirties** 111:6
**Thomas** 132:15
136:13,19,20
136:21 137:7
137:11
**Thompson**
140:12,23
143:18,19,21
**thought** 99:1
111:2 126:16
135:15
**thousand** 40:9
**three** 14:10
23:18 39:10
55:23 56:6
60:17 66:5
71:14 74:22
76:22 86:3
87:16 90:6
96:3,11,11
105:14
**thumbnail** 10:16
**tied** 54:11
**till** 12:15,17
29:14 73:15

**time** 2:17,17
7:23 8:23
10:13 12:19
23:16,21 24:3
24:15,16 25:1
26:14,17,18
29:6,23 30:5,8
37:6 39:4,15
44:22 51:7,13
51:14,16 52:2
61:3,6 66:1
79:12 80:12
82:22 83:8,19
83:20 84:1
87:2 88:16
90:2 91:22
93:19 99:10
104:4 106:1,18
109:8,11
113:10,22
123:2 124:20
125:4 128:15
134:21 138:4
138:15,16
139:14 141:10
141:13 142:7,9
142:18
**times** 65:10 79:6
81:15 104:7,14
**title** 138:17
**TMA** 1:10
**Tobe** 137:18,19
137:21 138:6,9
**today** 9:2 10:2
13:13 15:16
27:21 42:3
91:14 118:15
**today's** 15:14
**told** 25:21 26:4
33:2 38:15
77:18 83:4,15
84:2 105:16
112:18,19,22
114:18 127:10

128:14 133:2
**Tomato** 97:20
**tomorrow** 67:23
**tonsillectomy**
65:8
**top** 18:16 20:18
**total** 12:9
**town** 19:13
52:20,22 128:2
131:9
**toxic** 37:4
131:11
**trailer** 134:8
**Tranquilizers**
75:23 78:10
**transcribed**
146:7
**transcript** 3:1
146:10
**transcription**
146:8
**transferred** 12:8
**trash** 90:22 91:1
**travelled** 51:11
**treated** 66:6
112:5
**treaters** 118:17
**treating** 111:15
**treatment** 10:4
10:12 65:22
66:3 78:4
105:15 114:22
**treatments**
114:14
**trial** 2:17
**tried** 78:15
106:5 120:21
**trivial** 91:21
**trooper** 24:7,8,9
24:11 74:13,14
**Troy** 2:8 7:9
**true** 60:22 146:9
**try** 59:14 68:1,2
85:14 108:1

123:3,7
**trying** 8:17
19:13 26:20
33:8,10 46:23
49:13,14 75:13
130:15,17
144:18
**turn** 15:18 16:2
60:8 62:1,17
**twelve** 13:1
**twenties** 111:6
**Twenty** 97:17
**two** 14:7,18
23:18 38:20
45:16 57:12
59:20 63:3
66:4 71:2,3
73:22 74:22
76:22 79:8
86:2,3 87:23
98:17 101:19
102:15 104:11
104:14 119:11
130:4 134:2
144:17
**type** 16:12 28:22
47:16,17 71:23
73:1 94:5
114:7 118:7,12
123:17 127:11
131:4,11 143:7
143:10
**typical** 108:5
**typically** 65:13
80:6,18 95:14
97:18 119:6
**T.V** 87:9

___

**U**

**U** 2:1
**uh-huh** 17:12
43:5 87:13
101:1
**ultimate** 38:3

**unbeknownst**
47:22
**undergoing**
65:22
**understand** 8:1
15:15 19:13
20:4 30:10
34:6 48:21
49:7,9,14,19
50:7 51:3,15
51:19 52:12
53:9 68:4,4
73:9 92:4
101:18 108:20
113:14 123:15
129:10
**understanding**
21:3 26:3
60:23 61:1
**understood** 30:6
**unduly** 91:21
144:19
**unfortunately**
137:8
**UNITED** 1:1
**unusual** 133:10
**update** 39:18
**usable** 89:19
**use** 76:15 81:13
90:19 95:14,20
97:14 98:9
107:17 115:7
**uses** 98:8,10
**usual** 65:15
**usually** 119:8
**uterine** 72:1

___

**V**

**v** 1:9
**Vacuum** 81:21
**valve** 93:15
**various** 18:11
30:11 31:8
**verify** 60:21

# FREEDOM COURT REPORTING

vicinity 56:16 57:6
video 43:12 44:8 131:21
videotape 41:7,8 41:16 42:11 43:1,15 44:2 44:19 45:3,18 130:21 131:1
videotaped 41:17,19 42:7 124:2,3 131:18 132:3
view 33:5 48:12 52:3 114:11
visible 18:13
visit 54:19 65:13
vitamin 9:4,5

