# FREEDOM COURT REPORTING

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3       NORTHERN DIVISION
4
5   CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
6   MELANIE CHAMBERS, who sues by
7   and through her Mother and next
8   of friend, GAIL TATUM,
9       Plaintiff,
10      vs.
11  PACTIV CORPORATION and
12  LOUISIANA-PACIFIC CORPORATION,
13      Defendants.
14      S T I P U L A T I O N
15      IT IS STIPULATED AND AGREED by and
16  between the parties through their respective
17  counsel, that the videotaped deposition of
18  Sherri Davis may be taken before Angela
19  Smith, RPR, CRR, at the Embassy Suites
20  Hotel, at 300 Tallapoosa Street, Montgomery,
21  Alabama 36104, on the 26th day of July,
22  2006.
23      DEPOSITION OF SHERRI DAVIS

Page 2

1       IT IS FURTHER STIPULATED AND
2   AGREED that the signature to and the reading
3   of the deposition by the witness is not
4   waived, the deposition to have the same
5   force and effect as if full compliance had
6   been had with all laws and rules of Court
7   relating to the taking of depositions.
8       IT IS FURTHER STIPULATED AND
9   AGREED that it shall not be necessary for
10  any objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties
13  may make objections and assign grounds at
14  the time of the trial, or at the time said
15  deposition is offered in evidence, or prior
16  thereto.
17      IT IS FURTHER STIPULATED AND
18  AGREED that the notice of filing of the
19  deposition by the Commissioner is waived.
20
21      * * * * * * * * * * * * *
22
23

Page 3

1       * * * * * * * * * * * * *
2           I N D E X
3         EXAMINATION
4              PAGE
5   By Mr. Palmer ....................... 8
6   By Mr. Ter Molen .................. 55
7   By Mr. Taylor ..................... 66
8      EXAMINATION CONTINUED
9              PAGE
10  By Mr. Palmer ..................... 70
11     PLAINTIFF'S EXHIBITS
12             PAGE
13  Ex. 1 - Ms. Davis's affidavit ...... 34
14      * * * * * * * * * * * * *
15
16
17
18
19
20
21
22
23

Page 4

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3       NORTHERN DIVISION
4
5   CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
6
7   MELANIE CHAMBERS, who sues by
8   and through her Mother and next
9   of friend, GAIL TATUM,
10      Plaintiff,
11      vs.
12  PACTIV CORPORATION and
13  LOUISIANA-PACIFIC CORPORATION,
14      Defendants.
15
16  BEFORE:
17      ANGELA SMITH, Commissioner.
18
19  APPEARANCES:
20      W. EASON MITCHELL, ESQUIRE, of THE
21  COLOM LAW FIRM, 200 Sixth Street N., Ste:
22  102, Columbus, Mississippi 39701, appearing
23  on behalf of the Plaintiff.

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 5

```
1   APPEARANCES (continued):
2        GREGORY A. CADE, ESQUIRE, of
3   ENVIRONMENTAL LITIGATION GROUP, 3529 7th
4   Avenue South, Birmingham, Alabama 35255,
5   appearing on behalf of the Plaintiff.
6        ROBERT L. PALMER, ESQUIRE, of
7   ENVIRONMENTAL LITIGATION GROUP, 3529 7th
8   Avenue South, Birmingham, Alabama 35255,
9   appearing on behalf of the Plaintiff.
10       BERNARD TAYLOR, SR., ESQUIRE, of
11  ALSTON & BIRD, One Atlantic Center, 1201 W.
12  Peachtree St., Atlanta, Georgia 30309,
13  appearing on behalf of the Defendant,
14  Louisiana-Pacific Corporation.
15       ORLYN O. LOCKARD, III, ESQUIRE, of
16  ALSTON & BIRD, One Atlantic Center, 1201 W.
17  Peachtree St., Atlanta, Georgia 30309,
18  appearing on behalf of the Defendant,
19  Louisiana-Pacific Corporation.
20       MARK R. TER MOLEN, ESQUIRE, of
21  MAYER, BROWN, ROWE & MAW, 71 S. Wacker
22  Drive, Chicago, Illinois 60606, appearing on
23  behalf of the Defendant, Pactiv Corporation.
```

Page 6

```
1   APPEARANCES (continued):
2        ALSO PRESENT: Wendy Garmon
3        VIDEOGRAPHER: Paul Brewer
4        * * * * * *
5        I, ANGELA SMITH, RPR, CRR, a Court
6   Reporter of Wetumpka, Alabama, acting as
7   Commissioner, certify that on this date, as
8   provided by the Federal Rules of Civil
9   Procedure and the foregoing stipulation of
10  counsel, there came before me at the Embassy
11  Suites Hotel, 300 Tallapoosa Street,
12  Montgomery, Alabama 36104, beginning at
13  10:41 a.m., Sherri Davis, witness in the
14  above cause, for oral examination, whereupon
15  the following proceedings were had:
16       VIDEOGRAPHER: This begins
17  videotape number one in the deposition of
18  Sherri Davis. In the matter of Melanie
19  Chambers, who sues by and through her mother
20  and next of friend Gail Tatum, Plaintiff,
21  versus Pactiv Corporation and
22  Louisiana-Pacific Corporation, Civil Number
23  83-LES-CSC. We're on the record. The time
```

Page 7

```
1   is 10:41 a.m. Today is July 26, 2006.
2        The deposition is taking place
3   in Montgomery, Alabama. My name is Paul
4   Brewer. Would counsel please identify
5   yourselves and state whom you represent.
6        MR. PALMER: My name is Robert
7   Leslie Palmer, I'm one of the attorneys
8   representing the Plaintiffs.
9        MR. TER MOLEN: I am Mark Ter
10  Molen, one of the attorneys representing the
11  Defendant, Pactiv.
12       MR. TAYLOR: Bernard Taylor,
13  representing Defendant, Louisiana-Pacific.
14       MR. LOCKARD: Orlyn Lockard,
15  appearing on behalf of Louisiana-Pacific.
16       MR. CADE: Gregory A. Cade,
17  appearing for the Plaintiffs.
18       MR. MITCHELL: W. Eason
19  Mitchell, I represent the Plaintiffs.
20       VIDEOGRAPHER: Would the
21  reporter please swear in the witness.
22       SHERRI DAVIS,
23  being first duly sworn, was examined and
```

Page 8

```
1   testified as follows:
2        COURT REPORTER: Usual
3   stipulations?
4        MR. PALMER: No.
5        EXAMINATION
6   BY MR. PALMER:
7   Q.    Good morning, Ms. Davis.
8   A.    Good morning.
9   Q.    I apologize for the delay.
10  A.    Okay.
11  Q.    Would you please introduce
12  yourself to the jury by giving your full
13  name and spelling it, please.
14  A.    I'm Sherri Lynn Davis,
15  S-H-E-R-R-I, L-Y-N-N, D-A-V-I-S.
16  Q.    And you understand you just
17  took the oath, so you understand you're
18  under oath today?
19  A.    Correct.
20  Q.    And you understand that you
21  have to tell the truth?
22  A.    Yes, sir.
23  Q.    And you understand also that,
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 9

1   even though you're not in a courtroom, that
2   your testimony can be used just as though
3   you are in court today?
4       A.    Yes, sir.
5       Q.    When were you born?
6       A.    December 25, 1952.
7           MR. TER MOLEN:  Go off the
8   Record for a moment.
9           VIDEOGRAPHER:  Off the Record.
10  The time is 10:42.
11              (Off-the-Record discussion
12              was held.)
13          VIDEOGRAPHER:  Back on the
14  Record.  The time is 10:45 a.m.
15      Q.    Ms. Davis, would you state
16  when and where you were born.
17      A.    I was born in Florala,
18  Alabama.  The date?
19      Q.    And when.
20      A.    December 25, 1952.
21      Q.    Christmas day.
22      A.    Right.
23      Q.    And did you grow up near

Page 10

1   Florala?
2       A.    Yes.
3       Q.    Where did you grow up?
4       A.    The Laurel Hill community.
5       Q.    How far away is that from
6   Florala?
7       A.    Eight, ten, twelve miles.
8       Q.    In which direction?
9       A.    To the south of Florala.
10      Q.    And did you spend time in
11  Florala as a child?
12      A.    Yes, I did.
13      Q.    What did you do in Florala?
14      A.    We shopped there, ate out up
15  there.  Bought groceries up there.  Went to
16  the lake, played on the playground at the
17  lake.
18      Q.    Which lake is that?
19      A.    Lake Jackson.
20      Q.    Are you married?
21      A.    Yes.
22      Q.    Who is your husband?
23      A.    James Walter Davis.

Page 11

1       Q.    And what does he do for a
2   living?
3       A.    He's a retired state trooper.
4       Q.    Do you have any children?
5       A.    Yes.  Two.
6       Q.    What are their names and how
7   old are they?
8       A.    Adam Davis, twenty-three, Lori
9   Davis, sixteen.
10      Q.    And where did Adam attend
11  school?
12      A.    Lockhart Elementary, Florala
13  Middle School, Florala High School.
14      Q.    I understand that you have a
15  special memory of David being on the school
16  basketball team.  Can you tell us about
17  that?
18      A.    Adam?
19      Q.    I'm sorry.  Adam.  Yes.
20      A.    It was a little intramural
21  league --
22          MR. TER MOLEN:  Objection.
23  Relevance.

Page 12

1       Q.    You can go ahead and answer.
2       A.    They played basketball.  And
3   he's just a very compassionate child.  And
4   there was a little handicapped child that
5   played, also.  No one would ever throw him
6   the ball.  At one point, Adam got it, and to
7   the dismay of some of the parents sitting
8   around me he threw that child the ball.
9           And that's just a proud --
10  Other people were upset with him, I was most
11  proud of him because he gave that little boy
12  a chance.  And he's just a compassionate
13  kid.  That made that little boy's night.
14      Q.    Where has your daughter Lori
15  attended school?
16      A.    Lockhart Elementary, Florala
17  Middle School and Florala High School.  She
18  currently will be an eleventh grader there.
19      Q.    At Florala High School?
20      A.    Correct.
21      Q.    And can you tell us a little
22  bit about her activities at school?
23          MR. TER MOLEN:  Objection.

3 (Pages 9 to 12)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 13

1  Relevance.
2      A.   She's a social butterfly.
3  She's in cheerleading, all the clubs,
4  Christian athletics. She plays basketball
5  and softball. Very active at the school.
6      Q.   Where do you live now, ma'am?
7      A.   I live at 1578 Glen Chambers
8  Road, that's two words.
9      Q.   Okay. Would you spell that.
10     A.   G-L-E-N, and Chambers,
11 C-H-A-M-B ER S.
12     Q.   Where is that located?
13     A.   Northwest of the town of
14 Lockhart, probably eight miles or so
15 northwest of there.
16     Q.   And is that in the Damascus
17 community?
18     A.   In the Damascus community.
19     Q.   How long have you been at that
20 address?
21     A.   Since August of '85.
22     Q.   Are you a member of a church?
23     A.   Yes.

Page 14

1      Q.   And what church are you a
2  member of?
3      A.   Liberty Hill Assembly of God.
4      Q.   Is that also in the Damascus
5  community?
6      A.   It's on Glen Chambers Road in
7  the Damascus community.
8      Q.   I understand that you're the
9  secretary there?
10     MR. TER MOLEN: Objection.
11 Relevance. Move to strike.
12     Q.   I'm sorry. What was your
13 answer?
14     A.   Yes, I am church secretary.
15     Q.   If you hear an objection, the
16 defense would like to pause for a moment and
17 let him get it on the Record, and then don't
18 try to speak over him, if you would.
19     MR. TAYLOR: Counsel, I notice
20 you, for some reason, did not reserve
21 objections. Do you have any resistance to
22 just allowing us to say objection on the
23 Record, then you could put the reasons in

Page 15

1  later? That way we could make the
2  deposition flow easier.
3      MR. PALMER: Actually, I'd
4  rather hear the basis.
5      MR. TAYLOR: Okay.
6      Q.   What do you do for a living?
7      A.   I work at a bank.
8      Q.   And what is your position?
9      A.   I'm a teller.
10     Q.   Which bank do you work for?
11     A.   Wachovia, in Florala.
12     Q.   And how long have you worked
13 at that bank?
14     A.   Since 2000, May of 2000. So a
15 little over six years.
16     Q.   All right. I'm going to hand
17 you a document that has previously been
18 marked as Plaintiff's Exhibit Davis 1, and I
19 have previously provided it to defense
20 counsel for their review.
21     MR. TER MOLEN: For purposes
22 of the Record, I will object to this
23 deposition. It is undated --

Page 16

1      MR. PALMER: To the exhibit,
2  you mean?
3      MR. TER MOLEN: I'm sorry.
4  Thank you. To the exhibit. I object to
5  this exhibit as undated and without a
6  description as to the background and the
7  material from which it was made.
8      MR. TAYLOR: Objection. It
9  lacks foundation.
10     Q.   Have you had the opportunity
11 to look at the exhibit marked as Davis 1?
