# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2        MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    CIVIL ACTION No.  2:06-cv-187-WKW
6    SHERRI L. DAVIS, et al.,
7
8        Plaintiff(s),
9    v.
10    TMA FOREST PRODUCTS GROUP, et al.,
11
12        Defendant(s).
13
14    DEPOSITION TESTIMONY OF:
15        DOROTHY DEVAUGHN
16
17    Commissioner:
18    Renny D. McNaughton
19    July 11, 2006
20    Andalusia, Alabama
21
22
23

Page 2

1        STIPULATION
2        IT IS STIPULATED AND AGREED by and
3    between the parties through their respective
4    counsel that the deposition of Dorothy
5    DeVaughn, may be taken before Renny D.
6    McNaughton, Court Reporter and Notary
7    Public, State at Large, at the offices of
8    The Powell Law Firm, 201 East Troy Street,
9    Andalusia, Alabama, on the 11th day of July,
10    2006, commencing at approximately 9:00 a.m.
11        IT IS FURTHER STIPULATED AND AGREED
12    that it shall not be necessary for any
13    objections to be made by counsel to any
14    questions, except as to form or leading
15    question and that counsel for the parties
16    may make objections and assign grounds at
17    the time of trial or at the time said
18    deposition is offered in evidence, or prior
19    thereto.
20        In accordance with Rule 5(d) of the
21    Alabama Rules of Civil Procedure, as
22    amended, effective May 15, 1988, I Renny D.
23    McNaughton, am hereby delivering to Bernard

Page 3

1    Taylor the original transcript of the oral
2    testimony taken the 11th day of July, 2006,
3    along with exhibits.
4        Please be advised that this is the
5    same and not retained by the Court Reporter,
6    nor filed with the Court.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1            INDEX
2    EXAMINATION BY:        PAGE NO.
3    Mr. Bernard            9, 212
4    Mr. Ter Molen          203
5
6        EXHIBITS
7    Defendant's
8    No. 1          11
9    No. 2          15
10    No. 3          21
11    No. 4          86
12    No. 5          100
13
14
15
16
17
18
19
20
21
22
23

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 5

1    A P P E A R A N C E S
2
3    FOR THE DEFENDANT (S):
4    Bernard Taylor
5    Skip Lockard
6    Alston & Bird
7    1201 West Peachtree Street, N.W.
8    Atlanta, Georgia  30309
9    404-881-7000
10
11   Mark Ter Molen
12   Mayer, Brown, Rowe & Maw
13   71 South Wacker Drive
14   Chicago, Illinois  60606
15   312-782-7711
16
17
18
19
20
21
22
23

Page 6

1    FOR THE PLAINTIFF (S):
2    W. Eason Mitchell
3    The Colom Firm
4    P.O. Box 866
5    Columbus, Mississippi 39703
6
7    Gregory Cade
8    The Environmental Litigation Group
9    3529 7th Avenue South
10   Birmingham, Alabama  35255
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 7

1    I, Renny D. McNaughton, a Court
2    Reporter of Greenville, Alabama, and a
3    Notary Public for the State of Alabama at
4    Large, acting as Commissioner, certify that
5    on this date, pursuant to the Alabama Rules
6    of Civil Procedure, and the foregoing
7    stipulation of counsel, there came before me
8    at the offices of The Powell Law Firm, 201
9    East Troy Street, Andalusia, Alabama,
10   commencing at approximately 9:00 a.m. on the
11   11th day of July, 2006, Dorothy DeVaughn,
12   witness in the above cause, for oral
13   examination, whereupon the following
14   proceedings were had:
15
16       DOROTHY DEVAUGHN,
17   being first duly sworn, was examined and
18   testified as follows:
19       MR. TAYLOR:  This will be the
20       deposition of Dorothy A. DeVaughn
21       taken pursuant to the Federal
22       Civil Practice Act and the local
23       rules of the U.S. District Court

Page 8

1    Middle District of Alabama
2    Northern Division.  And all -- I
3    don't know what the normal
4    stipulations are, but all
5    formalities except for notice,
6    because we do have a notice in
7    this case, all objections except
8    those to the form of the question
9    or responses of the answer are
10   reserved until later use of the
11   deposition transcript in court or
12   in the course of this litigation.
13   We would like to have the witness
14   read and sign the deposition
15   transcript.
16       MR. CADE:  That's fine.
17       MR. TAYLOR:  Are those
18   stipulations fine?
19       MR. CADE:  That's fine with us.
20       MR. TAYLOR:  Any others you want
21   to add?
22       MR. CADE:  That's fine.
23

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

```
1        EXAMINATION
2  BY MR. TAYLOR
3      Q   Ms. DeVaughn, would you tell us
4  your full name, please?
5      A   Dorothy DeVaughn.  Dorothy
6  DeVaughn.
7      Q   Do you know what, what we might
8  need to do, is move you up a little closer
9  to the table.
10       MR. CADE:  And let me add.
11     Ms. DeVaughn, when he speaks, if
12     you can give him an actual verbal
13     response, that's much better than
14     a nod or something like that,
15     okay?
16     Q   And you have a middle initial?
17     A   Ann.
18     Q   Ann.  Is that spelled A-N-N?
19     A   Right.
20     Q   Ms. DeVaughn, how are you feeling
21 today?
22     A   Pretty good.
23     Q   Are you on any medication?
```

```
1      A   Yes.
2      Q   Okay.  Can you tell us what
3  medications you're on?
4      A   I'm on chemo and stomach pills,
5  that's Percocet.
6      Q   Okay.  The medication you're on,
7  do you believe in any way it affects your
8  ability to understand what I'm saying to you
9  during the course of the deposition today?
10     A   I have no idea.
11     Q   You don't know yet?
12     A   No.
13     Q   Will you let us know, if indeed
14 at any point I ask you a question and if for
15 any reason you don't understand the question
16 and you want me to repeat it or if you get
17 tired and you want to take a break or if
18 you're just saying, you know, I'm a little
19 tired of this and I want to stop?
20     A   Yeah.
21     Q   Will you let us know that?
22     A   Yes.
23     Q   Okay.  Now are you comfortable,
```

```
1  because these seats are pretty low, you
2  know?  But, are you comfortable --
3      A   Yes.
4      Q   -- where you are now?  Okay.  Can
5  you tell us your age, please?
6      A   Seventy-one.
7      Q   All right.  What is your date of
8  birth?
9      A   September the 4th, 1935.
10       (Whereupon, Defendant's
11       Exhibit Number 1 was marked.)
12 BY MR. TAYLOR
13     Q   Now I'm going to show you what's
14 going to be marked as Defendant's number 1
15 for purposes of this deposition.  And I'm
16 going to represent to you that it is a copy
17 of the notice of discovery deposition of
18 Ms. Dorothy DeVaughn.  And I don't know, do
19 we have another copy?  You all had a copy
20 from yesterday?
21       MR. CADE:  Yeah, let me add,
22       yesterday in court, that was the
23       first time we were able to see
```

```
1      this notice, so...
2      MR. TAYLOR:  Okay.
3      MR. CADE:  But I was able to get
4      Ms. DeVaughn a copy.
5      MR. TAYLOR:  Okay.  Good.  And as
6      counsel knows, the reason we
7      couldn't get the notice to you
8      earlier is that we changed
9      locations from one location to
10     another, and so we had to figure
11     out where in Andalusia we were
12     going to take the deposition.
13     MR. CADE:  I understand.
14     MR. TAYLOR:  So that's why they
15     came out a little late.
16 BY MR. TAYLOR
17     Q   Ms. DeVaughn, and let me
18 apologize, first of all, because you will
19 notice that the notice doesn't have your
20 middle initial in it and I apologize.
21     A   Okay.
22     Q   But I wonder if you could tell us
23 whether or not you've seen this particular
```

# FREEDOM COURT REPORTING

Page 13

1 notice before?
2    A   Yes, I saw it last night.
3    Q   Saw it last night.  Okay.  And
4 you will see attached to the notice is a
5 request for you to bring some materials with
6 you.  Did you see that on the notice also?
7    A   Uh-huh.
8    Q   Were you able to bring some of
9 those or all of those materials with you
10 now?
11    A   Yeah.
12    Q   Is that what you've got in that
13 packet?
14    A   Yes.
15    Q   Okay.  All right.  The record
16 should reflect that the witness has just
17 given me a packet of materials in a very
18 nicely bound plastic pouch, and it looks
19 like it's a good number of documents and --
20 which are composed of Medicare summaries,
21 Medicare notices, and information, is that
22 correct, ma'am?
23    A   Yes.

Page 14

1    Q   Okay.  All right.  We're going to
2 probably take a break in a second and go
3 through those and then see what questions we
4 may have.  Did you bring anything else with
5 you, ma'am?
6       MR. TAYLOR:  She is going to save
7       us some copying here?  Sure are.
8       MR. CADE:  I think those are her
9       copies, actually.  Yes, ma'am.
10       That's your notice; just a letter
11       from us indicating that there's a
12       deposition scheduled for her,
13       that's all.
14 BY MR. TAYLOR
15    Q   And did you bring anything else
16 with you, ma'am?
17    A   No.
18    Q   And the record should reflect
19 what the witness has given me is a copy of
20 the amended complaint, a letter from her
21 amended complaint in this case, and a letter
22 from her lawyers dated June 27th, 2006, and
23 a copy of the medical authorization release

Page 15

1 forms and the questionnaire that we've been
2 working with in this case.  Okay.
3       MR. CADE:  That's fine.
4       (Whereupon, Defendant's
5       Exhibit Number 2 was marked.)
6 BY MR. TAYLOR
7    Q   Now since you have a copy of the
8 questionnaire, let me give you what has been
9 marked as Defendant's Exhibit Number 2.  And
10 I will represent to you that this
11 Defendant's Exhibit Number 2 is a two part
12 document -- multiple page two part document?
13 The first document is the general
14 questionnaire and certain responses written
15 on it, and the second part is the health
16 information portion of the general
17 questionnaire.  I'll give that to you.  Have
18 you seen that before, ma'am?
19    A   Yeah.
20    Q   Is that yes?
21    A   Yes.
22    Q   Okay.  And can you tell me when
23 you first saw Defendant's Exhibit Number 2?

Page 16

1    A   Talking about when I first saw
2 it?
3       MR. CADE:  Yes, ma'am, from the
4       best of your knowledge.  If you
5       don't remember, that's fine.
6    A   No.  I don't remember, but I saw
7 it but I don't remember when.
8    Q   Looking at Defendant's Exhibit
9 Number 2, ma'am, do you recall filling out
10 the document or preparing --
11    A   Yes.
12    Q   -- the document?  Can you explain
13 to us how you did that?  Take your time,
14 ma'am.  It's okay.  Let me see if I can help
15 you with some of that, because I'm asking
16 you some general questions and I'm not here
17 to confuse you.
18    A   Okay.
19    Q   Or to trick you or anything like
20 that.  We're really here to just try to get
21 some information so that we can understand
22 the circumstances that gave rise to a
23 lawsuit that you've filed.  On the

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 17

1    questionnaire, there's certain handwriting.
2    Is this your handwriting?
3        A    My daughter.  My daughter's.
4        Q    This is your daughter's
5    handwriting?
6        A    Uh-huh.
7        Q    Okay.  And can you tell us then
8    what you recall about how the document was
9    prepared; that is, how the -- "when I say
10   the document was prepared," how the
11   handwriting, how the answers were placed on
12   the document?
13       A    She asked me the question and I
14   answered.
15       Q    So you all sat down --
16       A    Right.
17       Q    -- one day and she had the
18   questionnaire in front of her?
19       A    Uh-huh.
20       Q    And which is Defendant's Number 2
21   and then she asked you questions?
22       A    Right.
23       Q    Okay.  And then after she asked

Page 18

1    you the questions, you filled -- she filled
2    in the answers for it?
3        A    Right.
4        Q    And if you look on page 11 of the
5    document --
6            MR. CADE:  I don't know if your
7            document is actually numbered
8            here.  Let me see.
9        Q    Yeah, it says here --
10           MR. CADE:  Yeah, I'm sorry.
11       Q    I'm going to ask the same
12   question about page 42.
13           MR. CADE:  Is this what you're
14           referring to?
15           MR. TAYLOR:  This is what I'm
16           referring to.
17           MR. CADE:  All right.  Different
18           page.
19   BY MR. TAYLOR
20       Q    Yeah.  Looks like there's two
21   different numbering systems.  The first
22   document page 11 and you see a signature
23   there, it says signed by Dorothy DeVaughn?

Page 19

1        A    I signed that.
2        Q    Okay.  And that's your signature?
3        A    Yes.
4        Q    And your -- and the person who
5    witnessed it is -- can you tell us what that
6    name is, please?
7        A    Sonia, my daughter.
8        Q    And is that the same daughter who
9    helped you put the answers --
10       A    Yes.
11       Q    -- on the document?
12       A    Yes.
13       Q    And is that the same young lady
14   who brought you here today?
15       A    Yes.
16       Q    Thank you.  And if you look on
17   the last page of the document, of the entire
18   document, it should be page 42, is that the
19   last page?
20       A    Yeah.
21       Q    And you see your -- a signature
22   there also, Dorothy A. DeVaughn?
23       A    Yes.

Page 20

1        Q    Is that your signature?
2        A    That's my signature.
3        Q    And is that also your daughter's
4    name?
5        A    Daughter's name.
6        Q    And you see where, right above
7    your signature where it says, "I, Dorothy A.
8    DeVaughn, have read the foregoing health
9    information questionnaire and hereby state
10   that the answers made therein are true and
11   correct and complete to the best of my
12   knowledge and belief," and you signed that?
13       A    Yes.
14       Q    And is that correct, ma'am?
15       A    Yes.
16       Q    At the time you signed that, was
17   that correct?
18       A    Right.
19       Q    And you see the same back on page
20   11 for the first document, you see the same
21   reference?
22       A    Yeah.
23       Q    Where it says, "I, Dorothy A.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 21

1  DeVaughn, have read the foregoing Lockart
2  Florala Wood Treatment Facility
3  questionnaire and hereby state that the
4  answers made therein are true, correct, and
5  complete to the best of my knowledge and
6  belief," was that true at the time you
7  signed it?
8      A   Yeah.
9      Q   Was that a yes, ma'am?
10     A   Yes.
11     Q   And is it true today also?
12     A   Yes.
13         (Whereupon, Defendant's
14     Exhibit Number 3 was marked.)
15 BY MR. TAYLOR:
16     Q   Okay.  Thank you.  Now we're
17 going to come back to this but you can set
18 it aside for just a few minutes.  Let me
19 show you what has been marked Defendant's 3
20 for purposes of this deposition.  One for
21 you and one for your counsel.  And I
22 represent to you that Defendant's 3 is what
23 we call, in the legal profession, an

Page 22

1  affidavit.  And that's referring to written
2  sworn testimony.  That's a statement given
3  by you that's accurate, okay?
4      A   Okay.
5      Q   You see there's a signature at
6  the bottom that says "Dorothy DeVaughn," is
7  that your signature?
8      A   Right.
9      Q   Okay.  Can you tell me -- do you
10 recall preparing this affidavit?
11     A   Yes.
12     Q   Okay.  Now again, I'm not trying
13 to trick you, okay, and I asked you if you
14 recall preparing the affidavit, but can you
15 tell me the circumstances that led to you
16 signing this affidavit?  Take us -- I mean,
17 where did you sign it?  Can you take us into
18 wherever that occurred and tell us what
19 happened?
20     A   What you mean?
21     Q   Okay.  You did sign the affidavit
22 at some point?
23     A   Yes.

Page 23

1      Q   Okay.  Well, there's a date here
2  that says April 10 of 2006 you signed the
3  affidavit.  Where were you when you signed
4  the affidavit, ma'am?
5      A   At my house.
6      Q   Okay.  And who was with you
7  there?
8      A   My daughter.
9      Q   All right.  Were any of the
10 attorneys there with you?
11     A   No.
12     Q   No?
13     A   No.
14     Q   Just you and your daughter?
15     A   Uh-huh.
16     Q   Can you tell us how you got a
17 copy of the affidavit?
18     A   I can't remember.
19     Q   Okay.
20     MR. CADE:  Why don't you give her
21     an opportunity to review it first?
22     MR. TAYLOR:  Okay.  Well, I've
23     got some preliminary questions and

Page 24

1      then I'm going to give her that
2      opportunity.
3  BY MR. TAYLOR:
4      Q   Do you recall seeing this
5  affidavit before, however?
6      A   No, until I got this.
7      Q   Until you received it?
8      A   Uh-huh.
9      Q   Okay.  Until the day you signed
10 it?
11     A   Right.
12     Q   Okay.  Why don't we take your
13 counsel's suggestion and why don't you take
14 just a couple of minutes and read the
15 affidavit.  Take your time, whatever time it
16 takes to read the affidavit, and then I've
17 got a couple of questions about it, okay?
18     A   Uh-huh.
19     Q   Was that a yes?
20     A   Yes.
21     Q   Okay.
22     A   I'm thinking Deborah, but I don't
23 know her last name --

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 25

```
1    Q   Go ahead.
2    A   -- came by the house.  I'm
3  thinking but I don't know her last name.
4    Q   Okay.  Have you finished reading
5  the document?
6    A   Yes.
7    Q   And so you were then going back
8  and answering the question of how you
9  received a copy of the affidavit?
10   A   Right, I'm thinking Deborah.
11   Q   Deborah?
12   A   Yes.  I don't know her last name
13  though.
14   Q   Okay.  And how did you -- who is
15  Deborah?
16   A   She live in Florala.
17   Q   And what is your relationship to
18  Deborah?
19   A   Oh, we not related.
20   Q   Okay.  How did you get to know
21  Deborah?
22   A   I got to know her about -- she
23  came by and was saying it was a meeting
```

Page 26

```
1  going to be at the armory hall for this
2  lawsuit.
3    Q   Meeting at which hall?
4    A   The armory hall.
5       MR. CADE:  Armory.
6    Q   Armory?
7       MR. CADE:  Armory hall.
8    Q   Do you recall when that occurred?
9    A   It was in --
10   Q   And let me be sure.
11   A   -- October, I'm thinking.
12   Q   Let me be sure I'm clear.  I'm
13  going to withdraw that question.  Okay.
14  Because I want to be sure that I'm being
15  fair to you.  When I asked the question, "Do
16  you recall when that occurred," I was
17  referring to when Deborah, who we don't know
18  the last name, came by to tell you there was
19  going to be a meeting at the armory.
20   A   It was in October, I'm thinking.
21   Q   Of what year?
22   A   It had to be about two years ago,
23  I think.
```

Page 27

```
1    Q   Okay.  And what did Deborah tell
2  you about that meeting?
3    A   She wanted me to come because I
4  was conferred with cancer and she wanted me
5  to come.
6    Q   You were what with cancer?
7    A   I had cancer.
8    Q   And she wanted you to come?
9    A   Yes.
10   Q   Did she tell you why she
11  selected -- came to your house to ask you to
12  come?
13   A   Because she had --
14   Q   Take your time.  It's all right.
15   A   She wanted me to come because she
16  was concerned about the mill and about the
17  -- because her -- I don't know.  I can't
18  remember.
19   Q   You don't remember?
20   A   Huh-uh.
21   Q   Tell me this, prior to
22  approximately two years ago when Deborah
23  came by your house and indicated that she
```

Page 28

```
1  wanted you to come to the meeting at the
2  armory about the lawsuit --
3    A   Yeah.
4    Q   -- how long had you known Deborah
5  prior to that time?
6    A   Oh, I have been knowing her ever
7  since she was a little girl.
8    Q   Okay.  So you know her parents?
9    A   Yes.
10   Q   Approximately --
11   A   Kind of.
12   Q   I'm sorry.
13   A   Kind of.  Not, you know, really.
14   Q   Approximately how old is Deborah?
15   A   She be about 40.  She should be
16  my girl's age, about 40, 45.  I'm not for
17  sure.
18   Q   I'm not going to tell your
19  daughter that you said that.  And is she an
20  African American or Caucasian?
21   A   She's white.
22   Q   Okay.  And you said she was --
23  just want to see if we can explore this
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 29

1  point just a little bit more.  You said she
2  was concerned about the mill at the meeting?
3  Or I misunderstood what you were trying to
4  convey to us.  And if you don't remember,
5  that's okay?
6      A  I don't remember.
7      Q  Okay.  Did Deborah -- is Deborah
8  an attorney?
9      A  No.
10     Q  Okay.  What is her -- where does
11 she work?
12     A  I don't know where she work at.
13     Q  Did she say anything to you about
14 whether she was working for attorneys?
15     A  No, she didn't say anything about
16 that.
17     Q  All right.  Well, go ahead.
18     A  And she was saying it was so many
19 people around had cancer.
20     Q  Okay.
21     A  That's what she was --
22     Q  Does she have cancer, also?
23     A  Her mother and dad.

Page 30

1      Q  Okay.  Do you know what city she
2  lives in?
3      A  She live in Florala.
4      Q  Now did you go to the meeting at
5  the armory?
6      A  Yes.
7      Q  All right.  Prior to going to the
8  meeting at the armory, had you had any
9  discussions with any lawyers about these
10 issues?
11     A  No.
12     Q  I'll tell you one thing you've
13 got to do, and I'm going to do it also, so
14 I'm going to try to stop from doing it, too,
15 but I have to let you finish your answer
16 before I ask the next question.  And just so
17 Renny can make sure that he gets the
18 transcript right, then you should let me
19 finish my question before you answer, okay?
20     A  Okay.
21     Q  Because I may -- just to play
22 with you, I may trick you at some point.
23     MR. CADE:  In the same breath,

Page 31

1      think about what he's asking you.
2      Give him the answer he's asking
3      for.
4      A  Okay.
5      Q  All right.  The -- all right.
6  And the question I was asking you is whether
7  or not -- and I think you answered it
8  because you anticipated it -- you knew
9  any -- had had any discussions with any
10 lawyers about a lawsuit concerning the cause
11 of your cancer prior to the time of going to
12 the armory for this meeting?
13     A  No.
14     Q  Did you see any ads in the
15 newspaper or anything about the meeting?
16     A  No.
17     Q  Did Deborah tell you any -- how
18 did Deborah tell you that she knew about the
19 meeting?
20     A  She didn't say.
21     Q  Now you went to the meeting,
22 correct?
23     A  Yes.

Page 32

1      Q  And you think that was in October
2  a couple years ago?
3      A  Yes.
4      Q  So you think it may have been in
5  2004?
6      A  I'm thinking.
7      Q  Okay.  Can you tell us what
8  happened at the meeting?
9      A  They was just trying to get
10 everybody concerned about the mill and just
11 asking questions.
12     Q  Okay.  And go ahead.
13     A  Did we think that our cancer come
14 from the mill.  At the time, we didn't know
15 where it come from because so many people
16 have cancer around there.  So we didn't
17 know.
18     Q  Prior to Deborah coming to speak
19 with you and you going to the meeting at the
20 armory, did you have any concerns or have
21 any discussions in the community about the
22 numbers of cancers that were in the
23 community?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

```
 1      A   No.  But it's a lot of them.
 2      Q   But you all didn't have any
 3  discussions about them?
 4      A   No.  No.
 5      Q   And you didn't have any concern
 6  about them, is that correct?
 7      A   No.
 8      Q   And when you say "they were
 9  trying to get you concerned about the mill,"
10  you mean the Lockhart wood treatment
11  facility?
12      A   I beg your pardon?
13      Q   You were saying that they were
14  trying to get -- and I may be stating it
15  wrong.
16          MR. CADE:  I was going to say,
17          don't mischaracterize it too much.
18          I'm a little confused myself.
19          "They," you may need to read back
20          who "they" is.  I don't know.
21          MR. TAYLOR:  That was my
22          question.
23          MR. CADE:  Okay.  Go ahead.
```

Page 34

```
 1  BY MR. TAYLOR
 2      Q   When you used the term "they"
 3  were trying to get you concerned about it, I
 4  think you said either the cancers or the
 5  mill, who was "they"?  Who were you talking
 6  about?  Who were you referring to?
 7      A   Well, everybody was concerned
 8  around there.  That's what I was talking
 9  about, the people around there.
10      Q   When you went to the meeting, did
11  anybody speak to you, to the group of people
12  who attended?
13      A   Oh yes.  Deborah, she spoke.
14      Q   Deborah spoke.  And what did
15  Deborah say?
16      A   She was just talking about a lot
17  of people had cancer and was trying to
18  figure out, you know, did it come from the
19  mill, you know.
20      Q   Okay.  And did anyone else speak
21  at the meeting other than Deborah?
22      A   Yes.
23          MR. CADE:  Just tell him.
```

Page 35

```
 1      A   What is it, Krissie?
 2          MR. CADE:  In my office?
 3      A   Yeah.
 4          MR. CADE:  Krissie?
 5      A   Yeah.  Krissie was there and some
 6  more.
 7          MR. CADE:  I probably was there,
 8          too.
 9      A   Yeah, but I know Krissie.  Okay.
10      Q   You don't remember him, though.
11  All right.  Do you remember Krissie's last
12  name?
13      A   What was Krissie's --
14          MR. CADE:  Krissie.  She's
15          referring to my paralegal.  Her
16          name is Krissie Orlando.  I think
17          she was probably just helping the
18          crowd, but I was actually there.
19      Q   Did Krissie speak to the group,
20  make a presentation to the group?
21      A   Yes.
22      Q   Do you recall what her
23  presentation was?
```

Page 36

```
 1      A   No.
 2      Q   Okay.  Did anyone else make a
 3  presentation to the group?
 4          MR. CADE:  Say my name, Mr. Cade.
 5      A   Mr. Cade.
 6      Q   Okay.  You're pointing to
 7  Mr. Cade there, and Mr. Cade made a
 8  presentation to the group?
 9      A   Yes.
10      Q   Can you recall what Mr. Cade said
11  to the group?
12      A   No.
13      Q   All right.  What else happened at
14  the meeting?
15      A   That was all.
16      Q   At the meeting, did you talk to
17  Mr. Cade or to anyone else?
18      A   No.
19      Q   At the meeting, did you -- do you
20  recall whether you gave a video taped
21  statement or anything like that?
22      A   No.
23      Q   Do you recall ever giving a
```

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1  videotaped statement to your lawyers?
2      A   No.
3      Q   You never did?
4      A   No.
5      Q   Do you recall giving a videotaped
6  statement to anyone regarding your cancer,
7  whether or not it came from the mill,
8  meaning -- and when you say "the mill," I'm
9  referring to the Lockhart wood treatment
10  facility.  That mill in Florala and
11  Lockhart, is that right?  Is that what
12  you're talking about?
13      A   Correct.
14      Q   Do you recall giving a videotaped
15  statement to anyone about those issues?
16      A   I don't recall.
17      Q   Okay.  All right.  Let's go back
18  to Defendant's Exhibit Number 3.  You had a
19  chance to review it.  Do you still have it
20  in front of, you, ma'am?
21          MR. CADE:  The affidavit.
22      Q   That's the affidavit.  Okay.  And
23  it says some things that we're going to go

Page 38

1  over.  And this may shorten some of your
2  deposition, because it really deals with
3  some issues we need to talk about.  It says
4  your name, "My name is Dorothy DeVaughn, and
5  I was born on September 4th, 1935."  That's
6  correct, right?
7      A   Right.
8      Q   "And I reside at 1938 10th
9  Avenue, Florala, Alabama," gives the ZIP
10  code, "where I have lived since
11  approximately 1977"?
12      A   Right.
13      Q   Now it talks about the address
14  change as a result prior -- that -- prior to
15  9/11, the address was 1818 West 12th Avenue.
16  Why was there an address change after 9/11?
17  Let me withdraw that question and ask this.
18  Okay?  Do you know what I mean when I say "I
19  withdraw the question"?
20      A   Uh-huh.
21      Q   Is that a yes?
22      A   Yes.
23      Q   Okay.  And I'm not being mean to

Page 39

1  you, you know that, don't you?
2      A   Yes.
3          MR. CADE:  Why don't you tell
4      her -- I'm sorry.
5      Q   Just have to get a yes or no on
6  the record.
7          MR. CADE:  If you're going to ask
8      about what withdrawing a question
9      is, why don't you explain to her.
10      Those are terms common to us.
11          MR. TAYLOR:  Yeah.  That's why I
12      asked if she understood I meant.
13          MR. CADE:  I don't think she
14      does.
15          MR. TAYLOR:  We'll go by what she
16      says.
17  BY MR. TAYLOR
18      Q   Ms. DeVaughn, can you tell us
19  what happened -- when you refer to 9/11, are
20  you talking about the event in New York
21  where the terrorists attacked the towers in
22  New York?  Is that what that means?
23          MR. CADE:  He's referring to this

Page 40

1      line right here.
2      A   Oh, this is our -- that 1818?
3      Q   Yes, ma'am.
4      A   That was our first address and
5  they changed it, and that was our 911
6  address.
7      Q   Got you.  911 address.  I got
8  you.  Okay.  Now that makes plenty of sense.
9          MR. CADE:  Emergency 911.
10      Q   Emergency.  Now it says from 1950
11  until 1977 you resided at 706 North 9th
12  Avenue in Florala, is that correct?
13      A   Right.
14      Q   Okay.  That was the next
15  sentence.
16      A   Uh-huh.
17      Q   Now did you live anywhere else
18  during that period of time; that is, prior
19  to living at 1938 10th Avenue or 1818 West
20  12th Avenue, prior to 1977, did you live
21  anywhere else other than 706 North 9th
22  Avenue?
23      A   No.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 41

1    Q   Prior to 1950, where did you
2  live, if you recall?  You would have been --
3  that would have been in your teens?
4    A   That was in -- that was still
5  1818, and it got burned, so we moved to 1906
6  and then moved back to 1818.
7    Q   Okay.  Let's go through that one
8  more time to be sure I understand.  And I'm
9  going to do it the other way around.  First.
10 When you were born, where did you live?
11   A   Oh, I lived in -- I was born in
12 Opp.
13   Q   In Opp.  Okay.  Opp, Alabama,
14 O-P-P, Alabama?
15   A   Right.
16   Q   And that's several miles from
17 here, do you know?
18   A   Uh-huh, right.
19   Q   And did you live in just -- at
20 just one street address when you lived in
21 Opp, Alabama, just one location?
22   A   Yes.  Yes.
23   Q   Do you recall that address?

Page 42

1    A   It was Harden Street, but I don't
2  recall the address.
3    Q   Okay.  And just to be sure I'm
4  understanding, did you say it was Orange
5  Street?
6    A   Harden, H-A-R-D-E-N.
7    Q   H-A-R-D-E-N.  Okay.  Good.  And
8  you lived there until you left Opp, Alabama?
9    A   Yes.
10   Q   And you left Opp, Alabama and
11 where did you move to after Opp?
12   A   Florala.
13   Q   And when you moved to Florala, is
14 that when you resided at 706 North 9th
15 Avenue, is that the first address?
16   A   No.  The first address was 1818
17 West 12th Avenue?
18   Q   Okay.  So when you moved to
19 Florala in 1950, your first address was 1818
20 West 12th Avenue, is that correct, ma'am?
21   A   Correct.
22   Q   That's a yes?
23   A   Yes.

Page 43

1    Q   Okay.  And then, when did you
2  live at 706 North 9th Avenue?
3    A   We lived at 706 because our house
4  burned down at 1818 West 12th Avenue, and
5  then we moved to 706 and then we rebuild
6  back.
7    Q   When was the fire?
8    A   About in '62 I'm thinking,
9  because my kids was young.  Yeah, about '62.
10   Q   All right.  So just to be sure
11 I'm clear, when you first moved from Opp to
12 Florala, you lived at 1818 West 12th Avenue.
13   A   Right.
14   Q   And then there was a fire?
15   A   Uh-huh.
16   Q   And you moved out then to 706
17 North 9th Avenue?
18   A   Right.
19   Q   Until your home was rebuilt?
20   A   Right.
21   Q   And then you moved back to 1818
22 West 12th?
23   A   Right.

Page 44

1    Q   And you think the fire was about
2  1962?
3    A   I'm thinking.
4    Q   What caused the fire, ma'am?
5    A   A gas, gas explosion.
6    Q   Okay.  And were you home when
7  that happened?
8    A   No.
9    Q   All right.  Was anyone injured?
10   A   Yes.
11   Q   Who was injured?
12   A   My husband.
13   Q   Okay.  And how was he injured?
14   A   He was burned.
15   Q   And what is your husband's name?
16   A   Frank DeVaughn.  Frank DeVaughn.
17   Q   Frank DeVaughn.  And it's my
18 understanding that you and Mr. DeVaughn are
19 divorced now?
20   A   Yes.
21   Q   Okay.  We're going to talk about
22 that in some detail.  And you had some
23 children then at the time of the fire?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 45

1   A   Yes. Yes.
2   Q   Were any of your children
3   injured?
4   A   They weren't there.
5   Q   Okay. And then in -- so now how
6   long were you away from 1818 -- let me ask
7   it a different way. How long did you live
8   at 706 North 9th Avenue?
9   A   I guess about a couple of years.
10  Q   Couple of years in the early
11  '60s?
12  A   Yes.
13  Q   Is that a yes?
14  A   Yes.
15  Q   And then you moved back to 1818,
16  correct?
17  A   Correct.
18  Q   Okay. And -- and then the rest
19  of the document is correct, that around 1977
20  you -- it changed over to the 10th Avenue?
21  A   Yeah.
22  Q   Okay. All right. Now you
23  indicate that -- I'm going to the second

Page 46

1   paragraph of your document, okay? All
2   right. Before I leave the fire, you said
3   you weren't home when the fire occurred?
4   A   No.
5   Q   Where were you?
6   A   I was downtown.
7   Q   Is that right? Did you come back
8   at all while the house was burning?
9   A   No.
10  Q   Okay. When did you return?
11  A   It was all over with when I came
12  back, because I didn't know.
13  Q   Was it the same day?
14  A   Yes.
15  Q   Okay. All right. You -- I'm
16  going to the second paragraph of the
17  document, where it says that you've been
18  diagnosed with breast cancer, which
19  metastasized to your lung. And we're all
20  very sorry to hear that, Ms. DeVaughn. All
21  right. Then it says you've gone through
22  both a mastectomy of my left breast and
23  thoracoscopy surgery on my left lung. I had

Page 47

1   no suspicion or knowledge that my cancer was
2   caused by exposure to toxic chemicals. I
3   did not know that toxic chemicals had been
4   released into the environment at the
5   Louisiana Pacific wood treatment facility
6   and did not know that I had been exposed to
7   them. Now let me stop there. Can you tell
8   me when you found out that toxic chemicals
9   had been released from the Louisiana Pacific
10  wood treatment facility?
11  A   I don't know.
12  Q   You don't know?
13  A   No.
14  Q   Can you tell me when you were
15  told that, as a result of the alleged
16  release of these toxic chemicals, you were
17  exposed to those chemicals?
18  A   I bet -- I didn't understand it.
19  Q   I know. It was a long question
20  and I apologize and probably was not very
21  artfully asked. Can you tell me when you
22  first found out that you were exposed to
23  chemicals released from the Louisiana

Page 48

1   Pacific wood treatment facility?
2   A   First -- when I first found out?
3   Q   Yes, ma'am.
4   A   I really don't know.
5   Q   Okay. Do you recall anyone ever
6   telling you that you had been exposed to
7   chemicals released from the Louisiana
8   Pacific wood treatment facility?
9   A   Yes. Yes. That was going on
10  when they -- Deborah had called us to the
11  meeting. That was when we was told that.
12  Q   Okay. So it was at the meeting
13  at the armory hall?
14  A   Right.
15  Q   Okay. All right. I understand
16  you went to the meeting and you had the
17  discussions with Deborah and Krissie Orlando
18  and with your counsel. Do you think you
19  were ever exposed to chemicals released from
20  the Louisiana Pacific wood treatment
21  facility? What I'm asking is do you believe
22  you were ever exposed to chemicals released
23  from the facility?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 49

1    A   Yes, my husband worked there.
2    Q   Okay.  Your husband worked there.
3  And we want to talk about that.  But do you
4  believe that you were ever exposed to
5  chemicals release?  I mean, you as an
6  individual, were ever exposed to chemicals
7  released from the wood treatment facility?
8    A   Yes, by the smoke that come from
9  the mill.
10    Q   Okay.  Now when did you first
11  find that -- when did you first determine
12  that smoke coming from the mill was exposing
13  you to the chemicals from the mill?
14    A   Well, I don't --
15    Q   You don't know?
16    A   Huh-uh.
17    Q   Okay.  Was it before you had your
18  meeting at the armory, did you have any
19  belief that smoke coming from the mill was
20  exposing you to chemicals?
21    A   No.
22    Q   So it was after that time?
23    A   Uh-huh.

Page 50

1    Q   It was after you spoke with the
2  lawyers?
3    A   Uh-huh.
4    Q   Is that a yes?
5    A   Yes.
6    Q   Okay.  Now you said your husband
7  worked at the mill, Mr. DeVaughn also.  Did
8  he ever come home and tell you that he
9  thought you had been exposed, that the
10  community was being exposed to chemicals
11  coming from the mill?
12    A   No, he didn't.
13    Q   Now we're going to go over some
14  of this stuff in a little greater detail.
15  And I have several more -- a number of
16  questions for you, but I'm trying to get
17  some of the preliminary stuff out of the way
18  quickly.  Do you need a little break now?
19    A   Yeah.
20    Q   Would you like a little break?
21    A   Uh-huh.
22    Q   Okay.  Why don't we break for
23  about five minutes?

Page 51

1    (Whereupon, a short break was taken.)
2  BY MR. TAYLOR
3    Q   We're obviously back on the
4  record now after a short break.
5  Ms. DeVaughn, I thank you for your patience
6  with us.  You indicated you went to the one
7  meeting at the armory that Deborah invited
8  you to.  Have you attended any other public
9  meetings?
10    A   Yes.
11    Q   Can you tell us about -- how many
12  have you attended, public meetings about
13  this issue, chemicals coming from the plant?
14    A   As I recall, about three, I
15  guess.
16    Q   Three additional meetings to the
17  one in the armory, so there have been four
18  altogether?
19    A   Yes.
20    Q   Is that correct?  Is that yes?
21    A   Yeah.
22    Q   Okay.  But the one at the armory
23  in October of, you think, maybe 2004, that

Page 52

1  was the first one?
2    A   Right.
3    Q   Okay.  Can you tell us about the
4  second one?
5    A   It was at the armory, too.  It
6  was at the armory.
7    Q   Can you tell us when?
8    A   No.  I can't recall when.
9    Q   Don't recall when?
10    A   Huh-uh.
11    Q   Do you recall how long after the
12  one in October, approximately, just to
13  ballpark it, that the second meeting
14  occurred?
15    A   I don't -- I really don't know.
16  I really can't recall.
17    Q   Okay.  At the second meeting, can
18  you recall if anyone spoke to the group
19  attending?
20    A   Yes.
21    Q   Approximately how many people
22  attended the meeting?  Don't know?
23    A   Florala.

# FREEDOM COURT REPORTING

Page 53

