# FREEDOM COURT REPORTING

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
MELANIE CHAMBERS, who sues by
and through her Mother and next
of friend, GAIL TATUM,
    Plaintiff,
vs.
PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,
    Defendants.

STIPULATION

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the following colloquy may be taken before Angela Smith, RPR, CRR, at the Embassy Suites Hotel, at 300 Tallapoosa Street, Montgomery, Alabama 36104, on the 26th day of July, 2006.

## Page 2

APPEARANCES

BEFORE:
    ANGELA SMITH, Commissioner.

APPEARANCES:
    W. EASON MITCHELL, ESQUIRE, of THE COLOM LAW FIRM, 200 Sixth Street N., Ste: 102, Columbus, Mississippi 39701, appearing on behalf of the Plaintiff.
    GREGORY A. CADE, ESQUIRE, of ENVIRONMENTAL LITIGATION GROUP, 3529 7th Avenue South, Birmingham, Alabama 35255, appearing on behalf of the Plaintiff.
    ROBERT L. PALMER, ESQUIRE, of ENVIRONMENTAL LITIGATION GROUP, 3529 7th Avenue South, Birmingham, Alabama 35255, appearing on behalf of the Plaintiff.
    BERNARD TAYLOR, SR., ESQUIRE, of ALSTON & BIRD, One Atlantic Center, 1201 W. Peachtree St., Atlanta, Georgia 30309, appearing on behalf of the Defendant, Louisiana-Pacific Corporation.

## Page 3

APPEARANCES (continued):
    ORLYN O. LOCKARD, III, ESQUIRE, of ALSTON & BIRD, One Atlantic Center, 1201 W. Peachtree St., Atlanta, Georgia 30309, appearing on behalf of the Defendant, Louisiana-Pacific Corporation.
    MARK R. TER MOLEN, ESQUIRE, of MAYER, BROWN, ROWE & MAW, 71 S. Wacker Drive, Chicago, Illinois 60606, appearing on behalf of the Defendant, Pactiv Corporation.
    ALSO PRESENT: Wendy Garmon
    VIDEOGRAPHER: Paul Brewer
    * * * * * *

## Page 4

I, ANGELA SMITH, RPR, CRR, a Court Reporter of Wetumpka, Alabama, acting as Commissioner, certify that on this date, at the Embassy Suites Hotel, 300 Tallapoosa Street, Montgomery, Alabama 36104, beginning at 9:25 a.m., the following proceedings were had:

    MR. MITCHELL: For the Record, my name is W. Eason Mitchell. I'm an attorney of Record for the Plaintiffs in this action.

    And I have reviewed documents provided to me by two Plaintiffs, Kandy Creech and Sherri Davis. And a number of those provided by Kandy Creech have been provided to the Defendants this morning. And a number of those will not be provided to the Defendants under the claim of privilege.

    And I am going to read into the Record those that are -- that we consider are subject to privilege. And I have previously discussed that, for the

# FREEDOM COURT REPORTING

Page 5

1  purpose of getting it on the Record because
2  this is something that, to expedite this
3  request of the Defendants, I did last night,
4  and I had to travel to do it.
5       I'm going to provide
6  information in these identifications that we
7  contend that the Defendants are not entitled
8  to have. We contend and believe under
9  privilege that they're not entitled to even
10 to have a list of these documents. And I
11 provide this without waiver of privilege,
12 but in good faith and fairness.
13      These are the documents that
14 were not supplied (indicating).
15      MR. TAYLOR: Which deponent is
16 it?
17      MR. MITCHELL: This is for
18 Kandy Creech. One, a letter dated 7/28/05
19 to William Creech addressed: Dear Client.
20 Two, same letter to Tammy Creech. Three,
21 the same letter to Kandy M. Creech. Four,
22 envelope dated 6/27/06 from Colom Law Firm
23 to Kandy M. Creech, containing a DVD. A

Page 6

1  letter dated June 27, '06, to Kandy Creech
2  from William Eason Mitchell. And copy of
3  the court order, Davis versus TMA.
4       Next, a folded piece of paper
5  with the name, address and phone number of
6  the court reporter in Pensacola, Florida.
7       Next, a letter dated 2/2/06
8  from Environmental Litigation Group to Kandy
9  Creech addressed: Dear Client.
10      Next, an envelope dated
11 2/17/06 from Colom Law Firm containing a
12 letter: Dear Kandy, from William Eason
13 Mitchell. And a letter dated 7/28/05: Dear
14 Client, from Environmental Litigation Group
15 to Ruth Creech.
16      Next, a letter dated 2/28/05,
17 from Cade Law Firm to Kandy Creech
18 addressed: Dear Client. Next, a letter
19 dated 6/15/05, same as the first -- as the
20 last. Next, a letter dated May 24, '05,
21 addressed: Dear Client, from Colom Law
22 Firm.
23      Next, a letter dated 9/8/05

Page 7

1  from Environmental Litigation Group to Kandy
2  Creech addressed: Dear Client. Next, a
3  letter from Environmental Litigation Group
4  dated July 21, '06: Dear Client, from
5  William Eason Mitchell and Greg Cade.
6       Next, an undated document
7  entitled: Florala Second Case Group. Next,
8  an envelope dated May 31, '06 from Colom Law
9  Firm to Kandy Creech containing a letter
10 dated May 31, '06: Dear Client, from
11 William Eason Mitchell, and a medical
12 authorization form.
13      Next, an amended notice of
14 deposition Melanie Chambers versus Pactiv
15 Corporation. Next, a letter dated 7/20/06
16 Environmental Litigation Group to Kandy
17 Creech: Dear Client. Next, a piece of
18 paper with name, phone number, description
19 of Embassy Suites Hotel.
20      Next, a Yahoo driving
21 directions dated 7/19/06. Next, Yellow Book
22 driving directions to the Powell Law Firm
23 dated July 11, '06.

