1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE MIDDLE DISTRICT OF ALABAMA

3       NORTHERN DIVISION

4

5  CASE NUMBER:  2:06-cv-83-LES-CSC (LEAD CASE)

6  MELANIE CHAMBERS, who sues by

7  and through her Mother and next

8  of friend, GAIL TATUM,

9       Plaintiff,

10      vs.

11  PACTIV CORPORATION and

12  LOUISIANA-PACIFIC CORPORATION,

13      Defendants.

14       S T I P U L A T I O N

15      IT IS STIPULATED AND AGREED by and

16  between the parties through their respective

17  counsel, that the following colloquy may be

18  taken before Angela Smith, RPR, CRR, at the

19  Embassy Suites Hotel, at 300 Tallapoosa

20  Street, Montgomery, Alabama 36104, on the

21  28th day of July, 2006.

22

23

```
1        A P P E A R A N C E S
2
3  BEFORE:
4        ANGELA SMITH, Commissioner.
5  APPEARANCES:
6        GREGORY A. CADE, ESQUIRE, of
7  ENVIRONMENTAL LITIGATION GROUP, 3529 7th
8  Avenue South, Birmingham, Alabama 35255,
9  appearing on behalf of the Plaintiff.
10       ROBERT L. PALMER, ESQUIRE, of
11 ENVIRONMENTAL LITIGATION GROUP, 3529 7th
12 Avenue South, Birmingham, Alabama 35255,
13 appearing on behalf of the Plaintiff.
14       BERNARD TAYLOR, SR., ESQUIRE, of
15 ALSTON & BIRD, One Atlantic Center, 1201 W.
16 Peachtree St., Atlanta, Georgia 30309,
17 appearing on behalf of the Defendant,
18 Louisiana-Pacific Corporation.
19       ORLYN O. LOCKARD, III, ESQUIRE, of
20 ALSTON & BIRD, One Atlantic Center, 1201 W.
21 Peachtree St., Atlanta, Georgia 30309,
22 appearing on behalf of the Defendant,
23 Louisiana-Pacific Corporation.
```

1  APPEARANCES (continued):

2         MATTHEW C. SOSTRIN, ESQUIRE, of

3  MAYER, BROWN, ROWE & MAW, 71 S. Wacker

4  Drive, Chicago, Illinois 60606, appearing on

5  behalf of the Defendant, Pactiv Corporation.

6         * * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4

1    I, ANGELA SMITH, RPR, CRR, a Court
2 Reporter of Wetumpka, Alabama, acting as
3 Commissioner, certify that on this date, at
4 the Embassy Suites Hotel, 300 Tallapoosa
5 Street, Montgomery, Alabama 36104, beginning
6 at 9:01 a.m., the following proceedings were
7 had:
8    MR. CADE: This is Gregory A.
9 Cade for the Plaintiff in this case here.
10 And in response to the previous notice, the
11 Defendants noticed to produce certain
12 documents attached to Mrs. Cobb's deposition
13 before.
14    Some of those documents
15 requested were privileged and some were
16 produced to the defendants this morning.
17 And I think those documents consisted of
18 tax-related information and whatnot. I
19 don't know the full extent to what it is.
20    However, I reviewed some of
21 the documents, and some of those documents
22 were privileged. And what I have here is an
23 actual privilege log. And I am invoking the

1  privilege and I am not waiving any

2  attorney-client privilege whatsoever.  Okay?

3           And I am going to read into

4  the Record these particular documents.  The

5  first document I saw was a Dear Client

6  letter from The Colom Law firm dated

7  6/27/06, and was signed by W. Eason

8  Mitchell.

9           There was a Dear Client letter

10  from the Environmental Litigation Group

11  dated 7/21/06, signed by Gregory Cade to

12  Sandra Cobb.

13          There was a Dear Client letter

14  from the Environmental Litigation Group,

15  dated 6/27/06, signed by Wendy Garmon to

16  Sandra Cobb.

17          There was a Dear Client letter

18  from The Colom Law firm 6/27/06, signed by

19  Karen Winter to Sandra Cobb.

20          There was a Dear Client letter

21  from the Cade law firm dated 5/11/05, signed

22  by Gregory Cade to Sandra Cobb.

23          There was a Dear Client letter

6

1  from Cade law firm dated 9/7/05, signed by
2  Chrissy Orlando to Sandra Cobb.
3           Dear Client letter from the
4  Cade law firm dated 2/22/05, signed by
5  Gregory Cade to Sandra Cobb.
6           There's a Dear Client letter
7  from the Cade law firm dated 9/1/05, signed
8  by Chrissy Orlando to Sandra Cobb.
9           There's a Dear Client letter
10  from The Colom Law firm dated 5/31/06,
11  signed by W. Eason Mitchell.
12           Dear Client letter from the
13  Environmental Litigation Group, dated
14  4/5/06, signed by Wendy O'Leasey to Sandra
15  Cobb.
16           There's a Dear Client letter
17  from The Colom Law firm dated 2/27/06,
18  signed by W. Eason Mitchell to Sandra Cobb.
19           There's an envelope addressed
20  to Sandra Cobb from the Environmental
21  Litigation Group postmarked 7/16/06.
22  There's an envelope from the Environmental
23  Litigation Group postmarked 9/1/05.

1  There's an envelope from the Environmental
2  Litigation Group postmarked 5/10/06.
3       There's an envelope from the
4  Environmental Litigation Group postmarked
5  5/11/05.  There was an envelope addressed to
6  Sandra Cobb from The Colom Law firm
7  postmarked 15/24/05.
8       Finally, there was a Dear
9  Client letter from the Environmental
10 Litigation Group dated 7/20/06 signed by
11 Laura Orlando to Sandra Cobb.  That's it.
12      MR. LOCKARD:  For the Record,
13 Counsel had given me a stack of documents
14 this morning, which I'm accepting without
15 waiver of any opportunity to pursue the
16 documents which we contend we have a right
17 to, or to redepose Ms. Cobb in the event
18 that we obtain any further documents that
19 might be responsive to the requests that
20 were served on Counsel.
21      MR. CADE:  That's fine.
22 (The aforementioned colloquy was concluded
23 at 9:04 a.m., July 28, 2006.)

8

1          REPORTER'S CERTIFICATE

2  STATE OF ALABAMA,

3  ELMORE COUNTY,

4         I, Angela Smith, Registered

5  Professional Reporter and Commissioner for

6  the State of Alabama at Large, do hereby

7  certify that the above and foregoing

8  proceeding was taken down by me by

9  stenographic means, and that the content

10  herein was produced in transcript form by

11  computer aid under my supervision, and

12  that the foregoing represents, to the best

13  of my ability, a true and correct

14  transcript of the proceedings occurring on

15  said date and at said time.

16         I further certify that I am neither

17  of kin nor of counsel to the parties to the

18  action; nor in any manner interested in the

19  result of said case.

20

21
            _____
22            Angela Smith, RPR, CRR,
              for the State of
23            Alabama at Large.