**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 28, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   M.C. v. Pactiv Corporation, et al (LEAD CASE)

Case Number 2:06-cv-00083-LES

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to Docket Entry #146 .**

**The correct PDF document is attached to this notice for your review and pertains to member case 2:06cv739-LES.   Reference is made to document # 146   filed on   December 27, 2006.**