IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.<br>)　2:06-cv-00083-LES-CSC<br>)　(Lead Case)<br>)<br>)<br>)<br>) |

## **MOTION TO STRIKE**

Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific") hereby moves to strike the Answers filed December 27, 2006 (Docket #s 117-133) in the above-referenced lead case for the member cases listed below:

- *Adams v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00660-LES-CSC;

- *Anderson v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00739-LES-CSC;

- *Brooks v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00680-LES-CSC;

- *Cassady v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00679-LES-CSC;

- *Cravey v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00191-LES-CSC;

- *Davis v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00187-LES-CSC;

- *Douglas v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00188-LES-CSC;

- *Edwards v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00086-LES-CSC;

- *Hamilton v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00759-LES-CSC;

- *Harrison v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00757-LES-CSC;

- *K.C. v. Pactiv Corp., et al.*   Civil Action No. 2:06-cv-00904-LES-CSC;

- 2 -

- *Kelley v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00190-LES-CSC;

- *Lawrence v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00758-LES-CSC;

- *Madden v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00186-LES-CSC;

- *Phillips v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00084-LES-CSC;

- *Thompson v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00189-LES-CSC;

- *Thompson v. Pactiv Corp., et al.*  Civil Action No. 2:06-cv-00085-LES-CSC.

Respectfully submitted this 28th day of December, 2006.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>28th</u> day of December, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Mark R. TerMolen

John C. Berghoff, Jr.

Matthew C. Sostrin

John A. Earnhardt

H. Thomas Wells, Jr.

Richard Elder Crum

                                            <u>/s/ Douglas S. Arnold</u>
                                            Of Counsel