IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

ORDER

Now pending before the court is the December 28, 2006, motion to strike the answers filed on December 27, 2006 (docs. # 117-133) filed by defendant Louisiana-Pacific Corporation (doc. # 161). Upon consideration of the motion and for good cause, it is

ORDERED that the motion to strike (doc. # 161) be and is hereby GRANTED.

Done this 28th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE