IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                    PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                                                 (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                             DEFENDANTS

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Comes now W. Eason Mitchell of The Colom Law Firm, LLC, a member of the United States District Court for the Middle District of Alabama, and moves this Court to enter an Order admitting Wilbur O. Colom of The Colom Law Firm, LLC, Post Office Box 866, Columbus, MS 39703, to practice before this Court in the above styled case as additional counsel for Plaintiffs.  In support of this Motion, Movant states as follows:

1.  Wilbur O. Colom is a member in good standing and is admitted to practice in the United States District Court for the Northern District of Mississippi.  His Certificate of Good Standing in the United States

1

District Court for the Northern District of Mississippi is attached hereto.

2. The prescribed filing fee of $20.00 has this day been sent to the Clerk of Court.

3. The admission *pro hac vice* of Wilbur O. Colom in this action will greatly assist in the presentation of issues for adjudication by the Court. He is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with The Colom Law Firm as counsel in this matter.

4. Mr. Colom has never been disciplined by any court and understands that his admission *pro hac vice* subjects him to the disciplinary jurisdiction of this Court.

WHEREFORE, premises considered, Movant respectfully requests that this Court grant this Motion and admit Wilbur O. Colom to practice before this Court in the above-styled action.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on December 29, 2006, I electronically filed the foregoing *Motion to Admit Counsel Pro Hac Vice* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Douglas Sheppard Arnold, Esq.
> Dennis R. Bailey, Esq.
> John C. Berghoff, Jr., Esq.
> John A. Earnhardt, Esq.
> R. Austin Huffaker, Jr., Esq.
> Orlyn O. Lockard, III, Esq.
> Edwin Bryan Nichols, Esq.
> Laura Ellison Proctor, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> Bernard Taylor, Sr., Esq.

      /s/ W. Eason Mitchell
      W. Eason Mitchell

73949.wpd

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__NORTHERN__   DISTRICT OF   __MISSISSIPPI__

**CERTIFICATE OF GOOD STANDING**

I, _____ARLEN B. COYLE_____ , *Clerk of this Court,*

*certify that* __WILBUR O. COLOM__ , *Bar #* __6403__ ,

*was duly admitted to practice in this Court on*

__2/27/1978__
DATE
, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at* __ABERDEEN__  *on*  __12/7/2006__ .
LOCATION                           DATE

Arlen B. Coyle, Clerk
_____          _____
CLERK                                    DEPUTY CLERK