IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is Attorney Wilbur O. Colom's motion to appear *pro hac vice* filed on December 29, 2006. (Doc. # 180). Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Attorney Colom shall file a notice of appearance with this court.

Done this 11th day of January, 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE