**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, **GAIL TATUM**, | ) )  ) |
| **Plaintiff,** | ) **CASE NO. 2:06-cv-83-LES-CSC** ) **(LEAD CASE)** |
| vs. | ) ) |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** | ) ) ) |
| **Defendants.** | ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO IDENTIFY THREE INITIAL TRIAL PLAINTIFFS**

Defendants Pactiv Corporation and Louisiana-Pacific Corporation ("Defendants") jointly move this Court for an extension of time—until March 30, 2007—for the parties to confer upon the identification of three cases to be scheduled for trial as required by the Court's January 8 Order. Plaintiffs do not oppose this request. In support thereof, Defendants state as follows:

1.      On January 8, 2007, the Court issued its Memorandum and Order (docket no.182) requiring certain disclosures by each of the 1,430 individual plaintiffs. The Memorandum and Order requires each individual plaintiff to provide certain information related to his/her claim by March 2, 2007. It then directs that the parties shall, on or before March 16, 2007, "confer and agree upon the identification of three cases to be scheduled for trial." *Id.* at 5.

2.      Defendants believe there is insufficient time between March 2 and March 16, 2007 to process and analyze up to 1,430 responses and then to confer meaningfully with Plaintiffs on the identification of the first three cases for trial.

3.      Allowing sufficient time for this process is important to ensure that the three trials are representative so that the outcome could provide the parties with appropriate guidance in seeking to resolve this litigation.

4.      Defendants believe that they can complete the trial plaintiff identification process within 28 days of the receipt and distribution of all questionnaire responses on March 2, 2007.

5.      Plaintiffs do not oppose the extension of time requested herein.

WHEREFORE, Defendants respectfully request that the Court extend the deadline in the Court's Memorandum and Opinion—until March 30, 2007—for the parties to confer upon the identification of three cases to be scheduled for trial

Respectfully submitted this 27th day of February, 2007.


/s/  John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

**Counsel for Defendant Pactiv Corporation**

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com


ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/  Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

**Counsel for Defendant Louisiana-Pacific
    Corporation**

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

13336787.1                                    4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2007, I filed the foregoing via the

CM/ECF system which will send notice of said filing to the following:


W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer


/s/ Matthew C. Sostrin
Of Counsel