```
         IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

|  |  |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,<br><br>        Plaintiff,<br><br>    v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO. 2:06CV83-LES<br>        (LEAD CASE)<br><br><br>ORDER |

This matter is before the Court on defendants' motion (Filing No. 202) for extension of time for the parties to confer and identify the three cases to be initially scheduled for trial as required by this Court's prior order (Filing No. 182). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; the parties shall have until March 30, 2007, to identify the three cases that will be initially scheduled for trial.

DATED this 28th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court