IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother
and Administratrix of the
Estate of MELANIE CHAMBERS, a
deceased minor child,

    Plaintiff,

vs.                                      CIVIL ACTION NO. 2:06CV83-LES
                                            (LEAD CASE)

PACTIC CORPORATION and
LOUISIANA-PACIFIC CORPORATION,

    Defendants.

_____/

## PLAINTIFFS' COMPLIANCE WITH COURT'S ORDER

    Come now the attorneys for the Plaintiffs and report that Plaintiffs', with exception of the Plaintiffs listed on Exhibit A, have complied with the Court's order to provide Defendants with information required by this Court's Order. The Plaintiffs' response consists of the following:

    1.    Information provided by individual Plaintiffs and signed as required.

    2.    Plaintiffs' master response indicating diagnosis dates for individual Plaintiffs, which will be supplemented for some Plaintiffs when obtained.

    3.    Plaintiffs' master response consisting of exposure assessment of Dr. James Clark with exhibits.

    4.    Plaintiffs' master response consisting of real property devaluation reports by Maurice Mitchell, Certificated Real Estate Appraiser/CPA with exhibits.

       /s/ W. Eason Mitchell
W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, Mississippi 39703
Telephone:  662-327-0903
Facsimile:  662-329-4832
emitchell@colom.com


       /s/ Gregory A. Cade
Gregory A. Cade
ABS No. 6088-G68C
Environmental Litigation Group, PC
Post Office Box 550219
Birmingham, Alabama 35255
Telephone:  205-328-9200
Facsimile:   205-328-9456
gregcade@elglaw.com


## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 2, 2007, I electronically filed the foregoing Plaintiffs' Compliance with Court's Order with the Clerk of the Court using the ECF system and sent notification of such filing to the following:

John C. Berghoff, Jr.
Matthew C. Sostrin
Mark R. Ter Molen
H. Thomas Wells, Jr.
John A. Earnhardt
Bernard Taylor
Douglas S. Arnold
Orlyn O. Lockhard, III
Dennis R. Bailey
R. Austin Huffaker
Laura Porter


       /s/ Gregory A. Cade
Of Counsel

2