| Fullname | SSN | Case Number |
|---|---|---|
| Adams, Brandon Dewayne | | 2:06cv739 |
| Adams, Derick Brent | | 2:06cv739 |
| Adams, Frank L. | | 2:06cv739 |
| Adams, Joseph Daniel | | 2:06cv739 |
| Adams, Willie Thelma | | 2:06cv739 |
| Anderson, Mildred W. | | 2:06cv739 |
| Anderson, Tonya | | 2:06cv739 |
| Anthony, Bernard, Sr. | | 2:06cv739 |
| Anthony, Evelyn | | 2:06-CV-660-WKW |
| Anthony, Evelyn Shalista | | 2:06cv739 |
| Anthony, Mia Nicole | | 2:06cv739 |
| Anthony, Prinscilla Sherelette | | 2:06cv739 |
| Appkins, Hattie | | 2:06cv739 |
| Armstrong, Johnny | | 2:06cv739 |
| Avan, Carmon | | 2:06cv739 |
| Avan, Jorian | | 2:06cv739 |
| Avan, Keadra T. | | 2:06cv739 |
| Avan, Kenneth | | 2:06cv739 |
| Baker, Cindy | | 2:06cv739 |
| Baldwin, John | | 2:06cv739 |
| Baldwin, Timothy | | 2:06cv739 |
| Ball, Louise | | 2:06-CV-660-WKW |
| Ball, Zakiyyah | | 2:06cv739 |
| Barnes, Anthony D. | | 2:06cv739 |
| Barnes, Chanealie | | 2:06cv739 |
| Barnes, Hardred, III | | 2:06cv739 |
| Barnes, Joann | | 2:06cv739 |
| Barrow, Farrel E. | | 2:06cv739 |
| Beck, Scotty | | 2:06cv739 |
| Bell, Willie Fred | | 2:06cv739 |
| Berry, Michael L., Jr. | | 2:06cv739 |
| Bess, Bobby Jean | | 2:06cv739 |
| Bess, Yz | | 2:06cv739 |
| Blackburn, Robert Jerald | | 2:06cv739 |
| Blair, Bert | | 2:06cv739 |
| Blue, Cecil Ray | | 2:06cv739 |
| Blue, Gail | | 2:06cv739 |
| Boles, Johnny Lamar | | 2:06cv739 |
| Boles, Joshua | | 2:06cv739 |
| Bonam, Albert Dewayne, Jr. | | 2:06cv739 |
| Bonam, Malik DeJuan | | 2:06cv739 |
| Bonam, Sandra Lee | | 2:06cv739 |
| Bradberry, Bobby C. | | 2:06cv739 |
| Bradberry, Bryan Anthony | | 2:06cv739 |
| Bradberry, Sam, Jr. | | 2:06cv739 |
| Bradberry, Sherrill A. | | 2:06-CV-660-WKW |
| Bradley, Daniel L. | | 2:06cv739 |
| Bradley, David | | 2:06cv739 |

| Name | | Case |
|---|---|---|
| Bradley, David NMN | | 2:06cv739 |
| Bradley, Sable Denise | | 2:06cv739 |
| Bramlet, Janice | | 2:06cv739 |
| Broder, Pamela | | 2:06cv739 |
| Broder, Pamela Jolene | | 2:06cv739 |
| Brooks, Annie Ruth | | 2:06cv739 |
| Brooks, Charles | | 2:06cv739 |
| Brooks, Essie M. | | 2:06cv739 |
| Brooks, Heather Geohagan | | 2:06cv739 |
| Brooks, James E. | | 2:06cv739 |
| Brooks, Jason | | 2:06cv739 |
| Brooks, Kenneth D. | | 2:06cv739 |
| Brooks, Patricia | | 2:06cv739 |
| Brooks, Ralph | | 2:06cv739 |
| Brooks, Raymond | | 2:06cv739 |
| Brooks, Tammy Lenora | | 2:06cv739 |
| Brooks, Timothy W. | | 2:06cv739 |
| Brooks, Tomika Shontese | | 2:06cv739 |
| Brooks, Willie Ray | | 2:06cv739 |
