IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child, ) ) ) ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| v. ) | 2:06-cv-00083-LES-CSC |
| ) | (Lead Case) |
| PACTIV CORPORATION and ) LOUISIANA-PACIFIC CORPORATION ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS CLAIMS BY PLAINTIFFS WHO DID NOT RESPOND TO THE COURT'S JANUARY 8, 2007 ORDER**

In response to this Court's Order dated January 8, 2007 (docket no. 182), Plaintiffs filed a notice of "Compliance with Court's Order" (docket no. 204-1) on March 2, 2007. This notice acknowledges that the list of approximately 474 individual Plaintiffs on "Attachment A" thereto (docket no. 204-2) did not provide timely responses to the Court's Order. The Court's Order provides that any Plaintiff failing to provide a timely response "shall be subject to sanctions, including dismissal of his or her claims with prejudice." *See* Order, p. 4. Defendants therefore move the Court to dismiss with prejudice the claims of each Plaintiff listed on Attachment A to Plaintiffs' "Compliance with Court's Order," which is incorporated by reference as if set forth fully herein.

Defendants further note that the form Plaintiffs used to respond to the Court's Order varies significantly from the Order's requirements. In particular, Part 2 of the Court's Order expressly requires each Plaintiff to set forth "each injury, illness, or condition that the subject plaintiff claims was suffered as a result of the exposure to

\

materials or substances emanating from defendants' operations." Part 2(b) then requires the disclosure of "the date on which plaintiff claims *each such illness, injury, or condition* was *first suffered* by the subject plaintiff, minor, or decedent." *Id.* For reasons that remain unclear, Plaintiffs' standard form instead asks for "the date on which *the illness or disease causing death* was *first suffered (diagnosed)* by the plaintiff, decedent, or minor." Defendants are assessing the impact of this clear divergence, and may file additional motions on this issue.

Defendants' review of the Plaintiffs' individual responses is continuing. Defendants intend to seek sanctions to the extent any individual responses fail to provide the information required by the Court's Order.

Respectfully submitted this 6th day of March, 2007.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

\

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

*Counsel for Defendant Pactiv Corporation*

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
E. Bryan Nichols
Alabama Bar No. NIC036
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com
bnichols@maynardcooper.com

*Additional counsel for Defendant
    Pactiv Corporation*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Mark R. TerMolen

John C. Berghoff, Jr.

Matthew C. Sostrin

John A. Earnhardt

H. Thomas Wells, Jr.

Richard Elder Crum

/s/ Orlyn O. Lockard, III
Of Counsel