**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 7, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:  M.C., et al. et al v. Louisiana-Pacific Corporation, et al.**
**Case Number: 2:06-cv-83-LES**

**Pleading : #204 - Plaintiffs' Compliance with Court's Order (Attachment #1 )**

**Notice of Correction is being filed this date to advise that the referenced pleading which was e-filed on 3/2/2007 had an un-redacted pdf document attached. That document has been replaced with a redacted version.**

**A copy of this redacted document is attached to this notice.**