# Exhibit A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                          (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                      DEFENDANTS

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I. Name of Plaintiff, or decedent: *Gary L Barnes*

II. Social Security Number of Plaintiff: *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*

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:

IV. Relationship to plaintiff: *self*

V. Present address of person completing this form: *767 Juniper Street Florala, AL 36442*

1. **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 1767 Juniper St, Florala, AL | 1957 | Rest |
| | | |
| | | |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

   Primary Illness: _____

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____    _____
Cause of Death                   Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) Dr. George Kracobe MD
Name of Physician

Name of Clinic or Hospital
Address: 804 Elm St.
         Florala, AL

Dates treated:
from /57          to /5007
    Month Year       Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(ii) Dr. Braxston
Name of Physician

Name of Clinic or Hospital
Address: _____
         Andulusha

3

Dates treated:
from   ___/_2007_   to ___/_2007_
       Month  Year       Month  Year

Dates of examination:
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year

(iii) _____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from   ___/___   to ___/___
       Month  Year       Month  Year

Dates of examination:
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year
    ___/___/___
    Month  Day   Year

(iv) _____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from ____/_____    to ____/_____
    Month  Year         Month  Year

Dates of examination:
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

____/____/_____
Month  Day   Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: Macedonia Baptist
Address: 17 Pawnee St, Lockhart, AL

Attendance for __3__ (average) hours a week.
from ____/1957 to ____/2007
Month Year    Month Year

(ii) Name of Location: George Washington Carver School
Address: Florala, AL

Attendance for __32__ (average) hours a week.
from ____/1963 to ____/1969
Month Year    Month Year

(iii) Name of Location: Florala City School
Address: Florala, AL

Attendance for __32__ (average) hours a week.
from ____/1969 to ____/1972
Month Year    Month Year

(iv) Name of Location: Florala High School
Address: Florala, AL

Attendance for __32__ (average) hours a week.
from ____/1972 to ____/1977
Month Year    Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
_____N/A_____

B. The street address of the property:

_____
_____
_____

Date property acquired: _____/_____
            Month  Year

Date property sold, if applicable: _____/_____
                 Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

8

FORM "A"

**Additional Residence Information**
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

Name of this plaintiff: _____

FORM "B"

Additional Physician or Date of Examination Information
(You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:     _____
             _____
             _____

Dates treated:
from    _____/_____       to _____/_____
        Month   Year          Month   Year
Dates of examination:
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year
        _____/_____/_____
        Month   Day    Year

Name of this plaintiff: _____

FORM "C"

Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: Lake Jackson
   Address: Florala, AL

   Attendance for  3  (average) hours a week.
   from  / 1987  to  / 2006
        Month Year      Month Year

2. Name of Location: Moody Pharmacy
   Address:

   Attendance for  /  (average) hours a week.
   from  / 1965  to  / 2006
        Month Year      Month Year

3. Name of Location: Piggly Wiggly
   Address:

   Attendance for  /  (average) hours a week.
   from  /       to  / 2007
        Month Year      Month Year

4. Name of Location: Florala Pharmacy
   Address:

   Attendance for  /  (average) hours a week.
   from  /       to  / 2007
        Month Year      Month Year

Name of this plaintiff: _____