# Exhibit B

**MAYER BROWN ROWE & MAW**

### VIA FACSIMILE AND U.S. MAIL

February 9, 2007

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

W. Eason Mitchell
The Colom Law Firm L.L.C.
200 6th Street North
Columbus, MS 39701

**John C. Berghoff, Jr.**
Direct Tel (312) 701-7315
Direct Fax (312) 706-8605
jberghoff@mayerbrownrowe.com

Re:   Lone Pine Questionnaire

Dear Mr. Mitchell:

On February 5, 2007, Greg Cade provided us with the questionnaire that you are sending to each individual plaintiff in accordance with the Court's January 8, 2007 Order. As you and I discussed on February 7, we are concerned that this form will not elicit certain information directly required by the Order.

Part 2 of the Order requires each plaintiff to set forth "each injury, illness, or condition that the subject plaintiff claims was suffered as a result of the exposure to materials or substances emanating from defendants' operations." Part 2(b) then requires the disclosure of "the date on which plaintiff claims each such illness, injury, or condition was first suffered by the subject plaintiff, minor, or decedent." *Id.* Question 2(B) on page 5 of your questionnaire is quite different. It instead asks for "the date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent, or minor."

There are at least two problems with this question. First, instead of covering each condition for each plaintiff, it covers only "the illness or disease causing death". Second, instead of requiring a plaintiff to identify when each condition was "first suffered," it suggests that a plaintiff can supply the date that a condition was "diagnosed."

I brought this to your attention in hopes that you can cure the problem. Your agreement and modification of Question 2(B) consistent with the Court's Order will help assure that the data received will be useful and consistent with the Order.

Berlin Brussels Charlotte Chicago Cologne Frankfurt Hong Kong Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

W. Eason Mitchell
February 9, 2007
Page 2

We also have concerns with the form's repeated references to a "plaintiffs' master response." It is unclear what this "master response" will contain, but we presume it is consistent with the Order's requirement of individualized disclosures and certification by each plaintiff.

Sincerely,

John C. Berghoff, Jr.

cc:     Counsel of Record