# Exhibit C

**From:** Wendy Garmon [mailto:WendyA@elglaw.com]
**Sent:** Thursday, March 08, 2007 5:50 PM
**To:** Arnold, Doug; John Berghoff
**Cc:** Greg Cade
**Subject:** Florala

Although we've already sent the bulk of the court-ordered questionnaires to you, here is some additional information which you may find useful. Per Greg and Eason, attached is a spreadsheet which contains diagnosing information for some of our "Florala/Lockhart" clients. As we collect this information from our clients, we will forward it to you.

If you have any questions regarding this email, please feel free to contact me or Mr. Cade.

Wendy Garmon
Paralegal for Gregory A. Cade
Environmental Litigation Group, P.C.
3529 7th Avenue South
Birmingham, AL 35222
Phone: 205-328-9200
Toll Free: 800-749-9200
Fax: 205-328-9456

| Client's Name | Client's Social Security Number | Diagnosis | Diagnosis Date | Diagnosing Medical Provider |
|---|---|---|---|---|
| Adams, Betty J. | 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 | Cancer | 2002 | Dr. David Manns and Dr. Lowry, Crestview, Florida |
| Adams, Betty J. | | Diabetes | Nov-91 | Dr. Thigpen, Crestview, Florida |
| Adams, Betty J. | | high blood pressure | Nov-91 | Dr. Thigpen, Crestview, Florida |
| Adams, Donald | 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 | Diabetes | 7/28/2000 | Dr. Saskamur Vishwanath, 24245 5th Avenue, Florala, AL 36442 |
| Adams, Donald | | depression | 4/10/2000 | Dr. Saskamur Vishwanath, 24245 5th Avenue, Florala, AL 36442 |
| Adams, Donald | | high blood pressure | 7/28/2000 | Dr. Saskamur Vishwanath, 24245 5th Avenue, Florala, AL 36442 |
| Adams, Jennifer | 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 | Birth Defect | 12/1/1985 | Dr. Frank Maddox |
| Adams, Jennifer | | Seizures | 12/2/1985 | Dr. Frank Maddox |
| Adams, Jennifer | | Asthma | Mar-90 | Dr. David Marsh, 24015 Fifth Avenue, Florala, AL 36442 |
| Adams, Jennifer | | depression | Jul-04 | Dr. Saskamur Vishwanath, 24245 5th Avenue, Florala, AL 36442 |
| Adams, Jennifer | | mental retardation | 12/2/1985 | Dr. Frank Maddox |
| Adams, Jennifer | | cerebral palsy | 12/2/1985 | Dr. Frank Maddox |
| Adams, Randy Lewis | 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 | Cardiovascular Disease | 9/12/2004 | Dr. Saskamur Vishwanath, 24245 5th Avenuue, Florala, AL 36442 |
| Anderson, Mary | 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 | hysterectomy | 16-Jul-96 | Dr. Lisa Judge, Niceville, FL |
| Anderson, Mary | | scoliosis | Jan-95 | Dr. Tidwell, Niceville, FL |
| Ansley, Summer | | Asthma | from childhood | Dr. Earl Carr (deceased) |
| Aplin, Joe | 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 | uterine cancer | 2/19/1999 | Dr. Saskamur Vishwanath, 24245 5th Avenue Florala, AL |
| Armstrong, Derrick | 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 | Brain Tumor | 12/21/2001 | Dr. Hosein, (deceased) Florala, AL |
| | 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 | skin cancer | 9/15/1995 | Dr. Saskamur Vishwanath 24245 5th Avenue Florala, AL |
| | | Diabetes | 12/21/2003 | Dr. Clark Riley, Enterprise Medical Center, 400 North Edwards, Enterpise, AL 36330 |
| Caphart, Mattie | 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 | high blood pressure | 2-Jun-97 | Dr. Bobby Kemp, 24245 5th Avenue, Florala, AL 36442 |
| Caphart, Mattie | | Anemia | 1999 | Dr. Wanda Wicks, Montgomery, AL |
| Caphart, Mattie | | Asthma | Jun-97 | Dr. Maxwell G. Carroll, 432 W. Main, Crestview, FL 32536 |
| Caphart, Mattie | | Thyroid Disease | 9/2/1983 | Dr. Mary Casell, Montgomery, AL (Dr. Miller-Frost now treating Thyroid since 2005) |
| Caphart, Mattie | | Hypertension | 2000 | Dr. O. Beauchamp, Montgomery, AL |
| Caphart, Mattie | | Diabetes | 2003 | Dr. O. Beauchamp, Montgomery, AL |
| Carson, Britney | 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 | Learning Disorders | 8/20/1992 | Dr. Saskamur Vishwanath 24245 5th Avenue Florala, AL |
| Carson, Linda | 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 | Miscarriage | 3/26/1981 | Dr. Hosein, (deceased) Florala, AL |
| Carson, Michael | 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 | Learning Disorders | 9/15/1995 | Dr. Saskamur Vishwanath 24245 5th Avenue Florala, AL |
