IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her | ) | |
| mother and next friend, GAIL TATUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv83-LES |
| | ) | (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the defendants' joint motion to compel (doc. # 69).

Upon consideration of the motion, the plaintiffs' response, and for good cause, it is

ORDERED that the motion to compel be and are hereby set for oral argument on

April 10, 20007, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

Done this 22nd day of March, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE