IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VERSUS　　　　　　　　　　CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,　　　　　　　　　　　　　DEFENDANTS

## AMENDED REPORT TO COURT ON PLAINTIFFS' COMPLIANCE WITH COURT ORDER

Comes now Plaintiffs' counsel and amends their report filed, as required, on March 2, 2007, to provide an up to date recount of Plaintiffs who did not respond, or who did not provide signed responses as required by the Court's "Lone Pine" Order:

1. The Plaintiffs listed on Exhibit "A" provided responses to Defendants by March 2, 2007. There are ___955___ Plaintiffs listed on Exhibit "A."

2.  The Plaintiffs listed on Exhibit "B" have agreed for their case to be dismissed with prejudice. There are __38__ Plaintiffs listed on Exhibit "B."

3.  The Plaintiffs listed on Exhibit "C" provided their incomplete and/or unsigned answers on March 5, 2007, but have since provided completed and/or signed answers. There are __34__ Plaintiffs listed on Exhibit "C."

4.  The Plaintiffs listed on Exhibit "D" provided incomplete and/or unsigned answers on March 5, 2007, and have not provided completed and/or signed answers at the time of filing of this motion. There are __46__ Plaintiffs listed on Exhibit "D."

5.  The Plaintiffs listed on Exhibit "E" have not responded at all, although adequate reason could be later discovered. There are __347__ Plaintiffs listed on Exhibit "E."

6.  The Plaintiffs listed on Exhibit "F" did not provide responses to Defendants by March 2, 2007, but have now done so. There are twelve (12) Plaintiffs listed on Exhibit "F."

7. Below is a numerical recount of the Plaintiffs' response, partial response, or lack of response to the Court's Order:

   (i) Number of filed Plaintiffs - __1391__

   (ii) Number of Plaintiffs who responded by March 2, 2007 (listed on Exhibit "A") - __955__

   (iii) Number of Plaintiffs who agree to dismissal (listed on Exhibit "B") - __38__

   (iv) Number of Plaintiffs who provided incomplete and/or unsigned answers, but have since provided signed answers (listed on Exhibit "C") - __34__

   (v) Number of Plaintiffs who provided incomplete and/or unsigned answers only (listed on Exhibit "D") - __46__

   (vi) Number of Plaintiffs who have not responded at all (listed on Exhibit "E") - __347__

   (vii) Number of Plaintiffs who did not responded by March 2, 2007, but have now responded (listed on Exhibit "F") - __12__

|  | Total filed Plaintiffs |
|---|---|
| Less Plaintiffs on Exhibit "A" | - 955 |
| Less Plaintiffs on Exhibit "B" | -   38 |
| Less Plaintiffs on Exhibit "C" | -   34 |
| Less Plaintiffs on Exhibit "D" | -   46 |
| Less Plaintiffs on Exhibit "E" | - 347 |
| Less Plaintiffs on Exhibit "F" | -12 |

Respectfully submitted this ___26___ day of March, 2007.

/s/ Gregory A. Cade
GREGORY A. CADE (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

## Certificate of Service

I, Gregory A. Cade, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Amended Report to Court on Plaintiffs' Compliance with Court Order* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Douglas Sheppard Arnold, Esq.
> Dennis R. Bailey, Esq.
> John C. Berghoff, Jr., Esq.
> John A. Earnhardt, Esq.
> R. Austin Huffaker, Jr., Esq.
> Orlyn O. Lockard, III, Esq.
> Edwin Bryan Nichols, Esq.
> Laura Ellison Proctor, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> Bernard Taylor, Sr., Esq.

/s/ Gregory A. Cade
Gregory A. Cade

Amended Report to Court.wpd