Exhibit A

| Fullname |
|---|
| Adams, Alice |
| Adams, Becki Lee |
| Adams, Betty J. |
| Adams, Christine Coone |
| Adams, Donald W. |
| Adams, Ethel Ramona |
| Adams, Gretchen Brooks |
| Adams, Jennifer |
| Adams, Kayla S. |
| Adams, Nicholas D. |
| Adams, Pamela M. |
| Adams, Phyllis I. |
| Adams, Randy Lewis |
| Adams, Raymond |
| Aguigui, Darlene |
| Allen, Alice Mae |
| Allen, James |
| Allen, James Daniel |
| Allred, Brandon |
| Allred, Brittany |
| Allred, Janice |
| Anderson, Armand |
| Anderson, Lykeshia Matthews |
| Anderson, Mary S. |
| Ansley, Cathy M. |
| Ansley, Summer |
| Anthony, James E. |
| Anthony, LaVennia Davis |
| Anthony, Rudarius JaVaun |
| Anthony, Rudolph |
| Aplin, Joe |
| Aplin, Mildred |
| Armstrong, Derrick |
| Armstrong, Edward |
| Armstrong, Emma |
| Armstrong, Horace |
| Armstrong, Sheila D. Parker |
| Ball, Johnny L. |
| Ball, Michael |
| Barfoot, Joseph L., Jr. |

Barlow, Max E., The Estate of
Barlow, Michael R.
Barnes, Gary
Barnes, Jonathan Tyler
Barnes, Mae Grace
Barnes, Michael Earl
Barnes, Phyllis T.
Barnes, Sandra D.
Barnes, Sharon K.
Barnes, Terry Lynn
Barnes, Timothy N.
Barnes, Vaughn L.
Barrett, Benjamin J.
Barrett, Carolyn D.
Barrett, Howard A.
Barrett, Ramona
Barrineau, Charles Wayne
Barrineau, Cindy
Barrineau, Jonathan Andrew
Barrineau-Lowry, Buffi
Barton, William Steve
Bass, Coleman B., Sr.
Bass, Coleman J.
Bass, Katrina
Bass, Mary Frances Jenkins
Bass, Sandra J.
Bass, Shawn S.
Battle, Gloria A. Ferrell
Baxley, Joann Haney
Beasley, Virginia Smith
Bedsole, Jerrie
Bedsole, Leo M.
Bedsole, Misty
Bedsole, Sonny Lee
Bedsole, Tim
Belcher, Aretha Wright
Bell, Alonzo
Bettis, Ronnie J.
Bettis, Susie
Beverly, Dustin
Biddle, Eugene Houston
Biddle, Houston Gene
Biddle, Susan
Blackshear, Martha J.
Blue, Eddie L.
Blue, Richard

Blue, Robert L.
Bowman, Jimmie Lou
Brackeen, Donna Wise
Bradberry, Anderson
Bradberry, Donnell
Bradberry, Noma
Bradberry, Richard
Bradberry, Theresa
Bradberry, Willie A.
Bradley, Albert
Bradley, Alice N.
Bradley, Clayton Andrew
Bradley, Coranetta Horne
Bradley, Dianna Hill
Bradley, Helen
Bradley, Lavon
Bradley, Madonna
Bradley, Matthew F.
Bradley, Myrtle F.
Bradley, Otis J.
Bradley, RaSean
Bramlet, Christopher
Bramlet, Roy C.
Brooks, A.
Brooks, Aldean
Brooks, Christin S.
Brooks, Ernie
Brooks, Janie Mae
Brooks, Julie N., The Estate of
Brooks, Margaret J.
Brooks, Robert D.
Brooks, Ruby Ann
Brooks, Willie Jay
Brooks, Yancey Twynette
Brown, Joanus
Brown, Ronald W.
Brown, Sonia Devaughn
Brown, Sweetwater A.
Bryan, Angie Williford
Bryant, Debra
Bryant, Ethelrine
Bryant, Lorena F.
Bryant, Martha Faye
Bryant, Monica
Bryant, Ray A
Bryant, Stacy

