Exhibit B

| Fullname |
|---|
| Anderson, Mildred W. |
| Anderson, Tonya |
| Appkins, Hattie |
| Armstrong, Johnny, Estate of: |
| Bess, Bobby Jean |
| Bess, Yz |
| Blair, Bert |
| Brooks, Essie M. |
| Brooks, Ralph |
| Eliard, John |
| Frazier, Elizabeth, The Estate of |
| Gantt, Daniel, III |
| Gantt, Meagan D. |
| Gilbert, Wilbert, The Estate of |
| Griggs, Eleanor |
| Hartley, Helen |
| Hartley, Paul E. |
| Hartley, Paul, Jr. |
| Henderson, Margie |
| Hutchinson, Douglas |
| Isgro, Eddie |
| Isgro, Patricia |
| Jackson, James Paul |
| Lynn, Willie G., The Estate of |
| Maddox, Bruce Evan |
| Maddox, Caleb Dakota |
| Maddox, Justin |
| McClain, Ealie S., The Estate of |
| McClain, Lessie |
| Mitchell, Betty Kembro |
| Oates, Neal |
| Perry, Steven T. |
| Pickron, Bettye |
| Thornhill, Holden |
| Thornhill, Leighton B. |
| Thornhill, Sarah |
| Vann, Wayne B. |
| Vickers, Kimberly D. |