Exhibit C

| Fullname |
| --- |
| Adams, Frank L. |
| Adams, Joseph Daniel |
| Blue, Gail |
| Boles, Johnny Lamar |
| Brooks, Annie Ruth |
| Brooks, Willie Ray |
| Cox, Paul Aubrey |
| Edwards, John H. |
| Goldsmith, Annie |
| Goldsmith, Bernice |
| Goldsmith, Richard |
| Goodwin, Rita Faye |
| Harris, Ida Mae |
| Head, Willa Dean |
| Hill, Eddie J., Jr. |
| Jones, John E. |
| Matthews, Donald Sylvestor |
| Norris, Vernon |
| Parker, Kelley |
| Parker, Milton |
| Peacock, Glenn Edward |
| Peacock, James Lemont |
| Read, Charles (Mike) |
| Read, Hazel Inez, The Estate of |
| Robinson, Shumeka |
| Rowe, Daphne |
| Smith, David Allen |
| Smith, Manuel |
| Smith, Minnie Pearl |
| Teate, Dorita |
| Thrash, Dorothy |
| Tillman, Timothy |
| Williams, Dewayne E. |
| Wright, Gregory |