Exhibit D

| Fullname |
| --- |
| Ball, Louise |
| Ball, Zakiyyah |
| |
| Blackburn, Robert Jerald |
| |
| Bradberry, Bryan Anthony |
| Bradley, Daniel L. |
| Bradley, David NMN |
| Brooks, Patricia |
| Calloway, Willie |
| Cavis, Shirley Ann |
| Dennis, Kathy |
| Dixon, Otis |
| Dukes, Joseph |
| |
| Edmondson, Gregory D. |
| Faulk, Thomas L. |
| |
| Finlayson, Guthrie Pridgeon |
| Flowers, Franklin D. |
| Gill, Gloria Carson |
| Goldsmith, Willie |
| Haney, Dallas O. |
| Hobbs, Olivia |
| |
| Hutcheson, Pamela D. |
| Jones, Delores |
| |
| Jones, Evelyn Thompson |
| Lynn, Nicole F. |
| |
| Lynn, Willie George, Jr. |
| |
| Lynn-Jackson, Marjorie K. |
| Matthews, Deldric T. |
| |
| Matthews, Johnny Lee |
| McCollough, Alice |
| |
| Orndorff-Nobles, Serrena L. |
| Owens, Herman D. |
| |
| Parson, Deandre Marshawn |

Patrick, Aisha
Patrick, Elijah
Patrick, Eloise

Peacock, Gwenever Jewel
Perry, Charles E.

Roberts, Shannon Ray

Smith, Clayton H., Jr.

Stewart, Donald Chad

Stubbs, Dechanta Lynn
Tanner, William

Terry (Rowe), Dawellyne
Wilson, Daphne

Wilson, LaToya Danielle
Yates, Wade L.