Exhibit E

| Fullname |
| --- |
| Boles, Joshua |
| Wright, Betty |
| Jones, Patricia |
| Lynn, Dexter, Jr. |
| Jackson, Schon |
| Jackson, Shaquille |
| Johnson, Frances |
| Johnson, Francis M. |
| Jones, Cody |
| Jones, Dewayne |
| Jackson, Helen A. |
| Jones, Nicholas |
| Jordan, Daphne L. |
| King, Anna Hartley |
| Knight, Johnny, Jr. |
| Knight, Ruby Nell |
| Kyser, Paul Jay |
| Lang, Eddie |
| Lee, Mae |
| Lewis, Palmer Clint |
| Lockeharte, Candress |
| Jones, Holley |
| Hughes, Holland R. |
| Goodwin, Oliver |
| Griffin, Jakiyah Joshae |
| Hadley, James Monroe |
| Hamilton, William G. |
| Harris, Car |
| Harrison, Leslie D. |
| Hartley, Contessa |
| Hartley, Yvonne Lachelle |
| Jackson, Lily |
| Holley, Angela |
| Lynn, Santanna D. |
| Hutcheson, Juliana Marie |
| Hutchinson, Knshanaha |
| Inabinett, Eleanor |
| Inabinett, Jamie |
| Inabinett, Walter |
| Ingalls, James A |
| Jackson, Catlyn J. |
| Jackson, Edward, III |

Jackson, Emma G.
Hemphill, Bobby Joe
Moore, Dominique M.
Yates, Raymond
Cassady, Louise
Tatum, Eva
Tatum, Hank
McGee, Jacquelynn Peacock
McLaughlin, Stephon
Miller, Larry L.
Miller, Tiffany
Lynn, Gregory
Moore, Alesia R.
Russell, Valerie
Moore, EvyMic L.
Moore, Michael
Morris, Donnie Wilson
Morris, John F.
Mulkey, Stacy
Murphy, Corbin L.
Murphy, Ida
Murphy, James A.
Milton, Willie C.
Matthews, Edith
Lynn, Karen Renee
Goldsmith, Donald
Lynn, Valtrez C.
Lynn, Dexter L., Sr.
Mack, Benjamin
Maddox, Jennifer R.
Maddox, Lori L.
Marshall, Camren D.
Wright, Lacy Evan
Matthews, Clifford D.
Wise, Wayne DeWitt
Matthews, Lacrecia
Matthews, Theresa A.
Matthews, Tyrone Maurice
Mattress, Sharon C.
Mayes, Melody
McCarey, Mary C.
Roof, Micheal D.
Russell, Felicia Hartley
Adams, Brandon Dewayne
Martin, Jerry Allen
Bryan, James E.

Brooks, Charles
Brooks, Heather Geohagan
Brooks, James E.
Brooks, Jason
Brooks, Kenneth D.
Brooks, Raymond
Brooks, Tammy Lenora
Brooks, Timothy W.
Goldsmith, Eva Pearl
Brown, Edith
Bradberry, Sam, Jr.
Bryan, Rhonda
Bryant, Tuwan
Buckley, Hural
Caldwell, Gregory R.
Caldwell, Jackie
Caldwell, Mistilin
Campbell, Kenneth Mac
Carlisle, Randall
Brooks, Tomika Shontese
Beck, Scotty
Adams, Derick Brent
Adams, Willie Thelma
Anthony, Bernard, Sr.
Avan, Carmon
Avan, Jorian
Avan, Kenneth
Baldwin, John
Baldwin, Timothy
Bramlet, Janice
Barrow, Farrel E.
Bradley, David
Bell, Willie Fred
Berry, Michael L., Jr.
Blue, Cecil Ray
Bonam, Albert Dewayne, Jr.
Bonam, Malik DeJuan
Bonam, Sandra Lee
Bradberry, Bobby C.
Bradberry, Sherrill A.
Carson, Sonya
Barnes, Joann
Frazier, Jessica Idella
Carson, Carla Denise
Donaldson, Justin B.
Edwards, Vicki V.

Feagins, Robert
Findley, Elizabeth Brooks
Findley, Douglas David
Fleming, Joshua S.
Florence, Murunda
Dixon, Michael David
Frazier, Annasia
Goldsmith, Shanda Davis
Frazier, Tenisha Quantel
Frazier, Toteana Shambrel
Frost, Brandi Nichole
Gettis, Cleveland
Gilley, Lindsey
Goff, Mary
Goldsmith, Brooks
Goldsmith, Cierra
Norman, Lonnie Leroy, Sr.
Flowers, Kristen
Christian, Kimberly
Goldsmith, Eva N.
Carter, Jeremy Chad
Carter, Nicholas
Carter, Sierra C.
Casey, Kaunda
Cassady, Laura
Cassady, Nathan Alexander
Chambers, James Keith
Donaldson, Brookelyn S.
Chatman, Michael Wayne
Carson, Ronda L.
Commander, Fred D
Cooper, Dorothy J.
Cooper, Marvin D.
Corbin, Martha L.
Cosson, Elizabeth J.
Cowan, Lucidena
Cowart, Priscilla S.
Daniels, Betty Ann
Davis, John D.
Chatman, Mechele
Carpenter, Jesse Ray
Hadley, Tara Sunshine
Hartley, Fannie Lue
Herbert, Eugene, Jr.
Bryan, Connie R.
Jordan, Trina

