Exhibit F

| Fullname |
| --- |
| Coon, Joshua Hunter |
| Hutcheson, David |
| Hutcheson, Keanua Makayla |
| Moody, Ewin |
| Nunnally, Louise |
| Odom, Deborah |
| Thomas, Scott |
| Thompson, Lillie Mae |
| Thrash, Albert L. |
| Wallace, Everett |
| Warhop, Floyd E. |
| Williams, TLC |