IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              **PLAINTIFF**

VERSUS                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                          **DEFENDANTS**

## AGREEMENT TO DISMISSAL

Come now the Plaintiffs listed below and inform the Court that they agree to dismissal of their claims and show as follows:

1. The Court ordered Plaintiffs to provide Defendants with certain medical and property information by March 2, 2007.

2. Each of the Plaintiffs listed in this motion was provided a copy of the Court's Order.

3. Plaintiffs' counsel provided responses for most Plaintiffs, but informed the Court, as required by the Order, that the listed Plaintiffs did not provide their responses.

4. Defendants filed a motion to dismiss the listed Plaintiffs' claims for failure to respond.

5. Defendants' counsel has informed Plaintiffs' counsel that Defendants will not seek sanctions against the Plaintiffs, except for the dismissal of their claims with prejudice.

6. The listed Plaintiffs have informed their counsel that they do not wish to be considered as trial plaintiffs and will not provide the required information, with knowledge that their claims will be dismissed with prejudice.

7. These Plaintiffs have not caused Defendants any additional expense by their decision not to continue this action.

8. This motion applies to the following Plaintiffs:

See Attached Exhibit listing the Thirty-eight (38) Plaintiffs' Names

WHEREFORE, the above listed Plaintiffs agree to Defendants' motion to dismiss their claims with prejudice, as long as Defendants do not pursue monetary sanctions.

Respectfully submitted this __26__ day of March, 2007.

<u>/s/ W. Eason Mitchell</u>
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
<u>emitchell@colom.com</u>

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Agreement to Dismissal* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

                                        /s/ W. Eason Mitchell
                                        W. Eason Mitchell

78149.wpd

# Exhibit

| Fullname |
|---|
| Anderson, Mildred W. |
| Anderson, Tonya |
| Appkins, Hattie |
| Armstrong, Johnny, Estate of: |
| Bess, Bobby Jean |
| Bess, Yz |
| Blair, Bert |
| Brooks, Essie M. |
| Brooks, Ralph |
| Eliard, John |
| Frazier, Elizabeth, The Estate of |
| Gantt, Daniel, III |
| Gantt, Meagan D. |
| Gilbert, Wilbert, The Estate of |
| Griggs, Eleanor |
| Hartley, Helen |
| Hartley, Paul E. |
| Hartley, Paul, Jr. |
| Henderson, Margie |
| Hutchinson, Douglas |
| Isgro, Eddie |
| Isgro, Patricia |
| Jackson, James Paul |
| Lynn, Willie G., The Estate of |
| Maddox, Bruce Evan |
| Maddox, Caleb Dakota |
| Maddox, Justin |
| McClain, Ealie S., The Estate of |
| McClain, Lessie |
| Mitchell, Betty Kembro |
| Oates, Neal |
| Perry, Steven T. |
| Pickron, Bettye |
| Thornhill, Holden |

| |
|---|
| Thornhill, Leighton B. |
| Thornhill, Sarah |
| Vann, Wayne B. |
| Vickers, Kimberly D. |