IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                           **PLAINTIFF**

VERSUS                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                     **DEFENDANTS**

MOTION FOR VARIANCE AND TO ALLOW
LATE FILING OF REQUIRED INFORMATION

Come now some of the Plaintiffs in the above styled cause and would show as follows:

1. This motion applies to __5__ listed Plaintiffs.

2. The Court ordered the Plaintiffs to provide answers to medical and property questions by March 2, 2007.

3. The below Plaintiffs did not provide their answers by March 2, 2007.

4. The Plaintiffs in this motion had good excuse or experienced excusable neglect as set out below:

   A. The Plaintiff ___Ewin Moody___ was in the process of moving his ailing wife closer to their family and her medical providers, therefore he was unable to complete the paperwork by the deadline.

   B. The Plaintiff ___Rita Goodwin___ is going through a divorce and therefore, has been receiving all of her mail.

   C. The Plaintiff ___David Allen Smith___ is going through a divorce and attempting to take care of his children on his own. This caused him to missed the deadline.

   D. The Plaintiff Charles Read, personally and as administrator of his wife, Hazel Read's estate was forced to move in with his daughter due to his failing health. His mail was not forwarded to him in a timely manner causing him to miss the deadline.

  E. The Plaintiff <u>Joshua Coon, minor</u> missed the deadline because his mother has been hospitalized with cancerous tumors.

5. The Plaintiffs agreed to Defendants' motion for an extension of time to select trial plaintiffs and Defendants will not suffer any prejudice if Plaintiffs' answers are allowed. Plaintiffs have also attempted to accommodate Defendants by agreeing to reschedule the workers and managers depositions so that Defendants can devote their resources and time to the Plaintiff selection process.

6. These Plaintiffs contend that the variance to allow their answers to be considered sufficient will not result in a significant delay in this cause.

7. Plaintiffs' counsel do not know if there are other Plaintiffs who have excuses or excusable neglect, although some with sufficient excuse for delayed answers may exist.

WHEREFORE, Plaintiffs pray that this Court will allow these Plaintiffs late delivery of their answers to required questions.

Respectfully submitted this __26__ day of March, 2007.

<u>/s/ W. Eason Mitchell</u>
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
<u>emitchell@colom.com</u>

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Motion for Variance and to Allow Late Filing of Required Information* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

                                        /s/ W. Eason Mitchell
                                        W. Eason Mitchell

78143.wpd