IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                            **PLAINTIFF**

**VERSUS**                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                  **DEFENDANTS**

## MOTION TO ALLOW LATE FILING
## OF REQUIRED INFORMATION

Come now some of the Plaintiffs in the above styled cause and would show as follows:

1. This motion applies to twelve (12) listed Plaintiffs.

2. The Court ordered the Plaintiffs to provide answers to medical and property questions by March 2, 2007.

3. The below Plaintiffs did not provide their answers by March 2, 2007, but have now provided them to the Defendants:

Coon, Joshua Hunter

| |
|---|
| Hutcheson, David |
| Hutcheson, Keanua Makayla |
| Moody, Ewin |
| Nunnally, Louise |
| Odom, Deborah |
| Thomas, Scott |
| Thompson, Lillie Mae |
| Thrash, Albert L. |
| Wallace, Everett |
| Warhop, Floyd E. |
| Williams, TLC |

4. The Plaintiffs agreed to Defendants' motion for an extension of time to select trial plaintiffs and Defendants will not suffer any prejudice if Plaintiffs' answers are allowed. Plaintiffs have also attempted to accommodate Defendants by agreeing to reschedule the workers and managers depositions so that Defendants can devote their resources and time to the Plaintiff selection process.

5. These Plaintiffs contend that the variance to allow their answers to be considered sufficient will not result in a significant delay in this cause.

WHEREFORE, Plaintiffs pray that this Court will allow these Plaintiffs late delivery of their answers to required questions.

Respectfully submitted this __26__ day of March, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Motion to Allow Late Filing of Required Information* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold, Esq.
Dennis R. Bailey, Esq.
John C. Berghoff, Jr., Esq.
John A. Earnhardt, Esq.
R. Austin Huffaker, Jr., Esq.
Orlyn O. Lockard, III, Esq.
Edwin Bryan Nichols, Esq.
Laura Ellison Proctor, Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

78220.wpd