IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                               **PLAINTIFF**

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                  (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                    **DEFENDANTS**

## MOTION FOR RELIEF FROM ORDER OR MODIFICATION

Come now the thirty-four (34) Plaintiffs listed below and move the Court to determine that their compliance with the Court's Order requiring completed and signed answers to specific questions was acceptable, although delivered to Defendants after the Court's deadline. The Plaintiffs listed below would show unto the Court as follows:

1.  That this Honorable Court entered an Order requiring answers to specific medical and property questions to be delivered to Defendants by March 2, 2007, for the purpose of the parties' agreement for trial plaintiff selection by March 16, 2007.

2. Plaintiffs agreed to Defendants' motion for an extension of time to select Plaintiffs so that the selection would take place on or before March 30, 2007. Plaintiffs have also attempted to accommodate Defendants by agreeing to reschedule the workers and managers depositions so that Defendants can devote their resources and time to the Plaintiff selection process.

3. The listed Plaintiffs provided Defendants incomplete and/or unsigned answers on Monday, March 5, 2007, which was one (1) business day late.

4. In some cases, the Plaintiffs had telephoned their attorney to provide the information, but their signed document did not arrive in time to provide it to Defendants on Friday afternoon.

5. All of the listed Plaintiffs have now provided completed and/or signed answers.

6. The Defendants would not experience any prejudice if the Court allowed a variance and considered the listed Plaintiffs' answers sufficient.

This motion relates to the following ___34___ Plaintiffs only:

See attached Exhibit listing the thirty-four (34) named Plaintiffs.

WHEREFORE, the above listed Plaintiffs humbly pray that the Court will allow a variance and determine their response to the Court's Order was acceptable.

Respectfully submitted this ___26___ day of March, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Motion for Relief from Order or Modification* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  Douglas Sheppard Arnold, Esq.
  Dennis R. Bailey, Esq.
  John C. Berghoff, Jr., Esq.
  John A. Earnhardt, Esq.
  R. Austin Huffaker, Jr., Esq.
  Orlyn O. Lockard, III, Esq.
  Edwin Bryan Nichols, Esq.
  Laura Ellison Proctor, Esq.
  Matthew C. Sostrin, Esq.
  Mark R. Ter Molen, Esq.
  H. Thomas Wells, Jr., Esq.
  Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

78140.wpd

# Exhibit

| Fullname |
|---|
| Adams, Frank L. |
| Adams, Joseph Daniel |
| Blue, Gail |
| Boles, Johnny Lamar |
| Brooks, Annie Ruth |
| Brooks, Willie Ray |
| Cox, Paul Aubrey |
| Edwards, John H. |
| Goldsmith, Annie |
| Goldsmith, Bernice |
| Goldsmith, Richard |
| Goodwin, Rita Faye |
| Harris, Ida Mae |
| Head, Willa Dean |
| Hill, Eddie J., Jr. |
| Jones, John E. |
| Matthews, Donald Sylvestor |
| Norris, Vernon |
| Parker, Kelley |
| Parker, Milton |
| Peacock, Glenn Edward |
| Peacock, James Lemont |
| Read, Charles (Mike) |
| Read, Hazel Inez, The Estate of |
| Robinson, Shumeka |
| Rowe, Daphne |
| Smith, David Allen |
| Smith, Manuel |
| Smith, Minnie Pearl |
| Teate, Dorita |
| Thrash, Dorothy |
| Tillman, Timothy |
| Williams, Dewayne E. |
| Wright, Gregory |