IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                    PLAINTIFF

VERSUS                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                           DEFENDANTS

MOTION FOR EXTENSION OF TIME
FOR LIMITED NUMBER OF PLAINTIFFS

Come now the below listed ___46___ Plaintiffs and show as follows:

1.  That the Court entered an Order requiring Plaintiffs to respond to certain medical and property questions by March 2, 2007.

2.  The Plaintiffs were sent a copy of the Order, a form to answer the questions and a letter of explanation.

3.  The listed Plaintiffs in this motion either called their attorney, or provided the required information when contacted by telephone.

4.  Each of the listed Plaintiffs provided the requested information, as best they could, to their counsel, but either they failed to

send the signed answers as required by the Order or some of the answers they gave were still incomplete.

5.  The listed Plaintiffs' answers were sent to Defendants on March 5, 2007, the next business day; even though they may have been incomplete or unsigned.

6.  The listed Plaintiffs informed their counsel that their completed and /or signed answers, would be sent promptly, but at the time of the filing of this motion they have not been received by Plaintiffs' counsel and provided to Defendants.

7.  This motion applies to the following 46 # Plaintiffs:

See attached Exhibit listing the forty-six named Plaintiffs

8.  The Defendants have received Plaintiffs' answers and just have not received the signature page and the granting of this motion will not result in any prejudice or delay.

WHEREFORE, the above listed Plaintiffs move the Court, by and through their counsel of record, to grant a short extension of time and establish a new deadline within which the listed Plaintiffs may provide signatures to the questions previously provided to Defendants as required by the Court's previous Order. The listed Plaintiffs further agree for the

Court to enter appropriate order to prevent delay by the listed Plaintiffs from causing any delay in this cause.

Respectfully submitted this ___26___ day of March, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Motion for Extension of Time for Limited Number of Plaintiffs* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas Sheppard Arnold, Esq.
>Dennis R. Bailey, Esq.
>John C. Berghoff, Jr., Esq.
>John A. Earnhardt, Esq.
>R. Austin Huffaker, Jr., Esq.
>Orlyn O. Lockard, III, Esq.
>Edwin Bryan Nichols, Esq.
>Laura Ellison Proctor, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.
>H. Thomas Wells, Jr., Esq.
>Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

78151.wpd

Exhibit

| Fullname |
|---|
| Ball, Louise |
| Ball, Zakiyyah |
| Blackburn, Robert Jerald |
| Bradberry, Bryan Anthony |
| Bradley, Daniel L. |
| Bradley, David NMN |
| Brooks, Patricia |
| Calloway, Willie |
| Cavis, Shirley Ann |
| Dennis, Kathy |
| Dixon, Otis |
| Dukes, Joseph |
| Edmondson, Gregory D. |
| Faulk, Thomas L. |
| Finlayson, Guthrie Pridgeon |
| Flowers, Franklin D. |
| Gill, Gloria Carson |
| Goldsmith, Willie |
| Haney, Dallas O. |
| Hobbs, Olivia |
| Hutcheson, Pamela D. |
| Jones, Delores |
| Jones, Evelyn Thompson |
| Lynn, Nicole F. |
| Lynn, Willie George, Jr. |
| Lynn-Jackson, Marjorie K. |
| Matthews, Deldric T. |
| Matthews, Johnny Lee |
| McCollough, Alice |
| Orndorff-Nobles, Serrena L. |
| Owens, Herman D. |

| |
|---|
| Parson, Deandre Marshawn |
| Patrick, Aisha |
| Patrick, Elijah |
| Patrick, Eloise |
| |
| Peacock, Gwenever Jewel |
| Perry, Charles E. |
| |
| Roberts, Shannon Ray |
| |
| Smith, Clayton H., Jr. |
| |
| Stewart, Donald Chad |
| |
| Stubbs, Dechanta Lynn |
| Tanner, William |
| |
| Terry (Rowe), Dawellyne |
| Wilson, Daphne |
| |
| Wilson, LaToya Danielle |
| Yates, Wade L. |