IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              **PLAINTIFF**

**VERSUS**                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                  **(LEAD CASE)**

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                     **DEFENDANTS**

### PLAINTIFFS' COUNSEL'S PARTIAL RESPONSE
### TO DEFENDANTS' MOTION TO DISMISS

Comes now the Plaintiffs' counsel and represents to the Court as follows:

1.    This pleading relates to __347__ Plaintiffs.

2.    The Court ordered Plaintiffs to provide Defendants with certain medical and property information by March 2, 2007, in order to provide information for trial plaintiff selection.

3.    Plaintiffs' counsel sent all Plaintiffs a form to provide information and a letter addressed to their last known address which explained the Court's requirement, along with a copy of the Order.

4.    Plaintiffs' counsel did not receive the listed Plaintiffs' response.

5.    After reasonable attempts to contact the listed Plaintiffs by mail and telephone, Plaintiffs' counsel has still not received their response.

6.    The listed Plaintiffs have previously provided information to counsel and cooperated.  The listed Plaintiffs employed counsel to pursue and action against Defendants on their behalf.  Plaintiffs' counsel does not know any reason why the listed Plaintiffs did not respond when ordered, but counsel believes that some of the Plaintiffs may have valid and good excuses while others may not.

7.    Plaintiffs' counsel has informed the Court, as required, that the below listed Plaintiffs have not responded to the Court's Order.

8.    Defendants have filed a motion to dismiss these Plaintiffs' claims with prejudice and have stated intent to seek sanctions.

9.    Defendants have informed Plaintiffs' counsel that Defendants do not seek sanctions, other than dismissal of Plaintiffs' claims with prejudice.

10.    In the event any of the listed Plaintiffs have valid excuse it is likely to be a very good excuse, but at this time Plaintiffs' counsel cannot represent that any excuse exists for these listed Plaintiffs, except for general knowledge and experience that the during the passage of time during which this case has been proceeding, both pre-suit and after suit, two to two and one-half years, that certain health conditions and other known, uncontrollable circumstances can develop in a reasonable percentage of a group of individuals.

11.    This motion applies to the following Plaintiffs:

| Fullname |
| --- |
| Boles, Joshua |
| Wright, Betty |
| Jones, Patricia |
| Lynn, Dexter, Jr. |
| Jackson, Schon |
| Jackson, Shaquille |
| Johnson, Frances |
| Johnson, Francis M. |
| Jones, Cody |
| Jones, Dewayne |
| Jackson, Helen A. |
| Jones, Nicholas |
| Jordan, Daphne L. |

King, Anna Hartley
Knight, Johnny, Jr.
Knight, Ruby Nell
Kyser, Paul Jay
Lang, Eddie
Lee, Mae
Lewis, Palmer Clint
Lockeharte, Candress
Jones, Holley
Hughes, Holland R.
Goodwin, Oliver
Griffin, Jakiyah Joshae
Hadley, James Monroe
Hamilton, William G.
Harris, Car
Harrison, Leslie D.
Hartley, Contessa
Hartley, Yvonne Lachelle
Jackson, Lily
Holley, Angela
Lynn, Santanna D.
Hutcheson, Juliana Marie
Hutchinson, Knshanaha
Inabinett, Eleanor
Inabinett, Jamie
Inabinett, Walter
Ingalls, James A
Jackson, Catlyn J.
Jackson, Edward, III
Jackson, Emma G.
Hemphill, Bobby Joe
Moore, Dominique M.
Yates, Raymond
Cassady, Louise
Tatum, Eva
Tatum, Hank
McGee, Jacquelynn Peacock
McLaughlin, Stephon
Miller, Larry L.
Miller, Tiffany
Lynn, Gregory
Moore, Alesia R.
Russell, Valerie
Moore, EvyMic L.

