**SWAPE** | Technical Consultation, Data Analysis and Litigation Support for the Environment

SOIL/WATER/AIR PROTECTION ENTERPRISE
201 Wilshire Boulevard, Second Floor
Santa Monica, California 90401
Tel: (310) 795-2335
Fax: (310) 393-3898
Email: **prosenfeld@swape.com**

February 22, 2007

**Gregory Cade J.D. M.P.H.**
Environmental Litigation Group
3529 7th Avenue South
Birmingham Alabama, 35222

**Re: Diminished Property Value In Florala/Lockhart Area Due To Contamination From TMA and Louisiana Pacific Releases**

Dear Mr. Cade:

After careful review of the material regarding dioxin, furan, creosote, pentachlorophenol, polycyclic aromatic hydrocarbon, copper, chromium and arsenic releases from the TMA and Louisiana Pacific facility (herein known as the Releasing Facility), I conclude that there is a significant impact to the community.

For any real property within one mile of the facility (Figure 1), a potential purchaser would be advised to incur the expense of environmental testing prior to purchase. The approximate cost of required attic dust, indoor dust and soil testing on a single property would cost between 5 and 10 thousand dollars.

Homes tested within ¾ of a mile from the releasing facility all indicated elevated levels of dioxins, furans, polycyclic aromatic hydrocarbons and metals in indoor dust resulting from air emissions from the releasing facility. Remediation would have to be conducted by a specialized environmental hazardous waste management firm. Hazardous waste and/or contaminated soil will need to be transported and disposed at a hazardous waste disposal facility.

After remediation, additional testing will be required for impacted properties to confirm that the remediation was sufficient.

Based upon location and age of the building, I expect:

1. Nearly every home or building within ¼ mile of the Releasing Facility requires remediation.
2. Remediation is probably be required for homes or buildings within ½ mile of the Releasing Facility
3. Remediation is likely required for homes or buildings within ½ mile to 1 mile of the Releasing Facility.

Sincerely,

Paul Rosenfeld Ph.D.                                      James Clark Ph.D.
Project Manager/ Environmental Chemist                    Air Dispersion, Toxicologist