# The Colom Law Firm, L.L.C.

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
J. RICHARD DAVIS

ADMITTED IN:
ALABAMA*
GEORGIA**
DISTRICT OF COLUMBIA†

MAILING ADDRESS:
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

March 15, 2007

VIA FACSIMILE & U.S. MAIL

Bernard Taylor, Sr., Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re:   Time Proposal

Dear Bernard:

    I prepared a letter and sent it to my assistant, Karen, last night to fax to you this morning, but it appears to be lost in cyberspace, as well as the e-mail that I was answering. I will start over.

    I thought that you were getting back to me first, but Greg's memory is the same as yours. Yes, we are going to agree to an extension. I would like an answer to the agreement to use a date first suffered master list and stipulation. Your answer doesn't effect if we agree to an extension, but it does effect how long we agree to extend.

    I just don't want to be still arguing or have unanswered questions when the next time deadline arrives. Would you please let me know your decision on this issue?

**EXHIBIT "C"**

Bernard Taylor, Sr., Esq.
March 15, 2007
Page 2

---

I tried to call you yesterday evening, but forgot the time difference. I think that we accomplish a lot more by phone than we do by writing and that our face to fact meetings are most productive. If we had until April 20th to select plaintiffs, wouldn't it be good to go ahead and schedule a meeting during the week of April 16th? I would also like to suggest that we meet at Marty Van Tassell's office. Perhaps he would have time on an easy day where he would take an hour to help us break any deadlock on selection, if one occurs. If we are making good progress without help, we could always cancel the meeting. I assume that Marty would agree if our demands and time were limited.

I would also like to, at least, begin selection of categories even if we cannot decide on the person yet. Surely the defendants have some idea about what disease categories they want to go to trial for evaluation purposes. When do you think that you would give us an idea on categories? This would cut down on the number of plaintiffs under consideration and get us moving towards a solution. I can tell you that we believe that a cancer case is a necessary category. I also would like a death case due to the fact that an injury case may not evaluate the different damages recoverable under Alabama's wrongful death statute. Perhaps we could cover both of these categories with the same plaintiff. Do you have any suggestions? Could we agree to a date in order to have the categories decided?

I also have a fall back solution. Would you agree to a method to choose plaintiffs if we cannot agree? We could each choose one. As plaintiffs' counsel, I am accustomed to going first. If we do this, I would also require a method to choose additional plaintiffs in the event one or more of the chosen trial plaintiffs were unsuccessful and was dismissed prior to trial. In that event, we would continue the rotation in the same order.

We do not have a problem with short extensions of time and we will cooperate to provide additional information on a limited number of potential candidates. If our list which we would be filed by 5:00 p.m. on Wednesday is sufficient for you to solve the deficient report issue, then April

Bernard Taylor, Sr., Esq.
March 15, 2007
Page 3

---

20th is a reasonable delay. I understand that solving the "deficient report" issue by this list does not answer or effect defendants' motion to dismiss those plaintiffs who did not respond. Please let me hear from you. I will also attempt to call.

                                    Sincerely yours,

                                    *Sent Without Signature To Avoid Delay*

                                    W. Eason Mitchell

WEM/knw
cc:   John C. Berghoff, Jr, Esq.
       Greg Cade, Esq.
       G.M. Van Tassell, Jr., Esq.
77587.wpd