IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                            PLAINTIFF

VERSUS                CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,              DEFENDANTS

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.  Name of Plaintiff, or decedent:
    _Timothy Devaughn_

II. Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:
    _____

IV. Relationship to plaintiff:
    _____

V.  Present address of person completing this form:
    _1938 Tenth St._
    _Florala, Ala 36442_

1.  **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 706 North 9th St | | |
| Apt 13 North Plaza | | |
| North 9th St | | |
| 1938 Tenth St | About 1960 | Pres |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2.  **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

    Primary Illness: Breth Cancer Song Cancer

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____   _____
Cause of Death                      Date (mm/dd/year)

A.    List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)    _Flowers Hospital_____
       Name of Physician

Name of Clinic or Hospital
Address: _4300 W. Main St.,_____
_Dothan, Ala., 36305_____

Dates treated:
from ____/_99__ to ____/_Present_
     Month Year     Month Year

Dates of examination:
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year
____/____/_____
Month Day Year

(ii)    _Dr. Vishwanath_____
       Name of Physician

Name of Clinic or Hospital
Address: _810 East 5 Ave.,_____
_Hartala, Ala., 36442_____

3

Dates treated:
from  _____/_____         to _____/*Present*
     Month  Year           Month  Year

Dates of examination:

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

(iii) *Dr. Sperl*
Name of Physician

*Elec.*
Name of Clinic or Hospital

Address: _____
_____
_____

Dates treated:
from  _____/*80*         to _____/*Past away*
     Month  Year           Month  Year

Dates of examination:

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

(iv) _____
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____
_____
_____

Dates treated:
from _____/_____      to _____/_____
Month   Year            Month   Year

Dates of examination:

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

_____/_____/_____
Month   Day     Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.   The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

_____/_____/_____
Month   Day   Year

C.   The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.   Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i)  Name of Location: _Franklins J Factory_
     Address: _____

   Attendance for _40_ (average) hours a week.
   from _/1970_ to _/Close_
        Month Year      Month Year

(ii) Name of Location: _A.M.E New Beth_
     Address: _____

   Attendance for _2_ (average) hours a week.
   from _/1950_ to _/Pres_
        Month Year      Month Year

(iii) Name of Location: _Retail Shops_
      Address: _Florala, Ala. 36442_

   Attendance for _2_ (average) hours a week.
   from _/1950_ to _/Pres_
        Month Year      Month Year

(iv) Name of Location: _Sake Jackson_
     Address: _____

   Attendance for ____ (average) hours a week.
   from _/2-3_ to _/____
        Month Year      Month Year

(v)  List additional exposure locations on attached Form "C".

E.   The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3.  **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
   _Dorothy Wingard_

B. The street address of the property:
   _1938 Ninth St._
   _____
   _____

   Date property acquired:        ____/____
                                  Month  Year

   Date property sold, if applicable:   ____/____
                                        Month  Year

   If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

   _____

   Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ _4000.0_

   The size of any buildings and/or homes is _11 hundred_ square feet and the size of the real estate is _2_ acres, or _____ by _____, or other measure of size _____. The property is used for _Dwell_ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

## CERTIFICATION

    I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

                                                        *Dorothy Devaughn*
                                             Plaintiff

                                  OR

_____ As guardian/parent of _____, a minor child.
                                              OR
_____ As administrator or executor of the estate of _____, deceased.

## FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---------|--------------------------|---------------------------|
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |

Name of this plaintiff: _____

## FORM "B"

### Additional Physician or Date of Examination Information
### (You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:      _____
              _____
              _____

Dates treated:
from      _____/_____         to _____/_____
          Month  Year             Month  Year
Dates of examination:
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year
          _____/_____/_____
          Month  Day    Year

Name of this plaintiff: _____

## FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
      Month  Year     Month  Year

2. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
      Month  Year     Month  Year

3. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
      Month  Year     Month  Year

4. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
      Month  Year     Month  Year

Name of this plaintiff: _____