IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,

                           PLAINTIFF

VERSUS           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                 (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,           DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.    Name of Plaintiff, or decedent: Betty Joyce Todd

II.   Social Security Number of Plaintiff: 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

III.  If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is: Debra Hughes

IV.  Relationship to plaintiff: Friend

V.   Present address of person completing this form: 3995 Iron Bridge Rd. Samson, AL. 36477

1.   **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 693 McDuffie Ave. Florala, AL. 36442 | Oct. 72 | Present |
| 1612 Wood Ave. Florala, AL 36442 | Dec. 64 | Oct. 72 |
| Tallasee, AL. | Dec. 63 | Aug. 64 |
| Mobile, AL. | March 61 | Dec. 63 |
| Sylacauga, AL. | Feb. 24 35 | March 61 |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims.** The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness:
Heart Problems, COPD

2

Other Conditions:
Breathing, ~~COPD~~ High Blood Pressure, ~~Stomach~~ Stomach Surgeries

If death, cause of death and date:

N/A                                                 N/A
Cause of Death                          Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) Dr. John Ryan Conner
Name of Physician

Medical Center
Name of Clinic or Hospital
Address:     Dothan, Al. 36331

Dates treated:
from  3 / 99           to ___ / present
     Month  Year         Month  Year
Dates of examination:

___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(ii) Dr. Alabodi
Name of Physician

Name of Clinic or Hospital
Address:     Dothan, Al.

3

Dates treated:
from  Feb / 05      to  ___ / present
      Month Year       Month Year

Dates of examination:

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

(iii)  David Marsh
Name of Physician

Name of Clinic or Hospital
Address:  24015 5th Ave,
Florala, AL. 36442

Dates treated:
from  3 / 1985     to  ___ / present
      Month Year       Month Year

Dates of examination:

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

___/___/_____
Month Day   Year

4

(iv) <u>Dr. Grennell</u>
Name of Physician

_____
Name of Clinic or Hospital
Address:
_____
<u>Opp, Al. 36467</u>
Dates treated:
from <u>5</u> / <u>70</u>        to <u>3</u> / <u>85</u>
   Month  Year          Month  Year
Dates of examination:

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

____/____/____
Month  Day   Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

<u>N/A</u> / ____ / ____
Month   Day   Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: _Covington Industries_
    Address: _5th Ave_
    _Florala, AL 36442_
    Attendance for _40_ (average) hours a week.
    from _3_/_1963_ to _4_/_82_
         Month Year      Month Year

(ii) Name of Location: _Franklin Ferguson_
     Address: _4th Ave_
     _Florala, AL._
     Attendance for _40_ (average) hours a week.
     from _4_/_82_ to _5_/_82_
          Month Year     Month Year

(iii) Name of Location: _New Harmony Church_
      Address: _Defuniak Springs, FL_
      _DFS, FL_
      Attendance for _4_ (average) hours a week.
      from _8_/_72_ to _4_/_80_
           Month Year     Month Year

(iv) Name of Location: _____
     Address: _____
     Attendance for ____ (average) hours a week.
     from ___/___ to ___/___
          Month Year    Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A.  The legal or equitable owner of the damaged or contaminated property:
    __Johnny M. & Betty Todd__

B.  The street address of the property:
    __693 McDuffie Ave.__
    __Florala, AL. 36442__

Date property acquired:  __10__ / __72__
                         Month   Year

Date property sold, if applicable:  __N/A__ /
                                    Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C.  Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D.  The time period over which the material emanated from the facility is included in plaintiffs' master response.

E.  List any other cause or source of property damage unrelated to the facility:
    __None__

    Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F.  The value of the property before contamination was $ __55,000__

    The size of any buildings and/or homes is __1400__ square feet and the size of the real estate is __1__ acres, or __—__ by __—__, or other measure of size __—__. The property is used for __living__ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4.  The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____ *Betty Joyce Todd*_____
           Plaintiff

            OR

_____ As guardian/parent of _____, a minor child.
            OR
_____ As administrator or executor of the estate of _____, deceased.

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name of this plaintiff: _____

FORM "B"

Additional Physician or Date of Examination Information
(You may make copies of this page if needed)

Name of Physician: Dr. Findley

Name of Clinic or Hospital
Address: Dothan, AL. 36301

Dates treated:
from 4 / 80 to 3 / 85
    Month Year    Month Year

Dates of examination:

___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

Name of this plaintiff: Betty Joyce Todd

## FORM "C"

### Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
        Month  Year      Month  Year

2. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
        Month  Year      Month  Year

3. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
        Month  Year      Month  Year

4. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from _____/_____ to _____/_____
        Month  Year      Month  Year

Name of this plaintiff: _____