IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the agreement to dismissal (Filing No. 210) to dismiss thirty-eight (38) plaintiffs who do not wish to be considered as trial plaintiffs in this action. The Court notes defendants have agreed not to pursue monetary sanctions against said plaintiffs. Accordingly,

IT IS ORDERED that the agreement to dismissal is approved and adopted. The thirty-eight parties listed on the exhibit are dismissed with prejudice. No monetary sanctions will be sought by defendants.

DATED this 9th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court