IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,  )<br><br>Plaintiff,  )<br> )<br>v.  )<br> )<br>PACTIV CORPORATION and  )<br>LOUISIANA-PACIFIC CORPORATION,  )<br> )<br>Defendants.  )<br>_____ ) | CIVIL ACTION NO. 2:06CV83-LES<br>(LEAD CASE)<br><br><br><br>ORDER |

This matter is before the Court on plaintiffs' counsel's partial response (Filing No. 215) to defendants' motion to dismiss (Filing No. 205). Plaintiffs agree that three hundred forty-seven (347) plaintiffs who have not yet responded to requests for information should be dismissed without prejudice. The Court notes defendants have agreed not to pursue monetary sanctions against said plaintiffs. Accordingly,

IT IS ORDERED that the three hundred forty-seven (347) plaintiffs listed on the exhibit attached to Filing No. 215 are dismissed without prejudice. No monetary sanctions will be sought by defendants.

DATED this 9th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court