IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.  2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the defendants' joint motion to compel (doc. # 69). The court heard oral argument on the motion on April 10, 2007.  During oral argument, the court directed the parties to file supplemental briefs on the statute of limitation issue that was raised at oral argument.  Accordingly, as stated in open court, it is

ORDERED that the parties shall file supplemental briefs on the statute of limitations issue on or before April 30, 2007.

Done this 17th day of April, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE