```
         IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
            Plaintiff,            )   CIVIL ACTION NO. 2:06CV83-LES
                                 )         (LEAD CASE)
      v.                         )
                                 )
PACTIV CORPORATION and           )              ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
            Defendants.          )
_____)

After careful consideration of the discussion had during the telephonic status conference on March 28, 2007, and the subsequent documents, notices, and responses submitted to the Court, the Court is not satisfied that the parties will be able to agree upon three representative cases as originally agreed, no matter how long the Court extends the previous deadline. Therefore, the Court has selected the first five cases filed in this matter to be progressed for trial and either disposed of or tried. In the event that one or more of these cases is dismissed, the Court will then select the next case in chronological order by filing date to be progressed for trial. The Court has concluded not to consolidate these cases for trial. Accordingly,

IT IS ORDERED that the parties shall submit to the Court by May 14, 2007, a proposed progression order for the discovery and resolution of each of the following cases: (1) 2:06CV83; (2) 2:06CV84; (3) 2:06CV85; (4) 2:06CV86; and (5) 2:06CV186.

DATED this 18th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court