**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| M.C., Who Sues By and Through Her<br>Mother and Next of Friend, Gail Tatum, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No. <br> 2:06-cv-00083-LES-CSC |
| v. | ) <br> ) | (Lead Case) |
| PACTIV CORPORATION and <br> LOUISIANA-PACIFIC CORPORATION, | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**DEFENDANT LOUISIANA-PACIFIC CORPORATION'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and this Court's standing Order on Conflict

Disclosure Statements (Civil Misc. No. 00-3047, dated February 16, 2007), Defendant

Louisiana-Pacific Corporation ("Louisiana-Pacific") states that it has no parent

corporation and that no publicly-held corporation presently owns 10% or more of

Louisiana-Pacific's stock.

Louisiana-Pacific further states that Lazard Asset Management LLC owns

approximately 10.25% of Louisiana-Pacific's publicly-traded stock.  Lazard Asset

Management LLC is a subsidiary of the publicly-held entity Lazard LTD.

Louisiana-Pacific further states that Barclays Global Investors N.A. owns

approximately 9.84% of Louisiana-Pacific's publicly-traded stock.  Barclay's Global

Investors NA is a subsidiary of Barclays PLC, a publicly-traded company.

Louisiana-Pacific further states that that Highland Capital Management, L.P. of

Dallas, Texas owns approximately 6.42% of Louisiana-Pacific's publicly-traded stock.


Respectfully submitted this 23rd day of April 2007.

/s/Orlyn O. Lockard, III
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific
    Corporation

LEGAL02/30293895v1

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

LEGAL02/30293895v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2007, I filed the foregoing via the

CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Mark R. TerMolen

John C. Berghoff, Jr.

Matthew C. Sostrin

John A. Earnhardt

H. Thomas Wells, Jr.

Richard Elder Crum

/s/ Orlyn O. Lockard, III
Of Counsel