# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3      NORTHERN DIVISION
4
5  CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
6  MELANIE CHAMBERS, who sues by
7  and through her Mother and next
8  of friend, GAIL TATUM,
9      Plaintiff,
10     vs.
11 PACTIV CORPORATION and
12 LOUISIANA-PACIFIC CORPORATION,
13     Defendants.
14   S T I P U L A T I O N
15     IT IS STIPULATED AND AGREED by and
16 between the parties through their respective
17 counsel, that the videtaped deposition of
18 Kandy Creech may be taken before Angela
19 Smith, RPR, CRR, at the Embassy Suites
20 Hotel, at 300 Tallapoosa Street, Montgomery,
21 Alabama 36104, on the 27th day of July,
22 2006.
23     DEPOSITION OF KANDY CREECH

Page 2

1      IT IS FURTHER STIPULATED AND
2  AGREED that the signature to and the reading
3  of the deposition by the witness is not
4  waived, the deposition to have the same
5  force and effect as if full compliance had
6  been had with all laws and rules of Court
7  relating to the taking of depositions.
8      IT IS FURTHER STIPULATED AND
9  AGREED that it shall not be necessary for
10 any objections to be made by counsel to any
11 questions except as to form or leading
12 questions, and that counsel for the parties
13 may make objections and assign grounds at
14 the time of the trial, or at the time said
15 deposition is offered in evidence, or prior
16 thereto.
17     IT IS FURTHER STIPULATED AND
18 AGREED that the notice of filing of the
19 deposition by the Commissioner is waived.
20
21     * * * * * * * * * * * *
22
23

Page 3

1      * * * * * * * * * * * *
2         I N D E X
3        EXAMINATION
4            PAGE
5  By Mr. Palmer ........................ 8
6  By Mr. Ter Molen .................... 16
7  By Mr. Taylor ....................... 29
8      DEFENDANT'S EXHIBITS
9            PAGE
10 Ex. 1 - Miss Creech's medical
11   questionnaire ............ 22
12     * * * * * * * * * * * *
13
14
15
16
17
18
19
20
21
22
23

Page 4

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3      NORTHERN DIVISION
4
5  CASE NUMBER: 2:06-cv-83-LES-CSC (LEAD CASE)
6
7  MELANIE CHAMBERS, who sues by
8  and through her Mother and next
9  of friend, GAIL TATUM,
10     Plaintiff,
11     vs.
12 PACTIV CORPORATION and
13 LOUISIANA-PACIFIC CORPORATION,
14     Defendants.
15
16 BEFORE:
17     ANGELA SMITH, Commissioner.
18
19 APPEARANCES:
20     W. EASON MITCHELL, ESQUIRE, of THE
21 COLOM LAW FIRM, 200 Sixth Street N., Ste:
22 102, Columbus, Mississippi 39701, appearing
23 on behalf of the Plaintiff.

1 (Pages 1 to 4)

## 367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 5

1  APPEARANCES (continued):
2      GREGORY A. CADE, ESQUIRE, of
3  ENVIRONMENTAL LITIGATION GROUP, 3529 7th
4  Avenue South, Birmingham, Alabama 35255,
5  appearing on behalf of the Plaintiff.
6      ROBERT L. PALMER, ESQUIRE, of
7  ENVIRONMENTAL LITIGATION GROUP, 3529 7th
8  Avenue South, Birmingham, Alabama 35255,
9  appearing on behalf of the Plaintiff.
10     BERNARD TAYLOR, SR., ESQUIRE, of
11 ALSTON & BIRD, One Atlantic Center, 1201 W.
12 Peachtree St., Atlanta, Georgia 30309,
13 appearing on behalf of the Defendant,
14 Louisiana-Pacific Corporation.
15     ORLYN O. LOCKARD, III, ESQUIRE, of
16 ALSTON & BIRD, One Atlantic Center, 1201 W.
17 Peachtree St., Atlanta, Georgia 30309,
18 appearing on behalf of the Defendant,
19 Louisiana-Pacific Corporation.
20     MARK R. TER MOLEN, ESQUIRE, of
21 MAYER, BROWN, ROWE & MAW, 71 S. Wacker
22 Drive, Chicago, Illinois 60606, appearing on
23 behalf of the Defendant, Pactiv Corporation.

Page 6

1  APPEARANCES (continued):
2      ALSO PRESENT: Wendy Garmon
3      VIDEOGRAPHER: Paul Brewer
4          * * * * * *
5      I, ANGELA SMITH, RPR, CRR, a Court
6  Reporter of Wetumpka, Alabama, acting as
7  Commissioner, certify that on this date, as
8  provided by the Federal Rules of Civil
9  Procedure and the foregoing stipulation of
10 counsel, there came before me at the Embassy
11 Suites Hotel, 300 Tallapoosa Street,
12 Montgomery, Alabama 36104, beginning at 9:12
13 a.m., Kandy Creech, witness in the above
14 cause, for oral examination, whereupon the
15 following proceedings were had:
16     VIDEOGRAPHER: This begins
17 videotape number one in the deposition of
18 Kandy Creech, in the matter of Melanie
19 Chambers, who sues by and through her Mother
20 and next of friend, Gail Tatum, Plaintiff,
21 versus Pactiv Corporation and
22 Louisiana-Pacific Corporation, Case Number
23 83-LES-CSC.

