**CONDENSED MEDICAL QUESTIONNAIRE (Return by November 20, 2004)**

# PARTIALLY REDACTED

EMPLOYMENT AGREEMENT BETWEEN The Cade Law Firm, L.L.C., and The Colom Law Firm, L.L.C. and I, client, do hereby retain and employ the Attorneys designated above to render legal advice and services and to prosecute all

# PARTIALLY REDACTED

So Signed, this _15_ day of _November_, 2004.

_____
Client's Signature

Social Security #: 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