# ADEM

### ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
POST OFFICE BOX 301463  36130-1463 • 1400 COLISEUM BLVD. 36110-2059
MONTGOMERY, ALABAMA
WWW.ADEM.STATE.AL.US
(334) 271-7700

JAMES W. WARR
DIRECTOR

February 18, 2004

BOB RILEY
GOVERNOR

Facsimiles: (334)
Administration: 271-7950
General Counsel: 394-4332
Air: 279-3044
Land: 279-3050
Water: 279-3051
Groundwater: 270-5631
Field Operations: 272-8131
Laboratory: 277-6718
Mining: 394-4326
Education/Outreach: 394-4383

CERTIFIED MAIL # 7000 1530 0000 2467 9468
RETURN RECEIPT REQUESTED

Mr. Neil Sherman, Director, Corporate Real Estate
Louisiana Pacific Corporation
P.O. Box 2880
McKinleyville, CA 95519

Re: Louisiana Pacific Corporation,
Lockhart, Alabama
USEPA Identification Number: ALD 095 687 786

Dear Mr. Sherman:

The Alabama Department of Environmental Management (ADEM) is in receipt of your letter of January 6, 2004, which describes an "agreed-upon division of work" between Louisiana Pacific Corporation (LP) and Pactiv Corporation (Pactiv) with respect to site remediation activities at LP's Lockhart facility. Your letter indicates that Pactiv will implement the corrective measures activities at four identified SWMUs and that LP remains the facility's owner and remains the operator for all activities not expressly assigned to Pactiv. The Department is encouraged by the cooperative nature of this arrangement and hopes it facilitates remedial operations at the plant.

However, the Department believes it is necessary to clarify its position with respect to the enforcement of ADEM Admin. Code R. 335-14 and the facility hazardous waste permit. Rule 335-14-1 defines the "owner" as "the person who owns in fee simple the property on which a facility or part of a facility is sited." This "person" is clearly LP, as you acknowledged in your letter. Joint ventures involving various operations at a facility are common place in today's business environment. In many of these cases there can be multiple operators of a facility, in which the requirements of and responsibility to comply with ADEM hazardous waste rules are not mutually exclusive. These requirements and responsibilities extend equally and without distinction to the owner or operator.

Rule 335-14-1 further defines the "operator" as "the person responsible for the overall operation of a facility." The Department finds nothing is the plain language of this definition to preclude consideration of Pactiv Corporation as an operator of the Lockhart facility. However, part A of the most recent edition of the facility permit application identifies LP as both the facility owner and operator. This is consistent with historical plant operations, as we understand them. At the time when regulated facility operations were active, LP was clearly the facility operator. For these reasons, post-closure permit no. ALD095687786 was issued exclusively to LP. The permittee must ensure compliance with all conditions of the permit, ADEM Admin Code R. 335-14, and the Alabama Hazardous Wastes Management and Minimization Act (AHWMMA).

In summary, the Department is, again, encouraged that LP and Pactiv appear to have reached agreement with respect to post-closure and remedial activities at the Lockhart site. However, the terms of this agreement have no relationship to either party's responsibilities under ADEM Admin Code R. 335-14 or ADEM permit no. ALD095687786.

PLAINTIFF'S
EXHIBIT "C"



Birmingham Branch
110 Vulcan Road
Birmingham, Alabama 35209-4702
(205) 942-6168
(205) 941-1603 (Fax)

Decatur Branch
2715 Sandlin Road, S.W.
Decatur, Alabama 35603-1333
(256) 353-1713
(256) 340-9359 (Fax)

Mobile Branch
2204 Perimeter Road
Mobile, Alabama 36615-1131
(251) 450-3400
(251) 479-2593 (Fax)

Mobile – Coastal
4171 Commanders Drive
Mobile, Alabama 36615-1421
(251) 432-6533
(251) 432-6598 (Fax)

Printed on Recycled Paper

Mr. Neil Sherman
January 18, 2003
Page 2

If questions and comments should arise concerning this matter, please contact Naveen C. Sharma of the Engineering Services Section, Industrial Hazardous Waste Branch at (334) 270-5608.

Sincerely,

Phillip D. Davis, Chief
Industrial Hazardous Waste Branch
Land Division

PDD/NCS/set:Z\Louisiana Pacific/Interpret Pactive as Operator

cc:  Narindar Kumar, EPA Region 4
     Elizabeth Cunningham, Pactive Corporation

File:  Louisiana Pacific / Covington / ALD 095 687 786 / H / Corres