```
 1         IN THE UNITED STATES DISTRICT COURT

 2              MIDDLE DISTRICT OF ALABAMA

 3                   NORTHERN DIVISION

 4

 5         CIVIL ACTION No.  2:06-cv-187-WKW

 6    SHERRI L. DAVIS, et al.,

 7

 8            Plaintiff(s),

 9    v.

10    TMA FOREST PRODUCTS GROUP, et al.,

11

12            Defendant(s).

13

14              DEPOSITION TESTIMONY OF:

15                   SANDRA COBB

16

17    Commissioner:

18    Renny D. McNaughton

19    July 13, 2006

20    Andalusia, Alabama

21

22

23
```



1

```
1    actually talk about water samples, do you
2    recall that?
3         A    I don't remember.  I remember
4    them saying that they were going to do
5    studies, but I can't -- those were my words.
6    I don't know.
7         Q    Anything else you can remember
8    about the present -- well, I don't want to
9    say that -- did Mr. Cade make a
10   presentation?  Was he speaking?
11             MR. CADE:  Object to the form.
12             You can answer.
13        A    I don't remember a presentation.
14   I think at that first meeting he just
15   talked.  He didn't have any presentations,
16   that I can remember.
17        Q    And tell me what you remember him
18   saying about, you know, possibly filing a
19   lawsuit?
20        A    Basically that.
21        Q    Do you remember signing any
22   sheets or pieces of paper at that meeting?
23        A    Just a sign-in sheet.
```