```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE MIDDLE DISTRICT OF ALABAMA

 3                   NORTHERN DIVISION

 4

 5   CASE NUMBER:  2:06-cv-83-LES-CSC (LEAD CASE)

 6   MELANIE CHAMBERS, who sues by

 7   and through her Mother and next

 8   of friend, GAIL TATUM,

 9           Plaintiff,

10           vs.

11   PACTIV CORPORATION and

12   LOUISIANA-PACIFIC CORPORATION,

13           Defendants.

14              S T I P U L A T I O N

15           IT IS STIPULATED AND AGREED by and

16   between the parties through their respective

17   counsel, that the videotaped deposition of

18   Sandra Cobb may be taken before Angela

19   Smith, RPR, CRR, at the Embassy Suites

20   Hotel, at 300 Tallapoosa Street, Montgomery,

21   Alabama 36104, on the 28th day of July,

22   2006.

23           DEPOSITION OF SANDRA COBB
```



```
1     Lockhart Lumber Mill -- Excuse me.  Strike
2     that and let me start over.
3                You did attend meetings at the
4     Armory that related to the Lockhart Lumber
5     Mill; correct?
6          A.   Yes, sir.
7          Q.   And there were a lot of people
8     at those meetings that you attended;
9     correct?
10         A.   Yes, sir.
11         Q.   Was there a sign-in sheet at
12    the first meeting that you attended at the
13    Armory?
14              MR. PALMER:  Objection.
15    Attorney-client privilege.  Instruct the
16    witness not to answer.
17         Q.   Ma'am, did you understand the
18    question that I asked you?
19         A.   Yes, sir.
20         Q.   Okay.  And other than -- But
21    for your attorney's objection, could you
22    answer that question?
23         A.   Yes, sir.
```