D Syh 1
M s Devan

```
                                              1
 1           IN THE UNITED STATES DISTRICT COURT

 2               MIDDLE DISTRICT OF ALABAMA

 3                   NORTHERN DIVISION

 4

 5        CIVIL ACTION No.  2:06-cv-187-WKW

 6   SHERRI L. DAVIS, et al.,

 7

 8             Plaintiff(s),

 9   v.

10   TMA FOREST PRODUCTS GROUP, et al.,

11

12             Defendant(s).

13

14           DEPOSITION TESTIMONY OF:

15                DOROTHY DEVAUGHN

16

17   Commissioner:

18   Renny D. McNaughton

19   July 11, 2006

20   Andalusia, Alabama

21

22

23
```



DEFENDANT'S EXHIBIT
DeVaugh 1

EXHIBIT E

35

```
 1        A     What is it, Krissie?
 2              MR. CADE:  In my office?
 3        A     Yeah.
 4              MR. CADE:  Krissie?
 5        A     Yeah.  Krissie was there and some
 6   more.
 7              MR. CADE:  I probably was there,
 8        too.
 9        A     Yeah, but I know Krissie.  Okay.
10        Q     You don't remember him, though.
11   All right.  Do you remember Krissie's last
12   name?
13        A     What was Krissie's --
14              MR. CADE:  Krissie.  She's
15        referring to my paralegal.  Her
16        name is Krissie Orlando.  I think
17        she was probably just helping the
18        crowd, but I was actually there.
19        Q     Did Krissie speak to the group,
20   make a presentation to the group?
21        A     Yes.
22        Q     Do you recall what her
23   presentation was?
```

*[Handwritten annotation:] D.D. Correction, Krissie did not make a presentation to the crowd, she only asked the people to be [signed?] in and be seated*

57

```
 1    mean, what did they convey to you in regards
 2    to the meeting?
 3         A    It was just saying it would be
 4    another meeting and where it was going to be
 5    at.  That was all.
 6         Q    Okay.  Did you wonder before you
 7    -- once you received those letters, how the
 8    lawyers knew to send you a letter to ask you
 9    to come to the meeting?
10         A    Well, I think everybody around
11    there got those letters.
12         Q    Okay.  So you think it went to
13    everyone in the community?
14         A    Yes, everyone.
15         Q    Okay.  Do you recall signing a
16    list or anything at any of the meetings
17    where you put your name and your address and
18    your phone number on the list?
19         A    I think so.  I'm not for sure.
20    I'm not for sure.
21         Q    All right.  Do you recall what
22    was discussed at the third meeting?
23         A    The same thing.  They just went
```

*[Handwritten annotation:] D.D., Everybody that had filled out the original paper work, that was turned back in XO Deborah.*