```
 1         IN THE UNITED STATES DISTRICT COURT

 2         FOR THE MIDDLE DISTRICT OF ALABAMA

 3                 NORTHERN DIVISION

 4

 5   CASE NUMBER:  2:06-cv-83-LES-CSC (LEAD CASE)

 6   MELANIE CHAMBERS, who sues by

 7   and through her Mother and next

 8   of friend, GAIL TATUM,

 9              Plaintiff,

10         vs.

11   PACTIV CORPORATION and

12   LOUISIANA-PACIFIC CORPORATION,

13              Defendants.

14              S T I P U L A T I O N

15              IT IS STIPULATED AND AGREED by and

16   between the parties through their respective

17   counsel, that the videotaped deposition of

18   Dorothy DeVaughn may be taken before Angela

19   Smith, RPR, CRR, at the Embassy Suites

20   Hotel, at 300 Tallapoosa Street, Montgomery,

21   Alabama 36104, on the 27th day of July,

22   2006.

23              DEPOSITION OF DOROTHY DEVAUGHN
```



1

```
1    it says?  Take your time.
2         A.    Yes.
3         Q.    Okay.  Can you read into the
4    Record what it says?
5         A.    Yes.  She was saying that
6    Chrissy and them didn't make a speech to the
7    crowd, they asked people to sign in and
8    come -- they asked the peoples to sign in
9    and be seated.
10        Q.    Okay.  I'm going to read it to
11   you.  And I want you to tell me if I've read
12   it appropriately.  Okay?  Are you with me?
13        A.    Yes.
14        Q.    Okay.  Tell me if I've read
15   this appropriately; that is, on page
16   thirty-five of your deposition transcript,
17   and of Defendant's Exhibit 1:  DD.  Who is
18   DD?  Is that you?
19        A.    Yes.
20        Q.    Is that -- Did you put that
21   initial there?
22        A.    Yes.
23        Q.    Okay.  It says:  Correction,
```

1   Chrissy did not make a presentation to the
2   crowd.  She only asked the people to sign in
3   and be seated.  Did I read that correctly?
4         A.    Yes.
5         Q.    Okay.  Now, I'm going to ask
6   you some more questions about that, but I
7   just want to make sure I understand what's
8   written on each of these pages.  And then
9   we're going to come back and we need to talk
10  about it in just a few minutes.
11              Let's go to page forty in your
12  deposition transcript, please.
13        A.    (Witness complies.)
14        Q.    Okay.  You're looking at
15  Defendant's 1, and that's good, we can do it
16  either way.  Do you see that the -- there's
17  a page there that's marked page forty in
18  Defendant's Exhibit 1; right?  That's the
19  small packet; correct?
20        A.    Yes.
21        Q.    Okay.  Now find the same page
22  in your deposition transcript, please.
23        A.    (Witness complies.)

**7/27/2006  Devaughn, Dorothy**

```
1         A.    Yes.
2         Q.    Okay.  Now let's go to page
3    fifty-seven.  And on page fifty-seven, it
4    says -- I'm reading the handwriting now, it
5    says:  Everybody that had filled out the
6    original paperwork, that was turned back in
7    to Deborah.
8               Looking -- I'm not certain
9    what that refers to.  So looking down the
10   side of the page where the numbers are,
11   again, can you tell me what question and
12   what answer that correction refers to?
13              MR. PALMER:  Objection.
14   You're assuming that there's only one
15   question.  It's argumentative.
16        Q.    You can answer the question,
17   ma'am.
18        A.    It was number fifteen.
19        Q.    Okay.  Let's look at number
20   fifteen. It says: Question: Okay.  Do you
21   recall signing a list or anything at any of
22   the meetings where you put your name and
23   your address and your phone number on the
```

```
 1    list?  Answer:  I think so.  I'm not sure.
 2    I'm not sure -- I'm not for sure.
 3              What about that question and
 4    that answer is -- needed to be corrected?
 5         A.   Well, that one needed to be
 6    corrected because we did sign a list as we
 7    was going in the door.
 8         Q.   Okay.
 9         A.   We put our name and address
10    on --
11         Q.   On a list?
12         A.   On it.
13         Q.   Okay.  All right.  Good.  Now,
14    let's go to page fifty-eight.  And on page
15    fifty-eight it says:  See -- The handwriting
16    says:  See corrections on page fifty-six.
17    Now, those were the corrections we've
18    already talked about.  Do you remember
19    those?
20         A.   Yes.
21         Q.   Can you -- Looking down the
22    numbers that are along the side of the page
23    of page fifty-eight, can you tell me which
```