# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Orlyn O. Lockard, III          Direct Dial: 404-881-7126          E-mail: skip.lockard@alston.com

August 4, 2006

**VIA FACSIMILE, E-MAIL, AND U.S. MAIL**

W. Eason Mitchell, Esq.            Gregory A. Cade, Esq.
The Colom Law Firm, LLC            Environmental Litigation Group
200 Sixth Street North             3529 7th Avenue South
Suite 102                          P.O. Box 550219
Columbus, MS 39701                 Birmingham, AL 35255

Robert Leslie Palmer, Esq.
Environmental Litigation Group
3529 7th Avenue South
P.O. Box 550219
Birmingham, AL 35255

    Re:    **Documents and Information Relating to Community Meetings**

Dear Counsel:

    At the preservation depositions last week for Sherri Davis, Deborah Ann Reynolds, Kandy Creech, Dorothy DeVaughn, and Sandra Cobb, there was considerable discussion both on and off the record relating to meetings held at the former Florala/Lockhart armory.

    In addition to our prior requests for confirmation as to which of these deponents previously gave videotaped statements, Defendants request copies of any letters inviting people to (or advising them of) such meetings. We also request copies of any sign-in sheets from the meetings, any written materials distributed at the meetings, any presentations given at the meetings, or any audio/video recordings of the meetings themselves. Additionally, we would also like to know the specific date that you contend each deponent retained counsel in this matter.

    Based on past communications and the objections made at the preservation depositions, I am writing to confirm that you will not voluntarily provide the foregoing statements, documents, and information. If that understanding is incorrect, please advise

Bank of America Plaza          90 Park Avenue           3201 Beechleaf Court, Suite 600     The Atlantic Building
101 South Tryon Street, Suite 4000   New York, NY 10016      Raleigh, NC 27604-1062              950 F Street, NW
Charlotte, NC 28280-4000       212-210-9400             919-862-2200                        Washington, DC 20004-1404
704-444-1000                   Fax: 212-210-9444        Fax: 919-862-2260                   202-756-3300
Fax: 704-444-1111                                                                           Fax: 202-756-3333


EXHIBIT
G

August 4, 2006
Page 2

immediately. Otherwise, we intend to seek the Court's assistance in obtaining same later today.

Sincerely yours,

Orlyn O. Lockard, III

OOL:mos
cc:   Bernard Taylor
      Doug Arnold
      John C. Berghoff
      Mark TerMolen
      Matthew C. Sostrin
      Dennis R. Bailey
      R. Austin Huffaker
      H. Thomas Wells, Jr.
      John A. Earnhardt

LEGAL02/30037925v1