IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) CASE NO. 2:06-cv-83-LES-CSC <br> ) (LEAD CASE) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION TO STRIKE

Defendants Pactiv Corporation and Louisiana-Pacific Corporation submit this Joint Response to Plaintiffs' Motion to Strike (docket no. 232). Because Plaintiffs' Motion re-argues issues set forth in prior briefing, Defendants submit this abbreviated response.

A.  **The Meet And Confer Attempts.**

Plaintiffs' Motion takes issue with Defendants' recollection of an August 7, 2006 meet-and-confer telephone call with Mr. Palmer and Mr. Cade concerning the meeting sign-in sheets and other documents. Consistent with Fed. R. Civ. Pro. 37(a)(2) and as officers of the Court, Defense counsel have already set forth the contents of that call in two signed filings. First, Defendants' Motion to Compel (filed the same day as the call) explained that Defendants sought certain letters and sign-in sheets that Plaintiffs refused to produce, but did not seek the Court's assistance in procuring meeting agendas, hand-outs, presentations, or recordings based on Plaintiffs' counsels' representation that those documents did not exist. (Docket no. 69 at 3 &

13379070.1

n.2). Second, Defendants' Supplemental Brief includes counsels' recollection of the August 7, 2006 call. Counsel stand by their description.

Ultimately, Plaintiffs' briefs and supporting affidavits fail to clarify whether Plaintiffs can identify all attendees at the meeting (which they must do to support a privilege claim). The affidavit submitted by Mr. Cade states that he "did not create or keep any sign-in sheets or records of attendance at any of the meetings," but simultaneously concedes that "my paralegals collected their contact information." *See* Plaintiffs' Supplemental Response (docket no. 229 at Exhibit A). Defendants, through their Motion to Compel, seek documentation of attendance at the meetings, regardless of whether Plaintiffs characterize such documents as "sign-in sheets" or otherwise.

**B.    Joann Ezell's Contact with Louisiana-Pacific.**

Defendants offered to address Joann Ezell's contact with Louisiana-Pacific at the August 10, 2007 hearing on the Joint Motion to Compel. Although the Court clearly stated that "[i]t doesn't seem to me that that's at issue today," Transcript at 8, Plaintiffs persist in pressing this issue. Because (i) Joann Ezell's contact with Louisiana-Pacific has nothing whatsoever to do with the Defendants' pending Motion to Compel, and (ii) Mrs. Ezell's sworn statement speaks for itself (*see* docket no.71-2), Defendants will not re-brief those issues here.

**C.    Relevance of the Town Meetings.**

Finally, Plaintiffs' Motion to Strike argues that all complaints must have been timely filed, even if Plaintiffs were put on notice at the meetings, due to a tolling agreement. Defendants addressed this issue in their Reply In Support of Joint Motion to Compel (docket no. 115 at 5), including the fact that Defendants did not agree to toll claims by all named Plaintiffs in

13379070.1                                     2

this litigation, *i.e.,* not every named Plaintiff is part of a tolling agreement.  Defendants refer to their prior briefing on this point, which requires no supplementation.

WHEREFORE, for the reasons set forth herein, Defendants request that Plaintiffs' "Motion to Strike" be denied in its entirety.

Dated:  May 7, 2007

/s/ Mark R. TerMolen
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

13379070.1                                4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of May, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

                                /s/ Orlyn O. Lockard, III
                                Of Counsel