IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

M.C., who sues by and through her          )
mother and next friend, GAIL TATUM,        )
                                           )
      Plaintiff,                           )
                                           )
v.                                         )     CIVIL ACTION NO.  2:06cv83-LES
                                           )              (LEAD CASE)
PACTIV CORPORATION, et al,                 )
                                           )
      Defendants.                          )

**ORDER**

Now pending before the court is the plaintiffs' motion to strike (doc. # 232).  Upon

consideration of the motion, and for good cause, it is

ORDERED that on or before May 17, 2007, the defendants shall show cause why the

motion to strike should not be granted.

Done this 10th day of May, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE