IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:06-cv-83-LES-CSC
(LEAD CASE)

PARTIES' PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER

In response to the Court's Order dated April 18, 2007, Plaintiffs and Defendants jointly submit the following proposed discovery plan and scheduling order for cases 2:06-cv-00083, 2:06-cv-00084, 2:06-cv-00085, 2:06-cv-00086, and 2:06-cv-000186:[1]

1. Discovery in all five cases to commence immediately;

2. Fact discovery ends October 1, 2007;

3. Plaintiffs' expert reports due by October 8, 2007;

4. Depositions of Plaintiffs' experts to be completed by November 23, 2007;

5. Defendants' expert reports due by December 22, 2007;

6. Depositions of Defendants' experts to be completed by February 8, 2008;

---

[1] For remaining Plaintiffs, each Plaintiff will provide Defendants with signed authorizations for the release of records containing heath, disability, employment, and worker's compensation information for collection and preservation purposes on a schedule to be agreed upon by the parties. One copy of all such records shall be provided to Plaintiffs, at Plaintiffs' cost, upon request.

- 2 -

7. Any Plaintiffs' rebuttals to Defendants' experts due by February 22, 2008;

8. Depositions of Plaintiffs' experts on any rebuttal issues to be completed by March 21, 2008;

9. Dispositive motions and motions on admissibility of scientific evidence due by April 21, 2008;

10. Oppositions to dispositive motions and motions on admissibility of scientific evidence due by May 5, 2008;

11. Replies in support of dispositive motions and motions on admission of scientific evidence due by May 19, 2007;

12. Pretrial conference to be set after June 30, 2008;

13. Trial setting for first case on July 28, 2008; and

14. Remaining cases will be set for trial on dates to be determined by the Court.

- 3 -

Respectfully submitted this 14th day of May, 2007.

    /s/Gregory A. Cade
Gregory A. Cade (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, Alabama  35222
Telephone: (205) 328-9200
Facsimile: (205) 328-9206
GregC@elglaw.com

    /s/W. Eason Mitchell
W. Eason Mitchell (MIT 020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Tel: (662) 327 - 0903
Fax: (662) 329-4832
emitchell@colom.com

*Counsel for Plaintiffs*

- 4 -

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

- 4 -

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,  )  )  )  Plaintiff,  )  )  vs.  )  )  PACTIV CORPORATION and  )  LOUISIANA-PACIFIC CORPORATION,  )  )  Defendants.  )  ) | CASE NO. 2:06-cv-83-LES-CSC (LEAD CASE) |

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2007, I filed the foregoing via the CM/ECF system.

/s/ Orlyn O. Lockard, III
Of Counsel

- 6 -

LEGAL02/30368716v1