IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, </br></br>Plaintiff,</br></br>vs.</br></br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,</br></br>Defendants. | ) </br> ) </br> ) </br> ) CASE NO. 2:06-cv-83-LES-CSC </br> )        (LEAD CASE) </br> ) </br> ) </br> ) </br> )    *IN CAMERA* SUBMISSION </br> ) </br> ) |

### *IN CAMERA* SUPPLEMENT TO DEFENDANTS' JOINT SUGGESTION TO THE COURT ON AMENDING ITS APRIL 18, 2007 ORDER

Defendants Pactiv Corporation and Louisiana-Pacific Corporation respectfully submit this Supplement, *in camera*, to their April 30, 2007 Suggestion to the Court (docket no. 231) on Amending its April 18, 2007 Order (docket no. 225).

Set forth below are the initial trial Plaintiffs (including their name, age, and claims) that Defendants would select if the Court adopts Defendants' suggestion of allowing each party to select two initial trial Plaintiffs. Defendants submit these selections for *in camera* review since their Suggestion to the Court contemplated simultaneous selections by the parties.



13380608.1

## Pactiv's Selections

1.

2.

## Louisiana-Pacific's Selections

1.

2.

Defendants have filed herewith and served on Plaintiffs a Notice of this In Camera Supplement, including a redacted copy of the same.

Dated: May 17, 2007

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/ Bernard S. Taylor
Bernard S. Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific
   Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

13380608.1      4