IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, </br></br>Plaintiff, </br></br>vs. </br></br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, </br></br>Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) (LEAD CASE) ) ) ) ) ) ) ) ) |

NOTICE OF CORRECTION TO
PARTIES' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

On May 14, 2007, the parties jointly submitted a "Proposed Discovery Plan and Scheduling Order" (doc. no. 236). The parties subsequently became aware of a typographical error in item 11, which read:

"11. Replies in support of dispositive motions and motions on admission of scientific evidence due by May 19, 2007;"

The date for such replies should be May 19, 2008. A "Proposed Discovery Plan and Scheduling Order" with the corrected date is therefore attached; the attached version is otherwise identical to the version previously submitted.

- 2 -

Respectfully submitted this 17th day of May, 2007.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

/s/ Orlyn O. Lockard, III
Of Counsel

LEGAL02/30373016v1