## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| MC, who sues by and through her Mother and next of friend, GAIL TATUM, | ) ) ) ) | |
| **Plaintiff,** | ) ) | CIVIL ACTION NO.: |
| vs. | ) ) | 2:06-cv-83-LES-CSC (LEAD CASE) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION | ) ) ) ) | |
| **Defendants.** | ) | |

### MOTION TO REINSTATE CASE OF PLAINTIFF
### CEDRIC ALPHONSO WILLIAMS

**COMES NOW THE PLAINTIFF,** Cedric Alphonso Williams, and moves the Court to reinstate his claim and to set aside the Courts previous Order of Dismissal for this Plaintiff only. For grounds this motion states as follows:

1.      This Court entered an Order requiring each Plaintiff to furnish a fact sheet in response to Defendants Motion for a "Lone Pine Order."

2.      This Plaintiff mailed in his fact sheet to his Attorneys of Records for them to furnish to the Court as required.

3.      This Plaintiff's attorneys did not receive his fact sheet and reported that this Plaintiff had not returned the required information.

4.      The Court ordered this Plaintiff's claim dismissed without prejudice or indicated in a phone conference with all parties that such an Order would be entered.

5.     The Court currently has jurisdiction to set aside the Courts Order dismissing this Plaintiff's claim because no Final Order pursuant to FRCP 54 has been entered.

6.     This Plaintiffs fact sheet was mailed by registered mail and was lost by the United States Post Office, which fact is acknowledged by the Postal Service on the attached Exhibit "A".

7.     This Plaintiff has answered and now provided the required fact sheet which is attached as Exhibit B.

8.     The Plaintiff acted in accordance with the Courts instructions but his material was lost or destroyed by the Postal Service, as described in Exhibit B and in accordance with the Rules of Civil Procedure and justice, the Plaintiff is entitled to have his claim reinstated and to proceed as a Plaintiff in this cause.

WHEREFORE, Plaintiff moves this Court to allow him to proceed as a Plaintiff in this cause and that any Order or Dismissal of his claim not be entered or be set aside.

/s/ *Gregory A. Cade*
Gregory A. Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEY FOR THE PLAINTIFF

Certificate of Service

I hereby certify that on May 22, 2007, I caused the foregoing Motion to Reinstate Case of Plaintiff, Cedric Alphonso Williams, to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to be sent to the following:

W. Eason Mitchell, Esq.
Gregory A. Cade, Esq.
Fred R. DeLeon, Jr., Esq.
John C. Berghoff, Jr., Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
John A. Earnhardt, Esq.
Bernard Taylor, Esq.
Douglas S. Arnold, Esq.
Orlyn O. Lockhard, III, Esq.
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
Abner Riley Powell III, Esq.
Benjamin Max Bowden, Esq.
Edwin Bryan Nichols, Esq.

/s/ *Gregory A. Cade*
Of Counsel