

Thursday, April 12, 2007

Environmental Litigation Group. P.C.
P.O Box 550219
Birmingham, Al. 35255-9924

Ref: *Mr. Cedric Williams*
*1278 New York Rd*
*Leesburg, GA 31763*

Dear Sir/Madam:

This is in response to one of our customer reporting the difficulties with mail that was sent to your company. The mail-piece with Delivery Confirmation number 0306 1070 0000 4795 4615 was mailed on February 16, 2007 at 09:06 and has not been delivered to you as of this letter. We work very hard to offer good service, and it is genuinely disappointing when we hear from customers who report the contrary.

When mail does not arrive, we have no sure way of knowing what may have happened to the item. Only Registered Mail items are accounted for during their entire journey through the mail system.

However, you may certainly file a complaint of non-received mail with us. If expected mail has not arrived within 14 days from its date of mailing, we suggest the completion of PS Form 1510, *Mail Loss/Rifling Report*. You may contact your local Consumer Affairs Claims and Inquiry Office directly or our Call Center personnel at 1-800-ASK-USPS. Whichever way you choose, a Postal employee will assist you in completing your inquiry. Specifics are directed to the Inspection Service Operation Support (ISOS) offices for the state in which the article was mailed. Please note that with a Form 1510 filing, you will not automatically receive a response.

As a customer, you have many choices today, and we want to provide the level of professional service you expect and deserve. I look forward to working with you to better accommodate your Postal needs.

Sincerely,

Thomas F. Clemons
Postmaster
152 Robert b. Lee Drive
Leesburg, GA 31763

**Exhibit A**