IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                           PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                     (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,            DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.      Name of Plaintiff, or decedent:
         _CEDRIC ALPHONSO WILLIAMS_

II.     Social Security Number of Plaintiff: _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_

III.    If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:

IV.    Relationship to plaintiff:

V.      Present address of person completing this form:
         _1278 New York Rd_
         _Leesburg GA 31763_

1.      **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

**Exhibit B**

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 905 North 3rd ST. Florala AL. 36442 | May 1965 | Oct. 1980 |
| 216 Combs Manor Ct. Ft. Walton Bch. Fla. | Oct. 1980 | March 1989 |
| 1278 New York Rd Leesburg GA. 31763 | March 1989 | Present Time. |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: Hyper Tension,

2

Other Conditions:
_Eye Problems_
_Blood Clots._

If death, cause of death and date:

_____    _____
Cause of Death                                Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)  _Dr. Mathis_
Name of Physician

Name of Clinic or Hospital
Address:    _Florala Clinic_
            _Florala Al._

Dates treated:
from _Feb_ / _1970_    to _June_ / _1980_
     Month  Year          Month  Year
Dates of examination:
     _Feb_ / _2_ / _1970_
     Month  Day  Year
     _June_ / _15_ / _1972_
     Month  Day  Year
     _July_ / _30_ / _1974_
     Month  Day  Year
     _May_ / _6_ / _1976_
     Month  Day  Year
     _Aug_ / _22_ / _1978_
     Month  Day  Year
     _Jan_ / _25_ / _1980_
     Month  Day  Year

(ii)  _Dr. Hollingsworth._
Name of Physician
      _Fort Walton Medical Clinic_
Name of Clinic or Hospital
Address:   _Ft. Walton Bch Fl._

3

Dates treated:
from  Jan / 1982        to Dec / 1987
      Month  Year          Month  Year
Dates of examination:
   Jan / 13 / 1982
   Month  Day   Year
   July / 6 / 1983
   Month  Day   Year
   Sept / 10 / 1985
   Month  Day   Year
   Nov / 3 / 1986
   Month  Day   Year
   Dec / 11 / 1987
   Month  Day   Year
   ___ / ___ / ___
   Month  Day   Year

(iii)  Dr. Handy
       Name of Physician
       Lee Co Medical Arts.
       Name of Clinic or Hospital
       Address:  Leesburg  GA
       _____

Dates treated:
from  Aug / 1990        to April / 2003
      Month  Year          Month  Year
Dates of examination:
   Aug / 3 / 1990
   Month  Day   Year
   Feb / 11 / 1992
   Month  Day   Year
   June / 20 / 1994
   Month  Day   Year
   March / 16 / 1996
   Month  Day   Year
   April / 2 / 1998
   Month  Day   Year
   May / 14 / 2000
   Month  Day   Year

(iv) __Dr. Heard__
Name of Physician
__Albany Family Clinic__
Name of Clinic or Hospital
Address: __Albany GA.__

Dates treated:
from __Jan/ 2004__ to __Feb / 2006__
    Month  Year       Month  Year

Dates of examination:
__Jan / 25 / 2004__
Month Day Year

__Feb / 16 / 2006__
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

__Aug / 10 / 1990__
Month Day Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: _Lockhart Saw Mill_
Address: _Lockhart Ala._

Attendance for _10_ (average) hours a week,
from _Sept 1972_ to _Feb / 1978_
    Month  Year         Month  Year

(ii) Name of Location: _Sixth Ave Baptist Church_
Address: _Florala Ala._

Attendance for _4_ (average) hours a week.
from _Aug 1970_ to _May/ 1986_
    Month  Year         Month  Year

(iii) Name of Location: _Florala City School_
Address: _Florala Ala._

Attendance for _30_ (average) hours a week.
from _Sept/1970_ to _Jan/ 1980_
    Month  Year         Month  Year

(iv) Name of Location: _6th Ave Dry Cleaners_
Address: _Florala Ala_

Attendance for _20_ (average) hours a week.
from _June/1976_ to _Oct/ 1979_
    Month  Year         Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

    A.    The legal or equitable owner of the damaged or contaminated property:
_____N/A_____

    B.    The street address of the property:
_____N/A_____

Date property acquired:     N/A / N/A
                                   Month   Year

Date property sold, if applicable:     N/A / N/A
                                               Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

    C.    Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

    D.    The time period over which the material emanated from the facility is included in plaintiffs' master response.

    E.    List any other cause or source of property damage unrelated to the facility:
_____N/A_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

    F.    The value of the property before contamination was $ N/A

The size of any buildings and/or homes is __N/A__ square feet and the size of the real estate is __N/A__ acres, or __N/A__ by __N/A__, or other measure of size __N/A__. The property is used for __N/A__ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4.    The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

*Cedric A. Will* (signature)
_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.