**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| GAIL BEDSOLE TATUM, as mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,<br><br>    *Plaintiffs,*<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 2:06-CV-00083-LES-CSC<br>)                             (Lead Case)<br>)<br>) |

## MOTION TO REINSTATE CASE OF PLAINTIFF, JESSIE MOORE

COMES NOW THE PLAINTIFF, Jessie Moore, and hereby moves this Honorable Court to reinstate his claim and to set aside the Court's previous Order of Dismissal for this Plaintiff only. For grounds this Motion states as follows:

1. This Court entered an Order requiring each Plaintiff to furnish a fact sheet in response to Defendant's Motion for a "Lone Pine Order".

2. One of this Plaintiff's attorneys, Greg Cade, Esq., attempted to contact him numerous times to obtain answers to the fact sheet, all to no avail.

3. Another of this Plaintiff's attorneys, Richard E. Crum, Esq., was eventually able to contact him and at that time, reviewed the fact sheet with him and obtained his answers to same.

4. Upon receiving the signed fact sheet from this Plaintiff, Richard E. Crum, Esq.'s office faxed same to Greg Cade, Esq.'s office for filing with the Court *before the Court*

*dismissed this Plaintiff's claim* (see attached Exhibit "A").  For reasons unknown, the executed fact sheet was never forwarded to the Court for filing.

5. Thereafter, the Court Ordered this Plaintiff's claim dismissed without prejudice.

6. The Court currently has jurisdiction to set aside the Court's Order dismissing this Plaintiff's claim because no Final Order pursuant to FRCP 54 has been entered.

7. This Plaintiff has answered and now provides the required fact sheet which is attached as Exhibit "B".

8. The Plaintiff acted in accordance with the Court's instruction but his material was never forwarded to the Court.  In accordance with the Rules of Civil Procedure and justice, this Plaintiff is entitled to have his claim reinstated and to proceed as a Plaintiff in this cause.

9. This Plaintiff provides to the Court a Sworn Affidavit in support of the foregoing (see attached Exhibit "C").

WHEREFORE ALL PREMISES CONSIDERED, Plaintiff moves this Honorable Court to allow him to proceed as a Plaintiff in this cause and that any Order or Dismissal of his claim not be entered or be set aside.

RESPECTFULLY SUBMITTED this the 23rd day of May, 2007.

    s/Richard E. Crum
    Richard E. Crum (CRU012)

OF COUNSEL:
**SHEALY, CRUM & PIKE, P.C.**
Post Office Box 6346
Dothan, Alabama 36302-6346
(334) 677-3000

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the foregoing, by electronically filing same with the Clerk of Court using the ECF system and notification of such filing will be sent to the following:

    W. Eason Mitchell, Esq.
    Gregory A. Cade, Esq.
    Fred R. DeLeon, Jr., Esq.
    John C. Berghoff, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. TerMolen, Esq.
    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Bernard Taylor, Esq.
    Douglas S. Arnold, Esq.
    Orlyn O. Lockhard, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.
    Abner Riley Powell, Esq.
    Benjamin Max Bowden, Esq.
    Edwin Bryan Nichols, Esq.

    DONE THIS the 23rd day of May, 2007.

    s/Richard E. Crum
    Of Counsel