# EXHIBIT "A"

## SWORN AFFIDAVIT OF LYNDSEY CLARK

STATE OF ALABAMA

COUNTY OF HOUSTON

1. I, the undersigned, Lyndsey Clark, being first duly sworn, depose and say:

2. I am now a resident and citizen of Houston County, in the State of Alabama.

3. I am employed as a legal secretary to Richard E. Crum, Esq.

4. I personally spoke to Mr. Moore on the telephone and obtained his answers to the fact sheet.

5. On April 3, 2007, the executed signature page was received by our office.

6. On that date, I personally faxed the executed fact sheet to Greg Cade, Esq.'s office. The fax confirmation page is attached hereto.

Further Affiant Sayeth Not.

Lyndsey Clark

Sworn to and subscribed before me this, the 23rd day of May , 2007.

Notary Public
My commission expires: 7/1/09

1

Law Offices

# *SHEALY, CRUM & PIKE, P.C.*

2346 West Main Street, Suite 1 (36301)
P.O. Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

Steadman S. Shealy, Jr.
Richard E. Crum**
James H. Pike

M. Russ Goodman

**Also Admitted in
Florida and Georgia

April 2, 2007

## FACSIMILE TRANSMISSION COVER SHEET

**TO:**      Wendy Garmon
            Environmental Litigation Group, P.C.

**FROM:**    Richard E. Crum, Esq.

**FAX NO.:**  (205) 328-9206

**RE:**      Estate of Dianne Moore

**PAGES:**   [  6  ] (Including Cover Sheet)

---

**COMMENTS:**   **Please see the following Response to Court's Order
                regarding the above-referenced Plaintiff. We apologize for
                the delay however, we had difficulties in contacting our
                client and obtaining certain information.**

THIS FACSIMILE TRANSMISSION IS CONFIDENTIAL AND MAY BE PRIVILEGED AND IS INTENDED
FOR THE USE OF THE ADDRESSEE ONLY. IF YOU ARE NOT THE ADDRESSEE OR A PERSON
RESPONSIBLE FOR DELIVERING THIS TRANSMISSION TO THE ADDRESSEE, DO NOT USE THIS
TRANSMISSION IN ANY WAY, BUT PROMPTLY CONTACT THE SENDER BY TELEPHONE.

