**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

May 29, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:    M.C., et al. v. Louisiana-Pacific Corporation, et al.**

**Case Number: 2:06-cv-83-LES**

**Document #243 -  Motion**

**Notice of Correction is filed this date to advise that the exhibits attached to the referenced document were e-filed containing information which should have been redacted. They have been replaced with a redacted copy.**

**The redacted version of the pdf document is attached to this Notice.**