```
         IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motions of plaintiffs Cedric Alphonso Williams and Jessie Moore (Filing Nos. 242 and 243) to reinstate. Defendants have advised the Court that they have no objection. The Court finds said motions should be granted. Accordingly,

IT IS ORDERED that the motions of plaintiffs Cedric Alphonso Williams and Jessie Moore are granted; these plaintiffs are reinstated.

DATED this 5th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court