IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C, a minor, by and through her mother and next friend, GAIL TATUM, | )<br>)<br>)Case No. 2:06-cv-83-LES<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| PACTIVE CORPORATION, ET AL., | )<br>) |
| Defendants. | ) |

### MOTION TO WITHDRAW

COMES NOW the undersigned counsel of record in the above referenced cause, W. Lee Gresham, III, and respectfully moves this Honorable Court for leave to withdraw from the following cases:

> 2:06-cv83-LES M.C. v. Pactiv Corp., et al
> 2:06-cv84-LES Phillips v. Pactiv Corp., et al
> 2:06-cv85-LES Thompson v. Pactiv Corp., et al
> 2:06-cv86-LES Edwards v. Pactiv Corp., et al
> 2:06-cv186-LES Madden v. Pactiv Corp., et al
> 2:06-cv187-LES Davis v. Pactiv Corp., et al
> 2:06-cv188-LES Douglas v. Pactiv Corp., et al
> 2:06-cv189-LES Thompson v. Pactiv Corp., et al
> 2:06-cv190-LES Kelley v. Pactiv Corp., et al
> 2:06-cv191-LES Cravey v. Pactiv Corp., et al
> 2:06-cv680-LES Brooks v. Pactiv Corp., et al
> 2:06-cv758-LES Lawrence v. Pactiv Corp., et al
> 2:06-cv904-LES K.C. v. Pactiv Corp., et al
> 2:07-cv51-LES Caver v. Pactiv Corp., et al

and as grounds thereto says as follows:

    1.    That the undersigned counsel is no longer practicing with Environmental Litigation Group, P.C., counsel for the named Plaintiffs in these cases.

2. That Environmental Litigation Group, P.C. will continue to handle the above- referenced matters on behalf of the named Plaintiffs.

3. That none of the parties to these cases will be prejudiced if the undersigned counsel is allowed to withdraw from these cases.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully moves this Court to enter an Order granting him leave to withdraw from the above- referenced cases.

/s/ W. Lee Gresham, III
W. Lee Gresham, III (GRE054)

OF COUNSEL:
HENINGER, GARRISON & DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone:   (205) 326-3336
Facsimile:   (205) 326-3332
Lee@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 12th day of June, 2007, electronically filed the foregoing Notice of Appearance with the Clerk of this Court using CM/ECF system which will send notice of such filing to the following attorneys of record:

/s/ W. LEE GRESHAM, III (GRE054)
Of Counsel

For Pactiv Corporation:
H. Thomas Wells, Jr.
John A. Earnhardt
Maynard, Cooper & Gale, P.C
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

For Louisiana-Pacific Corporation:
Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

cc:   W. Eason Mitchell
      Colon Law Firm
      P.O. Box 866
      Columbus, MS 39703

      Gregory A. Cade
      Environmental Litigation Group, P.C.
      3529 7th Avenue South
      Birmingham, AL 35222