**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

June 12, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   M.C. v. Pactiv Corporation, et al**

**Case Number:   2:06-cv-00083-LES (LEAD CASE)**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to reflect as to lead and member cases. Individual motions filed erroneously in member cases have been terminated as docketing errors.**

**The correct PDF document in the lead case is attached to this notice for your review. Reference is made to document # 246  filed on   June 11, 2007.**