# The Colom Law Firm, L.L.C.

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
SHIRLEY C. BYERS
CHARLES T. BRANT**†
CHARLIE R. WAITS, III*
EDWARD L. PLEASANTS, III
CRYSTAL R. GRIFFIN‡

ADMITTED IN:
ALABAMA*
GEORGIA**
DISTRICT OF COLUMBIA†
TEXAS‡

MAILING ADDRESS:
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

January 2, 2007
VIA FACSIMILE & U.S. MAIL

Bernard Taylor, Sr., Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7777 (fax)

Douglas Sheppard Arnold, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7777 (fax)

Re:   M.C. v. PACTIV Corporation and L-P Corporation

Gentlemen:

   I have not received the Rule 26(D) (insurance agreements) from either of you. As I related to B.T., before Christmas, a list of companies is not sufficient. This is especially true when I am aware of changing interpretations of pollution exclusions, which may or may not exist, in some of those policies. Also, if there are any "side bar agreements," reinsurance agreements, or indemnification or release agreements that change or modify responsibility under insurance agreements, those would be relevant and required as well.

   Plaintiffs will pay for the costs of copying and shipment of the insurance agreements. Please let me know if advanced payment is required.

Bernard Taylor, Sr., Esq.
Douglas Sheppard Arnold, Esq.
January 2, 2007
Page 2

---

      I look forward to hearing from you. When do you expect that you will be able to supply the copies? I have calendared this for one week to await your reply.

                                                Sincerely yours,

                                                W. Eason Mitchell

WEM/knw
cc:   John C. Berghoff, Jr., Esq. (312) 701-7711 (fax)
       Gregory A. Cade, Esq.
       Robert L. Palmer, Esq.
74072.wpd

## The Colom Law Firm, L.L.C.

200 6ᵗʰ STREET NORTH
COLUMBUS, MS 39701-3917

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
SHIRLEY C. BYERS
CHARLES T. BRANT**†
CHARLIE R. WAITS, III*
EDWARD L. PLEASANTS, III
CRYSTAL R. GRIFFIN‡

ADMITTED IN
ALABAMA*
GEORGIA**
DISTRICT OF COLUMBIA†
TEXAS‡

MAILING ADDRESS:
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4632
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

## FACSIMILE TRANSMISSION

| | | |
|---|---|---|
| TO: | Bernard Taylor, Sr. | 404-881-7777 |
| | Douglas Sheppard Arnold | 404-881-7777 |
| | John C. Berghoff, Jr. | 312-701-7711 |
| | Gregory A. Cade | 205-328-9206 |
| | Robert L. Palmer | 205-328-9206 |
| FROM: | W. Eason Mitchell | |
| DATE: | January 2, 2007 | |
| RE: | Florala Litigation | |

MESSAGE: See attached letter regarding Rule 26(D)

ITEMS TRANSMITTED: Cover Page and 2 page letter of 1/2/07 to Taylor and Arnold

This transmission consists of a total of (3) page(s) (including this cover page). If you have any problems with this transmission, please call (662) 327-0903 and ask for Karen.

RLP, GAC

CONFIDENTIALITY NOTICE: This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the document.