*The Colom Law Firm, L.L.C.*

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
EDTRIK BAKER‡

ADMITTED IN:
ALABAMA*
GEORGIA*
FLORIDA‡
DISTRICT OF COLUMBIA†

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39702-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKWON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

April 26, 2007

VIA FACSIMILE & U.S. MAIL
FACSIMILE NO. 404-881-7777

Orlyn B. Lockard, III, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re: *M.C. v. PACTIV Corporation and L-P Corporation*
    Prior Document Production

Dear Skip:

    I did see some documents which were arguably privileged when I inspected them in Atlanta, but assumed them to be subject to certain exceptions and therefore provided purposely. I have already acted on some of this material, particularly the Anchorage, Alaska, insurance litigation material, which I suspected would exist.

    If you will send me your list of documents produced by mistake, I will honor your request, or allow a judicial review, before any use. How long do you think it will take to get a list to me?

    Also, while you are working on a review of your client's Rule 26 documents, would you please get me a copy of any documents that affect liability under those insurance policies that I requested earlier?

    I normally photograph or reference "hot" documents during my initial review. It will be interesting to see if I missed anything in these hundreds of thousands of pages during the six hours that I spent with them. I will wait

Orlyn B. Lockard, III, Esq.
April 26, 2007
Page 2

---

at least two weeks from the date of your letter before further reviewing the documents that I received. If you would like, I can prepare a list for you of anything that you might want to look at a second time; but it will be awhile before I can get that task accomplished.

It can happen to anyone and frequently does. I will be happy to cooperate to "undo" any mistaken document production, please just me km know your concerns.

Sincerely yours,

W. Eason Mitchell

WEM/knw
80201.wpd