# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Orlyn O. Lockard, III          Direct Dial: 404-881-7126          E-mail: skip.lockard@alston.com

May 10, 2007

**VIA E-MAIL AND U.S. MAIL**

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
200 Sixth Street North
Suite 102
Columbus, MS  39701

       Re:     **Lockhart, Alabama Litigation**

Dear Eason:

       Your April 26, 2007 letter requests "any documents that affect liability under [Louisiana-Pacific's] insurance policies." Consistent with Fed. R. Civ. P. 26(a)(1)(D), we previously provided you with copies of those insurance policies in our client's possession "under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action."

       We believe that production satisfied our client's Initial Disclosure obligations. If you have any legal authority suggesting that your clients are entitled to anything beyond what has already been provided, we would be glad to review it and confer with you further.

                                                                       Sincerely,

                                                                     Skip Lockard

OOL:mos

Bank of America Plaza      90 Park Avenue      3201 Beechleaf Court, Suite 600      The Atlantic Building
101 South Tryon Street, Suite 4000      New York, NY 10016      Raleigh, NC 27604-1062      950 F Street, NW
Charlotte, NC 28280-4000      212-210-9400      919-862-2200      Washington, DC 20004-1404
704-444-1000      Fax: 212-210-9444      Fax: 919-862-2260      202-756-3300
Fax: 704-444-1111                Fax: 202-756-3333

W. Eason Mitchell, Esq.
May 10, 2007
Page 2

    cc:    (All via email only)
           Greg Cade
           Bernard Taylor
           Doug Arnold