## The Colom Law Firm, L.L.C.

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
EDTRIK BAKER‡

ADMITTED IN
ALABAMA*
GEORGIA*
FLORIDA‡
DISTRICT OF COLUMBIA†

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39702-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKWON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

May 11, 2007

VIA FACSIMILE & U.S. MAIL
FACSIMILE NO. 404-881-7777

Orlyn B. Lockard, III, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re:  *M.C. v. PACTIV Corporation and L-P Corporation*

Dear Skip:

    I have received your letter of May 10, 2007, a copy of which is attached for reference. I am also aware that your client has already litigated coverage under these policies and has, in fact, entered into a settlement agreement with their insurers, which affects coverage under the policies that you provided for us to inspect under Rule 26.

    In the event your client has not told you about their settlement which allows coverage under the policies that you provided to me, you may verify this by looking at the settlement which resulted in an order in the United States District Court for the District of Alaska, case numbers A02-0102-CV(JWS) and A01-0223-CV-JWS, which was entered March 15, 2004.

    My authority is that you were required to provide coverage in this case. You provided the policy, but did not provide the "agreement" as required by the rule. Also, it seems deceptive to provide an insurance

Orlyn B. Lockard, III, Esq.
May 11, 2007
Page 2

---

policy without providing the agreement which substantially changes, alters or abrogates coverage under the policy provided.

Please let me know whether or not your client intends to comply with our reasonable request for Rule 26 information.

Sincerely yours,

*Sent Without Signature To Avoid Delay*

W. Eason Mitchell

WEM/knw
Enclosure
cc:   John C. Berghoff, Jr., Esq.
      Gregory A. Cade, Esq.
      Robert L. Palmer, Esq.
      Wilbur O. Colom. Esq.
80846.wpd