# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

**Orlyn O. Lockard, III**  Direct Dial: 404-881-7126  E-mail: skip.lockard@alston.com

May 24, 2007

**VIA E-MAIL AND U.S. MAIL**

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

Re: **Lockhart, Alabama Litigation**

Dear Eason:

    We received your May 11, 2007 letter re-requesting additional insurance information as part of our client's Initial Disclosures. Rule 26(a)(1)(D), which governs the production of insurance agreements in the context of Initial Disclosures, provides that parties must produce "any <u>insurance agreement</u> under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action." Our understanding is that this provision requires production of potentially applicable insurance policies, but does not require production of settlement agreements or other documents. *See, e.g., Excelsior College v. Frye*, 233 F.R.D. 583 (S.D. Cal. 2006).

    Therefore, we respectfully disagree with your interpretation of Rule 26(a)(1)(D) and believe that our client has satisfied its Initial Disclosure requirements. We also consider your suggestion that our client's production of insurance documents was in any way "deceptive" to be completely unfounded. Again, if you have any legal authority suggesting that you are entitled to any further information under Rule 26(a)(1)(D) beyond the insurance documents already provided, we would be happy to review it.

Bank of America Plaza    90 Park Avenue    3201 Beechleaf Court, Suite 600    The Atlantic Building
101 South Tryon Street, Suite 4000    New York, NY 10016    Raleigh, NC 27604-1062    950 F Street, NW
Charlotte, NC 28280-4000    212-210-9400    919-862-2200    Washington, DC 20004-1404
704-444-1000    Fax: 212-210-9444    Fax: 919-862-2260    202-756-3300
Fax: 704-444-1111          Fax: 202-756-3333

W. Eason Mitchell, Esq.
May 24, 2007
Page 2

Sincerely,

*[signature]*

Skip Lockard

OOL:mos
cc:    (All via email only)
       Greg Cade
       Bernard Taylor
       Doug Arnold