

Mark E. Ashburn, Esq.
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8234

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KETCHIKAN PULP COMPANY and LOUISIANA-PACIFIC CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) Case No. A01-223 Civil [JWS] )     (CONSOLIDATED) |
| vs. | ) ) **SUPPLEMENTAL STATUS REPORT** |
| ACE INDEMNITY INSURANCE COMPANY, formerly known as Alaska Pacific Assurance Company; GRANITE STATE INSURANCE COMPANY; THE INSURANCE COMPAY OF THE STATE OF PENNSYLVANIA; and NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

ASHBURN & MASON
LAWYERS
A PROFESSIONAL CORPORATION
SUITE 100
1130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

103

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and NEW HAMPSHIRE INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>vs.<br><br>LOUISIANA-PACIFIC CORPORATION, ACE INDEMNITY INSURANCE COMPANY, and DOES 1-100,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A02-0102 Civil [JKS]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to the order of this Court, plaintiffs Ketchikan Pulp Company and Louisiana Pacific Corporation file this supplemental status report. On November 10, 2003, plaintiffs reported that they had reached a settlement in principle with defendants Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company. In December of 2003, plaintiffs reached a settlement in principle with ACE Indemnity Insurance Company.

      Settlement Agreements have been executed by the parties, and the parties expect to file a Stipulation of Dismissal shortly.

ASHBURN & MASON
LAWYERS
PROFESSIONAL CORPORATION
SUITE 100
130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
907) 276-4331
FAX (907) 277-8235

SUPPLEMENTAL STATUS REPORT
Ketchikan Pulp, et al., v. Ace Indemnity, et al., Case No. A01-223 Civil [JWS] (Consolidated)    Page 2 of 4

ASHBURN & MASON, P.C.
Attorneys for Plaintiffs Ketchikan Pulp
Company and Louisiana-Pacific Corporation

DATED: 2-20-04                By: /s/ Mark E. Ashburn
                              Mark E. Ashburn
                              Alaska Bar No. 7405017

Jerold Oshinsky, Esq.
Robin L. Cohen, Esq.
Kenneth H. Frenchman, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Phone: (202) 785-9700

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing were (X) mailed
( ) hand delivered ( ) faxed February 20, 2004, to the following
attorneys/parties of record:

Steven Soha, Esq.
Soha & Lang
701 Fifth Avenue, Suite 2400
Seattle, WA 98104

Clay A. Young, Esq.
Delaney Wiles Hayes Gerety
 Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

W. David Campagne, Esq.
Sinnott Dito Moura & Puebla, PC
555 Montgomery Street, Suite 720
San Francisco, CA 94111-3910

ASHBURN & MASON
LAWYERS
PROFESSIONAL CORPORATION
SUITE 100
130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

SUPPLEMENTAL STATUS REPORT
Ketchikan Pulp, et al., v. Ace Indemnity, et al., Case No. A01-223 Civil [JWS] (Consolidated)                Page 3 of 4

Kenneth H. Frenchman, Esq.
Robin L. Cohen, Esq.
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW
Washington, DC 20037-1526

ASHBURN & MASON

By: *[signature: Debbie Traver]*
Debbie Traver

N:\dat\9641\Status Report 3 (040220).doc

ASHBURN & MASON
LAWYERS
PROFESSIONAL CORPORATION
SUITE 100
30 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235