

2004 MAR 12 PM 2: 25

Mark E. Ashburn, Esq.
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8234

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KETCHIKAN PULP COMPANY<br>and LOUISIANA-PACIFIC<br>CORPORATION,<br><br>           Plaintiffs,<br><br>vs.<br><br>ACE INDEMNITY INSURANCE<br>COMPANY, formerly known as Alaska<br>Pacific Assurance Company; GRANITE<br>STATE INSURANCE COMPANY;<br>THE INSURANCE COMPAY OF THE<br>STATE OF PENNSYLVANIA; and<br>NEW HAMPSHIRE INSURANCE<br>COMPANY,<br><br>           Defendants. | Case No. A01-223 Civil [JWS]<br>     (CONSOLIDATED)<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiffs Ketchikan Pulp Company and Louisiana-Pacific Corporation, through

their counsel of record, and defendants Granite State Insurance Company, the Insurance

Company of the State of Pennsylvania, and New Hampshire Insurance Company, through their counsel of record, and defendant ACE Indemnity Insurance Company, through its counsel of record, all stipulate and agree to the dismissal of this consolidated action with prejudice, with each party to bear its own costs and fees.

ASHBURN & MASON, P.C.
Attorneys for Plaintiffs Ketchikan Pulp
   Company and Louisiana-Pacific Corporation

DATED: March 12, 2004            By: _____
                                     Mark E. Ashburn
                                     Alaska Bar No. 7405017

Jerold Oshinsky, Esq.
Robin L. Cohen, Esq.
Kenneth H. Frenchman, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Phone: (202) 785-9700


DELANEY WILES HAYES GERETY ELLIS
& YOUNG, INC.
Attorneys for Defendants Granite State Ins. Co.,
The Insurance Co. of the State of Pennsylvania,
and New Hampshire Insurance Co.

ASHBURN & MASON
LAWYERS
A PROFESSIONAL CORPORATION
SUITE 100
1130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

DATED: 3/12/04                   By: _____
                                     Clay A. Young
                                     Alaska Bar No. 7410117

STIPULATION FOR DISMISSAL
Ketchikan Pulp, et al., v. Ace Indemnity, et al., Case No. A01-223 Civil [JWS] (Consolidated)            Page 2 of 3

W. David Campagne, Esq.
Sinnott Dito Moura & Puebla
Two Embarcadero Center, Suite 2330
San Francisco, CA 94111-3910

SOHA & LANG
Attorneys for Defendant ACE Indemnity
  Insurance Company, formerly known as
  Alaska Pacific Assurance Company

DATED: March 11, 2004     By: _____
                              Michael R. O'Clair

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing were (X) mailed ( ) hand delivered ( ) faxed March ~~10,~~ 2004, to the following attorneys/parties of record:  12, dr

Steven Soha, Esq.
Soha & Lang
701 Fifth Avenue, Suite 2400
Seattle, WA 98104

Clay A. Young, Esq.
Delaney Wiles Hayes Gerety
 Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

W. David Campagne, Esq.
Sinnott Dito Moura & Puebla, PC
555 Montgomery Street, Suite 720
San Francisco, CA 94111-3910

Kenneth H. Frenchman, Esq.
Robin L. Cohen, Esq.
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW
Washington, DC 20037-1526

ASHBURN & MASON

By: _____
    Debbie Traver

**ASHBURN & MASON**
LAWYERS
A PROFESSIONAL CORPORATION
SUITE 100
1130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

N:\dat\9641\Stipulation for Dismissal (040310).doc

STIPULATION FOR DISMISSAL
Ketchikan Pulp, et al., v. Ace Indemnity, et al., Case No. A01-223 Civil [JWS] (Consolidated)          Page 3 of 3