Mark E. Ashburn, Esq.
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8234

**FILED**

MAR 1 5 2004

UNITED ... COURT
By_____ _____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KETCHIKAN PULP COMPANY<br>and LOUISIANA-PACIFIC<br>CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACE INDEMNITY INSURANCE<br>COMPANY, formerly known as Alaska<br>Pacific Assurance Company; GRANITE<br>STATE INSURANCE COMPANY;<br>THE INSURANCE COMPAY OF THE<br>STATE OF PENNSYLVANIA; and<br>NEW HAMPSHIRE INSURANCE<br>COMPANY,<br><br>    Defendants. | ) Case No. A01-223 Civil [JWS]<br>)   (CONSOLIDATED)<br>)<br>) **ORDER GRANTING**<br>) **STIPULATION FOR DISMISSAL** |

ASHBURN & MASON
LAWYERS
A PROFESSIONAL CORPORATION
SUITE 100
1130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

The parties having stipulated and agreed to the dismissal of this consolidated action with prejudice, with each party to bear its own costs and fees, and the Court being advised in the matter,

IT IS HEREBY ORDERED that this case is hereby DISMISSED.

DATED: 3-12-04

Hon. John W. Sedwick
United States District Court Judge

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing were (X) mailed ( ) hand delivered ( ) faxed March 12, 2004, to the following attorneys/parties of record:

Steven Soha, Esq.
Soha & Lang
701 Fifth Avenue, Suite 2400
Seattle, WA 98104

Clay A. Young, Esq.
Delaney Wiles Hayes Gerety
 Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

W. David Campagne, Esq.
Sinnott Dito Moura & Puebla, PC
555 Montgomery Street, Suite 720
San Francisco, CA 94111-3910

Kenneth H. Frenchman, Esq.
Robin L. Cohen, Esq.
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW
Washington, DC 20037-1526

A01-0223--CV (JWS)   3-15-04
✓ M. ASHBURN (ASHBURN)
✓ C. YOUNG (DELANEY)
/ S. SOHA
✓ A02-102 CV (JWS)

ASHBURN & MASON
By: Debbie Traver
N:\dat\9641\Stipulation for Dismissal O (040310).doc

ASHBURN & MASON
LAWYERS
A PROFESSIONAL CORPORATION
SUITE 100
1130 WEST SIXTH AVENUE
ANCHORAGE, ALASKA
99501-5914
(907) 276-4331
FAX (907) 277-8235

ORDER GRANTING STIPULATION FOR DISMISSAL
Ketchikan Pulp, et al., v. Ace Indemnity, et al., Case No. A01-223 Civil [JWS] (Consolidated)   Page 2 of 2