```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother   )
and Administratrix of the       )
Estate of MELANIE CHAMBERS, a   )
deceased minor child,           )
                                )
              Plaintiff,        )  CIVIL ACTION NO. 2:06CV83-LES
                                )         (LEAD CASE)
      v.                        )
                                )
PACTIV CORPORATION and          )              ORDER
LOUISIANA-PACIFIC CORPORATION,  )
                                )
              Defendants.       )
_____)
```

The Court has determined a conference with counsel might aid the progression of these matters. Accordingly,

IT IS ORDERED:

1) A conference with counsel is scheduled for:

**Friday, June 22, 2007, at 11 a.m.**

The individuals participating shall be in a position to commit their clients to any progression schedule established. The parties may participate by telephone, and counsel for plaintiffs shall make the appropriate arrangements. If the parties wish to appear in Omaha, they shall so advise the Court on or before June 15, 2007 by telephoning this office: (402) 661-7320.

2) All parties shall be prepared to discuss selection of the cases to be tried. The Court previously ordered that the first five cases filed will be scheduled for trial. Defendants

have noted an objection, suggesting that each side select two cases, and the resulting four then would be progressed for trial. No response to this alternative has been made by plaintiffs, and this alternative should be discussed and resolved.  A discovery schedule and trial date will be selected during the conference.

DATED this 14th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court