IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child, | ) ) ) |
| Plaintiff | ) Civil Action No. ) 2:06-cv-00083-LES-CSC |
| v. | ) (Lead Case) ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' JOINT MOTION FOR VERIFICATION OF LONE PINE RESPONSES

This Court's Order dated January 8, 2007 (docket no. 182) required each Plaintiff asserting personal injury or property damage claims to provide specific information regarding their claims in a signed document. Plaintiffs' counsel served Defendants with a signed response for Plaintiff John Roberts (attached as Exhibit A) indicating that (i) Mr. Roberts asserts a property damage claim, and (ii) the alleged value of his property is $800,000. At his recent deposition, however, Mr. Roberts testified that he is _not_ asserting a property damage claim and is completely unaware of any contamination on his property (located seven miles from the Facility). Mr. Roberts further testified that he never wrote or verified the $800,000 property value and that the handwriting on that portion of the response was not his:

> Q:  [I]s that your handwriting where you filled in the value of the property before contamination was $800,000?
>
> A:  I did not write that in there.
>
> Q:  Okay. Do you know who did write that in there?
>
> A:  No, I do not.

13383825.1

> Q: Okay. Did you give that information to anybody?
>
> A: No, I did not.
>
> Q: Okay. Just looking at page 7 there, going through C, D, E, and F, is any of that written in your handwriting?
>
> A: Yes. The – the portion, other than the amount wrote in there, is all of my handwriting.
>
> Q: Okay. So you put in 1,200 square feet, and you put 114-acres. And there's farming, and is that pasture?
>
> A: Pasture.
>
> Q: Farming, pasture. Okay. All right. Do you know who put in the $800,000?
>
> A: I do not.
>
> Q: Do you agree with that number?
>
> A: No.
>
> Q: Okay. What would you put in there, if anything?
>
> A: I hadn't really thought about it. I mean, that's the reason, when I filled it out, I left it blank. I mean –
>
> Q: Okay. Are you aware, sir – has anybody told you that there is contamination associated with the facility on any of the 114-acres that are yours?
>
> A: No, sir.

Deposition of John Roberts at 165:2-23, 166:1-14 (attached as Exhibit B); John Roberts deposition video (Disc 4) at 14:04:34 to 14:06:41.[1]

---

[1] For the Court's convenience, the video recording of the testimony cited above has been excerpted onto a DVD and is being submitted via overnight delivery to the Clerk of Court, along with a hard copy of this Motion, for filing.

13383825.1

Based on Mr. Roberts' testimony, there has been an unauthorized alteration of his response. Whatever the reason, the integrity and reliability of the Court-ordered Lone Pine process are completely undermined. Unfortunately, these responses cannot now be relied upon by anyone – Defendants' counsel, Plaintiffs' counsel, or the Court. Defendants have spent considerable time and incurred substantial costs reviewing the 954 Lone Pine responses timely provided by Plaintiffs. Defendants are relying on the content of those responses not only for future trial Plaintiff selection, but also for general discovery (*i.e.*, identifying Plaintiffs who claim to have worked at the facility), expert analysis (*i.e.*, analyzing the type and frequency of health conditions purportedly linked to the facility), trial preparation, and evaluating the overall strength and magnitude of Plaintiffs' claims for use in considering possible opportunities for resolution.

To restore integrity and reliability to Plaintiffs' responses to this Court's Order, Defendants request that the Court impose such relief and sanctions as it deems appropriate, including, but not limited to, requiring Plaintiffs' counsel to have each individual Plaintiff provide a notarized verification that their previously-submitted Lone Pine response is unchanged, true, and correct.[2]

---

[2] To be clear, Defendants do not seek sanctions against Mr. Roberts (or any other named Plaintiff), as Defendants do not believe that Mr. Roberts is in any way responsible for the false information on his Lone Pine response.

Respectfully submitted this <u>18th</u> day of June, 2007.

<div style="margin-left:auto">

<u>John C. Berghoff, Jr.</u>
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

*Counsel for Defendant Pactiv Corporation*

</div>

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
E. Bryan Nichols
Alabama Bar No. NIC036
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com
bnichols@maynardcooper.com

*Additional counsel for Defendant
   Pactiv Corporation*

4

13383825.1

                                                            <u>Bernard Taylor</u>
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

5

13383825.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>18th</u> day of June, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

        /s/Orlyn O. Lockard, III
        Of Counsel

13383825.1