IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                              PLAINTIFF

VERSUS                  CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                    (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.  Name of Plaintiff, or decedent:
    *John I. Roberts*

II. Social Security Number of Plaintiff: *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*

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:
    *John I. Roberts*

IV. Relationship to plaintiff:
    _____

V.  Present address of person completing this form:
    *John I Roberts*
    *2829 Easy Street Road*
    *Florala, Ala. 36442*

1.  **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:
    *Same up to 1963*
    *1963 to 1970 US ARMY   Fort Benning, Ga*
    *Fort Dix, New Jersey*
    *Fort Myers, Va.*
    *1970 to 2007 Same*

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| Florala, AL 36442 | 1948 | 1968 |
| 2829 Easy Street Rd | 1970 | 2007 |
| U.S. Army | 1968 | 1970 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: _Kidney problems_

Other Conditions: _High Blood Pressure_
_High Chlorestrol_
_Kidney stones & operations_

If death, cause of death and date:

_____    _____
Cause of Death                             Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)  _J. F. Holley_
Name of Physician
_Lake View Hospital_
Name of Clinic or Hospital
Address: _Florela, Ala._
_____

Dates treated:
from ___/_62_ to ___/_63_
     Month Year      Month Year
Dates of examination:   ?     _Blood Poison_
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(ii)  _Wheeler Gunnels_
Name of Physician
_Opp Mizell Memorial_
Name of Clinic or Hospital
Address: _Opp Ala_

3

Dates treated:
from ___/_70_   to ___/_73_
    Month Year      Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(iii) _Dr. Potter_____
Name of Physician
_Florala Memorial Hospital_
Name of Clinic or Hospital
Address: _Florala, Ala._____

Dates treated:
from ___/_74_   to ___/_74_
    Month Year      Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

IV Dr. Marsh
       87

V Dr. Hodges
      1977

*Clemmons*
*Southeast Medical Center — Dothan, Ala.*
*2004*

    (iv) <u>Dr. B Vishwanath</u>
        Name of Physician

Name of Clinic or Hospital
Address: <u>Fifth Street</u>
<u>Florala, Ala.</u>

Dates treated:
from ____/_____ to ____/_____.
    Month  Year      Month  Year

Dates of examination:

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

____/____/_____
Month  Day  Year

    List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.    The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

____/____/_____
Month  Day  Year

C.    The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.    Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: *Lockhart Lumber - I.M.H. Forest, Louisiana Pacific*
    Address: *Hwy - 55, Lockhart, Ala*

Attendance for *50* (average) hours a week.
from *9 / 77* to *12 / 99*
     Month  Year       Month  Year

(ii) Name of Location: *Covington County*
     Address: *District III*
     *Florala, Ala*

Attendance for *40* (average) hours a week.
from *  / 01* to *  / 07*
     Month  Year       Month  Year

(iii) Name of Location: *Hooten Equip - John Deere*
      Address: *Florala, Ala*

Attendance for *50* (average) hours a week.
from *  / 70* to *  / 73*
     Month  Year       Month  Year

(iv) Name of Location: *International Paper Co*
     Address: *Lockhart, Ala.*

Attendance for *45* (average) hours a week.
from *  / 73* to *  / 77*
     Month  Year       Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
   _John I. Roberts_

B. The street address of the property:
   _2829 Easy Street Road_
   _Florala, Ala. 36442_

   Date property acquired:  _11 / 68_
                               Month   Year

   Date property sold, if applicable:   ___/___
                                        Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:
   _None_

   Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_800,000_

   The size of any buildings and/or homes is _1200_ square feet and the size of the real estate is _114_ acres, or _____ by _____, or other measure of size _____. The property is used for _Farming & Pastural_ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____*John D. Roberts*_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

## FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name of this plaintiff: _____

## FORM "B"

### Additional Physician or Date of Examination Information
### (You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
         _____
         _____

Dates treated:
from _____/_____        to _____/_____
     Month  Year              Month  Year
Dates of examination:
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year
         _____/_____/_____
         Month  Day    Year

Name of this plaintiff: _____

# FORM "C"

## Additional Exposure Locations and Dates of Exposure
### (You may make copies of this page if needed)

1. Name of Location: *MacDaniel Motor Co.*
   Address: *Florala, Ala.*

   Attendance for *40* (average) hours a week.
   from  / *66*   to  / *68*
     Month  Year    Month  Year

2. Name of Location: *Florala High School*
   Address: *Florala, Ala.*

   Attendance for *35* (average) hours a week.
   from *9* / *63*  to *5* / *67*
     Month  Year    Month  Year

3. Name of Location: *W. S. Harlan*
   Address: *Lockhart, Ala.*

   Attendance for *35* (average) hours a week.
   from *9* / *56*  to *5* / *63*
     Month  Year    Month  Year

4. Name of Location: _____
   Address: _____

   Attendance for ____ (average) hours a week.
   from ___ / ___   to ___ / ___
     Month  Year    Month  Year

Name of this plaintiff: _____