IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, *et al*, | ) ) | |
| Defendants. | ) | |

## ORDER

On July 12, 2006 and October 19, 2006, the court ordered a number of cases against Pactiv Corporation and Louisiana-Pacific to be consolidated for all pretrial proceedings governed by FED. R. CIV. P. 26 through 27. Since that date, two additional cases have been filed.

*2:07cv50-LES, Vann v. Pactiv Corp., et al.*
*2:07cv51-LES, Caver, et al. v. Pactiv Corp., et al.*

At this juncture, it appears that all of these cases should be consolidated for all pretrial proceedings; provided, however, that at a later date, the court may unconsolidate these cases should it become necessary. Accordingly, for good cause, it is

ORDERED that the afore-referenced cases be and are hereby CONSOLIDATED for all pretrial proceedings. It is further

ORDERED that the above-styled case be and is hereby DESIGNATED as LEAD case, and that all pleadings shall be filed only in the lead case.

The Clerk of the Court is DIRECTED to docket and place a copy of this order in each case file referenced herein.

Counsel are reminded of M.D. ALA. LR 5.1 which governs the filing of discovery materials in this district.

Done this 19th day of June 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE