# Exhibit "A"

# Statement

# of

# Melanie Chambers

FREEDOM COURT REPORTING

Page 38

VIDEO TRANSCRIPTION

Recorded Statement of:

Melanie Chambers

Date: Unknown

Transcriber: Meliaha Cornelius

Freedom Court Reporting

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

STATEMENT:

Q. So tell me about that button.

A. It is a doorbell and --

Q. Can I see it? Will you hold it and show me the button?

A. When -- I leave this part next to my bed, and if I'm hurting and I need my mom to bring me something, I just push the button, and my mom will come to me. The other part is next to her.

Q. Do you ever go kind of crazy and just keep pressing it just because you want to?

A. No. I try not to press it, and my mom will catch me up doing something, and she will say, why didn't you press your button.

Q. Could you turn off the television?

A. Turn it up or --

Q. Turn it off. It is kind of picking up a sound. So now -- how old are you?

1    A.    18.

2    Q.    You are 18?

3    A.    Yeah.

4    Q.    That is almost the exact same age
5  as my little sister.

6    A.    My older sister is 22.

7    Q.    Oh, that's crazy because I am,
8  like, 23.

9    A.    She just turned 22 the 7th of this
10 month.

11   Q.    So -- could you -- that's kinda
12 cool, huh?

13   A.    This one is saying low battery.

14   Q.    Well, it's working -- oh, no, no.
15 That just means it's on.  You see, it's got
16 a little icon one the battery right there.

17   A.    Oh, okay.

18   Q.    All right.  So let's go back to
19 the button because that's kind of neat.

20   A.    Okay.

21   Q.    So you have got that button, and
22 you press it when you need your mom.  Now,
23 how often do you press it?  How many times

1  a day do you press it?

2    A.   Normally, I don't have to press it
3  because she is back here enough.  She is
4  kind of back here about once every 15
5  minutes to check on me.  So normally, I
6  don't have to press it.  She is back here
7  enough to where if I need something, I can
8  just tell her when she comes.  But mainly
9  if I press it, I press it at night while
10 she's asleep or something, and she comes
11 back here

12    Q.   And does your mom give you your
13 medication, or do you take it yourself?

14    A.   My moms keeps it in there with her
15 because, like, my friends coming in and out
16 of my room, she -- I don't -- me nor her
17 likes for my medicine to be back here.  So
18 my mom will lay out my doses for a couple
19 of hours, and then she will come in my room
20 when I am through with that, but I don't
21 like to keep it back here.

22    Q.   How much do you take?  How much
23 medicine do you take?  Is that it right

1  there?  Is that a does?
2     A.   I have to take two, eight milligram
3  Volodids every three hours, and I have to
4  take Xanex three to four times a day.
5  Valium once at night, and then the Venza
6  every 24 hours.
7     Q.   Can I see your leg?  Could you tell
8  me about this?
9     A.   That is where the tumor is in my
10 leg.
11    Q.   When did you first find out that
12 you had a tumor in your leg?
13    A.   They diagnosed me with cancer
14 December 1st of 2003.
15    Q.   How old were you then?
16    A.   16.  Right before that is when they
17 told me that there was a mass there is how
18 they put it before they told me there was a
19 tumor there.  They said it was a mass, and
20 then after they did surgery on it, said
21 there was a tumor there, and it has  just
22 gotten bigger.
23    Q.   Were you, like, -- weren't you,

1  like, totally surprised when you found out
2  cause, you know, when you think -- when I
3  think cancer, i'm, like, that'is an old
4  person's disease, you know?
5      A.    Yeah.
6      Q.    Did you talk a little bit about the
7  shock being, like, wiat, you know, I'm 16.
8      A.    When the woman said I had cancer,
9  it's kind of like everything stopped and
10 kept echoing in my head.  I don't know.  I
11 keep telling them they had it confused
12 with somebody else because -- this was
13 December 1st and December 6th the year
14 before that, my pawpaw had got diagnosed
15 with cancer and then December 13th, he died
16 from  it.  So I really -- I don't know.  I
17 haven't really  talked about that.
18     Q.    About your pawpaw?
19     A.    No, about my cancer.
20     Q.    You do not really like to talk
21 about it?
22     A.    No.
23     Q.    I understand.  I know this is very

FREEDOM COURT REPORTING

Page 44

1  hard.  So if -- if -- whenever you want to
2  stop, we can stop, okay?  But it's just we
3  are trying to do this so we can prevent
4  other people from ever having to go through
5  what you go through, okay?
6     A.  Okay.
7     Q.  All right.  Now, when you were
8  diagnosed with cancer, can you talk about
9  the courage that you had to, like, build
10 up inside yourself?
11    A.  You have to go, you have to keep
12 going.  I mean, Momma started crying, and I
13 hate to see her cry.  So everyday when I
14 wake up, I have to to tell myself that I
15 am going to go instead of lay here.
16    Q.  Are you really depressed?
17    A.  Nah.
18    Q.  Is it hard to see your parents be
19 so upset?
20    A.  It is hard to see my mom cry.  She
21 don't cry in front of me, but I can look at
22 her and tell.  She just wishes she could
23 take it all away.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

| | | |
|---|---|---|
| 1 | Q. | You went through chemotherapy? |
| 2 | A. | I did one round of chemo. |
| 3 | Q. | Pardon? |
| 4 | A. | I did one round of chemo because I didn't want to do chemo in the first place. |
| 6 | Q. | And you didn't do it at all? |
| 7 | A. | I did one round, and huh-uh, I was too sick.  They wanted me to do nine months of chemo, and they only gave me three months to live after that.  And I told them I wasn't going to be sick just to live three months, and they said, well, we give you three months to live and December 1st will be two years. |
| 15 | Q. | Two years since they told you that? |
| 17 | A. | Yes. |
| 18 | Q. | So you are a real fighter.  Can you talk about being -- waking up every morning and being able to fight this and being a fighter? |
| 22 | A. | Yeah.  It just gets tiring.  It gets so tiring.  Everybody expects it from |

me. Not my mom and all, but all my friends and all, they just expect me to fight it, and I can't.

Q. Is it hard to see your friends kinda move on?

A. I guess. For the most part -- cause I'm trying to still live a normal life, but I can watch them, they're constantly watching me, don't do that you may fall or you may trip or they are just always watching everything I do making sure that I am okay. I feel like I put so much on them. So --

Q. It took a a lot for you to refuse chemo therapy, you know?

A. Yeah.

Q. That's a really big move. If I were in your position, I would be, like, -- but you kind of decided that this is -- you're going to control your future.

A. I knew that if I would've kept doing chemo, I would've already been dead.

Q. And what makes you keep on going?

FREEDOM COURT REPORTING

Page 47

1  What makes you hopeful?  Is there one
2  thing?
3      A.    My nephew.
4      Q.    Pardon?
5      A.    My nephew.
6      Q.    Could you talk about your nephew?
7      A.    He's my little baby.
8      Q.    All right.  I am done.