LAW OFFICES OF
## ENVIRONMENTAL LITIGATION GROUP, P.C.

Robert Leslie Palmer*
W. Lee Gresham, III
Fred R. DeLeon, Jr., P.E., P.G.**
Gregory A. Cade, MPH, REM
Nedra M. Garrett***

TELEPHONE (205) 328-9200
FACSIMILE (205) 328-9456
1-800-55-TOXIC
WWW.ELGLAW.COM

MAILING ADDRESS
POST OFFICE BOX 550219
BIRMINGHAM, ALABAMA 35255

STREET ADDRESS
3529 7TH AVENUE SOUTH
BIRMINGHAM, ALABAMA 35222

\*   Also Licensed in Texas and the District of Columbia
\*\*  Also Licensed in the District of Columbia
\*\*\* Also Licensed in Georgia and the District of Columbia

March 5, 2007

Doug Arnold
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachetree Street
Atlanta, Georgia 30309

John Berghoff
MAYER, BROWN, ROWE & MAW, LLP
71 South Wacker Drive
Chicago, Illinois 60606

   Re:   **Court Order Compliance with Lone Pine Order**

Gentlemen:

  Over the weekend, I received a few emails from Bernard Taylor seeking the extent of any information that we retained by way of diagnosis dates and other information relevant to the instituted Lone Pine order. You should have received a significant number of those questionnaires most of which are complete to the best of our clients' ability. This very concept of "completeness" can be trivial to many of these people who are either sick or, in some instances, unable to remember complete details that you may find necessary in your evaluation for trial plaintiffs. With this said, I virtually asked my entire office to make as many phone calls as possible to try and reach a level of completeness to make your review process more beneficial to you. However, because we are continuing to receive questionnaires even through this past weekend and because you may have some reservations for taking any additional questionnaires, some of which are insignificantly late, I have enclosed an additional set (80- see attached list) and I will continue to do so as we receive. However, please rest assured that we will provide any and all additional information that may trickle in our offices over the next few days without causing you any form of prejudice. If you find this process unacceptable, then I will be happy to speak with you at your earliest convenience.

            Very truly yours,

            Gregory A. Cade

GAC:lo

QueryStarter                                                                 3/5/2007

| Fullname |
| --- |
| Adams, Frank L. |
| Adams, Joseph Daniel |
| Ball, Louise |
| Ball, Zakiyyah |
| Blackburn, Robert Jerald |
| Blue, Gail |
| Boles, Johnny Lamar |
| Bradberry, Bryan Anthony |
| Bradley, Daniel L. |
| Brooks, Annie Ruth |
| Brooks, Patricia |
| Brooks, Willie Ray |
| Calloway, Willie |
| Cox, Paul Aubrey |
| Dixon, Otis |
| Dukes, Joseph |
| Edmondson, Gregory D. |
| Edwards, John H. |
| Faulk, Thomas L. |
| Finlayson, Gutherrie Pridgeon |
| Flowers, Franklin D. |
| Gill, Gloria Carson |
| Goldsmith, Annie |
| Goldsmith, Bernice |
| Goldsmith, Richard |
| Goldsmith, Willie |
| Goodwin, Rita Faye |
| Wright, Gregory |
| Harris, Ida Mae |
| Hill, Eddie J., Jr. |
| Hobbs, Olivia |
| Lynn-Jackson, Marjorie K. |
| Jones, Evelyn Thompson |
| Jones, John E. |
| Stubbs, Dechanta Lynn |
| Lynn, Nicole F. |
| Lynn, Willie George, Jr. |
| Matthews, Donald Sylvestor |
| Matthews, Johnny Lee |
| McCollough, Alice |
| Norris, Vernon |
| Orndorff-Nobles, Serrena L. |
| Owens, Herman D. |
| Parker, Kelley |
| Parker, Milton |
| Patrick, Aisha |

QueryStarter                                            3/5/2007

| Fullname |
| --- |
| Patrick, Elijah |
| Patrick, Eloise |
| Peacock, Glenn Edward |
| Peacock, Gwenever Jewel |
| Peacock, James Lemont |
| Perry, Charles E. |
| Yates, Wade L. |
| Roberts, Shannon Ray |
| Robinson, Shumeka |
| Rowe, Daphne |
| Terry (Rowe), Dawellyne |
| Smith, David Allen |
| Stewart, Donald Chad |
| Tanner, William |
| Thrash, Dorothy |
| Tillman, Timothy |
| Williams, Dewayne E. |
| Wilson, Daphne |
| Wilson, LaToya Danielle |
| Bradley, David NMN |
| Head, Willa Dean |
| Hutcheson, Pamela D. |
| Parson, Deandre Marshawn |
| Matthews, Deldric T. |
| Read, Hazel Inez, The Estate of |
| Read, Charles (Mike) |
| Jones, Delores |
| Dennis, Kathy |
| Teate, Dorita |
| Haney, Dallas O. |
| Smith, Minnie Pearl |
| Cavis, Shirley Ann |
| Smith, Manuel |
| Smith, Clayton H., Jr. |