FREEDOM COURT REPORTING

Page 1

VIDEO TRANSCRIPTION

Recorded Statement of:

Marvin Bryant

Date: November 10, 2004

**ORIGINAL**

Transcriber:
Meliaha Cornelius
Freedom Court Reporting

FREEDOM COURT REPORTING

Page 2

STATEMENT:

Q. Tell me your name.

A. Marvin Bryant.

Q. Marvin Bryant did you work at the Louisiana Pacific Mill?

A. Yes, sir.

Q. Tell me about it, Mr. Bryant.

A. Well, like I said, I worked on the green chain where the lumber comes out of the mill and be separated, like, 14s and 16s and 12s. But that was on the outside where I worked. It had a shed over it, but it was not closed in. It had just a top.

Q. How long did you work there?

A. Well, I was told I worked for the mill eight and a half years.

Q. Okay. Who owned it when you went to work there?

A. TMA.

Q. And how long did you work for TMA?

A. About a year and a half. I don't know. It was probably a year -- a year and

1  a half.
2     Q.   Okay.  Then what happened?
3     A.   They sold out to LP.
4     Q.   Okay.  And then you worked the rest
5  of the time for LP?
6     A.   Right.
7     Q.   All right.  Did you help clean up?
8     A.   Yeah.
9     Q.   Did they send you over to the
10 treatment yard to clean up?
11    A.   Yes, sir.
12    Q.   Tell us about that.
13    A.   Well, we went over there, and we
14 picked up cut off poles, broke poles, and
15 stuff like that there.  Stuff that was
16 too big, they had a forklift that would
17 pick it up and put it in the pan or pick it
18 up and take it to be disposed of.
19    Q.   Well, how did you dispose of it?
20    A.   They would burn it in the mill.
21    Q.   Okay.  And did they do that the
22 whole time you worked there?
23    A.   The whole time I worked there.

1  Q. And that was -- was that treated
2  lumber they were burning?
3  A. Yeah. Some of it was, some of it
4  was not. Just anything that was cut up and
5  thrown away, we loaded it and they
6  carried it over there.
7  Q. Did you ever clean up any spilled
8  chemicals?
9  A. No. Because they had pipes that
10 carried it to a pond.
11 Q. Okay.
12 A. Well, they treated with creosote up
13 until the biomed people cracked down on
14 them. Then they went from that to that
15 other treatment stuff, that blue.
16 Q. Yes.
17 A. And they finished treating with it
18 until they had to shut the pole mill down.
19 Q. And did they -- the whole time you
20 worked there, did they burn the treated
21 waste?
22 A. Yeah.
23 Q. Okay.

1   A.   Anything that they could not sell,
2   they burned it.
3   Q.   What did you say?
4   A.   Anything that they could not sell,
5   they burned it so it would not accumulate
6   and be a hazard, so peoples could get
7   through with their vehicles and the
8   forklift and things like    that.
9   Q.   Thank you very much.
10  Q.   Mr. Bryant, do you have any
11  diseases?
12  A.   Yeah, I have lung cancer.
13  Q.   When did you find out?
14  A.   Well, about a month ago.  About a
15  month ago.
16  Q.   Okay.
17  A.   And I am taking chemotherapy
18  treatments.
19  Q.   Thank you.
20  A.   And then they are going to put me
21  on radiation after I get through with the
22  chemo.  They do not want to do them both at
23  the same time at the same time because I

Page 6

1 had bleeding ulcers, and they did not want
2 to disturb them.  So the reason they did
3 not operate -- so far, I am taking chemo,
4 and I will be taking it for the next three
5 weeks
6    Q.    Thank you.