**FREEDOM COURT REPORTING**

VIDEO TRANSCRIPTION

Recorded Statement of:

Ronny Lynn Jackson

Date: November 10, 2004

Transcriber: Meliaha Cornelius

Freedom Court Reporting

# FREEDOM COURT REPORTING

1                    STATEMENT:

2

3    A.    Okay.  Cause I'm not going to tell

4    you nothing hearsay.  I'm going to tell you

5    what I know.

6    Q.    And first, tell me your name.  I

7    have to get it for the record.

8    A.    Ronny Lynn Jackson.

9    Q.    And where do you live?

10   A.    I live at 26128 Tonville Road,

11   Florala, Alabama 36442.

12   Q.    And how long did you work for

13   Louisiana Pacific?

14   A.    I was there with TMA when Louisiana

15   Pacific bought them out, and I worked until

16   May of '90.

17   Q.    And what was your job?

18   A.    I was security guard for the whole

19   time Louisiana Pacific.

20   Q.    Did you work at night?

21   A.    Yes, sir.  My main job was from 3

22   to 11.

23   Q.    Do you know why -- you know why I

# FREEDOM COURT REPORTING

Page 9

1  am investigating. Tell me what you know.

2      A.   Well, like, in a day time when I

3  went to work, from 3 to 5:30, I sat in the

4  office. We took logs, we signed for

5  everything come and went. After 5:30 in

6  the evening, security guards had to make --

7  the first one was what they called a short

8  round. We left the office and went

9  straight to the treating plant. During --

10 say from Sunday night till Thursday, if

11 there was anything to be treated, we had to

12 run steam on this stuff and all that was in

13 the -- these five tanks that was down there

14 in the treatment plant. And what we would

15 do in the evening is open a valve from one

16 round or two round and then from there, we

17 left and went to boilers. We checked on

18 the   men at the bores. There was a little

19 key   there that we had to punch, and then

20 from   there, we went back to the office.

21 The   next round we had to go all the way

22 around   the saw mill place and go back to

23 the   treating plant and start other ones

## FREEDOM COURT REPORTING

1  because        you didn't pour all five of

2  them up at one      time.  That there was

3  normally in a days    running of the saw

4  mill there.  Like I    said, that was from

5  Sunday night to    Thursday night because

6  they I did not      treat on Friday nights

7  and Saturday down    there.  From what I

8  seen, I have seen them     taking saw dust

9  that come out of the    filtering system

10 down there at the    treatment plant, they

11 piled it in  water --   they called the

12 boiler had a hog.   It was a   grinder, but

13 we called it a hog.  And they   would grind

14 this up with the saw dust and    all.  I

15 been in the dust house digging this    stuff

16 out for it to get on the chain,    therefore

17 the boiler men and all.  Because   see,

18 just like Roy had told  me, he said,   when

19 I am security guard, I am to do

20 everything.  I have unloaded logs, worked

21 the treatment plant, helped the man at the

22 boilers.  I could do certain things.  So to

23 keep from calling somebody in, if I could

**FREEDOM COURT REPORTING**

Page 11

1   do it I was on the clock, I done it.

2      Q.   What do you mean by take the saw

3   dust out of the filter?

