# FREEDOM COURT REPORTING

Page 33

VIDEO TRANSCRIPTION

Recorded Statement of:

Matthew E. Barlow

Date: Unknown

Transcriber: Meliaha Cornelius

Freedom Court Reporting

# FREEDOM COURT REPORTING

Page 34

STATEMENT:

Q.    I need to you to state your name, sir.

A.    Matthew E. Barlow.

Q.    And Mr. Barlow, did you ever work at the mill in Lockhart?

A.    Yes, sir, I was there 32 year.

Q.    32 years?

A.    Yes, sir.

Q.    When did you last there?

A.    I worked there till they were shut down.

Q.    How long?  You worked for Louisiana Pacific the whole time they were there?

A.    Yes, sir, the whole time.  I worked in Lockhart Lumber Company to TMA and them.

Q.    And Louisiana Pacific?

A.    Yes, sir.

Q.    What do you know about burning the

# FREEDOM COURT REPORTING

Page 35

1    waste in the boilers?

2        A.    I seen them do it at night.    They

3    haul it out at night, they put it out there

4    and they burn it.

5        Q.    What was your job at the mill?

6        A.    I was a guard there.    See, I walked

7    around and made sure the other things were

8    good, safe.    I seen them do it.

9        Q.    Do you know whether they burnt the

10   penta in the boiler?

11       A.    Yes, sir.

12       Q.    What do you know about it?

13       A.    I just seen them do it.

14       Q.    How did they do it?

15       A.    They open up the doors and threw it

16   in there.    See,    there is two doors here,

17   two doors here, and two doors here.    They

18   opened up them boiler room doors and threw

19   it in there.

20       Q.    Just threw it in?

21       A.    Yes, sir.

22       Q.    What about burning the creosote?

23       A.    I seen them do that.

# FREEDOM COURT REPORTING

Page 36

1    Q.    Where did they do that?

2    A.    At the old pole mill.  They dug

3 holes, then pour it in the dirt.  They

4 would put pine bark and saw dust like over

5 the top of that.

6    Q.    Did you ever know anything about

7 pumping the sludge ponds out?

8    A.    No, sir, I  didn't see them do

9 that.

10    Q.    Okay.

11    A.    See, they done that in the

12 daytime.  They didn't do that at night.

13 They did that in the daytime.

14    Q.    What about putting the hose in the

15 wells?

16    A.    I didn't see them do that.  They

17 did in the daytime.

18    Q.    Okay.  Thank you very much.

19

20    Q.    Where do you live, sir?

21    A.    Up on Martin Luther King.

22    Q.    Near the mill?

23    A.    Yes, sir.  About three blocks away

# FREEDOM COURT REPORTING

1    from the mill.

2        Q.    Have you ever had cancer?

3        A.    No, sir.

4        Q.    You have seizures?

5        A.    Yes, sir, I had one a while back.

6    (Inaudible.)   See I carry my pills now.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

Page 38

1

2                    VIDEO TRANSCRIPTION

3

4              Recorded Statement of:

5

6                    Melanie Chambers

7

8                    Date: Unknown

9

10    Transcriber: Meliaha Cornelius

11    Freedom Court Reporting

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

Page 39

1

2                         STATEMENT:

3

4       Q.    So tell me about that button.

5       A.    It is a doorbell and --

6       Q.    Can I see it?  Will you hold it and

7    show me the button?

8       A.    When -- I leave this part next to

9    my bed, and if I'm hurting and I need  my

10   mom to bring me something, I just push  the

11   button, and my mom will come to me.  The

12   other part is next to her.

13      Q.    Do you ever go kind of crazy and

14   just keep pressing it just because you want

15   to?

16      A.    No.  I try not to press it, and my

17   mom will catch me up doing something, and

18   she will say, why didn't you press your

19   button.

20      Q.    Could you turn off the television?

21      A.    Turn it up or --

22      Q.    Turn it off.  It is kind of picking

23   up a sound.  So now -- how old are you?

# FREEDOM COURT REPORTING

1    A.    18.

2    Q.    You are 18?

3    A.    Yeah.

4    Q.    That is almost the exact same age

5    as my little sister.

6    A.    My older sister is 22.

7    Q.    Oh, that's crazy because I am,

8    like, 23.

9    A.    She just turned 22 the 7th of  this

10   month.

11   Q.    So -- could you -- that's kinda

12   cool, huh?

13   A.    This one is saying low battery.

14   Q.    Well, it's working -- oh, no, no.

15   That just means it's on.  You see, it's got

16   a little icon one the battery right there.

17   A.    Oh, okay.

18   Q.    All right.  So let's go back to

19   the button because that's kind of neat.

20   A.    Okay.

21   Q.    So you have got that button, and

22   you press it when you need your mom.  Now,

23   how often do you press it?  How many times

# FREEDOM COURT REPORTING

Page 41

1  a day do you press it?

2      A.    Normally, I don't have to press it

3  because she is back here enough.  She is

4  kind of back here about once every 15

5  minutes to  check on me.  So normally, I

6  don't have to press it.  She is back here

7  enough to where if I need something, I can

8  just tell her when she comes.  But mainly

9  if I press it, I press it at night while

10  she's asleep or something, and she comes

11  back here

12      Q.    And does your mom give you your

13  medication, or do you take it yourself?