**W**

W 6:2
Wachovia 12:18 123:11
Wacker 5:13
Wait 33:1
waiving 40:20
walk 10:17 12:4 61:3
Walter 27:17
Walton 11:6 117:23
want 8:22 48:6 48:18,21 51:4 51:15 52:11 56:2 61:2,4,6 70:12 77:8 85:13 96:1 99:15 101:15 106:11,22 111:13 133:21 143:12
wanted 24:13 38:15 49:4 53:10

wash 53:16
washed 48:13 53:11
wasn't 29:14 39:15 43:11,12 54:5 67:20 89:19 95:12
watch 45:2
watched 41:7
water 92:16 93:1,1,3,6,7,10 93:12,14,18,20 93:22 94:20,22 94:23 95:1,4 124:18
way 34:18 37:21 114:6 131:17 140:10 145:8
Wayne 106:20 118:2
ways 50:13
weakened 77:16
wear 80:2
weeding 98:2
week 38:10 79:6 80:20 81:15 87:19 104:7
weeks 79:8 105:15 135:1
weigh 108:2
weighed 108:9
weight 76:9 108:5,12,16
Wells 117:4,8,12
went 11:2 31:22 33:16 39:5 52:23 53:2 64:4 74:13 78:22,23 82:12 82:15 121:19 124:22 128:9 129:10 130:4 134:20 142:18
West 5:7

we'll 16:14,18 66:23 67:22
we're 10:11 27:20 40:20,22 61:5 66:14,17 66:20 67:12 73:7 93:3
we've 15:22 98:18 125:12
wife 58:20 112:5 137:16 142:21
Willene 137:16 137:19
Williams 117:21
Will's 67:20
wine 103:18
withdraw 36:3 56:8
witness 7:12 36:2 62:13 146:11
wondered 125:18
wondering 128:10
wood 10:4,11 90:3,9,13,18
woods 90:11
word 37:16
words 14:19 36:13,17 47:13 127:18
Wore 53:23
work 9:1 24:4 26:15,19 27:22 31:2 41:14 56:3,7 74:23 79:2 85:15 105:9 119:8,9 119:15 123:7 123:21
worked 11:23 12:7,15,16 23:1,5 25:12

25:17 26:6,12 27:7 28:6,13 48:14 57:21 123:16
worker's 116:1
working 11:16 23:10,16 29:11 80:14 94:19
works 31:6
wouldn't 128:4 128:21 130:5
written 132:11 132:16

**X**

X 4:1,5
x-ray 117:2

**Y**

yard 27:3 75:6,8 134:7
yeah 34:7 35:22 42:9 44:12 54:15 55:5 61:2 66:7 68:4 69:5,14 88:4 92:10 94:1 108:8 109:22 118:21 137:18
year 10:21 11:16 11:18 17:16 29:12,15 30:4 31:16 32:4,5,5 69:12 71:15 79:17 80:12 98:15 105:8 113:13,16 121:11 122:2
years 12:10 23:18 25:5 26:17 51:13 56:18 71:14 72:6 73:16 74:12,15,18,19 75:8 81:8 90:6

98:15,16,18,19 98:20 104:16 108:13 117:14 117:16 128:1 138:9 141:14 141:15
young 69:10 72:20 77:20,22

**0**

05 139:19
06 121:13

**1**

1 4:7 15:8,11 16:5 62:15,17
1st 104:21
11 1:19 14:14,14 60:2,15 65:7
11th 2:9 3:2 7:11
11/06/07 146:19
12 65:7
1201 5:7
122 4:4
125 108:7
13 62:7
140 108:4,7
144 4:3
15 2:22 4:7 43:10 72:6
16 4:8 63:11 98:19
17 98:19 141:11
170 108:11
18 4:9 13:23 14:2 66:15,18
180 14:1
1960's 69:13
1975 17:22
1979 15:1 22:22
1980 13:20 17:10 22:20 51:7,18 52:5 98:23
1980's 70:8

# FREEDOM COURT REPORTING

109:21
**1985** 13:20 51:7
  94:10 96:2
  98:16
**1988** 2:22
**1994** 24:17
**1995** 92:1,11
**1998** 82:9 83:19
  110:22
**1999** 77:3 83:13

---

**2**

**2** 4:8 16:21 17:1
  62:20
**2:06-cv-187-...**
  1:5
**2:20** 2:10 7:10
**20** 56:18 80:13
  98:19
**2000** 12:16
  29:11 30:1
  82:19 83:5,13
  83:19 123:13
**2006** 1:19 2:9
  3:2 7:11 39:13
  46:19
**201** 2:8 7:8
**22** 66:9
**23** 63:10
**24th** 104:22
**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**
  61:14
**29** 104:16

---

**3**

**3** 4:9 18:2,5,10
  20:16 51:9
  62:18
**30309** 5:8
**312-782-7711**
  5:15
**34** 73:8
**3478** 14:18
**35255** 6:10
**3529** 6:9

**36** 73:9
**39703** 6:5

---

**4**

**4** 4:10 46:7,10
**404-881-7000**
  5:9
**42** 60:5
**43** 57:17
**46** 4:10
**49** 57:19

---

**5**

**5** 4:11 59:11,14
  59:17,21 60:11
  62:13 66:9
  95:22 129:4
**5(d)** 2:20
**59** 4:11

---

**6**

**6** 16:5
**60606** 5:14

---

**7**

**7** 4:3 16:5
**7th** 6:9
**70** 122:9
**71** 5:13 11:20
**73** 15:6 17:13,14
  17:15 106:3,21
**75** 17:16
**76** 12:14,15
  17:23 18:4
**79** 22:21 138:13

---

**8**

**80** 13:11,15
  17:19
**82** 104:21
**83** 106:4,4
**84** 79:16 94:18
  106:4
**85** 13:15,17
  79:16 92:22,23

94:17,18
**86** 56:17 65:20
**866** 6:4
**89** 104:22
  117:14

---

**9**

**9** 14:14
**94** 24:5 138:14
**98** 12:16 29:10
**99** 76:17 114:1,2