12     A.   Yes, I have.
13     Q.   And is this a fair and
14 accurate representation of the villages of
15 -- or the towns of Florala and Lockhart?
16     MR. TER MOLEN: Objection.
17 Foundation.
18     A.   Yes, to me, it looks accurate.
19     Q.   Now, I had last night asked
20 you to make some marks on this exhibit. Do
21 you recall that?
22     A.   Yes, sir.
23     Q.   And you had the opportunity to

# FREEDOM COURT REPORTING

Page 17

1  do that; correct?
2      A.    Yes, sir.
3      Q.    And I asked you to mark with
4  red ink the word facility?
5      A.    Yes, sir.
6      Q.    Where the Louisiana-Pacific
7  and Lockhart Lumber facility was located?
8      A.    Yes, sir.
9      Q.    And have you done that?
10     A.    Yes, sir, I have.
11     Q.    Okay.  You used red ink.
12  That's your handwriting?
13     A.    Yes, sir.
14     Q.    Now, you said that you grew up
15  in -- or that you have lived in Lockhart?
16     A.    Yes, sir.
17     Q.    Okay.  And you have marked
18  with a green, the locations where you lived
19  in Lockhart?
20     A.    Yes, sir.
21     Q.    And how did you mark those?
22     A.    With a number one for the
23  first place and a number two for the second.

Page 18

1      Q.    Okay.  And the number one,
2  when did you live at the place that you
3  marked as number one?
4      A.    From '86 -- No.  Excuse me.
5  That is wrong.  '80 to '84.
6      Q.    From 1980 to 1984?
7      A.    On Osage, right.
8      Q.    Okay.  That's on Osage Street?
9      A.    Yes, sir.
10     Q.    And then you marked another
11  location?
12     A.    Catawba Avenue is the second
13  application.
14     Q.    And you marked it with a two?
15     A.    Yes, sir.
16     Q.    And when did you live at that
17  address?
18     A.    From '84 to '85.
19     Q.    I understand also that you
20  used an orange pen to circle the schools
21  where your children attended school;
22  correct?
23     A.    Yes, sir.

Page 19

1      Q.    One of them is the elementary
2  school?
3      A.    Yes, sir.
4      Q.    And where is that located?
5      A.    Lockhart.
6      Q.    And both your children
7  attended elementary school there?
8      A.    Yes, sir.
9      Q.    And you've circled in orange
10  the middle school?
11     A.    Yes, sir.
12     Q.    And where is that located?
13     A.    That is 8th and 7th, in
14  Florala.
15     Q.    All right.  And you circled
16  that, though, in orange?
17     A.    Yes, sir.
18     Q.    And both of your children
19  attended the middle school there?
20     A.    Yes, sir.
21     Q.    And you used orange to circle
22  the high school as well?
23     A.    Yes, sir.

Page 20

1      Q.    And your son, Adam, attended
2  high school there?
3      A.    Yes, sir.
4      Q.    And your daughter, Lori, is
5  still attending high school there?
6      A.    Yes, sir.
7      Q.    You told us you worked at the
8  Wachovia Bank.  Are you continuing to work
9  at the Wachovia Bank in Florala?
10     A.    Yes, sir.
11     Q.    Did you write that down in
12  purple ink?
13     A.    Yes, sir, I did.
14     Q.    Okay.  That's located -- Where
15  is that located?
16     A.    On Lakeshore Boulevard.
17     Q.    Lakeshore Boulevard.  And then
18  finally, you mentioned that you -- as a
19  child, you came to Lake Jackson and played
20  on the playground?
21     A.    Yes, sir.
22     Q.    And have you written the word
23  "playground"?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 21

1    A.    Yes, sir.
2    Q.    And what color ink did you
3  write that in?
4    A.    Blue.
5    Q.    Ms. Davis, you've been
6  diagnosed with breast cancer; correct?
7    A.    Yes, sir.
8    Q.    How did you learn that you had
9  breast cancer?
10    A.    Went to the doctor and --
11        MR. TER MOLEN:  Objection.
12  Hearsay.
13    Q.    Go ahead.
14    A.    Went to the doctor, had a
15  checkup and felt a lump, and he did sonogram
16  -- tried to aspirate it.  Then did a
17  sonogram and felt it was solid, I suppose.
18  And asked me could he contact my general
19  practitioner, and would I like to see him
20  that afternoon.  Said that needed
21  investigating further.
22        I made an appointment.  Went
23  and picked up my husband.  We went and saw

Page 22

1  him that afternoon.  He made an appointment
2  with a surgeon to do a biopsy.  I had that
3  done.
4        And then I was sent to a
5  doctor in Dothan for possible surgery.
6  Talked to him.  He came in the room and
7  said: I'm so sorry that it's malignant.
8  That's the first I knew that it was
9  malignant.  He thought that I had already
10  gotten the report from the surgeon that did
11  the biopsy, but I had not.  So that's the
12  first I heard the word "malignant".
13        MR. TER MOLEN:  Move to strike
14  as nonresponsive.
15    Q.    And your husband was with you?
16    A.    He was in the same room.  And
17  the doctor just excused himself and said: I
18  did not know you did not know.  Let me leave
19  you alone for a moment.
20    Q.    How did you feel when you
21  learned that you had breast cancer?
22        MR. TER MOLEN:  Objection.
23  Relevance, prejudice.

Page 23

1    A.    Devastated, mortified, scared.
2    Q.    Why would you be scared?
3    A.    I have small children.
4  Especially the eight-year-old daughter.  My
5  first thought was, of course, death, if it
6  terminated in death.  Her having to go
7  through all the things a young girl has to
8  go through without a mama, you know.
9  Puberty and that type thing.
10    Q.    How old was your little girl
11  at that time?
12    A.    Eight.
13    Q.    When was it that you were
14  diagnosed with breast cancer?
15    A.    August of '98.
16    Q.    And you told us a little bit,
17  but who was it that diagnosed you with
18  breast cancer?
19    A.    It was Dr. Conner, Charles
20  Conner, is the physician that told me it was
21  malignant.
22    Q.    And is he the -- What
23  specialty is he?

Page 24

1    A.    He did the surgery, my
2  mastectomy.  He's a surgeon.
3    Q.    Who was your family physician
4  at the time?
5    A.    Reddick Williams.
6    Q.    And how long were you
7  Dr. Williams' patient?
8    A.    I believe the early '90s.
9    Q.    From approximately --
10    A.    '89, when my daughter was
11  born, he came and was the physician that
12  checked her out, I believe.  I started going
13  to him shortly after that.
14    Q.    And when did you cease seeing
15  him?
16    A.    Shortly after I was diagnosed
17  with breast cancer, he retired and moved his
18  practice to Fort Walton, to another area.
19  Sometime in '98.
20    Q.    And did you tell your children
21  that you had breast cancer?
22    A.    Yes, we did.
23    Q.    And how did you tell your

6 (Pages 21 to 24)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 25

1 children?
2      A.    Came home and sat them down on
3 the porch swing and just told them that I
4 had a problem and that it was going to have
5 to have surgery. I had cancer, and for them
6 not to be scared and all. I think my son
7 cried, my daughter really didn't know what
8 to do, just leaned against me. She was very
9 clingy for a while after that.
10     Q.    What was your health like
11 prior to being diagnosed with cancer?
12     A.    I thought it was good.
13     Q.    And what has your health been
14 like since you were diagnosed with cancer?
15     A.    Well, the osteoporosis, I had
16 that, along with the cancer. And that was
17 very painful. I still have effects with
18 that. But generally I feel pretty good.
19     Q.    How did the osteoporosis
20 develop?
21         MR. TER MOLEN: Objection.
22 Foundation, hearsay.
23     Q.    Do you know how the

Page 26

1 osteoporosis developed?
2      A.    I don't know if it was
3 connected with the chemo. I don't know if
4 the chemo weakened my bones. I don't know.
5      Q.    I'm not asking for a
6 scientific explanation. What I'm asking is,
7 did your doctors tell you anything about the
8 osteoporosis?
9         MR. TER MOLEN: Objection.
10 Hearsay.
11     A.    What, that I had it, or . . .
12     Q.    Well, first of all, did they
13 tell you -- Did any doctor tell you you had
14 osteoporosis?
15         MR. TER MOLEN: Same
16 objection.
17     A.    Yes.
18     Q.    Which doctor?
19     A.    Dr. Dean Wiley.
20     Q.    Did he explain to you why you
21 had osteoporosis?
22         MR. TER MOLEN: Same
23 objection.

Page 27

1      A.    Brittle bones.
2      Q.    You mentioned chemotherapy.
3 Did he tell you it was related to the
4 chemotherapy?
5         MR. TER MOLEN: Same
6 objection.
7         MR. TAYLOR: And objection.
8 Leading.
9      A.    He asked -- asked who my
10 doctor was, and did they think it could have
11 been from the chemo. I don't know if they
12 conferred or what, but he did ask me the
13 name of my doctor at Arlington Cancer Center
14 in Texas.
15     Q.    I understand that you've had
16 nine months' of chemotherapy?
17     A.    That's correct.
18     Q.    How often did you have
19 chemotherapy?
20     A.    I had three different types,
21 the first one initially I would go and get
22 hooked up to a pump, and it would be a
23 continuous feed for four days.

Page 28

1         Then it would be like a week
2 off -- week or two off. I can't remember.
3 I'd have to go back and look at the exact
4 calendar schedule, but I would have a time
5 period off and then I would go back and have
6 the pump infused.
7         And then later, the second
8 form I believe was an infusion where they
9 would come to the house and I would sit. It
10 would take hours, though, and I would take
11 an IV infusion with that.
12     Q.    And with the second type, did
13 you do that more than once?
14     A.    Yes.
15     Q.    Do you know how many times you
16 did that?
17     A.    I could look it up. I don't
18 really remember. For a while. Several
19 weeks.
20     Q.    Did you suffer any side
21 effects from the chemotherapy?
22         MR. TER MOLEN: Objection.
23 Foundation.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 29

1     A.     The usual, nausea, hair loss,
2  mouth sores, stomach ulcers, bowel problems,
3  toe funguses, eyelash and eyebrow loss,
4  salt, couldn't taste anything, my taste buds
5  were affected.
6     Q.     Did you suffer fatigue?
7     A.     Very tired.  Very tired.
8     Q.     Did you miss work to receive
9  chemotherapy?
10     A.     I did not work because of the
11  cancer.  I was going to apply for jobs when
12  my children started school.
13     Q.     And before the --
14     A.     -- and discovered I had
15  cancer.
16     Q.     Before you were diagnosed with
17  cancer, had you worked?
18     A.     Yes.  Twenty-one and a half
19  years at the bank before that.
20     Q.     Which bank was that?
21     A.     First National Bank of
22  Crestview, in Crestview, Florida.
23     Q.     How has your cancer affected

Page 30

1  your family?
2     MR. TER MOLEN:  Objection.
3  Foundation.  Relevance.
4     A.     It's --
5     Q.     Back up.  Has your cancer
6  affected your family?
7     A.     Yes.
8     MR. TER MOLEN:  Same
9  objection.
10     Q.     How has your cancer affected
11  your family?
12     MR. TER MOLEN:  Same
13  objections.
14     A.     Cancer is something you live
15  with daily after you've had it.  We've
16  become closer in a lot of ways.  My children
17  had to mature real quick.  Like I said, my
18  daughter was really clingy there for quite
19  awhile.
20     My son had to assume
21  responsibilities that -- such as putting up
22  vegetables and things that, you know, normal
23  fifteen, sixteen, seventeen-year-old boy

Page 31

1  would not be doing.  But he did, he got
2  right in there.  They all pulled together.
3     And my husband had to learn to
4  give me shots.  He gave me over a hundred
5  and something shots because they tried to
6  teach me and I could not do it to myself, so
7  he would do it.
8     Q.     Now, in connection with the
9  breast cancer, did you have any surgery?
10     A.     Yes, I had a mastectomy.
11     Q.     All right.  Did you have any
12  reconstructive surgery?
13     A.     I did not.
14     Q.     Has that affected you in any
15  way?
16     MR. TER MOLEN:  Objection.
17  Foundation.
18     A.     It affects your self-esteem.
19  It affects my self-esteem.  It affects the
20  type clothes I buy now, the type bathing
21  suits I buy now.  Naturally, you have to
22  dress a little differently.
23     And when you do not have that

Page 32

1  balance, you do have to wear your prosthesis
2  all the time, or it affects -- it affects
3  your skeletal, your body and your looks.
4     Q.     Has having cancer affected
5  your ability to work?
6     MR. TER MOLEN:  Objection.
7  Foundation.
8     A.     I could not work during the
9  time I was taking chemo because it was so
10  time intensive, and the fatigue, I was very
11  tired.  So I could not work at that point.
12  I went back to work part time and eased back
13  into full time.
14     The osteoporosis prevented me
15  from going to work sooner than I would have.
16  And at work, I have to be careful of lifting
17  very heavy things.  The other tellers do
18  that for me.
19     Q.     Has having cancer affected
20  your ability to enjoy life?