```
1       Q    You think it was most of the
2  people in Florala?
3       A    Right.
4       Q    All right.  And the question I
5  asked you and you were about to give me an
6  answer was who spoke to the group at the
7  meeting, Mr. Cade?
8       A    Mr. Cade.
9       Q    Do you recall what Mr. Cade had
10 to say to the group of people attending the
11 meeting?
12      A    No.
13      Q    Were you provided with any
14 statements to sign at that time?
15      A    No.
16      Q    Did you meet personally with
17 Mr. Cade or any other lawyer at that
18 meeting?
19      A    No.
20      Q    Okay.  Do you know who Deborah
21 Reynolds is?  Do you know Deborah Reynolds?
22 Just wondering if -- do you know if the
23 Deborah that you were referring to that
```

Page 54

```
1  asked you to come to the first meeting, do
2  you know if that was Deborah Reynolds?
3       A    It might was.
4       Q    Just don't know?
5       A    I really don't know her last
6  name.
7       Q    All right.  Okay.  And I think I
8  asked you this, but I may have been too
9  specific.  I think I asked you, do you
10 recall what Mr. Cade had to say to the
11 people attending the meeting, and I think
12 you said you don't recall, correct?
13      A    No.
14      Q    Do you recall generally what the
15 purpose for the meeting was?
16      A    It was just concern about the
17 mill, that's all.
18      Q    Okay.  And by "the mill," you're
19 referring again to the --
20      A    Lockhart.
21      Q    -- Lockhart wood facility?
22      A    Yes.
23      Q    And I overtalked you that time
```

Page 55

```
1  and I apologize.  Is that correct though?
2       A    Yes.
3       Q    And then there was a third
4  meeting?
5       A    Yes.
6       Q    Okay.  Do you recall when that
7  third meeting occurred?
8       A    I don't recall.
9       Q    Do you recall where?
10      A    It was at the armory.
11      Q    It was --
12      A    It was at the armory.
13      Q    Can I go back to the second
14 meeting for just a second.  How did you find
15 out about the second meeting?
16      A    I think we got a letter.  I'm not
17 for sure.
18      Q    And the letter was from whom?
19      A    The law firm, I think.
20      Q    Okay.
21      A    I'm thinking; not for sure.
22      Q    All right.  Did you keep a copy
23 of that letter?
```

Page 56

```
1       A    Yes, I did.
2       Q    Do you still have a copy of it,
3  you think?
4       A    Yes.  But I don't have it with
5  me.
6       Q    Okay.  Do you have it at home?
7       A    Yes.
8       Q    Would you be able to retrieve it
9  if your lawyer asked you to give it to him?
10      A    Yes.
11      Q    Now up until the time of the
12 second meeting, had you hired a lawyer to
13 represent you in this lawsuit?
14      A    No.
15      Q    Okay.  Now let's talk about the
16 third meeting.  How did you find out about
17 that meeting?
18      A    We got a letter.
19      Q    Okay.  The letter you received
20 from -- that, you know, before the second
21 meeting and the letter you received from
22 before the third meeting, can you tell us
23 what those letters said to you about -- I
```

14  (Pages 53 to 56)

# FREEDOM COURT REPORTING

Page 57

```
1    mean, what did they convey to you in regards
2    to the meeting?
3        A   It was just saying it would be
4    another meeting and where it was going to be
5    at. That was all.
6        Q   Okay. Did you wonder before you
7    -- once you received those letters, how the
8    lawyers knew to send you a letter to ask you
9    to come to the meeting?
10       A   Well, I think everybody around
11   there got those letters.
12       Q   Okay. So you think it went to
13   everyone in the community?
14       A   Yes, everyone.
15       Q   Okay. Do you recall signing a
16   list or anything at any of the meetings
17   where you put your name and your address and
18   your phone number on the list?
19       A   I think so. I'm not for sure.
20   I'm not for sure.
21       Q   All right. Do you recall what
22   was discussed at the third meeting?
23       A   The same thing. They just went
```

Page 58

```
1    over the same thing.
2        Q   And the same thing would have
3    been?
4        A   Concerning of the mill.
5        Q   Concerns about the Lockhart
6    facility?
7        A   Right.
8        Q   All right. After that meeting,
9    that is, the third meeting, you don't recall
10   when that meeting occurred, correct?
11       A   No.
12       Q   Okay. After that meeting, and
13   it's the third meeting we're talking about,
14   did you at that point hire a lawyer to
15   represent you in regards to these concerns
16   concerning the wood treatment facility?
17       A   No.
18       Q   All right. Did you have any
19   discussions with -- that is -- let's talk
20   about prior to the third meeting. Had you
21   had any discussions with any lawyers about
22   the concerns regarding the wood treatment
23   facility, other than those discussions you
```

Page 59

```
1    had at the meetings?
2        A   No.
3        Q   Okay. Then there was a fourth
4    meeting, correct?
5        A   Yeah.
6        Q   How long ago was that meeting?
7        A   It haven't been too long. I
8    don't remember what month, but it hadn't
9    been too long.
10       Q   Was it this year? This year is
11   2006.
12       A   No, I don't think it was this
13   year. I think it was last year.
14       Q   Would it have been last winter or
15   fall of last year, if you recall?
16       A   It was the fall, I'm thinking.
17       Q   Fall. Was it also at the armory
18   hall?
19       A   Yes.
20       Q   And how did you find out about
21   that meeting?
22       A   By a letter.
23       Q   Okay. Letter from the same
```

Page 60

```
1    lawyers?
2        A   Yes.
3        Q   Was the letter from Mr. Cade?
4        A   Yeah.
5        Q   And his law firm?
6        A   Uh-huh.
7        Q   Is that a yes?
8        A   Yes.
9        Q   And what did that letter tell
10   you, if you recall?
11       A   About it was going to be a
12   meeting at the armory hall and what time --
13       Q   Okay.
14       A   -- it was going to be.
15       Q   All right. Prior to the fourth
16   meeting, had you ever seen any ads in any of
17   the newspapers about the concerns concerning
18   chemicals from the wood treatment facility?
19       A   No.
20       Q   Prior to receiving the fourth
21   letter, had you hired any lawyers to
22   represent you in regards to these concerns
23   regarding the operation of the wood
```

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 61

1  treatment facility?
2      A   No.
3      Q   All right.  You went to the
4  fourth meeting?
5      A   Yes.
6      Q   And I think we've already
7  established that was at the armory hall
8  also, correct?
9      A   Yes.
10     Q   All right.  Do you recall who was
11 at that meeting?  Was this a meeting in
12 regards to -- who attended?  Was this a
13 meeting with the whole community?
14     A   The whole community was there.
15     Q   Approximately how many people was
16 there?
17     A   Oh, I wouldn't know.  It was the
18 whole community.
19     Q   You think a couple thousand or
20 so?
21     A   Not --
22     Q   If you can't ballpark it, it's
23 all right.

Page 62

1      A   Not a couple.
2      Q   Little over a thousand.  You
3  think it was that many people there?
4      A   Might have been about 700 and
5  something.
6      Q   700 people.  That's a lot of
7  folks.  Do you recall who spoke to the group
8  at that meeting?  Is it Mr. Cade again?
9      A   Yeah.
10     Q   Did anyone else speak to the
11 group, other than Mr. Cade?
12     A   Yes.
13     MR. CADE:  Mr. Mitchell?
14     Q   Mr. Mitchell.  Anyone else?
15     A   That was all.
16     Q   Do you recall what Mr. Cade or
17 Mr. Mitchell said to the group?
18     A   No.  No, I don't.
19     Q   Okay.  But it was -- but you do
20 recall it was issues in regards to --
21     A   Right.
22     Q   You have to let me finish the
23 question.  Issues regarding their concerns

Page 63

1  regarding the wood treatment facility,
2  correct?
3      A   Yes.
4      Q   Now that we've gone through these
5  four meetings, do you recall if there were
6  any other meetings with the entire community
7  that you attended?
8      A   No.
9      Q   Now, hold on one second.
10     MR. CADE:  I tell you what, let
11     me take a quick little break, if
12     that's okay with you guys.
13     MR. TAYLOR:  Okay.
14 (Whereupon, a short break was taken.)
15 BY MR. TAYLOR
16     Q   All right.  Back on the record.
17 Do you recall if any of the following
18 individuals -- hold on a second -- if any of
19 the following individuals attended any of
20 these meetings, any of the four meetings?
21 Okay I'm going to read off a list of names,
22 okay?
23     A   Okay.

Page 64

1      Q   First, I'm going to ask you if
2  you know these individuals, and then if you
3  do, whether or not you know if they
4  attended.  Sherri L. Davis, do you know
5  Sherri Davis?
6      A   Yes.  Yes.
7      Q   Okay.  And how do you know Sherri
8  or Ms. Davis?
9      A   By working together.
10     Q   Where did you all work together?
11     A   We worked at the factory.
12     Q   Which factory is that?
13     A   Franklin Fergison.
14     Q   Franklin Fergison, is that --
15 what -- is it still in operation?
16     A   No.
17     Q   Okay.  What did they do at
18 Franklin?
19     A   Make shirts.
20     Q   Make shirts.  And what was the
21 name again?  Franklin?
22     A   Fergison.
23     Q   Franklin Fergison, was it a

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 65

1  manufacturing company or clothing?
2      A   It's a sewing factory.
3      Q   Sewing.  Okay.  And what was your
4  job there?
5      A   Buttonhole.
6      Q   So you were a seamstress?
7      A   Yes.
8      Q   And you put buttonholes in
9  shirts?
10     A   Uh-huh.
11     Q   Tell us about that job.  What --
12  how long did you work there?
13     A   About 30 years.
14     Q   Thirty years.  From what period
15  of time, if you recall, or when did you
16  retire?  That will do it for us.
17     A   I don't know.  I don't remember
18  when I retired, but I start working in '62.
19     Q   You started in '62?
20     A   Right.
21     Q   So you probably worked from '62
22  to '92?
23     A   Yes.

Page 66

1      Q   Did you work continuously during
2  that period of time?  Were there any layoffs
3  or any periods of time that you were off?
4      A   No.
5      Q   Except for pregnancies?
6      A   Yes.
7      Q   That kind of thing?  All right.
8  When you were performing -- what did you
9  call your job?  You said you put in
10  buttonholes, but you were called a
11  seamstress?
12     A   Yes.
13     Q   And all time you worked there,
14  was that what you did was put the
15  buttonholes in the shirts?
16     A   Yes.
17     Q   Was that both male and female?
18     A   Just the male.
19     Q   Just the male shirts.  And tell
20  us how you did that?  What did you have to
21  do in order to put the buttonholes in the
22  shirt?  How did that work?
23     A   Just put it under the machine and

Page 67

1  mash the pedal.
2      Q   All right.  When the shirts --
3  the shirts were also made at -- together at
4  the facility where you worked?
5      A   Yes.
6      Q   And tell me that name again,
7  Franklin Fergison?
8      A   Fergison.
9      Q   Franklin Fergison.  Tell us about
10  the environment you worked in.  What was it
11  like where you worked?  In other words, how
12  many people worked in the same room and --
13     A   I wouldn't know how many, but it
14  was a lot of them.
15     Q   Lot of folks, lot of people.  And
16  I mean, what was the environment like?  Were
17  there fibers getting into the air, clothing
18  fibers at all, anything like that?
19     A   Not as I know of.
20     Q   Not That that you know.  Did you
21  have to wear any kind of a mask or anything
22  like that?
23     A   No.

Page 68

1      Q   You didn't have to wear any kind
2  of protective equipment while you were
3  working?
4      A   No.
5      Q   Do you know if any chemicals were
6  used in the manufacturing the shirts?
7      A   No, not as I know of.
8      Q   Okay.  How long did you and
9  Sherri Davis work together there?
10     A   Until it closed.
11     Q   Have you and Ms. Davis discussed
12  this lawsuit?
13     A   No.
14     Q   Was Ms. Davis at the meeting, at
15  any of those meetings?
16     A   Yes.
17     Q   Okay.  How about James Allen?
18     A   Yes, I know him.
19     Q   You know Mr. Allen.  How long
20  have you known Mr. Allen?
21     A   I don't know.  I don't know --
22     Q   Don't know?
23     A   -- him.  I just know James.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 69

```
1      Q   Okay.  You think maybe -- you
2  don't know for sure if it's James Allen?
3      A   James Allen DeVaughn?
4      Q   Is James Allen DeVaughn a -- is
5  he involved in this lawsuit?
6      A   No, not as I know of.
7      Q   Do you have any of your relatives
8  who were involved in this lawsuit?
9      A   Not as I know of.
10     Q   Okay.  How about any of your
11 friends?  We've already talked about Sherri
12 Davis.
13     A   A lot of them.
14     Q   A lot of your friends?
15     A   Yes.
16     Q   But none of your family members?
17     A   Huh-uh.
18     Q   All right.
19     A   Yeah, Sonia.  And Beverly
20 DeVaughn.
21     Q   Beverly DeVaughn is in this
22 lawsuit as far as you know?
23     A   Yes.
```

Page 70

```
1      Q   Beverly is one of your relatives,
2  right?
3      A   That's my daughter.
4      Q   And Sonia, your daughter, is in
5  the lawsuit also?
6      A   Yes.
7      Q   Do you know why they have filed
8  their lawsuits?
9      A   Beverly, she was born
10 handicapped.
11     Q   Okay.  Handicapped in what way,
12 ma'am?
13     A   Speak.
14     Q   Her speech?
15     A   Yeah.  She don't work.
16     Q   Is she -- and please understand
17 that this is a term that's used, but it
18 has -- I don't mean it to be disrespectful
19 in any way by asking you this, but has she
20 ever been diagnosed as being mentally
21 retarded?
22     A   Yes.
23     Q   It's a term that I don't like but
```

Page 71

```
1  it's the one we have to work with and I
2  apologize for that.
3          MR. CADE:  Sometimes mentally
4          challenged works.
5      Q   Yeah.  And how old is Beverly?
6      A   Forty-five.
7      Q   Forty-five.  Now in regards -- is
8  her mental retardation part of the reason
9  she's filed this lawsuit as far as you know?
10     A   Yes.
11     Q   How long has she been mentally
12 retarded?
13     A   She was born.
14     Q   She was born?
15     A   Uh-huh.
16     Q   Okay.  Has any doctor told you
17 that her mental retardation was causally
18 related to anything that happened at the
19 wood treatment facility?
20     A   No.
21     Q   Do you know if any doctor has
22 told her that?
23     A   No.
```

Page 72

```
1      Q   You don't know, or, no, they
2  haven't?
3      A   No, I don't know.
4      Q   You don't know.  Okay.  And then
5  you also indicated -- we're going to talk a
6  little more about Beverly, but this is
7  helpful.  You also indicated that your
8  daughter Sonia DeVaughn -- is that Sonia
9  Brown DeVaughn or Sonia DeVaughn Brown?
10     A   Right.
11     Q   You've indicated that she's
12 involved in this lawsuit also?
13     A   Uh-huh.
14     Q   As far as you know?
15     A   Yes.
16     Q   And can you tell me why she has
17 filed or intends to file a lawsuit in this
18 matter?
19     A   She filed because she had been
20 having headaches -- head problems,
21 headaches.
22     Q   She has headaches?
23     A   Yes, a lot.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 73

1    Q   Do you know if they've been
2   diagnosed as migraine headaches?
3    A   No.
4    Q   Haven't heard that term.  Has
5   anyone ever told her why she has the
6   headaches?
7    A   No, not as I know.
8    Q   Okay.  To your knowledge, has any
9   doctor ever told you or her that her
10   headaches were causally related to anything
11   that was happening at the wood treatment
12   facility?
13    A   No.
14    Q   Okay.  Any other of your
15   relatives involved in this lawsuit or intend
16   to be involved?
17    A   No.
18    Q   No.  Now let's go back to James
19   Allen for a second.  You indicated that you
20   know -- you think you know James Allen, is
21   that correct?
22    A   Is this a lady James Allen or --
23    Q   No, I think it's a man.

Page 74

1    A   Oh, I just know him.  I don't
2   know anything about him.
3    Q   He's not a personal friend?
4      MR. CADE:  You mentioned another
5      name earlier, so I'm not
6      particularly sure.  So listen to
7      the question.  It may be a
8      different person he's referring
9      to.
10    Q   But we will work through it.  We
11   understand there's going to be some
12   miscommunication.  That's okay.  Do you
13   recall if the James Allen you know attended
14   any of these meetings?
15    A   Yes, I saw him.
16    Q   Do you know Yancey Brooks?
17    A   Yes.
18    Q   Okay.  Now how do you know Yancey
19   Brooks?
20    A   By her mother and my daughter is
21   good friends.
22    Q   Good friends?
23    A   Yes.

Page 75

1    Q   Do you consider Ms. Brooks a
2   friend of yours?
3    A   Yes, I consider.
4    Q   Do you recall if Ms. Brooks was
5   involved and attended any of the meetings?
6    A   Yes, she did.
7    Q   She did.  Did you work with
8   Mr. Allen or Ms. Brooks?
9    A   No, she don't work.
10    Q   How about James Carraway?
11    A   No.
12    Q   You don't know James Carraway.
13    A   No.
14    Q   How about Sandra Cobb?
15    A   Huh-uh.
16    Q   Is that a no?
17    A   No.
18    Q   And how about Kandy Creech?
19    A   No.
20    Q   Okay.  Deborah Ann Reynolds,
21   we've already talked about.  You do know a
22   Deborah Ann Reynolds, right?
23    A   Yes.

Page 76

1    Q   But do you know if Deborah Ann
2   Reynolds attended any of these meetings?
3    A   Yes.
4    Q   Do you recall if she spoke to the
5   group at any of these meetings?
6    A   No.
7    Q   Don't recall that?
8    A   I don't recall.
9    Q   How about Earlie Mae Thomas?
10    A   No, I don't know her.
11    Q   How about Melanie Chambers is a
12   child who just recently passed away, did you
13   know Melanie?  She's Gayle Tatum's child?
14   Don't know her?
15    A   Chambers?
16    Q   Yes, ma'am.
17    A   Oh, yeah, I just saw her.  I
18   don't know her.
19    Q   Okay.  Do you recall if she was
20   at any of the meetings?
21    A   Yes.
22    Q   She was.  Okay.  What about Gayle
23   Tatum, her mother?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 77

1       A    I don't -- I don't know about her
2   mother, but I know she was there.
3       Q    Did you work with Ms. Tatum?
4       A    No.
5       Q    Gayle Tatum?  How about Thomas
6   Douglas?
7       A    No.
8       Q    Don't know him?
9       A    No, I don't know.
10      Q    Now this is someone who is
11  deceased, but I'm not certain yet when their
12  death occurred, Sebera Gayle Douglas?
13      A    I don't know her.
14      Q    Don't know.  Okay.  How about
15  Stanton Kelley?
16      A    Huh-uh.
17      Q    Don't know that person?
18      A    No.
19      Q    How about Willene Kelley?
20      A    No.
21      Q    Don't know that person?
22      A    No.
23      Q    How about Ginger Cravey?

Page 78

1       A    No.
2       Q    Riley Cravey?
3       A    No.
4       Q    Janice Matson?
5       A    No.
6       Q    That's wrong.  Janice Madden?
7       A    No.
8       Q    James Madden?
9       A    Huh-uh.
10      Q    Is that no?
11      A    No.
12      Q    He's got to get it down.  Lorrine
13  Thompson?
14      A    No.  No.  Seems like -- no.
15      Q    Okay.  Jerry Thompson?
16      A    No.
17      Q    Ricky Phillips?
18      A    Yeah.
19      Q    You know Ricky Phillips.  Tell me
20  about that.  How do you know Ricky,
21  Mr. Phillips?
22      A    Well, he worked at the factory,
23  too.

Page 79

1       Q    He worked where you worked?
2       A    Right.
3       Q    And how long did he work there,
4   if you know?
5       A    Long time.  I wouldn't know but
6   it was a long time.
7       Q    Did he -- do you know what job he
8   performed there at the factory?
9       A    Mechanic.
10      Q    Mechanic.  Did Mr. Phillips
11  attend any of those meetings?
12      A    Yes.
13      Q    Do you recall?
14      A    Yes.
15      Q    Did he speak at any of the
16  meetings?
17      A    No.
18      Q    To the group?
19      A    No.
20      Q    How about Susan Phillips?
21      A    Susan?
22      Q    She's now deceased, but --
23      A    That's his wife.

Page 80

1       Q    Okay.
2       A    I knew her.
3       Q    Did she work at the -- with you
4   also?
5       A    No.  She didn't work with us.
6       Q    Do you know what job she did,
7   where she worked?
8       A    No, I don't.  I don't remember.
9       Q    I don't know when she passed away
10  just yet.  We're still working through that
11  information.  But do you recall if she was
12  in life, if she attended any of the
13  meetings?
14      A    Yes.
15      Q    She did?
16      A    Yes.
17      Q    How about Sara Thompson?
18      A    Sara Thompson?
19      Q    Yes, ma'am.
20      A    Yes.
21      Q    Okay.  How do you know
22  Ms. Thompson?
23      A    Well, we go to church together.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 81

1    Q    Okay.  What church is that?
2    A    Bethel AME Church.
3    Q    Oh, AME.  Okay.  And how long
4  have you been an AME?
5    A    All my life.
6    Q    So am I.  Did Ms. Thompson work
7  with you?
8    A    No.
9    Q    Do you know where she worked?
10   A    She worked on base.
11   Q    On base?
12   A    Yeah.
13   Q    At one of the military bases?
14   A    Yes.
15   Q    Do you know which one?
16   A    Eglin Air Force Base.
17   Q    Do you know what she did there?
18   A    No, I don't.
19   Q    Do you know how long she worked
20  there?
21   A    No.
22   Q    Now someone else who is deceased,
23  Royce Thompson?

Page 82

1    A    No.
2    Q    How about Lillian Edwards?
3    A    No.
4    Q    And Marvin Mays is another
5  person --
6    A    Yes.
7    Q    -- that's deceased?
8    A    Yes.
9    Q    You smile with Mr. Mays?
10   A    I know him.
11   Q    It's our understanding that he
12  may have passed away.
13   A    Yes.
14   Q    How long -- when did you -- how
15  do you know Mr. Mays or did you know
16  Mr. Mays?
17   A    I just knew him.
18   Q    Okay.  Did he work with you in
19  the factory?
20   A    No, he worked at the mill.
21   Q    He worked at the mill.  Do you
22  know what he passed away from?
23   A    Cancer.

Page 83

1    Q    It was cancer?
2    A    Yeah.
3    Q    Okay.  I think some of these --
4  do you know Fannie Robinson?
5    A    Yes.
6    Q    Okay.  How do you know
7  Ms. Robinson?
8    A    She come to the church sometimes.
9    Q    Do you -- do you know if she
10  attended any of the meetings?
11   A    Yes.
12   Q    Do you know where she worked?
13   A    No, I don't.
14   Q    How about Willie Jay Robinson?
15   A    I don't know.
16   Q    Okay.  How about Diana Bradley?
17   A    No, I don't know her.
18   Q    Going back to Fannie Robinson for
19  just a second, did you and Ms. Robinson --
20  have you and Ms. Robinson ever discussed
21  breast cancer issues?
22   A    Well, when she found out she had
23  it, she asked me about it.

Page 84

1    Q    Okay.  Tell us about that
2  discussion.
3    A    She just wanted to know what did
4  I go through and how was it.
5    Q    Did you -- did you and
6  Ms. Robinson ever discuss your belief or a
7  belief that your breast cancer was causally
8  related to whatever was going on at the wood
9  treatment plant?
10   A    We didn't -- we didn't discuss
11  that.
12   Q    Okay.  Has any doctor,
13  Ms. DeVaughn, told you that the unfortunate
14  breast cancer that you're struggling with is
15  related to what's going on at the wood
16  treatment facility?
17   A    No.
18   Q    Okay.  Do you know Tiwana Coon?
19   A    No.
20   Q    Juanita Goldsmith?
21   A    No.
22   Q    Gwen GoMillon?
23   A    No.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 85

1    Q    Nicole T. Lynn?
2    A    No.
3    Q    Suzie Porter?
4    A    Yes, I know a Suzie Porter.
5    Q    How do you know Ms. Porter?
6    A    Is she deceased?
7    Q    I don't know for sure.
8    A    Well, it might not be the one I'm
9 talking about.
10    Q    The Ms. Porter you know about,
11 did she have breast cancer?
12    A    Yes.
13    Q    And is that person deceased?
14    A    Yes.
15    Q    Do you recall when she passed
16 away?
17    A    No, I don't.
18    Q    Do you recall if you and
19 Ms. Porter ever discussed breast cancer
20 issues?
21    A    No.
22    Q    Do you recall where she worked?
23    A    No.