Page 8

1       Next, a notice of deposition,
2  Davis versus TMA. Next, an envelope dated
3  August 05, '06, from Environmental
4  Litigation Group, Kandy Creech containing a
5  letter: Dear Kandy from -- Next 4/5/06.
6       Next, a letter dated 7/18/06
7  to Kandy Creech from Environmental
8  Litigation Group. Next, a notice of
9  deposition of Melanie Chambers versus Pactiv
10 Corporation. Next, a transcript that begins
11 by Ms. Prena. And that is it.
12      MR. TAYLOR: It appears,
13 Eason, and that's why we need to --
14 it's better to have it in writing before you
15 look at it. But it looks like, on this list
16 of documents, you've outlined there was only
17 one document or letter that you indicate was
18 not sent in 06; is that correct?
19      MR. MITCHELL: Well, let me
20 look over this list.
21      MR. TAYLOR: Looks like there
22 was one in '05. I can't go back and look at
23 it just yet.

2 (Pages 5 to 8)

## 367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 9

1  MR. MITCHELL: I think there
2  was several in '05.
3  MR. TAYLOR: Okay. That's
4  what I said. I couldn't go back to look at
5  it. So there are some in '05, and nothing
6  before '05?
7  MR. MITCHELL: There's nothing
8  in this list before '05.
9  MR. TAYLOR: And you're not
10 testifying, so I don't want to -- But my
11 question to you, I just want to be sure.
12 MR. MITCHELL: I'm not a
13 deponent.
14 MR. TAYLOR: Okay.
15 MR. MITCHELL: I'm just doing
16 this so that we don't have to type it, since
17 we did this at travel and late hour.
18 MR. TAYLOR: Okay. In regards
19 to that response, and this is for the
20 Record, of course, it's my understanding
21 that that response is given in response to
22 the notice of deposition and notice to
23 produce that was served upon the Plaintiffs

Page 10

1  on --
2  MR. TER MOLEN: Prior to their
3  discovery depositions?
4  MR. TAYLOR: Yeah, prior to
5  discovery depositions on July 10, 2006.
6  Okay.
7  MR. MITCHELL: Are you ready
8  for Sherri Davis?
9  MR. TAYLOR: Yeah.
10 MR. MITCHELL: The same
11 caveat, preamble goes with Sherri Davis
12 without waiver. Envelope from EOG to Sherri
13 Davis, date 7/18/06 containing a letter.
14 7/18/06 notice of deposition, Melanie
15 Chambers versus Pactiv Corporation. And a
16 transcript entitled: By Mr. Ter Molen.
17 Next an envelope dated 7/20/06
18 from the Environmental Litigation Group to
19 Sherri Davis. Amended notice of deposition,
20 Melanie Chambers versus Pactiv Corporation.
21 MapQuest, driving directions,
22 name, address and phone number and
23 directions to Embassy Suites Hotel.

Page 11

1  Next, a folder containing
2  medical authorizations. A fax report,
3  6/6/06 and 6/5/06, from Sherri Davis to
4  Environmental Litigation Group.
5  Next, an envelope from Colom
6  Law Firm to Sherri Davis dated 6/27/06
7  containing a letter, 6/27/06, from Colom Law
8  Firm to Sherri Davis. And medical
9  authorization and a completed questionnaire.
10 Next, a folder entitled:
11 Sherri Davis/Lockhart containing the
12 following. And all of the following were in
13 the folder: Envelope and letter from
14 Environmental Litigation Group to Sherri
15 Davis, 7/21/06; envelope and letter from
16 Environmental Litigation Group to Sherri
17 Davis, 6/27/06; Blank sheets of paper;
18 letter to James Davis from Cade Law Firm
19 dated 11/02/04: Dear Client; attorney
20 employment contract; attorney employment
21 contract; copies of above; letters from
22 Environmental Litigation Group to Sherri
23 Davis, 4/5/06; letter Cade Law Firm to

Page 12

1  Sherri Davis: Dear Client, 5/11/05; same
2  James Davis; letter Colom Law Firm: Dear
3  Client, 4/24/05: Copy of above.
4  Next, letter: Dear Client,
5  6/15/05, Environmental Litigation Group to
6  Sherri Davis, and attached form. Next, DVD.
7  Next, envelope, 6/27/06, containing Colom
8  Law Firm to Sherri Davis. DVD. Court order
9  Davis versus Pactiv Corporation.
10 Next, letter from William
11 Eason Mitchell to Sherri Davis, 6/27/06.
12 Next, notice of deposition, Sherri Davis
13 versus TMA. Next, copy of complaint, Davis
14 versus Pactiv.
15 Next, paper, name, address
16 with the court reporter on it. Next, a
17 letter from Colom Law Firm: Dear Client,
18 5/31/06, a medical authorization form.
19 Next, a letter dated 7/21/06
20 to Sherri Davis, EOG: Dear Client, and a
21 list of names attached. Next a letter dated
22 6/27/06 from EOG to Sherri Davis, 6/27/06,
23 and 6/20/06.