| Brown, Edith | | 2:06cv739 |
| Bryan, Connie R. | | 2:06cv739 |
| Bryan, James E. | | 2:06cv739 |
| Bryan, Jessica | | 2:06cv739 |
| Bryan, Rhonda | | 2:06cv739 |
| Bryant, Tuwan | | 2:06cv739 |
| Buckley, Hural | | 2:06cv739 |
| Burke, Elois | | 2:06cv739 |
| Caldwell, Gregory R. | | 2:06cv739 |
| Caldwell, Jackie | | 2:06cv739 |
| Caldwell, Mistilin | | 2:06cv739 |
| Caldwell, Preston Ray | | 2:06cv739 |
| Calloway, Willie | | 2:06cv739 |
| Campbell, Kenneth Mac | | 2:06cv739 |
| Caraway, Jayce | | 2:06cv739 |
| Caraway, Katelyn | | 2:06cv904 |
| Caraway, Kristy | | 2:06cv739 |
| Carlisle, Randall | | 2:06cv739 |
| Carpenter, Jesse Ray | | 2:06cv739 |
| Carson, Carla Denise | | 2:06cv739 |
| Carson, Ronda L. | | 2:06cv739 |
| Carson, Sonya | | 2:06cv739 |
| Carter, Jeremy Chad | | 2:06cv739 |
| Carter, Nicholas | | 2:06cv739 |
| Carter, Sierra C. | | 2:06cv739 |
| Caryl-Gordon, Susan | | 2:06-cv-758 |
| Casey, Kaunda | | 2:06cv739 |
| Cassady, Laura | | 2:06cv739 |
| Cassady, Louise | | 2:06cv739 |
| Cassady, Nathan Alexander | | 2:06cv739 |

| | | |
|---|---|---|
| Cavis, Shirley Ann | | 2:06cv904 |
| Chambers, James Keith | | 2:06cv739 |
| Chatman, Mechele | | 2:06cv739 |
| Chatman, Michael Wayne | | 2:06cv739 |
| Chatman, Prinscilla Anthony | | 2:06-CV-660-WKW |
| Christian, Kimberly | | 2:06cv739 |
| Commander, Fred D | | 2:06-CV-660-WKW |
| Coon, Joshua Hunter | | 2:06cv739 |
| Cooper, Dorothy J. | | 2:06cv739 |
| Cooper, Marvin D. | | 2:06cv739 |
| Corbin, Martha L. | | 2:06-CV-660-WKW |
| Corbin, Stephen Kyle | | 2:06cv739 |
| Cosson, Elizabeth J. | | 2:06cv739 |
| Costopoulos, Chris | | 2:06cv739 |
| Cowan, Lucidena | | 2:06cv739 |
| Cowart, Priscilla S. | | 2:06cv739 |
| Cox, Paul Aubrey | | 2:06cv739 |
| Daniels, Betty Ann | | 2:06cv739 |
| Davis, John D. | | 2:06cv739 |
| Davis, Paul Eugene | | 2:06cv739 |
| Davis-Goldsmith, Shanda | | 2:06cv739 |
| Dennis, Kathy | | 2:06cv739 |
| Dixon, Michael David | | 2:06cv739 |
| Dixon, Otis | | 2:06cv739 |
| Donaldson, Brookelyn S. | | 2:06cv739 |
| Donaldson, Justin B. | | 2:06cv739 |
| Dukes, Joseph | | 2:06cv739 |
| Edmondson, Gregory D. | | 2:06cv739 |
| Edwards, John H. | | 2:06cv739 |
| Edwards, Kimley | | 2:06cv739 |
| Edwards, Lacy | | 2:06cv739 |
| Edwards, Vicki V. | | 2:06cv739 |
| Eliard, John | | 2:06cv739 |
| Faulk, Thomas L. | | 2:06cv739 |
| Feagins, Robert | | 2:06cv739 |
| Findley, Douglas David | | 2:06cv739 |
| Findley, Elizabeth Brooks | | 2:06-CV-660-WKW |
| Finlayson, Gutherrie Pridgeon | | 2:06cv739 |