| Carson, Tierre | 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 | High Blood Pressure | 3/26/1990 | Dr. Saskamur Vishwanath 24245 5th Avenue Florala, AL |
| Chambers, Charles L. | 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 | Degenerative Bone Disease | 1/18/2000 | Dr. Maxwell G. Carroll, 432 W. Main, Crestview, FL 32536 |
| Danley, David | 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 | birth defect | 9/2/1983 | Dr. David Marsh, 510 E 5th Ave, Florala, AL |
| Davis, Ronnie | 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 | memory disorder | Oct-89 | Dr. David Marsh, 510 E 5th Ave, Florala, AL |
| Davis, Ronnie | | mental disorder | Jun-04 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| Davis, Ronnie | | hypertension | Jan-00 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| Davis, Ronnie | | diabetes | Jan-03 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| Davis, Ronnie | | asthma | Jan-03 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| Davis, Ronnie | | bronchitis | Jan-03 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| Davis, Ronnie | | COPD | Apr-04 | VA Hospital, 215 Perry Hill Road, Montgomery, AL |
| DeVaughn, Jane | 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 | heart disease | Feb-04 | Nelson Gwinn, Southeast Cardiology Clinic, Dothan, AL |
| DeVaughn, Jane | | stroke | 11/2/1999 | Stanley Barnes, 520 Velleville St. Evergreen, AL |
| DeVaughn, Jane | | diabetes | 1/25/1971 | Dr. Khalid, Evergreen Clinic, Evergreen, AL |
| DeVaughn, Jane | | Heart attack | 11/2/1998 | Stanley Barnes, 520 Velleville St. Evergreen, AL |
| DeVaughn, Jane | | high blood pressure | 11/2/1999 | Stanley Barnes, 520 Velleville St. Evergreen, AL |
| Diggs, Mary | 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 | hypertension | 7/1/1980 | Dr. Hosein, (deceased), Goldenrod Ave., Florala, AL |
| Dunn, Andrew | | mental disorder | 2/18/1997 | Abdul Mir, 131 Redstone Ave. Crestview, FL |
| Dunn, Andrew | | skin cancer | 9/1/1992 | Abdul Mir, 131 Redstone Ave. Crestview, FL |
| Dunn, Andrew | | tachycardia | 1/21/2003 | Charles Trapp, Emerald Coast Dermatology, Crestview, FL |
| Dunn, Andrew | 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 | asthma | 8/12/2002 | Abdul Mir, 131 Redstone Ave. Crestview, FL |
| Gilbert, Mary A. Fleming | | emphysema | Mar-04 | Michael Given, 150 E Redstone Ave., Crestview, FL |
| Gilbert, Mary A. Fleming | | lupus | Aug-02 | Young Sho, Dothan Medical Assoc, 118 Ross Clark Circle, Dothan, AL |
| Gilbert, Mary A. Fleming | | skin cancer | Jun-96 | Timothy Day, Andalusia Reginal, 115 Medical Park Dr, Andalusia, AL |
| Gilbert, Mary A. Fleming | | scleroderma | Aug-02 | Saskamur Vishwanath, 24245 5th Ave, Florala, AL |
| Gilbert, Mary A. Fleming | | memory disorder | Feb-02 | John Young, Dothan Medical Assoc, 118 Ross Clark Circle, Dothan, AL |
| Gilbert, Mary A. Fleming | 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 | hypertension | Jan-82 | Joseph Howard, Pensacola, FL |
| Goldsmith, Benita | | heart disease | 1/16/2004 | Mark Katzenstein, 129 E Redstone Ave, Crestview, FL |
| Goldsmith, Benita | | epilepsy | Jan-89 | Joseph Howard, Pensacola, FL |
| Goldsmith, Benita | | thyroid problems | Jan-62 | Scared Heart, 5151 N 9th Ave., Pensacola, FL |
| Goldsmith, Benita | | Ovarian cysts | 1/8/2004 | Michael Wells, Covington OB/GYN, 115 Medical Park Dr., Andalusia, AL |
| Goldsmith, Robert | 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 | hypertension | 9/7/1969 | Dr. Hosein, (Deceased) |
| Harrison, Beatrice Rachelle | 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 | Asthma | 9/7/1969 | Dr. Hosein, (Deceased) |
| Harrison, Beatrice Rachelle | | Birth Defect | 1/1/1987 | Ricky Lewis, 3 Notch Medical Center, 835 S 3 Notch, Andalusia, AL |
| Harrison, Beatrice Rachelle | | Hypertension | 9/7/1969 | Dr. Hosein, (Deceased) |
| Harrison, Beatrice Rachelle | | Anemia | 9/1998 | Dr. Pugh, Opp, AL |
| Harrison, Beatrice Rachelle | | Hysterectomy | 7/2001 | Dr. Maxwell Carroll, (Deceased) Crestview, FL |
| Harrison, Beatrice Rachelle | | Depression | | |