Buckley, Connie S.
Buckley, Ishmael
Burke, James Rusty
Burke, Janice Louise (Fountain)
Burlison, Annie
Burlison, Clayton J.
Burnett, Robyn L.
Cade, Agnes T.
Caldwell, John
Campbell, Shirley Crittenden
Caphart, Mattie
Caraway, James W.
Carnley, Jonathan L.
Carr, Pauline
Carroll, Katie
Carroll, Shannon
Carson, Brittney A.
Carson, Charles
Carson, Linda G.
Carson, Michael A.
Carson, Ruthie
Carson, Tierre Lamar
Carson, Treimona
Carter, Barry Lynn
Carter, Carrie (Lynn)
Cassady, Christopher Caley
Cassady, Eddie Ray
Cassady, Elizabeth A.
Cassady, Emily A.
Cassady, James Alan
Cassady, James E.
Cassady, Jimmy Larry
Cassady, Jimmy Nathan
Cassady, Katelin M.
Cassady, Kevin Duane
Cassady, Kevin Eli
Cassady, Nicholas Tyler
Cassady, Orbie, The Estate of
Cassady, Savannah E.
Cassady, Teresa
Cassady, Willis
Caver, Jr., Joe, The Estate of
Cawthon, Timmy Ray
Cawthon, Willard
Chambers, Brenda
Chambers, Charles Lance

Chambers, Clyde B.
Chambers, Glen
Chambers, Ken B.
Chambers, Keyvon Bardo
Chambers, M. Lorraine
Chambers, Melanie, The Estate of
Chambers, Richard Bryan
Chambers, Tommy
Chambers, Van
Chambers-Spychalski, Gloria DeVon
Chames, Verge Leon
Chaney, Lillie
Chatman, Colandus, Jr.
Chatman, Isaiah S.
Chatman, Jeffery
Chatman, Jeremiah A.
Chatman, Kyler
Chatman, Marc Antonio
Chatman, Nigel D.
Chatman, Ruby
Chatman, Shaniece
Chatman, Steven A.
Chatman, Tara P.
Chatman-Sledge, Wanda Faye
Christian, C. Ashley
Christian, Everett Lynn
Christian, Samuel Lynn
Cobb, Sandra E.
Coleman, Bobby B.
Coleman, Cheybrel Bradberry
Coleman, Jacklon
Coleman, Mercedes
Coleman, Rashaad
Coleman, Tiffany Bradley
Collins, Ceola
Collins, Robert Lee
Comalander, Oliver L.
Comalander, Patsy L.
Cook, Bobbie Jean
Cook, Frank Lee
Cook, Jackie M.
Cook, Kendall Scott
Cook, Rachel M.
Cook, Sherry F.
Cook, Yvonne Jean
Coon, Jessie G.

Coon, Teresa F.
Coon, Twanna
Coone (Palmer), Kelley Michelle
Coone, Jerry E.
Corbin, Joan H.
Corbin, Simon P.
Cotton, Joanna Marie
Cotton, Michael Travis
Cotton, Michael Z.
Craig, Dianne Franklin
Cravey, Riley David, The Estate of
Creech, Kandy M.
Creech, Ruth
Creech, Tammy
Creech, Wiliam T.
Cude, Paula Lois
Cutts, Donnie Ray
Daniel, Don
Danley, David
Danley, Jessie A.
Davis, Hank O.
Davis, James Walter
Davis, Jayden Jevon
Davis, Maggie
Davis, Mary P.
Davis, Ronnie C., Jr.
Davis, Ronnie C., Sr.
Davis, Shannon
Davis, Sherri L.
Davis, Tayaka
Davis, Yasmeen
Dearden, Carol B.  (Commander)
Dees, Sherell Cook
deSaussure, Starla Doreen
DeVaughn, Beverly
DeVaughn, Dorothy
Devaughn, Frank F.
DeVaughn, Gloria Peacock
Devaughn, Jane
Diggs, Mary Dunbar
Dirga, Dora
Dixon, Courtne' Jenay
Dombert, Shawana Parker
Dorsey, Otis
Dorsey, Verdie P.
Douglas, John Henry