Wright, Deonte J.
Burke, Eloise
Costopoulos, Chris
Chatman, Prinscilla Anthony
Kyser, William Robert
Caldwell, Preston Ray
Hutchinson, Josephine Y.
Hughes, Ciera
Hughes, Tony R.
Marion, Tabitha A.
Jordan, Lillie V.
Wilson, Alicia
Spychalski, Shannon Don
Norman, Kenneth
Bradley, Sable Denise
Wise, Michael G.
Williams, Earnest Leo
Williams, Francine
Williams, Francis Marie
Williams, Lucille T.
Williams, Mary A.
Toles, Sharonda
Edwards, Kimley
Williford, Thomas
Hadley, Laken Page
Wilson, Mary N.
Hadley, Christian Kyle
Holmes, Donna LaKeisha
Pryor, Arnold Keith
Anthony, Evelyn
Anthony, Mia Nicole
Avan, Keadra T.
Barnes, Anthony D.
Barnes, Chanealie
Barnes, Hardred, III
Anthony, Prinscilla Sherelette
Wilson, Ebony
Perez, Joseph Daniel
Weaver, Fred
Weaver, Mark
Weaver, Brenda
Lafta, Christa
Lafta, Kimberly
Lafta, Nicho
Lafta, Breonna
Jackson, Bonnie

Anthony, Evelyn Shalista
Jordan, Clara
Davis, Paul Eugene
Caraway, Kristy
Caraway, Jayce
Jones, Betty
Caraway, Katelyn
Taylor, Sylvia
Caryl-Gordon, Susan
Pugh, Sandy
Lawrence, Robert B.
Baker, Cindy
Johnson, Kenneth L.
Jones, Eric D.
Edwards, Lacy
Sexton, Heather Renee
Corbin, Stephen Kyle
Richardson, Terry
Bryan, Jessica
Palmer, Carlton
Jackson, Sara
Broder, Pamela Jolene
Suttles, Jimmy
Broder, Pamela
Johnson, Jaden Cooper
Thompson, Frankie Thrash
Tuttle, Randall
Vickers, Daphne
Jackson, Leamon D.
Pickron, Ivan N.
Franklin, Danny D.
Harrielson, Lisa
Wilkins, Anthony A.
Turbyville, LaToya Nicole
Redmon, Rudolph
Perry, Nathan L.
Perry, Yulishia Shentelle
Petway, Princess Jer-ree
Phillips, Marcus E.
Pickron, Tony Ray
Perdue, Antonio DeWayne, Jr.
Pryor, Carroll Eugene
Radford, Tiffany
Williams, Cicely F.
Redmon, Georgeann
Peacock, Saddie Mae

Reese, Jerry Cleveland
Reeves, Ellie
Reeves, Greg
Richardson, Linda
Richardson, Timothy J.
Robbins, Manuel
Roberts, Jarvis
Robinson, Jonathan David
Ratliff, Clarence
Orndorff, Quinton
Moore, Dianne, The Estate of
Norman, Nicholas R.
Norman, Pamela S.
Odom, Amanda
Odom, Ashly
Odom, Betty Gail
Odom, Maggie
Odom, Mitchell
Perry, Kavian Fer-rell
Odom, Tanya
Perry, Archillius Mendrell
Owens, Kelvin James
Henderson, John Leroy
Owens, Warren
Parker, Prince N.
Parker, Robert, Jr.
Parks, Nina
Pate, Annie
Peacock, Evelyn
Shaw, Beulah
Odom, Rebecca
Walker, William Arthur
Robinson, Patrick Dewayne
Thrash, Tysean Temario
Thrash, Yuvanda
Toles, Larry Bruce
Vann, Leon A.
Vann, Leon
Vickers, Vannie
Walker, Kevin Patrick
Thrash, Stephon Letray
Walker, William Scott
Thrash, Cornelia
Walters, Terrence
Wang, Tracey
Watson, Bill

Watson, Jessica
Weeks, John D.
Wheeler, Geraldine
Whitaker, Alford, Sr.
Wibbing, Charles R.
Norman, Linsey R.
Walker, Theresa Ann
Smith, Lessie
Williams, Cedric Alphonso
Shaw, Patricia
Slater, Clarence Edward
Small, James E.
Small, Minnie
Smiley, Densthia
Smiley, Michelle
Smith, Annie
Thrash, Stephoni Letravia
Smith, Cherice Lanette
Sankey, Mary Lee
Snow, Lewis Edward
Snow, Timothy Lewis
Strickland, Melinda
Tatum, Peggy Cassady
Thomas, Dolly
Thomas, Paula P.
Thomas, Philip Harold
Thomas, Unadia
Thompson, Kanessa M.
Smith, Carolyn Hutchinson