Moore, Michael
Morris, Donnie Wilson
Morris, John F.
Mulkey, Stacy
Murphy, Corbin L.
Murphy, Ida
Murphy, James A.
Milton, Willie C.
Matthews, Edith
Lynn, Karen Renee
Goldsmith, Donald
Lynn, Valtrez C.
Lynn, Dexter L., Sr.
Mack, Benjamin
Maddox, Jennifer R.
Maddox, Lori L.
Marshall, Camren D.
Wright, Lacy Evan
Matthews, Clifford D.
Wise, Wayne DeWitt
Matthews, Lacrecia
Matthews, Theresa A.
Matthews, Tyrone Maurice
Mattress, Sharon C.
Mayes, Melody
McCarey, Mary C.
Roof, Micheal D.
Russell, Felicia Hartley
Adams, Brandon Dewayne
Martin, Jerry Allen
Bryan, James E.
Brooks, Charles
Brooks, Heather Geohagan
Brooks, James E.
Brooks, Jason
Brooks, Kenneth D.
Brooks, Raymond
Brooks, Tammy Lenora
Brooks, Timothy W.
Goldsmith, Eva Pearl
Brown, Edith
Bradberry, Sam, Jr.
Bryan, Rhonda
Bryant, Tuwan

Buckley, Hural
Caldwell, Gregory R.
Caldwell, Jackie
Caldwell, Mistilin
Campbell, Kenneth Mac
Carlisle, Randall
Brooks, Tomika Shontese
Beck, Scotty
Adams, Derick Brent
Adams, Willie Thelma
Anthony, Bernard, Sr.
Avan, Carmon
Avan, Jorian
Avan, Kenneth
Baldwin, John
Baldwin, Timothy
Bramlet, Janice
Barrow, Farrel E.
Bradley, David
Bell, Willie Fred
Berry, Michael L., Jr.
Blue, Cecil Ray
Bonam, Albert Dewayne, Jr.
Bonam, Malik DeJuan
Bonam, Sandra Lee
Bradberry, Bobby C.
Bradberry, Sherrill A.
Carson, Sonya
Barnes, Joann
Frazier, Jessica Idella
Carson, Carla Denise
Donaldson, Justin B.
Edwards, Vicki V.
Feagins, Robert
Findley, Elizabeth Brooks
Findley, Douglas David
Fleming, Joshua S.
Florence, Murunda
Dixon, Michael David
Frazier, Annasia
Goldsmith, Shanda Davis
Frazier, Tenisha Quantel
Frazier, Toteana Shambrel
Frost, Brandi Nichole

Gettis, Cleveland
Gilley, Lindsey
Goff, Mary
Goldsmith, Brooks
Goldsmith, Cierra
Norman, Lonnie Leroy, Sr.
Flowers, Kristen
Christian, Kimberly
Goldsmith, Eva N.
Carter, Jeremy Chad
Carter, Nicholas
Carter, Sierra C.
Casey, Kaunda
Cassady, Laura
Cassady, Nathan Alexander
Chambers, James Keith
Donaldson, Brookelyn S.
Chatman, Michael Wayne
Carson, Ronda L.
Commander, Fred D
Cooper, Dorothy J.
Cooper, Marvin D.
Corbin, Martha L.
Cosson, Elizabeth J.
Cowan, Lucidena
Cowart, Priscilla S.
Daniels, Betty Ann
Davis, John D.
Chatman, Mechele
Carpenter, Jesse Ray
Hadley, Tara Sunshine
Hartley, Fannie Lue
Herbert, Eugene, Jr.
Bryan, Connie R.
Jordan, Trina
Wright, Deonte J.
Burke, Eloise
Costopoulos, Chris
Chatman, Prinscilla Anthony
Kyser, William Robert
Caldwell, Preston Ray
Hutchinson, Josephine Y.
Hughes, Ciera
Hughes, Tony R.

Marion, Tabitha A.
Jordan, Lillie V.
Wilson, Alicia
Spychalski, Shannon Don
Norman, Kenneth
Bradley, Sable Denise
Wise, Michael G.
Williams, Earnest Leo
Williams, Francine
Williams, Francis Marie
Williams, Lucille T.
Williams, Mary A.
Toles, Sharonda
Edwards, Kimley
Williford, Thomas
Hadley, Laken Page
Wilson, Mary N.
Hadley, Christian Kyle
Holmes, Donna LaKeisha
Pryor, Arnold Keith
Anthony, Evelyn
Anthony, Mia Nicole
Avan, Keadra T.
Barnes, Anthony D.
Barnes, Chanealie
Barnes, Hardred, III
Anthony, Prinscilla Sherelette
Wilson, Ebony
Perez, Joseph Daniel
Weaver, Fred
Weaver, Mark
Weaver, Brenda
Lafta, Christa
Lafta, Kimberly
Lafta, Nicho
Lafta, Breonna
Jackson, Bonnie
Anthony, Evelyn Shalista
Jordan, Clara
Davis, Paul Eugene
Caraway, Kristy
Caraway, Jayce
Jones, Betty
Caraway, Katelyn