Page 7

1       We're on the Record. The time
2  is 9:12 a.m. Today is Thursday, July 27,
3  2006. My name is Paul Brewer. Would
4  Counsel please identify yourself and state
5  whom you represent.
6       MR. PALMER: My name is Robert
7  Leslie Palmer. I'm one of the attorneys
8  representing the Plaintiffs.
9       MR. TER MOLEN: Mark
10 Ter Molen, one of the lawyers representing a
11 Defendant, Pactiv.
12      MR. TAYLOR: Bernard Taylor,
13 one of the lawyers representing
14 Louisiana-Pacific Corporation.
15      MR. LOCKARD: Orlyn Lockard,
16 also appearing on behalf of Defendant,
17 Louisiana-Pacific Corporation.
18      MR. CADE: Gregory A. Cade,
19 appearing on behalf of the Plaintiffs.
20      MR. MITCHELL: My name is
21 Eason W. Mitchell, and I represent the
22 Plaintiff.
23      VIDEOGRAPHER: Would the

Page 8

1  reporter please swear in the witness.
2       KANDY CREECH,
3  being first duly sworn, was examined and
4  testified as follows:
5       COURT REPORTER: Usual
6  stipulations?
7       MR. PALMER: No.
8       EXAMINATION
9  BY MR. PALMER:
10     Q.  Good morning, Miss Creech.
11     A.  Good morning.
12     Q.  How are you this morning?
13     A.  Fine.
14     Q.  Would you please introduce
15 yourself to the jury, and just state your
16 full name for the Record, please.
17     A.  I am Kandy Marie Creech.
18     Q.  And you understand that you're
19 under oath?
20     A.  Yes, sir.
21     Q.  And that you have to tell the
22 truth?
23     A.  Yes, sir.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 9

1  Q. And you're also aware that
2  what you say today can be used as testimony
3  in a courtroom, even though you're not
4  really in a courtroom today?
5  A. Yes, sir.
6  Q. Would you tell us when you
7  were born, please.
8  A. 1978.
9  Q. And your birth date?
10 A. July the 11th.
11 Q. Okay. And where were you
12 born, please?
13 A. In Florala Hospital.
14 Q. Did you grow up around
15 Florala?
16 A. Yes, sir.
17 Q. And are you familiar with the
18 Louisiana-Pacific Lockhart lumber facility?
19 A. Yes, sir.
20 Q. Did your father work at that
21 facility?
22 A. Yes, sir.
23 Q. What did he do there?

Page 10

1  A. He cleaned up.
2  Q. All right. And do you
3  remember when he worked there?
4  A. Before '89.
5  Q. Before 1989?
6  A. Uh-huh.
7  Q. Can you be any more definite
8  than that, more specific than that?
9  A. No, sir.
10 Q. Is your father still alive?
11 A. He is.
12 Q. Is your mother still alive?
13 A. No, sir.
14 Q. And when did your mother die?
15 A. '89, 1989.
16 Q. Do you know what was the cause
17 of your mother's death?
18     MR. TER MOLEN: Objection.
19 Foundation. Hearsay.
20 Q. I'm sorry. You can answer the
21 question now.
22 A. She died of cancer.
23 Q. Do you know what kind of

Page 11

1  cancer she died of?
2     MR. TER MOLEN: Same
3  objections.
4  A. Breast. Breast cancer.
5  Q. Where do you live now, ma'am?
6  A. Still in Florala.
7  Q. Okay. And who do you live
8  with?
9  A. Granny. My brother and
10 sister.
11 Q. How long have you lived in
12 your grandmother's household?
13 A. About twenty-eight years.
14 Q. Did you attend elementary
15 school in Lockhart?
16 A. I did.
17 Q. And do you recall when you
18 started elementary school there?
19 A. About 1983.
20 Q. Okay. Do you recall when you
21 finished elementary school there?
22 A. 1994.
23 Q. Did you attend Florala Middle

Page 12

1  School?
2  A. Yes, sir.
3  Q. And do you recall when you
4  finished there?
5  A. '96. I think I -- I think I
6  finished elementary school in '93, instead
7  of '94.
8  Q. Okay. Did you attend Florala
9  High School?
10 A. Yes, sir.
11 Q. And did you graduate from
12 Florala High School?
13 A. Yes, sir.
14 Q. Can you tell us when you
15 graduated?
16 A. 1998.
17 Q. All right. So, is it fair to
18 say that between 1983 to 1998, that you were
19 attending school in Florala?
20 A. Yes, sir.
21 Q. Have you ever smoked?
22 A. No, sir.
23 Q. I understand you've been

**FREEDOM COURT REPORTING**

Page 13

1  diagnosed with a brain tumor; is that
2  correct?
3       A.   That is correct.
4       Q.   And how did you learn that you
5  had a brain tumor?
6       A.   From Sunday to Thursday I had
7  a headache. And I said Thursday I had to go
8  to the doctor and see about them. And the
9  doctor said: Let's do a CAT scan on it. I
10 found out through there that I had a tumor.
11      Q.   And do you recall when this
12 was?
13      A.   About 2004.
14      Q.   Do you know who diagnosed you
15 with a brain tumor?
16      A.   Dr. David Arnold.
17      Q.   How did you feel when you
18 learned that you had a brain tumor?
19      A.   I think I've kind of known
20 about it, like, what was causing it before
21 then. I've had some symptoms.
22      Q.   Okay. And could you tell us
23 about that a little bit.

Page 14

1       A.   I'd watched a few
2  documentaries on TV about where they're
3  doing brain scans on criminals and the like,
4  and I saw that. And I thought, huh, maybe
5  that's what's wrong with me, or something,
6  after the scan.
7       Q.   After the scan?
8       A.   Uh-huh.
9       Q.   And so, after the scan, but
10 before the doctor actually told you they had
11 a brain tumor?
12      A.   Uh-huh.
13      Q.   Did you have surgery to remove
14 the tumor?
15      A.   Yes, sir. Two.
16      Q.   You had two surgeries?
17      A.   Yes, sir.
18      Q.   Could you tell us a little bit
19 about the first surgery.
20      A.   It was in -- It was during
21 some of the holidays before Christmas of
22 '04. And they found out that it was like
23 jelly instead of hard.