**IF YOU HAVE ANY DIFFICULTY RECEIVING THIS TRANSMISSION:**

**PLEASE CONTACT RICHARD OR LYNDSEY IMMEDIATELY AT (334) 677-3000.**

TRANSMISSION JOURNAL                    APR-04-2007 08:54 AM WED

FAX NUMBER   :  3346770030
NAME         :  SHEALY, CRUM & PIKE

| NO. | NAME/NUMBER | START TIME | TIME | MODE | PAGE | RESULTS |
|-----|-------------|------------|------|------|------|---------|
| 454 | 6993298 | 03-22 02:22PM | 00'44" | G3 | 002 | [ O.K ] |
| 455 | 13343539735 | 03-26 08:13AM | 02'04" | G3 | 005/005 | [ O.K ] |
| 456 | 7935227 | 03-26 09:33AM | 00'22" | ECM | 001/001 | [ O.K ] |
| 457 | 6993500 | 03-26 09:33AM | 00'14" | ECM | 001/001 | [ O.K ] |
| 458 | 17652798828 | 03-26 11:53AM | 05'14" | ECM | 011/011 | [ O.K ] |
| 459 | 16265777079 | 03-26 12:05PM | 00'24" | ECM | 002/002 | [ O.K ] |
| 460 | 13342237069 | 03-26 01:03PM | 00'24" | ECM | 003/003 | [ O.K ] |
| 461 | 13343863873 | 03-26 04:43PM | 00'16" | ECM | 001/001 | [ O.K ] |
| 462 | 18603921849 | 03-27 07:55AM | 00'52" | ECM | 002/002 | [ O.K ] |
| 463 | 13343873222 | 03-27 09:25AM | 00'00" | G3 | 000 | [ STOP PRESSED ] |
| 464 | 13343873222 | 03-27 09:26AM | 00'30" | ECM | 003/003 | [ O.K ] |
| 465 | 12066662799 | 03-27 12:16PM | 01'46" | ECM | 005/005 | [ O.K ] |
| 466 | 6993500 | 03-27 03:15PM | 00'13" | ECM | 002/002 | [ O.K ] |
| 467 | 6993500 | 03-27 03:45PM | 00'38" | ECM | 002/002 | [ O.K ] |
| 468 | 6993500 | 03-28 08:03AM | 00'12" | ECM | 001/001 | [ O.K ] |
| 469 | 12514320714 | 03-28 08:04AM | 00'46" | ECM | 003/003 | [ O.K ] |
| 470 | 7943754 | 03-28 10:15AM | 00'00" | G3 | 000 | [ NO ANSWER ] |
| 471 | 7943754 | 03-28 10:16AM | 01'12" | G3 | 002 | [ O.K ] |
| 472 | 13348972304 | 03-28 11:13AM | 01'00" | ECM | 004/004 | [ O.K ] |
| 473 | 6993500 | 03-28 12:51PM | 00'24" | ECM | 003/003 | [ O.K ] |
| 474 | 13348588586 | 03-28 02:58PM | 00'36" | ECM | 004/004 | [ O.K ] |
| 475 | 12058030053 | 03-28 03:21PM | 00'00" | G3 | 000 | [ STOP PRESSED ] |
| 476 | 13343931396 | 03-28 03:22PM | 00'48" | ECM | 005/005 | [ O.K ] |
| 477 | 12058030053 | 03-28 03:25PM | 01'38" | G3 | 005/005 | [ O.K ] |
| 478 | 12514600495 | 03-29 10:02AM | 01'54" | ECM | 013/013 | [ O.K ] |
| 479 | 13342237069 | 03-29 10:46AM | 00'44" | ECM | 005 | [ O.K ] |
| 480 | 13343537220 | 03-29 11:12AM | 00'38" | ECM | 004/004 | [ O.K ] |
| 481 | 12058798831 | 03-29 01:07PM | 00'59" | ECM | 004/004 | [ O.K ] |
| 482 | 18662811366 | 03-29 01:09PM | 00'38" | ECM | 004/004 | [ O.K ] |
| 483 | 18508944999 | 03-29 01:44PM | 00'34" | ECM | 002 | [ O.K ] |
| 484 | 18507696121 | 03-29 01:45PM | 00'34" | ECM | 002/002 | [ O.K ] |
| 485 | 18503862430 | 03-29 01:46PM | 00'28" | ECM | 002/002 | [ O.K ] |
| 486 | 18507847756 | 03-29 01:47PM | 00'22" | ECM | 002/002 | [ O.K ] |
| 487 | 12516941998 | 03-29 02:01PM | 00'20" | ECM | 002/002 | [ O.K ] |
| 488 | 12052141147 | 03-30 01:58PM | 01'16" | ECM | 005/005 | [ O.K ] |
| 489 | 6993500 | 03-30 02:50PM | 00'32" | ECM | 003/003 | [ O.K ] |
| 490 | 6993500 | 03-30 02:52PM | 00'12" | ECM | 001 | [ O.K ] |
| 491 | 13039782808 | 04-02 10:34AM | 00'00" | G3 | 000 | [ STOP PRESSED ] |
| 492 | 13039782808 | 04-02 10:34AM | 00'26" | ECM | 002/002 | [ O.K ] |
| 493 | 13348213191 | 04-02 12:51PM | 00'48" | ECM | 004 | [ O.K ] |
| 494 | 18662811366 | 04-02 01:42PM | 00'26" | ECM | 003/003 | [ O.K ] |
| 495 | 12058222057 | 04-02 02:36PM | 00'28" | ECM | 002/002 | [ O.K ] |
| 496 | 16785667554 | 04-02 03:08PM | 01'38" | ECM | 014 | [ O.K ] |
| 497 | 12053289206 | 04-03 08:58AM | 00'58" | ECM | 006 | [ O.K ] |
| 498 | 6993500 | 04-03 09:39AM | 01'18" | ECM | 009/009 | [ O.K ] |
| 499 | 12066662799 | 04-03 01:44PM | 00'40" | ECM | 002/002 | [ O.K ] |
| 500 | 13347457673 | 04-03 03:13PM | 00'34" | ECM | 002 | [ O.K ] |
| 501 | 13342695055 | 04-04 08:07AM | 00'00" | G3 | 000 | [ STOP PRESSED ] |
| 502 | 13342690360 | 04-04 08:10AM | 00'26" | ECM | 002/002 | [ O.K ] |
| 503 | 14109661537 | 04-04 08:45AM | 00'00" | ECM | 005 | [ O.K ] |

TOTAL TIME :     00:37:56

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM, as mother and )
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased )
Minor Child,
)
     *Plaintiffs,*
)
v.                             Civil Action No.: 2:06-CV-00083-LES-CSC
)                         (Lead Case)
PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION, )

     *Defendants.*              )

## PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.     Name of Plaintiff or decedent:

     **Jessie Moore**
     **Dianne Moore, deceased**

II.     Social Security Number of Plaintiff:

     **9867**

III.     If Plaintiff is a minor, or Plaintiff is an executor or administrator, the name of the person completing this form is:

     **Jessie Moore**

IV.     Relationship to Plaintiff:

     **Widow and Administrator of the Estate of Dianne Moore, deceased**

V.     Present address of person completing this form:

     **4583 County Road 89**
     **Florala, Alabama 36442**

1.     **Residence:** List each address that the Plaintiff (or decedent, or minor) resided at between 1950 and the present:

**Post Office Box 98**
**Lockhart, Alabama**
**From approximately 1959 to 1961**

**Railroad Avenue**
**Florala, Alabama**
**From approximately 1961 to 1971**

**Route 2 Box 99**
**Florala, Alabama**
**From approximately 1971 to 1980**

**Lake Wells, Florida**
**From approximately 1980 to 1989**

**4583 County Road 89**
**Florala, Alabama**
**From approximately 1989 to the present**

2.    **Personal Injury Claims:**  The illness, injury or condition that the Plaintiff claims was suffered as a result of exposure to materials emanating from Defendants' operation at the facility:

Primary illness:
**Rectal cancer**

Other conditions:
**None**

If death, cause of death and date:
**Rectal cancer**
**August 24, 2004**

A.    List the name and address of each physician who has treated the Plaintiff, or decedent, and the dates on which the physician examined them.  If you cannot provide precise dates, please provide the dates as best as you can describe.

(i)    **Paul W. Adams, M.D.**
**Tri-State Cancer Center**
**4274 West Main Street**
**Dothan, Alabama 36303**
**Treated from 7/2000 through 9/2000**

(ii)    **Rafael Mayor, M.D.**
**Dothan Hematology and Oncology**
**4300 West Main Street, Suite 405**

Dothan, Alabama 36305
Treated from 7/2000 through 12/2000
Dates of examination:
07/25/2000
08/15/2000
09/06/2000
11/02/2000
11/08/2000
11/20/2000
12/11/2000

(iii)   O.D. Mitchum, M.D.
        Wiregrass Hospital
        Geneva, Alabama
        Treated beginning 9/2000

(iv)    Dale G. Mitchum, M.D.
        100 West Lake Professional Park
        Geneva, Alabama
        Treated beginning 7/2000

(v)     Sasikumar Vishwanath, M.D.
        24245 5th Avenue
        Florala, Alabama 36442

B.      The date on which the illness or disease causing death was first suffered
(diagnosed) by the Plaintiff, decedent or minor:

        7/2000

C.      The identity and concentration of the materials and substances which
Plaintiff claims caused the disease are included in Plaintiffs' master response.

D.      Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff
(or decedent) was exposed at the residence listed above and at the following locations:

E.      The basis for concluding that the injury causing materials emanated from
the facility and a description of the environmental pathway is included in Plaintiffs' master
response.

3.      **Property Damage Claims:** List any property damages or contamination,
whether on Plaintiffs' behalf, or on behalf of a decedent's estate:

A.      The legal or equitable owner of the damaged or contaminated property:

        **Jessie Moore**

      B.     The street address of the property:

**4583 County Road 89**
**Florala, Alabama 36442**

Date property acquired: **Approximately 1989**
Date property sold, if applicable: **N/A**

If you own more than one parcel of property, attach additional sheets including the information required:

      C.     Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property which is included in Plaintiffs' master response.

      D.     The time period over which the material emanated from the facility is included in Plaintiffs' master response.

      E.     List any other cause or source of property damage unrelated to the facility:

Any other unrelated source identified by an expert will be included in Plaintiffs' master response.

      F.     The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for purpose. Information providing calculations for value of the property after contamination are contained in Plaintiffs' master response.

4.     The names and addresses of each expert who has been employed to testify on behalf of Plaintiffs on issues of causation and damages are included in Plaintiffs' master response.

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

*Jessie R. Moore*

OR

Plaintiff

_____ , As guardian/parent of _____ , a minor child.

OR

_____ , As administrator or executor of the estate of *Dianne Moore*

deceased.

8

# EXHIBIT "C"

## SWORN AFFIDAVIT OF JESSIE MOORE

STATE OF ALABAMA

COUNTY OF COVINGTON

1.  I, the undersigned, Jessie Moore, being first duly sworn, depose and say:

2.  I am now a resident citizen of Covington County, in the State of Alabama.  I am the surviving spouse of Dianne Moore.

3.  I am currently involved in the pending litigation entitled <u>M.C. v. Pactiv Corporation, et al (LEAD CASE)</u>, case number 2:06-CV-83 in the U.S. District Court for the Middle District of Alabama.

4.  Since my wife's death, I have had extreme emotional difficulties in dealing with day-to-day tasks and particularly with matters involving my deceased wife.

5.  As such, for the reasons listed above and due to the fact that I was unclear as to who was representing me in this matter, I did not respond to or provide the necessary information to the correct attorney in a timely manner.

Further Affiant Sayeth Not.

_Jessie R. moore_
Jessie Moore

Sworn to and subscribed before me this, the 22nd day of May, 2007.

_____
Notary Public
My commission expires: _____

LYNDSEY A. CLARK
NOTARY PUBLIC
STATE OF ALABAMA
MY COMMISSION EXPIRES
MAY 25, 2008

1