4      A.   Well, they would have people down

5   there and they would scoop this up put it

6   in, and they built pans that the forklift

7   could just run up on, clamp it down, they

8   scooped it in, and the hog had a ramp that

9   you drove up on, and they just dump it over

10  on bark and all.  And the chain coming up,

11  it would make it mix itself more or less

12  there, dump it over in there and go up into

13  the dust house.  Now, the dust house I

14  forgot how long it was, but now  --

15     Q.   I don't want to go too long now.

16  Let's start over again, okay?

17     A.   Okay.  Well --

18     Q.   First, tell me about the saw dust

19  from filter.  See, I don't know what a

20  filter is or how the saw dust works

21     A.   Okay.  The filter was made out of

22  a concrete slab, and it had belts around

23  it, and they had pipes coming from all

# FREEDOM COURT REPORTING

Page 12

1　different tanks in there but only had one,

2　like, one outlet coming out of it.  When

3　they treated in there, see they would

4　force all this chemical up in there and

5　pump so much air in there to do it.  Now,

6　this filtering system, when it run out,

7　they just took green saw dust -- it had a

8　bottom in real close.  You just  throwed it

9　out there on it, and this chemical would

10　just run in there and rise up, and then it

11　had to go through and then they put it in a

12　reserve tank and this is the stuff that

13　they were going over to scoop and people

14　would dig it out and throw it up in a pan

15　and take it over to the bores.

16　　　Q.　That would be the waste creosote?

17　　　A.　Yes, sir the waste.  Now, it could

18　have penta, CCA, creosote, everything that

19　they used went through this -- through

20　this one filtering system, they had one

21　filtering system for all five tanks.

22　　　Q.　And then they burned the saw dust

23　in the boiler?

# FREEDOM COURT REPORTING

1    A.    Well, now, they would burn it,

2  they would pour it out on the yard.

3  Anything that they could do -- they buried

4  it, anything that they could do with it.

5    Q.    Where did they bury it?

6    A.    Around, like, up under the bark,

7  between the saw mill and Lorns, they   put

8  it between the saw mill and Lockhart   side

9  over there.   They poured it out on the

10  road, log trucks would run over it.   This

11  is what they done with it.

12    Q.    Did they ever mix it with the bark?

13    A.    Yes, sir.

14    Q.    Now, tell me about that.

15    A.    The bark had a holding tank and

16  they would back up there with a dump truck

17  and dump a load of bark that come from the

18  big barkers, then they would come up there

19  and dump this over on it, and then they

20  ground it up and it went into the dust

21  house.

22    Q.    Now, what do you mean by dust this

23  on it.   By put this on the bark, you mean?

## FREEDOM COURT REPORTING

Page 14

1    A.   Well, they dump it over in it and

2   this hog would grind up the creosote and

3   all,   and then it went into the dust

4   house.       The   dust house, it would be

5   scattered from   one end to the other end

6   because it just   had chains where it just

7   poured out, where   it   poured out, it just

8   kept coming and then the people would go in

9   there and dig it out and it went on the

10  chain that went to the boiler that fed it,

11  and it was     burned.  I have, myself, they

12  have took old    lumber at times --

13   A.   Treated lumber, untreated lumber,

14  piled it there, and say that the mill was

15  going to be down a week or so, and I have

16  throwed in that boiler and burned it.

17   Q.   So are you telling me that they

18  would take the waste creosote that spilled

19  or   lost  or penta or CCA, and they would

20  take   it and mix it with bark and use it

21  as fuel   in the boiler?

22   A.   Yes, sir, specially the older

23  creosote.

## FREEDOM COURT REPORTING

1    Q.    All right.  And they had used a

2  form of saw dust as their filter to catch

3  the waste creosote?

4    A.    Yes, sir.

5    Q.    And they burned that in the boiler?

6    A.    Yes, sir up to May of '90 when I

7  was there, this is what they used.  They

8  used green saw dust for a filtering

9  system over there at the treatment plant.

10  And see, they had three ponds that they

11  dumped the waste out when it was supposed

12  to have went through its filtering system.

13  The  last one, they had a evaporation

14  system.  They had a big pump, and it

15  sprayed  24/7 over there.  I had to go over

16  there, like, every Saturday and Sunday when

17  I worked there, measure from the pier down

18  to the water to see how much was

19  evaporated, and if the wind blowed, it

20  blowed it across the dam.  If a storm come,

21  it  blowed it across the the dam.  That's

22  it.  They had me on  Saturday, not every

23  Saturday of my life, not every Sunday of my

## FREEDOM COURT REPORTING

Page 16

1    life, but consistently for a while, I would

2    take a water hose and hook to the test

3    wells and force water down the test  wells.