14      A.    My moms keeps it in there with her

15  because, like, my friends coming in and out

16  of my room, she -- I don't -- me nor her

17  likes for my medicine to be back here.  So

18  my mom will lay out my doses for a couple

19  of hours, and then she will come in my room

20  when I am through with that, but I don't

21  like to keep it back here.

22      Q.    How much do you take?  How much

23  medicine do you take?  Is that it right

# FREEDOM COURT REPORTING

Page 42

1    there?  Is that a does?

2        A.    I have to take two, eight milligram

3    Volodids every three hours, and I have to

4    take Xanex three to four times a day.

5    Valium once at night, and then the Venza

6    every 24 hours.

7        Q.    Can I see your leg?  Could you tell

8    me about this?

9        A.    That is where the tumor is in my

10    leg.

11        Q.    When did you first find out that

12    you had a tumor in your leg?

13        A.    They diagnosed me with cancer

14    December 1st of 2003.

15        Q.    How old were you then?

16        A.    16.  Right before that is when they

17    told me that there was a mass there is how

18    they put it before they told me there was a

19    tumor there.  They said it was a mass, and

20    then after they did surgery on it, said

21    there was a tumor there, and it has  just

22    gotten bigger.

23        Q.    Were you, like, -- weren't you,

# FREEDOM COURT REPORTING

Page 43

1    like, totally surprised when you found out

2    cause, you know, when you think -- when I

3    think cancer, i'm, like, that'is an old

4    person's disease, you know?

5         A.    Yeah.

6         Q.    Did you talk a little bit about the

7    shock being, like, wiat, you know, I'm 16.

8         A.    When the woman said I had cancer,

9    it's kind of like everything stopped and

10   kept echoing in my head.  I don't know.  I

11   keep telling them they had it confused

12   with somebody else because -- this was

13   December 1st and December 6th the year

14   before that, my pawpaw had got diagnosed

15   with cancer and then December 13th, he died

16   from  it.  So I really -- I don't know.  I

17   haven't really  talked about that.

18        Q.    About your pawpaw?

19        A.    No, about my cancer.

20        Q.    You do not really like to talk

21   about it?

22        A.    No.

23        Q.    I understand.  I know this is very

# FREEDOM COURT REPORTING

Page 44

1  hard.    So if -- if -- whenever you want to

2  stop, we can stop, okay?    But it's just we

3  are trying to do  this so we can prevent

4  other people from ever having to go through

5  what you go through, okay?

6      A.    Okay.

7      Q.    All right.    Now, when you were

8  diagnosed with  cancer, can you talk about

9  the courage  that you had to, like, build

10  up inside yourself?

11     A.    You have to go, you have to keep

12  going.    I mean, Momma started crying, and I

13  hate to see her cry.    So everyday when  I

14  wake up, I have to to tell myself that  I

15  am going to go instead of lay here.

16     Q.    Are you really depressed?

17     A.    Nah.

18     Q.    Is it hard to see your parents be

19  so upset?

20     A.    It is hard to see my mom cry.    She

21  don't cry in front of me, but I can look at

22  her  and tell.    She just wishes she could

23  take it all  away.

# FREEDOM COURT REPORTING

Page 45

1    Q.    You went through chemotherapy?

2    A.    I did one round of chemo.

3    Q.    Pardon?

4    A.    I did one round of chemo because  I

5  didn't want to do chemo in the first place.

6    Q.    And you didn't do it at all?

7    A.    I did one round, and huh-uh, I was

8  too sick.  They wanted me to do nine months

9  of  chemo, and they only gave me three

10 months to live after that.  And I told them

11 I wasn't going to be sick just to live

12 three months, and they said, well, we give

13 you three months to live and December 1st

14 will be two years.

15   Q.    Two years since they told you

16 that?

17   A.    Yes.

18   Q.    So you are a real fighter.  Can

19 you talk about being -- waking up every

20 morning and  being able to fight this and

21 being a fighter?

22   A.    Yeah.  It just gets tiring.   It

23 gets so tiring.  Everybody expects it from

# FREEDOM COURT REPORTING

Page 46

1    me. Not my mom and all, but all my

2    friends and all, they just expect me to

3    fight it, and I can't.

4        Q.    Is it hard to see your friends

5    kinda move on?

6        A.    I guess. For the most part --

7    cause I'm trying to still live a normal

8    life, but I can watch them, they're

9    constantly watching me, don't do that you

10   may fall or you may trip or they are just

11   always watching everything I do making sure

12   that I am okay. I feel like I put  so much

13   on them. So --

14       Q.    It took a a lot for you to refuse

15   chemo therapy, you know?

16       A.    Yeah.

17       Q.    That's a really big move. If I

18   were in your position, I would be, like, --

19   but you kind of decided that this is --

20   you're going to control your future.

21       A.    I knew that if I would've kept

22   doing chemo, I would've already been dead.

23       Q.    And what makes you keep on going?

# FREEDOM COURT REPORTING

Page 47

1  What   makes you hopeful?   Is there one

2  thing?

3      A.    My nephew.

4      Q.    Pardon?

5      A.    My nephew.

6      Q.    Could you talk about your nephew?

7      A.    He's my little baby.

8      Q.    All right.   I am done.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23