21     MR. TER MOLEN:  Objection.
22  Foundation.
23     MR. TAYLOR:  And leading.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

1    A.    I choose to enjoy life.  I
2 choose to be very optimistic and very
3 positive.  You never stop living with
4 cancer, but you turn that cancer into can
5 survive, that's how you think of that word,
6 or that's how I think of it.
7         And I go forward.  I don't do
8 a lot of things I did before,
9 risk-taking-type things like playing
10 softball and roller skating and that type of
11 thing because of the osteoporosis, because
12 of the fear of breaking a bone.  But I just
13 try to go and get the best out of every day.
14    Q.    What types of activities that
15 you said because of the risk taking -- What
16 type of activities have you stopped
17 participating in?
18    A.    Playing softball.  They had a
19 league at the bank that I really would love
20 to have played in, but I wouldn't because I
21 was afraid I would get knocked into or fall
22 down, which you do playing softball.  But
23 I'm more susceptible to getting hurt.

Page 34

1         I used to go rolling skating.
2 I don't do that.  Just very careful.  You
3 have to be more mindful of everything you
4 do.  You don't run outside in the rain, you
5 walk.  You just generally be a lot more
6 careful.
7    Q.    Do you have to have an annual
8 checkup because of the breast cancer?
9    A.    Yes, I do.
10    Q.    Has your doctor ever told you
11 that you have completely recovered?
12    A.    No.  When they did my blood
13 work they just say:  No sign of cancer at
14 this time, is what they normally say.  You
15 sit in the waiting room and live to hear
16 that.
17         (Plaintiff's Exhibit 1 was
18              marked for identification
19              purposes.)
20    Q.    Now, referring to the exhibit
21 that has been marked as Plaintiff's Exhibit
22 Davis 1, you've written the word "facility"
23 where the Lockhart Lumber, Louisiana-Pacific

Page 35

1 facility was located?
2         MR. TAYLOR:  Objection,
3 leading.  Lacks foundation.
4    A.    Yes, sir.
5    Q.    Did the owners of the facility
6 ever identify for you the chemicals that
7 they were releasing into the Florala and
8 Lockhart community?
9         MR. TAYLOR:  Objection.
10 Foundation.
11         MR. TER MOLEN:  Objection.
12 Foundation, leading.
13    A.    No, sir.
14    Q.    Did they ever have any town
15 meetings?
16    A.    Not that I'm aware of.
17    Q.    Did they ever send any letters
18 to you or other residents?
19    A.    No, sir, not to me.
20    Q.    Did they ever put any notices
21 in the newspaper, talking about chemicals
22 they were using or releasing?
23    A.    No, sir.

Page 36

1    Q.    Did they ever put any signs on
2 the fence talking about the chemicals they
3 were using or releasing?
4         MR. TAYLOR:  Objection.
5 Leading.  Lacks foundation.
6    A.    No, sir.
7    Q.    Did the owners of that
8 facility ever tell you that the chemicals
9 that they were releasing could cause
10 disease?
11         MR. TER MOLEN:  Objection.
12         MR. TAYLOR:  Objection.
13 Leading.  Lacks foundation.
14         MR. TER MOLEN:  Join.
15    A.    No, sir.
16    Q.    Do you now understand that you
17 were exposed to dioxins and other chemicals
18 from that facility?
19         MR. TER MOLEN:  Objection.
20 Foundation.  Hearsay.
21    A.    Yes, sir.
22    Q.    When did you first learn that
23 you were being exposed to dioxins and other

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 37

1  chemicals from that facility?
2         MR. TER MOLEN: Objection.
3  Hearsay.
4     A.    I don't know a date. Is that
5  what you're asking, a date? That, I don't
6  know.
7     Q.    If you don't know the date,
8  that's fine. Do you remember the
9  circumstances?
10    A.    I remembered people coming in
11  the bank and asking me about my cancer and
12  talking about people in the area, and so
13  many having cancer.
14        MR. TAYLOR: Objection.
15  Hearsay.
16    Q.    So, you don't remember a date?
17    A.    No, sir.
18        MR. TAYLOR: If I may explain,
19  that if the answer the witness gave to the
20  question of when she first learned about
21  dioxins and chemicals coming from the
22  facility and her answer was: Some people
23  coming into the bank --

Page 38

1         THE WITNESS: No, sir, they
2  didn't mention those.
3         MR. TAYLOR: I'm sorry. --
4  some people coming into the bank. If that
5  was her answer, that some people from the
6  bank, the implication mentioned dioxins and
7  chemicals --
8         MR. PALMER: Let's make sure.
9  She just indicated she didn't intend that to
10  be the --
11    Q.    The question, specifically
12  was: When did you learn that you were
13  exposed to dioxins and other chemicals from
14  the facility?
15        MR. TER MOLEN: Objection.
16  Foundation. Asked and answered. Hearsay.
17    A.    After the meetings where they
18  explained what some of the chemicals were
19  that were being released into the air.
20    Q.    And the meetings you're
21  referring to are what meetings?
22    A.    With Mr. Cade and the town
23  meetings that he had.

Page 39

1     Q.    And you said you didn't recall
2  when that was?
3     A.    No, sir.
4     Q.    Before those meetings, did you
5  know that you had been exposed to dioxins
6  and other chemicals?
7     A.    No, sir.
8         (Off-the-Record discussion
9            was held.)
10    Q.    Before the meetings, you did
11  not know that you were exposed to dioxins
12  and other chemicals from the facility?
13        MR. TER MOLEN: Objection.
14  Foundation.
15        MR. TAYLOR: Objection.
16  Leading.
17    A.    No, sir.
18    Q.    And before those meetings, did
19  you know that dioxins and other chemicals
20  were capable of causing your breast cancer?
21        MR. TER MOLEN: Same
22  objections.
23    A.    In the pamphlets about breast

Page 40

1  cancer, it mentioned carcinogens. I'm not
2  sure if I'm pronouncing that correctly, but
3  that exposure to carcinogens can cause
4  cancer.
5     Q.    Did it mention dioxins
6  specifically?
7     A.    Not that I'm aware of.
8     Q.    Did you give blood for dioxin
9  testing?
10    A.    I did.
11    Q.    Have you ever worked, yourself
12  personally, with chemicals?
13    A.    No, sir.
14    Q.    Have you ever smoked?
15    A.    No, sir.
16    Q.    During the years that you
17  lived in Lockhart, did you ever see any
18  smoke coming from the facility?
19    A.    Yes, I did.
20    Q.    Can you describe what that
21  smoke looked like?
22        MR. TER MOLEN: Objection.
23  Foundation.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 41

1      A.    Dark, grayish black.
2      Q.    Do you believe that it is
3  right to release dioxins and other dangerous
4  chemicals into a community?
5            MR. TER MOLEN:  Objection.
6  Foundation. Leading. Argumentative.
7      A.    No.
8      Q.    Do you believe that the owners
9  of the facility have treated the Florala and
10 Lockhart communities correctly?
11           MR. TER MOLEN:  Same
12 objections.
13           MR. TAYLOR:  Lacks foundation.
14     A.    No.
15     Q.    Do you believe that the owners
16 of the facility have been honest with the
17 Florala and Lockhart communities?
18           MR. TER MOLEN:  Same
19 objections.
20           MR. TAYLOR:  Lacks foundation.
21     A.    No.
22     Q.    What prompted you to
23 participate in this lawsuit?

Page 42

1      A.    Having cancer.  A sadness over
2  having cancer, or an anger that exposure to
3  something that I was not aware of affected
4  my life.  Excuse me.
5            MR. TAYLOR:  Do we need to
6  take a break so that the witness can compose
7  herself?
8            MR. PALMER:  Yes. No.  Let's
9  take a break.
10           VIDEOGRAPHER:  Off the Record.
11 The time is 11:12 a.m.
12           (Recess taken.)
13           MR. TER MOLEN:  For purposes
14 of the Record, there are some things we
15 wanted to note.  One, is that we did get,
16 this morning, a signed copy of the July
17 11th, what we're calling the discovery
18 deposition of Sherri Davis, and we'll
19 circulate that.  She did -- She made one
20 correction on page twenty of this deposition
21 transcript, and we will circulate that
22 around.
23           Then we had discussed earlier

Page 43

1  here, and I'd state our position and you can
2  agree or disagree, but if you disagree, I'd
3  like to know, that these are trial
4  preservation depositions, obviously, and
5  that as such, the witness's trial testimony
6  is not to be shared with other individuals
7  who may be witnesses or may be testifying at
8  the -- at this trial -- at her trial.
9            Let's see.  Then, earlier this
10 morning, the counsel read to us a privilege
11 log.  And we're proceeding with these
12 depositions without any prejudice or waiver
13 of our rights to challenge the documents on
14 the privilege log at a later time.
15           Then, in addition, we had
16 discussed earlier, numerous times,
17 including, I think, on the Record, at the
18 previous depositions, the fact that we're
19 proceeding with these expedited depositions,
20 including today's deposition, without
21 prejudice to our right or ability to depose
22 Ms. Davis again later on in this case.
23           And, certainly, we're not

Page 44

1  conceding today that if Ms. Davis is
2  available for trial that this trial
3  preservation deposition will substitute for
4  her live appearance at trial.
5            And then I think that the
6  other point we wanted to raise, we were
7  discussing moments ago, and that is, that
8  because this is trial testimony, it's our
9  understanding that the usual Rules apply in
10 the context of breaks, which are, that the
11 counsel will not discuss the witness's
12 testimony with the witness during breaks
13 while the witness is on the stand.
14           MR. MITCHELL:  May we respond
15 to that in parts, rather than one lawyer
16 speaking for everyone?
17           MR. TER MOLEN:  Please.
18           MR. MITCHELL:  May I?
19           MR. PALMER:  Go ahead.
20           MR. MITCHELL:  I did tell
21 Judge Watkins that we would agree if she
22 were available and able before trial, that
23 you would be able to depose her again.

11  (Pages 41 to 44)

# FREEDOM COURT REPORTING

Page 45

1  That's what I said, that's what we'll do.
2       I can't find anywhere in the
3  Rules of Civil Procedure where there is a
4  trial deposition and discovery deposition.
5  I agree that we're using those words to
6  describe them, but that doesn't mean that we
7  agree that one is for discovery purposes
8  only and one is for trial purposes only.  I
9  think under the Rules of Civil Procedure a
10  deposition is a deposition.
11       MR. TAYLOR:  Counsel, the only
12  -- If I might respond?
13       MR. TER MOLEN:  Go ahead.
14       MR. TAYLOR:  The response to
15  that is that you all have agreed to allow us
16  to take a discovery deposition prior to this
17  trial deposition.
18       MR. MITCHELL:  That is
19  correct.
20       MR. TAYLOR:  For use at trial,
21  preservation of evidence.  So no matter what
22  you called the earlier deposition, I think
23  we all agree that the deposition for use at

Page 46

1  trial was the one that we just took today.
2       MR. MITCHELL:  That is
3  correct.
4       MR. TAYLOR:  Okay.
5       MR. MITCHELL:  But I believe
6  if there was information in what we called
7  the discovery deposition that was relevant
8  at trial, that I don't -- and otherwise
9  admissible under the Rules of Procedure and
10  Evidence, I don't -- we have not agreed not
11  to use it.
12       MR. TAYLOR:  Okay.  Well,
13  thanks for letting us know that.
14       MR. MITCHELL:  And otherwise
15  admissible under the Rules of Evidence and
16  Procedure.
17       MR. TAYLOR:  All right.
18       MR. MITCHELL:  We've agreed to
19  this what we call discovery deposition in
20  fairness, so that you'd have an opportunity
21  to depose the witnesses before we put them
22  up for this deposition, which may be used at
23  trial if they are unavailable or deceased.

Page 47

1  Not that we have created some type of new
2  rules of procedure and evidence for a
3  different type of deposition.
4       MR. TAYLOR:  Understood.  And
5  we'll take that up at the appropriate time,
6  if necessary.
7       MR. PALMER:  I just simply
8  want to say that our silence with respect to
9  any of the statements you made does not mean
10  that we necessarily agree with them.
11       MR. TER MOLEN:  I appreciate
12  that.  And like I said, if you do disagree
13  with them, though, I would like to know
14  that.
15       MR. TAYLOR:  Let me say this.
16  If you're saying that your silence in
17  regards to the scope that we're pursuing
18  with these depositions in regards to the
19  issues we're raising regarding these
20  depositions, means that you can come up
21  later and try to use testimony, use
22  depositions, use evidence or documents or
23  any issues that have -- that we think we've

Page 48

1  got an agreement on in regards to the use of
2  these depositions, then we're not going to
3  take any more depositions until we figure
4  that out.
5       MR. PALMER:  The depositions
6  are noticed.  We're going to take the
7  depositions.  You don't have to attend.
8       MR. MITCHELL:  Y'all quit
9  fighting.  If I've agreed to something, I
10  have -- We've been doing -- We've been
11  involved in this case for almost a year and
12  a half.  And you guys know when I agree to
13  something, I do it.
14       MR. TAYLOR:  I'm all for that.
15       MR. MITCHELL:  I said I assume
16  we may have a Judge from Nebraska, but even
17  out there, he probably knows, if I agree to
18  something, I do that.