Page 86

1    Q    Have you ever been, to your
2 knowledge, provided with a medical
3 evaluation or evaluated by a medical doctor
4 by the name of Dr. Berry S. Levy?
5    A    No.
6    Q    Do you know Dr. Levy?
7    A    No.
8    Q    To your knowledge, have you ever
9 been evaluated by a doctor by the name of
10 Thomas M. Nolen?
11    A    No.
12    Q    N-O-L-E-N.  Up in Columbiana,
13 Alabama?
14    A    No.
15    Q    Have you ever been in the Baptist
16 Health Center in Columbiana?
17    A    No.
18        (Whereupon, Defendant's
19        Exhibit Number 4 was marked.)
20 BY MR. TAYLOR
21    Q    Let me show you what's marked for
22 purposes of this deposition as Defendant's
23 4.  And I represent to you, Ms. DeVaughn

Page 87

1 this is a history and physical sheet from
2 January 14th, 1999, from the Mizell Memorial
3 Hospital and it references that it's a
4 history and physical for you.
5    A    Yes.
6    Q    Now I need to ask you some
7 questions about it.  And if you want to take
8 a break, then we can do that.  But -- and
9 please understand, the only reason I'm
10 asking you the questions is so that I can
11 understand and we can all understand the
12 nature of your lawsuit, okay?
13    A    Okay.
14    Q    Under the history of present
15 illness, I'm going to read something to you
16 and I want you to tell me if I read it
17 properly.  That's going to be the first
18 sentence.  "The patient is a 63 year old
19 female who has known that she has a mass in
20 the inferomedial portion of her left breast
21 for at least four to five years."  Next
22 sentence, "She had not sought any attention
23 because of that, but after her daughter had

Page 88

1 felt the mass in her breast, she insisted
2 that she go get evaluated, and the patient
3 went to the Covington County Health
4 Department where she was seen and she had a
5 breast exam and a pelvic and a Pap smear
6 done and a mammogram was ordered by some
7 physician named Miller, who I don't know."
8 Did I read that correctly?
9    A    Yes.
10    Q    All right.  I want to talk to you
11 about that for just a couple of minutes.  Is
12 that accurate?  Is it accurate that you were
13 aware that you had a mass in your left
14 breast for four or five years and didn't
15 obtain any medical treatment for it?
16    A    Yeah.
17    Q    Why is that, Ms. DeVaughn?
18    A    I just didn't.  I just didn't go
19 to the doctor.
20    Q    Now I can tell that you're very
21 intelligent, and so there must have been a
22 reason for that.  I wonder could you share
23 with us, please, why you wouldn't have gone

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 89

1  to get medical treatment when you knew you
2  had a mass in your left breast?
3     A   Just scared.
4     Q   Well thank goodness you did
5  finally speak with your daughter.  And this
6  was this summer?
7     A   Uh-huh.
8     Q   Do you want to take a break?
9     A   Uh-huh.
10    Q   Let's take a break.
11  (Whereupon, a short break was taken.)
12  BY MR. TAYLOR
13    Q   Had you had any discussions with
14  your daughter about the mass in your left
15  breast before she was able to convince you
16  -- before the time she was able to convince
17  you to go to the doctor?
18    A   Yes.
19    Q   Over what period of time, do you
20  recall when the -- ask it this way.  You
21  knew about the lump in your breast for four
22  or five years.  Could have been more than
23  that, more than five years?

Page 90

1     A   Could have.
2     Q   Could have.  Over -- during that
3  period of time, when did you and your
4  daughter first start discussing the lump in
5  your breast?
6     A   It was beginning to bleed.
7     Q   Do you recall how long before you
8  went to the doctor that was occurring?
9     A   Not long.
10    Q   Let me take you to page 3 of the
11  document that's marked Defendant's 4.  And
12  do you see under impression?
13    A   Okay.
14    Q   And I'm going to read a portion
15  of this also.  I'll read the first two
16  sentences.
17    A   Okay.
18    Q   "We have a patient with a lesion
19  in her left breast in the inferomedial
20  portion which has been there four to five
21  years to the patient's knowledge, which she
22  has not sought any attention for.  This type
23  of lesion, if it is malignant, has serious

Page 91

1  connotations from the basis of the size and
2  the time and the location in that it could
3  metastasize most frequently and most likely
4  to the internal mammary node lymphatics."
5  Do you recall any doctor explaining to you
6  that if you had come to the doctor earlier
7  when you first started feeling the mass,
8  that you may have been able to avoid the
9  cancer metastasizing?
10    A   No.
11    Q   No one has explained that to you?
12    A   No.
13    Q   At some point you did hire a
14  lawyer, is that correct?
15    A   No.
16    Q   Okay.  Let me go back to this.
17  You had -- you received some letters from
18  Mr. Cade and his law firm notifying you of
19  the meetings at the armory.  Do you still
20  have all of those letters?
21    A   I have some of them.  I don't
22  know what.
23    Q   Okay.  We may ask your -- can you

Page 92

1  preserve those?  Because we may ask your
2  lawyer for those letters, and he will then
3  talk to you about and make a decision
4  whether he's -- what we do about that.  But
5  he, I'm certain, will want you to preserve
6  them also until we get to that point.
7     A   Okay.
8     Q   I may be using the wrong term so
9  let me try it this way.  After the meetings,
10  did you have any other, that is, after the
11  meetings at the armory, did you have any
12  meetings after that with Mr. Cade or
13  Mr. Mitchell or any other lawyers?
14    A   No.
15    Q   And let me be sure I'm clear,
16  because I think that you and Mr. Cade may
17  have had a discussion last night.
18        MR. CADE:  Object to the form.
19    Q   I'm --
20        MR. CADE:  Go ahead.
21    Q   Let me -- I withdraw the
22  question.  Let me ask it this way, because I
23  want to be sure that we're communicating.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 93

1  Do you recall -- I asked you about meetings.
2  Do you recall having any discussions with
3  Mr. Cade or Mr. Mitchell or anyone from
4  their offices?
5      A   I haven't been to their office.
6      Q   Okay.  But do you recall
7  receiving any telephone calls from Mr. Cade,
8  Mr. Mitchell, or anyone from their office?
9      A   No.
10         MR. CADE:  Or anyone from our
11         office?  I'm sorry.
12     Q   Or anyone from either of their
13  offices, either of their law firm offices?
14     A   Concerning about what?
15     Q   Concerning this lawsuit.
16     A   No.
17         MR. CADE:  Why don't we start
18         over.  I'm confused myself now.
19         If I could hear them all over
20         again.  They're a little
21         compounding.
22     Q   All right.  Let's try it this
23  way.  Do you understand that you are a

Page 94

1  plaintiff in this lawsuit, that you have
2  filed a lawsuit?
3      A   Yes.
4      Q   Okay.  What lawyers are
5  representing you in regards to your decision
6  to file this lawsuit?  Is Mr. Cade
7  representing you?
8      A   Mr. --
9          MR. CADE:  Cade, yes, ma'am.
10     Q   And Mr. Mitchell?
11     A   Yes.
12     Q   Okay.  Do you recall when you
13  made the decision to hire Mr. Cade or
14  Mr. Mitchell to represent you in regards to
15  the filing of the lawsuit?
16     A   No.
17     Q   Do you recall approximately how
18  long ago it may have been?
19     A   No, I don't.
20     Q   Do you recall what -- do you
21  recall when you -- strike that.  Let's ask
22  it this way.  How did you make the decision
23  to file the lawsuit?

Page 95

1      A   I don't -- I don't recall.
2      Q   Don't recall.  As you were going
3  through the process of making that decision,
4  as you were trying to determine or decide
5  that you were going to make -- that you were
6  going to file a lawsuit, do you recall
7  discussing that issue with Mr. Cade or
8  Mr. Mitchell?
9      A   No.  No.
10     Q   As far as you know, though, as we
11  sit here today, is Mr. Cade or Mr. Mitchell
12  your lawyers.
13     A   Yes, I guess so.
14     Q   Okay.  Do you recall if you
15  signed an agreement with them, a written
16  agreement that you may have signed to say,
17  "Okay, I want you guys to represent me as my
18  lawyer"?
19     A   Yes.
20     Q   Do you recall when that happened?
21     A   No, I don't.
22     Q   You got any idea how long ago
23  that may have been?  Could it have been this

Page 96

1  year?
2      A   I think it was last year.
3      Q   Last year, 2005?
4      A   Yeah.
5      Q   Understood.  So you think it was
6  in 2005 when you hired a lawyer?
7      A   Yes.
8      Q   And that was after all of these
9  public meetings, the four public meetings we
10  talked about?
11     A   Yes.
12     Q   Do you recall the circumstance;
13  that is, where were you when you hired these
14  lawyers?  Were you in a meeting, or a phone
15  call, or were you guys -- and this is a
16  compound question but you know why I'm
17  making it compound -- but were you guys just
18  together somewhere in a private meeting?
19     A   Not in a private meeting.
20     Q   Okay.  Were you in a meeting with
21  a lot of other people when you made that
22  decision?
23     A   Yeah.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 97

```
1      Q    When was that?
2      A    I guess it was the last meeting,
3  I guess.
4      Q    Okay.  So you think that at the
5  last -- the fourth public meeting is when
6  you hired Mr. Cade and Mr. Mitchell as your
7  lawyers?
8      A    Yes.
9      Q    Tell us why you decided to hire
10 them as your lawyers?
11     A    Because I like the way they talk.
12 They was talking good stuff.
13     Q    Okay.  And when you said "they
14 were talking good stuff," what was that?
15 What was that they were saying?
16     A    They was --
17     Q    You're talking about when they
18 were talking to the larger group?
19     A    Yes.  They was telling it like it
20 was.
21     Q    Okay.  But you don't recall
22 exactly what they said?
23     A    No.
```

Page 98

```
1      Q    All right.  And then so that was
2  during the public portion of the meeting --
3  are you okay?
4      A    Yeah.
5      Q    -- when they were talking to the
6  larger group?  Do you -- after that what
7  happened?  Did you have a discussion with
8  them where it was just you and Mr. Cade?
9      A    No, we never discussed anything.
10     Q    Okay.  Well, how did -- what did
11 you do to let them know that you were hiring
12 them as your lawyers?
13     A    I don't recall.
14     Q    Don't recall.  Don't recall if
15 you signed something?
16     A    I don't think so.  I don't
17 recall.  I don't think I did.
18     Q    Let me -- let me -- I didn't mean
19 to cut you off.  Are you okay?
20     A    Yeah.
21     Q    Let me -- I just want to go over
22 one more point and we're going to get into a
23 series of questions, but one more point to
```

Page 99

```
1  be sure I'm clear on this point, why did you
2  decide to file this lawsuit?
3      A    I really don't know.
4      Q    Okay.  And that's fair.  We
5  understand.  Did -- after you hired or at
6  any point, did Mr. Cade, Mr. Mitchell, or
7  any other lawyer, tell you you needed to go
8  see a particular doctor?
9      A    No.
10     Q    So your lawyers have not sent you
11 to any doctors, is that correct?
12     A    No.
13     Q    You've received some treatment
14 from Dr. Vishwanath?
15     A    Yes.
16     Q    How long have you received
17 treatment from Dr. Vishwanath?  How long
18 have you been his patient?
19     A    For some time.
20     Q    When you say "some time," you
21 mean a matter of years?
22     A    No, about three years.
23     Q    So you were his patient before
```

Page 100

```
1  you went to the first public meeting; that
2  is, the first meeting at the armory?
3      A    Not really his patient.  When I
4  can't go to Dothan, they tell me to go out
5  there and get x-rayed and stuff.
6      Q    So you just go to his offices for
7  x-rays?
8      A    X-rays, yes.
9      Q    Do you -- do any of your
10 relatives work at his office?
11     A    No.
12          (Whereupon, Defendant's
13          Exhibit Number 5 was marked.)
14 BY MR. TAYLOR
15     Q    Let me show you what I will share
16 with you what has been marked as Defendant's
17 Exhibit 5 for purposes of this deposition.
18 And I represent to you that Defendant's 5 is
19 a note from your medical record dated
20 May 26th, 1999.  It appears to be a note
21 from a Dr. Rafael D. Mayor.  And I was
22 looking -- I want to focus you on the -- you
23 see where it says assessment?  Is that yes?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 101

1    A    Yes.
2    Q    And you see the second paragraph
3    where it says, "I was planning to give her,"
4    you see that sentence?
5    A    Yes.
6    Q    "I was planning to give her four
7    more cycles of Taxol." Do you know what
8    Taxol is, chemotherapy?
9    A    Chemo.
10    Q    "But she is having trouble with
11    neutropenia and really wants to stop
12    chemotherapy at this time." Do you know
13    what neutropenia is?
14    A    I'm thinking it couldn't hardly
15    breathe.
16    Q    Do you -- if I tell you it has
17    something to do with your white blood count,
18    does that make sense?
19    A    Yes.
20    Q    Okay. Do you know why you wanted
21    to stop your chemotherapy at that time?
22    A    Because it was my white blood
23    cells was getting lower.

Page 102

1    Q    Go ahead.
2    A    They put me on radiation.
3    Q    Now, do you recall if you made
4    the decision to stop the chemotherapy or if
5    your doctor told you you needed to stop the
6    chemotherapy?
7    A    My doctor.
8    Q    Okay. Thank you. Okay. Let's
9    see if we can get through some of this
10    pretty quickly, because we've gone through a
11    lot of it. Ms. DeVaughn, your Social
12    Security number, is it 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?
13    A    7511.
14    Q    Yeah, is that it?
15    A    7511?
16    Q    What is your Social Security
17    number, ma'am?
18    A    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.
19    Q    7571?
20    A    Correct.
21    Q    And you retired, we talked about
22    that already. Have you ever given a
23    deposition before, what we're doing here

Page 103

1    today?
2    A    No.
3    Q    No. Have you ever filed a
4    lawsuit before, other than this lawsuit?
5    A    Yes.
6    Q    How many lawsuits have you filed?
7    A    Just one.
8    Q    Tell us about that other lawsuit.
9    A    Well, it was a car accident.
10    Q    Automobile accident?
11    A    Yes.
12    Q    Were you injured?
13    A    Yes.
14    Q    How were you injured?
15    A    My back and my shoulder part.
16    Q    Where did the automobile accident
17    occur?
18    A    In Florala.
19    Q    In Florala. Were you represented
20    by a lawyer in that lawsuit?
21    A    Yes.
22    Q    And do you recall when the
23    accident occurred?

Page 104

1    A    No, I don't.
2    Q    Do you recall when you filed the
3    lawsuit?
4    A    No, I don't.
5    Q    Do you recall the name of the
6    lawyer who represented you?
7    A    It was some -- her first name was
8    Beverly out of Dothan.
9    Q    Out of Dothan?
10    A    Yes.
11    Q    Was she an African American
12    lawyer or Caucasian lawyer?
13    A    She was white.
14    Q    Okay. And do you recall the name
15    of the driver of the other car?
16    A    No, I don't.
17    Q    Were you driving at the time?
18    A    Yes.
19    Q    How did the accident occur? I
20    understand you were injured, but how did it
21    occur?
22    A    This guy ran a red light.
23    Q    Okay. Ran into you?

26 (Pages 101 to 104)

# FREEDOM COURT REPORTING

Page 105

1    A    Yes.
2    Q    All right.  And did you have to
3  go to a trial with that lawsuit?
4    A    No.
5    Q    And you didn't give a deposition?
6    A    No.
7    Q    Like you're doing here?
8    A    No.
9    Q    Was that lawsuit resolved?  Was
10  it settled?
11    A    Yes.
12    Q    Do you recall how much it was
13  settled for?
14    A    No, I don't.
15    Q    Let's talk about your educational
16  background.  It's our understanding, based
17  upon your responses to the questionnaire,
18  that you went to school in Andalusia at
19  Covington County school, is that right?
20    A    Yes.
21    Q    Now from -- I don't know what
22  they had.  How old were you when you started
23  out in school?  When you started school, how

Page 106

1  old were you?
2    A    Six, I guess.
3    Q    Six.  All right.  And did you go
4  all the way through high school?
5    A    No, I didn't.
6    Q    Okay.  When did you stop your
7  education?
8    A    Eleventh.
9    Q    In the 11th grade?
10    A    Uh-huh.
11    Q    And what caused you to leave
12  school in the 11th grade then?
13    A    Just dropped out.
14    Q    Okay.  And how old were you then
15  when you dropped out?
16    A    Eighteen.
17    Q    Say it again?
18    A    Eighteen.
19    Q    Do you recall -- I don't expect
20  you to be able to recall the address, but do
21  you recall the name of the school?  Did you
22  just go to one school from sixth to the time
23  you left school at 11th?  Was it the same

Page 107

1  school?
2    A    No, I just went to Andalusia.
3    Q    Say that again?
4    A    Andalusia.
5    Q    Okay.  But when you started out,
6  you started out at six years old and you
7  went through school and then you left at --
8    A    At school.
9    Q    -- when you were in the 11th
10  grade or 11 years old?
11    A    Eleventh grade.
12    Q    Eleventh grade.  Did you stay in
13  the same school from the time you were six
14  years old until the time you left in the
15  11th grade?
16    A    No.
17    Q    Okay.  Tell us the name of the
18  first school you went to.
19    A    Opp.
20    Q    It was Opp?
21    A    Yeah.  Opp Elementary.
22    Q    Opp Elementary.  And that would
23  have been in Opp, Alabama, right?

Page 108

1    A    Right.
2    Q    And when did you leave that
3  school; what grade were you in?
4    A    Seventh.
5    Q    The seventh grade.  And then
6  where did you go?
7    A    To Andalusia.
8    Q    Andalusia.  Is that like junior
9  high or high school?
10    A    High school.
11    Q    Okay.  And obviously that school
12  is located in Andalusia?
13    A    Yes.
14    Q    And it's -- is it still located
15  in the same location it was in when you went
16  to school?
17    A    No.
18    Q    It's closed now?
19    A    Yes.
20    Q    Other than your education that
21  you went through to the 11th grade, have you
22  had any other educational training?
23    A    No.

27 (Pages 105 to 108)

# FREEDOM COURT REPORTING

Page 109

1    Q    What did you do when you left the
2  11th grade?
3    A    I got married.
4    Q    Got married?
5    A    Yeah.
6    Q    Okay.  And tell us, your
7  husband's name is Franklin?  What's his
8  first name again?
9    A    Frank.
10    Q    Frank.  And how old was he when
11  you two became married?
12    A    Nineteen.
13    Q    And how old were you?
14    A    Eighteen.
15    Q    You were 18?
16    A    Uh-huh.
17    Q    And how long were you two
18  married?
19    A    I'm thinking about 30-something
20  years.  I don't recall.
21    Q    So you got married when you were
22  18.  That would have been in, let me see,
23  that's in what, the early fifties?

Page 110

1    A    Yes.
2    Q    So you got married, what year
3  would that have been?
4    A    I think it was about '57, I'm
5  thinking.
6    Q    You were born in '35, right?
7    A    Yeah.
8    Q    So it would have been '52 or '53,
9  right?
10    A    Yeah.
11    Q    And you were married you think 30
12  years?
13    A    I'm thinking.
14    Q    Don't know for sure?
15    A    I don't know.
16    Q    You don't recall the year of your
17  divorce?
18    A    Huh-uh.  Huh-uh.
19    Q    Okay.  But you think 30 years?
20    A    I'm thinking.
21    Q    Do you recall where Franklin
22  Fergison sewing was located?
23    A    Downtown.

Page 111

1    Q    Downtown?
2    A    In Florala.
3    Q    Florala.  Do you recall what
4  other companies were near the area you
5  worked in, if any?
6    A    It wasn't any.
7    Q    Wasn't any.  Do you recall when
8  the company closed?
9    A    No, I don't.
10    Q    You don't recall the address of
11  the company?
12    A    No.
13    Q    Just downtown Florala?
14    A    Uh-huh.
15    Q    Do you recall how far it was from
16  the Lockhart wood treatment plant?
17    A    About a half a mile.
18    Q    One half mile.  The plant you
19  worked in, although it's closed, is the
20  facility still there?  Are the buildings
21  still there?
22    A    The building, what is left of it
23  still.

Page 112

1    Q    Do you know if any other kind of
2  business started up in the building after
3  the Fergison -- Franklin Fergison plant
4  closed?
5    A    Well, yes.  But I'm thinking it's
6  a lawn mower shop.  I don't know.
7    Q    Okay.  Do you recall -- we've
8  talked about the Franklin Fergison factory
9  and we've talked about the Lockhart wood
10  treatment plant.  You lived in this area a
11  very long time.  Do you recall any other
12  manufacturing companies, treatment facility,
13  wood treatment facilities, or any other
14  kinds of plants in this area during the
15  period of time you lived here?
16    A    No.
17    Q    In your questionnaire, I think
18  it's Number 2, Defendant's Number 2, on page
19  5, I'm sorry --
20        MR. CADE:  First set or second
21  set?
22        MR. TAYLOR:  The first set.  The
23  general questionnaire.

28  (Pages 109 to 112)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 113

1    MR. CADE:  All right.
2  BY MR. TAYLOR
3    Q  I want to be sure I understand
4  the answer you gave to Number 18.  The
5  question was, "Have you ever worked or lived
6  within three miles of a toxic waste site,"
7  and you checked yes.  And it says, "If yes,
8  give the name of the site."  And the name
9  you gave was Franklin Fergison sewing
10  factory.  Is that -- did you believe that
11  Franklin Fergison factory was a toxic waste
12  site?
13    A  Well, what do you mean?
14    Q  Okay.  By toxic waste, a site
15  where maybe some chemicals are stored or
16  chemicals are located?
17    A  No, I don't think so.
18    Q  So when you put that there, 18,
19  you didn't mean to put Franklin Fergison
20  sewing factory?
21    A  No, my daughter did that.
22    Q  Okay.  Under that, under 19 it
23  say, "Have you ever worked or lived within

Page 114

1  three miles of an industrial plant," and
2  then you checked yes and you have dates,
3  1954 to 2005.  And then the letters LP are
4  there.  Did you put that there, LP?
5    A  No.
6    Q  Do you know if your daughter put
7  that there?
8    A  She probably put it there.
9    Q  Do you know if she was the one
10  who put it there?  Do you know for sure?
11    A  Yes.  Yeah.
12    Q  You think she did?
13    A  Yeah.
14    Q  Okay.  Other than your job at the
15  Franklin Fergison plant, have you worked any
16  other jobs at any time?
17    A  No.
18    Q  So that was the only job you ever
19  had?
20    A  Correct.
21    Q  And you never worked, of course,
22  at the Lockhart Florala wood treatment
23  plant?

Page 115

1    A  No.
2    Q  Did you ever visit the wood
3  treatment plant?
4    A  No.
5    Q  Now we've talked about the fact
6  that your husband worked at the plant.  Do
7  you -- at the Lockhart wood treatment plant.
8  Do you recall how long he worked there?
9    A  No, I don't.  I don't recall how
10  long.
11    Q  Was he -- was he working there at
12  the time you got married?
13    A  Yes.
14    Q  Okay.  So before you got married,
15  he was working there?
16    A  Uh-huh.
17    Q  Do you recall what his jobs were?
18    A  He fired the boiler.
19    Q  Okay.  Is that what he did the
20  entire time he was there as far as you know?
21    A  Yeah.  Right.
22    Q  When you and your husband
23  obtained your divorce, was he still working

Page 116

1  there?
2    A  Not there.
3    Q  Okay.  Was the plant still in
4  operation when you got your divorce, if you
5  recall, that is, the wood treatment plant?
6    A  I'm thinking it was.
7    Q  Okay.  And I understand you don't
8  recall how long he worked there, but can you
9  ballpark it at all?  I mean was it ten
10  years, less than ten years, more than ten
11  years?
12    A  I think it was less than ten
13  years.  I'm not for sure.
14    Q  And during that time, he fired
15  the boiler, correct?
16    A  Yes.
17    Q  And didn't have any other jobs as
18  far as you know?
19    A  No.
20    Q  Can you tell me then, other than
21  the -- let's stick with the wood treatment
22  plant for a few minutes.  Did he come home
23  and tell you anything about the operations

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 117

1  of the plant?
2      A   No, he didn't.  But his clothes
3  smelled and then I had to wash them separate
4  from our clothes.
5      Q   Okay.  His clothes smelled?
6      A   Yes, smelled terrible.
7      Q   Smelled like --
8      A   Smoke.
9      Q   Smoke.  And so you washed them
10  separately from --
11      A   Separately from --
12      Q   From the family's clothes?
13      A   Uh-huh.
14      Q   Was there anything else on the
15  clothes other than the smell, any dust?
16      A   Yeah.  Uh-huh.
17      Q   And what did the dust look like?
18      A   Just little fine -- fine sawdust
19  stuff.
20      Q   Okay.  Other than him bringing
21  the clothes home and their smelling and
22  having dust on them, was there anything else
23  about his work at the plant that you recall

Page 118

1  that you think is of some interest?
2      A   No.
3      Q   Now I want to be certain.
4  Sometimes you have to go back and repeat
5  some things because of something you said.
6  So I want to be certain I understand this
7  point.  When I asked you earlier a question,
8  something like do you believe that some
9  operations of the wood treatment plant
10  caused you to develop cancer, do you
11  remember that, and you said something about
12  because there was smoke from the plant?
13      A   Yeah.
14      Q   Is that the only -- and that's a
15  significant reason.  I don't want you to
16  think I'm diminishing that at all.  But is
17  that the only reason you believe that the
18  wood treatment plant may have contributed
19  some way to your cancer?
20      A   I wouldn't know.  I wouldn't
21  know.
22      Q   You've told us you lived in, I
23  think, two or three homes in Florala.  Let

Page 119

1  me see if I can go back to that.  But did
2  you ever live at the North Side Plaza
3  Apartments?
4      A   Yes.  Yes, I did.  I sure did.
5      Q   And what address is that?
6      A   North Side Plaza.
7      Q   Is that -- I mean, we talked
8  about the 706 North 9th Avenue address, and
9  we talked about the 1818 West 12th Avenue
10  address and the 1938 10th address.
11      A   North Side Plaza is when I first
12  came to Florala.
13      Q   Okay.
14      MR. LOCKARD:  I didn't hear the
15      answer, excuse me.
16      Q   That's all right.  You need to
17  repeat the answer for counsel.
18      A   North Side Plaza.
19      Q   She said it's when she first came
20  to Florala, and you lived there for a while?
21      A   Yes.
22      Q   Do you recall how long you lived
23  there?

Page 120

1      A   No, I don't.
2      Q   Did you live there with your
3  family?
4      A   Yes.
5      Q   And when I say "your family,"
6  your mom and dad?
7      A   No, my husband and my kids.
8      Q   Okay.  Husband and kids.  Okay.
9  Where was that located, do you recall that
10  address?
11      A   It's North Side Plaza.  That's
12  the address.
13      Q   That is the --
14      A   Apartment.
15      Q   Do you recall where that's
16  located; how far that is located from the
17  Lockhart wood treatment facility?
18      A   About a half a mile or two.  It
19  might not be that.
20      Q   A half a mile or two?
21      A   No, it's not two.
22      Q   Okay.  So just a half a mile or
23  so?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 121

```
1      A    Yeah.
2      Q    Are you familiar with maps, maps
3  of cities?
4      A    No.
5      Q    Okay.  So if we were to show you
6  a map, would you be able to point out on a
7  map where North Side Plaza Apartment --
8  strike that and ask it this way.  Does North
9  Side Plaza Apartments still exist?
10     A    Yes.
11     Q    Okay.  And the North Side Plaza
12  Apartments that still exist are the same
13  ones you lived in?
14     A    Yes.
15     Q    So that would be another address?
16     A    Yes.
17     Q    Other than the three we talked
18  about already, correct?
19     A    Yes.
20     Q    Now, and you don't know how long
21  you lived there?
22     A    No.
23     Q    And are there any other
```

Page 122

```
1  addresses --
2      A    No.
3      Q    -- other than that?  When you
4  left the Northside Plaza address, is that --
5  did you move from that to 1818 West 12th?
6      A    Yes.
7      Q    Okay.  Can you describe for us
8  what that apartment was like?  I mean, was
9  it one bedroom, two bedrooms, three
10  bedrooms?
11     A    Three bedrooms.
12     Q    Three bedrooms.  And was it a --
13  did you live on the bottom floor or the top?
14  Where was it in the building?
15     A    It was just bottom.
16     Q    Bottom.  Is it a one story
17  building?
18     A    Yes.
19     Q    Did the one story building -- I
20  understand it's a one story building, but so
21  I don't want you to think I'm an idiot by
22  asking this question, but sometimes these
23  apartments are a little deceptive when you
```

Page 123

```
1  walk inside them.  Did it have a downstairs
2  even though it was a one story building?
3  Did it have a downstairs and upstairs?
4      A    No.
5      Q    Just one floor?
6      A    Yeah.
7      Q    Okay.  Can you describe for us
8  the house you lived in at 1818 West 12th
9  Street, West 12th Avenue, what did it look
10  like?
11     A    I had three bedrooms.
12     Q    Was it a one story house, two
13  story?
14     A    One.  It was a trailer.
15     Q    It was a trailer?
16     A    Yeah.
17     Q    Okay.  And how far was that
18  located away from the wood treatment
19  facility?
20     A    About the same distance because
21  the project is -- it's about the same
22  distance.
23     Q    Was that located in a housing
```

Page 124