3 (Pages 9 to 12)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Page 13

Next, letter dated 2/17/06, from Colom Law Firm to Sherri Davis. And other matters that are responsive, Mrs. Davis has brought with her.

MR. TER MOLEN: Could you explain what that means, other matters --

MR. MITCHELL: Well, I mean, these are the -- I've just read you the privileged stuff.

MR. TER MOLEN: All right. So, Ms. Davis has documents now with her?

MR. CADE: You asked her to bring it, you're saying?

MR. MITCHELL: Yeah.

MR. TAYLOR: We probably need to see those before the deposition.

MR. CADE: Let's go off the Record for a minute, I guess.

MR. MITCHELL: But that's the end of the list.

MR. TAYLOR: Let me, again, just state that -- First of all, thank you. And that list was read and that privilege is

Page 14

being asserted in regards to the notice of discovery deposition and notice to produce that was served upon Plaintiffs, and particularly upon --

MR. TER MOLEN: Ms. Davis.

MR. TAYLOR: Yeah. Ms. Davis, on July 10, 2006.

MR. MITCHELL: And I understand there are some other documents that she will provide. I assume she will -- wasn't much to it, but I assume she brought them.

MR. TER MOLEN: Just for purposes of the Record, thank you, too, Eason, but we have not seen until today any documents from Ms. Davis, and we haven't seen those documents yet, if there are any, just for purposes of the Record.

MR. CADE: We'll get everything to you, but let's also put on the Record, by the way, today is 7/26. And that's less than thirty days when we received the notice from you guys to produce

Page 15

these things as well.

MR. TAYLOR: You're not saying --

MR. CADE: I'm putting it on the Record. That's all I'm doing.

MR. TAYLOR: Okay.

MR. TER MOLEN: Obviously, we're all working very hard to accomplish these on an expedited basis. That's why we're all here.

MR. TAYLOR: Two questions. One, you've asserted both in regards to Ms. Creech and Ms. Davis that you had on your list a DVD and a letter, are you asserting privilege both to the DVD and the letter?

MR. MITCHELL: Yes.

MR. LOCKARD: Okay. For each instance, each time there was a letter that was accompanied by the DVD, both the letter and DVD is privileged; correct?

MR. MITCHELL: Yes.

MR. TAYLOR: Thank you. You

Page 16

also stated in regards to Ms. Davis that you have an employment contract that you sent to Mr. James Davis dated 11/ -- and the letter or the contract is dated 11/2/04. Are you asserting that there is a privilege that Ms. Sherri Davis can assert in regards to this matter, that letter and that employment contract?

MR. MITCHELL: Let's get off the Record. I read you the list and let's -- and we may -- Let us discuss whether or not that will be produced.

MR. TAYLOR: Okay.

MR. TER MOLEN: Before we go off. Thank you for Ms. Creech and Ms. Davis. And then we have -- This afternoon we have Ms. Reynolds. And are we going to do now the privilege log? I think we need to do the privilege log for Ms. Reynolds.

MR. PALMER: For Ms. Davis?

MR. MITCHELL: I think when you represent a husband and wife in the same

**FREEDOM COURT REPORTING**

Page 17

```
 1  case.
 2       MR. PALMER:  It doesn't
 3  matter, they're the client.
 4       MR. MITCHELL:  Yeah.  They're
 5  both clients.  And they're married, there's
 6  a marital privilege.
 7       MR. TAYLOR:  That wasn't my
 8  question.  My question is whether you're
 9  asserting the privilege that Ms. Davis has
10  in regards to this document?
11       MR. MITCHELL:  I'm asserting
12  all privileges that may exist for Mr. Davis
13  and Ms. Davis.
14       MR. CADE:  Mark, to answer
15  your question with respect to Mrs. Reynolds
16  I believe you asked, I haven't had an
17  opportunity to review everything with
18  respect to what she would have.
19       So what we will try to do
20  prior to her deposition today at two
21  o'clock, I think at two o'clock we'll do the
22  same, we'll read a privilege log, if there
23  is one.
```

Page 18

```
 1       If there are producible
 2  documents, we'll produce those as well.  She
 3  was asked to bring whatever.  So whatever
 4  happens beyond that.
 5       MR. TER MOLEN:  I understand.
 6  Thanks.  Just so the Record is clear, we
 7  have not seen any documents from
 8  Ms. Reynolds to date.
 9       MR. CADE:  Not as of yet.  I
10  don't know if you did or didn't.
11       MR. TER MOLEN:  Well, we
12  haven't.
13       MR. CADE:  Okay.  Did she
14  produce -- Earlier -- You mentioned earlier
15  that she had produced something in her
16  previous deposition.
17       MR. TER MOLEN:  Well, that's
18  what I thought, but I think I was mistaken
19  and that was Ms. DeVaughn.  I was thinking
20  of Ms. DeVaughn.
21       MR. MITCHELL:  And for the
22  Record, we represent Mr. Davis, too.  I
23  think he actually should be on the client
```