| Fleming, Joshua S. | | 2:06cv739 |
| Florence, Murunda | | 2:06cv739 |
| Flowers, Franklin D. | | 2:06cv739 |
| Flowers, Kristen | | 2:06cv739 |
| Franklin, Danny D. | | 2:06cv739 |
| Frazier, Annasia | | 2:06cv739 |
| Frazier, Elizabeth, The Estate of | | 2:06-CV-660-WKW |
| Frazier, Jessica Idella | | 2:06cv739 |
| Frazier, Tenisha Quantel | | 2:06cv739 |
| Frazier, Toteana Shambrel | | 2:06cv739 |
| Frost, Brandi Nichole | | 2:06cv739 |

| | | |
|---|---|---|
| Gantt, Daniel, III | | 2:06cv739 |
| Gantt, Meagan D. | | 2:06cv739 |
| Gettis, Cleveland | | 2:06cv739 |
| Gilbert, Wilbert, The Estate of | | 2:06cv739 |
| Gill, Gloria Carson | | 2:06cv739 |
| Gilley, Lindsey | | 2:06cv739 |
| Goff, Mary | | 2:06cv739 |
| Goldsmith, Annie | | 2:06cv739 |
| Goldsmith, Bernice | | 2:06-CV-660-WKW |
| Goldsmith, Brooks | | 2:06cv739 |
| Goldsmith, Cierra | | 2:06cv739 |
| Goldsmith, Donald | | 2:06cv739 |
| Goldsmith, Eva N. | | 2:06cv739 |
| Goldsmith, Eva Pearl | | 2:06cv739 |
| Goldsmith, Richard | | 2:06cv739 |
| Goldsmith, Willie | | 2:06cv739 |
| Goodwin, Oliver | | 2:06cv739 |
| Goodwin, Rita Faye | | 2:06cv739 |
| Griffin, Jakiyah Joshae | | 2:06cv739 |
| Griggs, Eleanor | | 2:06cv739 |
| Hadley, Christian Kyle | | 2:06cv739 |
| Hadley, James Monroe | | 2:06cv739 |
| Hadley, Laken Page | | 2:06cv739 |
| Hadley, Tara Sunshine | | 2:06cv739 |
| Hamilton, William G. | | 2:06cv739 |
| Haney, Dallas O. | | 2:06cv739 |
| Harrielson, Lisa | | 2:06-CV-660-WKW |
| Harris, Car | | 2:06cv739 |
| Harris, Ida Mae | | 2:06cv739 |
| Harrison, Leslie D. | | 2:06cv739 |
| Hartley, Contessa | | 2:06-CV-660-WKW |
| Hartley, Fannie Lue | | 2:06-CV-660-WKW |
| Hartley, Helen | | 2:06cv739 |
| Hartley, Paul E. | | 2:06cv739 |
| Hartley, Paul, Jr. | | 2:06cv739 |
| Hartley, Yvonne Lachelle | | 2:06cv739 |
| Head, Willa Dean | | 2:06cv739 |
| Hemphill, Bobby Joe | | 2:06cv739 |
| Henderson, John Leroy | | 2:06cv739 |
| Henderson, Margie | | 2:06cv739 |
| Herbert, Eugene, Jr. | | 2:06cv739 |
| Hill, Eddie J., Jr. | | 2:06cv739 |
| Hobbs, Olivia | | 2:06cv739 |
| Holley, Angela | | 2:06cv739 |
| Holmes, Donna LaKeisha | | 2:06cv739 |
| Hughes, Ciera | | 2:06cv739 |
| Hughes, Holland R. | | 2:06cv739 |
| Hughes, Tony R. | | 2:06cv739 |
| Hutcheson, David | | 2:06cv739 |

| | | |
|---|---|---|
| Hutcheson, Juliana Marie | | 2:06cv739 |
| Hutcheson, Keanua Makayla | | 2:06cv739 |
| Hutcheson, Pamela D. | | 2:06cv739 |
| Hutchinson, Douglas | | 2:06cv739 |
| Hutchinson, Josephine Y. | | 2:06cv739 |
| Hutchinson, Knshanaha | | 2:06cv739 |