| Name | SSN | Condition | Date | Doctor/Address |
|---|---|---|---|---|
| Hattaway, James F. | | Skin Cancer | 9/2003 | Dr. Strickland, Fort Gordan, GA |
| Hattaway, James F. | | Non-Cancerous Tumors | 4/2004 | Dr. Daniel Jackson, 480 Honeysuckle Rd, Dothan, AL |
| Hattaway, James F. | | Asthma | 2/2007 | Dr. Holley, Florala (deceased) |
| Hattaway, Joshua | | Brain Tumors | 1965 | Dr. Blackstone, Eye Doctor, Andalusia, AL |
| Hattaway, Paula | 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 | Asthma | 6/20/1995 | Dr. Kenneth Crow, 802 N Main St, Ste A Opp, AL |
| Hattaway, Paula | | Cervical Cancer | 2/24/1994 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Hattaway, Paula | | Ovarian Cysts | 2/24/1994 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Hattaway, Paula | | Scoliosis | 2/1994 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Hattaway, Paula | 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 | Hysterectomy | 2/24/1994 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Hill, Alaric Lamont | | Fibroid Tumors | 3/1992 | Dr. Lisa Gantner, 7901 Veterans Pkwy, Columbus GA |
| Hill, Alaric Lamont | 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 | Asthma | 2006 | Dr. Stephen Davis, 511 Brantley St, Opp, AL |
| Hill, Alaric Lamont | | Pneumonia | 1/1986 | Dr. Henry Nichols, VA Medical Center, Jackson, MS |
| Hill, Alaric Lamont | | Bronchitis | 4/1997 | Dr. William Dudley, 811 Alcom Dr, Corinth, MS, 38834 |
| Hill, Charlie Avery | 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 | Sinusitis | 1/14/2007 | Dr. Joseph Johnsey, 811 Alcorn Dr., Corinth MS, 38834 |
| Holmes, Ernestine R. | 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 | Hypertension | 1983 | Dr. Henry Nichols, VA Medical Center, Jackson, MS |
| Holmes, Ernestine R. | | Diabetes | 1/2004 | Dr. N. Patel, Martin Army Hospital, 7950 Martin Loop, Ft Benning, GA |
| Holmes, Ernestine R. | | Hysterectomy | 12/2001 | Dr. N. Patel, Martin Army Hospital, 7950 Martin Loop, Ft Benning, GA |
| Holmes, Ernestine R. | | Arthritis | 11/1977 | Dr. Braut, GA |
| Holmes, Ernestine R. | | Anemia | 3/1992 | Dr. Lisa Gantner, 7901 Veterans Pkwy, Columbus GA |
| Holmes, Ernestine R. | | Depression | 11/2006 | Dr. Henry Ngo, 610 19th St, Columbus GA |
| Holmes, Marc A. | | Asthma | 2006 | Dr. Stephen Davis, 511 Brantley St, Opp, AL |
| Holmes, Pamela A. | | Ovarian Cysts | 10/2006 | Dr. Henry Ngo, 610 19th St, Columbus GA |
| Holmes, Pamela A. | 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 | High Blood Pressure | 7/1973 | Eglin Airforce Base Florida |
| Holmes, Vivian H. | 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 | Leukopenia | 10/1994 | Dr. Lyi, Seoul Korea |
| Holmes, Vivian H. | | Sarcoidosis | 1967 | Dr. Charles D. Teates |
| Hooks, Neatie | | Asthma | 4/20/1992 | Dr. Lyi, Seoul Korea |
| Hooks, Neatie | 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 | Hypertension | 7/2004 | Dr. Anthony Olofintuyi, 1315 Delauney Ave, Ste 101 Columbus, GA |
| Hooks, Neatie | | Diabetes Mellitus | 05/1983 | Dr. Thomas L Greg, Oklahoma |
| Hooks, Neatie | | Hypertension | 9/1984 | Dr. Kelley, (retired) 8333 North Davis Hwy, Pensacola, FL |
| Hooks, Neatie | | Thyroid Disease | 1974 | Dr. Kelley, (retired) 8333 North Davis Hwy, Pensacola, FL |
| Hooks, Timothy | | Arthritis | 4/1999 | Dr. Lavine, 833 North Davis Hwy, Pensacola, FL |
| Hooks, Timothy | 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 | Sarcoidosis | 6/1998 | Dr. Kelley, (retired) 8333 North Davis Hwy, Pensacola, FL |
| Hooks, Timothy | | Asthma | 9/1985 | Dr. Kelley, (retired) 8333 North Davis Hwy, Pensacola, FL |
| Hughes, Debra | | Diabetes Mellitus | 1964 | Dr. Whitney, Pensacola, FL (retired) |
| Hughes, Debra | 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 | Asthma | 7/2004 | Dr. Kelley, (retired) 8333 North Davis Hwy, Pensacola, FL |
| Hughes, Debra | | Anemia | 12/1963 | Dr. Dunn Opp, AL |
| Hughes, Debra | | Ovarian Cysts | 7/1997 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, Debra | | Hypertension | 2/1981 | Dr. Wheeler Gunnells, Opp, AL |
| Hughes, Debra | | Fibroid Tumors | 7/1997 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, Debra | 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 | Prostate Cancer | 10/1983 | Dr. Hosein (Deceased), Florala, AL |
| Hughes, Harold T. | | Mental Disorder/Problems | 3/7/1994 | Dr. Williams Shelor, 1118 ross Clark Cir, Ste 500, Dothan, AL |
| Hughes, Harold T. | | High Blood Pressure | 1/2001 | Dr. James Horax, VA Gulf Coast Health Care System, 312 Kenmore RD, Pensacola, FL |
| Hughes, Harold T. | | Alzheimer's Disease | 3/2005 | Dr. James Horax, VA Gulf Coast Health Care System, 312 Kenmore RD, Pensacola, FL |
| Hughes, Harold T. | | Diabetes | 3/29/2005 | Dr. David Marsh, 24015 5th Ave, Florala, AL 36442 |
| Hughes, Harold T. | | Skin Cancer | 7/2001 | Dr. James Horax, VA Gulf Coast Health Care System, 312 Kenmore RD, Pensacola, FL |
| Hughes, Harold T. | | Heart disease | 8/7/1989 | Dr. Ganson G. Watts, Dothan, AL |
| Hughes, Hunter R. | | Asthma | 11/3/1993 | Dr. James Horax, VA Gulf Coast Health Care System, 312 Kenmore RD, Pensacola, FL |
| Hughes, Hunter R. | 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 | Bronchitis | 10/2003 | Dr. Kenneth Crowe, 802 N Main St, Ste A, Opp, AL |
| Hughes, Hunter R. | | Deafness or Loss of Hearing | 7/1995 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, Hunter R. | | Birth defect | 9/1995 | Dr. Andy Kirk, Enterprise, AL |
| Hughes, James A. | | Heart disease | 9/1995 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, James A. | 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 | Hypertension | 9/1996 | Dr. Wimberly, Pensacola, FL |
| Hughes, James A. | | Spots on Lungs | 9/1995 | Dr. Andy Kirk, Enterprise, AL |
| Hughes, James A. | | Lung Cancer | 4/2005 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, James A. | | Kidney Disease | 4/2005 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Hughes, James A. | | Diabetes | 5/2006 | Dr. Blanding Jones, Atlanta, GA |
| Hughes, Willie Mae | | Colon cancer | 3/2006 | Dr. Blanding Jones, Atlanta, GA |
| Hughes, Willie Mae | 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 | Osteoporosis | 10/21/2002 | Dr. Montgomery, VA Medical Center Montgomery, 215 Perry hill Rd, Montgomery, AL |
| Hughes, Willie Mae | | High Blood Pressure | 3/9/2004 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Hughes, Willie Mae | | Bronchitis | 1/11/2004 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Hutchison, Michael A. | 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 | Sinusitis | 2/9/2002 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Inman, Stacey Bodiford | 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 | Kidney Disease | 3/2003 | Dr. Cyde Pence, North Okaloosa Medical Center, Redstone Ave, Crestview, FL |
| Inman, Stacey Bodiford | | Brain Tumors | 2/1999 | Dr. Dennis Becker, 1118 Ross Clark Cir, Ste 210, Dothan, AL |
| Jackson, Carolyn | | Miscarriage | 11/1996 | Dr. Kathy Payne, Andalusia, AL |
| Jackson, Catherine Dukes | 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 | High Blood Pressure | 1996 | Bobby Kemp, 24245 5th Ave, Florala, AL |
| Jackson, Catherine Dukes | 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 | Upper Respiratory Tract Infection | 10/1995 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Catherine Dukes | | Depression | 6/21/2000 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Catherine Dukes | | Endometriosis | 5/10/1995 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Catherine Dukes | | Sinusitis | 5/10/1995 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |

| Name | SSN | Condition | Date | Doctor/Address |
|---|---|---|---|---|
| Jackson, Catherine Dukes | | Birth Defect | 5/10/1995 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Catherine Dukes | | Skin Rash | 2/26/1997 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Christopher Paul | | Bronchitis | 6/12/2004 | Dr. McCalman, 215 Medical Park Drive Ste 2B, Andalusia, AL |
| Jackson, Christopher Paul | | Sinusitis | 8/20/2004 | Dr. Angelo Argo, 300 Medical Ave Ste 2, Andalusia, AL |
| Jackson, Christopher Paul | 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 | Birth Defect | 3/23/2006 | Dr. Metzger, Andalusia, AL |
| Jackson, Christopher Paul, II | | Bronchitis | 3/10/1994 | Covington Pediactics, Dr. Eldridge 109 medical Park Drive Ste C, Andalusia, AL |
| Jackson, Christopher Paul, II | | Anemia | 9/9/1994 | Covington Pediactics, Dr. Eldridge 109 medical Park Drive Ste C, Andalusia, AL |
| Jackson, Christopher Paul, II | | Upper Respiratory Tract Infection | 7/1993 | Covington Pediactics, Dr. Eldridge 109 medical Park Drive Ste C, Andalusia, AL |
| Jackson, Christopher Paul, II | | Lung Disease or Disorders | 7/1993 | Covington Pediactics, Dr. Eldridge 109 medical Park Drive Ste C, Andalusia, AL |
| Jackson, Christopher Paul, II | 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 | Bronchitis | 9/1980 | Covington Pediactics, Dr. Eldridge 109 medical Park Drive Ste C, Andalusia, AL |
| Jackson, Emma G. | | Upper Respiratory Tract Infection | 9/1980 | Dr. Williams, Panama city, FL |
| Jackson, Emma G. | | High Blood Pressure | 1/2001 | Dr. Stanfield, 604 N Brantley St, Opp, AL 36467 |
| Jackson, Emma G. | | Thyroid Disease | 7/2002 | Dr. David Campbell, 550 Redstone Ave W, Ste 200, Crestview, FL |
| Jackson, Mary | 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 | Thyroid Cancer | 6/17/2003 | Dr. Aston Wells, 3 S Notch St, Ste 106, Andalusia, AL 36420 |
| Jackson, Shaquille | 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 | Asthma | 9/2002 | Dr. Mike Stanfield, 604 Brantely Street Opp, AL 36467 |
| Jackson, Shaquille | | Bronchitis | 9/1997 | Dr. Williams, Panama City, FL |
| Johnson, Gilbert Lee | | Upper Respiratory Tract Infection | 9/1996 | Dr. Williams, Panama City, FL |
| Johnson, Gilbert Lee | 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 | Emphysema | 1989 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Johnson, Roy Lee | | Pneumonia | 2000 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Johnson, Roy Lee | 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 | Birth Defect | 9/24/1947 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Jones, John E. | | Mental Retardation | 9/14/1947 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Jones, John E. | | Hypertension | 2002 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| Jones, John E. | 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 | Non-Cancerous Tumors | 1989 | Dr. David Marsh, 24015 5th Ave, Florala, AL |
| King, Junior Ashford | | Asthma | 4/12/2002 | Dr. William Sawyer, 101 E Brunson St, Enterprise, AL 36330 |
| Lee, Dick Patrick | | Diabetes | Nov-76 | Dr. Wolfe, Medical Center Enterprise, 400 N Edwards St, Enterprise, AL 36330 |
| Madden, Janice | 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 | Hypertension | 7/1/1971 | Dr. Wolfe, Medical Center Enterprise, 400 N Edwards St, Enterprise, AL 36330 |
| Madden, Kim | 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 | Prostate Cancer | Oct-06 | Dr. James Goodlet, Jr., 215 Medical Park Dr, Andalusia, AL 36420 |
| Maddox, Gracie | 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 | Hypertension | May-98 | Dr. James Mills, 915 Mar-Walt Dr, Ft Walton Beach, FL 32547 |
| Maddox, Gracie | 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 | Thyroid Disease | Sep-97 | Dr. Jerold Derkaz, 1290 Circle Dr, DeFuniak Springs, FL 32435 |
| Maddox, Gracie | | Thyroid Disease | Jan-01 | Dr. Trinette Bell (CRNP), 1515B W 5th Ave, Florala, AL 36442 |
| Maddox, Gracie | | Diabetes | Oct-92 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Maddox, Gracie | | Hypertension | Nov-89 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Matthews, Melvin | 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 | Migraines | Feb-65 | Dr. Richard Spurlin, 804 N Brantley St, Opp, AL 36467 |
| Matthews, Melvin | | Diabetes | Aug-79 | Army doctor at Fort Benning, GA |
| Matthews, Ted | | Hypertension | Apr-06 | Dr. William Roundtree, 1716 Buena Vista Rd, Columbus, GA 31906 |