Douglas, Robert J.
Douglas, Sebera Gayle, The Estate of
Douglas, Thomas Earl
Drake, Avance
Dukes, Angela N.
Dukes, Carlton
Dunn, Andrew David
Edmondson, Glenene L.
Edmondson, Jan
Edmondson, Marvin, The Estate of
Edwards, Charlene Wise
Edwards, Lillie Bell
Edwards, Mary T. (Boykin)
Elliot, A.C.
Elliott, Elmer
Ezell, Roy
Feagin, Queen J.
Feagin, Wesley M.
Fleming, Ashton Xander
Fleming, Xavier Cordell
Flowers, Ervin K.
Flowers, Mary Jane
Foreman, Eddie
Fountain, Glenda Faye
Franklin, Debbie Jo
Franklin, Terry Glenn
Frazier, Detrick Oneal
Frazier, Fara, The Estate of
Frazier, James
Frazier, Lewis M.
Frazier, Mary Edna
Frazier, Mattie M.
Frazier, Timothy, The Estate of
Frost, Keena N.
Fuller, Tommy
Garvin, Lonnie
Garvin, Samantha
Garvin, Shirley
Gautney, E.B.
Geohagan, Leroy
Geohagan, Sherril D.
Gettis, Jessica Justine
Gettis, Keonna Shaonta
Gettis, Vance
Gibson, Margaret
Gibson, Martha Neal

Gilbert, Mary Alene (Biddle) (Fleming)
Gilbert, Patricia A.
Gillard, William
Gilley, Bobby C.
Gilley, Vickie
Gilliam, Susie Edwards
Goldsmith, Bernita Cale
Goldsmith, Diane B.
Goldsmith, Houston A.
Goldsmith, Kayla
Goldsmith, Robert L.
Goldsmith, Thelma
Goldsmith, Willie David
Gomillion, Gwen
Gomillion, Joel
Gomillion, Martha Joe
Goodwin, David O.
Goodwin, Hannah
Gray, Jimmy
Green, Stephanie
Griffin, Jovontae
Grissett, Sean
Gundrum, Romanuel, Jr.
Hall, Cicely Dixon
Hall, Mary L.
Hall, Randall W.
Hall, Ray William
Hall, Roy E.
Hall, Shiann M.
Hall, Wendy Farrah
Hall, William Albert
Hallford, Cynthia Ann
Hallford, Judith Lee
Hallford, Kellie LeAnn
Hallford, Sammy Lee
Hallford, Thomas
Hamilton, Joseph M., The Estate of
Hamilton, Zachery Ryan
Handy, Willie C.
Hanscom, Jeremy
Harrison, Beatrice Rachelle
Harrison, Burl, The Estate of
Harrison, Dennis Wayne
Harrison, Edna N.
Harrison, Kenneth
Harrison, Linda

Harrison, Loretta
Harrison, Michael T.
Harrison, Roy
Hartline, Debra
Hataway, Steve
Hattaway, Adam
Hattaway, Amber Dawn
Hattaway, Anah B.
Hattaway, Catherine Spicer
Hattaway, James F.
Hattaway, Joshua
Hattaway, Paula
Hattaway, William A.
Hattaway, Willie Paul
Hayes, Sharon Sue
Heisler, Ruby
Henderson, Hamilton
Henderson, Joann
Henderson, John L.
Henderson, Margaret
Henderson, Oma J.
Henderson, Summer Shayenne
Hernandez, Joe
Hernandez, Lois
Hill, Alaric Lamont
Hill, Charlie Avery
Hill, Charlie H., Jr.
Hill, Jenell Robinson
Hobbs, Jo Ann
Hobbs, Kenneth G.
Hobbs, Nathan Tyler
Holley, Melissa
Holmes, Annie Laura Owens
Holmes, Ernestine R.
Holmes, Marc A.
Holmes, Pamela A.
Holmes, Vivian H.
Hooks, Nealie
Hooks, Timothy
Howard, Thomas Richard
Huckabaa, Tracy
Hudson, John Dempsey
Hudson, John Dempsey, Jr.
Hudson, Stacie Lynn
Hughes, Angelena
Hughes, Cynthia