Taylor, Sylvia
Caryl-Gordon, Susan
Pugh, Sandy
Lawrence, Robert B.
Baker, Cindy
Johnson, Kenneth L.
Jones, Eric D.
Edwards, Lacy
Sexton, Heather Renee
Corbin, Stephen Kyle
Richardson, Terry
Bryan, Jessica
Palmer, Carlton
Jackson, Sara
Broder, Pamela Jolene
Suttles, Jimmy
Broder, Pamela
Johnson, Jaden Cooper
Thompson, Frankie Thrash
Tuttle, Randall
Vickers, Daphne
Jackson, Leamon D.
Pickron, Ivan N.
Franklin, Danny D.
Harrielson, Lisa
Wilkins, Anthony A.
Turbyville, LaToya Nicole
Redmon, Rudolph
Perry, Nathan L.
Perry, Yulishia Shentelle
Petway, Princess Jer-ree
Phillips, Marcus E.
Pickron, Tony Ray
Perdue, Antonio DeWayne, Jr.
Pryor, Carroll Eugene
Radford, Tiffany
Williams, Cicely F.
Redmon, Georgeann
Peacock, Saddie Mae
Reese, Jerry Cleveland
Reeves, Ellie
Reeves, Greg
Richardson, Linda
Richardson, Timothy J.

Robbins, Manuel
Roberts, Jarvis
Robinson, Jonathan David
Ratliff, Clarence
Orndorff, Quinton
Moore, Dianne, The Estate of
Norman, Nicholas R.
Norman, Pamela S.
Odom, Amanda
Odom, Ashly
Odom, Betty Gail
Odom, Maggie
Odom, Mitchell
Perry, Kavian Fer-rell
Odom, Tanya
Perry, Archillius Mendrell
Owens, Kelvin James
Henderson, John Leroy
Owens, Warren
Parker, Prince N.
Parker, Robert, Jr.
Parks, Nina
Pate, Annie
Peacock, Evelyn
Shaw, Beulah
Odom, Rebecca
Walker, William Arthur
Robinson, Patrick Dewayne
Thrash, Tysean Temario
Thrash, Yuvanda
Toles, Larry Bruce
Vann, Leon A.
Vann, Leon
Vickers, Vannie
Walker, Kevin Patrick
Thrash, Stephon Letray
Walker, William Scott
Thrash, Cornelia
Walters, Terrence
Wang, Tracey
Watson, Bill
Watson, Jessica
Weeks, John D.
Wheeler, Geraldine

Whitaker, Alford, Sr.
Wibbing, Charles R.
Norman, Linsey R.
Walker, Theresa Ann
Smith, Lessie
Williams, Cedric Alphonso
Shaw, Patricia
Slater, Clarence Edward
Small, James E.
Small, Minnie
Smiley, Densthia
Smiley, Michelle
Smith, Annie
Thrash, Stephoni Letravia
Smith, Cherice Lanette
Sankey, Mary Lee
Snow, Lewis Edward
Snow, Timothy Lewis
Strickland, Melinda
Tatum, Peggy Cassady
Thomas, Dolly
Thomas, Paula P.
Thomas, Philip Harold
Thomas, Unadia
Thompson, Kanessa M.
Smith, Carolyn Hutchinson

WHEREFORE, Plaintiffs' counsel cannot represent any valid reason that the above Plaintiffs failed to timely respond, but do request that in the event of dismissal, the Court not enter a final judgment until sufficient time has expired in order to allow these Plaintiffs who may

have valid and acceptable excuses to seek relief from the order of

dismissal.

Respectfully submitted this __26__ day of March, 2007.


 /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on March __26__, 2007, I electronically filed the foregoing *Plaintiffs' Counsel's Partial Response to Defendants' Motion to Dismiss* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Douglas Sheppard Arnold, Esq.
> Dennis R. Bailey, Esq.
> John C. Berghoff, Jr., Esq.
> John A. Earnhardt, Esq.
> R. Austin Huffaker, Jr., Esq.
> Orlyn O. Lockard, III, Esq.
> Edwin Bryan Nichols, Esq.
> Laura Ellison Proctor, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

78150.wpd