Page 15

1       Q.   Okay. And did you -- You had
2  to go in the hospital for awhile?
3       A.   Yes, sir.
4       Q.   And how long were you in the
5  hospital?
6       A.   Together, both times, about
7  fourteen days.
8       Q.   All right. Were the two
9  surgeries close together in time?
10      A.   No. One was at Christmas and
11 one was the next year, around my birthday.
12      Q.   And when is that? That's
13 July?
14      A.   That's July the 7th.
15      Q.   Did you give -- Did you donate
16 blood for dioxin testing?
17      A.   Yes, sir.
18      Q.   And do you recall where you
19 gave blood for that testing?
20      A.   At the Florala Hospital.
21      Q.   How -- How are you doing now?
22      A.   I'm doing okay.
23           MR. PALMER: Thank you, Miss

Page 16

1  Creech. I have no further questions at this
2  time.
3            MR. TER MOLEN: Thank you. If
4  you'll give us a few minutes.
5            VIDEOGRAPHER: Off the Record.
6  The time is 9:18.
7            (Recess taken.)
8            VIDEOGRAPHER: Back on the
9  Record. The time is 9:28 a.m.
10           EXAMINATION
11 BY MR. TER MOLEN:
12      Q.   Good morning, Miss Creech.
13      A.   Good morning.
14      Q.   Nice to meet you. My name is
15 Mark Ter Molen. I'm one of the lawyers
16 whose representing a company called Pactiv
17 in the lawsuit that you've brought against
18 Pactiv and Louisiana-Pacific, so I'll be
19 asking you some questions this morning.
20           We've not had a chance to meet
21 before, I don't believe, but I believe you
22 did meet one of my colleagues, Ms. Karen
23 Prena about ten days or so at the deposition

4 (Pages 13 to 16)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 17

1  that you gave in Andalusia. Do you remember
2  speaking with Ms. Prena?
3     A.   Yes, sir.
4     Q.   And, Ma'am, I'd like to ask
5  you a few questions here as a follow-up to
6  the questions that your attorney,
7  Mr. Palmer, has asked. I'd like to start
8  with asking some questions about your
9  father, if that's all right, ma'am.
10    A.   That's all right.
11    Q.   And it's true, ma'am, that you
12 never visited the mill?
13    A.   That's right, sir.
14    Q.   And I thought I heard you say
15 earlier today, ma'am, that your father
16 worked at the mill cleaning up. Is that --
17 Did I hear correctly?
18    A.   That is right.
19    Q.   And do you remember, ma'am,
20 saying something different than that at your
21 deposition ten days ago?
22    A.   Yes. But both are correct, as
23 far as I know.

Page 18

1     Q.   Okay. I'm going to hand you a
2  copy of the deposition that you looked at
3  and signed, ma'am. And I'm going to ask you
4  to turn to page fifty there.
5     A.   (Witness complies.)
6     Q.   And I'll be -- Pages fifty and
7  fifty-one. I'll be beginning at page fifty,
8  at line twenty-one, in the bottom, left-hand
9  corner of page fifty, ma'am, going to the
10 top, right-hand corner. Do you see that?
11    A.   Uh-huh.
12    Q.   I'll be happy to help you find
13 it.
14        MR. CADE: What are the lines,
15 again?
16        MR. TER MOLEN: Beginning at
17 line twenty-one on fifty, and then going to
18 the top of page fifty-one, which is on the
19 top right-hand.
20    Q.   And the question is: Where
21 did your dad work at the lumber mill? Where
22 did your dad work at the lumber mill?
23 Answer: I am not sure at what job he had,

Page 19

1  unless it was cutting wood and splitting
2  them, splitting them, planing, and stuff
3  like that. Question: Did he tell you he
4  did that? Answer: No. I think I heard
5  that hearsay. That's the testimony you gave
6  in your deposition, correct, ma'am?
7     A.   Correct.
8     Q.   And you were under oath at
9  your deposition, ma'am?
10    A.   Yes, sir.
11    Q.   And you told the truth at your
12 deposition, correct, ma'am?
13    A.   That's right.
14    Q.   Now, you said that you were
15 diagnosed with -- I'll ask you if you'd
16 stick with that for a minute still on your
17 father. Is it fair to say, ma'am, you're
18 not sure how long before 1989 your father
19 worked at the mill?
20    A.   That is right.
21    Q.   It may have been a year or two
22 years, you're not sure?
23    A.   That's right.

Page 20

1     Q.   And your -- You were focusing,
2  ma'am, on the tumor, ma'am, that was removed
3  from your head. Is it fair to say you were
4  about twenty-six years old, ma'am, when that
5  -- those surgeries were done?
6     A.   Yes, sir.
7     Q.   Okay. And you were --
8  Focusing, ma'am, on your -- the tumor,
9  ma'am, that was removed from you head. Is
10 it fair to say you were about twenty-six
11 years old, ma'am, when that -- those
12 surgeries were done?
13    A.   Yes, sir.
14    Q.   And you were told that the
15 tumor is benign; is that correct?
16    A.   That is correct.
17    Q.   And that means that that's not
18 the kind of tumor that doctors expect to
19 recur?
20    A.   That's right.
21    Q.   And, ma'am, as I understand
22 it, you graduated from high school, as you
23 told your lawyer earlier; correct?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 21

1   A.   Yes, sir.
2   Q.   And is it fair to say that
3   you've lived essentially your entire life at
4   your grandmother's house?
5   A.   Yes, sir. Except for the
6   three months that we were away with dad.
7   Q.   And that was up in northern
8   Alabama, ma'am?
9   A.   Yes, sir.
10  Q.   And what is your grandmother's
11  name?
12  A.   Ruth Inez Creech.
13  Q.   And as I understand it, ma'am,
14  it is true, as you were growing up,
15  beginning at the age of about five or so,
16  you began receiving mental or psychiatric
17  counseling in Andalusia?
18  A.   Yes, sir.
19  Q.   And it's true, ma'am, I
20  believe, that beginning when you were a
21  child, that you've taken a number of
22  psychiatric drugs; is that correct?
23  A.   Yes, sir.