4    And then on Sunday, my job was to take this

5    water hose back up, and I had one more

6    employee that worked there, his job was to

7    take that water hose up if I did not do it

8    that Sunday evening.  That was his first

9    thing to check for every Monday morning to

10   make sure that I moved that water hose.

11      Q.    Why would you put water in a well?

12      A.    From what one, forman, one

13   supervisor told me, they wanted to wash it

14   out.  That is what he told me.  They even

15   took a pond of this and pumped it from the

16   treatment plant to the boilers trying to

17   evaporate  water.  I asked Roy though, I

18   said, Roy, I thought you put water on the

19   fire to put it out.  It had to have a lot

20   of different work done to it.  Just

21   chemicals, when the boilers kicked on, when

22   it got under its pressure, it would have on

23   and they had three spray knobs in there and

# FREEDOM COURT REPORTING

Page 17

1  it sprayed this chemical right in into this

2  boiler.  I mean, right straight on the

3  ashes   and all in  there.

4      Q.   Was this the chemical from the

5  ponds?

6      A.   Yes, sir, the third pond from

7  over there that had this here

8  evaporation system up on it, you know, we

9  put this whole pond supposedly through this

10  boiler head and --

11      Q.   How did you get it from the pond

12  to the boiler?

13      A.   They pumped it.  They had a water

14  line come from the treatment plant up over

15  the railroad tracks back to the saw mill

16  over there and we pumped it out.  And like

17  I said, when the boilers kicked on, this

18  stuff started spraying, of course, you have

19  your bark and all coming up in it.

20  Sometimes it would not burn.  The

21  employees, myself, we had to take this

22  rake, we raked this stuff out with hot

23  fumes coming out of it, you know, this

# FREEDOM COURT REPORTING

Page 18

1  lasted something like about a month, a

2  month and a half.  A fighting trying to get

3  rid of  just stuff, and hey, they was

4  pouring it in there.  I mean, everytime

5  that boilers would kick on, that pump

6  kicked on and sprayed that stuff up in

7  there.  Sure did it.

8      Q.    Were you ever threatened with your

9  job if you did not do what what you were

10  told?

11     A.    No, sir.  The way I was raised, I

12 have always been -- well, me and my daddy

13 had an argument one time for what I was

14 doing there.  I even helped take a pump

15 from up there and set it on the dam, and we

16 would hook  this up and run a cord and pump

17 the chemical into the creek.  Of course, I

18 was scared about it, you know, Florala is

19 poor and all and when -- there was a

20 hundred and something employees there,  and

21 that was all their families to feed at

22 night and all.  So I kept my mouth shut

23 is what I did.

# FREEDOM COURT REPORTING

1    Q.    You pumped the waste water out of

2   the ponds and  into the creek?

3    A.    And turned it loose in the creek,

4   yes.

5    Q.    What kind of hose did you use?

6    A.    A little hose about yea big

7   around.

8    Q.    What kind of pump was it?

9    A.    It was an electric pump.  We

10  would take it down there on the forklift.

11  It was not no big humongous pump, you know,

12  and from Saturday evening to Sunday, this

13  was -- occasionally, if it rained a lot the

14  pond was getting full and all, this is what

15  I done.  This is what I done, sir.

16    Q.    You pumped the water out of the

17  pond into the creek?

18    A.    Into the creek.

19    Q.    And took the hose and filled --

20    A.    And on Sunday evening, put it back

21  up under the shed where nobody could see

22  it.

23    Q.    And then you took diluted  the

# FREEDOM COURT REPORTING

1  test wells?

2      A.    Yes, sir.  Now, that was fresh

3  water.  We would hook it to the city water

4  line and run it down, I would run it down

5  to two wells over there.

6      Q.    And they took the waste penta and

7  creosote and mixed it with bark?