19       MR. TAYLOR:  I'm with you on
20  that.  But I -- You know, I have to respond
21  when your colleague says -- makes a
22  statement that seems to leave a door open to
23  walk away from those agreements.

12 (Pages 45 to 48)

# FREEDOM COURT REPORTING

Page 49

1    MR. PALMER: No. I was
2  talking about the list of -- He made several
3  different statements.
4    MR. MITCHELL: I think y'all
5  had a misunderstanding.
6    MR. CADE: I think the fact
7  that he was methodical, he went through a
8  list of several individual things, and I
9  think what Bob is trying to say is that
10  you're not --
11    MR. PALMER: I don't have the
12  list in front of me, so I can't sit here and
13  think, now, how do I respond?
14    MR. CADE: Exactly.
15    MR. PALMER: You know, I'm not
16  going to say that we agree just because we
17  don't respond to something. It's that
18  simple. Now, if Eason has already made an
19  agreement, then we're bound by that.
20    MR. CADE: If we have made any
21  agreements in the past, like Eason said, I
22  think we're all in compliance with that.
23  That's fine.

Page 50

1    MR. TAYLOR: I just wanted to
2  be clear.
3    MR. TER MOLEN: Let me clarify
4  one thing here, too. Just so this isn't
5  misunderstood here. I think what I'm
6  hearing, Eason, today, from you is that
7  despite the fact that we've been talking
8  about these as trial preservation
9  depositions, and that these are the trial --
10  this is the trial preservation testimony,
11  the plaintiffs reserve the right, if the
12  witness is unavailable, to use, not only
13  this deposition, but also the previous
14  deposition that we've been calling the
15  discovery deposition; is that right?
16    MR. MITCHELL: Right. If the
17  deposition is otherwise admissible under the
18  Rules of Procedure and Evidence, we have not
19  agreed not to use that by calling it a
20  discovery deposition.
21    Just like in any other case
22  where you do a discovery deposition, the
23  Rules of Evidence and Procedure apply. And

Page 51

1  we call on these things, but I think there's
2  only one kind of deposition in the Rules,
3  it's a deposition.
4    MR. TER MOLEN: I understand
5  your position. I just want to be clear on
6  the Record for my client, at least, I would
7  object at trial to any use of what we've
8  been calling the discovery deposition,
9  because from our client's perspective and
10  understanding through the various
11  discussions we've had leading up to this,
12  the whole purpose -- the whole purpose of
13  this deposition is to -- this is what would
14  be used at trial. We don't have to fight
15  about it now. I'm just making that point
16  clear.
17    MR. MITCHELL: I understand.
18  Did you want to make an agreement that this
19  is, in fact, trial testimony that can be
20  used at trial that we've done today and the
21  other is a discovery deposition? Because I
22  think if -- That's like a dagger, it's sharp
23  on both sides, what you just said.

Page 52

1    MR. TER MOLEN: I disagree.
2  Go ahead, Bernard.
3    MR. TAYLOR: No. Our
4  agreement is our agreement. Okay? And our
5  agreement was that we're taking these
6  preservation depositions because you
7  represented, the Plaintiffs represented,
8  that these people are in extremis. I think
9  that's one of the words you used.
10    MR. MITCHELL: I never used
11  that word. I didn't even know that word
12  until you said that word.
13    MR. TAYLOR: All right. That
14  these people are, you know, at risk of death
15  and at risk of memory loss. And, you know,
16  if that happens before the trial, then we
17  understand that this transcript would be
18  used for testimony.
19    If that doesn't happen before
20  trial, and these people are available to
21  give live testimony, it's our understanding
22  that these people will appear live and will
23  give their testimony.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 53

1    MR. MITCHELL:  That's what I
2  understand the Rules of Procedure to
3  provide.
4    MR. TAYLOR:  Then we've got an
5  agreement.
6    MR. MITCHELL:  It may be
7  they're unavailable for another reason, but
8  if they've got to be -- The Rules apply.
9    MR. MITCHELL:  Yeah.
10    MR. MITCHELL:  If they're
11  unavailable, dead, whatever it is, but if
12  they're available, I don't think we can use
13  the depositions for testimony.
14    MR. TAYLOR:  We may have to
15  run out and take another videotaped
16  deposition for whatever reason.  I mean,
17  there's all -- We understand all that.
18  Okay.  I think we're on the same page.
19    MR. MITCHELL:  Now, I think I
20  could use your client's deposition as
21  testimony.
22    MR. TAYLOR:  I don't think my
23  clients have given any yet.

Page 54

1    MR. MITCHELL:  They will,
2  hopefully.
3    MR. TAYLOR:  Okay.
4    MR. MITCHELL:  I'm just
5  saying, you know, Rules of Procedure, I
6  think you're correct, but the Rules are the
7  Rules.
8    MR. TAYLOR:  Okay.  Anything
9  else?  Mark?
10    MR. TER MOLEN:  No.
11    MR. MITCHELL:  Off the record.
12    MR. TER MOLEN:  I think we had
13  some issues that may surface later on.  But
14  that's fair enough.  I mean, as long as
15  we're being up front about noting those
16  issues now, which we are, then we can deal
17  with that.
18    MR. TAYLOR:  I don't know if
19  this was understood, but all objections
20  raised by any of the defendants are adopted
21  by the others.
22    MR. PALMER:  I don't have a
23  problem with that.

Page 55

1    MR. MITCHELL:  Can we get off
2  the Record now?
3    MR. TER MOLEN:  Yes.
4    (Off-the-Record discussion
5    was held.)
6    (Recess taken.)
7    VIDEOGRAPHER:  Back on the
8  Record.  The time is 11:55 a.m.
9    MR. PALMER:  Thank you,
10  Mrs. Davis.  That's all the questions I have
11  at this time.  These other gentlemen may
12  have some questions for you.
13    THE WITNESS:  Thank you.
14    MR. TER MOLEN:  Thank you,
15  Counsel.
16    EXAMINATION
17  BY MR. TER MOLEN:
18    Q.    Good morning, Ms. Davis.
19    A.    Good morning.
20    Q.    My name is Mark Ter Molen.
21  And I know we've had a chance to meet
22  before.
23    A.    Yes.

Page 56

1    Q.    I'll be asking you a few
2  questions.  I think it's still morning, yet,
3  yes, this morning.  If I heard your
4  testimony correctly earlier, ma'am, you
5  moved to Lockhart in about 1980?
6    A.    Right.
7    Q.    And before that, ma'am, you
8  lived in Crestview?
9    A.    No, sir.  Laurel Hill.
10    Q.    Laurel Hill.  I'm sorry.  And
11  Laurel Hill is about twelve miles or so
12  south of --
13    A.    Eight to twelve, somewhere in
14  there.
15    Q.    Twelve miles south of Florala,
16  eight to twelve?
17    A.    Yes, sir.
18    Q.    Okay.  And at the time you
19  moved to Lockhart proper, you were about
20  twenty-eight years old or so, ma'am?
21    A.    I'd have to subtract.  Give me
22  a moment.  Twenty-seven.
23    Q.    You were twenty-seven when you

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 57

1 moved to Florala. And at that point, at the
2 point in time you moved to Florala, were you
3 working in Crestview, ma'am?
4      A.    Yes, sir.
5      Q.    And for what period of time
6 did you work in Crestview?
7      A.    From 1976 until -- Well, at
8 the bank, from 1976 until 1998.
9      Q.    Until 1998. Okay. And when
10 you left the bank in 1998, the reason was
11 you would have more time with your children,
12 ma'am?
13      A.    There were several
14 contributing factors. My mother-in-law had
15 just been put in a nursing home that year,
16 my son was fixing to get a driver's license,
17 he was involved in sports, a lot of sports
18 up there.
19           I had just been promoted and
20 they were fixing to send me to some schools
21 and require a lot more of me. And I was
22 very tired at the time, felt that it was due
23 to being pulled in so many directions.

Page 58

1      Q.    Yes, ma'am.
2      A.    I was just very fatigued and
3 knew I wouldn't be able to do the efficient
4 job for them I wanted to do. And it was a
5 very mutual thing, that I felt I should
6 leave and seek employment closer to home.
7      Q.    All right. So, you left your
8 job in Crestview. And then it was sometime
9 later that year that you were diagnosed with
10 breast cancer?
11      A.    I left at the end of June, it
12 was the end of August I was diagnosed.
13      Q.    You were diagnosed with breast
14 cancer. All right. And, ma'am, before you
15 were diagnosed with breast cancer, you had a
16 history of what doctors call benign breast
17 disease, fibrocystic --
18      A.    Fibrocystic.
19      Q.    -- breast disease; is that
20 correct, ma'am?
21      A.    Correct.
22      Q.    And I believe you had
23 mentioned to me before, ma'am, and I -- you

Page 59

1 have always had lumpy breasts?
2      A.    Correct.
3      Q.    Okay. Earlier today, ma'am,
4 you testified, if I heard you correctly,
5 please tell me if I did not, that no medical
6 doctors have told you that the osteoporosis
7 you have suffered from is associated with
8 the chemotherapy that you've undergone; is
9 that correct, ma'am?
10           MR. PALMER: Objection. I
11 believe the question has been asked and
12 answered. I think it mischaracterizes
13 testimony. Go ahead.
14      Q.    If you understand the
15 question, ma'am, you may answer it.
16           THE WITNESS: So I do answer
17 it?
18           MR. PALMER: Go ahead and
19 answer it.
20      A.    They have not said definite
21 that it was a cause of that. It is rare
22 that someone my age, that young, would have
23 it, is what they've said.

Page 60

1      Q.    All right.
2      A.    It could have been that the
3 chemo weakened my bones.
4      Q.    All right. And no doctor has
5 said that --
6      A.    That's what they said.
7      Q.    All right. No doctor has
8 said: This is the cause, and said chemo?
9      A.    Not a definite.
10      Q.    Okay. I understand. And
11 earlier today, ma'am, you were talking about
12 some activities that you used to do but you
13 no longer do, like roller skating and
14 softball, I think, were the two examples.
15      A.    Yes, sir.
16      Q.    And I just want to be clear
17 that I understand it, the reason that you're
18 no longer doing those activities, ma'am, is
19 because of the osteoporosis and the fear of
20 the weakened bones?
21      A.    Fear of hurt -- falling and
22 breaking a bone.
23      Q.    Okay. And, ma'am, I just want

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 61

1  to be clear, to -- Is it fair to say that no
2  doctor has diagnosed you with any memory
3  loss issues?
4      A.   I've not been diagnosed with
5  memory loss.
6      Q.   Okay. Has any doctor told you
7  that you have memory loss?
8      A.   They have told me that it
9  could be associated with chemo if I have
10 that, or sometimes cancer affects your
11 memory. So . . .
12     Q.   Okay. And is it fair to say,
13 ma'am, that the medication that you are
14 taking does not affect your memory?
15     A.   Not that I am aware of.
16     Q.   Okay. Fair enough. Ma'am, is
17 there a newspaper in the Florala area?
18     A.   There's the Florala News.
19     Q.   All right. And is that a
20 paper that you read with some regularity?
21     A.   I don't subscribe to it.
22     Q.   Okay. Did you get that at the
23 bank or anything of that nature?

Page 62

1      A.   They don't.
2      Q.   Okay. Do you read it -- Do
3  you read the Florala News?
4      A.   Sometimes I do.
5      Q.   Okay. Do you read it with
6  some frequency?
7          MR. PALMER: Objection.
8  That's vague. What do you mean -- What kind
9  of frequency are you talking about?
10     Q.   Do you read it once a week?
11     A.   No, sir.
12     Q.   Okay. All right. You talked
13 earlier a bit about your family and about
14 your two children, ma'am, and Adam and Lori;
15 right?
16     A.   Yes, sir.
17     Q.   Okay. And is it fair to say,
18 ma'am, that neither child has a disease or
19 an issue that you believe is associated with
20 or caused by the facility?
21     A.   Not at this time.
22     Q.   Okay. After you were
23 diagnosed with breast cancer, you then

Page 63

1  underwent chemotherapy?
2      A.   Yes, sir.
3      Q.   And then, as I understand it,
4  you've been -- after that chemotherapy was
5  completed, that was completed in about the
6  year 2000 or so?
7      A.   No, sir. Chemotherapy was
8  completed in '99.
9      Q.   All right. And since 1999,
10 you've been cancer free; is that correct?
11     A.   When they test me at
12 Arlington, they say: No signs of cancer at
13 this time.
14     Q.   All right. So, as far as you
15 know, you have no cancer?
16     A.   As far as I know.
17     Q.   And the doctors have -- No
18 doctors have told you that you have any
19 cancer at this point since that
20 chemotherapy; is that correct?
21     A.   There's been no recurrence, is
22 what they've said.
23     Q.   Okay. And since you've had

Page 64

1  your -- Since you've been diagnosed -- Let
2  me start over again.
3          Since you were diagnosed,
4  ma'am, with breast cancer, you have seen a
5  number of doctors; is that fair to say?