```
1  project?
2      A    No.  It's down below the housing
3  project.
4      Q    Below the housing project.  All
5  right.  And by the same distance, you think
6  about a half mile?
7      A    Right.
8      Q    Are you good on distances?
9      A    No.
10     Q    Okay.  Then you -- the 18 -- the
11  706 North 9th Avenue, can you describe that
12  to us, please?
13     A    It was three bedrooms.
14     Q    Three bedrooms.  Was it a single
15  story?
16     A    Single.
17     Q    Going back to the West 12th
18  Avenue address, which I know the address
19  changed, and talking about the North 9th
20  Avenue address, did those addresses have an
21  attic to them or basement?
22     A    Yes.
23     Q    They had both?
```

31 (Pages 121 to 124)

# FREEDOM COURT REPORTING

Page 125

1    A    Uh-huh.
2    Q    Attic and basement?
3    A    No, not a basement.
4    Q    Did both them have attics?
5    A    Attic.
6    Q    Did you go up in the attic much?
7    A    No.
8    Q    Did you store stuff up there?
9    A    No.
10   Q    Did you ever go up into the
11   attic?
12   A    No.
13   Q    Did you have a garage or --
14   A    No.
15   Q    How about a garden or a yard?
16   A    No.
17   Q    None of that.
18   A    A yard but not a garden.
19   Q    Did you have a laundry room in
20   those homes, like a room where you washed
21   your clothes?
22   A    No.
23   Q    How did you wash your clothes?

Page 126

1    Where was that?
2    A    At the washateria.
3    Q    So you washed your clothes away
4    from the house?
5    A    Uh-huh.
6    Q    At the -- at any of the places
7    you lived in Florala, did you ever drink
8    from well water?
9    A    No.
10   Q    Were you always on the public
11   watering system?
12   A    Yes.
13   Q    Do you recall whether the
14   proximity or the distance between any of
15   those houses and any of the creeks around
16   town, you know, the waterways, the creeks
17   around town?  If you don't recall, it's all
18   right.
19   A    I don't know.
20   Q    Don't know?
21   A    Yes.
22   Q    Do you know if there were any
23   water creeks --

Page 127

1    A    Oh, yeah.
2    Q    -- near the areas?  When you were
3    a child, did you do -- somehow I read
4    somewhere, and I can't remember where it was
5    now -- that you may have lived on a farm or
6    something or an area near a farm or
7    something like that?
8    A    No.
9    Q    So you never lived anywhere near
10   where there was any commercial farming?
11   A    No.
12   Q    Or any farming at all?
13   A    No.
14   Q    Did you ever grow vegetables in
15   your garden?
16   A    No.
17   Q    Or in a garden?
18   A    No garden.
19   Q    Did you ever eat vegetables out
20   of anyone's garden on a regular basis?
21   A    No.
22   Q    Your neighbors?
23   A    No.

Page 128

1    Q    Now we know where you worked.
2    Did you ever have any hobbies, anything you
3    enjoyed doing?
4    A    Huh-uh.
5    Q    Well, we know you didn't enjoy
6    gardening.
7    A    No.
8    Q    But you didn't have any other
9    hobbies?
10   A    No.
11   Q    Did you ever do any painting or
12   anything like that?
13   A    No.
14   Q    Paint the house or anything like
15   that?
16   A    No.
17   Q    I need to go back and forth
18   through your questionnaire.
19        MR. CADE:  First batch or second
20   batch?
21        MR. TAYLOR:  Second.
22        MR. CADE:  What page are we on?
23        MR. TAYLOR:  We're on page 40 of

32 (Pages 125 to 128)

# FREEDOM COURT REPORTING

Page 129

1    the second; the health questions.
2    MR. CADE: Okay.
3    BY MR. TAYLOR
4    Q    On page 40, it asks you some
5    questions about chemicals you've used around
6    the house. And it says, "Which of the
7    following do you use or have you used? For
8    each product state if it is used indoors,
9    outdoors, how often it is used, and for how
10   many years it has been used." And you
11   say -- you indicated that you use insect
12   repellent. What type insect repellent was
13   that?
14   A    I know, but I can't call the
15   name.
16   Q    Can't think of the name. And
17   then next to it you say "five to six
18   monthly," what is that? It doesn't say five
19   to six. It says "five" and then there's a
20   dash and then it says "monthly."
21   A    That's bug spray. Is that what
22   you --
23   Q    It says inspect repellent.

Page 130

1    MR. CADE: He's referring to the
2    first one.
3    A    Skin So Soft, I use that.
4    Q    And what did you mean when you
5    said -- I know it was inside, but that's
6    what the "in" means, inside the house?
7    A    Yeah.
8    Q    Where you have five dash six
9    monthly, what does that mean? Is that you
10   don't know, ma'am?
11   A    Yes.
12   Q    Okay. Sorry. And then under E
13   it says, "Bug sprays," and then it says "in
14   the house," and then again, it says "five
15   dash six monthly."
16   A    Just I know -- the insecticides
17   they come and spray your house?
18   Q    Uh-huh.
19   A    Yeah, that's what the bug man --
20   Q    The bug man would come and spray?
21   A    Yeah.
22   Q    Do you know what that means
23   though, five hyphen six monthly?

Page 131

1    A    No, I don't.
2    Q    Well, tell us -- since you don't
3    recall what that entry means under C or E,
4    can you tell us how often, if you recall,
5    now you would use inspect repellents, the
6    Skin So Soft insect repellent?
7    A    I would use that when I go
8    outside.
9    Q    So you put it on inside?
10   A    Yes.
11   Q    You still use it?
12   A    Yes.
13   Q    How long -- how many years have
14   you been using that kind of product?
15   A    Ever since -- I don't know. I
16   really don't know how many years. It hadn't
17   been years since I been using that.
18   Q    You can't ballpark it for us? I
19   mean, is it --
20   A    About a year or -- about almost a
21   year.
22   Q    And what did you use for insect
23   repellents prior to that time?

Page 132

1    A    Not anything.
2    Q    And your bug spray, how often
3    does the bug man come in to spray your
4    house?
5    A    Well, he come once a month.
6    Q    And how long has that been going
7    on?
8    A    About two years.
9    Q    And what was the name of the
10   company again? I thought you said
11   Spectra-something?
12   A    No. He's out of Opp. I can't
13   recall his name.
14   Q    Do you know what kinds of bugs
15   he's spraying for?
16   A    I just have my house sprayed for
17   roaches.
18   Q    Okay.
19   A    In case of roaches.
20   Q    Okay. And then you indicate you
21   use household cleaners daily. What type of
22   liquid cleaners are you using?
23   A    Just regular cleaning. Comet or

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

| Page 133 |
|---|

1  Clorox or stuff like that.
2      Q    And what type of laundry bleach
3  do you use?
4      A    Bleach, I use Clorox.
5      Q    Clorox?
6      A    Yes.
7      Q    And the general household
8  cleaners you said you use two to three times
9  weekly?
10      A    Yes.  Yes.
11      Q    Okay.  And is that the same kind
12  of cleaners you talked about earlier that
13  would be the household liquid cleaners?
14      A    Uh-huh.
15      Q    Is that yes?
16      A    Yes.
17      Q    And under Q where it says
18  "furniture polish," you indicate Pledge
19  spray-on furniture polish?
20      A    Right.
21      Q    Is that the name of it, Pledge?
22      A    Right.
23      Q    And you use that twice a week?

| Page 134 |
|---|

1      A    Yes.
2      Q    And fabric softeners, it look
3  like -- I can't read that.  It's either
4  three dash three or was two -- I can't read
5  it now, I think, two dash three weekly?
6      A    Three.
7      Q    So that means you use it two to
8  three times a week?
9      A    Yes.
10      Q    What kind of fabric softener do
11  you use?
12      A    Downey.
13      Q    And you use Windex daily?
14      A    Yes.
15      Q    And the spray starch is two
16  hyphen three weekly.  What type of spray
17  starch do you use?
18      A    I just pick up spray starch.  I
19  don't give no name.
20      Q    Understood.  Your bathroom
21  cleaners indicated as daily.  Do you recall
22  what kind of bathroom cleaner you use?
23      A    Comet and Lysol.

| Page 135 |
|---|

1      Q    All right.  And the spray air
2  fresheners is daily.  What type are those?
3      A    I use that Clorox cleaner.
4      Q    Now this is the air freshener I
5  was talking about.
6      A    Oh, air freshener.
7      Q    It's EE down at the bottom.  It
8  says spray air fresheners daily?
9      A    I just get air freshener.  I
10  don't look for no name; I just get it.
11      Q    And then under FF, nail polish or
12  nail polish remover, once weekly, what is
13  that?  What kind are you using?
14      A    It was nail remover.
15      Q    Yes, ma'am.
16      A    Just to get fingernail polish off
17  my nails.
18      Q    So just any kind of nail remover
19  that removes polish?
20      A    Yeah.
21      Q    And you use all different types
22  of nail polish?
23      A    No.

| Page 136 |
|---|

1      Q    What type do you use?
2      A    The clear.
3      Q    The clear.  Do you know the name
4  brand of it?
5      A    No.
6      Q    And then the toilet bowl cleaner
7  that you use daily, do you recall what kind
8  that is?
9      A    Yes.  I use Clorox and Comet.
10      Q    All right.  All right.  Again,
11  like I said, I think we can get through this
12  pretty quickly.  We talked about your
13  husband and you married him and you were
14  divorced sometime later.  And -- but I don't
15  think we talked about the other kinds of
16  jobs he's had while you were married to him.
17  We know he had the one job that was maybe a
18  little less than ten years at the Lockhart
19  wood treatment plant.  What other kinds of
20  jobs did he have?
21      A    Construction.
22      Q    And construction where?
23      A    In Niceville.

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 137

1    Q    In --
2    A    Niceville.
3    Q    Nashville, Tennessee?
4    A    No, Niceville, Florida.
5    Q    Oh, Niceville.  I thought you
6  were saying -- I just didn't understand you.
7  And do you recall what projects he was
8  involved in, construction projects?
9    A    Cement finisher.
10    Q    Cement finisher.  And you don't
11  recall the names of any of the buildings he
12  was involved in?
13    A    No.
14    Q    How long did he do that?
15    A    He still do.
16    Q    He still does it?
17    A    Uh-huh.
18    Q    When he was -- when he was --
19    A    When he quit the mill, he went to
20  there.
21    Q    I'm sorry, ma'am?
22    A    When he quit the mill, he went to
23  there.

Page 138

1    Q    Okay.  Did he have to go to
2  school or something for that or get some
3  kind of additional training for that?
4    A    No.
5    Q    Cement finisher?  What does he do
6  as a cement finisher, if you know?
7    A    I wouldn't know.
8    Q    Don't know.  Okay.  When he
9  would -- would he ever bring his clothes
10  home when you all were married for you to
11  wash his clothes and that --
12    A    No.
13    Q    No.
14    A    They sent it to the laundry.
15    Q    They sent them to the laundry?
16    A    Uh-huh.
17    Q    How often would he come home when
18  he was working down in Niceville?
19    A    Sometime on weekends or every
20  other weekend, cause on where they worked
21  at.
22    Q    Did he work for a particular
23  company?

Page 139

1    A    Yes.
2    Q    What was the name of the company?
3    A    Sims Construction.
4    Q    Sims, S-I-M-S, Construction?
5    A    Yes.
6    Q    And where are they located?
7    A    In Niceville.
8    Q    They're in Niceville.  Is he
9  still working for that company?
10    A    Yes.
11    Q    All right.  You have a son --
12  excuse me.  Let me make sure.  I missed this
13  point.  Did your husband suffer any injuries
14  as a result of working -- as far as you
15  know, as a result of working at the wood
16  treatment facility?
17    A    Nothing but knees.
18    Q    Nothing but --
19    A    The knees.
20    Q    Knees.  Physically from the work
21  he was doing there?
22    A    Right.
23    Q    Has he ever told you that he

Page 140

1  suffered any other problems or injuries, as
2  a result of working at the facility?
3    A    No.
4    Q    Is that a no?
5    A    No.
6    Q    Okay.  Is your husband in good
7  health?  Your former husband, is he in good
8  health?
9    A    Those knees.
10    Q    Just the knees.  Okay.  Other
11  than the knees, was he in pretty much good
12  health during your marriage?
13    A    Yes.
14    Q    All right.  Now you have a son
15  named Kirkland DeVaughn?
16    A    Yes.
17    Q    Is Kirkland still in life; he
18  still with us?
19    A    Yeah.
20    Q    How old is he?
21    A    Fifty.
22    Q    Now does Kirkland suffer any
23  illnesses that you are aware of?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 141

```
 1    A   Not as I'm aware of.
 2    Q   So, as far as you know, he
 3 doesn't have any injuries or illnesses that
 4 he believes are causally related to the
 5 operation of the wood treatment facility?
 6    A   I can't -- something he was
 7 saying, but I can't recall.  Something he
 8 was saying.  But he don't live -- he don't
 9 live --
10    Q   Where does he live?
11    A   He live in Enterprise.
12    Q   Enterprise?
13    A   Right.
14    Q   Do you know if he's a -- I
15 understand your answer to the earlier
16 question, I asked you about his illnesses,
17 but do you know if he's a plaintiff in this
18 lawsuit at all?
19    A   No, he's not.
20    Q   Okay.  Did he go to school in
21 Florala?
22    A   Yes.
23    Q   He went to the public school?
```

Page 142

```
 1    A   Yes.
 2    Q   Did he go to the public school
 3 that's not too far from the plant?
 4    A   Yes.
 5    Q   Now you have another son named
 6 John DeVaughn.  Is he still alive?
 7    A   Yes.
 8    Q   How old is he?
 9    A   John is 48, I think.  I can't
10 keep up with mine.
11    Q   48.  And does he still live in
12 Florala?
13    A   Yes.
14    Q   Does he, to your knowledge, have
15 any injuries or any health effects, any
16 problems that are causally related to the
17 operation of the wood treatment facility?
18    A   I would say nothing but those
19 knees.
20    Q   He's got bad knees, too?  Did he
21 work at the facility?
22    A   No.
23    Q   So when you said "those knees,"
```

Page 143

```
 1 what are you referring to?
 2    A   (Indicating.)
 3    Q   He's just got bad knees, but he
 4 never worked at the facility?
 5    A   Huh-uh.
 6    Q   And you don't think the knees
 7 have anything to do with the wood treatment
 8 plant, is that correct?
 9    A   That's correct.
10    Q   Did Kirkland ever work at the
11 wood treatment facility?
12    A   Yes.
13    Q   How long did Kirkland work there?
14    A   I really don't know.  I couldn't
15 tell you.
16    Q   Do you recall what job he
17 performed there?
18    A   No, I don't.
19    Q   Do you know his address over in
20 Enterprise?
21    A   Not off -- not right off.
22    Q   How about phone number?
23    A   I have his cell number.
```

Page 144

```
 1    Q   Okay.
 2    A   334.
 3    Q   334?
 4    A   303.
 5    Q   303?
 6    A   43.
 7    Q   43?
 8    A   06.
 9    Q   06.  What job is he performing
10 over there now?  Thank you very much, first
11 of all.  What job is he doing over there in
12 Enterprise?
13    A   He work in Dothan.
14    Q   In Dothan.  But you don't know
15 what he does over there; what kind of work
16 he does?
17    A   He's some kind of security guard.
18    Q   Now when he worked at the wood
19 treatment facility, did you wash his clothes
20 also?  Was he living at home?
21    A   Yes, he was living at home.
22    Q   Okay.  You washed his clothes,
23 too?
```

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 145

1     A    Yeah.
2     Q    And did his clothes -- was there
3  anything about his clothes that caused you
4  to have to wash it separate from the
5  family's clothes?
6     A    No. It just --
7     Q    Excuse me. I cut you off, ma'am,
8  with my cough. What did you just say?
9     A    It just had the same smoke scent.
10     Q    But you were able to wash his
11  clothes with the family's clothes?
12     A    Yes.
13     Q    So that was a yes, you did wash
14  them?
15     A    Yes. Yes.
16     Q    Okay. Thank you. Now we've
17  talked a little bit about your daughter
18  Beverly. Is it your -- I want to be sure
19  I'm clear on this because I'm -- did you
20  indicate that Beverly is -- does intend to
21  be a plaintiff in this lawsuit?
22     A    Yes.
23     Q    But she's not yet, as far as you

Page 146

1  know?
2     A    As far as I know.
3         MR. TAYLOR: Okay. We may want
4     to -- if she's added as a
5     plaintiff, we may have to come
6     back and talk to Ms. DeVaughn.
7         MR. CADE: That's fine.
8  BY MR. TAYLOR
9     Q    Okay. This -- let's talk a
10  little bit about your pregnancy with
11  Dorothy. You've had six pregnancies, right?
12     A    Yes.
13     Q    And which one was Dorothy of
14  those six?
15     A    I didn't have no Dorothy.
16     Q    I said Dorothy. You're Dorothy.
17  Beverly.
18     A    Beverly.
19     Q    Of those six?
20     A    Which one was she?
21     Q    Yes, ma'am. And I apologize for
22  that. Was she number one, two, three, four
23  --

Page 147

1     A    Oh, no, let me see, four.
2     Q    She was number four. And when
3  was she born?
4     A    Sixty.
5     Q    1960?
6     A    Uh-huh.
7     Q    And was that -- do you recall
8  anything about that pregnancy?
9     A    No, I don't.
10     Q    Were there any problems? Was it
11  a normal pregnancy?
12     A    Yes, as far as I know.
13     Q    How old were you when she was
14  born? It was 1960, that's 35, is that
15  right? No, that's 25, is that right?
16     A    Yes.
17     Q    Do you know if you were diagnosed
18  with gestational diabetes at the time of
19  this pregnancy?
20     A    No.
21     Q    How about hypertension?
22     A    No.
23     Q    Have you ever suffered from

Page 148

1  hypertension with any of your pregnancies?
2     A    No.
3     Q    Okay. Have you ever suffered
4  from gestational diabetes with any of your
5  pregnancies?
6     A    No.
7     Q    Now I understand that you don't
8  smoke, is that correct?
9     A    No.
10     Q    You don't drink?
11     A    No.
12     Q    You are a good AME. You're
13  better than some of the rest of them. Did
14  your husband smoke?
15     A    No.
16     Q    Did anyone in your family smoke?
17     A    No.
18     Q    Did your husband consume alcohol?
19     A    No.
20     Q    Any of your children --
21     A    No.
22     Q    -- consume alcohol?
23     A    Huh-uh.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 149

1    Q    Do you recall what -- and this is
2  asking you something that you may not be
3  able to recall, and I will totally
4  understand it if you don't.  But do you
5  recall what medications you may have taken
6  during the course of your pregnancy with
7  Beverly?
8    A    No.
9    Q    Do you recall your doctor's name
10  for that pregnancy?
11    A    Dr. Lee.
12    Q    Okay.  Where did you deliver?
13    A    At the hospital.
14    Q    Which one, Mizell?
15    A    Yes.
16    Q    During the delivery, were there
17  any problems, any issues?
18    A    Not as I know of.
19    Q    Okay.  When you were pregnant
20  with Beverly, were you still working?
21    A    No.
22    Q    At the Franklin Fergison?
23    A    No.

Page 150

1    Q    You had stopped before then?
2    A    Uh-huh.
3    Q    You had retired before then?
4    A    No, I hadn't retired.
5    Q    But when during the pregnancy did
6  you stop working?  At what point?  How many
7  months into the pregnancy?
8    A    I wouldn't know.  I wouldn't,
9  really.
10    Q    Okay.  When did you first notice
11  that Beverly was having some developmental
12  retardation problems?
13    A    About walking.
14    Q    When is that?  How old was she
15  then?
16    A    She was about two, I guess.
17    Q    And what did you notice?
18    A    She couldn't walk.
19    Q    What about her speech when she
20  was talking?
21    A    She can't -- you can't understand
22  what she says.
23    Q    And she -- so she was having

Page 151

1  difficulty walking and difficulty talking --
2    A    Yes.
3    Q    -- also for a two year old?
4    A    Uh-huh.
5    Q    Can you tell us what else you
6  noticed about her development as she went
7  through her childhood years that let you
8  know that she was suffering some problems?
9    A    I wouldn't know.  She never did
10  go to school.
11    Q    And that was because of her
12  problems?
13    A    Uh-huh.
14    Q    You were about to say something
15  and I interrupted.  I apologize.
16    A    I wouldn't know.
17    Q    Don't know.  At some point during
18  this period of time, you took her to a
19  doctor, correct?
20    A    Yes.
21    Q    What were her doctor -- what was
22  the doctor's name you first took her to, if
23  you recall?

Page 152

1    A    Dr. Lee.
2    Q    It was Dr. Lee.  Now what is
3  Dr. Lee's specialty?  Is this the same
4  Dr. Lee who delivered?
5    A    Yes, family doctor.
6    Q    Family doctor.  And where is he
7  located?  Is he still practicing?
8    A    No.
9    Q    Where was he located?
10    A    In Opp.
11    Q    And what did he tell you about
12  Beverly, about her problems or development?
13    A    He just said she act like she was
14  going to be a little handicapped.
15    Q    Okay.
16    A    That was all.
17    Q    Did she go to see any other
18  doctors, other than Dr. Lee?  Is that no?
19    A    No.
20    Q    Okay.  Where does she live now?
21    A    With me.
22    Q    Lives with you.  Are you her
23  primary caregiver?

# FREEDOM COURT REPORTING

Page 153

1    A   Yeah.
2    Q   Is she receiving any medical
3  treatment or any kind of medical treatment
4  now?
5    A   No.
6    Q   So she's not under any doctor's
7  care at all?
8    A   No.
9    Q   Okay.  Do you know, and you may
10 not know this -- go ahead.
11    A   I'm sorry.  She goes to
12 Dr. Vishwanath for blood pressure.  I'm
13 sorry.
14    Q   Do you know if there was ever any
15 genetic testing done for her?  Any testing
16 at all to try to figure out why she was
17 having these problems?
18    A   I think she had a brain test one
19 time, I'm thinking.
20    Q   Do you have any other members in
21 your family or your husband's family who
22 have these kinds of problems?
23    A   No.

Page 154

1    Q   She's the first one in your
2  family to have these problems?
3    A   Yes.
4    Q   And you believe -- do you believe
5  that the operations of the wood treatment
6  plant caused her to have these problems?
7    A   I wouldn't know.
8    Q   You don't know?
9    A   Huh-uh.
10    Q   Has any doctor ever told you
11 that?
12    A   No.
13    Q   You told me she was the first one
14 in your family to have these problems.  Any
15 other members of your family or your
16 husband's family have these problems?
17    A   No.
18    Q   That Beverly suffers?
19    A   No.
20    Q   Now this is another one of those
21 tough questions I need to ask you and I
22 apologize for that.  I think we understand
23 each other now and know why I have to ask.

Page 155

1  And I need to say that I had a child pass
2  away, so I can understand this is difficult.
3  You had one child, Tonya, pass away at three
4  days of life and was something about a blue
5  heart.  Can you tell us what that means?
6    A   Uh-huh.
7    Q   Don't know what -- that's what
8  the doctors told you?
9    A   Uh-huh.  I wouldn't know.  That's
10 what the doctor told me, she had a blue
11 heart.
12    Q   What doctor was that?
13    A   Mathis, I think.
14    Q   Dr. Mathis.  I've asked you a
15 good number of questions, and I have a few
16 to go through.  Probably be another hour or
17 so.  Do you want to take a little break now?
18 We've been going at it for about an hour and
19 a half since we took the last one.  I mean,
20 you are being very responsive in your
21 questions and some of the stuff that I
22 needed to ask you we've already covered
23 that's in my outline, but I do have some

Page 156

1  more stuff.  And so I'm just asking, how do
2  you want to handle it?  Do you want to keep
3  going now or take a little break and we can
4  come back before we start the next
5  deposition, maybe let you get a little bite
6  to eat, get refreshed?
7    A   Okay.
8    Q   Is that all right?
9    A   Okay.
10 (Whereupon, a short break was taken.)
11 BY MR. TAYLOR
12    Q   I understand that a Dr. Mathis
13 may have told you that your child Tonya had
14 blue heart, but did he explain to you what
15 that means?
16    A   No, he didn't.
17    Q   Okay.  Do you believe that
18 Tonya's -- do you know what caused her
19 death?  Just the blue heart is all you know?
20    A   Right.
21    Q   Do you believe that her death is
22 in any way caused by exposure to the
23 chemicals that were coming from the waste

39  (Pages 153 to 156)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 157

1  treatment plant?
2      A   I wouldn't know.
3          MR. MITCHELL:  You said the waste
4      treatment plant?
5      Q   The wood treatment plant?
6      A   I wouldn't know.
7      Q   Thanks.  Do you have any
8  intention of -- well, when did Tonya pass
9  away?
10     A   When she was a baby.  She was at
11  the --
12     Q   When was that?  When was that?
13     A   Oh, my goodness, I wouldn't know.
14     Q   Was it before or after Beverly?
15     A   It was after Beverly.
16     Q   After.  Okay.  But at least more
17  than ten years ago?
18     A   Yes.
19     Q   You know I'm teasing.  More than
20  twenty years ago?
21     A   Right, that would be more like
22  it.
23     Q   The -- do you recall if you had

Page 158

1  any problems during that pregnancy?
2      A   No, I don't.  I don't recall.
3      Q   You don't recall.  You might
4  have, but you just don't recall?
5      A   Yeah.
6      Q   The -- your other children,
7  that's two of your children and you have
8  four more?
9      A   Yes.
10     Q   And we've talked about whether
11  you had any problems with two of your
12  children.  You told me there are five.
13  That's Kirkland and John?
14     A   Yes.
15     Q   So I'm assuming you didn't have
16  any problems with those pregnancies?
17     A   No.
18     Q   So that's four of your children,
19  and then you have Sonia?
20     A   Right.
21     Q   Did you have any problems with
22  her pregnancy?
23     A   No.

Page 159

1      Q   And as far as you know, the only
2  problem she's having now are these
3  headaches?
4      A   Yes.
5      Q   Do you know, did she work in the
6  wood treatment plant?
7      A   No.
8      Q   Did she go to school here in
9  Florala?
10     A   Yes.
11     Q   There in Florala?
12     A   Yes.
13     Q   Okay.  And that leaves one more
14  child, who was that?  I think we covered
15  five of them.
16     A   He's dead.
17     Q   He's dead.  Who is that?
18     A   Jeffrey.
19     Q   Jeffrey.  He's DeVaughn, also?
20     A   Right.
21     Q   He old was he at his death?
22     A   Forty-eight.
23     Q   Forty-eight.  And what caused his

Page 160

1  death?
2      A   He got drowned.
3      Q   He was drowned?
4      A   Yes.
5      Q   Where did that occur?
6      A   In Philadelphia.
7      Q   Philadelphia.  Did he ever --
8  sorry for that to have happened.  Did he
9  ever work at the wood treatment plant in
10  Florala?
11     A   No.
12     Q   Did he go to school here?
13     A   Yes.
14     Q   Did he ever have any health
15  problems during the course of his life, if
16  you know?
17     A   Not as I know.
18     Q   Did I ask you when his death
19  occurred?  I asked you where, you told me
20  Philadelphia.  When?
21     A   Been some years.  I wouldn't --
22     Q   Don't recall?
23     A   No.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 161

1    Q   Do you have any grandchildren?
2  Are you blessed enough to have any
3  grandchildren?
4    A   Yes.
5    Q   All right.  I'm envious.  How
6  many do you have?
7    A   See, five.
8    Q   Do they all live here in the
9  Florala area?
10   A   No.
11   Q   Any of them live in this area?
12  By "this area," I mean Florala.
13   A   Yes, two of them.
14   Q   And how old are they?
15   A   Twenty and 14.
16   Q   And whose children are they?
17   A   Sonia.
18   Q   Sonia's.  And are they suffering
19  any health problems?
20   A   No.  No.
21   Q   Your other -- so you said you
22  have five --
23   A   Yeah.

Page 162

1    Q   -- grandchildren?  So the other
2  three are located where?
3    A   In Enterprise.
4    Q   In Enterprise.  And they're whose
5  children?
6    A   Kirk's.
7    Q   Okay.  And are they suffering any
8  health problems?
9    A   Not as I know.
10   Q   Do you have any brothers and
11  sisters?
12   A   No.
13   Q   What kind of work did your mother
14  and father do?
15   A   I don't recall.  My mother, she
16  took in washing, but I don't recall what my
17  father did.
18   Q   When she took in the washing, do
19  you know from whom?  Just people in the
20  community?
21   A   Yes.
22   Q   And did they ever live -- they
23  lived in Opp?

Page 163

1    A   Yes.
2    Q   Did they ever move to Florala and
3  Lockhart?
4    A   No.
5    Q   Do you know if they took in any
6  washing in the community from people that
7  worked at any industrial plants?
8    A   No.
9    Q   No, you don't know or they
10  didn't?
11   A   I don't know.
12   Q   Do you know how long your mother
13  was involved in taking washing into the
14  house?
15   A   I don't know.
16   Q   Are they still with us?
17   A   No.
18   Q   How about your father, what did
19  he do, if you recall?
20   A   I -- I --
21   Q   Don't recall?
22   A   I can't recall.
23   Q   Do you recall if any of your

Page 164

1  other relatives suffered any health
2  problems, like any other relatives have
3  breast cancer?
4    A   Not as I know of.
5    Q   Not that you know about.  Let me
6  see if I can shorten something up here.  Do
7  you remember the names of your grandfather
8  and grandmother?
9    A   No.
10   Q   Do you recall where they lived?
11   A   No.
12   Q   Do you have any uncles or aunts
13  that you are aware of?
14   A   No.
15   Q   Do you know if anyone in your
16  family -- I asked you about breast cancer.
17  Do you know if anyone in your family has
18  uterine or ovarian cancer?
19   A   I don't know anyone that had
20  cancer.
21   Q   No cancers at all?
22   A   No.
23   Q   You indicated that you didn't

41 (Pages 161 to 164)

# FREEDOM COURT REPORTING

Page 165

1    know who your father worked for, but do you
2    recall what type of work he did?
3        A    No.
4        Q    Don't recall?
5        A    No.
6        Q    Were you -- are you close at all
7    with your former husband's family?  Do you
8    know anything about them?
9        A    Yes.
10       Q    Okay.  Do you know if they -- in
11   his side of the family, if there are any
12   cancers?
13       A    No.
14       Q    How about any other health
15   problems that you --
16       A    No.
17       Q    Do you know about anyone on his
18   side of the family who -- anyone else, who
19   you believe has any kind of health problems
20   that are causally related or related in any
21   way to the operations of the Lockhart wood
22   treatment facility?
23       A    Well, he don't have any family.

Page 166

1        Q    He doesn't have anyone?
2        A    No.
3        Q    I asked this question in a lot of
4    different ways, but let me ask it just one
5    more time this way, if you will bear with
6    me.  Anyone else in your family who you can
7    think of who has any kind of health problem
8    that you believe or that they've told you is
9    related to the operations of the Lockhart
10   wood treatment facility?
11       A    No.
12       Q    Were you ever around anyone else
13   -- I understand you didn't smoke and I
14   understand your husband didn't smoke.  What
15   about your mother and father, were they
16   smokers?
17       A    No.
18       Q    Have you ever been around anyone
19   who is a smoker?
20       A    No.
21       Q    This is horrible that we have to
22   ask such personal questions also but we do,
23   and hopefully you will continue to bear with

Page 167

1    me.  Do you recall when you experienced your
2    first period, how old were you?
3        A    Thirteen.
4        Q    Thirteen.
5        A    I'm thinking.
6        Q    And I don't think I asked you
7    this one.  How old were you when you had
8    your first pregnancy?
9        A    Eighteen.
10       Q    Eighteen.  And did you breast
11   feed all of your children?
12       A    No.
13       Q    Did you breast feed any of them?
14       A    No.
15       Q    And when did menopause begin with
16   you, if you know?  Don't recall?
17       A    Huh-uh.
18       Q    Is that a no, don't recall?
19       A    I don't recall.
20       Q    When you were of childbearing
21   age, did you ever use any contraceptives to
22   prevent you from becoming pregnant?
23       A    Yes.

Page 168

1        Q    You did.  Did you use any oral
2    contraceptives?
3        A    No.
4        Q    Can you tell us what type of
5    contraception you used?  And this is really
6    unfair.  You're the only woman in this room
7    with all these men in here and we're asking
8    you these questions and I apologize.
9        A    You're talking about -- I don't
10   recall the question.
11       Q    The question was whether you used
12   any contraceptives when you were of
13   childbearing age and you said yes.  And so
14   the next question was -- I asked you
15   something about oral contraceptives.  But I
16   was then asking, do you recall what type of
17   contraceptive method you used or product or
18   whatever?
19       A    No.
20       Q    You don't recall?
21       A    No.
22       Q    Do you recall if you used birth
23   control pills?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 169

1  A  Yes.
2  Q  You did?
3  A  I did.
4  Q  And when did you start using
5  birth control pills?
6  A  After my last pregnancy.
7  Q  After the last one?
8  A  Uh-huh.
9  Q  And when was that?
10  A  I don't know when it was.
11  Q  Okay.  And when did you stop
12  using?  We can look back at the last
13  pregnancy.  Who was the last child born?
14  What was the name of the child?
15  A  Tonya.
16  Q  Tonya.  Okay.  And when did you
17  stop using birth control pills?
18  A  Oh, about when I was in my
19  forties, I guess.  I'm guessing.
20  Q  You're lucky.  I had my last two
21  in my forties.  Do you recall what type of
22  birth control pills you used?
23  A  No.

Page 170

1  Q  Did you take them every day
2  religiously?
3  A  Yes.
4  Q  Like you're supposed to?
5  A  Yes.
6  Q  Do you ever recall being on any
7  hormones at all?
8  A  No.
9  Q  Do you recall if you received any
10  fertility treatments?
11  A  No.
12  Q  I expect with six pregnancies you
13  didn't need to worry about that.
14  A  No.
15  Q  Do you recall how much you
16  weighed at the time you were born?
17  A  No.
18  Q  Do you recall how much you
19  weighed when you were about 18 years old, at
20  the time -- about the time of your first
21  pregnancy, before you became pregnant, of
22  course?  Your nonpregnancy weight?
23  A  About 110, I'm thinking.

Page 171

1  Q  About 110.  Over your lifetime,
2  how much weight -- how much -- what's the
3  most you've ever weighed?
4  A  176.
5  Q  You're nowhere near that now.  So
6  your weight in your adult years ranged from
7  110 to 176.  Can you recall how long, what
8  period of years you were weighing in the 170
9  range?
10  A  About five years.
11  Q  About five years?
12  A  I'm thinking.
13  Q  Do you recall that five year
14  period, when that was?
15  A  No.  No.
16  Q  Don't know.  Do you recall how
17  much you weighed in your 20's?
18  A  No.
19  Q  Thirties or 40's or 50's?
20  A  Huh-uh, no.
21  Q  How tall are you now?
22  A  Five-one.
23  Q  And how much do you weigh?

Page 172

1  A  153.
2  Q  Has anyone ever diagnosed you as
3  having any memory problems?  Any doctor ever
4  told you you've got memory problems?
5  A  Not really.
6  Q  Not really.  Does that mean --
7  A  Haven't anybody told me.
8  Q  No one has told you that.  Has
9  anyone ever told you that you've got
10  problems that affects your ability to recall
11  things from either a short period of time or
12  a long period of time?
13  A  No.
14  Q  No.  Okay.  Do you have any
15  history of diabetes yourself?
16  A  No.
17  Q  Do you know what a fluoroscopic
18  is?
19  A  No.
20  Q  Did anyone ever perform a
21  procedure where they had to put a tube down
22  into your stomach?
23  A  Yes.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 173

1    Q    Tell us about that. When did
2  that occur?
3    A    That occurred -- it hadn't been
4  too long ago. About two years or three
5  years ago when they did that.
6    Q    And why did they have to do that?
7    A    On account of my cancer.
8    Q    And what facility was that?
9  Where was that done?
10   A    In Opp.
11   Q    At Opp?
12   A    Yeah.
13   Q    What hospital?
14   A    Mizell.
15   Q    Mizell. Okay. Now is that your
16 primary hospital that you've been going to
17 for a long period of time?
18   A    I go to Dothan.
19   Q    Go to Dothan. What --
20   A    Flowers. Flowers.
21   Q    Flowers Hospital, that's the
22 name?
23   A    Yes.

Page 174

1    Q    Okay. Have you ever had a barium
2  enema? Do you know what that is?
3    A    Explain.
4    Q    It's all right if you don't know.
5  And you've never had any surgeries or any
6  broken bones or anything like that?
7    A    No.
8    Q    Other than your surgeries for
9  your breast tumor and your lung surgeries,
10 have you had any other surgeries?
11   A    No.
12   Q    Before you were diagnosed with
13 your breast cancer, how was your health?
14 Were you in pretty good health?
15   A    Good. Good.
16   Q    Were you pretty active, pretty
17 physically active?
18   A    Yeah.
19   Q    Is that yes?
20   A    Yes.
21   Q    As I said, a lot of this we went
22 over already, which is very good. In
23 your -- in your record, there is something

Page 175

1  about you having asthma. Did I read that
2  right?
3    A    Yes.
4    Q    Is that -- are you asthmatic now?
5    A    No.
6    Q    Did you ever have asthma?
7    A    Well, the doctor said I did, but
8  I wouldn't know.
9    Q    Okay. Do you have any symptoms,
10 difficulty breathing? Other than the
11 problems I'm understanding you're having
12 with your lungs because of the cancer, have
13 you had any other problems with your
14 breathing?
15   A    No.
16   Q    Have you ever had bronchitis?
17   A    Yes.
18   Q    I saw that in your records.
19   A    Yes.
20   Q    Can you tell us about that; when
21 did that occur and do you still suffer from
22 it?
23   A    No.

Page 176

1    Q    You don't still --
2    A    I don't suffer from it.
3    Q    Do you recall when that occurred;
4  when you were suffering with it?
5    A    That was after I had had my
6  surgery.
7    Q    For the cancer?
8    A    Yeah.
9    Q    And sinusitis, your record
10 indicates that you had that also. Do you
11 recall that?
12   A    Huh-uh.
13   Q    Don't recall that?
14   A    No.
15   Q    How about any back or neck
16 problems, have you had any of those problems
17 that you recall?
18   A    No.
19   Q    Is that no?
20   A    No.
21   Q    Have you had any other health
22 problems, other than those we've already
23 talked about?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 177

1  A  No.
2  Q  Do you recall if you had -- I
3  know you've had some radiation treatment for
4  your breast cancer.  Do you recall if you
5  had any other radiation treatment at any
6  other time in your life?
7  A  No.
8  Q  How about as a child, do you
9  recall if you had any x-rays?
10  A  No, I don't recall.
11  Q  Don't recall.  Back when I was
12  coming along there was a big problem with
13  ringworms.
14  A  Right.
15  Q  You probably recall that.  Did
16  you ever experience that?
17  A  No.
18  Q  Having ringworms?  Do you recall
19  what kind of medications you would have
20  taken as a child?
21  A  No, I don't.
22  Q  What pharmacy do you use now for
23  your medication?

Page 178

1  A  Florala Pharmacy.
2  Q  Is that the only one?
3  A  Yes.
4  Q  How long have you used that
5  pharmacy?
6  A  Years ago.
7  Q  Definitely through all of your --
8  A  Yes.
9  Q  -- your breast cancer and
10  treatment?
11  A  Right.  Right.
12  Q  Have you applied for Social
13  Security benefits?
14  A  Yes.
15  Q  Okay.  And which benefits have
16  you applied for?
17  A  I'm -- Medicaid.
18  Q  Medicaid?
19  A  Yeah.
20  Q  As a matter of fact, that gets to
21  the Medicare?
22  A  Yes.
23  Q  That's your medical treatment,

Page 179

1  right?
2  A  Yes.
3      (Whereupon, Defendant's
4      Exhibit Number 6 was marked.)
5  BY MR. TAYLOR
6  Q  You've -- as I indicated earlier
7  in the deposition, you brought in this
8  package of materials and I think we will
9  just mark this entire package as Defendant's
10  Exhibit 6, I believe, and we will count out
11  the numbers of pages.  But can you just look
12  at this carefully -- quickly, not carefully,
13  you can look at it carefully also -- and
14  tell us what's contained in that packet of
15  materials?
16  A  Well, only thing is contained in
17  here is my medical and where doctors --
18  Q  Okay.
19  A  And my radiation treatment.
20  Q  So those are the records from
21  your medical treatment you received that has
22  been paid for by Medicare, is that correct?
23  A  Yes.  Yes.

Page 180

1  Q  Good.  Good.  We can take care of
2  that pretty easily.  Do you take any -- I
3  know you're -- were you about to say
4  something else, Ms. DeVaughn?
5  A  Huh-uh.
6  Q  I know you're on a good bit of
7  prescription drugs because of your cancer.
8  Do you take any over-the-counter
9  medications?
10  A  No.
11  Q  How about sleeping pills?
12  A  No.
13  Q  No tranquilizers or anything like
14  that?
15  A  No.
16  Q  Have you ever taken
17  antidepressants, if you know, because you
18  were depressed, take some pills, make you
19  feel better?
20  A  No.  No.
21  Q  How about any herbal supplements?
22  Are you one of these folks that kind of goes
23  to the store and gets something to make you

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 181

1  feel better?
2      A   No.
3      Q   Okay.  You applied for Medicare.
4  Are you -- and we know you're getting that.
5  Are you getting any other Social Security
6  benefits?  Like, your retirement, how is
7  that being paid for?
8      A   No.  No.
9      Q   It's not through Social Security?
10     A   We don't have retirement.
11     Q   So are you getting any money from
12 Social Security?
13     A   Just Social Security, that's all.
14     Q   Okay.  All right.  And what are
15 your -- how much do you get a month for
16 Social Security?
17     A   557.
18     Q   And -- but you didn't get a
19 retirement from your job?
20     A   No.
21     Q   Are you getting any kind of
22 disability payments as a result of your
23 breast cancer?

Page 182

1      A   Sixty-dollars.
2      Q   And who do you get that from?
3      A   Medicaid.
4      Q   Okay.  And did you file an
5  application for that?
6      A   No.
7      Q   You don't recall if you filed an
8  application?
9      A   No, I don't.
10     Q   Do you recall -- you probably had
11 to sign something in order to get the
12 benefits, though, right?
13     A   Yes.
14     Q   Do you recall when you prepared
15 whatever you prepared, whatever written
16 document, do you recall explaining what you
17 believe caused you to have breast cancer?
18     A   No.
19     Q   Have you ever applied for
20 worker's compensation benefits?
21     A   No.  Oh, yes.
22     Q   Yes?
23     A   Yes.

Page 183

1      Q   Okay.  When was that?
2      A   When I was working.
3      Q   And what happened?  What caused
4  you to ask for worker's comp benefits?
5      A   I pulled a muscle in my neck.
6      Q   And that was at work?
7      A   Yes.
8      Q   When you worked at the --
9      A   Yeah.
10     Q   -- sewing factory?
11     A   Yeah.
12     Q   Do you recall when that occurred?
13     A   No.
14     Q   And what kind of benefits did you
15 get as a result of that?
16     A   When I had that?
17     Q   Yes, ma'am.
18     A   I got workman's comp.
19     Q   But how much money did you get,
20 if you recall?  Did you get paid anything?
21     A   Yes.
22     Q   But you don't recall?
23     A   No.

Page 184

1      Q   Did you have to take any time off
2  work?
3      A   Yes.
4      Q   Do you recall how long you were
5  off work?
6      A   About a month.  A month I'm
7  thinking.
8      Q   All right.  Like I told you, it
9  wouldn't take long and we're almost right at
10 the end here.  And Mark may have a few
11 questions also, but I think we're getting
12 there.  Your doctors that you're receiving
13 treatment from, Dr. Mayor, he's one of them?
14     A   Right.
15     Q   And he's your oncologist?
16     A   Yes.
17     Q   So he's treating your cancer?
18     A   Yes.
19     Q   Dr. Vishwanath, he's not
20 providing you with any treatment, is that
21 correct?
22     A   No.
23     Q   You just go there for x-rays, is

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 185

1  that correct?
2      A   Yes.
3      Q   Do you go there for anything else
4  in addition to x-rays?
5      A   When I feel bad, I have headaches
6  and stuff.
7      Q   You go to Dr. Vishwanath?
8      A   Yes.  Yes.
9      Q   What does he do for you?
10     A   He give me blood pressure
11 medicine.
12     Q   You've been told -- go ahead.
13     A   It be up sometime when I go.
14     Q   Have you been told that you're
15 hypertensive at all?
16     A   No.
17     Q   You just have blood pressure
18 increases at various times?
19     A   Yes.
20     Q   Has anyone told you why it
21 increases at various times?
22     A   No.
23     Q   Do you know what kind of medicine

Page 186

1  he puts you on?
2      A   No, I don't.
3      Q   Do you stay on the medicine
4  constantly?
5      A   No.
6      Q   How long a period of time do you
7  take the medicine, if you --
8      A   Just when I take it up, I don't
9  have it refilled no more.
10     Q   Are you supposed to have it
11 refilled or do you just --
12     A   If I be feeling good, I don't.
13     Q   You don't.  Does the doctor tell
14 you that you should have it refilled?
15     A   Yes.
16     Q   Now you said you were having
17 headaches, and I hadn't heard that from you
18 earlier during our discussion here today.
19 How often do you have headaches?
20     A   Just every now and then.  I have
21 them real bad since I'm on chemo.
22     Q   Yeah.  And so Dr. Vishwanath
23 helps you with that?

Page 187

1      A   Yes, uh-huh.
2      Q   Does he provide you with any
3  other treatment?
4      A   No.
5      Q   And Dr. Stokes, is he's another
6  one of your doctors over in Dothan?
7      A   He was but he changed me to
8  Dr. Adams.
9      Q   Larry Adams?
10     A   Yes.
11     Q   And so Dr. Stokes, he an
12 oncologist also?
13     A   Yes.
14     Q   And Dr. Adams is a radiation
15 oncologist?
16     A   Right.
17     Q   Is Dr. Stokes a radiation
18 oncologist?
19     A   Yes.
20     Q   How about Dr. Murray?
21     A   He is my lung -- my lung doctor.
22 I go to him for my lungs.
23     Q   For your lungs.  Where is he

Page 188

1  located?
2      A   In Dothan.
3      Q   How about Dr. Sherman Johnson?
4      A   Well, he was but I don't go to
5  him no more.
6      Q   Why did you go -- we have an
7  indication you were going to him for back
8  and neck problems?
9      A   That's when I had my accident.
10     Q   The automobile accident?
11     A   Yes.
12     Q   Okay.  And where was he located?
13     A   In Florala.
14     Q   Florala.  Other than the list we
15 just went through, do you have any other
16 doctors you receive treatment from?
17     A   No.
18     Q   And the hospitals you've received
19 treatment from are the Flowers Hospital,
20 Mizell, Florala, Dothan?
21     A   Yes.
22     Q   Is Dothan Hospital, is that the
23 name of the hospital, Dothan Hospital?

47  (Pages 185 to 188)

# FREEDOM COURT REPORTING

Page 189