Page 19

```
 1  list you received.
 2       MR. TER MOLEN:  One of those
 3  thirteen hundred names?
 4       MR. MITCHELL:  Yeah.
 5       MR. CADE:  All right.  My name
 6  is Gregory Cade and I represent the
 7  Plaintiffs in the case as well, and
 8  specifically Mrs. Dorothy DeVaughn, who I
 9  also provide a privilege list or privilege
10  logs in connection with this case.
11       Okay.  And I also assert the
12  privilege for every document that I'm about
13  to read into the Record.  Okay?  I received
14  a -- I'm sorry.
15       I had an opportunity to review
16  letters that, in essence, came from our law
17  firm or The Colom Law Firm or whatever law
18  firm, for that matter.  So I'm going to read
19  all those letters into the Record.
20       A letter dated July 10, 2006,
21  from The Colom Law Firm, dated July 10th.
22  That's addressed: Dear Client.  A letter:
23  Dear Client, dated 11/30/2004, from the Cade
```

Page 20

```
 1  Law Firm.  Dear Client letter dated
 2  3/29/2004, from the Cade Law Firm.  Dear
 3  Client letter dated 5/11/2005, from the Cade
 4  Law Firm.  Dear Client letter dated
 5  7/21/2006, from Environmental Litigation
 6  Group.
 7       A Dear Client letter dated
 8  6/27/2006, from the Environmental Litigation
 9  Group, referencing the deposition
10  information to Mrs. Dorothy DeVaughn.  Dear
11  Client letter dated 2/22/2005, to
12  Mrs. DeVaughn, from the Cade Law Firm.  Dear
13  Client letter dated 5/24/2005, from The
14  Colom Law Firm.
15       Dear Client letter dated
16  9/06/2005, from the Environmental Litigation
17  Group to the client.  Dear Client letter
18  dated 9/8/2005, to the client from the
19  Environmental Litigation Group.
20       Letter dated 7/28/2005, Dear
21  Client letter from the Environmental
22  Litigation Group.  Dear Client letter dated
23  1/26/2005, from the Cade Law Firm, to
```

5 (Pages 17 to 20)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 21

1  Mrs. Dorothy DeVaughn.
2         Dear Client letter dated
3  6/15/2005, to Mrs. DeVaughn from the Cade
4  Law Firm. Dear Client letter dated
5  6/20/2005 -- Let me go back on that previous
6  one. I can't tell whether it was from the
7  Cade Law Firm or Environmental Litigation
8  Group, but it was one of the two. I'm
9  sorry.
10        Dear Client letter dated
11 6/20/2005, from The Colom Law Firm. Dear
12 Client letter dated 6/10/2005, from The
13 Colom Law Firm. Dear Client letter dated
14 2/2/2006, from the Environmental Litigation
15 Group to Dorothy DeVaughn.
16        This letter here specifically
17 says: Dear Dorothy, 2/7/2006, from The
18 Colom Law Firm from W. Eason Mitchell. Dear
19 Client letter dated 2/6/2005 from Robert L.
20 Palmer of the Environmental Litigation
21 Group. That's it.
22        MR. TAYLOR: Our only response
23 or comment to be placed on the Record is

Page 22

1  that that privilege log was read and
2  privileges are being asserted in response to
3  a notice of deposition and notice to produce
4  served on July 10, 2006, upon Ms. DeVaughn.
5        MR. TER MOLEN: I would add to
6  that that Ms. DeVaughn did produce some
7  materials, I think medical records, Social
8  Security records at her deposition, and
9  those have been supplied to us, we
10 understand, by the court reporter at that
11 discovery deposition. Does she have other
12 documents that she is producing to us?
13       MR. CADE: I thought what she
14 had -- She had that pouch that she said was
15 all her medical and all this kind of stuff,
16 and I told her to give me everything you had
17 and we looked at it. What I read to you
18 just then was in the other information she
19 provided.
20       MR. TER MOLEN: So you don't
21 expect her to be producing other documents?
22       MR. CADE: I doubt it.
23       MR. TAYLOR: Ms. DeVaughn is

Page 23

1  going to be deposed tomorrow, tomorrow
2  afternoon, and we reserve the right to
3  question her in regards to the documents
4  contained in the privilege log in that
5  deposition, before we start the evidentiary
6  deposition.
7        MR. CADE: That's fine.
8        MR. MITCHELL: By that's fine,
9  you don't mean you're going to allow the
10 questions?
11       MR. CADE: No, no, no. We're
12 not. Not with respect to me at all.
13 (The aforementioned colloquy was concluded
14 at 9:48 a.m., July 26, 2006.)