| Inabinett, Eleanor | | 2:06cv739 |
| Inabinett, Jamie | | 2:06cv739 |
| Inabinett, Walter | | 2:06cv739 |
| Ingalls, James A | | 2:06cv739 |
| Isgro, Eddie | | 2:06cv739 |
| Isgro, Patricia | | 2:06cv739 |
| Jackson, Bonnie | | 2:06cv739 |
| Jackson, Catlyn J. | | 2:06cv739 |
| Jackson, Edward, III | | 2:06cv904 |
| Jackson, Emma G. | | 2:06cv739 |
| Jackson, Helen A. | | 2:06cv739 |
| Jackson, James Paul | | 2:06cv739 |
| Jackson, Leamon D. | | 2:06cv904 |
| Jackson, Lily | | 2:06cv739 |
| Jackson, Sara | | 2:06cv739 |
| Jackson, Schon | | 2:06cv739 |
| Jackson, Shaquille | | 2:06cv739 |
| Johnson, Frances | | 2:06cv739 |
| Johnson, Francis M. | | 2:06cv739 |
| Johnson, Jaden Cooper | | 2:06cv739 |
| Johnson, Kenneth L. | | 2:06cv739 |
| Jones, Betty | | 2:06cv739 |
| Jones, Cody | | 2:06cv739 |
| Jones, Delores | | 2:06-CV-660-WKW |
| Jones, Dewayne | | 2:06cv739 |
| Jones, Eric D. | | 2:06cv739 |
| Jones, Evelyn Thompson | | 2:06cv739 |
| Jones, Holley | | 2:06cv739 |
| Jones, John E. | | 2:06cv739 |
| Jones, Nicholas | | 2:06cv739 |
| Jones, Patricia | | 2:06cv739 |
| Jordan, Clara | | 2:06cv739 |
| Jordan, Daphne L. | | 2:06cv739 |
| Jordan, Lillie V. | | 2:06cv739 |
| Jordan, Trina | | 2:06cv739 |
| King, Anna Hartley | | 2:06cv739 |
| Knight, Johnny, Jr. | | 2:06cv739 |
| Knight, Ruby Nell | | 2:06cv739 |
| Kyser, Paul Jay | | 2:06cv739 |
| Kyser, William Robert | | 2:06cv739 |
| Lafta, Breonna | | 2:06cv739 |
| Lafta, Christa | | 2:06cv739 |
| Lafta, Kimberly | | 2:06cv739 |

| | | |
|---|---|---|
| Lafta, Nicho | | 2:06cv739 |
| Lang, Eddie | | 2:06cv739 |
| Lawrence, Robert B. | | 2:06-cv-758 |
| Lee, Mae | | 2:06cv739 |
| Lewis, Palmer Clint | | 2:06cv739 |
| Lockeharte, Candress | | 2:06cv739 |
| Lynn, Dexter L., Sr. | | 2:06cv739 |
| Lynn, Dexter, Jr. | | 2:06cv739 |
| Lynn, Gregory | | 2:06cv739 |
| Lynn, Karen Renee | | 2:06cv739 |
| Lynn, Nicole F. | | 2:06-CV-660-WKW |
| Lynn, Santanna D. | | 2:06cv739 |
| Lynn, Valtrez C. | | 2:06cv739 |
| Lynn, Willie G., The Estate of | | 2:06cv739 |
| Lynn, Willie George, Jr. | | 2:06cv739 |
| Lynn-Jackson, Marjorie K. | | 2:06cv739 |
| Mack, Benjamin | | 2:06cv739 |
| Maddox, Bruce Evan | | 2:06cv739 |
| Maddox, Caleb Dakota | | 2:06cv739 |
| Maddox, Jennifer R. | | 2:06cv739 |
| Maddox, Justin | | 2:06cv739 |
| Maddox, Lori L. | | 2:06cv739 |
| Marion, Tabitha A. | | 2:06cv739 |
| Marshall, Camren D. | | 2:06cv739 |
| Martin, Jerry Allen | | 2:06cv739 |
| Matthews, Clifford D. | | 2:06cv739 |
| Matthews, Deldric T. | | 2:06cv739 |