| Matthews, Ted | 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 | Birth Defect | DOB 1/13/61 & May 1980 | Diagnosed by Army doctor in Ft. Lewis, Washington |
| Phillips, Rickey | | Infertility | Mar-83 | Dr. W. Bush, Darmstadt Medical Center, Germany |
| Phillips, Susan | 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 | Hypertension | Mar-83 | Doctor at Darmstadt Medical Center, Germany |
| Reese, Christine | 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 | Heart Disease | Feb-98 | Dr. Thomas Young, 1150 Ross Clark Cir SE, Dothan, AL 36301 |
| Reese, Christine | 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 | Lung Cancer | Sep-01 | Dr. Saskamur Vishwanath, 24245 5th Ave, Florala, AL 36442 |
| Richardson, Kathy | | COPD | 1975 | Dr. Lee Opp Hospital |
| Richardson, Kathy | 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 | Upper Respiratory Tract Infection | 1988 | Dr. Aycock Suite 331 1000 W. Moreno St. Pensacola, Fl 32501 |
| Richardson, Kathy | | Endometriosis | 2003 | Dr. Kemp 24245 5th Avenue Florala, Al 36442 |
| Richardson, Kathy | | Fibroid Tumors | 2005 | Dr. Cavena Emerald Coast Womens 550 W. Redstone Ave. Suite 470 Crestview, Fl 32536 |
| Richardson, Kathy | | Miscarriage | 1997 | Dr. Sue Griffin Emerald Coast Women's Center 550 W. Redstone Ave. Suite 470 Crestview Fl 32536 |
| Richardson, Kathy | | Sinusitis | 6/23/2004 | Dr. Caputo North Okaloosa Medical Center 151 East Red Stone Ave. Crestview, Fl 32539 |
| Robinson, Shuneka | 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 | Diabetes | 7/9/2002 | Dr. Sylva Gateway Medical Center Crestview, Florida |
| Robinson, Gregory | 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 | Kidney Problems | Jul-86 | Dr. Marsh 24015 Fifth Avenue Florala, Al 36442 |
| Robinson, Gregory | | Anemia | Sep-01 | Dr. Michael Kelly 7525 Custer Road West Lakwood, Wa 98499 |
| Robinson, Willie Jewel | 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 | Breast Cancer | Sep-01 | Dr. Michael Kelly 7525 Custer Road West Lakwood, Wa 98499 |
| Robertson, David E. | 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 | COPD | Jun-01 | Dr. Blake 27th Ave. Miami, Florida |
| Robertson, David E. | | High Blood Pressure | 11/18/1998 | Dr. Kurt Kraft Wiregrass Hospital 1200 West Maple Geneva, Alabama |
| Robertson, David E. | | Mental Disorder/Problems | Oct-98 | Dr. Kurt Kraft Wiregrass Hospital 1200 West Maple Geneva, Alabama |
| Robertson, David E. | | Learning Disorders | Oct-98 | Dr. Jacobs Physiological Associates Suite 14 Honeysuckle Dothan, Alabama |
| Robertson, David E. | | Stroke | Oct-98 | Dr. Jacobs Physiological Associates Suite 14 Honeysuckle Dothan, Alabama |
| Rodgers, Immergean | 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 | Blood Disorder | Oct-98 | Dr. Kurt Kraft Wiregrass Hospital 1200 West Maple Geneva, Alabama |
| Rodgers, Immergean | | Diabetes | Jun-05 | Dr. Vishwanath 24245 5th Avenue Florala, Al 36442 |
| Rodgers, Immergean | | Hypertension | 1989 | Dr. Marsh 24015 Fifth Avenue Florala, Al 36442 |
| Rodgers, Immergean | | Breast Cancer | Jun-06 | Dr. Cristy Allen Regional Medical Center Defuniak Springs Florida |
| Rodgers, Margaret Porter | 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 | Sarcoidosis | Jan-85 | Dr. Jonathan Horstmann Beaver Medical Group 1300 E. Cooley Dr. Colton, CA 92324 |
| Rodgers, Margaret Porter | 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 | Fibroid Tumors | 4/23/2002 | Dr. Zeglar The New Hope Center 1181 First Colonial Rd. Suite 100 Virginia Beach Va 23454 |
| Roof, Sharon | | Ovarian Cysts | 4/23/2002 | Dr. Zeglar The New Hope Center 1181 First Colonial Rd. Suite 100 Virginia Beach Va 23454 |
| Roof, Sharon | | Unable to Conceive | 4/23/2002 | Dr. Zeglar The New Hope Center 1181 First Colonial Rd. Suite 100 Virginia Beach Va 23454 |
| Rowe Daphne | | Lung Disease or Disorder | 11/23/2003 | Dr. Scott West Florida Medical Center 8383 North Davis Highway, Pensacola Fl 32514 |
| Rowe Daphne | | Kidney Failure | May-06 | Dr. Reid Ft. Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL 32547 |
| Rowe Daphne | 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 | Anemia | Jun-99 | West Florida Medical Center 8383 North Davis Highway, Pensacola Fl 32514 |
| Rowe Daphne | | Neurological Disorders | 11/23/2003 | West Florida Medical Center 8383 North Davis Highway, Pensacola Fl 32514 |
| Rowe Daphne | | Asthma | Mar-99 | Dr. Knight Medical Center Pensacola, Fl |