Hughes, Debra
Hughes, Garon Tommy
Hughes, Harold T.
Hughes, Hunter R.
Hughes, James A.
Hughes, Robert Jason
Hughes, Terry
Hughes, Tommy D.
Hughes, Willie Mae
Hunter, Jerry
Hutchinson, Alex
Hutchinson, Michael A.
Inabinett, Jackie
Inman, Stacey Bodiford
Jackson, Annie Marie
Jackson, Betty Jean
Jackson, Carolyn
Jackson, Catherine Dukes
Jackson, Christopher Paul
Jackson, Christopher Paul, II
Jackson, Clara
Jackson, Crystal
Jackson, Echo V.
Jackson, Justin Lee
Jackson, Mary
Jackson, Robert John
Jackson, Rosie L.
Jackson, Tiffany
James, Carnell
James, Chandra
James, Charles E.
James, Chelsea Shanear
James, Coretta
James, Dorothy F.
James, Earnestine
James, Johnny N.
James, Jonathan Wesley
James, Jr., Arthur, The Estate of
James, Yolanda L.
Johns, Tonjya Wilson
Johnson, Callie Gail
Johnson, Gilbert Lee
Johnson, Johnny Foy
Johnson, Johnny L.
Johnson, Norma Faye
Johnson, Roy Lee

Jones, Annie D. (Frazier)
Jones, Coleman Douglas
Jones, Donald Mack
Jones, Jeremy Jason
Jones, John Henry, Jr.
Jones, Jonathan Joseph
Jones, Mary C.
Jones, Raymond Alto
Jones, Regina Willis
Jones, Rosa M. (Perkins)
Jones, Willie R., The Estate of
Jones, Xavier Leshaun
Jones, Yolanda Yvette
Jowers (Tarey), Crystal Marie
Jowers, April Jane
Jowers, Donna Marie
Jowers, Michael Jerome
Joyner, Patricia
Judson, Eloise
Kelley, Raymond
Kelley, Vanessa Bradley
Kelley, Willene M., The Estate of
Kendrick, Mildred
Kilpatrick, Yvonna
Kimbril, Keerie Necole
Kimbril, Kimberly Charlyse
Kimbro, Walter
King, Junior Ashford
King, Michael D.
Kitt, Lillie
Kyser, B. Edgar
Kyser, Betty Joyce
Kyser, Jeremy
Kyser, Jonathon William
Laird, Betty
Laird, Evelyn A.
Laird, Everett
Laird, James
Lassiter, Lois Aughtman
Lawrence, William Steven
Leddon, Frank
Lee, Adelle N.
Lee, Buford
Lee, Dick Patrick
Lee, Labaron
Lee, Romonda Renea

Lett, Percy James

Lewis, Gracie T.

Lewis, Joe, Jr.

Lewis, Sonja V.

Lewis, Tony

Logan, Judy J.

Lowery, Sherry

Lowery, Wiley L.

Lynn (Robinson), Joyce Ann

Lynn, Ayesha

Lynn, Bobby

Lynn, David Anthony

Lynn, Gerald DeWayne

Lynn, Jenny R.

Lynn, Keisa L.

Lynn, Marjerl Wilson

Lynn, Robert

Lynn, Ronnie

Lynn, Sal Marco

Lynn, Scotty

Lynn, Teric DeWarren

Lynn, W. C.

Madden, James, The Estate of

Madden, Janice

Madden, Kim (Williamson)

Maddox, Gracie M.

Maddox, Thomas J.

Marshall, Albert, Jr.

Marshall, Jimmie Nell

Marshall, Juanita

Martin, Chelsea Cheyenne

Martin, Cody S.

Martin, Edward E.

Martin, Joyce Johnson

Martin, Ricky Joe

Marvin, Oscar Lee, The Estate of

Mason, Destiny Michelle

Mason, Evelyn Christina

Matthews, Craig D.

Matthews, Donnie Ray

Matthews, Efrem, The Estate of

Matthews, Emmitt

Matthews, Etta T.