Page 22

1   Q.   And those drugs include Zoloft
2   and Paxil, and I think it's pronounced
3   Zypresa?
4   A.   Yes, sir.
5   Q.   And these are drugs that
6   contain substances that are specifically
7   designed to affect the brain; correct?
8   A.   That is correct.
9   Q.   Have you ever worked, ma'am?
10  A.   No, sir.
11  Q.   And as I understand it, ma'am,
12  you support yourself through receiving
13  Social Security Disability payments?
14  A.   That is correct.
15  Q.   And, ma'am, as I understand
16  it, the reason that you're not working is
17  because you have difficulty getting
18  transportation to someplace where you could
19  have a job?
20  A.   That is correct.
21         (Defendant's Exhibit 1 was
22          marked for identification
23          purposes.)

Page 23

1         MR. TER MOLEN: I'd like to
2   mark as Defendant's Exhibit 1 the exhibit
3   that was previously marked at Miss Creech's
4   deposition, which is the medical
5   questionnaire.
6   Q.   Miss Creech, I'd like to ask
7   you to take a look at this questionnaire.
8   You saw it ten days or so ago at your
9   deposition, I believe, and this is a copy of
10  the same questionnaire that you saw. As I
11  understand it, one of your aunts completed
12  that questionnaire for you?
13  A.   Yes, sir.
14  Q.   And that you told her what to
15  write down?
16  A.   Yes, sir.
17  Q.   And that you went ahead and
18  you signed that document in several
19  different places?
20  A.   Yes, sir.
21  Q.   And is it fair to say that the
22  answers that are contained in that
23  questionnaire are true and correct, to the

Page 24

1   best of your ability?
2   A.   Yes, sir.
3   Q.   Okay. Ma'am, is it true that
4   no doctor has ever told you that the tumor
5   that was removed from you is associated with
6   the old lumber mill?
7   A.   No, sir.
8   Q.   Okay. Let me rephrase my
9   question. It's true, is it not, that no
10  doctor has ever told you that the tumor
11  removed from your head was caused by the
12  mill?
13  A.   It's true. It is true that
14  they haven't.
15  Q.   -- told you that. Okay.
16  Thank you. I'm sorry. That question was
17  complicated.
18  A.   Okay.
19  Q.   I just wanted to make sure we
20  were on the same wavelength.
21         And it's true, is it not,
22  ma'am, that you went to a public meeting at
23  -- I believe it's called the Armory, in

6 (Pages 21 to 24)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 25

1  Florala, where there were some lawyers,
2  including some of the lawyers representing
3  you here today, who made some presentations?
4      MR. PALMER: I'm going to
5  object to the question as mischaracterizing
6  prior testimony and as misstating the facts,
7  assuming facts not in evidence.
8      A.  That's right.
9      Q.  You did go to that meeting,
10 did you not, ma'am?
11     A.  I did go to the meeting, and
12 whatever was talked about at the meeting is
13 between me and my lawyers.
14     Q.  Okay. Well, isn't it true,
15 ma'am, that it's only after that meeting
16 that you came to believe that your brain
17 tumor was caused by exposure to that plant?
18     A.  Yes, sir.
19     Q.  And it's true that you came to
20 that belief based on what the lawyers told
21 you at that meeting; correct?
22     MR. PALMER: I'm going to
23 instruct the witness not to answer with

Page 26

1  respect to communications between attorney
2  and client.
3      Q.  Miss Creech, if I could have
4  that transcript back.
5      A.  (Witness complies.)
6      Q.  Thank you.
7      MR. TER MOLEN: Counsel, I'm
8  going to ask you -- refer to you a page
9  thirty-one of the transcript. And --
10     MR. PALMER: Give me a moment.
11     MR. TER MOLEN: Sure.
12     MR. MITCHELL: Should we get
13 off the Record while we're going through all
14 these documents?
15     MR. TER MOLEN: No, I don't
16 think so, but, thanks.
17     Q.  Ma'am, your lawyer has
18 instructed you not to answer the question.
19 And I take it that but for his instruction
20 to you not to answer the question, that you
21 would be able to answer the question; is
22 that fair to say?
23     A.  Yes, sir.

Page 27

1      Q.  All right.
2      MR. TER MOLEN: And, Counsel,
3  I'm going to read into the Record here the
4  portions of the deposition, beginning at
5  page one-thirty-one on line seven.
6      MR. PALMER: Can I see your
7  transcript?
8      MR. TER MOLEN: Sure. Again,
9  page one-thirty-one on line seven.
10 Question: And how did you come to that
11 belief? Answer: They kept talking about it
12 and everything. Question: When you say
13 they --
14     MR. PALMER: Wait a minute,
15 that doesn't seem to be from one-thirty-one.
16     MR. TER MOLEN: Have I given
17 you the right transcript? Let's just see
18 here. Yes, it is.
19     MR. PALMER: That's not
20 one-thirty-one.
21     MR. TER MOLEN:
22 One-thirty-one, sir, right there
23 (indicating.

Page 28

1      MR. PALMER: Oh, I'm sorry. I
2  was looking at one-thirty-two, then.
3          (Off-the-Record discussion
4          was held.)
5      MR. TER MOLEN: Question:
6  Then, how did you come to that belief?
7  Answer: They kept talking about it and
8  everything. Question: When you say "they",
9  who is "they"? Answer: These two lawyers.
10         Okay. Let me just ask, having
11 done that, are you going -- will you
12 continue in instructing the witness not to
13 answer if I ask her those questions again?
14     MR. PALMER: Yes. We do not
15 waive the attorney-client privilege. It's
16 just -- It's not been waived ever.
17     MR. TER MOLEN: I won't debate
18 that on this transcript, and I have no
19 further questions.
20     MR. TAYLOR: Can you give me
21 just a few minutes?
22     VIDEOGRAPHER: Off the Record.
23 The time is 9:40 a.m.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 29