8      A.    Yes, sir.

9      Q.    And burned it in the bore?

10     A.    Yes, sir.  In inside that dust

11 house, you have heat and all created by

12 wet saw  dust and all and then when you mix

13 chemicals and all in there -- like the

14 treating plant, the whole time I worked

15 there, I never seen a dust mask.  Now,

16 they had some that was probably 20-30

17 looking years old over there that was old

18 stuff and all.  It got dust and all piled

19 up on it.          Now, as far  as the

20 suits for  anybody to use -- now, they did

21 have one  wash stand.  And when LP took

22 over four  years later, they put a bathroom

23 down there  with a shower in it.  You know,

# FREEDOM COURT REPORTING

Page 21

1  down there    inside the treating plant,

2  and they had  just something about like a

3  mean, green  hand cleaner.  It was green

4  looking and  had, to me, a lot of sand in

5  it, you know,  and besides that, that was

6  it.  That was  it, I  had waited it.  Some

7  of these tanks  had busted and it filled up

8  -- because they  had cement slabs, they

9  had blocks around  it, and if something

10  happened, then it  was a holding station,

11  and I had waited      over there to cut

12  valves and all off on the  weekend.  Sure

13  have.

14      Q.    Well, you buried waste?

15      A.    Yes, sir,  I seen it buried.  I

16  burned waste.  I seen it.

17      Q.    And was that during the time that

18  LP had the mill?

19      A.    Yes, sir.

20      Q.    And were you told to keep your

21  mouth shut about it?

22      A.    Yes, sir, I was told to keep my

23  mouth shut.

# FREEDOM COURT REPORTING

Page 22

1    Q.    Who told you?

2    A.    Toad Kelly.  He was the foreman

3    of the yard.

4    Q.    Okay.

5    Q.    Do you want to tell me about the

6    frogs?

7    A.    Yes, sir.  This penta stuff --

8    they had this metal tank, it was square --

9    that held some of this waste.  It had a

10   little shed and all up over it.  It was

11   probably, I say, six foot  high.

12   Q.    From the ground up and all and, I

13   would pick up just regular frogs.

14   Occasionally, I had a board cut off or

15   something throwed up in there, and I would

16   see these frogs.  Now, to me, there is no

17   way else a frog could get in  this tank

18   unless somebody throwed him over in it and

19   all.  Like, three months later,  them frogs

20   frogs would have legs on  them that long.

21   I put one -- I just could put him in a

22   gallon can.  One frog.  Now, working at

23   that place, I worked there, and I heard

# FREEDOM COURT REPORTING

Page 23

1  Mr. Ezell say it more than one time, nobody

2  knows nothing.  He is the man  that knows

3  it.  In other words, keep your mouth shut,

4  do your job, and you will have  a job.

5  That is it.  That is the way it worked.

6      Q.    Who told you to put the hose and

7  flush out the monitoring wells?

8      A.    Toad Kelly.  I would take them

9  hoses, little bitty electric pump, and it

10  was not just about yea high, and I would

11  haul it down on the forklift, and I throwed

12  my hose over in the pond and drag that cord

13  up there and  plug it up and had the hose

14  running, and I have stood, and they had a

15  drilling well there, to test it, I guess,

16  you know.  And I said feller, if you would

17  only move 30 more foot, you would hit the

18  mother load.  You know, that is it.  I

19  have seen them in there drilling.  And I

20  said, if you could only move 30 feet, I

21  said, if I could just tell him here, right

22  here on this road, if you would only dig

23  down about four foot, buddy.  But I did.

# FREEDOM COURT REPORTING

Page 24

1    Q.    What would be there?

2    A.    There would be creosote laying

3  there.