6      A.   Yes, sir.
7      Q.   And you continue to see
8  doctors up until the present time?
9      A.   Yes, sir.
10     Q.   And is it fair to say, ma'am,
11 that you have never asked those doctors
12 whether your breast cancer was caused by the
13 facility?
14     A.   Right.
15     Q.   That's right, you've never
16 asked your doctors that; is that correct?
17     A.   Never have.
18     Q.   And it's correct, ma'am, is it
19 not, that your attorneys have never asked
20 you to see a doctor; is that correct?
21     A.   That's correct.
22     Q.   And is it correct, ma'am, if I
23 heard your testimony from earlier today,

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 65

1  that in your mind, you did not believe there
2  was an association between your breast
3  cancer and the facility, until there was a
4  meeting at which your lawyers made a
5  presentation; is that correct?
6      A.    It's not that I did not
7  believe that, I was not aware that there
8  could have been an association.
9      Q.    Okay.  All right.  Let me
10  restate my question.  It was after that
11  meeting that you came to believe that there
12  was an association between your breast
13  cancer and the facility; is that right?
14      A.    That there could have been,
15  yes.
16      Q.    Okay.
17          MR. TER MOLEN:  No further
18  questions.
19          MR. TAYLOR:  I may have just a
20  quick couple, if that's all right, Counsel.
21          EXAMINATION
22  BY MR. TAYLOR:
23      Q.    Ms. Davis, as you know, I'm

Page 66

1  Bernard Taylor and I represent
2  Louisiana-Pacific.  And we thank you for
3  coming out and being with us today.
4      I think you understand that we
5  empathize and sympathize with the feelings
6  you've expressed today regarding your
7  interactions and relationships in regards to
8  the cancer that you've experienced.  I only
9  have a couple of questions.
10      You indicated that you worked
11  at the bank in Crestview.  And I want to be
12  sure I understood the response you gave.
13  Did you have any other jobs in Crestview,
14  other than just the bank.
15      A.    Yes, sir.  Previous to that,
16  from '71 to '73, I worked in Crestview at a
17  furniture store.  Transferred with that same
18  chain to Milton, Florida from '73 to '76, at
19  that time worked back in Crestview.
20      Q.    So, from '71 to '73, you
21  worked at a furniture store?
22      A.    Yes, sir.
23      Q.    What was the name of the

Page 67

1  store?
2      A.    Gunter-Dunn,
3  G-U-N-T-E-R-D-U-N-N Furniture.
4      Q.    And what was your job?
5      A.    Secretary/bookkeeping.
6          MR. PALMER:  Mr. Taylor, would
7  you mind speaking up a little bit.  I'm
8  having difficulty hearing you.  I'm sure the
9  Record is probably picking you up,
10  but . . .
11      Q.    And you worked there from '71
12  to '73 in Crestview?
13      A.    Yes, sir.
14      Q.    And then you transferred from
15  the same company from '73 to '76 to Milton,
16  Florida?
17      A.    Yes, sir.
18      Q.    Where is Milton, Florida
19  located, geographically in Florida?
20      A.    Between Crestview and
21  Pensacola, Florida.  It's about fifty
22  miles from Laurel Hill.
23      Q.    Laurel Hill is --

Page 68

1      A.    And it would be west of
2  Crestview, Florida.
3      Q.    So, how far away is that from
4  Florala and Lockhart?
5      A.    Well, if it's fifty from
6  Laurel Hill, say sixty, sixty-two miles from
7  Florala.
8      Q.    When you -- When you worked in
9  Crestview and you worked in Milton, Florida,
10  do you know if there were any other
11  manufacturing facilities anywhere in either
12  of those two cities during the time you were
13  working there?
14      A.    There was a -- the
15  Louisiana-Pacific plant in Baker, Florida,
16  that's between Milton and Crestview.
17      Q.    Any others?
18      A.    There's sewing factories in
19  the vicinity right in Crestview, but as far
20  as large manufacturing or type of plants,
21  that's all I can think of.
22      Q.    What type of furniture did
23  Gunter-Dunn Company manufacture?

17  (Pages 65 to 68)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 69

1    A.    They didn't manufacture, they
2 sold.
3    Q.    They sold.  What type of
4 furniture did they sell?
5    A.    Beauty Rest bedding.  I don't
6 know some of the manufacturer names.  It
7 was --
8    Q.    You had indicated --
9    A.    I can't remember.
10    Q.    I'm sorry.  I didn't mean to
11 cut you off.
12    A.    I can't remember them.
13    Q.    You indicated that some -- if
14 I understood your testimony, that some
15 doctors told you that, indicated that there
16 was a potential for a association between
17 the osteoporosis and the chemotherapy.
18    A.    They were baffled as to why I
19 was so young and having osteoporosis, and
20 maybe -- they don't know.
21    Q.    Okay.  That's what I want to
22 be clear on.
23    A.    They don't know.

Page 70

1    Q.    So, the doctors never told you
2 there was an association between the
3 osteoporosis and chemotherapy?
4    A.    Not a definite.
5    Q.    Okay.  But you said they were
6 baffled.  What doctors?  Tell us which ones
7 those were.
8    A.    Dr. Lolly, Dr. Connor.
9    Q.    What was that?
10    A.    Dr. Connor, C-O-N-N-O-R, I
11 believe.  And Dr. Bloomingshine.
12    MR. TAYLOR:  Those are the
13 only questions I have, Counselor.
14    MR. PALMER:  I have just a
15 couple.
16    EXAMINATION CONTINUED
17 BY MR. PALMER:
18    Q.    Mrs. Davis, because you're now
19 aware that the dioxins and other chemicals
20 were released from the Lockhart Lumber,
21 Louisiana-Pacific facility, are you -- do
22 you now have concern for Adam and Lori
23 developing some disease?

Page 71

1    A.    Yes.
2    MR. TER MOLEN:  Objection.
3 Foundation.  Hearsay.
4    MR. TAYLOR:  And leading.
5    A.    May I answer?
6    Q.    Yes.  Go ahead.
7    A.    Of course I do.
8    MR. PALMER:  I have no other
9 questions.
10    MR. TAYLOR:  I would also move
11 to strike the question and the answer
12 because it exceeds the scope of the direct
13 examination and the cross.
14    MR. TER MOLEN:  We would join.
15 No further questions.
16    VIDEOGRAPHER:  Off the Record.
17 The time is 12:10 p.m.  This concludes the
18 deposition of Sherri Davis.
19    (The deposition was concluded at 12:10 p.m.,
20    July 26, 2006.)
21
22
23

Page 72

1    REPORTER'S CERTIFICATE
2 STATE OF ALABAMA,
3 ELMORE COUNTY,
4    I, Angela Smith, Registered
5 Professional Reporter and Commissioner for
6 the State of Alabama at Large, do hereby
7 certify that the above and foregoing
8 proceeding was taken down by me by
9 stenographic means, and that the content
10 herein was produced in transcript form by
11 computer aid under my supervision, and
12 that the foregoing represents, to the best
13 of my ability, a true and correct
14 transcript of the proceedings occurring on
15 said date and at said time.
16    I further certify that I am neither
17 of kin nor of counsel to the parties to the
18 action; nor in any manner interested in the
19 result of said case.
20
21

22    _____
     Angela Smith, RPR, CRR,
     for the State of
23   Alabama at Large.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

## A

ability 32:5,20 43:21 72:13
able 44:22,23 58:3
accurate 16:14 16:18
acting 6:6
action 72:18
active 13:5
activities 12:22 33:14,16 60:12 60:18
Adam 11:8,10 11:18,19 12:6 20:1 62:14 70:22
addition 43:15
address 13:20 18:17
admissible 46:9 46:15 50:17
adopted 54:20
affect 61:14
affidavit 3:13
afraid 33:21
afternoon 21:20 22:1
age 59:22
ago 44:7
agree 43:2 44:21 45:5,7,23 47:10 48:12,17 49:16
agreed 1:15 2:2 2:9,18 45:15 46:10,18 48:9 50:19
agreement 48:1 49:19 51:18 52:4,4,5 53:5
agreements 48:23 49:21
ahead 12:1

21:13 44:19 45:13 52:2 59:13,18 71:6
aid 72:11
air 38:19
Alabama 1:2,21 4:2 5:4,8 6:6 6:12 7:3 9:18 72:2,6,23
allow 45:15
allowing 14:22
ALSTON 5:11 5:16
Angela 1:18 4:17 6:5 72:4 72:22
anger 42:2
annual 34:7
answer 12:1 14:13 37:19,22 38:5 59:15,16 59:19 71:5,11
answered 38:16 59:12
apologize 8:9
appear 52:22
appearance 44:4
APPEARAN... 4:19 5:1 6:1
appearing 4:22 5:5,9,13,18,22 7:15,17
application 18:13
apply 29:11 44:9 50:23 53:8
appointment 21:22 22:1
appreciate 47:11
appropriate 47:5
approximately 24:9

area 24:18 37:12 61:17
Argumentative 41:6
Arlington 27:13 63:12
asked 16:19 17:3 21:18 27:9,9 38:16 59:11 64:11,16 64:19
asking 26:5,6 37:5,11 56:1
aspirate 21:16
Assembly 14:3
assign 2:13
associated 59:7 61:9 62:19
association 65:2 65:8,12 69:16 70:2
assume 30:20 48:15
ate 10:14
athletics 13:4
Atlanta 5:12,17
Atlantic 5:11,16
attend 11:10 48:7
attended 12:15 18:21 19:7,19 20:1
attending 20:5
attorneys 7:7,10 64:19
August 13:21 23:15 58:12
available 44:2 44:22 52:20 53:12
Avenue 5:4,8 18:12
aware 35:16 40:7 42:3

61:15 65:7 70:19
awhile 30:19
a.m 6:13 7:1 9:14 42:11 55:8

## B

back 9:13 28:3,5 30:5 32:12,12 55:7 66:19
background 16:6
baffled 69:18 70:6
Baker 68:15
balance 32:1
ball 12:6,8
bank 15:7,10,13 20:8,9 29:19 29:20,21 33:19 37:11,23 38:4 38:6 57:8,10 61:23 66:11,14
basis 15:4
basketball 11:16 12:2 13:4
bathing 31:20
Beauty 69:5
bedding 69:5
beginning 6:12
begins 6:16
behalf 4:23 5:5 5:9,13,18,23 7:15
believe 24:8,12 28:8 41:2,8,15 46:5 58:22 59:11 62:19 65:1,7,11 70:11
benign 58:16
Bernard 5:10 7:12 52:2 66:1

best 33:13 72:12
biopsy 22:2,11
BIRD 5:11,16
Birmingham 5:4 5:8
bit 12:22 23:16 62:13 67:7
black 41:1
blood 34:12 40:8
Bloomingshine 70:11
Blue 21:4
Bob 49:9
body 32:3
bone 33:12 60:22
bones 26:4 27:1 60:3,20
born 9:5,16,17 24:11
Bought 10:15
Boulevard 20:16 20:17
bound 49:19
bowel 29:2
boy 12:11 30:23
boy's 12:13
break 42:6,9
breaking 33:12 60:22
breaks 44:10,12
breast 21:6,9 22:21 23:14,18 24:17,21 31:9 34:8 39:20,23 58:10,13,15,16 58:19 62:23 64:4,12 65:2 65:12
breasts 59:1
Brewer 6:3 7:4
Brittle 27:1
BROWN 5:21
buds 29:4

# FREEDOM COURT REPORTING

butterfly 13:2
buy 31:20,21

---
**C**
---

Cade 5:2 7:16
7:16 38:22
49:6,14,20
calendar 28:4
call 46:19 51:1
58:16
called 45:22
46:6
calling 42:17
50:14,19 51:8
cancer 21:6,9
22:21 23:14,18
24:17,21 25:5
25:11,14,16
27:13 29:11,15
29:17,23 30:5
30:10,14 31:9
32:4,19 33:4,4
34:8,13 37:11
37:13 39:20
40:1,4 42:1,2
58:10,14,15
61:10 62:23
63:10,12,15,19
64:4,12 65:3
65:13 66:8
capable 39:20
carcinogens
40:1,3
careful 32:16
34:2,6
case 1:5,5 4:5,5
43:22 48:11
50:21 72:19
Catawba 18:12
cause 6:14 36:9
40:3 59:21
60:8
caused 62:20
64:12

causing 39:20
cease 24:14
Center 5:11,16
27:13
certainly 43:23
CERTIFICA...