```
1     A    No, Flowers.
2     Q    Flowers is the Dothan hospital.
3  It's located in Dothan?
4     A    Right.
5     Q    Any other medical facilities, any
6  other hospitals? Ever go over to Mobile?
7     A    No.
8     Q    Don't go up to Montgomery?
9     A    No.
10    Q    And down to Florida?
11    A    No.
12    Q    Don't go down there for
13 treatment?
14    A    No.
15    Q    I think this is about -- this is
16 softballs. Hopefully, you felt like they
17 were all softball questions. You, on page
18 26 of this second part of your
19 questionnaire --
20        MR. CADE: Second part of what
21        page again, please?
22    Q    Page 26. You talk about the food
23 you eat and it goes over to -- this is going
```

Page 190

```
1  all the way over to page 30. We'll get
2  through this pretty quickly. I hate to
3  admit this, but my page 30 and 31 didn't get
4  copied. I understand you don't -- I just
5  want to be sure I understand what you've
6  said here, and I'm not going to repeat
7  anything, but you've got apple juice, you do
8  drink that, and it says how many times per
9  month, 10 to 12 times per month?
10    A    Yes.
11    Q    And bananas, you eat that about
12 five times a month?
13    A    Uh-huh.
14        MR. MITCHELL: That's a yes?
15    A    Yes. Yes.
16    Q    Don't let us put words in your
17 mouth?
18    A    Bananas I eat regular.
19    Q    You eat more than five times?
20    A    Right.
21    Q    Bread, you eat that daily. What
22 type of bread? Is it the wheat bread, white
23 bread?
```

Page 191

```
1     A    Well, I eat wheat bread now.
2     Q    Before you were eating white
3  bread?
4     A    Yes.
5     Q    You say, "Cabbage not often."
6  What does that mean, once or twice a year?
7     A    No, not once or twice a year.
8  About every three months, something like
9  that.
10    Q    It says, "Chilies," says, "not
11 often"?
12    A    No.
13    Q    Is that about the same, about
14 three or four times a year?
15    A    Yes.
16    Q    Corn, you say, "Three monthly,"
17 is that three times a month?
18    A    Uh-huh.
19    Q    And what type of corn? What way
20 do you --
21    A    Corn on the cob.
22    Q    Corn on the cob. You say,
23 "Crackers, not often." What does that mean?
```

Page 192