Page 24

1        REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  ELMORE COUNTY,
4        I, Angela Smith, Registered
5  Professional Reporter and Commissioner for
6  the State of Alabama at Large, do hereby
7  certify that the above and foregoing
8  proceeding was taken down by me by
9  stenographic means, and that the content
10 herein was produced in transcript form by
11 computer aid under my supervision, and
12 that the foregoing represents, to the best
13 of my ability, a true and correct
14 transcript of the proceedings occurring on
15 said date and at said time.
16       I further certify that I am neither
17 of kin nor of counsel to the parties to the
18 action; nor in any manner interested in the
19 result of said case.

22  Angela Smith, RPR, CRR,
    for the State of
23  Alabama at Large.

6 (Pages 21 to 24)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 25

**A**
ability 24:13
accompanied 15:20
accomplish 15:8
acting 4:2
action 4:11 24:18
add 22:5
address 6:5 10:22 12:15
addressed 5:19 6:9,18,21 7:2 19:22
aforementioned 23:13
afternoon 16:17 23:2
AGREED 1:15
aid 24:11
Alabama 1:2,20 2:13,17 4:2,5 24:2,6,23
allow 23:9
ALSTON 2:20 3:3
amended 7:13 10:19
Angela 1:18 2:4 4:1 24:4,22
answer 17:14
APPEARAN... 2:6 3:1
appearing 2:9 2:14,18,22 3:5 3:9
appears 8:12
asked 13:12 17:16 18:3
assert 16:6 19:11
asserted 14:1 15:12 22:2
asserting 15:15
assume 14:10,11
Atlanta 2:21 3:4
Atlantic 2:20 3:3
attached 12:6,21
attorney 4:10 11:19,20
August 8:3
authorization 7:12 11:9 12:18
authorizations 11:2
Avenue 2:13,17
a.m 4:6 23:14

**B**
back 8:22 9:4 21:5
basis 15:9
beginning 4:5
begins 8:10
behalf 2:10,14 2:18,22 3:5,10
believe 5:8 17:16
BERNARD 2:19
best 24:12
better 8:14
beyond 18:4
BIRD 2:20 3:3
Birmingham 2:13,17
Blank 11:17
Book 7:21
Brewer 3:12
bring 13:13 18:3
brought 13:4 14:11
BROWN 3:8

**C**
C 2:1
Cade 2:11 6:17
16:5 17:9,11
7:5 11:18,23
13:12,17 14:19
15:4 17:14
18:9,13 19:5,6
19:23 20:2,3
20:12,23 21:3
21:7 22:13,22
23:7,11
case 1:5,5 7:7
17:1 19:7,10
24:19
caveat 10:11
Center 2:20 3:3
CERTIFICA...
24:1
certify 4:3 24:7
24:16
Chambers 1:6
7:14 8:9 10:15
10:20
Chicago 3:9
claim 4:18
clear 18:6
client 5:19 6:9
6:14,18,21 7:2
7:4,10,17
11:19 12:1,3,4
12:17,20 17:3
18:23 19:22,23
20:1,3,4,7,11
20:13,15,17,17
20:18,21,22
21:2,4,10,12
21:13,19
clients 17:5
colloquy 1:17
23:13
Colom 2:8 5:22
6:11,21 7:8
11:5,7 12:2,7
12:17 13:2
19:17,21 20:14
21:11,13,18
Columbus 2:9
comment 21:23
Commissioner 2:4 4:3 24:5
complaint 12:13
completed 11:9
computer 24:11
concluded 23:13
connection 19:10
consider 4:22
contained 23:4
containing 5:23 6:11 7:9 8:4 10:13 11:1,7 11:11 12:7
contend 5:7,8
content 24:9
continued 3:1
contract 11:20 11:21 16:2,4,8
copies 11:21
copy 6:2 12:3,13
Corporation 1:11,12 2:23 3:6,10 7:15 8:10 10:15,20 12:9
correct 8:18 15:21 24:13
counsel 1:17 24:17
COUNTY 24:3
course 9:20
court 1:1 4:1 6:3 6:6 12:8,16 22:10
Creech 4:14,15 5:18,19,20,21 5:23 6:1,9,15 6:17 7:2,9,17 8:4,7 15:13 16:15
CRR 1:18 4:1 24:22

**D**
date 4:3 10:13 18:8 24:15
dated 5:18,22 6:1,7,10,13,16 6:19,20,23 7:4 7:8,10,15,21 7:23 8:2,6 10:17 11:6,19 12:19,21 13:1 16:3,4 19:20 19:21,23 20:1 20:3,4,7,11,13 20:15,18,20,22 21:2,4,10,12 21:13,19
Davis 4:14 6:3 8:2 10:8,11,13 10:19 11:3,6,8 11:15,17,18,23 12:1,2,6,8,9,11 12:12,13,20,22 13:2,4,11 14:5 14:6,16 15:13 16:1,3,6,16,21 17:9,12,13 18:22
Davis/Lockhart 11:11
day 1:21
days 14:22
Dear 5:19 6:9,12 6:13,18,21 7:2 7:4,10,17 8:5 11:19 12:1,2,4 12:17,20 19:22 19:23 20:1,2,4 20:7,10,12,15 20:17,20,22 21:2,4,10,11 21:13,17,18
Defendant 2:22 3:5,10
Defendants 1:13