| Matthews, Donald Sylvestor | | 2:06cv739 |
| Matthews, Edith | | 2:06-CV-660-WKW |
| Matthews, Johnny Lee | | 2:06cv739 |
| Matthews, Lacrecia | | 2:06-CV-660-WKW |
| Matthews, Theresa A. | | 2:06cv739 |
| Matthews, Tyrone Maurice | | 2:06cv739 |
| Mattress, Sharon C. | | 2:06-CV-660-WKW |
| Mayes, Melody | | 2:06cv739 |
| McCarey, Mary C. | | 2:06cv739 |
| McClain, Ealie S., The Estate of | | 2:06cv739 |
| McClain, Lessie | | 2:06cv739 |
| McCollough, Alice | | 2:06cv739 |
| McGee, Jacquelynn Peacock | | 2:06cv739 |
| McLaughlin, Stephon | | 2:06cv739 |
| Miller, Larry L. | | 2:06cv739 |
| Miller, Tiffany | | 2:06cv739 |
| Milton, Willie C. | | 2:06cv739 |
| Mitchell, Betty Kembro | | 2:06cv739 |
| Moody, Ewin | | 2:06-cv-758 |
| Moore, Alesia R. | | 2:06cv739 |
| Moore, Dianne, The Estate of | | 2:06cv904 |
| Moore, Dominique M. | | 2:06cv739 |

| | | |
|---|---|---|
| Moore, EvyMic L. | | 2:06cv739 |
| Moore, Michael | | 2:06cv739 |
| Morris, Donnie Wilson | | 2:06cv739 |
| Morris, John F. | | 2:06cv739 |
| Mulkey, Stacy | | 2:06cv739 |
| Murphy, Corbin L. | | 2:06cv739 |
| Murphy, Ida | | 2:06cv739 |
| Murphy, James A. | | 2:06cv739 |
| Norman, Kenneth | | 2:06cv739 |
| Norman, Linsey R. | | 2:06cv739 |
| Norman, Lonnie Leroy, Sr. | | 2:06cv739 |
| Norman, Nicholas R. | | 2:06cv739 |
| Norman, Pamela S. | | 2:06cv739 |
| Norris, Vernon | | 2:06cv739 |
| Oates, Neal | | 2:06cv739 |
| Odom, Amanda | | 2:06cv739 |
| Odom, Ashly | | 2:06cv739 |
| Odom, Betty Gail | | 2:06cv739 |
| Odom, Deborah | | 2:06cv739 |
| Odom, Maggie | | 2:06cv739 |
| Odom, Mitchell | | 2:06cv739 |
| Odom, Rebecca | | 2:06cv739 |
| Odom, Tanya | | 2:06cv739 |
| Orndorff, Quinton | | 2:06cv739 |
| Orndorff-Nobles, Serrena L. | | 2:06-CV-660-WKW |
| Owens, Herman D. | | 2:06cv739 |
| Owens, Kelvin James | | 2:06cv739 |
| Owens, Warren | | 2:06cv739 |
| Palmer, Carlton | | 2:06cv739 |
| Parker, Kelley | | 2:06cv739 |
| Parker, Milton | | 2:06cv739 |
| Parker, Prince N. | | 2:06cv739 |
| Parker, Robert, Jr. | | 2:06cv739 |
| Parks, Nina | | 2:06cv739 |
| Parson, Deandre Marshawn | | 2:06cv739 |
| Pate, Annie | | 2:06cv739 |
| Patrick, Aisha | | 2:06cv739 |
| Patrick, Elijah | | 2:06cv739 |
| Patrick, Eloise | | 2:06cv739 |
| Peacock, Evelyn | | 2:06cv739 |
| Peacock, Glenn Edward | | 2:06cv739 |
| Peacock, Gwenever Jewel | | 2:06-CV-660-WKW |
| Peacock, James Lemont | | 2:06cv739 |
| Peacock, Saddie Mae | | 2:06cv739 |
| Perdue, Antonio DeWayne, Jr. | | 2:06cv739 |
| Perez, Joseph Daniel | | 2:06cv739 |