| Name | SSN | Condition | Date / Doctor / Location |
|---|---|---|---|
| Rowe, Winston | 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 | Parkinson's Disease | 1985, Dr. Marsh 24015 Fifth Avenue Florala, Al 36442 |
| Russell, Barbara Porter | 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 | Asthma | 1972, Dr. Carla Neal Haley, Emory Clinic South Cobb Dr., Smyrna, Ga 30080 |
| Russell, Barbara Porter | | Birth Defect | 2/13/1953, Dr. Dismukes Mobile Medical Center Mobile, Al |
| Russell, Barbara Porter | | Vision Impairment | 2/13/1953, Dr. Dismukes Mobile Medical Center Mobile, Al |
| Sanders, Michael | 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 | Non-Cancerous Tumors | May-05, Dr. Elizabeth Steinhouse, 960 Johnson Ferry Road, NE, Atlanta, GA  30342 |
| Sankey, Mary Lee | 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 | Testicular Tumor | 1995, Dr. Robert Zarranz Twin Cities Hospital 2190 Highway 85 North Niceville, Florida 32578 |
| Salter, Savion | 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 | Ovarian Cancer | 7/26/1998, Dr. Fossil Ft Walton Beach Fl |
| Salter, Savion | 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 | Asthma | 8/21/2006, Dr. Elizabeth W. Benson, 5151 North Ninth Avenue Pensacola, Fl 32504 |
| Salter, Savion | | Bronchitis | 6/1/1997, Dr. Vaughn, Covington Pediatrics 109 Medical Park Drive Andalusia, Al 36420 |
| Salter, Savion | | Sinusitis | 6/18/1997, Dr. Vaughn, Covington Pediatrics 109 Medical Park Drive Andalusia, Al 36420 |
| Schofield, Vicky | 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 | Hysterectomy | 6/18/1997, Dr. Vaughn, Covington Pediatrics 109 Medical Park Drive Andalusia, Al 36420 |
| Schofield, Vicky | | Pre-Cancerous | Oct-02, Dr. Pugh 135 Medical Park Drive Andalusia Al |
| Schofield, Vicky | | Miscarriage | Oct-02, Dr. Pugh 135 Medical Park Drive Andalusia Al |
| Session, Linda | 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 | Birth Defect | 1983, Dr. Pugh 135 Medical Park Drive Andalusia Al |
| Session, Linda | | Mental Retardation | DOB 8/30/57, Dr. Richard Spurlin, 804 N Brantley St, Opp, AL  36467 |
| Session, Linda | | Cerebral Palsy | DOB 8/30/57, Dr. Matthews (Deceased), Florala, AL |
| Session, Linda | | Diabetes | DOB 8/30/57, Dr. Matthews (Deceased), Florala, AL |
| Smith, James Mack | 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 | High Blood Pressure | 12/6/1994, Dr. Darshana Vyas, 125 Medical Park Dr., Andalusia, AL 36420 |
| Smith, James Mack | | Bronchitis | 8/1/1995, Dr. Marsh  24015 Fifth Avenue Florala, Al 36442 |
| Smith, Manuel | 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 | Asthma | Dec-66, Dr. Holley Florala, Al |
| Smith, Manuel | | Fibroid Tumors | Mar-95, Dr. Hoffman Eglin Air Force Base |
| Smith, Manuel | | Thyroid Disease | May-93, Dr. Williams (Deceased), Florala, AL |
| Smith, Manuel | | Ovarian Cyst | 5/12/1996, Dr. Hoffman Eglin Air Force Base |
| Smith, Manuel | | Non-Cancers Tumors | 1/8/1977, Cannot recall medical provider who diagnosed. |
| Smith, Manuel | | Stroke | 10/11/1998, Dr. Hallgren Eglin Air Force Base |
| Spicer, Michael E. | 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 | Lung Disease or Disorder | 1998, Dr. Hallgren Eglin Air Force Base |
| Sheridan, Ezekiel Amari | 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 | Asthma | 1/7/1997, Dr. Paris St. Francis Hospital Columbus GA |
| Sheridan, Ezekiel Amari | | Bronchitis | 1/7/2003, Dr. Wyatt Fort Bragg ,NC 28310 |
| Sheridan, Veronica Robinson | 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 | Scoliosis | 1/7/2003, Dr. Wyatt Fort Bragg ,NC 28310 |
| Sheridan, Veronica Robinson | | Diabetes | 2/11/1978, Dr. Frazier Frazier Memorial Clinic Montgomery Alabama |
| Skanes, Carrine | 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 | Bone Diseases | 4/26/1991, Dr. Brett Barnes Shriners Hospital Greenville SC |
| Skanes, Carrine | | Hypertension | Sep-96, Dr. Foley Hwy 90 W. Crestview Fl |
| Skanes, Carrine | | Thyroid Disease | 1950's, Dr. Maxwell Carroll Main St. Crestview Fl |
| Skanes, Frankie | 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 | Lupus | Sep-96, Dr. Foley Hwy 90 W. Crestview Fl |