Matthews, Everett

Matthews, Everett Jason

Matthews, Fredrick

Matthews, Inez Bradley
Matthews, Jeanette Bradley
Matthews, Jeanette Nicole
Matthews, John A.
Matthews, Joyce Carr
Matthews, Joyce Elizabeth
Matthews, Kristen Joy
Matthews, LaTara F.
Matthews, Marlon J.
Matthews, Mary
Matthews, Melvin D.
Matthews, Rasquez L.
Matthews, Sarah M.
Matthews, Stephanie D.
Matthews, Ted
Matthews, Tristan
Matthews, Wilton, The Estate of
Mays, Marvin, The Estate of
Mays, Trece Jones
McCall, Robert
McClellan, Susan J.
McClelland, Ann Linette
McCoy, Angelia Sue
McCoy, Jimmy L.
McCraney, Earnest Lee
McCray, Catherine Parker
McGugin, Susie M.
McKinney, Alton L.
McKinney, Jacqueline
McNeil, Willie David
Miller, Alyssa
Miller, Arthur L.
Miller, Billy J.
Miller, Carrie Lynn  (Evans)
Miller, Ruby
Miller, Susan
Miller, Teresa
Miller, Terry
Miller, William M.
Mitchell, Joyce Knowles
Moore, Debra A.
Moore, Janice
Moore, Lakimma A.
Morgan, Craig
Morgan, Donna
Morris, Briana D.

Morris, David A.
Morris, Tuyen T.
Morrow, James D.
Murphy, Craig
Murphy, Ivory J.
Murphy, Ja'ida Evelyn
Murphy, Khaliah Thrash
Murphy, Shandrina
Nance, April Lee
Nance, Emily Paige
Nance, Joshua Lee
Nance, Levi Austin
Nance, Michael D.
Nazario, E. Louise
Nazario, Jerri Lynn
Nelson, Domonique DeAndre
Nelson, Janice
Nettles, Matthew, The Estate of
Nolan, Charles Douglas
Norman, Lonnie Leroy, Jr.
Norris, Amy Amanda
Norris, Chester Ray
Norsworthy, Ava Barber
Norsworthy, Will
Oates, Gary D.
Oates, Steven L.
Oates, Taora Thrash
Odom, James
Odom, Jeanece Taylor
Odom, Lena
Olmstead, Arthur Gregory
Olmstead, Louis
Ordes, Lois
Ordes, Melissa
Ordes, Michael J., Jr.
Orndorff, Alice
Orndorff, James
Orndorff, Mary
Osborn, Barbara Adams
Owens, Lewis E.
Owens, Mary F.
Owens, Queen E.
Parker, Dale Marie
Parker, Eva L.
Parker, Harold
Parker, Joshua O.

Parks, Louversia
Partridge, Jacky
Patterson, Mary Joyce
Peacock, Cheryl Adams
Peacock, Ruby Francis
Peacock, Tommy Lee, The Estate of
Pelham, Chris, Sr.
Pelham, Frankie
Pelham, Jimmie
Pelham, Lori Nicole
Perdue, Billie Wayne
Perdue, Joyce
Phillips, Rickey Thomas
Phillips, Susan Renee, The Estate of
Pickron, David Lavon, The Estate of
Pickron, Helen J.
Pickron, Ivan B.
Pickron, Ivory, The Estate of
Pickron, Nicholas
Pickron, William Roy
Pickron, Wilmer C.
Pittman, Cleonia Lynn
Pittman, Julian Roosevelt
Pittman, Reginald Maurice
Pittman, Roosevelt
Pitts, Maxine Bradley
Porter, David
Porter, Estelle
Porter, John E.
Porter, Orline
Powell, Angela Chatman
Prescott, Milton Doyle
Price, Aria J.
Price, Cortlin C.
Price, Heather Nichole
Price, Howard Cornelius
Price, Ka'Trina
Price, Kavon
Price, Lorenza
Price, Shawn
Price, Subrina M.
Pryor, Jeffrey
Pryor, Shelly
Purdie, Henry J.
Purdie, Veronica T.
Qualls, Betty Brazzell