1  (Recess taken.)
2  VIDEOGRAPHER: Back on the
3  Record. The time is 9:41 a.m.
4  EXAMINATION
5  BY MR. TAYLOR:
6  Q. Miss Creech, my name is
7  Bernard Taylor. And I also have not had the
8  opportunity to meet you before. And I want
9  to thank you for coming in and meeting with
10  us and spending a little time with us to
11  explain the issues in regards to this
12  lawsuit. Okay?
13  A. Yes, sir.
14  Q. Thank you. I just want to go
15  over, I think, just one area with you. And
16  I think I can be brief. The fact is, Miss
17  Creech, the first time you really believed
18  that exposure to the chemicals from the
19  plant or the mill may have been associated
20  with your tumor was when you attended that
21  first public meeting; isn't that correct?
22  A. Yes, sir.
23  Q. And prior to attending that

Page 30

1  meeting, you had not hired these lawyers,
2  had you, ma'am?
3  A. No, sir.
4  MR. TAYLOR: I think that's
5  it. Thank you.
6  MR. MITCHELL: That's all?
7  MR. TAYLOR: That's it.
8  VIDEOGRAPHER: Off the Record.
9  The time is 9:43 a.m. This concludes the
10  deposition.
11  (The deposition was concluded at 9:43 a.m.,
12  July 27, 2006.)
13
14
15
16
17
18
19
20
21
22
23

Page 31

1  REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  ELMORE COUNTY,
4  I, Angela Smith, Registered
5  Professional Reporter and Commissioner for
6  the State of Alabama at Large, do hereby
7  certify that the above and foregoing
8  proceeding was taken down by me by
9  stenographic means, and that the content
10  herein was produced in transcript form by
11  computer aid under my supervision, and
12  that the foregoing represents, to the best
13  of my ability, a true and correct
14  transcript of the proceedings occurring on
15  said date and at said time.
16  I further certify that I am neither
17  of kin nor of counsel to the parties to the
18  action; nor in any manner interested in the
19  result of said case.
20
21
22  Angela Smith, RPR, CRR,
    for the State of
23  Alabama at Large.

**FREEDOM COURT REPORTING**

### A
ability 24:1 31:13
able 26:21
acting 6:6
action 31:18
affect 22:7
age 21:15
ago 17:21 23:8
AGREED 1:15 2:2,9,18
ahead 23:17
aid 31:11
Alabama 1:2,21 4:2 5:4,8 6:6 6:12 21:8 31:2 31:6,23
alive 10:10,12
ALSTON 5:11 5:16
Andalusia 17:1 21:17
Angela 1:18 4:17 6:5 31:4 31:22
answer 10:20 18:23 19:4 25:23 26:18,20 26:21 27:11 28:7,9,13
answers 23:22
APPEARAN... 4:19 5:1 6:1
appearing 4:22 5:5,9,13,18,22 7:16,19
area 29:15
Armory 24:23
Arnold 13:16
asked 17:7
asking 16:19 17:8
assign 2:13
associated 24:5

29:19
assuming 25:7
Atlanta 5:12,17
Atlantic 5:11,16
attend 11:14,23 12:8
attended 29:20
attending 12:19 29:23
attorney 17:6 26:1
attorneys 7:7
attorney-client 28:15
aunts 23:11
Avenue 5:4,8
aware 9:1
awhile 15:2
a.m 6:13 7:2 16:9 28:23 29:3 30:9,11

### B
back 16:8 26:4 29:2
based 25:20
began 21:16
beginning 6:12 18:7,16 21:15 21:20 27:4
begins 6:16
behalf 4:23 5:5 5:9,13,18,23 7:16,19
belief 25:20 27:11 28:6
believe 16:21,21 21:20 23:9 24:23 25:16
believed 29:17
benign 20:15
Bernard 5:10 7:12 29:7
best 24:1 31:12

BIRD 5:11,16
Birmingham 5:4 5:8
birth 9:9
birthday 15:11
bit 13:23 14:18
blood 15:16,19
born 9:7,12
bottom 18:8
brain 13:1,5,15 13:18 14:3,11 22:7 25:16
Breast 11:4,4
Brewer 6:3 7:3
brief 29:16
brother 11:9
brought 16:17
BROWN 5:21

### C
Cade 5:2 7:18 7:18 18:14
called 16:16 24:23
cancer 10:22 11:1,4
case 1:5,5 4:5,5 6:22 31:19
CAT 13:9
cause 6:14 10:16
caused 24:11 25:17
causing 13:20
Center 5:11,16
CERTIFICA... 31:1
certify 6:7 31:7 31:16
Chambers 1:6 4:7 6:19
chance 16:20
chemicals 29:18
Chicago 5:22
child 21:21

Christmas 14:21 15:10
Civil 6:8
cleaned 10:1
cleaning 17:16
client 26:2
close 15:9
colleagues 16:22
COLOM 4:21
Columbus 4:22
come 27:10 28:6
coming 29:9
Commissioner 2:19 4:17 6:7 31:5
communicatio... 26:1
company 16:16
completed 23:11
compliance 2:5
complicated 24:17
complies 18:5 26:5
computer 31:11
concluded 30:11
concludes 30:9
contain 22:6
contained 23:22
content 31:9
continue 28:12
continued 5:1 6:1
copy 18:2 23:9
corner 18:9,10
Corporation 1:11,12 4:12 4:13 5:14,19 5:23 6:21,22 7:14,17
correct 13:2,3 17:22 19:6,7 19:12 20:15,16 20:23 21:22

22:7,8,14,20 23:23 25:21 29:21 31:13
correctly 17:17
counsel 1:17 2:10,12 6:10 7:4 26:7 27:2 31:17
counseling 21:17
COUNTY 31:3
Court 1:1 2:6 4:1 6:5 8:5 courtroom 9:3,4
Creech 1:18,23 6:13,18 8:2,10 8:17 16:1,12 21:12 23:6 26:3 29:6,17
Creech's 3:10 23:3
criminals 14:3
CRR 1:19 6:5 31:22
cutting 19:1