4    Q.    Why?  How come?

5    A.    There would be everything else

6  because some of this saw dust that come

7  out of this filtering system, and when you

8  went in the saw mill, you could take a left

9  and go around towards the chip mill when

10  you cross the railroad tracks, you would

11  find it there.  You would find it up along

12  that rail.  You would go between that and

13  Zorn Brothers there, that peanut place,

14  you would find it where they had  dumped it

15  off  down up in there and covered it up

16  with  bark.  You would find it cause I seen

17  them  dump it.  I seen now. Yes, sir.  We

18  burned  it, seen them bury it, but the

19  whole time I  worked there, I never seen

20  one drop of it go out the door to be

21  disposed of.  Never have.  And the whole

22  time that LP worked there, I worked in the

23  office, and it was just not ever sent

# FREEDOM COURT REPORTING

Page 25

1    out.  We, the people at the saw  mill,

2    disposed of it.  We disposed of the

3    waste.  The only waste that I know of that

4    went out of there was bark that left

5    straight from the debarker and saw dust,

6    but it was sold to Buton over there for

7    fuel.  And what bark the boiler would need,

8    they got it and all.  But any other

9    wastes, it was runned through them boiler

10   over there.  Paper, stuff in the office,

11   just -- this was the disposing system.

12   Them boilers was LPs disposing system.

13   That is it.  We have even, you know, that

14   is it.  That was their waste disposal, them

15   bores.

16       Q.   Ronny, do you know any people who

17   work there that live around  mills who have

18   cancer now?

19       A.   A lot of them are dead.  Ronald

20   Odell died of cancer.  He worked at the

21   boilers there.  Marvin Ellison, he died of

22   cancer.  This is while I worked there.

23   This was going on.  Buford Miller died of

# FREEDOM COURT REPORTING

Page 26

1  lung cancer.    That old man sat and

2  suffered for a breath of air.    This dust

3  house was just -- not even counting the

4  chemicals that was in the dust, I'm talking

5  about at times ,you could not even see in

6  there because it was so dusty.    You had to

7  take a board and work this stuff down and

8  all, and like I said, when you put green

9  saw dust and  you throw all these

10  chemical and stuff in there.    Hey, it would

11  take your breath.    Within 20 minutes, you

12  come out of there with not a dry thread

13  on you.    I am talking about, it was just

14  awful in there.    The man is dead, you know.

15  Wayne Wise, he worked there -- when I

16  started working there, he was the foreman

17  at the saw mill.    He's dead.    Van Wagner,

18  when Wayne died, he become it, the man's

19  dead.    Of course, he just up and done had a

20  massive heart attack of it.    Fats, he

21  worked at the green tank, cancer.    My

22  second cousin, we buried him today.    He

23  worked over  there, cancer.    Hey, it's

## FREEDOM COURT REPORTING

Page 27

1    scary.  It's scary.

2       Q.    What about the people who live

3    around there, do you know  many of them?

4       A.    Yes, sir, born and raised here in

5    Florala.  Know everybody in Florala --

6    little small town, four red lights.  It's

7    heart breaking the people there, their

8    health and all.  Just go to Lockhart.  Go

9    to Florala.  Just pick you out a street and

10   see how many people on one side,  just get

11   to talking to them, and it's cancer,

12   cancer.  Look at their health problems and

13   all.

14      Q.    Thank you.

15

16      Q.    You were telling me about

17   something with your daddy, Ronny.

18      A.    Yes, sir.  My daddy has hauled gas

19   for 42 years.  Pond Creek runs south of

20   the saw mill down there.  Double Bridge

21   Road is down there.  My daddy was talking

22   to me on day, and he said, Ronny, there

23   ain't no leaves on the trees from four to

## FREEDOM COURT REPORTING

Page 28

1  six foot along banks of it and cresol just

2  burns your eyes.  And I said, yeah, daddy,

3  there ain't no leaves because I said, I am

4  pumping the chemicals over into the creek.

5  I am doing that.  That is why there ain't

6  no leaves on them trees because creosote,

7  like he said just pure burn your eyes down

8  there.  That there is it, sir.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23