72:1
certify 6:7 72:7
72:16
chain 66:18
challenge 43:13
Chambers 1:6
4:7 6:19 13:7
13:10 14:6
chance 12:12
55:21
Charles 23:19
checked 24:12
checkup 21:15
34:8
cheerleading
13:3
chemicals 35:6
35:21 36:2,8
36:17 37:1,21
38:7,13,18
39:6,12,19
40:12 41:4
70:19
chemo 26:3,4
27:11 32:9
60:3,8 61:9
chemotherapy
27:2,4,16,19
28:21 29:9
59:8 63:1,4,7
63:20 69:17
70:3
Chicago 5:22
child 10:11 12:3
12:4,8 20:19
62:18
children 11:4
18:21 19:6,18

23:3 24:20
25:1 29:12
30:16 57:11
62:14
choose 33:1,2
Christian 13:4
Christmas 9:21
church 13:22
14:1,14
circle 18:20
19:21
circled 19:9,15
circulate 42:19
42:21
circumstances
37:9
cities 68:12
Civil 6:8,22 45:3
45:9
clarify 50:3
clear 50:2 51:5
51:16 60:16
61:1 69:22
client 51:6
clients 53:23
client's 51:9
53:20
clingy 25:9
30:18
closer 30:16
58:6
clothes 31:20
clubs 13:3
colleague 48:21
COLOM 4:21
color 21:2
Columbus 4:22
come 28:9 47:20
coming 37:10,21
37:23 38:4
40:18 66:3
Commissioner
2:19 4:17 6:7
72:5

communities
41:10,17
community 10:4
13:17,18 14:5
14:7 35:8 41:4
company 67:15
68:23
compassionate
12:3,12
completed 63:5
63:5,8
completely
34:11
compliance 2:5
49:22
compose 42:6
computer 72:11
conceding 44:1
concern 70:22
concluded 71:19
concludes 71:17
conferred 27:12
connected 26:3
connection 31:8
Conner 23:19
23:20
Connor 70:8,10
contact 21:18
content 72:9
context 44:10
continue 64:7
continued 3:8
5:1 6:1 70:16
continuing 20:8
continuous
27:23
contributing
57:14
copy 42:16
Corporation
1:11,12 4:12
4:13 5:14,19
5:23 6:21,22
correct 8:19

12:20 17:1
18:22 21:6
27:17 45:19
46:3 54:6
58:20,21 59:2
59:9 63:10,20
64:16,18,20,21
64:22 65:5
72:13
correction 42:20
correctly 40:2
41:10 56:4
59:4
counsel 1:17
2:10,12 6:10
7:4 14:19
15:20 43:10
44:11 45:11
55:15 65:20
72:17
Counselor 70:13
COUNTY 72:3
couple 65:20
66:9 70:15
course 23:5 71:7
court 1:1 2:6 4:1
6:5 8:2 9:3
courtroom 9:1
created 47:1
Crestview 29:22
29:22 56:8
57:3,6 58:8
66:11,13,16,19
67:12,20 68:2
68:9,16,19
cried 25:7
cross 71:13
CRR 1:19 6:5
72:22
currently 12:18
cut 69:11
C-H-A-M-B
13:11
C-O-N-N-O-R

# FREEDOM COURT REPORTING

70:10

**D**

**D** 3:2
**dagger** 51:22
**daily** 30:15
**Damascus** 13:16
13:18 14:4,7
**dangerous** 41:3
**Dark** 41:1
**date** 6:7 9:18
37:4,5,7,16
72:15
**daughter** 12:14
20:4 23:4
24:10 25:7
30:18
**David** 11:15
**Davis** 1:18,23
6:13,18 7:22
8:7,14 9:15
10:23 11:8,9
15:18 16:11
21:5 34:22
42:18 43:22
44:1 55:10,18
65:23 70:18
71:18
**Davis's** 3:13
**day** 1:21 9:21
33:13
**days** 27:23
**dead** 53:11
**deal** 54:16
**Dean** 26:19
**death** 23:5,6
52:14
**deceased** 46:23
**December** 9:6
9:20
**Defendant** 5:13
5:18,23 7:11
7:13
**defendants** 1:13

4:14 54:20
**defense** 14:16
15:19
**definite** 59:20
60:9 70:4
**delay** 8:9
**depose** 43:21
44:23 46:21
**deposition** 1:17
1:23 2:3,4,15
2:19 6:17 7:2
15:2,23 42:18
42:20 43:20
44:3 45:4,4,10
45:10,16,17,22
45:23 46:7,19
46:22 47:3
50:13,14,15,17
50:20,22 51:2
51:3,8,13,21
53:16,20 71:18
71:19
**depositions** 2:7
43:4,12,18,19
47:18,20,22
48:2,3,5,7 50:9
52:6 53:13
**describe** 40:20
45:6
**description** 16:6
**despite** 50:7
**Devastated** 23:1
**develop** 25:20
**developed** 26:1
**developing**
70:23
**diagnosed** 21:6
23:14,17 24:16
25:11,14 29:16
58:9,12,13,15
61:2,4 62:23
64:1,3
**different** 27:20
47:3 49:3

**differently**
31:22
**difficulty** 67:8
**dioxin** 40:8
**dioxins** 36:17,23
37:21 38:6,13
39:5,11,19
40:5 41:3
70:19
**direct** 71:12
**direction** 10:8
**directions** 57:23
**disagree** 43:2,2
47:12 52:1
**discovered**
29:14
**discovery** 42:17
45:4,7,16 46:7
46:19 50:15,20
50:22 51:8,21
**discuss** 44:11
**discussed** 42:23
43:16
**discussing** 44:7
**discussion** 9:11
39:8 55:4
**discussions**
51:11
**disease** 36:10
58:17,19 62:18
70:23
**dismay** 12:7
**DISTRICT** 1:1
1:2 4:1,2
**DIVISION** 1:3
4:3
**doctor** 21:10,14
22:5,17 26:13
26:18 27:10,13
34:10 60:4,7
61:2,6 64:20
**doctors** 26:7
58:16 59:6
63:17,18 64:5

64:8,11,16
69:15 70:1,6
**document** 15:17
**documents**
43:13 47:22
**doing** 31:1 48:10
60:18
**door** 48:22
**Dothan** 22:5
**Dr** 23:19 24:7
26:19 70:8,8
70:10,11
**dress** 31:22
**Drive** 5:22
**driver's** 57:16
**due** 57:22
**duly** 7:23
**D-A-V-I-S** 8:15

**E**

**E** 3:2
**earlier** 42:23
43:9,16 45:22
56:4 59:3
60:11 62:13
64:23
**early** 24:8
**eased** 32:12
**easier** 15:2
**Eason** 4:20 7:18
49:18,21 50:6
**effect** 2:5
**effects** 25:17
28:21
**efficient** 58:3
**eight** 10:7 13:14
23:12 56:13,16
**eight-year-old**
23:4
**either** 68:11
**elementary**
11:12 12:16
19:1,7
**eleventh** 12:18

**ELMORE** 72:3
**Embassy** 1:19
6:10
**empathize** 66:5
**employment**
58:6
**enjoy** 32:20 33:1
**ENVIRONM...**
5:3,7
**ER** 13:11
**Especially** 23:4
**ESQUIRE** 4:20
5:2,6,10,15,20
**evidence** 2:15
45:21 46:10,15
47:2,22 50:18
50:23
**Ex** 3:13
**exact** 28:3
**Exactly** 49:14
**examination** 3:3
3:8 6:14 8:5
55:16 65:21
70:16 71:13
**examined** 7:23
**examples** 60:14
**exceeds** 71:12
**Excuse** 18:4
42:4
**excused** 22:17
**exhibit** 15:18
16:1,4,5,11,20
34:17,20,21
**EXHIBITS** 3:11
**expedited** 43:19
**experienced**
66:8
**explain** 26:20
37:18
**explained** 38:18
**explanation**
26:6
**exposed** 36:17
36:23 38:13

# FREEDOM COURT REPORTING

39:5,11
**exposure** 40:3
  42:2
**expressed** 66:6
**extremis** 52:8
**eyebrow** 29:3
**eyelash** 29:3

---
**F**
**facilities** 68:11
**facility** 17:4,7
  34:22 35:1,5
  36:8,18 37:1
  37:22 38:14
  39:12 40:18
  41:9,16 62:20
  64:13 65:3,13
  70:21
**fact** 43:18 49:6
  50:7 51:19
**factories** 68:18
**factors** 57:14
**fair** 16:13 54:14
  61:1,12,16
  62:17 64:5,10
**fairness** 46:20
**fall** 33:21
**falling** 60:21
**family** 24:3 30:1
  30:6,11 62:13
**far** 10:5 63:14
  63:16 68:3,19
**fatigue** 29:6
  32:10
**fatigued** 58:2
**fear** 33:12 60:19
  60:21
**Federal** 6:8
**feed** 27:23
**feel** 22:20 25:18
**feelings** 66:5
**felt** 21:15,17
  57:22 58:5
**fence** 36:2

**fibrocystic**
  58:17,18
**fifteen** 30:23
**fifty** 67:21 68:5
**fight** 51:14
**fighting** 48:9
**figure** 48:3
**filing** 2:18
**finally** 20:18
**find** 45:2
**fine** 37:8 49:23
**FIRM** 4:21
**first** 7:23 17:23
  22:8,12 23:5
  26:12 27:21
  29:21 36:22
  37:20
**fixing** 57:16,20
**Florala** 9:17
  10:1,6,9,11,13
  11:12,13 12:16
  12:17,19 15:11
  16:15 19:14
  20:9 35:7 41:9
  41:17 56:15
  57:1,2 61:17
  61:18 62:3
  68:4,7
**Florida** 29:22
  66:18 67:16,18
  67:19,21 68:2
  68:9,15
**flow** 15:2
**following** 6:15
**follows** 8:1
**force** 2:5
**foregoing** 6:9
  72:7,12
**form** 2:11 28:8
  72:10
**Fort** 24:18
**forward** 33:7
**foundation** 16:9
  16:17 25:22

28:23 30:3
31:17 32:7,22
35:3,10,12
36:5,13,20
38:16 39:14
40:23 41:6,13
41:20 71:3
**four** 27:23
**free** 63:10
**frequency** 62:6
  62:9
**friend** 1:8 4:9
  6:20
**front** 49:12
  54:15
**full** 2:5 8:12
  32:13
**funguses** 29:3
**furniture** 66:17
  66:21 67:3
  68:22 69:4
**further** 2:1,8,17
  21:21 65:17
  71:15 72:16

---
**G**
**Gail** 1:8 4:9 6:20
**Garmon** 6:2
**general** 21:18
**generally** 25:18
  34:5
**gentlemen** 55:11
**geographically**
  67:19
**Georgia** 5:12,17
**getting** 33:23
**girl** 23:7,10
**give** 31:4 40:8
  52:21,23 56:21
**given** 53:23
**giving** 8:12
**Glen** 13:7 14:6
**go** 9:7 12:1
  21:13 23:6,8

27:21 28:3,5
33:7,13 34:1
44:19 45:13
52:2 59:13,18
71:6
**God** 14:3
**going** 15:16
  24:12 25:4
  29:11 32:15
  48:2,6 49:16
**good** 8:7,8 25:12
  25:18 55:18,19
**gotten** 22:10
**grader** 12:18
**grayish** 41:1
**green** 17:18
**Gregory** 5:2
  7:16
**grew** 17:14
**groceries** 10:15
**grounds** 2:13
**GROUP** 5:3,7
**grow** 9:23 10:3
**Gunter-Dunn**
  67:2 68:23
**guys** 48:12
**G-L-E-N** 13:10
**G-U-N-T-E-R...**
  67:3

---
**H**
**hair** 29:1
**half** 29:18 48:12
**hand** 15:16
**handicapped**
  12:4
**handwriting**
  17:12
**happen** 52:19
**happens** 52:16
**health** 25:10,13
**hear** 14:15 15:4
  34:15
**heard** 22:12

56:3 59:4
64:23
**hearing** 50:6
  67:8
**hearsay** 21:12
  25:22 26:10
  36:20 37:3,15
  38:16 71:3
**heavy** 32:17
**held** 9:12 39:9
  55:5
**high** 11:13 12:17
  12:19 19:22
  20:2,5
**Hill** 10:4 14:3
  56:9,10,11
  67:22,23 68:6
**history** 58:16
**home** 25:2 57:15
  58:6
**honest** 41:16
**hooked** 27:22
**hopefully** 54:2
**Hotel** 1:20 6:11
**hours** 28:10
**house** 28:9
**hundred** 31:4
**hurt** 33:23 60:21
**husband** 10:22
  21:23 22:15
  31:3

---
**I**
**identification**
  34:18
**identify** 7:4 35:6
**III** 5:15
**Illinois** 5:22
**implication** 38:6
**including** 43:17
  43:20
**indicated** 38:9
  66:10 69:8,13
  69:15

# FREEDOM COURT REPORTING

individual 49:8
individuals 43:6
information
  46:6
infused 28:6
infusion 28:8,11
initially 27:21
ink 17:4,11
  20:12 21:2
intend 38:9
intensive 32:10
interactions
  66:7
interested 72:18
intramural
  11:20
introduce 8:11
investigating
  21:21
involved 48:11
  57:17
issue 62:19
issues 47:19,23
  54:13,16 61:3
IV 28:11

**J**

Jackson 10:19
  20:19
James 10:23
job 58:4,8 67:4
jobs 29:11 66:13
join 36:14 71:14
Judge 44:21
  48:16
July 1:21 7:1
  42:16 71:20
June 58:11
jury 8:12

**K**

kid 12:13
kin 72:17
kind 51:2 62:8
knew 22:8 58:3

knocked 33:21
know 22:18,18
  23:8 25:7,23
  26:2,3,4 27:11
  28:15 30:22
  37:4,6,7 39:5
  39:11,19 43:3
  46:13 47:13
  48:12,20 49:15
  52:11,14,15
  54:5,18 55:21
  63:15,16 65:23
  68:10 69:6,20
  69:23
knows 48:17

**L**

L 1:14 5:6
lacks 16:9 35:3
  36:5,13 41:13
  41:20
lake 10:16,17,18
  10:19 20:19
Lakeshore
  20:16,17
large 68:20 72:6
  72:23
Laurel 10:4 56:9
  56:10,11 67:22
  67:23 68:6
LAW 4:21
laws 2:6
lawsuit 41:23
lawyer 44:15
lawyers 65:4
LEAD 1:5 4:5
leading 2:11
  27:8 32:23
  35:3,12 36:5
  36:13 39:16
  41:6 51:11
  71:4
league 11:21
  33:19

leaned 25:8
learn 21:8 31:3
  36:22 38:12
learned 22:21
  37:20
leave 22:18
  48:22 58:6
left 57:10 58:7
  58:11
Leslie 7:7
letters 35:17
letting 46:13
Let's 38:8 42:8
  43:9
Liberty 14:3
license 57:16
life 32:20 33:1
  42:4
lifting 32:16
list 49:2,8,12
LITIGATION
  5:3,7
little 11:20 12:4
  12:11,13,21
  15:15 23:10,16
  31:22 67:7
live 13:6,7 18:2
  18:16 30:14
  34:15 44:4
  52:21,22
lived 17:15,18
  40:17 56:8
living 11:2 15:6
  33:3
located 13:12
  17:7 19:4,12
  20:14,15 35:1
  67:19
location 18:11
locations 17:18
Lockard 5:15
  7:14,14
Lockhart 11:12
  12:16 13:14

16:15 17:7,15
  17:19 19:5
  34:23 35:8
  40:17 41:10,17
  56:5,19 68:4
  70:20
log 43:11,14
Lolly 70:8
long 13:19 15:12
  24:6 54:14
longer 60:13,18
look 16:11 28:3
  28:17
looked 40:21
looks 16:18 32:3
Lori 11:8 12:14
  20:4 62:14
  70:22
loss 29:1,3 52:15
  61:3,5,7
lot 30:16 33:8
  34:5 57:17,21
Louisiana-Pac...