```
1     A    I don't eat them much.
2     Q    So does that mean how many times
3  a year you take in crackers?
4     A    No.
5     Q    And what type of crackers?
6     A    White crackers, soda crackers.
7     Q    Soda crackers. And then how
8  often do you take in soda crackers?
9     A    Not often. Not often.
10    Q    Well, that's what you wrote here.
11    A    I don't eat them much.
12    Q    Okay. Fish, you say, "Not
13 often." What does that mean? How often is
14 that?
15    A    Not much. Not much. When I can
16 get them I eat them.
17    Q    But how often during the year do
18 you think you consume fish; how many times?
19 And go ahead, I want you to answer that
20 question first.
21    A    About seven or eight times a
22 year, I imagine.
23    Q    And what type of fish do you
```

# FREEDOM COURT REPORTING

Page 193

1  normally eat?
2      A   I eat -- I like red snapper.
3      Q   Red snapper?
4      A   Yeah.
5      Q   I understand there's a catfish
6  pond down there in Florala, Lockhart, do you
7  ever eat fish out of that -- catfish out of
8  that pond?
9      A   No, I don't eat catfish.
10     Q   French fries, you say, "Not
11 often"?
12     A   No, not often.
13     Q   Not very often during the year at
14 all?
15     A   No.
16     Q   Now you've got a list of things
17 on this next page 28, you say, "Not sure."
18 I'm not certain what that means when you say
19 you're not sure.  You mean you're not sure
20 if your answers are correct, or you're not
21 sure if you consumed that at all?
22     A   Not sure my answers are correct.
23     Q   Okay.  Now that we're sitting

Page 194

1  here today, do you feel any more certainty
2  about the answers you've given?
3      A   Yes.  Yes.
4          MR. TAYLOR:  And on I'm page 29.
5      Do you have a page 30 and 31 on
6      yours?
7          MR. CADE:  No.
8          MR. TAYLOR:  I wonder what
9      happened.
10 BY MR. TAYLOR
11     Q   Same question in regards to 29,
12 where you've got not sure.  Are you more
13 certain now that we're sitting here today of
14 your answers you gave here?
15     A   Yes.
16     Q   Give me just a couple of minutes.
17 We're almost finished, believe it or not.
18 Is your neck all right?  You keep grabbing
19 it.  Are you all right?
20     A   Yes.
21     Q   We're almost finished now.
22     A   Okay.
23     Q   Let me ask you if you eat any of

Page 195

1  these things.  Sunflower seeds?
2      A   No.
3      Q   Sweet potatoes?
4      A   Yes.
5      Q   How often?
6      A   Pretty often.
7      Q   All right.  And I imagine you've
8  been eating sweet potatoes for a long, long
9  time --
10     A   Right.
11     Q   -- if you're anything like me.
12 How about -- you don't drink alcohol, so do
13 you drink wine at all?
14     A   No.
15     Q   How about Tarragon?  It's a
16 spice.  Do you ever use that, to your
17 knowledge?
18     A   Not to my knowledge.
19     Q   How about thyme, it's another
20 spice?
21     A   No.
22     Q   And do you toast your bread at
23 all?

Page 196

1      A   Yes.
2      Q   How often do you do that?
3      A   When I eat bread, I toast it.  It
4  probably be about once or twice a week.
5      Q   Okay.  How about tomatoes?
6      A   Yes.  I like tomatoes.
7      Q   Do you eat those pretty often?
8      A   Uh-huh.
9      Q   And is that like -- how many
10 times during the week do you have tomatoes?
11     A   Oh, I don't have them often.
12     Q   How many times in a month do you
13 eat them?
14     A   About twice a month.
15     Q   Okay.  How about do you use
16 vanilla flavoring?
17     A   Yes.
18     Q   How often do you use vanilla
19 flavoring?
20     A   About three times a month.
21     Q   What about vinegar?
22     A   No.
23     Q   How about walnuts?

# FREEDOM COURT REPORTING

| Page 197 |
|---|

1    A    No.
2    Q    How about white pepper?
3    A    No.
4    Q    Do you ever use that?  How about
5  whole grains in your food?  We talked about
6  you have wheat bread but any other whole
7  grains --
8    A    No.
9    Q    -- you cook with?
10    A    No.
11    Q    How about zucchini?
12    A    No.
13    Q    Do you drink milk?
14    A    Yes.
15    Q    How often do you drink milk?  How
16  many times a day?
17    A    About once a week.
18    Q    How about cheese, do you eat
19  cheese very often?
20    A    Not often.
21    Q    How often do you a week?
22    A    About once a week.
23    Q    Okay.  And how about yogurt, do

| Page 198 |
|---|

1  you consume yogurt much?
2    A    Yes.
3    Q    Is that yes?
4    A    Yes.  Yes.
5    Q    And how often during the week do
6  you take in yogurt?
7    A    Almost every day.
8    Q    Every day you have some yogurt?
9    A    Uh-huh.
10    Q    What kind of yogurt do you have?
11    A    Just yogurt.  Strawberry.
12    Q    Strawberry, you buy the flavored
13  yogurt?
14    A    Yeah.
15    Q    Do you fry your food in butter?
16    A    No, not all of it.
17    Q    Not all of it.  That means you do
18  sometimes?
19    A    Yes, sometimes.
20    Q    What do you normally fry in
21  butter?
22    A    My chicken.
23    Q    Your chicken.  And how often

| Page 199 |
|---|

1  during the month do you do that?
2    A    About once a month.
3    Q    Okay.  Do you drink coffee?
4    A    Yes.
5    Q    Okay.  How many cups a day of
6  coffee?
7    A    One.
8    Q    One.  How long have you been
9  drinking coffee?  When did you start
10  drinking?
11    A    I can't recall, but it's been a
12  long time.
13    Q    Were you over 30 years or
14  something?
15    A    Yes.
16    Q    How about tea, do you drink tea?
17    A    Not often.
18    Q    Let's talk about hot tea first.
19  Do you -- how often do you drink hot tea?
20    A    I don't drink hot tea.
21    Q    So it's just sweet tea?
22    A    Yes.
23    Q    Cold tea?

| Page 200 |
|---|

1    A    Yes.
2    Q    How often do you drink cold tea?
3    A    About once a month.  I don't
4  drink much.
5    Q    Do you take in diet sodas?
6    A    No.
7    Q    How about any sugar substitutes?
8    A    No.
9    Q    Do you use any refined sugar?
10    A    No.
11    Q    Do you own a charcoal or a gas
12  grill?
13    A    No.
14    Q    Did you or anybody used to grill
15  around your house?
16    A    No.
17    Q    So y'all didn't barbecue?
18    A    We went to my son's.
19    Q    Went to your son's barbecue.  Do
20  you ever eat hamburgers that are fried in a
21  pan?
22    A    No.
23    Q    Do you broil your hamburgers?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 201

1    A   George.  George.  George Foreman.
2    Q   Okay.  All right.  That was good.
3  But before George, how did you prepare your
4  hamburger?
5    A   In the oven.
6    Q   In the oven?
7    A   Yes.
8    Q   How about salmon, do you eat it
9  much?
10   A   Not much.
11   Q   How often during the year do you
12  eat salmon?
13   A   I had some yesterday.  About once
14  or twice.
15   Q   Do you prepare itself yourself at
16  home?
17   A   Yes.
18   Q   Do you fix it, fry it in a pan?
19   A   Yes.
20   Q   Do you eat your vegetables
21  primarily, do you cook them or do you eat
22  raw vegetables?
23   A   I cook them.

Page 202

1    Q   How much -- you've told me that
2  your water was public water.  How much water
3  do you drink a day?
4    A   About two bottles full; not much.
5    Q   Two big bottles or just about
6  16-ounces?
7    A   Yes.
8    Q   Do you recall if you ever
9  purchased any wood from the wood treatment
10  plant there in Lockhart, Florala?
11   A   No.
12   Q   So you never purchased any wood
13  and burned it in your fireplace from there?
14   A   No.
15   Q   Do you know if anyone in your
16  family ever did that?
17   A   Huh-uh.
18   Q   That is, you don't know?
19   A   I don't know.
20   Q   Okay.  I think that's it for me.
21  I can tell you, if we hadn't had those
22  breaks, we'd been through in a short period
23  of time.  Those breaks were necessary.

Page 203

1         EXAMINATION
2  BY MR. TER MOLEN
3    Q   My name is Mark Ter Molen.  I
4  have a few questions for you.  My guess is
5  about 15 or 20 minutes.  Do you want me to
6  start asking questions?  Do you want to take
7  a break for a few minutes?
8    A   No.
9    Q   Ma'am, I understand when you
10  moved to Florala, was that after you were
11  married?
12   A   Yes.
13   Q   Okay.  And did you move to
14  Florala pretty soon after you were married?
15   A   Yes.  Time I got married, I moved
16  to Florala.
17   Q   All right.  And was your
18  husband's family living in Florala?
19   A   Yes.
20   Q   Were you living with his family
21  or were you living in your own place?
22   A   Own place.
23   Q   And was your husband working at

Page 204

1  the Lockhart wood treatment facility at the
2  time you married him?
3    A   Yes.
4    Q   And then he kept working there
5  for about ten years?
6    A   Yes.
7    Q   Okay.  And Mr. Taylor asked you
8  some questions about wood and burning and so
9  forth.  Did your husband bring home any wood
10  at all from the wood treatment facility?
11   A   No.
12   Q   Okay.  Do you know of anybody in
13  your neighborhood who brought home any wood
14  from the wood treatment facility?
15   A   No.
16   Q   Okay.  After you were married and
17  living in Florala, did you folks burn your
18  trash at all?
19   A   No.
20   Q   No.  Was your trash put out in a
21  can and someone would come and pick it up?
22   A   Yes.
23   Q   Okay.  And in the fall, ma'am,

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 205

1   when your leaves fall, did you folks burn
2   any leaves in your yard?
3       A   No.
4       Q   Okay.  Did any neighbors in the
5   area burn any leaves in their yard?
6       A   Not that I can recall.
7       Q   When you were still living with
8   your family, ma'am, before you were married
9   while you were still in school, living with
10  your family, did your family burn any wood
11  at home in their fireplace?
12      A   No.
13      Q   Okay.  Did they have a fireplace?
14      A   No.
15      Q   Okay.  Have you ever lived in a
16  house with a fireplace?
17      A   No.  Not --
18      Q   Okay.  Okay.  I think I heard you
19  say a while ago, ma'am, in response to some
20  questions from Mr. Taylor, that at one of
21  your homes that you were living in, that
22  there was smoke from the wood treatment
23  plant that would come by your house.  Did I

Page 206

1   hear that correctly?
2       A   Yes.
3       Q   Okay.  And can you tell me about
4   that?  Can you tell me about where you were
5   living, first of all; where you lived, what
6   address this was when there was smoke coming
7   in from the wood treatment plant?
8       A   That was 706.  Smoke was just in
9   the air.
10      Q   Smoke was in the air.  I'm sorry,
11  did you say address was 706?
12      A   Yeah.  I think 706 North 9th
13  Street.
14      Q   North 9th Street.  Smoke was in
15  the air?
16      A   Uh-huh.
17      Q   And how close, ma'am, was that
18  house to the wood treatment plant?
19      A   It was pretty close, but I
20  wouldn't -- I wouldn't, you know, know
21  exactly how close but it was close.
22      Q   Okay.  And what period of time
23  was it that you were living at that address?

Page 207

1       A   That's when -- I can't recall
2   exact what time it was.  I can't recall.
3       Q   Okay.  And, ma'am, why is it that
4   you think that the smoke that you could tell
5   was in the air was from the wood treatment
6   plant?
7       A   Because you could see.
8       Q   Okay.  And what -- tell me what
9   you saw?  What did you see?
10      A   Just smoke in the air was coming
11  from -- you could see the smoke coming
12  from --
13      Q   Was it coming from a smokestack
14  at the plant?
15      A   Yes.
16      Q   How many smokestacks, ma'am, were
17  there at that plant?
18      A   I don't know.  I couldn't tell
19  you.
20      Q   But you could see the smoke
21  coming from the smokestack at the plant?
22      A   Yes.  Uh-huh.
23      Q   That's a yes?

Page 208

1       A   Yes.
2       Q   And was the smoke a particular
3   color, ma'am?
4       A   Black.
5       Q   It was black smoke?
6       A   Yes.
7       Q   Was it in the air -- was it some
8   days it was in the air and some days it
9   wasn't in the air?
10      A   Oh, I can't recall that.  I'm
11  thinking it was.  I don't know, you know,
12  for sure.
13      Q   Okay.  You're thinking that some
14  days it was in the air?
15      A   Yes.
16      Q   And some days it wasn't?
17      A   Yes.
18      Q   Is that right?
19      A   Yes.
20      Q   And was there any particular odor
21  to the smoke at all?  I mean did it just
22  smell like smoke?
23      A   Smell like smoke.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 209

1    Q   You have a fire outdoors and
2  smell it?
3    A   Yes.
4    Q   So there was nothing unique about
5  this odor, is that fair to say?
6    A   Right.
7    Q   That's fair to say, there's
8  nothing unique about this odor, ma'am?
9    MR. CADE: I object to the form.
10   A   Right.
11   Q   And Mr. Taylor may have asked
12  this question, and I apologize if I'm
13  re-asking you this question, ma'am, but when
14  you were working at the Franklin Fergison
15  facility, ma'am, did you ever have accidents
16  at all there?
17   A   Yes, I did.
18   Q   Can you tell me about that?
19   A   I just pulled a muscle in my --
20   Q   Okay. All right. And did you
21  have some time off from work?
22   A   Yes.
23   Q   Did you apply for any workman's

Page 210

1  compensation?
2    A   Yes.
3    Q   Okay. Mr. Taylor asked about
4  that?
5    A   Yes.
6    Q   Just that one time, ma'am?
7    A   Yes.
8    Q   And do you know the name Roy
9  Ezell? Does that name ring at bell at all,
10  Mr. Roy Ezell?
11   A   I'm thinking he was over the
12  plant in Lockhart.
13   Q   Uh-huh. And did you know him,
14  ma'am?
15   A   No, I didn't.
16   Q   Okay. Did your husband speak of
17  him?
18   A   Not really.
19   Q   Okay. Ma'am, I think you said
20  earlier that you believe that your breast
21  cancer is associated with different
22  chemicals that came from the wood treatment
23  plant. Did I hear that correctly?

Page 211

1    A   No.
2    Q   Okay. I'm sorry. Is it fair to
3  say that you don't believe it's associated
4  or you don't know?
5    A   I don't know.
6    MR. MITCHELL: I object to form.
7    That's leading questions.
8    Q   I think I understand your answer.
9    MR. MITCHELL: I'm not trying to
10   prevent her from answering the
11   question.
12   MR. TER MOLEN: No, I know you
13   too well.
14  BY MR. TER MOLEN
15   Q   Ma'am, is there anything at all,
16  any injuries that you're suffering, that you
17  believe are associated with the wood
18  treatment facility?
19   A   I really don't know.
20   Q   Okay. Thank you, ma'am. And is
21  there anything that you're suffering at all
22  or have suffered from that any doctor has
23  told you is associated with the wood

Page 212

1  treatment plant?
2    A   No.
3    Q   Okay. Okay. No further
4  questions. Thank you, ma'am.
5    RE-EXAMINATION
6  BY MR. TAYLOR
7    Q   Two very quick ones. When was
8  the first time that anyone at any of the
9  meetings ever mentioned the possibility of a
10  lawsuit being filed?
11   A   I beg your pardon?
12   Q   You know the meetings you had at
13  the armory hall, do you recall at any time
14  during the course of those meetings anyone
15  mentioning that a lawsuit was going to be
16  filed?
17   A   I think they said they was gone
18  try and file to get one. Trying to.
19   Q   All right. Other than your
20  lawyers, have you discussed the fact that
21  you're filing this lawsuit with anyone else?
22   A   No.
23   Q   No. Haven't discussed it with

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 213

1   your doctors?
2       A   No.
3       Q   No one in your family?
4       A   No one but Sonia.
5       Q   Sonia. Okay. How about church
6   members or your pastor?
7       A   No.
8       Q   I'm just about finished. Can you
9   tell us about that discussion with Sonia?
10  What have you discussed with Sonia about the
11  lawsuit being filed, about your decision to
12  file the lawsuit?
13      A   Well, we just talked about it.
14  That's all. She knew -- she knew everything
15  about it because she filled out my
16  paperwork.
17      Q   Okay. Did you discuss with her
18  why you decided to file it?
19      A   No, I didn't.
20      Q   I think we're finished.
21  Ms. DeVaughn, thank you very much.
22          DEPOSITION CONCLUDED
23

Page 214

1           CERTIFICATE
2   STATE OF ALABAMA
3   COUNTY OF BUTLER
4       I hereby certify that the above and
5   foregoing deposition was taken down by me in
6   stenotype and the questions and answers
7   thereto were transcribed by means of
8   computer-aided transcription, and that the
9   foregoing represents a true and correct
10  transcript of the testimony given by said
11  witness upon said hearing.
12      I further certify that I am neither of
13  counsel, nor of kin to the parties to the
14  action, nor am I in anywise interested in
15  the result of said cause.
16
17      _____
        RENNY MCNAUGHTON
18      Notary Public
19      My Commission Ends 11/06/07
20
21
22
23

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

**A**

**ability** 10:8
172:10
**able** 11:23 12:3
13:8 56:8
89:15,16 91:8
106:20 121:6
145:10 149:3
**accident** 103:9
103:10,16,23
104:19 188:9
188:10
**accidents** 209:15
**account** 173:7
**accurate** 22:3
88:12,12
**act** 7:22 152:13
**acting** 7:4
**action** 1:5
214:14
**active** 174:16,17
**actual** 9:12
**Adams** 187:8,9
187:14
**add** 8:21 9:10
11:21
**added** 146:4
**addition** 185:4
**additional** 51:16
138:3
**address** 38:13
38:15,16 40:4
40:6,7 41:20
41:23 42:2,15
42:16,19 57:17
106:20 111:10
119:5,8,10,10
120:10,12
121:15 122:4
124:18,18,20
143:19 206:6
206:11,23
**addresses** 122:1
124:20

**admit** 190:3
**ads** 31:14 60:16
**adult** 171:6
**advised** 3:4
**affidavit** 22:1,10
22:14,16,21
23:3,4,17 24:5
24:15,16 25:9
37:21,22
**African** 28:20
104:11
**age** 11:5 28:16
167:21 168:13
**ago** 26:22 27:22
32:2 59:6
94:18 95:22
157:17,20
173:4,5 178:6
205:19
**AGREED** 2:2
2:11
**agreement**
95:15,16
**ahead** 25:1
29:17 32:12
33:23 92:20
102:1 153:10
185:12 192:19
**air** 67:17 81:16
135:1,4,6,8,9
206:9,10,15
207:5,10 208:7
208:8,9,14
**al** 1:6,10
**Alabama** 1:2,20
2:9,21 6:10 7:2
7:3,5,9 8:1
38:9 41:13,14
41:21 42:8,10
86:13 107:23
214:2
**alcohol** 148:18
148:22 195:12
**alive** 142:6

**alleged** 47:15
**Allen** 68:17,19
68:20 69:2,3,4
73:19,20,22
74:13 75:8
**Alston** 5:6
**altogether** 51:18
**AME** 81:2,3,4
148:12
**amended** 2:22
14:20,21
**American** 28:20
104:11
**Andalusia** 1:20
2:9 7:9 12:11
105:18 107:2,4
108:7,8,12
**Ann** 9:17,18
75:20,22 76:1
**answer** 8:9
30:15,19 31:2
53:6 113:4
119:15,17
141:15 192:19
211:8
**answered** 17:14
31:7
**answering** 25:8
211:10
**answers** 17:11
18:2 19:9
20:10 21:4
193:20,22
194:2,14 214:6
**anticipated** 31:8
**antidepressants**
180:17
**anybody** 34:11
172:7 200:14
204:12
**anyone's** 127:20
**anywise** 214:14
**apartment**
120:14 121:7

122:8
**apartments**
119:3 121:9,12
122:23
**apologize** 12:18
12:20 47:20
55:1 71:2
146:21 151:15
154:22 168:8
209:12
**appears** 100:20
**apple** 190:7
**application**
182:5,8
**applied** 178:12
178:16 181:3
182:19
**apply** 209:23
**approximately**
2:10 7:10
27:22 28:10,14
38:11 52:12,21
61:15 94:17
**April** 23:2
**area** 111:4
112:10,14
127:6 161:9,11
161:12 205:5
**areas** 127:2
**armory** 26:1,4,5
26:6,7,19 28:2
30:5,8 31:12
32:20 48:13
49:18 51:7,17
51:22 52:5,6
55:10,12 59:17
60:12 61:7
91:19 92:11
100:2 212:13
**artfully** 47:21
**aside** 21:18
**asked** 17:13,21
17:23 22:13
26:15 39:12

47:21 53:5
54:1,8,9 56:9
83:23 93:1
118:7 141:16
155:14 160:19
164:16 166:3
167:6 168:14
204:7 209:11
210:3
**asking** 16:15
31:1,2,6 32:11
48:21 70:19
87:10 122:22
149:2 156:1
168:7,16 203:6
**asks** 129:4
**assessment**
100:23
**assign** 2:16
**associated**
210:21 211:3
211:17,23
**assuming**
158:15
**asthma** 175:1,6
**asthmatic** 175:4
**Atlanta** 5:8
**attached** 13:4
**attacked** 39:21
**attend** 79:11
**attended** 34:12
51:8,12 52:22
61:12 63:7,19
64:4 74:13
75:5 76:2
80:12 83:10
**attending** 52:19
53:10 54:11
**attention** 87:22
90:22
**attic** 124:21
125:2,5,6,11
**attics** 125:4
**attorney** 29:8

# FREEDOM COURT REPORTING

attorneys 23:10
29:14
aunts 164:12
authorization
14:23
automobile
103:10,16
188:10
Avenue 6:9 38:9
38:15 40:12,19
40:20,22 42:15
42:17,20 43:2
43:4,12,17
45:8,20 119:8
119:9 123:9
124:11,18,20
avoid 91:8
aware 88:13
140:23 141:1
164:13
A-N-N 9:18
a.m 2:10 7:10

—————
**B**
B 4:6
baby 157:10
back 20:19
21:17 25:7
33:19 37:17
41:6 43:6,21
45:15 46:7,12
51:3 55:13
63:16 73:18
83:18 91:16
103:15 118:4
119:1 124:17
128:17 146:6
156:4 169:12
176:15 177:11
188:7
background
105:16
bad 142:20
143:3 185:5

186:21
ballpark 52:13
61:22 116:9
131:18
bananas 190:11
190:18
Baptist 86:15
barbecue 200:17
200:19
barium 174:1
base 81:10,11,16
based 105:16
basement
124:21 125:2,3
bases 81:13
basis 91:1
127:20
batch 128:19,20
bathroom
134:20,22
bear 166:5,23
becoming
167:22
bedroom 122:9
bedrooms 122:9
122:10,11,12
123:11 124:13
124:14
beg 33:12
212:11
beginning 90:6
belief 20:12 21:6
49:19 84:6,7
believe 10:7
48:21 49:4
113:10 118:8
118:17 154:4,4
156:17,21
165:19 166:8
179:10 182:17
194:17 210:20
211:3,17
believes 141:4
bell 210:9

benefits 178:13
178:15 181:6
182:12,20
183:4,14
Bernard 2:23
4:3 5:4
Berry 86:4
best 16:4 20:11
21:5
bet 47:18
Bethel 81:2
better 9:13
148:13 180:19
181:1
Beverly 69:19
69:21 70:1,9
71:5 72:6
104:8 145:18
145:20 146:17
146:18 149:7
149:20 150:11
152:12 154:18
157:14,15
big 177:12 202:5
Bird 5:6
Birmingham
6:10
birth 11:8
168:22 169:5
169:17,22
bit 29:1 145:17
146:10 180:6
bite 156:5
black 208:4,5
bleach 133:2,4
bleed 90:6
blessed 161:2
blood 101:17,22
153:12 185:10
185:17
blue 155:4,10
156:14,19
boiler 115:18
116:15

bones 174:6
born 38:5 41:10
41:11 70:9
71:13,14 110:6
147:3,14
169:13 170:16
bottles 202:4,5
bottom 22:6
122:13,15,16
135:7
bound 13:18
bowl 136:6
Box 6:4
Bradley 83:16
brain 153:18
brand 136:4
bread 190:21,22
190:22,23
191:1,3 195:22
196:3 197:6
break 10:17
14:2 50:18,20
50:22 51:1,4
63:11,14 87:8
89:8,10,11
155:17 156:3
156:10 203:7
breaks 202:22
202:23
breast 46:18,22
83:21 84:7,14
85:11,19 87:20
88:1,5,14 89:2
89:15,21 90:5
90:19 164:3,16
167:10,13
174:9,13 177:4
178:9 181:23
182:17 210:20
breath 30:23
breathe 101:15
breathing
175:10,14
bring 13:5,8

14:4,15 138:9
204:9
bringing 117:20
broil 200:23
broken 174:6
bronchitis
175:16
Brooks 74:16,19
75:1,4,8
brothers 162:10
brought 19:14
179:7 204:13
Brown 5:12 72:9
72:9
bug 129:21
130:13,19,20
132:2,3
bugs 132:14
building 111:22
112:2 122:14
122:17,19,20
123:2
buildings
111:20 137:11
burn 204:17
205:1,5,10
burned 41:5
43:4 44:14
202:13
burning 46:8
204:8
business 112:2
BUTLER 214:3
butter 198:15,21
Buttonhole 65:5
buttonholes
65:8 66:10,15
66:21
buy 198:12

—————
**C**
C 5:1 131:3
Cabbage 191:5
Cade 6:7 8:16

# FREEDOM COURT REPORTING

8:19,22 9:10
11:21 12:3,13
14:8 15:3 16:3
18:6,10,13,17
23:20 26:5,7
30:23 33:16,23
34:23 35:2,4,7
35:14 36:4,4,5
36:7,7,10,17
37:21 39:3,7
39:13,23 40:9
53:7,8,9,17
54:10 60:3
62:8,11,13,16
63:10 71:3
74:4 91:18
92:12,16,18,20
93:3,7,10,17
94:6,9,9,13
95:7,11 97:6
98:8 99:6
112:20 113:1
128:19,22
129:2 130:1
146:7 189:20
194:7 209:9
**call** 21:23 66:9
96:15 129:14
**called** 48:10
66:10
**calls** 93:7
**cancer** 27:4,6,7
29:19,22 31:11
32:13,16 34:17
37:6 46:18
47:1 82:23
83:1,21 84:7
84:14 85:11,19
91:9 118:10,19
164:3,16,18,20
173:7 174:13
175:12 176:7
177:4 178:9
180:7 181:23

182:17 184:17
210:21
**cancers** 32:22
34:4 164:21
165:12
**car** 103:9 104:15
**care** 153:7 180:1
**carefully** 179:12
179:12,13
**caregiver**
152:23
**Carraway** 75:10
75:12
**case** 8:7 14:21
15:2 132:19
**catfish** 193:5,7,9
**Caucasian** 28:20
104:12
**causally** 71:17
73:10 84:7
141:4 142:16
165:20
**cause** 7:12 31:10
138:20 214:15
**caused** 44:4 47:2
106:11 118:10
145:3 154:6
156:18,22
159:23 182:17
183:3
**cell** 143:23
**cells** 101:23
**cement** 137:9,10
138:5,6
**Center** 86:16
**certain** 15:14
17:1 77:11
92:5 118:3,6
193:18 194:13
**certainty** 194:1
**CERTIFICA...**
214:1
**certify** 7:4 214:4
214:12

**challenged** 71:4
**Chambers** 76:11
76:15
**chance** 37:19
**change** 38:14,16
**changed** 12:8
40:5 45:20
124:19 187:7
**charcoal** 200:11
**checked** 113:7
114:2
**cheese** 197:18
197:19
**chemicals** 47:2,3
47:8,16,17,23
48:7,19,22
49:5,6,13,20
50:10 51:13
60:18 68:5
113:15,16
129:5 156:23
210:22
**chemo** 10:4
101:9 186:21
**chemotherapy**
101:8,12,21
102:4,6
**Chicago** 5:14
**chicken** 198:22
198:23
**child** 76:12,13
127:3 155:1,3
156:13 159:14
169:13,14
177:8,20
**childbearing**
167:20 168:13
**childhood** 151:7
**children** 44:23
45:2 148:20
158:6,7,12,18
161:16 162:5
167:11
**Chilies** 191:10

**church** 80:23
81:1,2 83:8
213:5
**circumstance**
96:12
**circumstances**
16:22 22:15
**cities** 121:3
**city** 30:1
**Civil** 1:5 2:21
7:6,22
**cleaner** 134:22
135:3 136:6
**cleaners** 132:21
132:22 133:8
133:12,13
134:21
**cleaning** 132:23
**clear** 26:12
43:11 92:15
99:1 136:2,3
145:19
**Clorox** 133:1,4,5
135:3 136:9
**close** 165:6
206:17,19,21
206:21
**closed** 68:10
108:18 111:8
111:19 112:4
**closer** 9:8
**clothes** 117:2,4,5
117:12,15,21
125:21,23
126:3 138:9,11
144:19,22
145:2,3,5,11
145:11
**clothing** 65:1
67:17
**cob** 191:21,22
**Cobb** 75:14
**code** 38:10
**coffee** 199:3,6,9

**cold** 199:23
200:2
**Colom** 6:3
**color** 208:3
**Columbiana**
86:12,16
**Columbus** 6:5
**come** 21:17 27:3
27:5,8,12,15
28:1 32:13,15
34:18 46:7
49:8 50:8 54:1
57:9 83:8 91:6
116:22 130:17
130:20 132:3,5
138:17 146:5
156:4 204:21
205:23
**Comet** 132:23
134:23 136:9
**comfortable**
10:23 11:2
**coming** 32:18
49:12,19 50:11
51:13 156:23
177:12 206:6
207:10,11,13
207:21
**commencing**
2:10 7:10
**commercial**
127:10
**Commission**
214:19
**Commissioner**
1:17 7:4
**common** 39:10
**communicating**
92:23
**community**
32:21,23 50:10
57:13 61:13,14
61:18 63:6
162:20 163:6

# FREEDOM COURT REPORTING

comp 183:4,18
companies
111:4 112:12
company 65:1
111:8,11
132:10 138:23
139:2,9
compensation
182:20 210:1
complaint 14:20
14:21
complete 20:11
21:5
composed 13:20
compound
96:16,17
compounding
93:21
computer-aided
214:8
concern 33:5
54:16
concerned 27:16
29:2 32:10
33:9 34:3,7
concerning
31:10 58:4,16
60:17 93:14,15
concerns 32:20
58:5,15,22
60:17,22 62:23
CONCLUDED
213:22
conferred 27:4
confuse 16:17
confused 33:18
93:18
connotations
91:1
consider 75:1,3
constantly 186:4
construction
136:21,22
137:8 139:3,4

consume 148:18
148:22 192:18
198:1
consumed
193:21
contained
179:14,16
continue 166:23
continuously
66:1
contraception
168:5
contraceptive
168:17
contraceptives
167:21 168:2
168:12,15
contributed
118:18
control 168:23
169:5,17,22
convey 29:4
57:1
convince 89:15
89:16
cook 197:9
201:21,23
Coon 84:18
copied 190:4
copies 14:9
copy 11:16,19
11:19 12:4
14:19,23 15:7
23:17 25:9
55:22 56:2
copying 14:7
corn 191:16,19
191:21,22
correct 13:22
20:11,14,17
21:4 31:22
33:6 37:13
38:6 40:12
42:20,21 45:16

45:17,19 51:20
54:12 55:1
58:10 59:4
61:8 63:2
73:21 91:14
99:11 102:20
114:20 116:15
121:18 143:8,9
148:8 151:19
179:22 184:21
185:1 193:20
193:22 214:9
correctly 88:8
206:1 210:23
cough 145:8
counsel 2:4,13
2:15 7:7 12:6
21:21 48:18
119:17 214:13
counsel's 24:13
count 101:17
179:10
County 88:3
105:19 214:3
couple 24:14,17
32:2 45:9,10
61:19 62:1
88:11 194:16
course 8:12 10:9
114:21 149:6
160:15 170:22