4:16,18 5:3,7
deponent 5:15
  9:13
deposed 23:1
deposition 7:14
  8:1,9 9:22
  10:14,19 12:12
  13:16 14:2
  17:20 18:16
  20:9 22:3,8,11
  23:5,6
depositions 10:3
  10:5
description 7:18
DeVaughn
  18:19,20 19:8
  20:10,12 21:1
  21:3,15 22:4,6
  22:23
directions 7:21
  7:22 10:21,23
discovery 10:3,5
  14:2 22:11
discuss 16:11
discussed 4:23
DISTRICT 1:1
  1:2
DIVISION 1:3
document 7:6
  8:17 17:10
  19:12
documents 4:12
  5:10,13 8:16
  13:11 14:9,16
  14:17 18:2,7
  22:12,21 23:3
doing 9:15 15:5
Dorothy 19:8
  20:10 21:1,15
  21:17
doubt 22:22
Drive 3:9
driving 7:20,22
  10:21

DVD 5:23 12:6,8
  15:14,15,20,21

**E**

E 2:1,1
earlier 18:14,14
Eason 2:7 4:9
  6:2,12 7:5,11
  8:13 12:11
  14:15 21:18
ELMORE 24:3
Embassy 1:19
  4:4 7:19 10:23
employment
  11:20,20 16:2
  16:7
entitled 5:7,9
  7:7 10:16
  11:10
envelope 5:22
  6:10 7:8 8:2
  10:12,17 11:5
  11:13,15 12:7
Environmental
  2:12,16 6:8,14
  7:1,3,16 8:3,7
  10:18 11:4,14
  11:16,22 12:5
  20:5,8,16,19
  20:21 21:7,14
  21:20
EOG 10:12
  12:20,22
ESQUIRE 2:7
  2:11,15,19 3:2
  3:7
essence 19:16
evidentiary 23:5
exist 17:12
expect 22:21
expedite 5:2
expedited 15:9
explain 13:6

**F**

fairness 5:12
faith 5:12
fax 11:2
fine 23:7,8
firm 2:8 5:22
  6:11,17,22 7:9
  7:22 11:6,8,18
  11:23 12:2,8
  12:17 13:2
  19:17,17,18,21
  20:1,2,4,12,14
  20:23 21:4,7
  21:11,13,18
first 6:19 13:22
Florala 7:7
Florida 6:6
folded 6:4
folder 11:1,10
  11:13
following 1:17
  4:6 11:12,12
foregoing 24:7
  24:12
form 7:12 12:6
  12:18 24:10
Four 5:21
friend 1:8
further 24:16

**G**

GAIL 1:8
Garmon 3:11
Georgia 2:21
  3:4
getting 5:1
give 22:16
given 9:21
go 8:22 9:4
  13:17 16:14
  21:5
goes 10:11
going 4:20 5:5
  16:18 19:18
  23:1,9

good 5:12
Greg 7:5
Gregory 2:11
  19:6
Group 2:12,16
  6:8,14 7:1,3,7
  7:16 8:4,8
  10:18 11:4,14
  11:16,22 12:5
  20:6,9,17,19
  20:22 21:8,15
  21:21
guess 13:18
guys 14:23

**H**

happens 18:4
hard 15:8
Hotel 1:19 4:4
  7:19 10:23
hour 9:17
hundred 19:3
husband 16:23

**I**

identifications
  5:6
III 3:2
Illinois 3:9
indicate 8:17
indicating 5:14
information 5:6
  20:10 22:18
instance 15:19
interested 24:18

**J**

James 11:18
  12:2 16:3
July 1:21 7:4,23
  10:5 14:7
  19:20,21 22:4
  23:14
June 6:1

**K**

Kandy 4:13,15
  5:18,21,23 6:1
  6:8,12,17 7:1,9
  7:16 8:4,5,7
kin 24:17
kind 22:15
know 18:10

**L**

L 1:14 2:15
  21:19
Large 24:6,23
late 9:17
law 2:8 5:22
  6:11,17,21 7:8
  7:22 11:6,7,18
  11:23 12:2,8
  12:17 13:2
  19:16,17,17,21
  20:1,2,4,12,14
  20:23 21:4,7
  21:11,13,18
LEAD 1:5
letter 5:18,20,21
  6:1,7,12,13,16
  6:18,20,23 7:3
  7:9,15 8:5,6,17
  10:13 11:7,13
  11:15,18,23
  12:2,4,10,17
  12:19,21 13:1
  15:14,16,19,20
  16:3,7 19:20
  19:22 20:1,3,4
  20:7,11,13,15
  20:17,20,21,22
  21:2,4,10,12
  21:13,16,19
letters 11:21
  19:16,19
let's 13:17 14:20
  16:9,10
list 5:10 8:15,20