| Perry, Archillius Mendrell | | 2:06cv739 |
| Perry, Charles E. | | 2:06cv739 |
| Perry, Kavian Fer-rell | | 2:06cv739 |

| Name | | Case |
|---|---|---|
| Perry, Nathan L. | | 2:06cv739 |
| Perry, Steven T. | | 2:06cv739 |
| Perry, Yulishia Shentelle | | 2:06cv739 |
| Petway, Princess Jer-ree | | 2:06cv739 |
| Phillips, Marcus E. | | 2:06cv739 |
| Pickron, Bettye | | 2:06cv739 |
| Pickron, Ivan N. | | 2:06cv739 |
| Pickron, Tony Ray | | 2:06cv739 |
| Pryor, Arnold Keith | | 2:06cv739 |
| Pryor, Carroll Eugene | | 2:06cv739 |
| Pugh, Sandy | | 2:06-cv-758 |
| Radford, Tiffany | | 2:06cv739 |
| Ratliff, Clarence | | 2:06cv739 |
| Read, Charles (Mike) | | 2:06cv739 |
| Read, Hazel Inez, The Estate of | | 2:06cv904 |
| Redmon, Georgeann | | 2:06cv739 |
| Redmon, Rudolph | | 2:06cv739 |
| Reese, Jerry Cleveland | | 2:06cv739 |
| Reeves, Ellie | | 2:06cv739 |
| Reeves, Greg | | 2:06cv739 |
| Richardson, Linda | | 2:06cv739 |
| Richardson, Terry | | 2:06cv739 |
| Richardson, Timothy J. | | 2:06cv739 |
| Robbins, Manuel | | 2:06cv739 |
| Roberts, Jarvis | | 2:06cv739 |
| Roberts, Shannon Ray | | 2:06cv739 |
| Robinson, Jonathan David | | 2:06cv739 |
| Robinson, Patrick Dewayne | | 2:06cv739 |
| Robinson, Shumeka | | 2:06-CV-660-WKW |
| Roof, Micheal D. | | 2:06cv739 |
| Rowe, Daphne | | 2:06-CV-660-WKW |
| Russell, Felicia Hartley | | 2:06cv739 |
| Russell, Valerie | | 2:06cv739 |
| Sankey, Mary Lee | | 2:06cv739 |
| Sexton, Heather Renee | | 2:06cv739 |
| Shaw, Beulah | | 2:06cv739 |
| Shaw, Patricia | | 2:06cv739 |
| Slater, Clarence Edward | | 2:06cv739 |
| Small, James E. | | 2:06cv739 |
| Small, Minnie | | 2:06cv739 |
| Smiley, Densthia | | 2:06cv739 |
| Smiley, Michelle | | 2:06cv739 |
| Smith, Annie | | 2:06cv739 |
| Smith, Carolyn Hutchinson | | 2:06cv739 |
| Smith, Cherice Lanette | | 2:06cv739 |
| Smith, Clayton H., Jr. | | 2:06-cv-758 |
| Smith, David Allen | | 2:06cv739 |
| Smith, Lessie | | 2:06cv739 |
| Smith, Manuel | | 2:06-cv-758 |

| | | |
|---|---|---|
| Smith, Minnie Pearl | | 2:06cv739 |
| Snow, Lewis Edward | | 2:06cv739 |
| Snow, Timothy Lewis | | 2:06cv739 |
| Spychalski, Shannon Don | | 2:06cv739 |
| Stewart, Donald Chad | | 2:06cv739 |
| Strickland, Melinda | | 2:06cv739 |
| Stubbs, Dechanta Lynn | | 2:06cv739 |
| Suttles, Jimmy | | 2:06cv739 |
| Tanner, William | | 2:06cv739 |
| Tatum, Eva | | 2:06cv739 |
| Tatum, Hank | | 2:06cv739 |
| Tatum, Peggy Cassady | | 2:06cv739 |
| Taylor, Sylvia | | 2:06-cv-758 |
| Teate, Dorita | | 2:06-CV-660-WKW |
| Terry (Rowe), Dawellyne | | 2:06-CV-660-WKW |