| Skanes, Frankie | | Mental Disorder Problems | 1998, Dr. Henry Nichols Rt. 2 Box 142 |
| Skanes, Frankie | | Anemia | Jan-04, Dr. Sara Rushing Ft. Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |
| Skanes, Frankie | | Thyroid Problems | Jan-04, Dr. Sara Rushing Ft. Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |
| Skanes, Frankie | | Diabetes | Jan-04, Dr. Sara Rushing Ft. Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |
| Simon, Zandria M. | 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 | Sinusitis | Jan-04, Dr. Sara Rushing Ft. Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |
| Skanes, Joseph Jr. | 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 | Vision Impairment Disorder | 12/19/2006, Dr. Bang Alabama Pediatrics 1101 E. Paulk Ave. Opp Alabama 36467 |
| Skanes, Joseph Jr. | | Hypertension | 12/27/1999, Dr. Jerome James 8501 S. Cottage Grove Ave Suite 23 Chicago Il 60619 |
| Slover, Alene | 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 | pneumonia | 9/28/2005, Dr. Donna Johnson 7257 S. Jeffrey Chicago, Il 60649 |
| Slover, Alene | | Hysterectomy | 1978, Dr. Richard Spurlin, 804 N Brantley St, Opp, AL  36467 |
| Taylor, Evelyn Marie | 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 | High Blood Pressure | 4/16/2003, Florala Hospital Dr. Viswanath 24273 Fifth Avenue Florala, Al 36442 |
| Taylor, Evelyn Marie | | Pre-Cancerous | 5/11/1982, Dr. Dases West Florida Hospital 8383 North Davis Highway Pensacola, Fl 32514 |
| Todd, Betty Joyce | 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 | COPD | Nov-00, Dr. Viswanath 24245 5th Avenue Florala, Al 36442 |
| Todd, Betty Joyce | | Hysterectomy | May-82, Dr. Dases West Florida Hospital 8383 North Davis Highway Pensacola, Florida |
| Todd, Betty Joyce | | High Blood Pressure | Jan-01, Dr. Ryan Conner, 1118 Ross Clark Circle, Suite 303, Dothan, AL 36301 |
| Todd, Betty Joyce | | Thyroid Disease | 1962, St Margaret's Hospital, 301 South Ripley Street, Montgomery, AL  36104  (Hospital no longer in existance) |
| Todd, Betty Joyce | 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 | Skin Cancer | Jan-01, Dr. Ryan Conner, 1118 Ross Clark Circle, Suite 303, Dothan, AL 36301 |
| Todd, Johnny | | Diabetes | Jun-05, Dr. Ryan Conner, 1118 Ross Clark Circle, Suite 303, Dothan, AL 36301 |
| Todd, Johnny | | Heart Attack | Jun-05, Dr. Ryan Conner, 1118 Ross Clark Circle, Suite 303, Dothan, AL 36301 |
| Todd, Johnny | 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 | Migraines | Jan-99, Dr. Campbell, Florala, AL |
| Todd, Michael | 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 | Breast Cancer | Jul-98, Southeast Alabama Medical Center, 1108 Ross Clark Drive, Dothan, AL 36301 |
| Wilson, Celesta Porter | 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 | Migraines | 1999, Dr. Roger Boyinton, 135 Medical Park Drive, Andalusia, AL  36420 |
| Wilson, Courtney | | Anemia | Dec-99, Dr. Elizabeth Steinhouse, 960 Johnson Ferry Road, NE, Atlanta, GA   30342 |
| Wilson, Gwendolyn Bass | 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 | High Blood Pressure | Fall of 1994, Dr. Peter Senechal, 131 Magnolia Avenue SE, Fort Walton Beach, FL  32548 |
| Wilson, Gwendolyn Bass | | Asthma | Spring 2000, Fort Walton Beach Medical Center, ER, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |
| Wilson, Gwendolyn Bass | | Hysterectomy | 1971, Dr. Williams, Paxton, FL  (deceased) |
| Wilson, Gwendolyn Bass | | Fibroid Tumors | Early 1950's (before attending school) Dr. Matthews, Florala, AL (deceased) |
| Wilson, Gwendolyn Bass | | Miscarriages | Feb-91, Dr. Lester, Humana Hospital (Fort Walton Beach Medical Center), 1000 Mar Walt Drive, Fort Walton, FL  32547 |
| Wilson, Gwendolyn Bass | | Heart Condition | 1969 and 1970, Dr. Lester, Humana Hospital (Fort Walton Beach Medical Center), 1000 Mar Walt Drive, Fort Walton, FL  32547 |
| Wilson, McCandle | 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 | Birth Defect | Jul-67, Dr. Matthews, Florala, AL (deceased) |
| Wilson, McCandle | | Stroke | 4/6/1971 (surgery to correct 1973) Dr. A. L. Miller, Sacred Heart Hospital, 5151 North 9th Avenue, Pensacola, FL 32504 |
| | | | 1991 Fort Walton Beach Medical Center, 1000 Mar Walt Drive, Fort Walton Beach, FL  32547 |