Qualls, Joann
Qualls, Linda Sue
Radford, Angela Marie
Radford, Bert D., Jr.
Radford, Christian
Ramey, Timmy Allen
Rawls, Jennifer
Reaves, Archie C.
Reed, Annie Bell
Reed, Johnny
Reese, Christine
Reeves, Gerald
Reeves, Joann
Reynolds, Cornelius
Reynolds, Deborah Ann
Richardson, Kathy
Richardson, Mickey D.
Robbins, Alan H.
Robbins, Delores
Robbins, Jewel L.
Robbins, LaVera
Robbins, Renee
Robbins, Zadie Jackson
Roberson, Judy
Roberts, John I.
Roberts, Tammy
Robertson, David E.
Robinson, Aaron, Jr.
Robinson, Corey L.
Robinson, Diamond
Robinson, Dometric Bertrand
Robinson, Fannie Mae
Robinson, Gregory
Robinson, Willie Jewel
Robinson, Zaniya Keilani
Rodgers, Immergean
Rodgers, Margaret Porter
Rogers, James E.
Rogers, Mary L.
Roof, Sharon
Rowe, Winston E., The Estate of
Russell, Barbara Porter
Salter, Savion
Sanders, Michael
Schofield, Vicky
Session, Linda

Sheridan, Ezekiel Amari
Sheridan, Veronica Robinson
Simmons, Ernestine
Simmons, Inez M.
Simmons, James
Simon, Zandia M.
Skanes, Carrine
Skanes, Frankie Lee
Skanes, Joseph, Jr.
Skanes, Vanessa
Slater, Albert, Jr.
Slaughter, Hope I.
Slaughter, Jeremy A.
Slaughter, Reginald Floyd
Slaughter, Stephanie
Slover, Alene
Smiley, Arthur, Jr.
Smiley, Corderus
Smiley, Desmond
Smiley, Melissa Collins
Smith, Genell
Smith, James Mack
Smith, Jessica Lawrence
Smith, Junior
Spicer, Michael E.
Steele, Daniel Christopher
Stephens, Hubert
Stewart, Henry O.
Stewart, Michael
Stewart, Randall, The Estate of
Stewart, Sharon Robinson
Stokes, Jerry L.
Stokes, Marie Harrison
Stokes, Sandra
Stone, Jeffery Dave
Stone, Jerry Antonio (Tony)
Stone, Linda
Strickland, Laura Leigh
Strickland, Mason Skylar
Tatum, Amber
Tatum, Charles, Jr.
Tatum, Evelyn Marie
Taylor, Betty Jean
Taylor, Earnest Daniel
Taylor, Earnest Oscar
Taylor, James Hubert, Sr.

Taylor, Margie N.
Taylor, Sherrie
Taylor, Tammy
Thames, Hilary P.
Thomas, Andrea
Thomas, Asheley N.
Thomas, Chreedell
Thomas, DiaLinda
Thomas, Earlie Mae
Thomas, Jarvontay J.
Thomas, Jimmie
Thomas, LaKeria
Thomas, Robert L.
Thomas, Tracie Boyington
Thomas, Wayne
Thompson, Courtney
Thompson, Crissy
Thompson, Donald
Thompson, Jerry D., The Estate of
Thompson, Kenneth A.
Thompson, Linda
Thompson, Lorene
Thompson, Lou Ella
Thompson, Royce, The Estate of
Thompson, Sarah Danielle
Thompson, Tracey L.
Thompson, Willie
Thornton, James T., Jr.
Thrash, Amos L.
Thrash, Andreka
Thrash, Cassandra
Thrash, Claudine
Thrash, Daniel
Thrash, David Leon
Thrash, David Lewis
Thrash, Elmore, Jr.
Thrash, Jacqueline
Thrash, James J.
Thrash, Jeffery D.
Thrash, Joshua
Thrash, Markell L.
Thrash, Mary Nell
Thrash, Michael E.
Thrash, Tonyua L.
Thrash, Yusef A.
Tisdale, Emogene L.