### D
D 3:2
dad 18:21,22 21:6
date 6:7 9:9 31:15
David 13:16
day 1:21
days 15:7 16:23 17:21 23:8
death 10:17
debate 28:17
Defendant 5:13 5:18,23 7:11 7:16
Defendants 1:13 4:14
Defendant's 3:8

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 33

22:21 23:2
**definite** 10:7
**deposition** 1:17
  1:23 2:3,4,15
  2:19 6:17
  16:23 17:21
  18:2 19:6,9,12
  23:4,9 27:4
  30:10,11
**depositions** 2:7
**designed** 22:7
**diagnosed** 13:1
  13:14 19:15
**die** 10:14
**died** 10:22 11:1
**different** 17:20
  23:19
**difficulty** 22:17
**dioxin** 15:16
**Disability** 22:13
**discussion** 28:3
**DISTRICT** 1:1
  1:2 4:1,2
**DIVISION** 1:3
  4:3
**doctor** 13:8,9
  14:10 24:4,10
**doctors** 20:18
**document** 23:18
**documentaries**
  14:2
**documents**
  26:14
**doing** 14:3 15:21
  15:22
**donate** 15:15
**Dr** 13:16
**Drive** 5:22
**drugs** 21:22
  22:1,5
**duly** 8:3

      **E**
**E** 3:2

**earlier** 17:15
  20:23
**Eason** 4:20 7:21
**effect** 2:5
**elementary**
  11:14,18,21
  12:6
**ELMORE** 31:3
**Embassy** 1:19
  6:10
**entire** 21:3
**ENVIRONM...**
  5:3,7
**ESQUIRE** 4:20
  5:2,6,10,15,20
**essentially** 21:3
**evidence** 2:15
  25:7
**Ex** 3:10
**examination** 3:3
  6:14 8:8 16:10
  29:4
**examined** 8:3
**exhibit** 22:21
  23:2,2
**EXHIBITS** 3:8
**expect** 20:18
**explain** 29:11
**exposure** 25:17
  29:18

      **F**
**facility** 9:18,21
**fact** 29:16
**facts** 25:6,7
**fair** 12:17 19:17
  20:3,10 21:2
  23:21 26:22
**familiar** 9:17
**far** 17:23
**father** 9:20
  10:10 17:9,15
  19:17,18
**Federal** 6:8

**feel** 13:17
**fifty** 18:4,6,7,9
  18:17
**fifty-one** 18:7,18
**filing** 2:18
**find** 18:12
**Fine** 8:13
**finished** 11:21
  12:4,6
**FIRM** 4:21
**first** 8:3 14:19
  29:17,21
**five** 21:15
**Florala** 9:13,15
  11:6,23 12:8
  12:12,19 15:20
  25:1
**focusing** 20:1,8
**following** 6:15
**follows** 8:4
**follow-up** 17:5
**force** 2:5
**foregoing** 6:9
  31:7,12
**form** 2:11 31:10
**found** 13:10
  14:22
**Foundation**
  10:19
**fourteen** 15:7
**friend** 1:8 4:9
  6:20
**full** 2:5 8:16
**further** 2:1,8,17
  16:1 28:19
  31:16

      **G**
**Gail** 1:8 4:9 6:20
**Garmon** 6:2
**Georgia** 5:12,17
**getting** 22:17
**give** 15:15 16:4
  26:10 28:20

**given** 27:16
**go** 13:7 15:2
  25:9,11 29:14
**going** 18:1,3,9
  18:17 25:4,22
  26:8,13 27:3
  28:11
**Good** 8:10,11
  16:12,13
**graduate** 12:11
**graduated** 12:15
  20:22
**grandmother's**
  11:12 21:4,10
**Granny** 11:9
**Gregory** 5:2
  7:18
**grounds** 2:13
**GROUP** 5:3,7
**grow** 9:14
**growing** 21:14

      **H**
**hand** 18:1
**happy** 18:12
**hard** 14:23
**head** 20:3,9
  24:11
**headache** 13:7
**hear** 17:17
**heard** 17:14
  19:4
**hearsay** 10:19
  19:5
**held** 28:4
**help** 18:12
**high** 12:9,12
  20:22
**hired** 30:1
**holidays** 14:21
**hospital** 9:13
  15:2,5,20
**Hotel** 1:20 6:11
**house** 21:4

**household** 11:12
**huh** 14:4

      **I**
**identification**
  22:22
**identify** 7:4
**III** 5:15
**Illinois** 5:22
**include** 22:1
**including** 25:2
**indicating** 27:23
**Inez** 21:12
**instruct** 25:23
**instructed** 26:18
**instructing**
  28:12
**instruction**
  26:19
**interested** 31:18
**introduce** 8:14
**issues** 29:11

      **J**
**jelly** 14:23
**job** 18:23 22:19
**July** 1:21 7:2
  9:10 15:13,14
  30:12
**jury** 8:15

      **K**
**Kandy** 1:18,23
  6:13,18 8:2,17
**Karen** 16:22
**kept** 27:11 28:7
**kin** 31:17
**kind** 10:23
  13:19 20:18
**know** 10:16,23
  13:14 17:23
**known** 13:19

      **L**
**L** 1:14 5:6

Large 31:6,23
LAW 4:21
laws 2:6
lawsuit 16:17
  29:12
lawyer 20:23
  26:17
lawyers 7:10,13
  16:15 25:1,2
  25:13,20 28:9
  30:1
LEAD 1:5 4:5
leading 2:11
learn 13:4
learned 13:18
left-hand 18:8
Leslie 7:7
Let's 13:9 27:17
life 21:3
line 18:8,17 27:5
  27:9
lines 18:14
LITIGATION
  5:3,7
little 13:23
  14:18 29:10
live 11:5,7
lived 11:11 21:3
Lockard 5:15
  7:15,15
Lockhart 9:18
  11:15
long 11:11 15:4
  19:18
look 23:7
looked 18:2
looking 28:2
Louisiana-Pac...
  1:12 4:13 5:14
  5:19 6:22 7:14
  7:17 9:18
  16:18
lumber 9:18
  18:21,22 24:6