  1:12 4:13 5:14
  5:19 6:22 7:13
  7:15 17:6
  34:23 66:2
  68:15 70:21
love 33:19
Lumber 17:7
  34:23 70:20
lump 21:15
lumpy 59:1
Lynn 8:14
L-Y-N-N 8:15

**M**

making 51:15
malignant 22:7
  22:9,12 23:21
mama 23:8
manner 72:18
manufacture
  68:23 69:1

manufacturer
  69:6
manufacturing
  68:11,20
mark 5:20 7:9
  17:3,21 54:9
  55:20
marked 15:18
  16:11 17:17
  18:3,10,14
  34:18,21
marks 16:20
married 10:20
mastectomy
  24:2 31:10
material 16:7
matter 6:18
  45:21
mature 30:17
MAW 5:21
MAYER 5:21
ma'am 13:6 56:4
  56:7,20 57:3
  57:12 58:1,14
  58:20,23 59:3
  59:9,15 60:11
  60:18,23 61:13
  61:16 62:14,18
  64:4,10,18,22
mean 16:2 45:6
  47:9 53:16
  54:14 62:8
  69:10
means 47:20
  72:9
medical 59:5
medication
  61:13
meet 55:21
meeting 65:4,11
meetings 35:15
  38:17,20,21,23
  39:4,10,18
Melanie 1:6 4:7

# FREEDOM COURT REPORTING

6:18
**member** 13:22
14:2
**memory** 11:15
52:15 61:2,5,7
61:11,14
**mention** 38:2
40:5
**mentioned**
20:18 27:2
38:6 40:1
58:23
**methodical** 49:7
**middle** 1:2 4:2
11:13 12:17
19:10,19
**miles** 10:7 13:14
56:11,15 67:22
68:6
**Milton** 66:18
67:15,18 68:9
68:16
**mind** 65:1 67:7
**mindful** 34:3
**mischaracteri...**
59:12
**Mississippi** 4:22
**misunderstan...**
49:5
**misunderstood**
50:5
**Mitchell** 4:20
7:18,19 44:14
44:18,20 45:18
46:2,5,14,18
48:8,15 49:4
50:16 51:17
52:10 53:1,6
53:10,19 54:1
54:4,11 55:1
**Molen** 3:6 5:20
7:9,10 9:7
11:22 12:23
14:10 15:21

16:3,16 21:11
22:13,22 25:21
26:9,15,22
27:5 28:22
30:2,8,12
31:16 32:6,21
35:11 36:11,14
36:19 37:2
38:15 39:13,21
40:22 41:5,11
41:18 42:13
44:17 45:13
47:11 50:3
51:4 52:1
54:10,12 55:3
55:14,17,20
65:17 71:2,14
**moment** 9:8
14:16 22:19
56:22
**moments** 44:7
**Montgomery**
1:20 6:12 7:3
**months** 27:16
**morning** 8:7,8
42:16 43:10
55:18,19 56:2
56:3
**mortified** 23:1
**mother** 1:7 4:8
6:19
**mother-in-law**
57:14
**mouth** 29:2
**move** 14:11
22:13 71:10
**moved** 24:17
56:5,19 57:1,2
**mutual** 58:5

-----N-----

**N** 1:14 3:2 4:21
**name** 7:3,6 8:13
27:13 55:20

66:23
**names** 11:6 69:6
**National** 29:21
**Naturally** 31:21
**nature** 61:23
**nausea** 29:1
**near** 9:23
**Nebraska** 48:16
**necessarily**
47:10
**necessary** 2:9
47:6
**need** 42:5
**needed** 21:20
**neither** 62:18
72:16
**never** 33:3 52:10
64:11,15,17,19
70:1
**new** 47:1
**News** 61:18 62:3
**newspaper**
35:21 61:17
**night** 12:13
16:19
**nine** 27:16
**nonresponsive**
22:14
**normal** 30:22
**normally** 34:14
**NORTHERN**
1:3 4:3
**northwest** 13:13
13:15
**note** 42:15
**notice** 2:18
14:19
**noticed** 48:6
**notices** 35:20
**noting** 54:15
**number** 1:5 4:5
6:17,22 17:22
17:23 18:1,3
64:5

**numerous** 43:16
**nursing** 57:15

-----O-----

**O** 1:14 5:15
**oath** 8:17,18
**object** 15:22
16:4 51:7
**objection** 11:22
12:23 14:10,15
14:22 16:8,16
21:11 22:22
25:21 26:9,16
26:23 27:6,7
28:22 30:2,9
31:16 32:6,21
35:2,9,11 36:4
36:11,12,19
37:2,14 38:15
39:13,15 40:22
41:5 59:10
62:7 71:2
**objections** 2:10
2:13 14:21
30:13 39:22
41:12,19 54:19
**obviously** 43:4
**occurring** 72:14
**offered** 2:15
**Off-the-Record**
9:11 39:8 55:4
**Okay** 8:10 13:9
15:5 17:11,17
18:1,8 20:14
46:4,12 52:4
53:18 54:3,8
56:18 57:9
59:3 60:10,23
61:6,12,16,22
62:2,5,12,17
62:22 63:23
65:9,16 69:21
70:5
**old** 11:7 23:10

56:20
**once** 28:13
62:10
**ones** 70:6
**open** 48:22
**opportunity**
16:10,23 46:20
**optimistic** 33:2
**oral** 6:14
**orange** 18:20
19:9,16,21
**Orlyn** 5:15 7:14
**Osage** 18:7,8
**osteoporosis**
25:15,19 26:1
26:8,14,21
32:14 33:11
59:6 60:19
69:17,19 70:3
**outside** 34:4
**owners** 35:5
36:7 41:8,15

-----P-----

**P** 1:14
**Pactiv** 1:11 4:12
5:23 6:21 7:11
**page** 3:4,9,12
42:20 53:18
**painful** 25:17
**Palmer** 3:5,10
5:6 7:6,7 8:4,6
15:3 16:1 38:8
42:8 44:19
47:7 48:5 49:1
49:11,15 54:22
55:9 59:10,18
62:7 67:6
70:14,17 71:8
**pamphlets** 39:23
**paper** 61:20
**parents** 12:7
**part** 32:12
**participate**

# FREEDOM COURT REPORTING

41:23
**participating** 33:17
**parties** 1:16 2:12 72:17
**parts** 44:15
**patient** 24:7
**Paul** 6:3 7:3
**pause** 14:16
**Peachtree** 5:12 5:17
**pen** 18:20
**Pensacola** 67:21
**people** 12:10 37:10,12,22 38:4,5 52:8,14 52:20,22
**period** 28:5 57:5
**personally** 40:12
**perspective** 51:9
**physician** 23:20 24:3,11
**picked** 21:23
**picking** 67:9
**place** 7:2 17:23 18:2
**Plaintiff** 1:9 4:10,23 5:5,9 6:20
**plaintiffs** 7:8,17 7:19 50:11 52:7
**Plaintiff's** 3:11 15:18 34:17,21
**plant** 68:15
**plants** 68:20
**played** 10:16 12:2,5 20:19 33:20
**playground** 10:16 20:20,23
**playing** 33:9,18 33:22
**plays** 13:4

**please** 7:4,21 8:11,13 44:17 59:5
**point** 12:6 32:11 44:6 51:15 57:1,2 63:19
**porch** 25:3
**position** 15:8 43:1 51:5
**positive** 33:3
**possible** 22:5
**potential** 69:16
**practice** 24:18
**practitioner** 21:19
**prejudice** 22:23 43:12,21
**present** 6:2 64:8
**presentation** 65:5
**preservation** 43:4 44:3 45:21 50:8,10 52:6
**pretty** 25:18
**prevented** 32:14
**previous** 43:18 50:13 66:15
**previously** 15:17 15:19
**prior** 2:15 25:11 45:16
**privilege** 43:10 43:14
**probably** 13:14 48:17 67:9,21
**problem** 25:4 54:23
**problems** 29:2
**procedure** 6:9 45:3,9 46:9,16 47:2 50:18,23 53:2 54:5
**proceeding**

43:11,19 72:8
**proceedings** 6:15 72:14
**produced** 72:10
**Professional** 72:5
**promoted** 57:19
**prompted** 41:22
**pronouncing** 40:2
**proper** 56:19
**prosthesis** 32:1
**proud** 12:9,11
**provide** 53:3
**provided** 6:8 15:19
**Puberty** 23:9
**pulled** 31:2 57:23
**pump** 27:22 28:6
**purple** 20:12
**purpose** 51:12 51:12
**purposes** 15:21 34:19 42:13 45:7,8
**pursuing** 47:17
**put** 14:23 35:20 36:1 46:21 57:15
**putting** 30:21
**p.m** 71:17,19

___

## Q

**question** 37:20 38:11 59:11,15 65:10 71:11
**questions** 2:11 2:12 55:10,12 56:2 65:18 66:9 70:13 71:9,15
**quick** 30:17

65:20
**quit** 48:8
**quite** 30:18

___

## R

**R** 5:20
**rain** 34:4
**raise** 44:6
**raised** 54:20
**raising** 47:19
**rare** 59:21
**read** 43:10 61:20 62:2,3,5 62:10
**reading** 2:2
**real** 30:17
**really** 25:7 28:18 30:18 33:19
**reason** 14:20 53:7,16 57:10 60:17
**reasons** 14:23
**recall** 16:21 39:1
**receive** 29:8
**Recess** 42:12 55:6
**reconstructive** 31:12
**record** 6:23 9:8 9:9,14 14:17 14:23 15:22 42:10,14 43:17 51:6 54:11 55:2,8 67:9 71:16
**recovered** 34:11
**recurrence** 63:21
**red** 17:4,11
**Reddick** 24:5
**referring** 34:20 38:21
**regarding** 47:19

66:6
**regards** 47:17 47:18 48:1 66:7
**Registered** 72:4
**regularity** 61:20
**related** 27:3
**relating** 2:7
**relationships** 66:7
**release** 41:3
**released** 38:19 70:20
**releasing** 35:7 35:22 36:3,9
**Relevance** 11:23 13:1 14:11 22:23 30:3
**relevant** 46:7
**remember** 28:2 28:18 37:8,16 69:9,12
**remembered** 37:10
**report** 22:10
**reporter** 6:6 7:21 8:2 72:5
**REPORTER'S** 72:1
**represent** 7:5,19 66:1
**representation** 16:14
**represented** 52:7,7
**representing** 7:8 7:10,13
**represents** 72:12
**require** 57:21
**reserve** 14:20 50:11
**residents** 35:18
**resistance** 14:21
**respect** 47:8

# FREEDOM COURT REPORTING

respond 44:14 45:12 48:20 49:13,17
response 45:14 66:12
responsibilities 30:21
Rest 69:5
restate 65:10
result 72:19
retired 11:3 24:17
review 15:20
right 9:22 15:16 18:7 19:15 31:2,11 41:3 43:21 46:17 50:11,15,16 52:13 56:6 58:7,14 60:1,4 60:7 61:19 62:12,15 63:9 63:14 64:14,15 65:9,13,20 68:19
rights 43:13
risk 33:15 52:14 52:15
risk-taking-type 33:9
Road 13:8 14:6
Robert 5:6 7:6
roller 33:10 60:13
rolling 34:1
room 22:6,16 34:15
ROWE 5:21
RPR 1:19 6:5 72:22
rules 2:6 6:8 44:9 45:3,9 46:9,15 47:2 50:18,23 51:2

53:2,8 54:5,6,7
run 34:4 53:15

— S —

S 1:14 5:21 13:11
sadness 42:1
salt 29:4
sat 25:2
saw 21:23