212:14
court 1:1 2:6 3:5
3:6 7:1,23 8:11
11:22
covered 155:22
159:14
Covington 88:3
105:19
crackers 191:23
192:3,5,6,6,7,8
Cravey 77:23
78:2
Creech 75:18

creeks 126:15
126:16,23
crowd 35:18
cups 199:5
cut 98:19 145:7
cycles 101:7

─────────
D
─────────

D 1:18 2:5,22
4:1 7:1 100:21
dad 29:23 120:6
daily 132:21
134:13,21
135:2,8 136:7
190:21
dash 129:20
130:8,15 134:4
134:5
date 7:5 11:7
23:1
dated 14:22
100:19
dates 114:2
daughter 17:3
19:7,8 23:8,14
28:19 70:3,4
72:8 74:20
87:23 89:5,14
90:4 113:21
114:6 145:17
daughter's 17:3
17:4 20:3,5
Davis 1:6 64:4,5
64:8 68:9,11
68:14 69:12
day 2:9 3:2 7:11
17:17 24:9
46:13 170:1
197:16 198:7,8
199:5 202:3
days 155:4
208:8,8,14,16
dead 159:16,17
deals 38:2

death 77:12
156:19,21
159:21 160:1
160:18
Deborah 24:22
25:10,11,15,18
25:21 26:17
27:1,22 28:4
28:14 29:7,7
31:17,18 32:18
34:13,14,15,21
48:10,17 51:7
53:20,21,23
54:2 75:20,22
76:1
deceased 77:11
79:22 81:22
82:7 85:6,13
deceptive
122:23
decide 95:4 99:2
decided 97:9
213:18
decision 92:3
94:5,13,22
95:3 96:22
102:4 213:11
DEFENDANT
5:3
Defendant's 4:7
11:10,14 15:4
15:9,11,23
16:8 17:20
21:13,19,22
37:18 86:18,22
90:11 100:12
100:16,18
112:18 179:3,9
Defendant(s)
1:12
Definitely 178:7
deliver 149:12
delivered 152:4
delivering 2:23

# FREEDOM COURT REPORTING

Page 219

| | | | | |
|---|---|---|---|---|
| delivery 149:16 | diagnosed 46:18 | divorce 110:17 | Dothan 100:4 | E 4:1,6 5:1,1 |
| **Department** | 70:20 73:2 | 115:23 116:4 | 104:8,9 144:13 | 130:12 131:3 |
| 88:4 | 147:17 172:2 | divorced 44:19 | 144:14 173:18 | **Earlie** 76:9 |
| deposition 1:14 | 174:12 | 136:14 | 173:19 187:6 | earlier 12:8 74:5 |
| 2:4,18 7:20 | Diana 83:16 | doctor 71:16,21 | 188:2,20,22,23 | 91:6 118:7 |
| 8:11,14 10:9 | diet 200:5 | 73:9 84:12 | 189:2,3 | 133:12 141:15 |
| 11:15,17 12:12 | different 18:17 | 86:3,9 88:19 | Douglas 77:6,12 | 179:6 186:18 |
| 14:12 21:20 | 18:21 45:7 | 89:17 90:8 | Downey 134:12 | 210:20 |
| 38:2 86:22 | 74:8 135:21 | 91:5,6 99:8 | downstairs | early 45:10 |
| 100:17 102:23 | 166:4 210:21 | 102:5,7 151:19 | 123:1,3 | 109:23 |
| 105:5 156:5 | difficult 155:2 | 151:21 152:5,6 | downtown 46:6 | easily 180:2 |
| 179:7 213:22 | difficulty 151:1 | 154:10 155:10 | 110:23 111:1 | Eason 6:2 |
| 214:5 | 151:1 175:10 | 155:12 172:3 | 111:13 | East 2:8 7:9 |
| depressed | diminishing | 175:7 186:13 | Dr 86:4,6 99:14 | eat 127:19 156:6 |
| 180:18 | 118:16 | 187:21 211:22 | 99:17 100:21 | 189:23 190:11 |
| describe 122:7 | disability | doctors 99:11 | 149:11 152:1,2 | 190:18,19,21 |
| 123:7 124:11 | 181:22 | 152:18 155:8 | 152:3,4,18 | 191:1 192:1,11 |
| detail 44:22 | discovery 11:17 | 179:17 184:12 | 153:12 155:14 | 192:16 193:1,2 |
| 50:14 | discuss 84:6,10 | 187:6 188:16 | 156:12 184:13 | 193:7,9 194:23 |
| determine 49:11 | 213:17 | 213:1 | 184:19 185:7 | 196:3,7,13 |
| 95:4 | discussed 57:22 | doctor's 149:9 | 186:22 187:5,8 | 197:18 200:20 |
| DeVaughn 1:15 | 68:11 83:20 | 151:22 153:6 | 187:11,14,17 | 201:8,12,20,21 |
| 2:5 7:11,16,20 | 85:19 98:9 | document 15:12 | 187:20 188:3 | eating 191:2 |
| 9:3,5,6,11,20 | 212:20,23 | 15:12,13 16:10 | drink 126:7 | 195:8 |
| 11:18 12:4,17 | 213:10 | 16:12 17:8,10 | 148:10 190:8 | education 106:7 |
| 18:23 19:22 | discussing 90:4 | 17:12 18:5,7 | 195:12,13 | 108:20 |
| 20:8 21:1 22:6 | 95:7 | 18:22 19:11,17 | 197:13,15 | educational |
| 38:4 39:18 | discussion 84:2 | 19:18 20:20 | 199:3,16,19,20 | 105:15 108:22 |
| 44:16,16,17,18 | 92:17 98:7 | 25:5 45:19 | 200:2,4 202:3 | Edwards 82:2 |
| 46:20 50:7 | 186:18 213:9 | 46:1,17 90:11 | drinking 199:9 | EE 135:7 |
| 51:5 69:3,4,20 | discussions 30:9 | 182:16 | 199:10 | effective 2:22 |
| 69:21 72:8,9,9 | 31:9 32:21 | documents | Drive 5:13 | effects 142:15 |
| 84:13 86:23 | 33:3 48:17 | 13:19 | driver 104:15 | Eglin 81:16 |
| 88:17 102:11 | 58:19,21,23 | doing 30:14 | driving 104:17 | eight 192:21 |
| 140:15 142:6 | 89:13 93:2 | 102:23 105:7 | dropped 106:13 | Eighteen 106:16 |
| 146:6 159:19 | disrespectful | 128:3 139:21 | 106:15 | 106:18 109:14 |
| 180:4 213:21 | 70:18 | 144:11 | drowned 160:2 | 167:9,10 |
| develop 118:10 | distance 123:20 | Dorothy 1:15 | 160:3 | either 34:4 |
| development | 123:22 124:5 | 2:4 7:11,16,20 | drugs 180:7 | 93:12,13 134:3 |
| 151:6 152:12 | 126:14 | 9:5,5 11:18 | duly 7:17 | 172:11 |
| developmental | distances 124:8 | 18:23 19:22 | dust 117:15,17 | Elementary |
| 150:11 | District 1:1,2 | 20:7,23 22:6 | 117:22 | 107:21,22 |
| diabetes 147:18 | 7:23 8:1 | 38:4 146:11,13 | _____ | Eleventh 106:8 |
| 148:4 172:15 | Division 1:3 8:2 | 146:15,16,16 | **E** | 107:11,12 |

# FREEDOM COURT REPORTING

Emergency 40:9
40:10
Ends 214:19
enema 174:2
enjoy 128:5
enjoyed 128:3
Enterprise
141:11,12
143:20 144:12
162:3,4
entire 19:17
63:6 115:20
179:9
entry 131:3
envious 161:5
environment
47:4 67:10,16
Environmental
6:8
equipment 68:2
established 61:7
et 1:6,10
evaluated 86:3,9
88:2
evaluation 86:3
event 39:20
everybody 32:10
34:7 57:10
evidence 2:18
exact 207:2
exactly 97:22
206:21
exam 88:5
examination 4:2
7:13 9:1 203:1
examined 7:17
excuse 119:15
139:12 145:7
Exhibit 11:11
15:5,9,11,23
16:8 21:14
37:18 86:19
100:13,17
179:4,10

exhibits 3:3
exist 121:9,12
expect 106:19
170:12
experience
177:16
experienced
167:1
explain 16:12
39:9 156:14
174:3
explained 91:11
explaining 91:5
182:16
explore 28:23
explosion 44:5
exposed 47:6,17
47:22 48:6,19
48:22 49:4,6
50:9,10
exposing 49:12
49:20
exposure 47:2
156:22
Ezell 210:9,10

_____
**F**
fabric 134:2,10
facilities 112:13
189:5
facility 21:2
33:11 37:10
47:5,10 48:1,8
48:21,23 49:7
54:21 58:6,16
58:23 60:18
61:1 63:1 67:4
71:19 73:12
84:16 111:20
112:12 120:17
123:19 139:16
140:2 141:5
142:17,21
143:4,11

144:19 165:22
166:10 173:8
204:1,10,14
209:15 211:18
fact 115:5
178:20 212:20
factory 64:11,12
65:2 78:22
79:8 82:19
112:8 113:10
113:11,20
183:10
fair 26:15 99:4
209:5,7 211:2
fall 59:15,16,17
204:23 205:1
familiar 121:2
family 69:16
120:3,5 148:16
152:5,6 153:21
153:21 154:2
154:14,15,16
164:16,17
165:7,11,18,23
166:6 202:16
203:18,20
205:8,10,10
213:3
family's 117:12
145:5,11
Fannie 83:4,18
far 69:22 71:9
72:14 95:10
111:15 115:20
116:18 120:16
123:17 139:14
141:2 142:3
145:23 146:2
147:12 159:1
farm 127:5,6
farming 127:10
127:12
father 162:14,17
163:18 165:1

166:15
Federal 7:21
feed 167:11,13
feel 180:19
181:1 185:5
194:1
feeling 9:20 91:7
186:12
felt 88:1 189:16
female 66:17
87:19
Fergison 64:13
64:14,22,23
67:7,8,9
110:22 112:3,3
112:8 113:9,11
113:19 114:15
149:22 209:14
fertility 170:10
FF 135:11
fibers 67:17,18
fifties 109:23
Fifty 140:21
figure 12:10
34:18 153:16
file 72:17 94:6
94:23 95:6
99:2 182:4
212:18 213:12
213:18
filed 3:6 16:23
70:7 71:9
72:17,19 94:2
103:3,6 104:2
182:7 212:10
212:16 213:11
filing 94:15
212:21
filled 18:1,1
213:15
filling 16:9
finally 89:5
find 49:11 55:14
56:16 59:20

fine 8:16,18,19
8:22 15:3 16:5
117:18,18
146:7
fingernail
135:16
finish 30:15,19
62:22
finished 25:4
194:17,21
213:8,20
finisher 137:9
137:10 138:5,6
fire 43:7,14 44:1
44:4,23 46:2,3
209:1
fired 115:18
116:14
fireplace 202:13
205:11,13,16
firm 2:8 6:3 7:8
55:19 60:5
91:18 93:13
first 7:17 11:23
12:18 15:13,23
16:1 18:21
20:20 23:21
40:4 42:15,16
42:19 43:11
47:22 48:2,2
49:10,11 52:1
54:1 64:1
87:17 90:4,15
91:7 100:1,2
104:7 107:18
109:8 112:20
112:22 119:11
119:19 128:19
130:2 144:10
150:10 151:22
154:1,13 167:2
167:8 170:20
192:20 199:18
206:5 212:8

# FREEDOM COURT REPORTING

fish 192:12,18
192:23 193:7
five 50:23 87:21
88:14 89:22,23
90:20 129:17
129:18,19
130:8,14,23
158:12 159:15
161:7,22
171:10,11,13
190:12,19
Five-one 171:22
fix 201:18
flavored 198:12
flavoring 196:16
196:19
floor 122:13
123:5
Florala 21:2
25:16 30:3
37:10 38:9
40:12 42:12,13
42:19 43:12
52:23 53:2
103:18,19
111:2,3,13
114:22 118:23
119:12,20
126:7 141:21
142:12 159:9
159:11 160:10
161:9,12 163:2
178:1 188:13
188:14,20
193:6 202:10
203:10,14,16
203:18 204:17
Florida 137:4
189:10
Flowers 173:20
173:20,21
188:19 189:1,2
fluoroscopic
172:17

focus 100:22
folks 62:7 67:15
180:22 204:17
205:1
following 7:13
63:17,19 129:7
follows 7:18
food 189:22
197:5 198:15
Force 81:16
foregoing 7:6
20:8 21:1
214:5,9
Foreman 201:1
FOREST 1:10
form 2:14 8:8
92:18 209:9
211:6
formalities 8:5
former 140:7
165:7
forms 15:1
forth 128:17
204:9
forties 169:19
169:21
Forty-eight
159:22,23
Forty-five 71:6
71:7
found 47:8,22
48:2 83:22
four 51:17 63:5
63:20 87:21
88:14 89:21
90:20 96:9
101:6 146:22
147:1,2 158:8
158:18 191:14
fourth 59:3
60:15,20 61:4
97:5
Frank 44:16,16
44:17 109:9,10

Franklin 64:13
64:14,18,21,23
67:7,9 109:7
110:21 112:3,8
113:9,11,19
114:15 149:22
209:14
French 193:10
frequently 91:3
freshener 135:4
135:6,9
fresheners 135:2
135:8
fried 200:20
friend 74:3 75:2
friends 69:11,14
74:21,22
fries 193:10
front 17:18
37:20
fry 198:15,20
201:18
full 9:4 202:4
furniture 133:18
133:19
further 2:11
212:3 214:12

_____
G
_____
garage 125:13
garden 125:15
125:18 127:15
127:17,18,20
gardening 128:6
gas 44:5,5
200:11
Gayle 76:13,22
77:5,12
general 15:13,16
16:16 112:23
133:7
generally 54:14
genetic 153:15
George 201:1,1

201:1,3
Georgia 5:8
gestational
147:18 148:4
getting 67:17
101:23 181:4,5
181:11,21
184:11
Ginger 77:23
girl 28:7
girl's 28:16
give 9:12 15:8
15:17 23:20
24:1 31:2 53:5
56:9 101:3,6
105:5 113:8
134:19 185:10
194:16
given 13:17
14:19 22:2
102:22 194:2
214:10
gives 38:9
giving 36:23
37:5,14
go 14:2 25:1
29:17 30:4
32:12 33:23
37:17,23 39:15
41:7 50:13
55:13 73:18
80:23 84:4
88:2,18 89:17
91:16 92:20
98:21 99:7
100:4,4,6
102:1 105:3
106:3,22 108:6
118:4 119:1
125:6,10
128:17 131:7
138:1 141:20
142:2 151:10
152:17 153:10

155:16 159:8
160:12 173:18
173:19 184:23
185:3,7,12,13
187:22 188:4,6
189:6,8,12
192:19
goes 153:11
180:22 189:23
going 11:13,14
11:16 12:12
14:1,6 18:11
21:17 24:1
25:7 26:1,13
26:19 28:18
30:7,13,14
31:11 32:19
33:16 37:23
39:7 41:9
44:21 45:23
46:16 48:9
50:13 57:4
60:11,14 63:21
64:1 72:5
74:11 83:18
84:8,15 87:15
87:17 90:14
95:2,5,6 98:22
124:17 132:6
152:14 155:18
156:3 173:16
188:7 189:23
190:6 212:15
Goldsmith
84:20
GoMillon 84:22
good 9:22 12:5
13:19 42:7
74:21,22 97:12
97:14 124:8
140:6,7,11
148:12 155:15
174:14,15,15
174:22 180:1,1

# FREEDOM COURT REPORTING

180:6 186:12
201:2
**goodness** 89:4
157:13
**grabbing** 194:18
**grade** 106:9,12
107:10,11,12
107:15 108:3,5
108:21 109:2
**grains** 197:5,7
**grandchildren**
161:1,3 162:1
**grandfather**
164:7
**grandmother**
164:8
**greater** 50:14
**Greenville** 7:2
**Gregory** 6:7
**grill** 200:12,14
**grounds** 2:16
**group** 1:10 6:8
34:11 35:19,20
36:3,8,11
52:18 53:6,10
62:7,11,17
76:5 79:18
97:18 98:6
**grow** 127:14
**guard** 144:17
**guess** 45:9 51:15
95:13 97:2,3
106:2 150:16
169:19 203:4
**guessing** 169:19
**guy** 104:22
**guys** 63:12
95:17 96:15,17
**Gwen** 84:22

### H
**H** 4:6
**half** 111:17,18
120:18,20,22

124:6 155:19
**hall** 26:1,3,4,7
48:13 59:18
60:12 61:7
212:13
**hamburger**
201:4
**hamburgers**
200:20,23
**handicapped**
70:10,11
152:14
**handle** 156:2
**handwriting**
17:1,2,5,11
**happened** 22:19
32:8 36:13
39:19 44:7
71:18 95:20
98:7 160:8
183:3 194:9
**happening**
73:11
**Harden** 42:1,6
**hate** 190:2
**head** 72:20
**headaches** 72:20
72:21,22 73:2
73:6,10 159:3
185:5 186:17
186:19
**health** 15:15
20:8 86:16
88:3 129:1
140:7,8,12
142:15 160:14
161:19 162:8
164:1 165:14
165:19 166:7
174:13,14
176:21
**hear** 46:20
93:19 119:14
206:1 210:23

**heard** 73:4
186:17 205:18
**hearing** 214:11
**heart** 155:5,11
156:14,19
**help** 16:14
**helped** 19:9
**helpful** 72:7
**helping** 35:17
**helps** 186:23
**herbal** 180:21
**high** 106:4 108:9
108:9,10
**hire** 58:14 91:13
94:13 97:9
**hired** 56:12
60:21 96:6,13
97:6 99:5
**hiring** 98:11
**history** 87:1,4
87:14 172:15
**hobbies** 128:2,9
**hold** 63:9,18
**home** 43:19 44:6
46:3 50:8 56:6
116:22 117:21
138:10,17
144:20,21
201:16 204:9
204:13 205:11
**homes** 118:23
125:20 205:21
**hopefully**
166:23 189:16
**hormones** 170:7
**horrible** 166:21
**hospital** 87:3
149:13 173:13
173:16,21
188:19,22,23
188:23 189:2
**hospitals** 188:18
189:6
**hot** 199:18,19,20

**hour** 155:16,18
**house** 23:5 25:2
27:11,23 43:3
46:8 123:8,12
126:4 128:14
129:6 130:6,14
130:17 132:4
132:16 163:14
200:15 205:10
205:23 206:18
**household**
132:21 133:7
133:13
**houses** 126:15
**housing** 123:23
124:2,4
**Huh-uh** 27:20
49:16 52:10
69:17 75:15
77:16 78:9
110:18,18
128:4 143:5
148:23 154:9
167:17 171:20
176:12 180:5
202:17
**husband** 44:12
49:1,2 50:6
115:6,22 120:7
120:8 136:13
139:13 140:6,7
148:14,18
166:14 203:23
204:9 210:16
**husband's** 44:15
109:7 153:21
154:16 165:7
203:18
**hypertension**
147:21 148:1
**hypertensive**
185:15
**hyphen** 130:23
134:16

**H-A-R-D-E-N**
42:6,7

### I
**idea** 10:10 95:22
**idiot** 122:21
**Illinois** 5:14
**illness** 87:15
**illnesses** 140:23
141:3,16
**imagine** 192:22
195:7
**impression**
90:12
**increases** 185:18
185:21
**indicate** 45:23
132:20 133:18
145:20
**indicated** 27:23
51:6 72:5,7,11
73:19 129:11
134:21 164:23
179:6
**indicates** 176:10
**indicating** 14:11
143:2
**indication** 188:7
**individual** 49:6
**individuals**
63:18,19 64:2
**indoors** 129:8
**industrial** 114:1
163:7
**inferomedial**
87:20 90:19
**information**
13:21 15:16
16:21 20:9
80:11
**initial** 9:16
12:20
**injured** 44:9,11
44:13 45:3

# FREEDOM COURT REPORTING

103:12,14
104:20
**injuries** 139:13
140:1 141:3
142:15 211:16
**insect** 129:11,12
131:6,22
**insecticides**
130:16
**inside** 123:1
130:5,6 131:9
**insisted** 88:1
**inspect** 129:23
131:5
**intelligent** 88:21
**intend** 73:15
145:20
**intends** 72:17
**intention** 157:8
**interest** 118:1
**interested**
214:14
**internal** 91:4
**interrupted**
151:15
**invited** 51:7
**involved** 69:5,8
72:12 73:15,16
75:5 137:8,12
163:13
**issue** 51:13 95:7
**issues** 30:10
37:15 38:3
62:20,23 83:21
85:20 149:17

─────── **J** ───────
**James** 68:17,23
69:2,3,4 73:18
73:20,22 74:13
75:10,12 78:8
**Janice** 78:4,6
**January** 87:2
**Jay** 83:14

**Jeffrey** 159:18
159:19
**Jerry** 78:15
**job** 65:4,11 66:9
79:7 80:6
114:14,18
136:17 143:16
144:9,11
181:19
**jobs** 114:16
115:17 116:17
136:16,20
**John** 142:6,9
158:13
**Johnson** 188:3
**Juanita** 84:20
**juice** 190:7
**July** 1:19 2:9 3:2
7:11
**June** 14:22
**junior** 108:8

─────── **K** ───────
**Kandy** 75:18
**keep** 55:22
142:10 156:2
194:18
**Kelley** 77:15,19
**kept** 204:4
**kids** 43:9 120:7
120:8
**kin** 214:13
**kind** 28:11,13
66:7 67:21
68:1 112:1
131:14 133:11
134:10,22
135:13,18
136:7 138:3
144:15,17
153:3 162:13
165:19 166:7
177:19 180:22
181:21 183:14

185:23 198:10
**kinds** 112:14
132:14 136:15
136:19 153:22
**Kirkland** 140:15
140:17,22
143:10,13
158:13
**Kirk's** 162:6
**knees** 139:17,19
139:20 140:9
140:10,11
142:19,20,23
143:3,6
**knew** 31:8,18
57:8 80:2
82:17 89:1,21
213:14,14
**know** 8:3 9:7
10:11,13,18,21
11:2,18 18:6
24:23 25:3,12
25:20,22 26:17
27:17 28:8,13
29:12 30:1
32:14,17 33:20
34:18,19 35:9
38:18 39:1
41:17 46:12
47:3,6,11,12
47:19 48:4
49:15 52:15,22
53:20,21,22
54:2,4,5 56:20
61:17 64:2,3,4
64:7 65:17
67:13,19,20
68:5,7,18,19
68:21,21,22,23
69:2,6,9,22
70:7 71:9,12
72:1,3,4,14
73:1,7,20,20
74:1,2,13,16

74:18 75:12,21
76:1,10,13,14
76:18 77:1,2,8
77:9,13,14,17
77:21 78:19,20
79:4,5,7 80:6,9
80:21 81:9,15
81:17,19 82:10
82:15,15,22
83:4,6,9,12,15
83:17 84:3,18
85:4,5,7,10
86:6 88:7
91:22 95:10
96:16 98:11
99:3 101:7,12
101:20 105:21
110:14,15
112:1,6 114:6
114:9,10
115:20 116:18
118:20,21
121:20 124:18
126:16,19,20
126:22 128:1,5
129:14 130:5
130:10,16,22
131:15,16
132:14 136:3
136:17 138:6,7
138:8 139:15
141:2,14,17
143:14,19
144:14 146:1,2
147:12,17
149:18 150:8
151:8,9,16,17
153:9,10,14
154:7,8,23
155:7,9 156:18
156:19 157:2,6
157:13,19
159:1,5 160:16
160:17 162:9

162:19 163:5,9
163:11,12,15
164:4,5,15,17
164:19 165:1,8
165:10,17
167:16 169:10
171:16 172:17
174:2,4 175:8
177:3 180:3,6
180:17 181:4
185:23 202:15
202:18,19
204:12 206:20
206:20 207:18
208:11,11
210:8,13 211:4
211:5,12,19
212:12
**knowing** 28:6
**knowledge** 16:4
20:12 21:5
47:1 73:8 86:2
86:8 90:21
142:14 195:17
195:18
**known** 28:4
68:20 87:19
**knows** 12:6
**Krissie** 35:1,4,5
35:9,14,16,19
48:17
**Krissie's** 35:11
35:13

─────── **L** ───────
**L** 1:6 2:1 64:4
**lady** 19:13 73:22
**Large** 2:7 7:4
**larger** 97:18
98:6
**Larry** 187:9
**late** 12:15
**laundry** 125:19
133:2 138:14

**FREEDOM COURT REPORTING**

138:15
**law** 2:8 7:8
  55:19 60:5
  91:18 93:13
**lawn** 112:6
**lawsuit** 16:23
  26:2 28:2
  31:10 56:13
  68:12 69:5,8
  69:22 70:5
  71:9 72:12,17
  73:15 87:12
  93:15 94:1,2,6
  94:15,23 95:6
  99:2 103:4,4,8
  103:20 104:3
  105:3,9 141:18
  145:21 212:10
  212:15,21
  213:11,12
**lawsuits** 70:8
  103:6
**lawyer** 53:17
  56:9,12 58:14
  91:14 92:2
  95:18 96:6
  99:7 103:20
  104:6,12,12
**lawyers** 14:22
  30:9 31:10
  37:1 50:2 57:8
  58:21 60:1,21
  92:13 94:4
  95:12 96:14
  97:7,10 98:12
  99:10 212:20
**layoffs** 66:2
**leading** 2:14
  211:7
**leave** 46:2
  106:11 108:2
**leaves** 159:13
  205:1,2,5
**led** 22:15

**Lee** 149:11
  152:1,2,4,18
**Lee's** 152:3
**left** 42:8,10
  46:22,23 87:20
  88:13 89:2,14
  90:19 106:23
  107:7,14 109:1
  111:22 122:4
**legal** 21:23
**lesion** 90:18,23
**letter** 14:10,20
  14:21 55:16,18
  55:23 56:18,19
  56:21 57:8
  59:22,23 60:3
  60:9,21
**letters** 56:23
  57:7,11 91:17
  91:20 92:2
  114:3
**let's** 37:17 41:7
  56:15 58:19
  73:18 89:10
  93:22 94:21
  102:8 105:15
  116:21 146:9
  199:18
**Levy** 86:4,6
**life** 80:12 81:5
  140:17 155:4
  160:15 177:6
**lifetime** 171:1
**light** 104:22
**Lillian** 82:2
**line** 40:1
**liquid** 132:22
  133:13
**list** 57:16,18
  63:21 188:14
  193:16
**listen** 74:6
**litigation** 6:8
  8:12

**little** 9:8 10:18
  12:15 28:7
  29:1 33:18
  50:14,18,20
  62:2 63:11
  72:6 93:20
  117:18 122:23
  136:18 145:17
  146:10 152:14
  155:17 156:3,5
**live** 25:16 30:3
  40:17,20 41:2
  41:10,19 43:2
  45:7 119:2
  120:2 122:13
  141:8,9,10,11
  142:11 152:20
  161:8,11
  162:22
**lived** 38:10
  41:11,20 42:8
  43:3,12 112:10
  112:15 113:5
  113:23 118:22
  119:20,22
  121:13,21
  123:8 126:7
  127:5,9 162:23
  164:10 205:15
  206:5
**lives** 30:2 152:22
**living** 40:19
  144:20,21
  203:18,20,21
  204:17 205:7,9
  205:21 206:5
  206:23
**local** 7:22
**located** 108:12
  108:14 110:22
  113:16 120:9
  120:16,16
  123:18,23
  139:6 152:7,9

162:2 188:1,12
  189:3
**location** 12:9
  41:21 91:2
  108:15
**locations** 12:9
**Lockard** 5:5
  119:14
**Lockart** 21:1
**Lockhart** 33:10
  37:9,11 54:20
  54:21 58:5
  111:16 112:9
  114:22 115:7
  120:17 136:18
  163:3 165:21
  166:9 193:6
  202:10 204:1
  210:12
**long** 28:4 45:6,7
  47:19 52:11
  59:6,7,9 65:12
  68:8,19 71:11
  79:3,5,6 81:3
  81:19 82:14
  90:7,9 94:18
  95:22 99:16,17
  109:17 112:11
  115:8,10 116:8
  119:22 121:20
  131:13 132:6
  137:14 143:13
  163:12 171:7
  172:12 173:4
  173:17 178:4
  184:4,9 186:6
  195:8,8 199:8
  199:12
**look** 18:4 19:16
  117:17 123:9
  134:2 135:10
  169:12 179:11
  179:13
**looking** 16:8

100:22
**looks** 13:18
  18:20
**Lorrine** 78:12
**lot** 33:1 34:16
  62:6 67:14,15
  67:15 69:13,14
  72:23 96:21
  102:11 166:3
  174:21
**Louisiana** 47:5
  47:9,23 48:7
  48:20
**low** 11:1
**lower** 101:23
**LP** 114:3,4
**lucky** 169:20
**lump** 89:21 90:4
**lung** 46:19,23
  174:9 187:21
  187:21
**lungs** 175:12
  187:22,23
**lymphatics** 91:4
**Lynn** 85:1
**Lysol** 134:23

**M**

**M** 86:10
**machine** 66:23
**Madden** 78:6,8
**Mae** 76:9
**making** 95:3
  96:17
**male** 66:17,18
  66:19
**malignant** 90:23
**mammary** 91:4
**mammogram**
  88:6
**man** 73:23
  130:19,20
  132:3
**manufacturing**

# FREEDOM COURT REPORTING

Page 225

65:1 68:6
112:12
**map** 121:6,7
**maps** 121:2,2
**mark** 5:11 179:9
184:10 203:3
**marked** 11:11
11:14 15:5,9
21:14,19 86:19
86:21 90:11
100:13,16
179:4
**marriage** 140:12
**married** 109:3,4
109:11,18,21
110:2,11
115:12,14
136:13,16
138:10 203:11
203:14,15
204:2,16 205:8
**Marvin** 82:4
**mash** 67:1
**mask** 67:21
**mass** 87:19 88:1
88:13 89:2,14
91:7
**mastectomy**
46:22
**materials** 13:5,9
13:17 179:8,15
**Mathis** 155:13
155:14 156:12
**Matson** 78:4
**matter** 72:18
99:21 178:20
**Maw** 5:12
**Mayer** 5:12
**Mayor** 100:21
184:13
**Mays** 82:4,9,15
82:16
**ma'am** 13:22
14:5,9,16

15:18 16:3,9
16:14 20:14
21:9 23:4
37:20 40:3
42:20 44:4
48:3 70:12
76:16 80:19
94:9 102:17
130:10 135:15
137:21 145:7
146:21 183:17
203:9 204:23
205:8,19
206:17 207:3
207:16 208:3
209:8,13,15
210:6,14,19
211:15,20
212:4
**McNaughton**
1:18 2:6,23 7:1
214:17
**mean** 22:16,20
33:10 38:18,23
49:5 57:1
67:16 70:18
98:18 99:21
113:13,19
116:9 119:7
122:8 130:4,9
131:19 155:19
161:12 172:6
191:6,23 192:2
192:13 193:19
208:21
**meaning** 37:8
**means** 39:22
130:6,22 131:3
134:7 155:5
156:15 193:18
198:17 214:7
**meant** 39:12
**Mechanic** 79:9
79:10

**Medicaid**
178:17,18
182:3
**medical** 14:23
86:2,3 88:15
89:1 100:19
153:2,3 178:23
179:17,21
189:5
**Medicare** 13:20
13:21 178:21
179:22 181:3
**medication** 9:23
10:6 177:23
**medications**
10:3 149:5
177:19 180:9
**medicine** 185:11
185:23 186:3,7
**meet** 53:16
**meeting** 25:23
26:3,19 27:2
28:1 29:2 30:4
30:8 31:12,15
31:19,21 32:8
32:19 34:10,21
36:14,16,19
48:11,12,16
49:18 51:7
52:13,17,22
53:7,11,18
54:1,11,15
55:4,7,14,15
56:12,16,17,21
56:22 57:2,4,9
57:22 58:8,9
58:10,12,13,20
59:4,6,21
60:12,16 61:4
61:11,11,13
62:8 68:14
96:14,18,19,20
97:2,5 98:2
100:1,2

**meetings** 51:9
51:12,16 57:16
59:1 63:5,6,20
63:20 68:15
74:14 75:5
76:2,5,20
79:11,16 80:13
83:10 91:19
92:9,11,12
93:1 96:9,9
212:9,12,14
**Melanie** 76:11
76:13
**members** 69:16
153:20 154:15
213:6
**Memorial** 87:2
**memory** 172:3,4
**men** 168:7
**menopause**
167:15
**mental** 71:8,17
**mentally** 70:20
71:3,11
**mentioned** 74:4
212:9
**mentioning**
212:15
**metastasize** 91:3
**metastasized**
46:19
**metastasizing**
91:9
**method** 168:17
**middle** 1:2 8:1
9:16 12:20
**migraine** 73:2
**mile** 111:17,18
120:18,20,22
124:6
**miles** 41:16
113:6 114:1
**military** 81:13
**milk** 197:13,15

**mill** 27:16 29:2
32:10,14 33:9
34:5,19 37:7,8
37:10 49:9,12
49:13,19 50:7
50:11 54:17,18
58:4 82:20,21
137:19,22
**Miller** 88:7
**mine** 142:10
**minutes** 21:18
24:14 50:23
88:11 116:22
194:16 203:5,7
**mischaracterize**
33:17
**miscommunic...**
74:12
**missed** 139:12
**Mississippi** 6:5
**misunderstood**
29:3
**Mitchell** 6:2
62:13,14,17
92:13 93:3,8
94:10,14 95:8
95:11 97:6
99:6 157:3
190:14 211:6,9
**Mizell** 87:2
149:14 173:14
173:15 188:20
**Mobile** 189:6
**Molen** 4:4 5:11
203:2,3 211:12
211:14
**mom** 120:6
**money** 181:11
183:19
**Montgomery**
189:8
**month** 59:8
132:5 181:15
184:6,6 190:9

**FREEDOM COURT REPORTING**

190:9,12
191:17 196:12
196:14,20
199:1,2 200:3
**monthly** 129:18
129:20 130:9
130:15,23
191:16
**months** 150:7
191:8
**mother** 29:23
74:20 76:23
77:2 162:13,15
163:12 166:15
**mouth** 190:17
**move** 9:8 42:11
122:5 163:2
203:13
**moved** 41:5,6
42:13,18 43:5
43:11,16,21
45:15 203:10
203:15
**mower** 112:6
**multiple** 15:12
**Murray** 187:20
**muscle** 183:5
209:19

**N**

N 2:1 4:1 5:1
**nail** 135:11,12
135:14,18,22
**nails** 135:17
**name** 9:4 19:6
20:4,5 24:23
25:3,12 26:18
35:12,16 36:4
38:4,4 44:15
54:6 57:17
64:21 67:6
74:5 86:4,9
104:5,7,14
106:21 107:17

109:7,8 113:8
113:8 129:15
129:16 132:9
132:13 133:21
134:19 135:10
136:3 139:2
149:9 151:22
169:14 173:22
188:23 203:3
210:8,9
**named** 88:7
140:15 142:5
**names** 63:21
137:11 164:7
**Nashville** 137:3
**nature** 87:12
**near** 111:4
127:2,6,9
171:5
**necessary** 2:12
202:23
**neck** 176:15
183:5 188:8
194:18
**need** 9:8 33:19
38:3 50:18
87:6 119:16
128:17 154:21
155:1 170:13
**needed** 99:7
102:5 155:22
**neighborhood**
204:13
**neighbors**
127:22 205:4
**neither** 214:12
**neutropenia**
101:11,13
**never** 37:3 98:9
114:21 127:9
143:4 151:9
174:5 202:12
New 39:20,22
**newspaper**

31:15
**newspapers**
60:17
**nicely** 13:18
**Niceville** 136:23
137:2,4,5
138:18 139:7,8
**Nicole** 85:1
**night** 13:2,3
92:17
**Nineteen** 109:12
**nod** 9:14
**node** 91:4
**Nolen** 86:10
**nonpregnancy**
170:22
**normal** 8:3
147:11
**normally** 193:1
198:20
**North** 40:11,21
42:14 43:2,17
45:8 119:2,6,8
119:11,18
120:11 121:7,8
121:11 124:11
124:19 206:12
206:14
**Northern** 1:3
8:2
**Northside** 122:4
**Notary** 2:6 7:3
214:18
**note** 100:19,20
**notice** 8:5,6
11:17 12:1,7
12:19,19 13:1
13:4,6 14:10
150:10,17
**noticed** 151:6
**notices** 13:21
**notifying** 91:18
**number** 11:11
11:14 13:19

15:5,9,11,23
16:9 17:20
21:14 37:18
50:15 57:18
86:19 100:13
102:12,17
112:18,18
113:4 143:22
143:23 146:22
147:2 155:15
179:4
**numbered** 18:7
**numbering**
18:21
**numbers** 32:22
179:11
**N-O-L-E-N**
86:12
**N.W** 5:7

**O**

O 2:1
**object** 92:18
209:9 211:6
**objections** 2:13
2:16 8:7
**obtain** 88:15
**obtained** 115:23
**obviously** 51:3
108:11
**occur** 103:17
104:19,21
160:5 173:2
175:21
**occurred** 22:18
26:8,16 46:3
52:14 55:7
58:10 77:12
103:23 160:19
173:3 176:3
183:12
**occurring** 90:8
**October** 26:11
26:20 32:1

51:23 52:12
**odor** 208:20
209:5,8
**offered** 2:18
**office** 35:2 93:5
93:8,11 100:10
**offices** 2:7 7:8
93:4,13,13
100:6
**Oh** 25:19 28:6
34:13 40:2
41:11 61:17
74:1 76:17
81:3 127:1
135:6 137:5
147:1 157:13
169:18 182:21
196:11 208:10
**okay** 9:15 10:2,6
10:23 11:4
12:2,5,21 13:3
13:15 14:1
15:2,22 16:14
16:18 17:7,23
19:2 21:16
22:3,4,9,12,13
22:21 23:1,6
23:19,22 24:9
24:12,17,21
25:4,14,20
26:13 27:1
28:8,22 29:5,7
29:10,20 30:1
30:19,20 31:4
32:7,12 33:23
34:20 35:9
36:2,6 37:17
37:22 38:18,23
40:8,14 41:7,9
41:13 42:3,7
42:18 43:1
44:6,13,21
45:5,18,22
46:1,10,15

# FREEDOM COURT REPORTING

| | | | | |
|---|---|---|---|---|
| 48:5,12,15 | 132:20 133:11 | 197:22 199:2 | **P** | **passed** 76:12 |
| 49:2,10,17 | 138:1,8 140:6 | 200:3 201:13 | **P** 2:1 5:1,1 | 80:9 82:12,22 |
| 50:6,22 51:22 | 140:10 141:20 | **oncologist** | **Pacific** 47:5,9 | 85:15 |
| 52:3,17 53:20 | 144:1,22 | 184:15 187:12 | 48:1,8,20 | **pastor** 213:6 |
| 54:7,18 55:6 | 145:16 146:3,9 | 187:15,18 | **package** 179:8,9 | **patience** 51:5 |
| 55:20 56:6,15 | 148:3 149:12 | **ones** 121:13 | **packet** 13:13,17 | **patient** 87:18 |
| 56:19 57:6,12 | 149:19 150:10 | 212:7 | 179:14 | 88:2 90:18 |
| 57:15 58:12 | 152:15,20 | **operation** 60:23 | **page** 4:2 5:12 | 99:18,23 100:3 |
| 59:3,23 60:13 | 153:9 156:7,9 | 64:15 116:4 | 18:4,12,18,22 | **patient's** 90:21 |
| 62:19 63:12,13 | 156:17 157:16 | 141:5 142:17 | 19:17,18,19 | **payments** |
| 63:21,22,23 | 159:13 162:7 | **operations** | 20:19 90:10 | 181:22 |
| 64:7,17 65:3 | 165:10 169:11 | 116:23 118:9 | 112:18 128:22 | **Peachtree** 5:7 |
| 68:8,17 69:1 | 169:16 172:14 | 154:5 165:21 | 128:23 129:4 | **pedal** 67:1 |
| 69:10 70:11 | 173:15 174:1 | 166:9 | 189:17,21,22 | **pelvic** 88:5 |
| 71:16 72:4 | 175:9 178:15 | **Opp** 41:12,13,13 | 190:1,3 193:17 | **people** 29:19 |
| 73:8,14 74:12 | 179:18 181:3 | 41:21 42:8,10 | 194:4,5 | 32:15 34:9,11 |
| 74:18 75:20 | 181:14 182:4 | 42:11 43:11 | **pages** 179:11 | 34:17 52:21 |
| 76:19,22 77:14 | 183:1 188:12 | 107:19,20,21 | **paid** 179:22 | 53:2,10 54:11 |
| 78:15 80:1,21 | 192:12 193:23 | 107:22,23 | 181:7 183:20 | 61:15 62:3,6 |
| 81:1,3 82:18 | 194:22 196:5 | 132:12 152:10 | **Paint** 128:14 | 67:12,15 96:21 |
| 83:3,6,16 84:1 | 196:15 197:23 | 162:23 173:10 | **painting** 128:11 | 162:19 163:6 |
| 84:12,18 87:12 | 199:3,5 201:2 | 173:11 | **pan** 200:21 | **pepper** 197:2 |
| 87:13 90:13,17 | 202:20 203:13 | **opportunity** | 201:18 | **Percocet** 10:5 |
| 91:16,23 92:7 | 204:7,12,16,23 | 23:21 24:2 | **Pap** 88:5 | **perform** 172:20 |
| 93:6 94:4,12 | 205:4,13,15,18 | **oral** 3:1 7:12 | **paperwork** | **performed** 79:8 |
| 95:14,17 96:20 | 205:18 206:3 | 168:1,15 | 213:16 | 143:17 |
| 97:4,13,21 | 206:22 207:3,8 | **Orange** 42:4 | **paragraph** 46:1 | **performing** 66:8 |
| 98:3,10,19 | 208:13 209:20 | **order** 66:21 | 46:16 101:2 | 144:9 |