**FREEDOM COURT REPORTING**

| | | | | |
|---|---|---|---|---|
| 9:8 12:21 13:20,23 15:14 16:10 19:1,9 | 7:14 8:9 10:14 10:20 | 9:22,22 10:14 10:19 12:12 14:1,2,23 22:3 22:3 | **Plaintiff** 1:9 2:10,14,18 | 22:19 **purpose** 5:1 |
| **Litigation** 2:12 2:16 6:8,14 7:1 7:3,16 8:4,8 10:18 11:4,14 11:16,22 12:5 20:5,8,16,19 20:22 21:7,14 21:20 | **mentioned** 18:14 **MIDDLE** 1:2 **minute** 13:18 **Mississippi** 2:9 **mistaken** 18:18 **Mitchell** 2:7 4:8 4:9 5:17 6:2,13 7:5,11 8:19 9:1 9:7,12,15 10:7 10:10 12:11 13:7,14,19 14:8 15:17,22 16:9,22 17:4 17:11 18:21 19:4 21:18 23:8 | **number** 1:5 4:14 4:17 6:5 7:18 10:22 | **Plaintiffs** 4:10 4:13 9:23 14:3 19:7 **pouch** 22:14 **Powell** 7:22 **preamble** 10:11 **Prena** 8:11 **PRESENT** 3:11 **previous** 18:16 21:5 **previously** 4:23 **prior** 10:2,4 17:20 **privilege** 4:19 4:22 5:9,11 13:23 15:15 16:5,18,19 17:6,9,22 19:9 19:9,12 22:1 23:4 **privileged** 13:9 15:21 **privileges** 17:12 22:2 **probably** 13:15 **proceeding** 24:8 **proceedings** 4:6 24:14 **produce** 9:23 14:2,23 18:2 18:14 22:3,6 **produced** 16:12 18:15 24:10 **producible** 18:1 **producing** 22:12 22:21 **Professional** 24:5 **provide** 5:5,11 14:10 19:9 **provided** 4:13 4:15,16,17 | **purposes** 14:14 14:18 **put** 14:20 **putting** 15:4 |
| **LOCKARD** 3:2 15:18 **log** 16:18,19 17:22 22:1 23:4 **logs** 19:10 **look** 8:15,20,22 9:4 **looked** 22:17 **looks** 8:15,21 **Louisiana-Pac...** 1:12 2:23 3:6 | | **O** | | **Q** |
| | | **O** 1:14 3:2 **Obviously** 15:7 **occurring** 24:14 **Okay** 9:3,14,18 10:6 15:6,18 16:13 18:13 19:11,13 **opportunity** 17:17 19:15 **order** 6:3 12:8 **ORLYN** 3:2 **outlined** 8:16 **o'clock** 17:21,21 | | **question** 9:11 17:8,8,15 23:3 **questionnaire** 11:9 **questions** 15:11 23:10 |
| | | | | **R** |
| | | | | **R** 2:1 3:7 **read** 4:20 13:8 13:23 16:10 17:22 19:13,18 22:1,17 **ready** 10:7 **received** 14:23 19:1,13 **Record** 4:8,10 4:21 5:1 9:20 13:18 14:14,18 14:21 15:5 16:10 18:6,22 19:13,19 21:23 **records** 22:7,8 **referencing** 20:9 **regards** 9:18 14:1 15:12 16:1,6 17:10 23:3 **Registered** 24:4 **report** 11:2 **reporter** 4:2 6:6 12:16 22:10 24:5 **REPORTER'S** 24:1 **represent** 16:23 18:22 19:6 |
| **M** | | **P** | | |
| **M** 5:21,23 **manner** 24:18 **MapQuest** 10:21 **marital** 17:6 **Mark** 3:7 17:14 **married** 17:5 **materials** 22:7 **matter** 16:7 17:3 19:18 **matters** 13:3,6 **MAW** 3:8 **MAYER** 3:8 **mean** 13:7 23:9 **means** 13:6 24:9 **medical** 7:11 11:2,8 12:18 22:7,15 **Melanie** 1:6 | **Montgomery** 1:20 4:5 **morning** 4:16 **Mother** 1:7 | **P** 1:14 2:1,1 **Pactiv** 1:11 3:10 7:14 8:9 10:15 10:20 12:9,14 **Palmer** 2:15 16:21 17:2 21:20 **paper** 6:4 7:18 11:17 12:15 **particularly** 14:4 **parties** 1:16 24:17 **Paul** 3:12 **Peachtree** 2:21 3:4 **Pensacola** 6:6 **phone** 6:5 7:18 10:22 **piece** 6:4 7:17 **placed** 21:23 | | |
| | **N** | | | |
| | **N** 1:14 2:1,8 **name** 4:9 6:5 7:18 10:22 12:15 19:5 **names** 12:21 19:3 **need** 8:13 13:15 16:19 **neither** 24:16 **night** 5:3 **NORTHERN** 1:3 **notice** 7:13 8:1,8 | | | |

# FREEDOM COURT REPORTING

Page 28

represents 24:12
request 5:3
reserve 23:2
respect 17:15,18
  23:12
respective 1:16
response 9:19
  9:21,21 21:22
  22:2
responsive 13:3
result 24:19
review 17:17
  19:15
reviewed 4:12
Reynolds 16:17
  16:20 17:15
  18:8
right 13:10 19:5
  23:2
Robert 2:15
  21:19
ROWE 3:8
RPR 1:18 4:1
  24:22
Ruth 6:15