| Thomas, Dolly | | 2:06cv739 |
| Thomas, Paula | | 2:06cv739 |
| Thomas, Philip Harold | | 2:06cv739 |
| Thomas, Scott | | 2:06cv739 |
| Thomas, Unadia | | 2:06cv739 |
| Thompson, Frankie Thrash | | 2:06cv739 |
| Thompson, Kanessa M. | | 2:06cv739 |
| Thompson, Lillie Mae | | 2:06cv739 |
| Thornhill, Holden | | 2:06cv739 |
| Thornhill, Leighton B. | | 2:06cv739 |
| Thornhill, Sarah | | 2:06-CV-660-WKW |
| Thrash, Cornelia | | 2:06cv739 |
| Thrash, Dorothy | | 2:06-CV-660-WKW |
| Thrash, Stephon Letray | | 2:06cv739 |
| Thrash, Stephoni Letravia | | 2:06cv739 |
| Thrash, Tysean Temario | | 2:06cv739 |
| Thrash, Yuvanda | | 2:06cv739 |
| Tillman, Timothy | | 2:06cv739 |
| Toles, Larry Bruce | | 2:06cv739 |
| Toles, Sharonda | | 2:06cv739 |
| Turbyville, LaToya Nicole | | 2:06cv739 |
| Tuttle, Randall | | 2:06cv739 |
| Vann, Leon | | 2:07cv50 |
| Vann, Leon A. | | 2:06cv739 |
| Vann, Wayne B. | | 2:06cv739 |
| Vickers, Daphne | | 2:06cv739 |
| Vickers, Kimberly D. | | 2:06cv904 |
| Vickers, Vannie | | 2:06cv739 |
| Walker, Kevin Patrick | | 2:06cv739 |
| Walker, Theresa Ann | | 2:06cv739 |
| Walker, William Arthur | | 2:06cv739 |
| Walker, William Scott | | 2:06cv739 |
| Wallace, Everett | | 2:06-CV-660-WKW |
| Walters, Terrence | | 2:06cv739 |

| | | |
|---|---|---|
| Wang, Tracey | | 2:06cv739 |
| Warhop, Floyd E. | | 2:06-CV-660-WKW |
| Watson, Bill | | 2:06cv739 |
| Watson, Jessica | | 2:06cv739 |
| Weaver, Brenda | | 2:06cv739 |
| Weaver, Fred | | 2:06cv739 |
| Weaver, Mark | | 2:06cv739 |
| Weeks, John D. | | 2:06cv739 |
| Wheeler, Geraldine | | 2:06cv739 |
| Whitaker, Alford, Sr. | | 2:06cv739 |
| Wibbing, Charles R. | | 2:06cv739 |
| Wilkins, Anthony A. | | 2:06cv739 |
| Williams, Cedric Alphonso | | 2:06cv739 |
| Williams, Cicely F. | | 2:06cv739 |
| Williams, Dewayne E. | | 2:06cv739 |
| Williams, Earnest Leo | | 2:06cv739 |
| Williams, Francine | | 2:06cv739 |
| Williams, Francis Marie | | 2:06-CV-660-WKW |
| Williams, Lucille T. | | 2:06-CV-660-WKW |
| Williams, Mary A. | | 2:06cv739 |
| Williford, Thomas | | 2:06cv739 |
| Wilson, Alicia | | 2:06cv739 |
| Wilson, Daphne | | 2:06cv739 |
| Wilson, Ebony | | 2:06cv739 |
| Wilson, LaToya Danielle | | 2:06cv739 |
| Wilson, Mary N. | | 2:06cv739 |
| Wise, Michael G. | | 2:06cv739 |
| Wise, Wayne DeWitt | | 2:06cv904 |
| Wright, Betty | | 2:06cv739 |
| Wright, Deonte J. | | 2:06cv739 |
| Wright, Gregory | | 2:06cv739 |
| Wright, Lacy Evan | | 2:06cv739 |
| Yates, Raymond | | 2:06cv739 |
| Yates, Wade L. | | 2:06cv739 |