## Cannon, Marion Franklin

| | |
|---|---|
| **From:** | Arnold, Doug |
| **Sent:** | Monday, March 19, 2007 1:55 PM |
| **To:** | Cannon, Marion Franklin |
| **Subject:** | FW: Florala |
| **Attachments:** | Diagnosing information 3-8-07.xls |

---

**From:** Wendy Garmon [mailto:WendyA@elglaw.com]
**Sent:** Thursday, March 08, 2007 5:50 PM
**To:** Arnold, Doug; John Berghoff
**Cc:** Greg Cade
**Subject:** Florala

Although we've already sent the bulk of the court-ordered questionnaires to you, here is some additional information which you may find useful. Per Greg and Eason, attached is a spreadsheet which contains diagnosing information for some of our "Florala/Lockhart" clients. As we collect this information from our clients, we will forward it to you.

If you have any questions regarding this email, please feel free to contact me or Mr. Cade.

Wendy Garmon
Paralegal for Gregory A. Cade
Environmental Litigation Group, P.C.
3529 7th Avenue South
Birmingham, AL 35222
Phone: 205-328-9200
Toll Free: 800-749-9200
Fax: 205-328-9456

***********************************************************************

Notice of Confidentiality

The information contained in this email is confidential in nature and may have one or more legal privileges such as attorney client or attorney work product privileges. It is intended solely for the addresses found in the "To", "Cc" or "Bcc" fields. If you are not the intended recipient, please immediately delete this email and notify Wendy Garmon either by reply email or by telephone at 205-328-9200. Nothing contained in this email is intended to be legal advice nor should it be construed as such.