Todd, Betty Joyce

Todd, Johnny M.

Todd, Michael Vernon

Toles, Freddie L.

Toles, Melissa Thomas

Toles, Wonderful, Jr.

Townsend, Rusty Shane

Tucker, Rhonda Oates

Turbyville (Hobdy), Sha'Qwan O'Neil, The Estate of

Turner, Benny L.

Turner, Glennie

Turner, Lurene

Turner, Lurleen

Turner, Mary Lou Porter

Turner, Michael A.

Tyler, Debra Matthews

Tyler, Emmitt M., Jr.

Tyler, Ethan Matthews

Tyler, Sylvia Bryant

Tyson, Bobby

Vallandingham, Sylvia Elaine

Vallandingham, Velma Lee

Van Zant, Ruth B.

Varner, Angelene

Vaughn, Darren Matthew

Vaughn, Derrick Dewayne

Vaughn, Robert Gene, Jr.

Vaughn, Robert Gene, Sr.

Vaughn, Sharon Sue

Vickers, Mable L.

Vickers, Mack Waing

Vickers, Mary L.

Vickers, Okoye A.

Vickers, Willie C.

Vickers, Zouchrain O.

Wade, Mary Jeanette Slaughter

Walker, Irene

Walker, Monica Barton

Wallace, Clarence

Wallace, Hilda

Wallace, Johnny Ray

Wallace, Stanley

Wallace, Sylvia

Walls, Linda D.

Walters, Hayward James

Walters, Joann Carr
Walters, Mattye Bell
Ward, Glenda D.
Ward, Louise
Ward, William (Mike)
Washington, Johnnie
Washington, Joyce
Westenberger, Richard Edward
Wheeler, Arthur J.
Wheeler, Lottie
Whitaker, Alfred Jerome, Jr.
Whitaker, Lue C.
Whitaker, Monica L.
Whitley, Billie June
Whitley, Haywood
Whitley, Irene
Wicker, George, The Estate of
Wilkerson, Rose Barton
Wilkerson, Sue Ann
Wilkins, Ebony L.
Wilkins, Mavis
Wilkins, Vernell
Wilkinson, Anita Louise
Williams, Allie Mae
Williams, Angelia
Williams, Bertha
Williams, Carolyn
Williams, Christopher Dale
Williams, Cleveland
Williams, Edwin B.
Williams, Edwin Chamberlin
Williams, Estellieta
Williams, George Brian
Williams, George R.
Williams, James L.
Williams, Jimmy, Estate of
Williams, Kenneth R.
Williams, Lauretta W.
Williams, Marion R.
Williams, Melvin L., Sr.
Williams, Norma Bradberry
Williams, O'Shae
Williams, Pinkie P.
Williams, Renee J.
Williams, Roderick
Williams, Rodero

Williams, Sonya F.
Williams, Victoria
Williams, Willie E.
Williams, Willie Earl, Jr.
Williams, Willie Earl, Sr.
Williford, Ernest L.
Williford, Linda Faye
Williford, Marvin Dewayne, Sr.
Williford, Marvin Duane, Jr.
Williford, Sandy
Wilson, Celesta Porter
Wilson, Courtney
Wilson, Danny D.
Wilson, Elaine Stone
Wilson, George E.
Wilson, Gwendolyn Bass
Wilson, Kimberly Owens
Wilson, McCandle Bass
Wilson, Pansy Jean
Wilson, Vincent M.
Windham, David
Windham, Melissa
Windham, Wendy A.
Wise, Jimmy D.
Withey, Bryan Caswell
Withey, Merry Sue J.
Withey-Yates, Tabitha Jane
Womack, Michael
Womack, Pamela Goldsmith
Womack, Robert, III
Womack, Robert, The Estate of
Womack, Tony
Worrell, Dennis L.
Worrell, Jenna Alexis
Worrell, Melissa Jayne
Worrell, Roger Lee
Wrentz, Keina
Wright, Wesley C.
Yelverton, Wilson
York, Calvin Doyle
York, Calvin Maxwell
Young, Naydean C.