— M —
manner 31:18
Marie 8:17
mark 5:20 7:9
  16:15 23:2
marked 22:22
  23:3
matter 6:18
MAW 5:21
MAYER 5:21
ma'am 11:5 17:4
  17:9,11,15,19
  18:3,9 19:6,9
  19:12,17 20:2
  20:2,4,8,9,11
  20:21 21:8,13
  21:19 22:9,11
  22:15 24:3,22
  25:10,15 26:17
  30:2
means 20:17
  31:9
medical 3:10
  23:4
meet 16:14,20
  16:22 29:8
meeting 24:22
  25:9,11,12,15
  25:21 29:9,21
  30:1
Melanie 1:6 4:7
  6:18
mental 21:16
Middle 1:2 4:2
  11:23
mill 17:12,16
  18:21,22 19:19
  24:6,12 29:19
minute 19:16
  27:14
minutes 16:4
  28:21
mischaracteri...
  25:5

Mississippi 4:22
misstating 25:6
Mitchell 4:20
  7:20,21 26:12
  30:6
Molen 3:6 5:20
  7:9,10 10:18
  11:2 16:3,11
  16:15 18:16
  23:1 26:7,11
  26:15 27:2,8
  27:16,21 28:5
  28:17
moment 26:10
Montgomery
  1:20 6:12
months 21:6
morning 8:10,11
  8:12 16:12,13
  16:19
mother 1:7 4:8
  6:19 10:12,14
mother's 10:17

— N —
N 1:14 3:2 4:21
name 7:3,6,20
  8:16 16:14
  21:11 29:6
necessary 2:9
neither 31:16
never 17:12
Nice 16:14
northern 1:3 4:3
  21:7
notice 2:18
number 1:5 4:5
  6:17,22 21:21

— O —
O 1:14 5:15
oath 8:19 19:8
object 25:5
Objection 10:18
objections 2:10

2:13 11:3
occurring 31:14
offered 2:15
Off-the-Record
  28:3
Oh 28:1
okay 9:11 11:7
  11:20 12:8
  13:22 15:1,22
  18:1 20:7 24:3
  24:8,15,18
  25:14 28:10
  29:12
old 20:4,11 24:6
one-thirty-one
  27:5,9,15,20
  27:22
one-thirty-two
  28:2
opportunity
  29:8
oral 6:14
Orlyn 5:15 7:15

— P —
P 1:14
Pactiv 1:11 4:12
  5:23 6:21 7:11
  16:16,18
page 3:4,9 18:4
  18:7,9,18 26:8
  27:5,9
Pages 18:6
Palmer 3:5 5:6
  7:6,7 8:7,9
  15:23 17:7
  25:4,22 26:10
  27:6,14,19
  28:1,14
parties 1:16
  2:12 31:17
Paul 6:3 7:3
Paxil 22:2
payments 22:13

Peachtree 5:12
  5:17
places 23:19
Plaintiff 1:9
  4:10,23 5:5,9
  6:20 7:22
Plaintiffs 7:8,19
planing 19:2
plant 25:17
  29:19
please 7:4 8:1,14
  8:16 9:7,12
portions 27:4
Prena 16:23
  17:2
PRESENT 6:2
presentations
  25:3
previously 23:3
prior 2:15 25:6
  29:23
privilege 28:15
Procedure 6:9
proceeding 31:8
proceedings
  6:15 31:14
produced 31:10
Professional
  31:5
pronounced
  22:2
provided 6:8
psychiatric
  21:16,22
public 24:22
  29:21
purposes 22:23

— Q —
question 10:21
  18:20 19:3
  24:9,16 25:5
  26:18,20,21
  27:10,12 28:5

28:8
questionnaire
  3:11 23:5,7,10
  23:12,23
questions 2:11
  2:12 16:1,19
  17:5,6,8 28:13
  28:19

**R**
R 5:20
read 27:3
reading 2:2
really 9:4 29:17
reason 22:16
recall 11:17,20
  12:3 13:11
  15:18
receiving 21:16
  22:12
Recess 16:7 29:1
Record 7:1 8:16
  16:5,9 26:13
  27:3 28:22
  29:3 30:8
recur 20:19
refer 26:8
regards 29:11
Registered 31:4
relating 2:7
remember 10:3
  17:1,19
remove 14:13
removed 20:2,9
  24:5,11
rephrase 24:8
reporter 6:6 8:1
  8:5 31:5
REPORTER'S
  31:1
represent 7:5,21
representing 7:8
  7:10,13 16:16
  25:2

represents 31:12
respect 26:1
respective 1:16
result 31:19
right 10:2 12:17
  15:8 17:9,10
  17:13,18 19:13
  19:20,23 20:20
  25:8 27:1,17
  27:22
right-hand
  18:10,19
Robert 5:6 7:6
ROWE 5:21
RPR 1:19 6:5
  31:22
rules 2:6 6:8
Ruth 21:12

**S**
S 1:14 5:21
saw 14:4 23:8,10
saying 17:20
scan 13:9 14:6,7
  14:9
scans 14:3
school 11:15,18
  11:21 12:1,6,9
  12:12,19 20:22
Security 22:13
see 13:8 18:10
  27:6,17
seven 27:5,9
signature 2:2
signed 18:3
  23:18
sir 8:20,23 9:5
  9:16,19,22
  10:9,13 12:2
  12:10,13,20,22
  14:15,17 15:3
  15:17 17:3,13
  19:10 20:6,13
  21:1,5,9,18,23