saying 47:16 54:5
says 48:21
scared 23:1,2 25:6
schedule 28:4
school 11:11,13 11:13,15 12:15 12:17,17,19,22 13:5 18:21 19:2,7,10,19 19:22 20:2,5 29:12
schools 18:20 57:20
scientific 26:6
scope 47:17 71:12
second 17:23 18:12 28:7,12
secretary 14:9 14:14
Secretary/boo... 67:5
see 21:19 40:17 43:9 64:7,20
seeing 24:14
seek 58:6
seen 64:4
self-esteem 31:18,19
sell 69:4
send 35:17 57:20

sent 22:4
seventeen-yea... 30:23
sewing 68:18
shared 43:6
sharp 51:22
Sherri 1:18,23 6:13,18 7:22 8:14 42:18 71:18
shopped 10:14
shortly 24:13,16
shots 31:4,5
side 28:20
sides 51:23
sign 34:13
signature 2:2
signed 42:16
signs 36:1 63:12
silence 47:8,16
simple 49:18
simply 47:7
sir 8:22 9:4 16:22 17:2,5,8 17:10,13,16,20 18:9,15,23 19:3,8,11,17 19:20,23 20:3 20:6,10,13,21 21:1,7 35:4,13 35:19,23 36:6 36:15,21 37:17 38:1 39:3,7,17 40:13,15 56:9 56:17 57:4 60:15 62:11,16 63:2,7 64:6,9 66:15,22 67:13 67:17
sit 28:9 34:15 49:12
sitting 12:7
six 15:15
sixteen 11:9

30:23
Sixth 4:21
sixty 68:6
sixty-two 68:6
skating 33:10 34:1 60:13
skeletal 32:3
small 23:3
Smith 1:19 4:17 6:5 72:4,22
smoke 40:18,21
smoked 40:14
social 13:2
softball 13:5 33:10,18,22 60:14
sold 69:2,3
solid 21:17
son 20:1 25:6 30:20 57:16
sonogram 21:15 21:17
sooner 32:15
sores 29:2
sorry 11:19 14:12 16:3 22:7 38:3 56:10 69:10
south 5:4,8 10:9 56:12,15
speak 14:18
speaking 44:16 67:7
special 11:15
specialty 23:23
specifically 38:11 40:6
spell 13:9
spelling 8:13
spend 10:10
sports 57:17,17
SR 5:10
St 5:12,17
stand 44:13

start 64:2
started 24:12 29:12
state 7:5 9:15 11:3 43:1 72:2 72:6,22
statement 48:22
statements 47:9 49:3
STATES 1:1 4:1
Ste 4:21
stenographic 72:9
STIPULATED 1:15 2:1,8,17
stipulation 6:9
stipulations 8:3
stomach 29:2
stop 33:3
stopped 33:16
store 66:17,21 67:1
Street 1:20 4:21 6:11 18:8
strike 14:11 22:13 71:11
subscribe 61:21
substitute 44:3
subtract 56:21
sues 1:6 4:7 6:19
suffer 28:20 29:6
suffered 59:7
Suites 1:19 6:11
suits 31:21
supervision 72:11
suppose 21:17
sure 38:8 40:2 66:12 67:8
surface 54:13
surgeon 22:2,10 24:2
surgery 22:5

# FREEDOM COURT REPORTING

Page 81

24:1 25:5 31:9
31:12
**survive** 33:5
**susceptible**
33:23
**swear** 7:21
**swing** 25:3
**sworn** 7:23
**sympathize** 66:5
**S-H-E-R-R-I**
8:15

---

**T**

**T** 1:14,14
**take** 28:10,10
42:6,9 45:16
47:5 48:3,6
53:15
**taken** 1:18 42:12
55:6 72:8
**talked** 22:6
62:12
**talking** 35:21
36:2 37:12
49:2 50:7
60:11 62:9
**Tallapoosa** 1:20
6:11
**taste** 29:4,4
**Tatum** 1:8 4:9
6:20
**Taylor** 3:7 5:10
7:12,12 14:19
15:5 16:8 27:7
32:23 35:2,9
36:4,12 37:14
37:18 38:3
39:15 41:13,20
42:5 45:11,14
45:20 46:4,12
46:17 47:4,15
48:14,19 50:1
52:3,13 53:4,9
53:14,22 54:3

54:8,18 65:19
65:22 66:1
67:6 70:12
71:4,10
**teach** 31:6
**team** 11:16
**tell** 8:21 11:16
12:21 24:20,23
26:7,13,13
27:3 36:8
44:20 59:5
70:6
**teller** 15:9
**tellers** 32:17
**ten** 10:7
**Ter** 3:6 5:20 7:9
7:9 9:7 11:22
12:23 14:10
15:21 16:3,16
21:11 22:13,22
25:21 26:9,15
26:22 27:5
28:22 30:2,8
30:12 31:16
32:6,21 35:11
36:11,14,19
37:2 38:15
39:13,21 40:22
41:5,11,18
42:13 44:17
45:13 47:11
50:3 51:4 52:1
54:10,12 55:3
55:14,17,20
65:17 71:2,14
**terminated** 23:6
**test** 63:11
**testified** 8:1 59:4
**testifying** 43:7
**testimony** 9:2
43:5 44:8,12
47:21 50:10
51:19 52:18,21
52:23 53:13,21

56:4 59:13
64:23 69:14
**testing** 40:9
**Texas** 27:14
**thank** 16:4 55:9
55:13,14 66:2
**thanks** 46:13
**thereto** 2:16
**thing** 23:9 33:11
50:4 58:5
**things** 23:7
30:22 32:17
33:8,9 42:14
49:8 51:1
**think** 25:6 27:10
33:5,6 43:17
44:5 45:9,22
47:23 49:4,6,9
49:13,22 50:5
51:1,22 52:8
53:12,18,19,22
54:6,12 56:2
59:12 60:14
66:4 68:21
**thought** 22:9
23:5 25:12
**three** 27:20
**threw** 12:8
**throw** 12:5
**time** 2:14,14
6:23 9:10,14
10:10 23:11
24:4 28:4 32:2
32:9,10,12,13
34:14 42:11
43:14 47:5
55:8,11 56:18
57:2,5,11,22
62:21 63:13
64:8 66:19
68:12 71:17
72:15
**times** 28:15
43:16

**tired** 29:7,7
32:11 57:22
**today** 7:1 8:18
9:3 44:1 46:1
50:6 51:20
59:3 60:11
64:23 66:3,6
**today's** 43:20
**toe** 29:3
**told** 20:7 23:16
23:20 25:3
34:10 59:6
61:6,8 63:18
69:15 70:1
**town** 13:13
35:14 38:22
**towns** 16:15
**transcript** 42:21
52:17 72:10,14
**transferred**
66:17 67:14
**treated** 41:9
**trial** 2:14 43:3,5
43:8,8 44:2,2,4
44:8,22 45:4,8
45:17,20 46:1
46:8,23 50:8,9
50:10 51:7,14
51:19,20 52:16
52:20
**tried** 21:16 31:5
**trooper** 11:3
**true** 72:13
**truth** 8:21
**try** 14:18 33:13
47:21
**trying** 49:9
**turn** 33:4
**twelve** 10:7
56:11,13,15,16
**twenty** 42:20
**twenty-eight**
56:20
**Twenty-one**

29:18
**twenty-seven**
56:22,23
**twenty-three**
11:8
**two** 11:5 13:8
17:23 18:14
28:2 60:14
62:14 68:12
**type** 23:9 28:12
31:20,20 33:10
33:16 47:1,3
68:20,22 69:3
**types** 27:20
33:14

---

**U**

**U** 1:14
**ulcers** 29:2
**unavailable**
46:23 50:12
53:7,11
**undated** 15:23
16:5
**undergone** 59:8
**understand** 8:16
8:17,20,23
11:14 14:8
18:19 27:15
36:16 51:4,17
52:17 53:2,17
59:14 60:10,17
63:3 66:4
**understanding**
44:9 51:10
52:21
**understood** 47:4
54:19 66:12
69:14
**underwent** 63:1
**UNITED** 1:1 4:1
**upset** 12:10
**use** 45:20,23
46:11 47:21,21

# FREEDOM COURT REPORTING

47:22 48:1
50:12,19 51:7
53:12,20
**usual** 8:2 29:1
44:9

---

**V**

**vague** 62:8
**various** 51:11
**vegetables** 30:22
**versus** 6:21
**vicinity** 68:19
**VIDEOGRAP...**
6:3,16 7:20 9:9
9:13 42:10
55:7 71:16
**videotape** 6:17
**videotaped** 1:17
53:15
**villages** 16:14
**vs** 1:10 4:11

---

**W**

**W** 4:20 5:11,16
7:18
**Wachovia** 15:11
20:8,9
**Wacker** 5:21
**waiting** 34:15
**waived** 2:4,19
**waiver** 43:12
**walk** 34:5 48:23
**Walter** 10:23
**Walton** 24:18
**want** 47:8 51:5
51:18 60:16,23
66:11 69:21
**wanted** 42:15
44:6 50:1 58:4
**Watkins** 44:21
**way** 15:1 31:15
**ways** 30:16
**weakened** 26:4
60:3,20
**wear** 32:1

**week** 28:1,2
62:10
**weeks** 28:19
**Wendy** 6:2
**went** 10:15
21:10,14,22,23
32:12 49:7
**west** 68:1
**Wetumpka** 6:6
**we'll** 42:18 45:1
47:5
**we're** 6:23 42:17
43:11,18,23
45:5 47:17,19
48:2,6 49:19
49:22 52:5
53:18 54:15
**we've** 30:15
46:18 47:23
48:10,10 50:7
50:14 51:7,11
51:20 53:4
55:21
**Wiley** 26:19
**Williams** 24:5,7
**witness** 2:3 6:13
7:21 37:19
38:1 42:6
44:12,13 50:12
55:13 59:16
**witnesses** 43:7
46:21
**witness's** 43:5
44:11
**word** 17:4 20:22
22:12 33:5
34:22 52:11,11
52:12
**words** 13:8 45:5
52:9
**work** 15:7,10
20:8 29:8,10
32:5,8,11,12
32:15,16 34:13

57:6
**worked** 15:12
20:7 29:17
40:11 66:10,16
66:19,21 67:11
68:8,9
**working** 57:3
68:13
**wouldn't** 33:20
58:3
**write** 20:11 21:3
**written** 20:22
34:22
**wrong** 18:5

---

**X**

**X** 3:2

---

**Y**

**Yeah** 53:9
**year** 48:11 57:15
58:9 63:6
**years** 15:15
29:19 40:16
56:20
**young** 23:7
59:22 69:19
**y'all** 48:8 49:4

---

**1**

**1** 3:13 15:18
16:11 34:17,22
**10:41** 6:13 7:1
**10:42** 9:10
**10:45** 9:14
**102** 4:22
**11th** 42:17
**11:12** 42:11
**11:55** 55:8
**12:10** 71:17,19
**1201** 5:11,16
**1578** 13:7
**1952** 9:6,20
**1976** 57:7,8
**1980** 18:6 56:5

**1984** 18:6
**1998** 57:8,9,10
**1999** 63:9

---

**2**

**2:06-cv-83-LE...**
1:5 4:5
**200** 4:21
**2000** 15:14,14
63:6
**2006** 1:22 7:1
71:20
**25** 9:6,20
**26** 7:1 71:20
**26th** 1:21

---

**3**

**300** 1:20 6:11
**30309** 5:12,17
**34** 3:13
**35255** 5:4,8
**3529** 5:3,7
**36104** 1:21 6:12
**39701** 4:22

---

**5**

**55** 3:6

---

**6**

**60606** 5:22
**66** 3:7

---

**7**

**7th** 5:3,7 19:13
**70** 3:10
**71** 5:21 66:16,20
67:11
**73** 66:16,18,20
67:12,15
**76** 66:18 67:15

---

**8**

**8** 3:5
**8th** 19:13
**80** 18:5

**83-LES-CSC**
6:23
**84** 18:5,18
**85** 13:21 18:18
**86** 18:4
**89** 24:10

---

**9**

**90s** 24:8
**98** 23:15 24:19
**99** 63:8

---