| 99:4 101:20 | 210:3,16,19 | 182:11 | **paralegal** 35:15 | **period** 40:18 |
| 102:8,8 104:14 | 211:2,20 212:3 | **ordered** 88:6 | **pardon** 33:12 | 65:14 66:2 |
| 104:23 106:6 | 212:3 213:5,17 | **original** 3:1 | 212:11 | 89:19 90:3 |
| 106:14 107:5 | **old** 28:14 71:5 | **Orlando** 35:16 | **parents** 28:8 | 112:15 151:18 |
| 107:17 108:11 | 87:18 105:22 | 48:17 | **part** 15:11,12,15 | 167:2 171:8,14 |
| 109:6 110:19 | 106:1,14 107:6 | **outdoors** 129:9 | 71:8 103:15 | 172:11,12 |
| 112:7 113:14 | 107:10,14 | 209:1 | 189:18,20 | 173:17 186:6 |
| 113:22 114:14 | 109:10,13 | **outline** 155:23 | **particular** 12:23 | 202:22 206:22 |
| 115:14,19 | 140:20 142:8 | **outside** 131:8 | 99:8 138:22 | **periods** 66:3 |
| 116:3,7 117:5 | 147:13 150:14 | **ovarian** 164:18 | 208:2,20 | **person** 19:4 74:8 |
| 117:20 119:13 | 151:3 159:21 | **oven** 201:5,6 | **particularly** | 77:17,21 82:5 |
| 120:8,8,22 | 161:14 167:2,7 | **overtalked** | 74:6 | 85:13 |
| 121:5,11 122:7 | 170:19 | 54:23 | **parties** 2:3,15 | **personal** 74:3 |
| 123:7,17 | **once** 57:7 132:5 | **over-the-coun...** | 214:13 | 166:22 |
| 124:10 129:2 | 135:12 191:6,7 | 180:8 | **pass** 155:1,3 | **personally** 53:16 |
| 130:12 132:18 | 196:4 197:17 | **O-P-P** 41:14 | 157:8 | **pharmacy** |

# FREEDOM COURT REPORTING

Page 228

177:22 178:1,5
**Philadelphia**
160:6,7,20
**Phillips** 78:17
78:19,21 79:10
79:20
**phone** 57:18
96:14 143:22
**physical** 87:1,4
**physically**
139:20 174:17
**physician** 88:7
**pick** 134:18
204:21
**pills** 10:4 168:23
169:5,17,22
180:11,18
**place** 203:21,22
**placed** 17:11
**places** 126:6
**plaintiff** 6:1
94:1 141:17
145:21 146:5
**Plaintiff(s)** 1:8
**planning** 101:3
101:6
**plant** 51:13 84:9
111:16,18
112:3,10 114:1
114:15,23
115:3,6,7
116:3,5,22
117:1,23 118:9
118:12,18
136:19 142:3
143:8 154:6
157:1,4,5
159:6 160:9
202:10 205:23
206:7,18 207:6
207:14,17,21
210:12,23
212:1
**plants** 112:14

163:7
**plastic** 13:18
**play** 30:21
**Plaza** 119:2,6,11
119:18 120:11
121:7,9,11
122:4
**please** 3:4 9:4
11:5 19:6
70:16 87:9
88:23 124:12
189:21
**Pledge** 133:18
133:21
**plenty** 40:8
**point** 10:14
22:22 29:1
30:22 58:14
91:13 92:6
98:22,23 99:1
99:6 118:7
121:6 139:13
150:6 151:17
**pointing** 36:6
**polish** 133:18,19
135:11,12,16
135:19,22
**pond** 193:6,8
**Porter** 85:3,4,5
85:10,19
**portion** 15:16
87:20 90:14,20
98:2
**possibility** 212:9
**potatoes** 195:3,8
**pouch** 13:17
**Powell** 2:8 7:8
**Practice** 7:22
**practicing** 152:7
**pregnancies**
66:5 146:11
148:1,5 158:16
170:12
**pregnancy**

146:10 147:8
147:11,19
149:6,10 150:5
150:7 158:1,22
167:8 169:6,13
170:21
**pregnant** 149:19
167:22 170:21
**preliminary**
23:23 50:17
**prepare** 201:3
201:15
**prepared** 17:9
17:10 182:14
182:15
**preparing** 16:10
22:10,14
**prescription**
180:7
**present** 87:14
**presentation**
35:20,23 36:3
36:8
**preserve** 92:1,5
**pressure** 153:12
185:10,17
**pretty** 9:22 11:1
102:10 136:12
140:11 174:14
174:16,16
180:2 190:2
195:6 196:7
203:14 206:19
**prevent** 167:22
211:10
**primarily**
201:21
**primary** 152:23
173:16
**prior** 2:18 27:21
28:5 30:7
31:11 32:18
38:14,14 40:18
40:20 41:1

58:20 60:15,20
131:23
**private** 96:18,19
**probably** 14:2
35:7,17 47:20
65:21 114:8
155:16 177:15
182:10 196:4
**problem** 159:2
166:7 177:12
**problems** 72:20
140:1 142:16
147:10 149:17
150:12 151:8
151:12 152:12
153:17,22
154:2,6,14,16
158:1,11,16,21
160:15 161:19
162:8 164:2
165:15,19
172:3,4,10
175:11,13
176:16,16,22
188:8
**procedure** 2:21
7:6 172:21
**proceedings**
7:14
**process** 95:3
**product** 129:8
131:14 168:17
**PRODUCTS**
1:10
**profession** 21:23
**project** 123:21
124:1,3,4
**projects** 137:7,8
**properly** 87:17
**protective** 68:2
**provide** 187:2
**provided** 53:13
86:2
**providing**

184:20
**proximity**
126:14
**public** 2:7 7:3
51:8,12 96:9,9
97:5 98:2
100:1 126:10
141:23 142:2
202:2 214:18
**pulled** 183:5
209:19
**purchased** 202:9
202:12
**purpose** 54:15
**purposes** 11:15
21:20 86:22
100:17
**pursuant** 7:5,21
**put** 19:9 57:17
65:8 66:9,14
66:21,23 102:2
113:18,19
114:4,6,8,10
131:9 172:21
190:16 204:20
**puts** 186:1
**P.O** 6:4

_____

**Q**

**question** 2:15
8:8 10:14,15
17:13 18:12
25:8 26:13,15
30:16,19 31:6
33:22 38:17,19
39:8 47:19
53:4 62:23
74:7 92:22
96:16 113:5
118:7 122:22
141:16 166:3
168:10,11,14
192:20 194:11
209:12,13

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

| | | | | |
|---|---|---|---|---|
| questionnaire<br>15:1,8,14,17<br>17:1,18 20:9<br>21:3 105:17<br>112:17,23<br>128:18 189:19<br>questions 2:14<br>14:3 16:16<br>17:21 18:1<br>23:23 24:17<br>32:11 50:16<br>87:7,10 98:23<br>129:1,5 154:21<br>155:15,21<br>166:22 168:8<br>184:11 189:17<br>203:4,6 204:8<br>205:20 211:7<br>212:4 214:6<br>quick 63:11<br>212:7<br>quickly 50:18<br>102:10 136:12<br>179:12 190:2<br>quit 137:19,22<br><br>―――――<br>R<br>―――――<br>R 5:1<br>radiation 102:2<br>177:3,5 179:19<br>187:14,17<br>Rafael 100:21<br>ran 104:22,23<br>range 171:9<br>ranged 171:6<br>raw 201:22<br>read 8:14 20:8<br>21:1 24:14,16<br>33:19 63:21<br>87:15,16 88:8<br>90:14,15 127:3<br>134:3,4 175:1<br>reading 25:4<br>real 186:21 | really 16:20<br>28:13 38:2<br>48:4 52:15,16<br>54:5 99:3<br>100:3 101:11<br>131:16 143:14<br>150:9 168:5<br>172:5,6 210:18<br>211:19<br>reason 10:15<br>12:6 71:8 87:9<br>88:22 118:15<br>118:17<br>rebuild 43:5<br>rebuilt 43:19<br>recall 16:9 17:8<br>22:10,14 24:4<br>26:8,16 35:22<br>36:10,20,23<br>37:5,14,16<br>41:2,23 42:2<br>48:5 51:14<br>52:8,9,11,16<br>52:18 53:9<br>54:10,12,14<br>55:6,8,9 57:15<br>57:21 58:9<br>59:15 60:10<br>61:10 62:7,16<br>62:20 63:5,17<br>65:15 74:13<br>75:4 76:4,7,8<br>76:19 79:13<br>80:11 85:15,18<br>85:22 89:20<br>90:7 91:5 93:1<br>93:2,6 94:12<br>94:17,20,21<br>95:1,2,6,14,20<br>96:12 97:21<br>98:13,14,14,17<br>102:3 103:22<br>104:2,5,14<br>105:12 106:19 | 106:20,21<br>109:20 110:16<br>110:21 111:3,7<br>111:10,15<br>112:7,11 115:8<br>115:9,17 116:5<br>116:8 117:23<br>119:22 120:9<br>120:15 126:13<br>126:17 131:3,4<br>132:13 134:21<br>136:7 137:7,11<br>141:7 143:16<br>147:7 149:1,3<br>149:5,9 151:23<br>157:23 158:2,3<br>158:4 160:22<br>162:15,16<br>163:19,21,22<br>163:23 164:10<br>165:2,4 167:1<br>167:16,18,19<br>168:10,16,20<br>168:22 169:21<br>170:6,9,15,18<br>171:7,13,16<br>172:10 176:3<br>176:11,13,17<br>177:2,4,9,10<br>177:11,15,18<br>182:7,10,14,16<br>183:12,20,22<br>184:4 199:11<br>202:8 205:6<br>207:1,2 208:10<br>212:13<br>receive 188:16<br>received 24:7<br>25:9 56:19,21<br>57:7 91:17<br>99:13,16 170:9<br>179:21 188:18<br>receiving 60:20<br>93:7 153:2 | 184:12<br>record 13:15<br>14:18 39:6<br>51:4 63:16<br>100:19 174:23<br>176:9<br>records 175:18<br>179:20<br>red 104:22<br>193:2,3<br>refer 39:19<br>reference 20:21<br>references 87:3<br>referring 18:14<br>18:16 22:1<br>26:17 34:6<br>35:15 37:9<br>39:23 53:23<br>54:19 74:8<br>130:1 143:1<br>refilled 186:9,11<br>186:14<br>refined 200:9<br>reflect 13:16<br>14:18<br>refreshed 156:6<br>regarding 37:6<br>58:22 60:23<br>62:23 63:1<br>regards 57:1<br>58:15 60:22<br>61:12 62:20<br>71:7 94:5,14<br>194:11<br>regular 127:20<br>132:23 190:18<br>related 25:19<br>71:18 73:10<br>84:8,15 141:4<br>142:16 165:20<br>165:20 166:9<br>relationship<br>25:17<br>relatives 69:7 | 70:1 73:15<br>100:10 164:1,2<br>release 14:23<br>47:16 49:5<br>released 47:4,9<br>47:23 48:7,19<br>48:22 49:7<br>religiously 170:2<br>remember 16:5<br>16:6,7 23:18<br>27:18,19 29:4<br>29:6 35:10,11<br>59:8 65:17<br>80:8 118:11<br>127:4 164:7<br>remover 135:12<br>135:14,18<br>removes 135:19<br>Renny 1:18 2:5<br>2:22 7:1 30:17<br>214:17<br>repeat 10:16<br>118:4 119:17<br>190:6<br>repellent 129:12<br>129:12,23<br>131:6<br>repellents 131:5<br>131:23<br>Reporter 2:6 3:5<br>7:2<br>represent 11:16<br>15:10 21:22<br>56:13 58:15<br>60:22 86:23<br>94:14 95:17<br>100:18<br>represented<br>103:19 104:6<br>representing<br>94:5,7<br>represents 214:9<br>request 13:5<br>reserved 8:10 |

# FREEDOM COURT REPORTING

Page 230

| | | | | |
|---|---|---|---|---|
| **reside** 38:8 | 18:17 20:6,18 | 184:14 187:16 | **says** 18:9,23 | **see** 11:23 13:4,6 |
| **resided** 40:11 | 22:8 23:9 | 189:4 190:20 | 20:7,23 22:6 | 14:3 16:14 |
| 42:14 | 24:11 25:10 | 194:18,19 | 23:2 37:23 | 18:8,22 19:21 |
| **resolved** 105:9 | 27:14 29:17 | 195:7,10 201:2 | 38:3 39:16 | 20:6,19,20 |
| **respective** 2:3 | 30:7,18 31:5,5 | 203:17 208:18 | 40:10 46:17,21 | 22:5 28:23 |
| **response** 9:13 | 35:11 36:13 | 209:6,10,20 | 100:23 101:3 | 31:14 90:12 |
| 205:19 | 37:11,17 38:6 | 212:19 | 113:7 129:6,19 | 99:8 100:23 |
| **responses** 8:9 | 38:7,12 40:1 | **Riley** 78:2 | 129:20,23 | 101:2,4 102:9 |
| 15:14 105:17 | 40:13 41:15,18 | **ring** 210:9 | 130:13,13,14 | 109:22 119:1 |
| **responsive** | 43:10,13,18,20 | **ringworms** | 133:17 135:8 | 147:1 152:17 |
| 155:20 | 43:23 44:9 | 177:13,18 | 150:22 190:8 | 161:7 164:6 |
| **rest** 45:18 | 45:22 46:2,7 | **rise** 16:22 | 191:10,10 | 207:7,9,11,20 |
| 148:13 | 46:15,21 48:14 | **roaches** 132:17 | **scared** 89:3 | **seeds** 195:1 |
| **result** 38:14 | 48:15 52:2 | 132:19 | **scent** 145:9 | **seeing** 24:4 |
| 47:15 139:14 | 53:3,4 54:7 | **Robinson** 83:4,7 | **scheduled** 14:12 | **seen** 12:23 15:18 |
| 139:15 140:2 | 55:22 57:21 | 83:14,18,19,20 | **school** 105:18,19 | 60:16 88:4 |
| 181:22 183:15 | 58:7,8,18 | 84:6 | 105:23,23 | **selected** 27:11 |
| 214:15 | 60:15 61:3,10 | **room** 67:12 | 106:4,12,21,22 | **send** 57:8 |
| **retained** 3:5 | 61:23 62:21 | 125:19,20 | 106:23 107:1,7 | **sense** 40:8 |
| **retardation** 71:8 | 63:16 65:20 | 168:6 | 107:8,13,18 | 101:18 |
| 71:17 150:12 | 66:7 67:2 | **Rowe** 5:12 | 108:3,9,10,11 | **sent** 99:10 |
| **retarded** 70:21 | 69:18 70:2 | **Roy** 210:8,10 | 108:16 138:2 | 138:14,15 |
| 71:12 | 72:10 75:22 | **Royce** 81:23 | 141:20,23 | **sentence** 40:15 |
| **retire** 65:16 | 79:2 88:10 | **Rule** 2:20 | 142:2 151:10 | 87:18,22 101:4 |
| **retired** 65:18 | 93:22 98:1 | **rules** 2:21 7:5,23 | 159:8 160:12 | **sentences** 90:16 |
| 102:21 150:3,4 | 105:2,19 106:3 | | 205:9 | **separate** 117:3 |
| **retirement** | 107:23 108:1 | ——————— | **seamstress** 65:6 | 145:4 |
| 181:6,10,19 | 110:6,9 113:1 | **S** | 66:11 | **separately** |
| **retrieve** 56:8 | 115:21 119:16 | **S** 2:1 4:6 5:1,3 | **seats** 11:1 | 117:10,11 |
| **return** 46:10 | 124:5,7 126:18 | 6:1 86:4 | **Sebera** 77:12 | **September** 11:9 |
| **review** 23:21 | 133:20,22 | **salmon** 201:8,12 | **second** 14:2 | 38:5 |
| 37:19 | 135:1 136:10 | **Sandra** 75:14 | 15:15 45:23 | **series** 98:23 |
| **Reynolds** 53:21 | 136:10 139:11 | **Sara** 80:17,18 | 46:16 52:4,13 | **serious** 90:23 |
| 53:21 54:2 | 139:22 140:14 | **sat** 17:15 | 52:17 55:13,14 | **set** 21:17 112:20 |
| 75:20,22 76:2 | 141:13 143:21 | **save** 14:6 | 55:15 56:12,20 | 112:21,22 |
| **re-asking** | 146:11 147:15 | **saw** 13:2,3 15:23 | 63:9,18 73:19 | **settled** 105:10 |
| 209:13 | 147:15 156:8 | 16:1,6 74:15 | 83:19 101:2 | 105:13 |
| **RE-EXAMIN...** | 156:20 157:21 | 76:17 175:18 | 112:20 128:19 | **seven** 192:21 |
| 212:5 | 158:20 159:20 | 207:9 | 128:21 129:1 | **seventh** 108:4,5 |
| **Ricky** 78:17,19 | 161:5 174:4 | **sawdust** 117:18 | 189:18,20 | **Seventy-one** |
| 78:20 | 175:2 177:14 | **saying** 10:8,18 | **security** 102:12 | 11:6 |
| **right** 9:19 11:7 | 178:11,11 | 25:23 29:18 | 102:16 144:17 | **sewing** 65:2,3 |
| 13:15 14:1 | 179:1 181:14 | 33:13 57:3 | 178:13 181:5,9 | 110:22 113:9 |
| 17:16,22 18:3 | 182:12 184:8,9 | 97:15 137:6 | 181:12,13,16 | 113:20 183:10 |
| | | 141:7,8 | | |

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

share 88:22
100:15
sheet 87:1
Sherman 188:3
Sherri 1:6 64:4
64:5,7 68:9
69:11
shirt 66:22
shirts 64:19,20
65:9 66:15,19
67:2,3 68:6
shop 112:6
short 51:1,4
63:14 89:11
156:10 172:11
202:22
shorten 38:1
164:6
shoulder 103:15
show 11:13
21:19 86:21
100:15 121:5
side 119:2,6,11
119:18 120:11
121:7,9,11
165:11,18
sign 8:14 22:17
22:21 53:14
182:11
signature 18:22
19:2,21 20:1,2
20:7 22:5,7
signed 18:23
19:1 20:12,16
21:7 23:2,3
24:9 95:15,16
98:15
significant
118:15
signing 22:16
57:15
Sims 139:3,4
single 124:14,16
sinusitis 176:9

sisters 162:11
sit 95:11
site 113:6,8,12
113:14
sitting 193:23
194:13
six 106:2,3 107:6
107:13 129:17
129:19 130:8
130:15,23
146:11,14,19
170:12
sixth 106:22
Sixty 147:4
Sixty-dollars
182:1
size 91:1
Skin 130:3
131:6
Skip 5:5
sleeping 180:11
smear 88:5
smell 117:15
208:22,23
209:2
smelled 117:3,5
117:6,7
smelling 117:21
smile 82:9
smoke 49:8,12
49:19 117:8,9
118:12 145:9
148:8,14,16
166:13,14
205:22 206:6,8
206:10,14
207:4,10,11,20
208:2,5,21,22
208:23
smoker 166:19
smokers 166:16
smokestack
207:13,21
smokestacks

207:16
snapper 193:2,3
Social 102:11,16
178:12 181:5,9
181:12,13,16
soda 192:6,7,8
sodas 200:5
Soft 130:3 131:6
softball 189:17
softballs 189:16
softener 134:10
softeners 134:2
son 139:11
140:14 142:5
Sonia 19:7 69:19
70:4 72:8,8,9
158:19 161:17
213:4,5,9,10
Sonia's 161:18
son's 200:18,19
soon 203:14
sorry 18:10
28:12 39:4
46:20 93:11
112:19 130:12
137:21 153:11
153:13 160:8
206:10 211:2
sought 87:22
90:22
South 5:13 6:9
speak 32:18
34:11,20 35:19
62:10 70:13
79:15 89:5
210:16
speaks 9:11
specialty 152:3
specific 54:9
Spectra-somet...
132:11
speech 70:14
150:19
spelled 9:18

spice 195:16,20
spoke 34:13,14
50:1 52:18
53:6 62:7 76:4
spray 129:21
130:17,20
132:2,3 134:15
134:16,18
135:1,8
sprayed 132:16
spraying 132:15
sprays 130:13
spray-on 133:19
Stanton 77:15
starch 134:15,17
134:18
start 65:18 90:4
93:17 156:4
169:4 199:9
203:6
started 65:19
91:7 105:22,23
107:5,6 112:2
state 2:7 7:3
20:9 21:3
129:8 214:2
statement 22:2
36:21 37:1,6
37:15
statements
53:14
STATES 1:1
stating 33:14
stay 107:12
186:3
stenotype 214:6
stick 116:21
STIPULATED
2:2,11
stipulation 7:7
stipulations 8:4
8:18
Stokes 187:5,11
187:17

stomach 10:4
172:22
stop 10:19 30:14
47:7 101:11,21
102:4,5 106:6
150:6 169:11
169:17
stopped 150:1
store 125:8
180:23
stored 113:15
story 122:16,19
122:20 123:2
123:12,13
124:15
Strawberry
198:11,12
street 2:8 5:7 7:9
41:20 42:1,5
123:9 206:13
206:14
strike 94:21
121:8
struggling 84:14
stuff 50:14,17
97:12,14 100:5
117:19 125:8
133:1 155:21
156:1 185:6
substitutes
200:7
suffer 139:13
140:22 175:21
176:2
suffered 140:1
147:23 148:3
164:1 211:22
suffering 151:8
161:18 162:7
176:4 211:16
211:21
suffers 154:18
sugar 200:7,9
suggestion 24:13

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

summaries 13:20
summer 89:6
Sunflower 195:1
supplements 180:21
supposed 170:4 186:10
sure 14:7 26:10 26:12,14 28:17 30:17 41:8 42:3 43:10 55:17,21 57:19 57:20 69:2 74:6 85:7 92:15,23 99:1 110:14 113:3 114:10 116:13 119:4 139:12 145:18 190:5 193:17,19,19 193:21,22 194:12 208:12
surgeries 174:5 174:8,9,10
surgery 46:23 176:6
Susan 79:20,21
suspicion 47:1
Suzie 85:3,4
sweet 195:3,8 199:21
sworn 7:17 22:2
symptoms 175:9
system 126:11
systems 18:21
S-I-M-S 139:4

**T**

T 2:1,1 4:6 85:1
table 9:9
take 10:17 12:12 14:2 16:13 22:16,17 24:12
24:13,15 27:14 63:11 87:7 89:8,10 90:10 155:17 156:3 170:1 180:1,2 180:8,18 184:1 184:9 186:7,8 192:3,8 198:6 200:5 203:6
taken 2:5 3:2 7:21 51:1 63:14 89:11 149:5 156:10 177:20 180:16 214:5
takes 24:16
talk 36:16 38:3 44:21 49:3 56:15 58:19 72:5 88:10 92:3 97:11 105:15 146:6,9 189:22 199:18
talked 69:11 75:21 96:10 102:21 112:8,9 115:5 119:7,9 121:17 133:12 136:12,15 145:17 158:10 176:23 197:5 213:13
talking 16:1 34:5,8,16 37:12 39:20 58:13 85:9 97:12,14,17,18 98:5 124:19 135:5 150:20 151:1 168:9
talks 38:13
tall 171:21
taped 36:20
Tarragon
195:15
Tatum 76:23 77:3,5
Tatum's 76:13
Taxol 101:7,8
Taylor 3:1 5:4 7:19 8:17,20 9:2 11:12 12:2 12:5,14,16 14:6,14 15:6 18:15,19 21:15 23:22 24:3 33:21 34:1 39:11,15,17 51:2 63:13,15 86:20 89:12 100:14 112:22 113:2 128:21 128:23 129:3 146:3,8 156:11 179:5 194:4,8 194:10 204:7 205:20 209:11 210:3 212:6
tea 199:16,16,18 199:19,20,21 199:23 200:2
teasing 157:19
teens 41:3
telephone 93:7
tell 9:3 10:2 11:5 12:22 15:22 17:7 19:5 22:9 22:15,18 23:16 26:18 27:1,10 27:21 28:18 30:12 31:17,18 32:7 34:23 39:3,18 47:7 47:14,21 50:8 51:11 52:3,7 56:22 60:9 63:10 65:11 66:19 67:6,9
72:16 78:19 84:1 87:16 88:20 97:9 99:7 100:4 101:16 103:8 107:17 109:6 116:20,23 131:2,4 143:15 151:5 152:11 155:5 168:4 173:1 175:20 179:14 186:13 202:21 206:3,4 207:4,8,18 209:18 213:9
telling 48:6 97:19
ten 116:9,10,10 116:12 136:18 157:17 204:5
Tennessee 137:3
Ter 4:4 5:11 203:2,3 211:12 211:14
term 34:2 70:17 70:23 73:4 92:8
terms 39:10
terrible 117:6
terrorists 39:21
test 153:18
testified 7:18
testimony 1:14 3:2 22:2 214:10
testing 153:15 153:15
thank 19:16 21:16 51:5 89:4 102:8 144:10 145:16 211:20 212:4 213:21
Thanks 157:7
thereto 2:19 214:7
thing 30:12 57:23 58:1,2 66:7 179:16
things 37:23 118:5 172:11 193:16 195:1
think 14:8 26:23 31:1,7 32:1,4 32:13 34:4 35:16 39:13 44:1 48:18 51:23 53:1 54:7,9,11 55:16,19 56:3 57:10,12,19 59:12,13 61:6 61:19 62:3 69:1 73:20,23 83:3 92:16 96:2,5 97:4 98:16,17 110:4 110:11,19 112:17 113:17 114:12 116:12 118:1,16,23 122:21 124:5 129:16 134:5 136:11,15 142:9 143:6 153:18 154:22 155:13 159:14 166:7 167:6 179:8 184:11 189:15 192:18 202:20 205:18 206:12 207:4 210:19 211:8 212:17 213:20
thinking 24:22 25:3,10 26:11 26:20 32:6 43:8 44:3

# FREEDOM COURT REPORTING

Page 233

55:21 59:16
101:14 109:19
110:5,13,20
112:5 116:6
153:19 167:5
170:23 171:12
184:7 208:11
208:13 210:11
**third** 55:3,7
56:16,22 57:22
58:9,13,20
**Thirteen** 167:3
167:4
**Thirties** 171:19
**Thirty** 65:14
**Thomas** 76:9
77:5 86:10
**Thompson**
78:13,15 80:17
80:18,22 81:6
81:23
**thoracoscopy**
46:23
**thought** 50:9
132:10 137:5
**thousand** 61:19
62:2
**three** 51:14,16
99:22 113:6
114:1 118:23
121:17 122:9
122:11,12
123:11 124:13
124:14 133:8
134:4,4,5,6,8
134:16 146:22
155:3 162:2
173:4 191:8,14
191:16,17
196:20
**thyme** 195:19
**time** 2:17,17
11:23 16:13
20:16 21:6

24:15,15 27:14
28:5 31:11
32:14 40:18
41:8 44:23
49:22 53:14
54:23 56:11
60:12 65:15
66:2,3,13 79:5
79:6 89:16,19
90:3 91:2
99:19,20
101:12,21
104:17 106:22
107:13,14
112:11,15
114:16 115:12
115:20 116:14
131:23 147:18
151:18 153:19
166:5 170:16
170:20,20
172:11,12
173:17 177:6
184:1 186:6
195:9 199:12
202:23 203:15
204:2 206:22
207:2 209:21
210:6 212:8,13
**times** 133:8
134:8 185:18
185:21 190:8,9
190:12,19
191:14,17
192:2,18,21
196:10,12,20
197:16
**tired** 10:17,19
**Tiwana** 84:18
**TMA** 1:10
**toast** 195:22
196:3
**today** 9:21 10:9
19:14 21:11

95:11 103:1
186:18 194:1
194:13
**toilet** 136:6
**told** 47:15 48:11
71:16,22 73:5
73:9 84:13
102:5 118:22
139:23 154:10
154:13 155:8
155:10 156:13
158:12 160:19
166:8 172:4,7
172:8,9 184:8
185:12,14,20
202:1 211:23
**tomatoes** 196:5
196:6,10
**Tonya** 155:3
156:13 157:8
169:15,16
**Tonya's** 156:18
**top** 122:13
**totally** 149:3
**tough** 154:21
**towers** 39:21
**town** 126:16,17
**toxic** 47:2,3,8,16
113:6,11,14
**trailer** 123:14
123:15
**training** 108:22
138:3
**tranquilizers**
180:13
**transcribed**
214:7
**transcript** 3:1
8:11,15 30:18
214:10
**transcription**
214:8
**trash** 204:18,20
**treating** 184:17

**treatment** 21:2
33:10 37:9
47:5,10 48:1,8
48:20 49:7
58:16,22 60:18
61:1 63:1
71:19 73:11
84:9,16 88:15
89:1 99:13,17
111:16 112:10
112:12,13
114:22 115:3,7
116:5,21 118:9
118:18 120:17
123:18 136:19
139:16 141:5
142:17 143:7
143:11 144:19
153:3,3 154:5
157:1,4,5
159:6 160:9
165:22 166:10
177:3,5 178:10
178:23 179:19
179:21 184:13
184:20 187:3
188:16,19
189:13 202:9
204:1,10,14
205:22 206:7
206:18 207:5
210:22 211:18
212:1
**treatments**
170:10
**trial** 2:17 105:3
**trick** 16:19
22:13 30:22
**trouble** 101:10
**Troy** 2:8 7:9
**true** 20:10 21:4
21:6,11 214:9
**try** 16:20 30:14
92:9 93:22

153:16 212:18
**trying** 22:12
29:3 32:9 33:9
33:14 34:3,17
50:16 95:4
211:9 212:18
**tube** 172:21
**tumor** 174:9
**twenty** 157:20
161:15
**twice** 133:23
191:6,7 196:4
196:14 201:14
**two** 15:11,12
18:20 26:22
27:22 90:15
109:11,17
118:23 120:18
120:20,21
122:9 123:12
132:8 133:8
134:4,5,7,15
146:22 150:16
151:3 158:7,11
161:13 169:20
173:4 202:4,5
212:7
**type** 90:22
129:12 132:21
133:2 134:16
135:2 136:1
165:2 168:4,16
169:21 190:22
191:19 192:5
192:23
**types** 135:21

_____
**U**

**U** 2:1
**uh-huh** 13:7
17:6,19 23:15
24:8,18 38:20
40:16 41:18
43:15 49:23

# FREEDOM COURT REPORTING

50:3,21 60:6
65:10 71:15
72:13 89:7,9
106:10 109:16
111:14 115:16
117:13,16
125:1 126:5
130:18 133:14
137:17 138:16
147:6 150:2
151:4,13 155:6
155:9 169:8
187:1 190:13
191:18 196:8
198:9 206:16
207:22 210:13
**uncles** 164:12
**understand** 10:8
10:15 12:13
16:21 41:8
47:18 48:15
70:16 74:11
87:9,11,11
93:23 99:5
104:20 113:3
116:7 118:6
122:20 137:6
141:15 148:7
149:4 150:21
154:22 155:2
156:12 166:13
166:14 190:4,5
193:5 203:9
211:8
**understanding**
42:4 44:18
82:11 105:16
175:11
**understood**
39:12 96:5
134:20
**unfair** 168:6
**unfortunate**
84:13

**unique** 209:4,8
**UNITED** 1:1
**upstairs** 123:3
**use** 8:10 129:7
129:11 130:3
131:5,7,11,22
132:21 133:3,4
133:8,23 134:7
134:11,13,17
134:22 135:3
135:21 136:1,7
136:9 167:21
168:1 177:22
195:16 196:15
196:18 197:4
200:9
**uterine** 164:18
**U.S** 7:23

---

**V**

v 1:9
**vanilla** 196:16
196:18
**various** 185:18
185:21
**vegetables**
127:14,19
201:20,22
**verbal** 9:12
**video** 36:20
**videotaped** 37:1
37:5,14
**vinegar** 196:21
**Vishwanath**
99:14,17
153:12 184:19
185:7 186:22
**visit** 115:2

---

**W**

W 6:2
**Wacker** 5:13
**walk** 123:1
150:18
**walking** 150:13

151:1
**walnuts** 196:23
**want** 8:20 10:16
10:17,19 26:14
28:23 49:3
87:7,16 88:10
89:8 92:5,23
95:17 98:21
100:22 113:3
118:3,6,15
122:21 145:18
146:3 155:17
156:2,2 190:5
192:19 203:5,6
**wanted** 27:3,4,8
27:15 28:1
84:3 101:20
**wants** 101:11
**wash** 117:3
125:23 138:11
144:19 145:4
145:10,13
**washateria**
126:2
**washed** 117:9
125:20 126:3
144:22
**washing** 162:16
162:18 163:6
163:13
**wasn't** 111:6,7
208:9,16
**waste** 113:6,11
113:14 156:23
157:3
**water** 126:8,23
202:2,2,2
**watering** 126:11
**waterways**
126:16
**way** 10:7 41:9
45:7 50:17
70:11,19 89:20
92:9,22 93:23

94:22 97:11
106:4 118:19
121:8 156:22
165:21 166:5
190:1 191:19
**ways** 166:4
**wear** 67:21 68:1
**week** 133:23
134:8 196:4,10
197:17,21,22
198:5
**weekend** 138:20
**weekends**
138:19
**weekly** 133:9
134:5,16
135:12
**weigh** 171:23
**weighed** 170:16
170:19 171:3
171:17
**weighing** 171:8
**weight** 170:22
171:2,6
**went** 31:21
34:10 48:16
51:6 57:12,23
61:3 88:3 90:8
100:1 105:18
107:2,7,18
108:15,21
137:19,22
141:23 151:6
174:21 188:15
200:18,19
**weren't** 45:4
46:3
**West** 5:7 38:15
40:19 42:17,20
43:4,12,22
119:9 122:5
123:8,9 124:17
**We'll** 39:15
190:1

**we're** 14:1 16:20
21:16 37:23
44:21 46:19
50:13 51:3
58:13 72:5
80:10 92:23
98:22 102:23
128:23 168:7
184:9,11
193:23 194:13
194:17,21
213:20
**we've** 15:1 61:6
63:4 69:11
75:21 102:10
112:7,9 115:5
145:16 155:18
155:22 158:10
176:22
**wheat** 190:22
191:1 197:6
**white** 28:21
101:17,22
104:13 190:22
191:2 192:6
197:2
**wife** 79:23
**Willene** 77:19
**Willie** 83:14
**Windex** 134:13
**wine** 195:13
**winter** 59:14
**withdraw** 26:13
38:17,19 92:21
**withdrawing**
39:8
**witness** 7:12
8:13 13:16
14:19 214:11
**witnessed** 19:5
**woman** 168:6
**wonder** 12:22
57:6 88:22
194:8

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

**wondering**
53:22
**wood** 21:2 33:10
37:9 47:5,10
48:1,8,20 49:7
54:21 58:16,22
60:18,23 63:1
71:19 73:11
84:8,15 111:16
112:9,13
114:22 115:2,7
116:5,21 118:9
118:18 120:17
123:18 136:19
139:15 141:5
142:17 143:7
143:11 144:18
154:5 157:5
159:6 160:9
165:21 166:10
202:9,9,12
204:1,8,9,10
204:13,14
205:10,22
206:7,18 207:5
210:22 211:17
211:23
**words** 67:11
190:16
**work** 29:11,12
64:10 65:12
66:1,22 68:9
70:15 71:1
74:10 75:7,9
77:3 79:3 80:3
80:5 81:6
82:18 100:10
117:23 138:22
139:20 142:21
143:10,13
144:13,15
159:5 160:9
162:13 165:2
183:6 184:2,5

209:21
**worked** 49:1,2
50:7 64:11
65:21 66:13
67:4,10,11,12
78:22 79:1,1
80:7 81:9,10
81:19 82:20,21
83:12 85:22
111:5,19 113:5
113:23 114:15
114:21 115:6,8
116:8 128:1
138:20 143:4
144:18 163:7
165:1 183:8
**worker's** 182:20
183:4
**working** 15:2
29:14 64:9
65:18 68:3
80:10 115:11
115:15,23
138:18 139:9
139:14,15
140:2 149:20
150:6 183:2
203:23 204:4
209:14
**workman's**
183:18 209:23
**works** 71:4
**worry** 170:13
**wouldn't** 61:17
67:13 79:5
88:23 118:20
118:20 138:7
150:8,8 151:9
151:16 154:7
155:9 157:2,6
157:13 160:21
175:8 184:9
206:20,20
**written** 15:14

22:1 95:15
182:15
**wrong** 33:15
78:6 92:8
**wrote** 192:10

## X

**X** 4:1,6
**x-rayed** 100:5
**x-rays** 100:7,8
177:9 184:23
185:4

## Y

**Yancey** 74:16,18
**yard** 125:15,18
205:2,5
**yeah** 10:20
11:21 13:11
15:19 18:9,10
18:20 19:20
20:22 21:8
28:3 35:3,5,9
39:11 43:9
45:21 50:19
51:21 59:5
60:4 62:9
69:19 70:15
71:5 76:17
78:18 81:12
83:2 88:16
96:4,23 98:4
98:20 102:14
107:21 109:5
110:7,10
114:11,13
115:21 117:16
118:13 121:1
123:6,16 127:1
130:7,19,21
135:20 140:19
145:1 153:1
158:5 161:23
173:12 174:18
176:8 178:19

183:9,11
186:22 193:4
198:14 206:12
**year** 26:21 59:10
59:10,13,13,15
87:18 96:1,2,3
110:2,16
131:20,21
151:3 171:13
191:6,7,14
192:3,17,22
193:13 201:11
**years** 26:22
27:22 32:2
45:9,10 65:13
65:14 87:21
88:14 89:22,23
90:21 99:21,22
107:6,10,14
109:20 110:12
110:19 116:10
116:10,11,13
129:10 131:13
131:16,17
132:8 136:18
151:7 157:17
157:20 160:21
170:19 171:6,8
171:10,11
173:4,5 178:6
199:13 204:5
**yesterday** 11:20
11:22 201:13
**yogurt** 197:23
198:1,6,8,10
198:11,13
**York** 39:20,22
**young** 19:13
43:9
**y'all** 200:17

## Z

**ZIP** 38:9
**zucchini** 197:11

## 0

**06** 144:8,9

## 1

**1** 4:8 11:11,14
**10** 23:2 190:9
**10th** 38:8 40:19
45:20 119:10
**100** 4:12
**11** 1:19 4:8 18:4
18:22 20:20
107:10
**11th** 2:9 3:2 7:11
106:9,12,23
107:9,15
108:21 109:2
**11/06/07** 214:19
**110** 170:23
171:1,7
**12** 190:9
**12th** 38:15 40:20
42:17,20 43:4
43:12,22 119:9
122:5 123:8,9
124:17
**1201** 5:7
**14** 161:15
**14th** 87:2
**15** 2:22 4:9
203:5
**153** 172:1
**16-ounces** 202:6
**170** 171:8
**176** 171:4,7
**18** 109:15,22
113:4,18
124:10 170:19
**1818** 38:15 40:2
40:19 41:5,6
42:16,19 43:4
43:12,21 45:6
45:15 119:10
122:5 123:8
**19** 113:22

**1906** 41:5
**1935** 11:9 38:5
**1938** 38:8 40:19
  119:10
**1950** 40:10 41:1
  42:19
**1954** 114:3
**1960** 147:5,14
**1962** 44:2
**1977** 38:11
  40:11,20 45:19
**1988** 2:22
**1999** 87:2
  100:20

**2**
**2** 4:9 15:5,9,11
  15:23 16:9
  17:20 112:18
  112:18
**2:06-cv-187-...**
  1:5
**20** 203:5
**20's** 171:17
**2004** 32:5 51:23
**2005** 96:3,6
  114:3
**2006** 1:19 2:10
  3:2 7:11 14:22
  23:2 59:11
**201** 2:8 7:8
**203** 4:4
**21** 4:10
**212** 4:3
**25** 147:15
**26** 189:18,22
**26th** 100:20
**27th** 14:22
**28** 193:17
**29** 194:4,11

**3**
**3** 4:10 21:14,19
  21:22 37:18
  90:10

**30** 65:13 110:11
  110:19 190:1,3
  194:5 199:13
**30-something**
  109:19
**303** 144:4,5
**30309** 5:8
**31** 190:3 194:5
**312-782-7711**
  5:15
**334** 144:2,3
**35** 110:6 147:14
**35255** 6:10
**3529** 6:9
**39703** 6:5

**4**
**4** 4:11 86:19,23
  90:11
**4th** 11:9 38:5
**40** 28:15,16
  128:23 129:4
**40's** 171:19
**404-881-7000**
  5:9
**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**
  102:12
**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**
  102:18
**42** 18:12 19:18
**43** 144:6,7
**45** 28:16
**48** 142:9,11

**5**
**5** 4:12 100:13,17
  100:18 112:19
**5(d)** 2:20
**50's** 171:19
**52** 110:8
**53** 110:8
**557** 181:17
**57** 110:4

**6**

**6** 179:4,10
**60s** 45:11
**60606** 5:14
**62** 43:8,9 65:18
  65:19,21
**63** 87:18

**7**
**7th** 6:9
**700** 62:4,6
**706** 40:11,21
  42:14 43:2,3,5
  43:16 45:8
  119:8 124:11
  206:8,11,12
**71** 5:13
**7511** 102:13,15
**7571** 102:19

**8**
**86** 4:11
**866** 6:4

**9**
**9** 4:3
**9th** 40:11,21
  42:14 43:2,17
  45:8 119:8
  124:11,19
  206:12,14
**9/11** 38:15,16
  39:19
**9:00** 2:10 7:10
**911** 40:5,7,9
**92** 65:22