**S**
S 1:14 2:1 3:8
saying 13:13
  15:3
says 21:17
Second 7:7
Security 22:8
see 13:16
seen 14:15,17
  18:7
sent 8:18 16:2
served 9:23 14:3
  22:4
sheets 11:17
Sherri 4:14 10:8
  10:11,12,19
  11:3,6,8,11,14
  11:16,22 12:1

  12:6,8,11,12
  12:20,22 13:2
  16:6
Sixth 2:8
Smith 1:18 2:4
  4:1 24:4,22
Social 22:7
sorry 19:14 21:9
South 2:13,17
specifically 19:8
  21:16
SR 2:19
St 2:21 3:4
start 23:5
state 13:22 24:2
  24:6,22
stated 16:1
STATES 1:1
Ste 2:8
stenographic
  24:9
STIPULATED
  1:15
Street 1:20 2:8
  4:5
stuff 13:9 22:15
subject 4:22
sues 1:6
Suites 1:19 4:4
  7:19 10:23
supervision
  24:11
supplied 5:14
  22:9
sure 9:11

**T**
T 1:14,14
taken 1:18 24:8
Tallapoosa 1:19
  4:4
Tammy 5:20
TATUM 1:8
TAYLOR 2:19

5:15 8:12,21
  9:3,9,14,18
  10:4,9 13:15
  13:21 14:6
  15:2,6,11,23
  16:13 17:7
  21:22 22:23
tell 21:6
Ter 3:7 10:2,16
  13:5,10 14:5
  14:13 15:7
  16:14 18:5,11
  18:17 19:2
  22:5,20
testifying 9:10
thank 13:22
  14:14 15:23
  16:15
Thanks 18:6
things 15:1
think 9:1 16:18
  16:22 17:21
  18:18,23 22:7
thinking 18:19
thirteen 19:3
thirty 14:22
thought 18:18
  22:13
Three 5:20
time 15:19 24:15
TMA 6:3 8:2
  12:13
today 14:15,21
  17:20
told 22:16
tomorrow 23:1
  23:1
transcript 8:10
  10:16 24:10,14
travel 5:4 9:17
true 24:13
try 17:19
two 4:13 5:20
  15:11 17:20,21

21:8
type 9:16

**U**
U 1:14
undated 7:6
understand 14:9
  18:5 22:10
understanding
  9:20
UNITED 1:1

**V**
versus 6:3 7:14
  8:2,9 10:15,20
  12:9,13,14
VIDEOGRAP...
  3:12
vs 1:10

**W**
W 2:7,20 3:3 4:9
  21:18
Wacker 3:8
waiver 5:11
  10:12
want 9:10,11
wasn't 14:11
  17:7
way 14:21
Wendy 3:11
Wetumpka 4:2
we'll 14:19
  17:21,22 18:2
we're 15:8,10
  23:11
wife 16:23
William 5:19
  6:2,12 7:5,11
  12:10
working 15:8
writing 8:14

**Y**
Yahoo 7:20

Yeah 10:4,9
  13:14 14:6
  17:4 19:4
Yellow 7:21

**0**
05 6:20 8:3,22
  9:2,5,6,8
06 6:1 7:4,8,10
  7:23 8:3,18

**1**
1/26/2005 20:23
10 10:5 14:7
  19:20 22:4
10th 19:21
102 2:9
11 7:23 16:3
11/02/04 11:19
11/2/04 16:4
11/30/2004
  19:23
1201 2:20 3:3

**2**
2/17/06 6:11
  13:1
2/2/06 6:7
2/2/2006 21:14
2/22/2005 20:11
2/28/05 6:16
2/6/2005 21:19
2/7/2006 21:17
2:06-cv-83-LE...
  1:5
200 2:8
2006 1:21 10:5
  14:7 19:20
  22:4 23:14
21 7:4
24 6:20
26 23:14
26th 1:21
27 6:1

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 29

| 3 | 7/21/2006 20:5 |
|---|---|
| 3/29/2004 20:2 | 7/26 14:21 |
| 300 1:19 4:4 | 7/28/05 5:18 |
| 30309 2:21 3:4 |   6:13 |
| 31 7:8,10 | 7/28/2005 20:20 |
| 35255 2:13,17 | 71 3:8 |
| 3529 2:12,16 | |
| 36104 1:20 4:5 | **9** |
| 39701 2:9 | 9/06/2005 20:16 |
| | 9/8/05 6:23 |
| **4** | 9/8/2005 20:18 |
| 4/24/05 12:3 | 9:25 4:6 |
| 4/5/06 8:5 11:23 | 9:48 23:14 |

**5**
5/11/05 12:1
5/11/2005 20:3
5/24/2005 20:13
5/31/06 12:18

**6**
6/10/2005 21:12
6/15/05 6:19
  12:5
6/15/2005 21:3
6/20/06 12:23
6/20/2005 21:5
  21:11
6/27/06 5:22
  11:6,7,17 12:7
  12:11,22,22
6/27/2006 20:8
6/5/06 11:3
6/6/06 11:3
60606 3:9

**7**
7th 2:12,16
7/18/06 8:6
  10:13,14
7/19/06 7:21
7/20/06 7:15
  10:17
7/21/06 11:15
  12:19

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**