22:4,10 23:13
  23:16,20 24:2
  24:7 25:18
  26:23 27:22
  29:13,22 30:3
sister 11:10
Sixth 4:21
Smith 1:19 4:17
  6:5 31:4,22
smoked 12:21
Social 22:13
someplace 22:18
sorry 10:20
  24:16 28:1
South 5:4,8
speaking 17:2
specific 10:8
specifically 22:6
spending 29:10
splitting 19:1,2
SR 5:10
St 5:12,17
start 17:7
started 11:18
state 7:4 8:15
  31:2,6,22
STATES 1:1 4:1
Ste 4:21
stenographic
  31:9
stick 19:16
STIPULATED
  1:15 2:1,8,17
stipulation 6:9
stipulations 8:6
Street 1:20 4:21
  6:11
stuff 19:2
substances 22:6
sues 1:6 4:7 6:19
Suites 1:19 6:11
Sunday 13:6
supervision
  31:11

support 22:12
sure 18:23 19:18
  19:22 24:19
  26:11 27:8
surgeries 14:16
  15:9 20:5,12
surgery 14:13
  14:19
swear 8:1
sworn 8:3
symptoms 13:21

**T**
T 1:14,14
take 23:7 26:19
taken 1:18 16:7
  21:21 29:1
  31:8
talked 25:12
talking 27:11
  28:7
Tallapoosa 1:20
  6:11
Tatum 1:8 4:9
  6:20
Taylor 3:7 5:10
  7:12,12 28:20
  29:5,7 30:4,7
tell 8:21 9:6
  12:14 13:22
  14:18 19:3
ten 16:23 17:21
  23:8
Ter 3:6 5:20 7:9
  7:10 10:18
  11:2 16:3,11
  16:15 18:16
  23:1 26:7,11
  26:15 27:2,8
  27:16,21 28:5
  28:17
testified 8:4
testimony 9:2
  19:5 25:6

testing 15:16,19
thank 15:23
  16:3 24:16
  26:6 29:9,14
  30:5
thanks 26:16
thereto 2:16
think 12:5,5
  13:19 19:4
  22:2 26:16
  29:15,16 30:4
thirty-one 26:9
thought 14:4
  17:14
three 21:6
Thursday 7:2
  13:6,7
time 2:14,14 7:1
  15:9 16:2,6,9
  28:23 29:3,10
  29:17 30:9
  31:15
times 15:6
today 7:2 9:2,4
  17:15 25:3
told 14:10 19:11
  20:14,23 23:14
  24:4,10,15
  25:20
top 18:10,18,19
transcript 26:4
  26:9 27:7,17
  28:18 31:10,14
transportation
  22:18
trial 2:14
true 17:11 21:14
  21:19 23:23
  24:3,9,13,13
  24:21 25:14,19
  31:13
truth 8:22 19:11
tumor 13:1,5,10
  13:15,18 14:11

FREEDOM COURT REPORTING

Page 36

| | | | |
|---|---|---|---|
| 14:14 20:2,8 20:15,18 24:4 24:10 25:17 29:20<br>**turn** 18:4<br>**TV** 14:2<br>**twenty-eight** 11:13<br>**twenty-one** 18:8 18:17<br>**twenty-six** 20:4 20:10<br>**two** 14:15,16 15:8 19:21 28:9<br><br>**— U —**<br>**U** 1:14<br>**Uh-huh** 10:6 14:8,12 18:11<br>**understand** 8:18 12:23 20:21 21:13 22:11,15 23:11<br>**UNITED** 1:1 4:1<br>**Usual** 8:5<br><br>**— V —**<br>**versus** 6:21<br>**VIDEOGRAP...** 6:3,16 7:23 16:5,8 28:22 29:2 30:8<br>**videotape** 6:17<br>**videtaped** 1:17<br>**visited** 17:12<br>**vs** 1:10 4:11<br><br>**— W —**<br>**W** 4:20 5:11,16 7:21<br>**Wacker** 5:21<br>**Wait** 27:14<br>**waive** 28:15<br>**waived** 2:4,19 | 28:16<br>**want** 29:8,14<br>**wanted** 24:19<br>**watched** 14:1<br>**wavelength** 24:20<br>**Wendy** 6:2<br>**went** 23:17 24:22<br>**Wetumpka** 6:6<br>**we're** 7:1 26:13<br>**We've** 16:20<br>**witness** 2:3 6:13 8:1 18:5 25:23 26:5 28:12<br>**wood** 19:1<br>**work** 9:20 18:21 18:22<br>**worked** 10:3 17:16 19:19 22:9<br>**working** 22:16<br>**write** 23:15<br>**wrong** 14:5<br><br>**— X —**<br>**X** 3:2<br><br>**— Y —**<br>**year** 15:11 19:21<br>**years** 11:13 19:22 20:4,11<br><br>**— Z —**<br>**Zoloft** 22:1<br>**Zypresa** 22:3<br><br>**— 0 —**<br>**04** 14:22<br><br>**— 1 —**<br>**1** 3:10 22:21 23:2<br>**102** 4:22<br>**11th** 9:10 | **1201** 5:11,16<br>**16** 3:6<br>**1978** 9:8<br>**1983** 11:19 12:18<br>**1989** 10:5,15 19:18<br>**1994** 11:22<br>**1998** 12:16,18<br><br>**— 2 —**<br>**2:06-cv-83-LE...** 1:5 4:5<br>**200** 4:21<br>**2004** 13:13<br>**2006** 1:22 7:3 30:12<br>**22** 3:11<br>**27** 7:2 30:12<br>**27th** 1:21<br>**29** 3:7<br><br>**— 3 —**<br>**300** 1:20 6:11<br>**30309** 5:12,17<br>**35255** 5:4,8<br>**3529** 5:3,7<br>**36104** 1:21 6:12<br>**39701** 4:22<br><br>**— 6 —**<br>**60606** 5:22<br><br>**— 7 —**<br>**7th** 5:3,7 15:14<br>**71** 5:21<br><br>**— 8 —**<br>**8** 3:5<br>**83-LES-CSC** 6:23<br>**89** 10:4,15<br><br>**— 9 —**<br>**9:12** 6:12 7:2 | **9:18** 16:6<br>**9:28** 16:9<br>**9:40** 28:23<br>**9:41** 29:3<br>**9:43** 30:9,11<br>**93** 12:6<br>**94** 12:7<br>**96** 12:5 |