1        IN THE UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF ALABAMA

3                 NORTHERN DIVISION

4

5     GAIL BEDSOLE TATUM, as Mother and

6     Administratrix of the Estate of

7     MELANIE CHAMBERS, a Deceased Minor

8     Child,

9          Plaintiff(s),

10    v.  CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

11                        (LEAD CASE)

12    PACTIV CORPORATION and

13    LOUISIANA-PACIFIC CORPORATION,

14         Defendant(s).

15

16      VIDEO DEPOSITION TESTIMONY OF:

17             JACKY PARTRIDGE

18

19

20    Commissioner:

21    Renny D. McNaughton

22    May 7, 2007

23    Andalusia, Alabama

1                 S T I P U L A T I O N

2           IT IS STIPULATED AND AGREED by and

3     between the parties through their respective

4     counsel that the deposition of Jacky

5     Partridge, may be taken before Renny D.

6     McNaughton, Court Reporter and Notary

7     Public, State at Large, at the offices of

8     The Powell Law Firm, Opp Avenue, Andalusia,

9     Alabama, on the 7th day of May, 2007,

10    commencing at approximately 1:00 p.m.

11          In accordance with Rule 5(d) of the

12    Alabama Rules of Civil Procedure, as

13    amended, effective May 15, 1988, I Renny D.

14    McNaughton, am hereby delivering to Eason

15    Mitchell the original transcript of the oral

16    testimony taken the 7th day of May, 2007,

17    along with exhibits.

18          Please be advised that this is the

19    same and not retained by the Court Reporter,

20    nor filed with the Court.

21

22

23

```
 1                    I N D E X

 2        EXAMINATION BY:              PAGE NO.

 3     Mr. Mitchell                    13

 4     Mr. Arnold                      67

 5     Mr. Berghoff                    83

 6                  E X H I B I T S

 7     Plaintiff's

 8     No. 1                           16

 9     No. 2                           17

10     No. 3                           18

11     No. 4                           18

12     No. 5                           19

13     No. 6                           19

14     No. 7                           20

15     No. 8                           20

16     No. 9                           21

17     No. 10                          21

18     No. 11                          22

19     Defendant's

20     No. 1                           96

21     No. 2                           100

22

23
```

```
1              A P P E A R A N C E S

2

3    FOR THE PLAINTIFF (S):

4    W. Eason Mitchell

5    The Colom Firm

6    P.O. Box 866

7    Columbus, Mississippi 39703

8

9    Douglas S. Arnold

10   Akila Sankar McConnell

11   Alston & Bird

12   1201 West Peachtree Street, N.W.

13   Atlanta, Georgia  30309

14   404-881-7000

15

16   John C. Berghoff, Jr.

17   Mayer, Brown, Rowe & Maw

18   71 South Wacker Drive

19   Chicago, Illinois  60606

20   312-782-7711

21

22

23
```

1              I, Renny D. McNaughton, a Court

2       Reporter of Greenville, Alabama, and a

3       Notary Public for the State of Alabama at

4       Large, acting as Commissioner, certify that

5       on this date, pursuant to the Alabama Rules

6       of Civil Procedure, and the foregoing

7       stipulation of counsel, there came before me

8       at the offices of The Powell Law Firm, Opp

9       Avenue, Andalusia, Alabama, commencing at

10      approximately 1:00 p.m. on the 7th day of

11      May, 2007, Jacky Partridge, witness in the

12      above cause, for oral examination, whereupon

13      the following proceedings were had:

14

15              THE VIDEOGRAPHER:  Okay.  We're

16              on the record.

17           MR. MITCHELL:  Court reporter,

18              swear the witness.

19              (Witness sworn)

20           THE COURT REPORTER:  Usual

21              stipulations?

22           MR. BERGHOFF:  Well, again, as I

23              said before and I'll restate, I'm

```
 1           not sure what the usual

 2           stipulations are, except that I do

 3           know this is being taken pursuant

 4           to the court order, to the

 5           parties' agreement, and to the

 6           federal rules.  And if that is

 7           what you mean by the usual

 8           stipulations, then sobeit.

 9            MR. MITCHELL:  It's my

10           understanding that the usual

11           stipulations evolved when there

12           was notice of filing and a lot of

13           other court reporter/clerical

14           duties by the court that we would

15           waive.  It's my historical

16           understanding that part of the

17           standard stipulations are that

18           we -- and this is covered under

19           the local rules of the Middle

20           District, that we would waive our

21           objections until the time of trial

22           so that the Court would not have

23           to get into objection fights among
```

1          lawyers during depositions.

2          However, the -- the one thing that

3          you cannot waive at the time, you

4          may waive it I think if you wish

5          until time of trial, is privileges

6          on issue that's different than the

7          rules.  But we -- but I think you

8          can still waive that until the

9          time of trial.  So it's our

10         understanding that objections are

11         waived until time of trial, except

12         as to form.

13          MR. BERGHOFF:  Well, you just

14         added another -- you just added

15         another exception there.

16          MR. ARNOLD:  Well, I was going to

17         suggest this, what -- what if we

18         just agreed that to the extent

19         that Middle District has rules

20         that govern the taking of these

21         depositions, we obviously agree

22         that those apply here as federal

23         rules.

1          MR. BERGHOFF:  Sure.  Sure.

2          MR. MITCHELL:  Well, do you want

3          to object or not?

4          MR. BERGHOFF:  I just -- again,

5          I'm where I was on Thursday.  I

6          don't know what the "usual

7          stipulations" are, close quote.

8          THE COURT REPORTER:  Do you want

9          me to read them to you?

10         MR. BERGHOFF:  And --

11         MR. MITCHELL:  Let's let the

12         court reporter tell us what the

13         usual stipulations are.

14         MR. BERGHOFF:  I think we've got

15         the ground rules and why waste

16         time.  Let's -- let's go ahead.

17         There's no reason to waste any

18         further time with this.  I just

19         don't want to get caught in a

20         sandbag of some sort that I'm just

21         not familiar with.  So let's --

22         we're -- we're fine.

23         MR. MITCHELL:  I think whatever

```
 1              the sandbag may be the judge

 2              approves and comes up with.

 3               MR. BERGHOFF:  Let's go forward.

 4               MR. MITCHELL:  Just in case,

 5              would you read us the standard

 6              stipulation.

 7         (Whereupon, the court reporter read

 8          part of the usual stipulations.)

 9               MR. BERGHOFF:  All right.  You

10              can stop.  I'm glad I didn't agree

11              in the first deposition and I

12              don't agree now.  But we're taking

13              it pursuant to the rules of both

14              the Middle District of Alabama and

15              Federal Rules of Civil Procedure

16              and the court order issued in this

17              case and the agreement of parties.

18              And that's fair enough.  We

19              haven't had any problem with this,

20              so I don't know why -- I don't

21              know why --

22               MR. MITCHELL:  I saw you shaking

23              your head.  I want to make sure we
```

```
1              understand this.

2               MR. BERGHOFF:  Yeah.

3               MR. MITCHELL:  I -- I think we

4              did have the standard stipulations

5              in Buck's with --

6               MR. BERGHOFF:  May have.  I

7              wasn't here.

8               MR. MITCHELL:  I think we did.

9               MR. ARNOLD:  I don't think so.

10               MR. MITCHELL:  The record is the

11              record.  But do you want to get

12              the reading and signing of his

13              deposition done?

14               MR. BERGHOFF:  I'm sorry, just --

15               MR. MITCHELL:  Do you want to

16              have Buck Roberts read and sign

17              the deposition?

18               MR. BERGHOFF:  Yes.

19               MR. MITCHELL:  We can still do

20              that.

21               MR. BERGHOFF:  Yes, sir.  Yes,

22              sir.

23               MR. ARNOLD:  Thank you.
```

```
1              MR. BERGHOFF:  I don't mean make

2         an unnecessary issue out of it.

3         Why don't we go forward.  I think

4         we're fine.

5              MR. MITCHELL:  I think we are

6         going to have to make an objection

7         every time we want to make an

8         objection.

9              MR. BERGHOFF:  As to form we

10        will.

11             MR. MITCHELL:  I just want to

12        make sure we understand this.

13        Except as to form, our objections

14        are waived until time of trial.

15             MR. BERGHOFF:  I'm not sure

16        waived.

17             MR. ARNOLD:  Waived --

18             MR. MITCHELL:  Not waived but

19        delayed or whatever.

20             MR. ARNOLD:  Preserved.

21             MR. MITCHELL:  Preserved.

22        Preserved until the time of trial.

23             MR. BERGHOFF:  Yeah.  Yeah,
```

```
1              right.  Right.

2               MR. MITCHELL:  Okay.

3               MR. BERGHOFF:  Such as the rules

4              provide.  That's right.

5               MR. MITCHELL:  Well --

6               MR. BERGHOFF:  The federal rules

7              provide, yeah.

8       (Whereupon, the court reporter read

9        part of the usual stipulations.)

10              MR. MITCHELL:  Are we okay on

11             that?

12              MR. BERGHOFF:  If that's the

13             rule.

14              MR. ARNOLD:  Yeah.

15              MR. BERGHOFF:  That is the rules.

16              MR. MITCHELL:  So, basically,

17             we've got the standard

18             stipulations except you don't read

19             the -- you don't waive the reading

20             and signing.

21              MR. BERGHOFF:  No.  Let's just

22             move ahead.  Let's just go.

23             We'll -- we haven't had a problem
```

```
1              with this.  We're not going to

2              have a problem with this, because

3              all of us want to get to it and

4              get going.  So let's just roll.

5               MR. MITCHELL:  Well, I don't want

6              to get the problem to be next year

7              after I can't redo it.

8               MR. BERGHOFF:  Fair enough.

9               MR. MITCHELL:  But I don't

10             think -- we haven't had one so

11             far.  Ready to start?  Could you

12             re-swear the witness since we

13             wasted all that time.

14

15                  JACKY PARTRIDGE

16   (being first duly sworn, was examined

17   and testified as follows:)

18                  EXAMINATION

19   BY MR. MITCHELL:

20        Q    Would you please state your name

21   for the record, sir.

22        A    Jacky Partridge.

23        Q    Mr. Partridge, how old are you?
```

1          A     Fifty-four.

2          Q     And where were you born?

3          A     Covington County, in Andalusia.

4          Q     All right.  And can you tell us

5    where you lived until approximately the

6    beginning of middle school or junior high?

7          A     Andalusia.

8          Q     And how far did you go in school?

9          A     Eighth grade.

10          Q     And where -- in what school

11    system?

12          A     The last one was Pleasant Home,

13    about halfway to Brewton.

14          Q     Okay.  Is that Alabama?

15          A     Right.  Yeah.

16          Q     And what did you do after the

17    eighth grade of school?

18          A     I quit and went to work.

19          Q     Where did you go to work?

20          A     Construction.

21          Q     And how long did you work in

22    construction?

23          A     Until I went to work at the

```
 1   sawmill.

 2        Q    And what was your job in

 3   construction?

 4        A    Carpenter.

 5        Q    And when did you go to work at

 6   the sawmill?

 7        A    In 1976, March.

 8        Q    How old were you then?

 9        A    Twenty-two, 23, somewhere along

10   in there.  You have to subtract it.  I don't

11   keep up with it.

12        Q    And when you say the "sawmill,"

13   what sawmill are you talking about?

14        A    Lockhart.  When I went to work

15   there, it was Lockhart Lumber Company.

16        Q    And I may use the word

17   "facility," and if I use that word, I mean

18   the former TMA, Lockhart Lumber, Pactiv,

19   Louisiana Pacific sawmill/wood treatment

20   facility located between Lockhart and

21   Florala, Alabama.  Is that --

22        A    That's it.

23        Q    All right.  Did you have any
```

1     further formal education before you went to

2     work at the facility?

3          A     I got a GED.

4          Q     All right.  And to obtain that

5     GED or -- or prior to your leaving school,

6     did you have any education in chemistry or

7     environmental sciences or toxicology?

8          A     No.

9               MR. MITCHELL:  All right.  I

10              don't have copies of these.  I can

11              get copies.

12               MR. BERGHOFF:  I will stipulate

13              you don't have copies.

14               MR. MITCHELL:  These are the same

15              as the others.

16               (Whereupon Plaintiff's

17              Exhibit Number 1 was marked and

18              attached to the deposition.)

19     BY MR. MITCHELL:

20          Q     Mr. Partridge, I would like you

21     to look at Plaintiff's Exhibit Number 1.

22     And just look at the view, not necessarily

23     the labels.  Can you tell me whether that

1    fairly and accurately depicts the view of

2    the facility approximately at the time you

3    first went to work there?

4         A    That would be about right.

5              MR. BERGHOFF:  Mr. Partridge,

6              would you just, when you're

7              finished with those, pass them on.

8              Thank you.

9              (Whereupon Plaintiff's

10             Exhibit Number 2 was marked and

11             attached to the deposition.)

12   BY MR. MITCHELL:

13        Q    And the same question, Number 2,

14   does Plaintiff's Exhibit Number 2 fairly and

15   accurately depict the view of the facility

16   in approximately 1982?

17        A    Yeah, that would be it.

18        Q    How long did you work there,

19   Mr. Partridge?

20        A    About 23 years.  From '76, I was

21   the last hourly paid employee on the yard to

22   go out the gate.

23        Q    So were you familiar with the

1    facility from 1976 and --

2            A    And January of 1999.

3                 (Whereupon Plaintiff's

4            Exhibit Number 3 was marked and

5            attached to the deposition.)

6    BY MR. MITCHELL:

7            Q    The same question about

8    Plaintiff's Exhibit Number 3.

9            A    Yeah.

10                (Whereupon Plaintiff's

11           Exhibit Number 4 was marked and

12           attached to the deposition.)

13   BY MR. MITCHELL:

14           Q    The same question as to

15   Plaintiff's Exhibit Number 4.  And the

16   question applies to the date that's on the

17   lower right-hand side.

18           A    Right.

19           Q    And the question is:  Does the --

20   does Plaintiff's Exhibit Number 4 fairly and

21   accurately represent the view of the

22   facility --

23           A    About where everything was at.

```
1          Q    -- for the time period shown on

2     the date on the lower right-hand corner?

3          A    Right.  Yeah.

4               (Whereupon Plaintiff's

5               Exhibit Number 5 was marked and

6               attached to the deposition.)

7     BY MR. MITCHELL:

8          Q    Look at Plaintiff's Exhibit

9     Number 5.  Can you tell me whether or not

10    Plaintiff's Exhibit Number 5 fairly and

11    accurately depicts a view of the facility in

12    approximately 1987, which is the date shown

13    on the lower right-hand corner?

14         A    Yeah.  The only thing is the chip

15    mill is just not labelled on none of them.

16              (Whereupon Plaintiff's

17              Exhibit Number 6 was marked and

18              attached to the deposition.)

19    BY MR. MITCHELL:

20         Q    Can you identify Plaintiff's

21    Exhibit Number 6?

22         A    It's hard to tell in that

23    picture, but it looks the same.
```

```
1          Q     Is that -- does that -- excuse

2     me.  Does Plaintiff's Exhibit Number 6

3     fairly and accurately depict a view of the

4     facility on the date shown in the lower

5     right-hand corner?

6          A     The best I can tell looking at

7     it.

8          Q     Is that -- is that your best

9     judgement?

10         A     You don't have your ponds

11    anymore.

12              (Whereupon Plaintiff's

13          Exhibit Number 7 was marked and

14          attached to the deposition.)

15    BY MR. MITCHELL:

16         Q     And look at Plaintiff's Exhibit

17    Number 7.  Tell me whether or not

18    Plaintiff's Exhibit Number 7 fairly and

19    accurately depicts a view of the facility in

20    1992.

21         A     Yeah.

22              (Whereupon Plaintiff's

23          Exhibit Number 8 was marked and
```

1          attached to the deposition.)

2     BY MR. MITCHELL:

3          Q     The same question for Plaintiff's

4     Number 8, which would be 1993.  Does that

5     fairly and accurately depict what the

6     facility looked like then, a view of it?

7          A     Yeah, that was a good one there.

8               THE COURT REPORTER:  What was

9               your answer?

10         A     I said, "Yeah, that was a good

11     picture there."

12              THE COURT REPORTER:  Speak up

13               just a little bit.

14         A     I'm sorry.

15              (Whereupon Plaintiff's

16         Exhibit Number 9 was marked and

17         attached to the deposition.)

18     BY MR. MITCHELL:

19         Q     Plaintiff's Exhibit Number 9,

20     1994.

21         A     Yeah.

22              (Whereupon Plaintiff's

23         Exhibit Number 10 was marked and

```
1              attached to the deposition.)

2    BY MR. MITCHELL:

3         Q    And does Plaintiff's Exhibit

4    Number 10 fairly and accurately depict the

5    view the facility in 1997, do you know?

6         A    Yeah.

7              (Whereupon Plaintiff's

8              Exhibit Number 11 was marked and

9              attached to the deposition.)

10   BY MR. MITCHELL:

11        Q    Plaintiff's Exhibit Number 11,

12   approximately the time you left, 1999, does

13   Plaintiff's Exhibit Number 11 fairly and

14   accurately depict the view of the facility?

15        A    Yeah.  The best I can tell it

16   does.

17             MR. MITCHELL:  We would offer 1

18             through 11.

19             MR. BERGHOFF:  Mr. -- Mr. Arnold

20             and Mr. Mitchell, has it been

21             decided who the custodian of the

22             deposition exhibits will be?

23             MR. MITCHELL:  I gave them to the
```

```
1              court reporter.

2               MR. BERGHOFF:  Did you?

3               MR. ARNOLD:  We did.  Yes.

4               MR. BERGHOFF:  I didn't know.

5               MR. ARNOLD:  Yes, sir.

6               MR. BERGHOFF:  I don't have

7              anything to say about offering it.

8              You can't offer into evidence at

9              this stage in any event.  So

10             that's a nonquestion and I have no

11             response to it.  You can't offer

12             until trial, obviously.

13              MR. MITCHELL:  Well, I'm making

14             them available and leave them as

15             exhibits then.

16              MR. BERGHOFF:  I'm sorry?

17              MR. MITCHELL:  I -- I intend to

18             have them as exhibits to the

19             deposition.  I intend to

20             oppositive offer them as evidence

21             and primarily to be available

22             to -- for both sides if they need

23             to point out something about the
```

```
 1                 facility during the time periods

 2                 involved.

 3                  MR. BERGHOFF:  That's -- that's

 4                 fine.  They're already exhibits at

 5                 the deposition, so that's --

 6                 that's fine.

 7                  MR. MITCHELL:  Okay.

 8                  MR. BERGHOFF:  That's why I asked

 9                 that question, I just didn't know.

10     BY MR. MITCHELL:

11          Q    Okay.  Mr. Partridge, what time

12     did you say -- what -- what -- approximately

13     what year did you first go to work at the

14     facility?

15          A    March of 1976.

16          Q    Did you work there full-time?

17          A    Full-time.

18          Q    And did you work there full-time

19     until your employment ended there?

20          A    Until my employment ended.

21          Q    And when did your employment end?

22          A    About the third week of January,

23     1999.  I had to stay there until every stick
```

1   of lumber was gone off that yard to get my

2   severance pay.

3       Q     Okay.  What was your job when you

4   with first went to work at the facility?

5       A     When I first went to work, I

6   pulled off the plainer chain.

7       Q     Tell us what you do when you pull

8   lumber off the plainer chain.

9       A     It goes through the plainer mill,

10  gets dressed, comes across the trim saw,

11  gets trimmed to certain lengths.  Ever where

12  you're at on the chain where that length of

13  lumber goes into a buggy, you pull it off as

14  it comes and stack it and then push the

15  buggy out.

16      Q     What do you mean by lumber

17  getting "dressed"?  Just explain that to us.

18  We're lay people understand, please.

19      A     Well, it starts out at the

20  sawmill.  And it's rough green lumber, gets

21  cut out of the log, comes out on the green

22  chain and then pulls it on buggies or on

23  racks.  And then it gets took to the

1     stacker.

2          All right.  The stacker, it goes across

3     a chain and the stacker stacks it so many

4     boards to a layer with sticks -- one-inch

5     sticks in between each layer, and it goes

6     from there, inside the dry kiln.  It stays

7     in the dry kiln until it's dried.  And it's

8     pulled out from the rough lumber shed.

9          And it goes from there to the plainer

10    mill.  And then it's run through the plainer

11    machine, and the rough lumber is dressed

12    down in what y'all would consider, I guess,

13    smooth lumber.

14         And then when it comes out of the

15    plainer mill, it hits the chain and comes

16    across two men grading it.  They grade it.

17    And then it goes through the trim saw and

18    gets trimmed to ever what length is

19    specified.  And then it comes out and gets

20    pulled out to be shipped out.

21         Q    When you talk about grading it,

22    what -- tell us in -- in simple terms what

23    you mean by "grading lumber."

1          A      Going by the wane on the edge,

2      crooks, knots, whatever.  It's graded a

3      number -- it says a number 1 or a number 2,

4      a number 3.  And then you go by your grain.

5      It's either dense, you know, or whatever.

6      And they grade it and stamp it or they mark

7      it and stamp it.

8          And then it goes by the trim saw.  And

9      the man running the trim saw looks at it.

10     And he, you know, works it back and forth

11     until your little tips -- works your saws

12     and sets it where it's supposed to be.  And

13     then when it gets that tip, that saw comes

14     down and cuts it that length and comes on

15     out.

16         Q      And how long did you work there?

17         A      At the plainer hill?

18         Q      Uh-huh.

19         A      Well, I was right there around

20     the plainer mill the whole time I worked at

21     the mill, from there to the treatment plant

22     and all.  But the first year I worked at the

23     plainer mill.

```
1        Q    Is there any difference in the
2    size of the rough cut lumber and the, what
3    you call, "dressed lumber"?
4        A    Yeah.  Like a two by six, when it
5    comes out of the sawmill rough green, it
6    will be a full two inches or a full six
7    inches.  And if it says 16-foot, it will be
8    about 16.6.  All right.  When you dress it,
9    it's dressed down to a inch and a half by
10   five and a half, and it's trimmed back to
11   your 16-foot.  They still call it a two by
12   six, but it's actually one and a half by
13   five and one half.  A one by four is dressed
14   down from one inch by four inches to
15   three-quarters of an inch to three and a
16   half inches.
17       Q    Was there any time after you went
18   to work there in March 1976 that your job
19   description changed, duties changed?
20       A    Now, I went from working at the
21   plainer mill to a forklift operator.  And
22   then I went from forklift operator to doing
23   whatever -- anything that needed doing on
```

1    the yard, training at the treating plant,

2    boilers, everywhere.  And then I went from

3    there, the last three or four years, to

4    shipping clerk.

5         Q    And when did you become a

6    forklift operator?

7         A    Seventy-seven, '78, somewhere

8    along there.

9         Q    Okay.  And how long did you

10   remain a forklift operator?

11        A    Until I left the mill.

12        Q    Did you do other jobs besides

13   operate a forklift?

14        A    Oh, yeah.  I'd have to take

15   people's place, pull lumber, run the

16   stacker.  I've pulled lumber off the green

17   chain, fired the boilers, cleaned boilers

18   out, work at the treating plant, whatever.

19   I did all the inventory for the yard every

20   month:  Green, white, and treated.

21        Q    And then can you just explain to

22   the ladies and gentlemen of the jury what is

23   a forklift?

1        A    It's a machine with two forks on

2    the front of it, different sizes depending

3    on your job.  My standard forklift was a

4    24,000, and I used it to load trucks.

5         And then we had another one.  It had

6    four-foot forks on it.  You know, just pick

7    up standard blocks of lumber.  And then I

8    also helped pull the dry kilns and load and

9    unload them.  And they had the big forklifts

10    with the eight-foot forks because the stacks

11    were so big.  Basically, that's all it is.

12    It was like a -- they call them a lift truck

13    now, I think.

14        Q    So it had wheels on it?

15        A    Oh, yeah.

16        Q    And it has something on the front

17    that picks up the lumber?

18        A    Yeah.  Two forks sticks out.  You

19    run up under the lumber and pick it up and

20    go where you want it and set it down.

21        Q    You told me you took part in

22    cleaning boilers?

23        A    Yeah.

1       Q     Tell us how you did that.

2       A     Well, we would wait when they

3    didn't make us do it during the day, but

4    wait and do it at say about midnight on a

5    Friday night.  They would shut one boiler at

6    the time down.  They had three.  They'd

7    leave two burning.  Shut one down say on

8    Thursday afternoon and let it be cooling the

9    best it could.  And Friday night you would

10   go in and you had a little hole in the back

11   of the boiler and one man get up in there

12   and shovel the ashes out and the other man

13   stand outside it and shovel them out the

14   back door of the boiler into a big pan

15   sitting on the concrete, like drip pad.

16      Q     And -- and how big a pan?

17      A     Probably six or eight foot long,

18   about four or five, six foot wide, and foot,

19   18 inches.  Different size sides on

20   different pans.

21      Q     And how -- when did you begin the

22   job of cleaning boilers, approximately what

23   year?

```
1          A    Probably '78 or '79, after I

2    started running the forklift.

3          Q    And how long did you engage in

4    that job at the facility?

5          A    Most -- almost right on up until

6    they shut down.  I don't remember doing it

7    too much the last year.  I didn't have time.

8    I had too many other things to do.

9          Q    Approximately, how -- how many

10   pans of ashes, if more than one, would come

11   out of the boiler when you cleaned it?

12         A    Well, we had two small boilers

13   and a big boiler.  And the small ones, we

14   would probably get, you know, when it was

15   real full, three, four pans out of a small

16   one and probably five, six, seven out of a

17   big one.

18         Q    Do you know what happened to the

19   ashes?

20         A    Yeah.  I dumped them over on the

21   other side of the chip mill across the

22   tracks, right across the creek from the high

23   school where I was told to.
```

```
 1          Q    I would like to show you

 2     Plaintiff's Exhibit Number 3 and ask you, if

 3     you could, just to look at that.  And could

 4     you hold it up so the videographer can --

 5     can get that in the picture.

 6          A    All right.  You want me to tell

 7     now?

 8          Q    Yes, sir.  Show us where on --

 9          A    All right.  There's your chip

10     mill.  That was your spur -- your railroad

11     spur that run up by it to get loaded.  You

12     come across the tracks and this open sand

13     bed used to be right here, and that's where

14     you would dump them.  That's where I dumped

15     them and everybody else that I know of.  And

16     here is your little head running right here

17     with the creek and the high school is right

18     on the other side of the hill.

19          Q    And did you do this on

20     practically a weekly basis, from 1978 until

21     approximately 1998?

22          A    Well, I didn't -- I wasn't the

23     one that did it every time.  But I did it a
```

1    lot; most of the time.

2         Q    Did y'all --

3         A    Even when I didn't help clean the

4    boilers out, a lot of times I'd have to go

5    down on the forklift and take the pans over

6    there and dump them.

7         Q    And when did you stop doing that?

8         A    I can't remember doing it too

9    much the last year or so because --

10        Q    What year?

11        A    We was on our way down, and I

12   didn't have that much help.  And the people

13   they sent down there to help us run the

14   place didn't know what they was doing.  So I

15   didn't have time to do nothing else.

16        Q    What was the last year?

17   Until what year?

18        A    Ninety-eight.

19        Q    Okay.  Did you ever carry fuel to

20   the boiler?

21        A    No.  Oh, you're talking about

22   burning fuel?  I thought you were talking

23   about diesel fuel.  Yeah.  I have took wood

1    and stuff down there and sat it in front of

2    the boiler to be burned at night.  I was

3    told it created too much smoke during the

4    day.

5        Q    And -- and what would you carry

6    there to be burned at night?

7        A    Pieces of boards about three or

8    four foot long, white and treated.

9        Q    Approximately what percent of it

10   would be treated lumber?

11       A    Well, a bundle, like I said,

12   would be about this high (indicating).

13       Q    We can't see that on the record.

14   Could you just tell us in a --

15       A    Three or four foot high, three

16   foot wide, you know, stacked, and about

17   three or four foot long.  And probably it

18   would be at least 35 or 40 percent of it

19   would be treated.

20       Q    Would it be treated -- any of it

21   treated with creosote?

22       A    Back years ago.

23       Q    Would any of it have been treated

```
1    with pentachlorophenol?

2         A    Oh, yeah.

3         Q    Would anybody -- any of it have

4    been treated with CCA?

5         A    Yeah, some.  It was more penta.

6         Q    Mr. Partridge, did anyone with

7    the facility management, anyone associating

8    with those companies ever tell you that the

9    chemicals used in treating process could be

10   or were known human carcinogens?

11             MR. BERGHOFF:  Objection as to

12             form.  No foundation.

13        A    I don't know what he means, so

14   I'm waiting.

15        Q    Did anybody ever tell you those

16   chemicals could cause cancer?

17        A    No.

18             MR. ARNOLD:  Same objection.

19             MR. BERGHOFF:  Objection to the

20             question.  The same one.

21        Q    Over what period of time did you

22   use the forklift to carry the wood

23   materials, including treated material, to
```

1    the boilers to be burned?

2         A    The whole time I was on the

3    forklift.

4         Q    And how long was that?

5         A    About the last part of '77 to

6    '97, '98.

7         Q    Do you have a judgment as to how

8    much CCA scrap was used during -- in the

9    boilers during the period of time that you

10   were a forklift operator carrying the

11   scrapped wood to be burned?

12              MR. ARNOLD:  Object to the form

13              of the question.

14        Q    Do you have an opinion?

15              MR. ARNOLD:  Lack of foundation.

16        A    About 20, 25 percent.

17        Q    Approximately, how much scrap

18   wood did you take on a weekly basis to the

19   boilers to be burned, if you know?

20        A    Talking about a percentage or

21   bundles?

22        Q    Bundles?  Size?  Weight?  However

23   you can say it.

```
1           A    Bundles, like I just told you,

2      probably -- maybe two or three.  At times --

3      like I said, it wasn't no standard thing.

4      Sometimes it would be some, you know, have

5      to be took a lot and there would be times

6      where you don't.

7           Q    On a average week how many?

8           A    Three or four.

9                MR. BERGHOFF:  I object to the

10               form of that question.  I don't --

11               I don't understand it, and I'm not

12               sure he does.

13          Q    You said you worked around the

14     treating plant?

15          A    Helped them load the buggies and

16     shove them in the cylinders and pull them

17     out and unload them, put on the drip pad,

18     load trucks.

19          Q    Can you tell us whether or not

20     you ever helped clean the treatment

21     cylinders?

22          A    Oh, yeah.

23          Q    Would you please describe to me
```

```
1     what a treatment cylinder is or describe to

2     the ladies and gentlemen of the jury, who

3     may not have ever seen one of these, what a

4     treatment cylinder is and what size it is?

5               MR. BERGHOFF:  The -- the witness

6               may be confused by the reference

7               to the "ladies and gentleman of

8               the jury."  There's no jury here

9               and -- so don't let that confuse

10              you.  And, actually, this probably

11              will never get in front of a jury,

12              so don't let that confuse you

13              either.  It's just us folks.

14      A     Well, I -- I don't mind it.  It's

15    like a tube.  Like a big steel tube, round

16    tube.  And they are different sizes:

17    40-foot, 60-foot, 80-foot long.  And you

18    take it and you got buggies.  Of course, now

19    we treated creosote and penta posts and

20    poles, so naturally you had round tubes.

21         And then we started treating lumber.

22    And you just -- you load the lumber in the

23    buggies.  And you strap them -- put straps
```

1    over them because it will float.  Push it in

2    there and you shut the door.  And you've got

3    a big air gun.  You bolt the door shut.

4         And they fill it with chemical, and you

5    put pressure on it.  It's pressurized and it

6    pushes the chemical into the lumber.  And it

7    sets there for so long.  And they release

8    the pressure, drain the tank, open the door,

9    and take a cable and pull the lumber back

10   out.

11        Q    Did you ever have to clean the

12   treatment cylinders?

13        A    Oh, yeah.  You would have to get

14   in them and scrape them out.  Yeah.

15   There's -- sludge and all gets in there.

16        Q    How big around were they?

17        A    Six foot, some of them.  Some of

18   them eight foot.  Different sizes.

19        Q    Could you stand up in one?

20        A    No, not good.  Because, like I

21   said, it was -- I'm talking about step --

22   just talking about diameter, but, you know,

23   you don't have but just that one crown in

    1    there.

    2         Q    And how did --

    3         A    You could stand up, just kind of

    4    bend over.

    5         Q    And when did you first clean the

    6    cylinders -- treatment cylinders?

    7         A    Shoot, I don't remember how many

    8    years ago.

    9         Q    And how often did you do that?

   10         A    I helped do it, I don't know,

   11    probably a dozen times or more the whole

   12    time I was there.

   13         Q    And what happened to -- what

   14    would you get out of the treatment cylinder?

   15         A    Dirt and sand.  Because it don't

   16    matter what you do with the lumber, you set

   17    it on the yard, whatever, wind blowing, it

   18    gets sand on it.  And then most of the time

   19    it was rough and you're going to have loose

   20    shivers.  And when you fill it up with the

   21    chemical and put pressure on it, I mean,

   22    literally it would take a 16 -- say a 16

   23    bunch of two by tens strapped in with a

1    steel strap, it would break the straps, pick

2    the bundle up and turn it upside down.  You

3    wouldn't think it could have room to it but

4    it does.  And then, naturally, when you pull

5    it out after so many times, you've got

6    sediment in there.

7        Q    And would that sediment have

8    treatment chemicals in it?

9        A    Oh, yeah.  That's what it's

10   filled.

11       Q    And what happened to those

12   treatment chemical when you cleaned them

13   out?

14            MR. ARNOLD:  Objection.

15            Foundation.

16       A    Got took to the boiler and

17   burned.

18       Q    Would you say that again.  You

19   got interrupted.

20            MR. ARNOLD:  I apologize.

21       Q    Go ahead.  What -- what was done

22   with the treatment chemicals and the

23   sediment from cleaning the treatment

```
 1   cylinders, if you know?

 2              MR. BERGHOFF:  Objection to the

 3              form.  No foundation.

 4        A    Burned in the boilers, some of it

 5   I know.

 6        Q    Okay.  How do you know?

 7        A    I did it.

 8        Q    What is creosote, if you know?

 9        A    It's a oil-based treatment.

10        Q    And what was --

11        A    To tell you the truth, that's all

12   I know, it was oil-based treatment.

13        Q    And was that one of the chemicals

14   used to treat lumber?

15        A    Oh, yeah.

16        Q    Now, you used the word "penta."

17   What do you mean by "penta"?

18        A    I know the whole name for that

19   stuff but I can't pronounce it.

20        Q    Would pentachlorophenol --

21        A    That's it.

22        Q    -- refresh your recollection?

23        A    You got it.
```

```
1          Q     All right.  And can we agree that

2     when I -- if we use the word "penta," we're

3     talking about pentachlorophenol?

4          A     Right, that's it.

5          Q     And what was penta used for?

6          A     To treat lumber, posts, poles.

7          Q     And over what period of time?

8          A     Well, doing it when I went to

9     work there.  And did it -- I don't know.  We

10    quit doing it when LP had it.  To tell you

11    the truth, I can't remember how long LP had

12    it before we quit doing it.

13         Q     Did LP -- when LP first started

14    operating the mill, were you still treating

15    with pentachlorophenol?

16         A     Yeah.

17         Q     It was sometime after that you

18    quit?

19         A     Yeah.  It wasn't too long now.

20         Q     And, now, what is CCA?

21         A     That's a water-based treatment.

22         Q     That's a treatment chemical?

23         A     Right.
```

1          Q     Would cropper chromate arsenate

2    refresh your recollection?

3          A     Right.

4          Q     And can we agree that's what

5    we're talking about when we say "CCA"?

6          A     Yeah.  The same thing as

7    Wolmanized, only another name.

8          Q     Wolmanized is CCA?

9          A     Uh-huh.  Just a different

10   company.

11         Q     Okay.  When -- do you remember

12   when the company started using CCA?

13         A     I sure don't.  I can't remember

14   the years and stuff like that.  I just know

15   I was there when it started.

16         Q     Do you know whether or not there

17   was ever any filtering systems for the

18   creosote and pentachlorophenol?

19         A     There's one behind the treatment

20   plant.  It's like a tank, like a like vat.

21   Used saw dust and chips for it to filter

22   through.

23         Q     Explain to us how that worked.

1        A    It went into -- went in the top

2    of it and it would filter through and drain

3    to the ponds and filter through it.  Like I

4    said, I wasn't the only one that ever

5    cleaned it.  I don't remember it being dark

6    enough for a whole lot of creosote to be in

7    it.  But when I cleaned it, like I said, it

8    was took to the boilers and burnt.

9        Q    Do you remember if any

10    pentachlorophenol treatment waste was put

11    through the sawdust filter?

12        A    Yeah, it was put through.  I

13    think that was mostly what was put there.

14    Like I said, I don't remember, myself, it

15    really being really dark enough for it to

16    have been creosote.

17        Q    How do you know the

18    pentachlorophenol filtered sawdust was put

19    in the boiler?

20        A    Because I put it there.

21        Q    How did you do that?

22        A    With a forklift and a pan.

23        Q    And how long --

1      A    Rather a loader and a pan -- a

2  front-end loader.

3      Q   And how long did that process

4  continue?

5      A   I don't know.  Like I said, I

6  didn't do it that much, but I just -- I did

7  it a few times.  And then when I got busy up

8  on the hill, I don't know what they started

9  doing.

10      Q   How -- through what years?

11      MR. ARNOLD:  Objection to the

12         form of the question.  Asked and

13         answered.

14      A   Probably '79 or '80 up to the

15  mid-'80s.

16      Q   Now, what do you do for --

17      A   Early '80s, something like that.

18      Q   What do you do for a living now?

19      A   I'm a heavy equipment operator.

20      Q   What does a heavy equipment

21  operator do?

22      A   I operate a excavator, bulldozer,

23  front-end loader, motor grader, whatever, a

1    pan.

2         Q    Do you ever price jobs --

3    estimate prices?

4         A    I don't never price them.  We

5    have to look at them and figure how long

6    it's going to take us to do it.

7         Q    How do you figure how long it's

8    going to take you to do it?

9         A    By how much brush and dirt and

10   waste material we've got, how long that's

11   going to take us to take it down, how many

12   loads it will be, how far we've got to take

13   it to dump it.

14        Q    How frequently do you look at

15   piles of wood, dirt, brush, debris, and

16   estimate its volume in weight in your

17   occupation as a heavy equipment operator?

18        A    Well, about every job we go on, I

19   always do it.

20        Q    How long have you been doing it?

21        A    The last eight years.  Well, ever

22   since the mill went down, I went to work

23   with them.

```
1          Q    And has -- has your judgment

2    proven to be accurate or inaccurate?

3          A    You can get close.

4               MR. BERGHOFF:  Well, I object to

5               that.  There's no foundation and,

6               obviously, of course, he's not an

7               expert witness.  You can ask all

8               the hypotheticals you wish, but if

9               that's where this is leading, it's

10              a waste of everybody's time,

11              including the witness.

12         Q    Go ahead.  Has your judgment

13   proved to be accurate or inaccurate?

14         A    We get close.  You know, you've

15   got to figure weather and everything in what

16   we're doing and how long it's going to take

17   you to do it.

18         Q    And -- and plus or minus, what

19   percentage has your judgment been in

20   estimating volume and weight of dirt and

21   other material, as a heavy equipment

22   operator?

23         A    I -- I guess pretty close.
```

```
1          Q     Well, what does "pretty close"

2     mean?

3          A     Well, if I figure it's going to

4     take about 10 loads of brush, it usually

5     takes anywhere say from 8 or 9 to 11,

6     something in that area.  It won't be much

7     more or less.

8          Q     Do you remember when the pond --

9     the first pond at the facility was closed?

10         A     The creosote pond?

11         Q     Yes, sir.

12         A     Oh, yeah.

13         Q     Was -- approximately, when did

14    that occur?

15         A     There you are asking me for dates

16    again.  I can't tell you.  All this is run

17    in together with me over the years, Eason.

18         Q     Okay.  Now, tell us what you mean

19    by "creosote pond"?

20         A     We treated with creosote.

21    Creosote and penta, they're not a in-line

22    treatment.  They got -- when you get rid of

23    your waste, that's it, it's gone.  So
```

1    instead of being able to pump back like CCA

2    and recycle, when it leaves the cylinder

3    it's got to go.  So this big pond is dug,

4    and that's where it was pumped to.

5        Q    Pentachlorophenol and creosote?

6        A    Not mixed together.  No.  There

7    were different ponds for different ones.

8        Q    And what were those ponds like?

9        A    Just big holes in the ground.

10   You had water in it, you know, for the oil

11   to mix with and come to the top.

12       Q    Well, did you ever --

13       A    What would come to the top.

14       Q    Did you ever see the sediment at

15   the bottom of those ponds?

16       A    Oh, yeah.

17       Q    What was it like?

18       A    Like black mud, the creosote was.

19   It was black oil, if you've ever been in a

20   service station and seen the grease pit.

21       Q    Do you know what happened to the

22   sludge at the bottom of the first pond that

23   was closed?

1        A    It got burned in the boilers.

2        Q    How do you know that?

3        A    Because we hauled it up there and

4    put it in them.

5        Q    When did you do it?

6        A    When we cleaned up that pond and

7    filled it in.  First, it was just bark put

8    in there and soaked up, you know, and then

9    took to the boilers and burned.

10        Q    Approximately, what time of day

11    was this done?

12        A    Early in the morning, late in the

13    evening.

14        Q    Was -- what percent of the sludge

15    and sediment from the pond was taken to the

16    boilers and dumped, as you've described?

17        A    Probably 50 percent.

18        Q    What happened to the other

19    50 percent, do you know?

20        A    We covered it up.

21        Q    What do you mean by "covered it

22    up"?

23        A    Filled the hole up with dirt.

1    It's still there.

2        Q    Mr. Partridge, do you remember

3    any aeration systems, spray fields with

4    nozzles?

5        A    There's one over there they put

6    on that -- on the penta treatment pond.  The

7    big pond on the south side of the treatment

8    plant, which is filled up now, or was --

9    there's so much over there now, I don't know

10    what's there -- with gravel and all.  That's

11    where it was at.

12        Q    Can you describe that to us?

13        A    That's a big -- big pond,

14    probably twice as big as the first one you

15    asked me about.  And it had docks like you

16    would think would be a walkway for fishing

17    or something out all over it.  And they had

18    sprinkler systems all out on it.  And it's

19    supposed to, you know, evaporate it or

20    something, I guess.  I don't know what it

21    did.

22        Q    What do you mean by "sprinkler

23    system"?

```
1          A    Well, it would sprinkle the

2    spray.  Aerate I guess you would say.

3          Q    Like a water -- like a lawn

4    sprinkler or something?

5          A    Yeah, something like that.

6          Q    How many of those sprinkler

7    system heads were on there?

8          A    I don't know, Eason.

9          Q    Your best judgment.

10         A    Fifty or sixty at one time, I

11   know.  That's what it looked like.  There

12   was a bunch of them.

13         Q    Do you remember when that was

14   first installed?

15         A    I sure don't.

16         Q    Was it installed while you were

17   there?

18         A    I helped dig the pond, but I

19   don't remember what year it was.  Eighty,

20   '81, somewhere along there.  Eighty-two,

21   somewhere around in there.

22         Q    Do you know if it was upgraded or

23   changed?
```

```
1        A    They worked on it off and on all

2   the time.

3        Q    Do you know how long it stayed in

4   operation?

5        A    I sure don't.  I can remember

6   when we shut it down and dug it out and

7   filled it in, but I can't remember what

8   year.

9        Q    I want to ask you again about the

10  sawdust for the filter that you told me

11  about.  How much sawdust would -- let me

12  ask -- let me withdraw that question.  How

13  often would the filter be cleaned and

14  sawdust taken out of it?

15       A    Probably once a week when we was

16  treating.

17       Q    And how much sawdust would be

18  removed?

19       A    A good size front-end loader

20  bucket.

21       Q    And how much is that in -- in

22  volume?

23       A    Two yards, maybe three.
```

```
 1          Q     So you're talking about cubic

 2    yards?

 3          A     Yeah.

 4          Q     Two or three cubic yards?  Let me

 5    make sure I understand that.

 6          A     Yeah, best I can remember.  Now

 7    I'm --

 8          Q     Okay.  And what would you do with

 9    it?

10          A     Put it in the boilers.

11          Q     Do you know what happened to it

12    after you put it in the boilers?

13          A     Burned.

14          Q     Mr. Partridge, did you ever

15    remember receiving any environmental

16    training?

17          A     No, sir.

18          Q     Do you ever remember receiving

19    any training about the toxic nature of the

20    chemicals that you were handling?

21          A     No, sir.

22          Q     Do you know a gentleman named

23    Ronnie Paul?
```

```
1         A    Yes, sir.

2         Q    And who is Ronnie Paul?

3         A    Well, at one time we was told he

4    was second in charge of LP.

5         Q    Which -- would you know him if

6    you saw him?

7         A    Oh, yeah.  If you see Ronnie Paul

8    you don't forget him.

9         Q    How often did you see Ronnie Paul

10   while you worked at the facility during the

11   time that LP was the management?

12        A    I don't know.  It was a lot.  I'd

13   never figured somebody as high up as him

14   would come to that mill as much as he did.

15   But he was there a lot, I have to say that.

16        Q    Did Mr. Paul ever talk to you or

17   any of the other men, to your knowledge,

18   about environmental matters?

19             MR. ARNOLD:  Object to the form

20             of the question.  No foundation.

21        A    If he talked to them, I don't

22   know nothing about it.  He ain't never

23   talked to me.
```

```
 1          Q    You did the inventory?

 2          A    Yeah, every month.

 3          Q    How long did you do the lumber

 4   inventory?

 5          A    I done the forklift -- probably

 6   middle to the end of '78 up until I counted

 7   the last stick.

 8          Q    And doing inventory, would you

 9   have been aware of the volume of production

10   at the facility?

11          A    Pretty close, yeah.

12          Q    Can you give us your best

13   judgment as to the volume of production when

14   you started doing inventory in the late

15   'seventies'70s?

16               MR. BERGHOFF:  I'm going to

17               object as to the form.  I -- I

18               don't understand how those two are

19               related at all.  I -- I -- no

20               foundation for that.  Inventory

21               and production, I don't understand

22               that.  Objection.

23          Q    Okay.
```

```
1          A    What do you want to know, how

2     much we produced in a day's time?

3          Q    Yeah.  Or a week or however you

4     want to say it?

5          A    Well, I would say depend -- well,

6     it would depend on what you was running.  If

7     you were running one by fours, you got a

8     third of the length of the board feet.

9     You're talking maybe, if you're lucky, 60-

10    to 80,000 feet in a day.  In you're running

11    two by twelves, you've got twice the length.

12    You know, you're talking about maybe 200- to

13    250,000 feet in a day.

14         Q    And what do you mean by a "foot"?

15         A    Well, like I say, a two by six,

16    it carries its own length.  A foot of two by

17    six is a foot -- one board feet.  Where a

18    one by six, one foot -- a piece of one --

19    one by six, you've got to have two feet long

20    to have one board feet.

21         In other words, say a one by four is a

22    third of the length, two by four is

23    two-thirds length, two by six carries its
```

1     length, like that.  Two by twelve is twice

2     the length.  It figures diameter by width or

3     thickness by width.

4          Q    Can you give us your best

5     recollection about how the production at the

6     mill evolved or changed from the time that

7     you first went to work there until the time

8     you left?

9          A    Oh, yeah.  It got faster.

10    Definitely.  New plainers, new trim saws,

11    you know.  It was a lot more when I left

12    than when I started.

13         Q    So what would the production have

14    been in the mid-1980s, if you know?

15         A    Thirty, 40,000 feet.  Maybe 50 on

16    one by fours, say on two by sixes, maybe

17    100- to 150,000.

18         Q    A day?

19         A    Yeah, a day.

20         Q    And how did that -- did that

21    change in the early 1990s?

22         A    You had a faster plainer, faster

23    trim saw, run more big stuff than you did

1    little stuff.

2        Q    Were there ever any times that

3    the mill received orders for treated lumber

4    where they didn't have the right size in

5    stock?

6        A    Oh, yeah.

7        Q    And -- and -- and what would you

8    do if you got an order for treated lumber

9    and you didn't have the right size in stock?

10       A    Are you talking about length?

11       Q    Uh-huh.

12       A    Take it to the plainer mill and

13   trim it.  You set it and you just open the

14   heads on your plainer so it don't -- you

15   know, it's not running nothing but the

16   rollers.  And you run it through, and it

17   comes out on the trim saw and it goes up.

18   And then the man positions it for the length

19   and trims it, comes out the other end and

20   the piece goes in the wood box.

21       Q    And what happened to trimmed

22   treated lumber that --

23       A    Dumped -- dumped inside the

1     boiler, in front of it, to be hand fed

2     through the front doors by the night man at

3     the boiler.

4          Q     And -- and -- and -- and what

5     happened when it was in boilers?

6          A     Well, the night -- well, the

7     night man at the boiler opened the doors and

8     hand feed the boilers and burns it.

9          Q     And why would you hand feed the

10    boilers?

11         A     I mean, I don't know.  I'm not

12    that smart.  But since I found out all this,

13    because I didn't know it to start with

14    anyhow --

15         Q     You shouldn't guess.

16         A     I figured it was because they

17    don't want to put it in the chipper and put

18    it in the dust house so it could be

19    detected.  So you just set it in front of

20    the boilers and it just goes in the front

21    door and nobody knows.

22         Q     How often did that practice

23    continue?

```
 1          A    Well, every time we'd trim

 2    treated lumber.  Of course, you know, that

 3    wasn't no regular practice, you know.  It

 4    just -- it was an odd ball thing, every now

 5    and then.

 6          Q    And how often did that -- through

 7    the years, did that practice continue?

 8          A    I don't -- that's hard for me to

 9    remember, how often it happened.

10          Q    When did it stop?

11               MR. BERGHOFF:  Object to the

12               form.  No foundation.

13          Q    If you know.

14          A    It stopped -- I'm not sure.  I

15    really ain't.  It would be in the '90s.

16               MR. BERGHOFF:  The objection

17               still stands, even with the

18               correction.

19          Q    So you tell me whether or not

20    copper chromate arsenate, CCA, treated

21    lumber was burned in facility boilers?

22          A    Yeah, some of it was.

23               MR. ARNOLD:  Object to the form
```

1          of the question.  Asked and

2          answered.

3     Q    Can you tell me whether or not

4  pentachlorophenol treated waste was burned

5  in the boilers?

6     A    Yeah.

7     Q    Were there ever any broken pieces

8  or cutoff pieces cleaned up in the yards?

9     A    Oh, yeah.  Our runners we used to

10  set the lumber on on the yard, timbers,

11  runners and stuff, get busted and chipped on

12  the ends and all.  And when it was picked

13  up, that's where it went, to the boiler to

14  be burned.

15     Q    How long did that practice

16  continue?

17     A    The whole time I was there, as

18  far as I can remember.

19     Q    In -- in the '90s?

20     A    The early '90s, yeah.

21     Q    And did that include treated

22  lumber?

23     A    All of them was treated.  You

1    didn't put untreated lumber on the ground to

2    set lumber on.  It wouldn't stay there.  It

3    would rot.

4         Q    And do you know what treated

5    chemicals had been used to treat that

6    lumber?

7         A    Different ones.  CCA, penta, and

8    creosote.

9         Q    You said there was a railroad

10   spur on -- on one of the plaintiff's photo

11   exhibits.

12        A    I don't know about if it was on

13   the photo or not.  We did have railroad

14   spurs.  The railroad track used to run right

15   through the sawmill.  And then the chip mill

16   was setting here, and the railroad spur

17   angled off and went up by the chip mill,

18   because that's what they loaded their

19   woodchips in was box cars.

20        Q    Just a little short railroad

21   track?

22        A    Well, no.  The main line went

23   through the mill and went on through

1    Lockhart.

2        Q    But the spur, was it --

3        A    The spur was just a short line up

4    past the chip mill.

5        Q    And what, if you know, what was

6    done with timbers taken out of the railroad?

7            MR. ARNOLD:  Object to the form

8            of the question.  No foundation.

9        A    I'm not sure.

10           MR. MITCHELL:  He said he doesn't

11           know.

12           MR. ARNOLD:  Just stating my

13           objection to your question.

14           MR. MITCHELL:  All right.  The

15           tape is, I understand, finished,

16           and I think I just about am as

17           well.

18           THE VIDEOGRAPHER:  Okay.  We're

19           going off the record.  This is the

20           end of tape 1.

21    (Whereupon, a short break was taken.)

22           THE VIDEOGRAPHER:  We're back on

23           the record.  This is the beginning

```
1              of tape 2.

2                   EXAMINATION

3    BY MR. ARNOLD:

4         Q    Mr. Partridge, my name is Doug

5    Arnold.  We met earlier.  I represent

6    Louisiana Pacific Company, and if it's okay,

7    sir, I wanted to ask you a few questions.

8         A    Okay.

9         Q    Mr. Partridge, when you testified

10   earlier, I think you indicated that when you

11   started at the Lockhart site, you -- your

12   first position was working in the plainer

13   mill, is that correct, sir?

14        A    Working on the plainer chain.

15        Q    And then after that, you

16   mentioned that you did work as a forklift

17   operator?

18        A    Yep.

19        Q    And I believe, sir, you also

20   testified about doing work out in the yard,

21   as needed, sometime after?

22        A    Anything that needed to be done.

23        Q    Okay.  And then I think also you
```

1     mentioned another job you held at the

2     Lockhart site is a shipping clerk, is that

3     correct, sir?

4          A     Well, see, you -- I've got to

5     explain this.  The forklift -- work on the

6     forklift -- you've got a shipping office.

7     All right.  You had a supervisor in one

8     office, a shipping clerk in another office,

9     which also filled in on the forklift, and

10    then you had forklift operators, all out of

11    the same section.  So when I went to

12    forklift operator, another man was in there,

13    shipping clerk, and when he quit and went to

14    the oil rigs, that's when I went in the

15    office where say -- went to shipping clerk.

16    But at that time, LP had cut back.  So I was

17    still a forklift operator but I just did the

18    shipping work -- shipping clerk duties.  I

19    got reclassified.

20         Q     Okay.  Thank you for that -- I

21    appreciate that clarification.  With regard

22    to the positions you held at the -- various

23    positions you held at the plant, for

1    instance, the plainer mill, who would have

2    been the person you reported to when you

3    worked inside the plainer mill?

4         A    When I worked in the -- pulling

5    lumber from the plainer chain would have

6    been Milton Bradley.

7         Q    Okay.  And do you remember who

8    Mr. Bradley reported to?

9         A    Roy Ezell.

10        Q    Okay.  And when you did work as a

11   forklift operator, who -- who was your

12   direct report, if you recall, sir?

13        A    To start with it was Tank

14   Johnson, and then after that, it was Donald

15   Ezell.

16        Q    And with regard to Tank Johnson

17   and Don Ezell, do you recall who they

18   reported to?

19        A    Roy Ezell, I guess.  He was the

20   plant manager.

21        Q    And in terms of the work you did

22   in the -- in the yard, who was your direct

23   report in terms of who told you what needed

1      to be done out on the plant?

2           A     This gets confusing.

3           Q     Okay.

4           A     I had three main bosses that told

5      me to do things at different times.  Donald

6      Ezell, Tobe Kelly, and Roy Ezell.

7           Q     And the work, Mr. Partridge, you

8      did as a shipping clerk, who did you report

9      to in that position?

10          A     The shipping clerk, Donald Ezell.

11          Q     Okay.  And I think you testified

12     just a moment ago, Mr. Partridge, that

13     Mr. Don Ezell in turn reported to Roy Ezell,

14     is that correct, sir?

15          A     As far as I know.  Like I said,

16     Roy was the plant manager.

17          Q     If you could -- for the positions

18     you held at the plant, could you take a

19     moment and just describe sort of what was

20     the typical start time when you came to the

21     plant and when you would finish.  Was it

22     generally the same in each of those

23     positions or did it vary?

```
 1        A    See, that's what you don't --

 2   what you're not understanding, I didn't have

 3   any position at any certain time.

 4        Q    Okay.

 5        A    I did all of them as needed --

 6        Q    Okay.

 7        A    -- to be done.

 8        Q    Okay.

 9        A    I started work at six in the

10   morning.  A standard work day was ten hours.

11        Q    Okay.

12        A    Six to five, for normal people.

13        Q    Okay.

14        A    Sometimes it may be 8 or 9

15   o'clock before I would get off.  And then

16   I'd go in on Saturday and Sunday and pull

17   the dry kiln.  It would take about a half a

18   day each day on them, or, you know, both of

19   them, all day.  Ever when they get -- get

20   full.  So when they're ready, they don't

21   wait on you.  You don't turn them off and

22   leave it in there, you pull it out.

23        See, that's -- that's -- that's what
```

```
 1    I'm trying to make you understand.  I didn't
 2    -- I was a shipping clerk/forklift operator,
 3    unless I was caught up and they needed
 4    something else done, except for when
 5    inventory come in and then I did inventory,
 6    they just left me alone.  Because I had to
 7    inventory the whole yard.  I couldn't be
 8    interrupted.
 9         Q    Okay.  Thank you.  If you -- if
10    it's okay, Mr. Partridge, I wanted to ask
11    you a few questions about how the wood was
12    processed at the plant, if that will be
13    okay?
14         A    Okay.
15         Q    And if -- if it's all right, sir,
16    I was going to refer back to what has been
17    marked in your deposition as Plaintiff's
18    Exhibit 1.
19         A    Seventy-eight.  All right.  What
20    do you want to know?
21         Q    And, well, what I would like, if
22    it's okay, Mr. Partridge, is just have you
23    walk through the steps in terms of when the
```

1    logs were brought onto the site, and just --

2    if we could go, just through that -- that

3    process step by step.  Just as a place to

4    start --

5         A    Well, what do you want me to do

6    with this?

7         Q    Oh, I only had it there in case

8    it would be helpful in terms of as we talked

9    about various buildings, what was done in

10   each building.

11        A    You come in the front gate off

12   the highway, the logs go across the scales,

13   get weighed in, get checked.  What we

14   wouldn't accept, gets marked.  They go

15   behind the ramp, get unloaded, except for

16   what wouldn't meet the class, put back on

17   trailer and send them back out.  Then the

18   loader would take the logs, set them on the

19   ramp, they come through to the saw to get

20   cut.  They go though the debarker and get

21   debarked.  And then they go into the sawmill

22   and they make lumber out of it.

23        It comes out of the other end of the

1    sawmill onto the green chain.  It comes out

2    of the green chain different lengths,

3    different sizes, and gets pulled off

4    accordingly.  And then it leaves the green

5    chain, goes to the stacker yard.  From there

6    it goes across the stacker, gets sticks put

7    in it, gets set out on the green yard.

8        When you get enough of whatever you're

9    loading, from there it goes in the dry

10   kilns.  When it gets through drying, it

11   comes out of the dry kilns and goes in the

12   rough lumber shed.  From there, depending on

13   what they want to run next, go from the

14   rough lumber shed to the plainer mill.  It

15   goes through the plainer mill, gets dressed,

16   graded, trimmed, and stacked and banded, and

17   then it comes out.  The forklift takes it

18   and puts in the shed, ready to load on the

19   trucks.

20        Q    Thank you.  Going back to the --

21   I think you mentioned a moment ago that one

22   of the first steps is the wood, after being

23   weighed at the scale, would go to the cutoff

```
1    saw, is that correct, sir?

2         A    Talking about the logs?

3         Q    Yeah, the logs.  I'm sorry.

4         A    Yeah.  They go -- go to the ramp

5    and then they go to the saw, you know, to

6    cut the small end off or knotty end or

7    whatever, you know.  Keep the good part and

8    go on to the debarker.

9         Q    And what was done, Mr. Partridge,

10   if you recall, with the leftover parts from

11   the cut off saw, the ends and the knots, do

12   you know what was done with that?

13        A    You throwed something at me I

14   never really studied.  I know the bark goes

15   to the boiler.

16        Q    Okay.  What about with regard to

17   whatever was left over from the sawmill?

18        A    Goes in the chipper.

19        Q    Okay.  And from -- do you recall

20   what was done with the wood after it went

21   through the chipper?

22        A    Wood chips was made out of it and

23   loaded on box cars when we had the rail
```

```
1    line.  When we lost the rail line, then it

2    was just loaded in chip trailers and pulled

3    by truck, sent out.

4         Q    And I think a moment ago,

5    Mr. Partridge, you mentioned that in the

6    plainer mill the wood was dressed, graded,

7    and trimmed, is that correct, sir?

8         A    Well, the plainer mill don't do

9    nothing but dress it.  And then when it

10   comes out and hits the chain, you've got two

11   men standing there, certified SPIB graders,

12   and they grade it.  You know, they flip it,

13   they grade it whatever grade.  And then it

14   comes on up to the trim man, and he trims it

15   the right length.  It goes through the trim

16   saw, comes out, and then ever what buggy it

17   goes on, that man at that station pulls it.

18        Q    Mr. Partridge, do you recall what

19   was done with the trimmed ends and the

20   shavings and other leftover wood from --

21        A    It went to the boiler.

22        Q    -- the first steps?

23        A    The shavings from the -- from the
```

```
1      plainer mill went through a chute, a big

2      pipe, sucked and just fed into the dust

3      house.  From the dust house, it went to the

4      boiler.

5           Q    Okay.

6           A    What went in the wood box,

7      depending on what was in it, would be dumped

8      in what we call the "hog," a big chipper.

9      And it was chipped there and went in the

10     dust house, or either it was took in the big

11     door and dumped in front of the boilers to

12     be hand fed through the doors.

13          Q    Of the various sawmill -- cutting

14     of the lumber or cutting of the logs into

15     lumber and the various wood that's created

16     from that that you've mentioned go to the

17     boiler, what was the largest source of

18     boiler fuel?  Did it come from what was left

19     over in the sawmill or come from another

20     operation of the plant, if you recall?

21          A    Talking about what went in the

22     chip -- went in dust house?  It was a

23     combination of everything.
```

1        Q    Okay.

2        A    Bark from the logs when they

3    debark it, you know, and shavings from the

4    plainer mill, when they dressed it.  Just

5    a -- like I said, it was just a combination

6    of all of it.

7        Q    Mr. Partridge, with regard to the

8    boiler, do you recall if there was a minimum

9    operating temperature that had to be

10    maintained?

11        A    Yeah.  But I don't remember what

12    it was.  I can remember firing it and

13    knowing that I got it too hot one time, I

14    can tell you that.

15        Q    With regard to the treating

16    plant, Mr. Partridge, I think you mentioned

17    earlier there were different type cylinders

18    in use at the treating plant at various

19    times, is that correct, sir?

20        A    Yeah.  First, it was penta and

21    creosote, and then they converted it to CCA.

22    When they quit treating with penta and

23    creosote, they converted one cylinder to

1    penta -- to CCA and that's all we used.  We

2    had four cylinders though at one time, all

3    of them in operation.

4         Q    Mr. Partridge, with regard to the

5    wood treatment chemicals you've testified

6    about earlier, I think you mentioned

7    pentachlorophenol, CCA, and creosote?

8         A    Yeah, that's the only two names I

9    know penta and creosote by is penta and

10   creosote.

11        Q    Do you recall whether the

12   facility purchased those chemicals?

13        A    Yeah.  I don't know what company

14   they got them from.  I think it was Koppers,

15   but I can't swear to it.

16        Q    But all of the wood treatment

17   chemicals the facility used, they -- they

18   purchased from some outside supplier, to

19   best of your recollection?

20        A    Right.  Yeah, I'm glad you

21   throwed that in, "to the best of my

22   recollection."

23        Q    I understand.  And I believe,

1    Mr. Partridge, but correct me if I'm wrong,

2    in your testimony earlier, I believe you

3    described some of the processes that were

4    used to recover those wood treatment

5    chemicals so they could be reused.  Was that

6    also part of the process of the facility?

7         A    What are you talking about now,

8    "reused"?

9         Q    I'm sorry.  Well, recovering the

10    wood treatment chemical after use so you

11    could reuse --

12         A    CCA was the only thing.

13         Q    Okay.

14         A    CCA is a in-line treatment.

15         Q    Okay.

16         A    You can't treat with penta or

17    creosote, either one, and then turn around

18    and reuse it.

19         Q    Mr. Partridge, if it's okay, I

20    wanted to ask you a few questions about

21    other companies that may have been doing

22    business in the Lockhart area.

23         A    It wasn't none that I know of.

```
1          Q     Could I run a few names by you,

2     sir?

3          A     You can run them by me.

4          Q     Okay.  Have you ever heard of a

5     company called Jackson Lumber?

6          A     That was gone when Lockhart

7     started up.

8          Q     Okay.

9          A     And it was -- that was so many

10    years ago, I doubt they even knew what

11    treated lumber was.

12         Q     Okay.  Do you recall what they

13    did at Jackson Lumber?  Did you ever hear

14    anything about what operation --

15         A     They made -- they had a sawmill.

16    It was right across the street from where

17    Lockhart was.  But that was -- like I said,

18    that was when they would float the logs down

19    the creek, you know, to cut them and all.

20         Q     Have you ever heard of a company

21    called Covington Industries, Mr. Partridge?

22         A     Covington Industries?  It was a

23    shirt factory.
```

1          Q      Okay.  Was it located in the

2    Florala or Lockhart area, if you recall?

3          A      Florala.  It was in Florala.  It

4    was just a factory -- shirt factory, pants.

5          Q      Have you ever heard of a company,

6    Mr. Partridge, called Gin II?

7          A      Gin II is in Defuniak Springs,

8    Florida.

9          Q      Mr. Partridge, have you ever

10   heard of a company called Sweatt Industries?

11         A      Yeah.  He opened up for about two

12   or three months and went down.  Best I

13   remember, now, he didn't stay open but about

14   two or three months.

15         Q      Do you recall what type of

16   business Sweatt Industries was?

17         A      Some kind of shirt factory is all

18   I know to tell you.  I didn't never go

19   around it.  Because he opened up in a little

20   biddy building and then he moved to a big

21   building and went out of business.

22         Q      Mr. Partridge, do you recall a

23   company called Merritt Metals?

```
 1        A    No.

 2        Q    Mr. Partridge, do you recall a

 3   company called Zorn Brothers?

 4        A    Yeah.

 5        Q    Do you recall what Zorn Brothers,

 6   what type of business they were in?

 7        A    Peanuts.  I guess just peanuts.

 8   That's all I ever sold to them.

 9             MR. ARNOLD:  Can we go off the

10             record.

11             THE VIDEOGRAPHER:  One moment.

12             Off the record.

13      (Whereupon, a short break was taken.)

14             THE VIDEOGRAPHER:  We're back on

15             the record.

16             MR. ARNOLD:  Mr. Partridge, I do

17             not have any other questions at

18             this time.  Thank you.

19             THE WITNESS:  All right.

20                  EXAMINATION

21   BY MR. BERGHOFF:

22        Q    Good afternoon at last.  My name

23   is John Berghoff, and I am the lawyer for
```

```
 1    TMA, who, as you know, owned the facility

 2    from 1979 to 1983.

 3         A    Eighty-four.

 4         Q    Well, I think it's November of

 5    '83 is the day --

 6         A    Eighty-four.

 7         Q    You think '84?

 8         A    I was there.

 9         Q    All right.  I wasn't.  And I'm --

10    and you're testifying and I'm not.

11         A    Unless they changed the dates on

12    me, it was '84.

13         Q    Okay.  I wanted to clear up a

14    couple of things on the operation side of

15    things just so I am sure that I've got it --

16    the record has got it.  You gave a really

17    good summary of it -- of tracking a board

18    through, so -- and that was real clear.

19    I'm -- I'm with that.  There are a couple of

20    things I want to I think add to that, if I

21    -- if I can.  First of all, these treatment

22    chemicals that you used, you said you bought

23    those, correct?
```

```
 1          A    To the best of my knowledge.  I

 2    wasn't in that part, so --

 3          Q    So -- so you weren't involved

 4    with that -- with that at all?

 5          A    Buying the treatment chemicals or

 6    nothing, no.

 7          Q    All right.  Do you know how

 8    expensive they were to buy?

 9          A    I don't have no idea.

10          Q    Do you know whether they were

11    cheap?

12          A    I doubt they were cheap, but I

13    don't have any idea.

14          Q    But you sure didn't want to waste

15    them.  I mean, it wasn't in your best

16    interest to waste them, was it?

17          A    It probably wasn't in their

18    interest.

19          Q    Okay.  In the company's best

20    interest?

21          A    Right.

22          Q    So I presume somebody like Roy

23    Ezell was trying to conserve -- conserve
```

1    those and not waste them?

2         A    I don't know who the orders came

3    from.  Like I was telling them, I had three

4    bosses.  And you're gone think I'm crazy,

5    but my memory ain't too good.  I was told to

6    do so many things by them three men.  I can

7    tell you I remember being told to do it; I

8    can't tell you which one of them.

9         Q    Well, let me -- let me, I guess,

10   put it this way.  No one ever said, "Jacky,

11   you -- you can throw around those treatment

12   chemicals because they're so cheap that it's

13   not a problem"?

14        A    They didn't add a price into it.

15   But, yes, they told me go get rid of it.

16   They told me where to dump the ashes, they

17   told me when to burn it and when to set it

18   in the boiler.

19        Q    Right.

20        A    They told me to put it in the

21   boiler in the evenings because it had to be

22   burned at night, they draw too much smoke

23   during the day.

```
1           Q    Right.  And that's been --

2           A    Yes, they did tell me.

3           Q    That's been clear.  That --

4      when -- when those had to be disposed of --

5           A    Right.

6           Q    -- you have -- you have testified

7      about that.  That's a little different than

8      what I'm trying to understand.  And that is

9      the purpose and -- and let me maybe ask it

10     this way.  The purpose of the sawmill was to

11     sell lumber, right?

12          A    Right.

13          Q    You don't want to produce scrap?

14          A    No.  But you're going to have so

15     much.

16          Q    You're going to have some, but

17     you sure don't want to try -- you want to

18     try to produce as little amount of scrap as

19     you can, right?

20          A    Right.

21          Q    Because scrap is not really the

22     product that you're sending out of the mill,

23     correct?
```

```
1          A     Right.

2          Q     And of the product you're sending

3    out of the mill, do you know which was more

4    valuable to you; treated or untreated wood?

5          A     Treated cost more per thousand.

6          Q     And so that was a more valuable

7    product for you, correct?

8          A     Yeah.

9          Q     So you sure as heck didn't want

10   to have much scrap treated lumber, correct?

11         A     You're right.

12         Q     The -- was Roy Ezell the plant

13   manager throughout the whole time you were

14   at the facility?

15         A     No.  When I first went to work

16   there, Cory Jackson was the owner.  Him and

17   Charlie Dixon and -- I can't remember that

18   man's name.

19         Q     Yeah.  I forget.  There is a

20   third -- I forget, too.  But that's all

21   right.  And then when Jackson sold it to

22   TMA, was Roy Ezell then the plant manager?

23         A     That's when Roy took over plant
```

1    manager.

2        Q    I see.  And he stayed in that

3    position --

4        A    Until --

5        Q    -- almost to the end?

6        A    Right.

7        Q    And as plant manager, was Roy

8    Ezell a pretty "hands on" guy?

9        A    Oh, yeah.

10       Q    He knew what was going on in that

11   facility on a day-to-day basis?

12       A    I guess.  I don't know.  Like I

13   said, I was doing what I was told.

14       Q    Right.

15       A    I don't know who -- who -- who

16   did what.

17       Q    But when it went up the -- when

18   it went up the line, Roy was the top dog?

19       A    At that plant.  But now --

20       Q    At that plant.

21       A    -- he constantly had other people

22   coming in there.

23       Q    Right.  But at the plant, Roy was

```
 1    top dog, correct?

 2          A    Right.

 3          Q    From -- from the point --

 4          A    If you start --

 5          Q    -- when TMA owned it through the

 6    late 1990s?

 7          A    Right.

 8          Q    One thing you said in your

 9    testimony earlier that confused me, and I

10    don't know if you remember this.  But you

11    said when you "found out about all this"

12    was -- was the way you put it.  What -- what

13    did you mean when you said you "found out

14    about all this"?

15          A    When I went to the first

16    meeting --

17          Q    From --

18          A    -- in town.

19          Q    So when you learned about

20    something from lawyers?

21          A    Right.

22          Q    Okay.

23          A    That is -- that is when I started
```

1     feeling crappie.

2          Q     Okay.

3          A     Because I -- I know there's a

4     bunch of people sick and dying, I helped do

5     it.

6          Q     And you learned that the from

7     lawyers?

8          A     I learned that from Eason and

9     Cade.

10         Q     All right.  Now, let me just

11    cover a few other things kind of on

12    different subjects.  So I will try to give

13    you some warning as to what subject I'm on

14    so we don't get -- you know, I don't -- I'm

15    not -- I don't want to jump around here to

16    be confusing.  I just -- I just want to

17    cover some things.  Just, first of all,

18    on -- on where you live, where you've lived,

19    just to try to get that down.  You live now

20    in Paxton, Florida?

21         A     Right.

22         Q     Where -- where is Paxton located?

23         A     Right across the state line from

1    Florala.  As the crow flies, about a mile

2    and a half, maybe two miles from the mill.

3         Q    And you've lived there for a long

4    time?

5         A    Thirty-three years or 34, 35.

6         Q    And -- and you've got children?

7         A    Three.

8         Q    Are they still in the area or

9    where do they live?

10        A    Two of them is in Florala and one

11   of them is in New Harmony.

12        Q    Okay.

13        A    That's about 15, 20 miles down

14   towards Defuniak.

15             MR. MITCHELL:  May I interrupt?

16             Something -- he may ask you about

17             family and things.  They just want

18             to make sure they're not going to

19             get one of your son-in-law's or

20             somebody on a jury.  So that -- he

21             could ask those questions.

22        Q    I'm not going to ask about

23   addresses and anything of that nature.

```
 1      Don't worry about that.  But I just wanted

 2      to know roughly where they live, whether

 3      they still live in the area.  Are they

 4      healthy?

 5           A     Yeah.

 6           Q     And two of them live in Florala?

 7           A     Yeah, they do now.

 8           Q     Roughly, how old are they?

 9           A     My son is 19 and my daughter that

10      lives there in Florala now, now she did live

11      down toward Pensacola, is 30 or 31.

12           Q     Yeah, I know.  I didn't want to

13      test you, because I know I can't answer on

14      my kids.  But that -- she's -- your daughter

15      is roughly in her 30s?

16           A     Uh-huh.

17           Q     Early 30s.  And you have a third

18      child?

19           A     Yeah.  That's my other daughter,

20      and she's one year older than that daughter.

21           Q     Okay.  And she lives where?  I'm

22      sorry.

23           A     In New Harmony.
```

```
1          Q     In New Harmony.  And you're 54

2    years old?

3          A     Yeah.  I will be 55 in September.

4          Q     And you only lived for two years

5    in Florala, correct?

6          A     Two or three.

7          Q     In the '70s?

8          A     Two or three.

9          Q     Yeah.

10          A     Alabama Power, I went to get

11    proof, and they told me if I'd left owing my

12    bill, they would still have me on record but

13    since I paid my bills, they don't.

14          Q     That will teach you.

15          A     So I got --

16          Q     And the -- do you own any

17    property in Florala?

18          A     Yeah.

19          Q     And how long have you owned that?

20    Do you remember?

21          A     I've got one house.  It was back

22    before my wife's granddaddy died.  Seven or

23    eight years.
```

```
 1          Q    You've owned it about seven or
 2    eight years.  About late '90s?
 3          A    Then I've another one right --
 4    maybe a half mile from it down the road.
 5    I've had it two or three years, four.
 6    Something like that.
 7          Q    All right.  Both those properties
 8    you bought after the plant shut down or at
 9    about the time the plant shut down?
10          A    No.  That one I bought before the
11    plant shut down.
12          Q    And how -- how far before the
13    plant shut down?
14          A    I don't know.  Right up pretty
15    close to it.
16          Q    About pretty close to that time?
17          A    Yeah.
18          Q    And at that stage of the game,
19    the plant wasn't producing anything, was it?
20          A    Yeah.
21          Q    Oh, it was.  It was still
22    operating?
23          A    Yeah.
```

```
 1        Q    Still producing.  How much

 2   material do you think was moving out of the

 3   plant when you bought that house?

 4        A    That's hard to say.  Like I say,

 5   we was running up what we had.  They was

 6   getting ready to shut down.  I had a lot of

 7   other things on my mind.  I wasn't keeping

 8   up with it.

 9        Q    Yeah.  Okay.  Was it still doing

10   any treatment, or were you just running out

11   what you had already treated?

12        A    Just running out what we had

13   already treated at that time.

14        Q    Okay.

15        A    Because it was -- like I said,

16   it was pretty close to the time.  We was

17   just trying to get rid of everything.

18             (Whereupon, Defendant's

19             Exhibit Number 1 was marked and

20             attached to the deposition.)

21   BY MR. BERGHOFF:

22        Q    Yeah.  What I want to show you is

23   a copy of -- do we have Defendant's Exhibit
```

```
1     Numbers?  All right.  This is Number 1.  Do

2     you recognize that document?

3          A    Yes.

4          Q    Is that your handwriting?

5          A    Nope.  Mr. Mitchell's.

6          Q    It's Mr. Mitchell's handwriting?

7          A    If I wrote it you would probably

8     couldn't read it.  I sat there next to

9     Mr. Mitchell and gave him the information

10    and he wrote it for me.

11         Q    He wrote it for you.  All right.

12    Fair enough.  Would you turn to page 7 of

13    the document.

14         A    Okay.

15         Q    And that's -- is that the

16    property in Florala we were just talking

17    about, on East fifth Avenue in Florala,

18    looks like you purchased in 1998?

19         A    Yes, sir.

20         Q    And that's, of course, consistent

21    with what you testified to?

22         A    Right.

23         Q    And -- and you're claiming that
```

1    the presence of the facility lowered the

2    value of that property in your lawsuit

3    against the company?

4         A    I'm afraid it will, yeah.

5         Q    All right.  Afraid it will.  And

6    then on Form A, which doesn't have a number,

7    but it's three more pages back --

8         A    Okay.  I see it.

9         Q    It -- it -- it refers to the

10   address on Blueberry Drive in Paxton.

11        A    That's where I live.

12        Q    And that's where you've been

13   living for 30-plus years?

14        A    Right.

15        Q    Okay.  I'd like to look at some

16   other areas of this form also since we're

17   here and we've got the chance to do that.

18   First of all, are you still -- are you still

19   a smoker or have you been able to give it

20   up?

21        A    I haven't completely give it up.

22   I'm doing better than I was.

23        Q    Good.  It's not easy.  I've done

```
 1    it myself.

 2         A    My wife quit and she's on me.

 3    And then I don't know what the word is, but

 4    since that -- since Dr. Zachos took a sample

 5    of my prostate and it were about that

 6    long --

 7         Q    Yeah.

 8         A    And, basically, he said I was 40

 9    to 50 percent greater chance of getting

10    prostrate cancer than anybody else.  So

11    she's been on me pretty hard.

12         Q    I know.  Most of us know that.

13    Most of us know that feeling.  How long have

14    you smoked?

15         A    Since I was a teenager.

16         Q    Yeah.  Now, you've had -- you've

17    had hypertension, is that right?  Or you've

18    been told you've got hypertension?

19         A    I've been told but I'm not --

20    still not sure what it is.

21         Q    Okay.  Fair enough.  And you've

22    had coronary artery disease?

23         A    I've got three stents right now.
```

```
1          Q    Do you?  When were those

2     installed, do you recall?

3          A    First of the year.

4          Q    Of this year?

5          A    He said he was going to try them.

6     He said I was a candidate for three

7     bypasses.  So he was going to try them.  But

8     I have to take seven pills every day to make

9     them work.

10         Q    Is it your claim that these

11    illnesses were brought -- your illnesses

12    were brought about by working at the

13    facility?

14         A    That's what I think, yeah.

15              (Whereupon, Defendant's

16         Exhibit Number 2 was marked and

17         attached to the deposition.)

18    BY MR. BERGHOFF:

19         Q    There's one other document that I

20    would like you to take a look at.  Thank

21    you.  And this one is going to be

22    Defendant's Exhibit Number 2.  I am not

23    going to walk you through the whole
```

1     document, but if you wish to reread it,

2     that's just fine.

3          A     No.  Shoot.

4          Q     Okay.  But if at any time if you

5     want to read it or want -- want to stop me,

6     please -- please do so.  Are you familiar

7     with this document?  Have you seen it

8     before?

9          A     Yes, sir.

10         Q     What I would like to focus on is

11    the last -- it's actually the bottom of page

12    5 and going over to the top of page 6.

13    Really, kind of very last line there -- on

14    that last line there on page 5 and then

15    going over to page 6.  Beginning, "I would

16    assist in loading lumber," do you see that?

17         A     "To retail customers," yes, sir.

18         Q     How did you make sure that there

19    was no treated lumber that was sold to

20    anybody as firewood?  How did you -- how did

21    you make certain of that?

22         A     Well, like I said, I can't swear

23    on what was -- you know, happened when I

```
1    wasn't there.  All I know, like I told Mr.

2    Mitchell, was I never sold any treated

3    lumber for firewood.  I never loaded none

4    for firewood.

5        Q    All right.  So as far as you

6    know --

7        A    And anybody that's not blind can

8    tell treated from untreated.

9        Q    Okay.  And that's how you did it

10   when you -- when you were involved?

11       A    Right.

12       Q    And you made sure it was never

13   sold for firewood?

14       A    Yes, sir.

15       Q    You said that you used to clean

16   the boilers.  You testified that you used to

17   clean boilers at night because it was cooler

18   or at least you hoped it was cooler?

19       A    A little bit cooler, yeah.

20       Q    Did you do this every Friday

21   night?

22       A    Different boilers, yeah.

23       Q    So every Friday --
```

1      A      See, they had three.  You would

2   leave one running and take one down.

3      Q      So every Friday night you cleaned

4   out a boiler?

5      A      Not every Friday night.  Now, I

6   didn't do it all the time, but I did help

7   him do it a lot.  And a lot of the times

8   when I didn't help him clean the boilers

9   out, I was still the one on the forklift to

10  take the ashes and dump them, because the

11  man that was cleaning them out couldn't

12  operate the forklift.

13     Q      And when you were doing it, you

14  were doing it at night -- excuse me.  You

15  were doing it at night because it was cooler

16  at night?

17     A      When we could now.  Now, we have

18  done it during the day before.

19     Q      Yeah.  Okay.  But it wasn't to

20  avoid people seeing; it was just that was

21  the smart time to do it?

22     A      Right.  When the ashes, when I

23  dumped them, most of the time it was in the

1    morning times.

2        Q    You already -- you did testify to

3    that.  Early in the morning you sometimes do

4    it.

5        A    Because, see, I would have to do

6    that to get through with it so I could get

7    back to over where --

8        Q    Your other --

9        A    Yeah.

10        Q    -- duties?  Got you.

11        A    But now it was late enough in the

12    morning that you could hear the kids at the

13    school.

14        Q    At the high school.  Yeah.  And

15    they're through those trees and down -- kind

16    of down that hill --

17        A    Right across the creek --

18        Q    Yeah.

19        A    Right across the creek, up on top

20    of the hill.

21        Q    Right.  You mentioned the name

22    Donald Ezell.

23        A    Right.

1          Q     Do you remember what his job

2    responsibilities were?

3          A     Well, to start with, he was the

4    foreman at the treatment plant.  And then

5    when Tank -- when TMA took over, they

6    transferred Tank to Andalusia, and then

7    Donald came over there and become my boss.

8          Q     At -- at Lockhart?

9          A     Right.  Well, all of it was at

10   Lockhart.

11         Q     Yeah.  Yeah.  Because you were

12   never at another -- any other facility, were

13   you?

14         A     No, not unless I got sent to do

15   something.

16         Q     But that would be just on a short

17   term basis --

18         A     Right.

19         Q     -- or --

20         A     Like if Evergreen's inventory got

21   screwed up and I had to go fix it and stuff

22   like that.

23         Q     Yeah.  Do you -- and I know I'm

```
 1    switching subjects, so I'll warn you.  Shirt

 2    factories in Florala.

 3         A    Never been in them.

 4         Q    All right.  Do you -- do you --

 5    do you know what they did at those

 6    factories?  Did anybody tell you about what

 7    they did at them?

 8         A    Made shirts, I reckon.

 9         Q    Did they --

10         A    Shirts and pants.

11         Q    -- cut and sew --

12         A    Yeah.

13         Q    -- and material --

14         A    Sewing machines.

15         Q    Yeah.

16         A    Like I say, I guess.  I never

17    went in there.

18         Q    No, I understand.  Did you -- did

19    you talk with Buck Roberts in the last few

20    days?

21         A    Talked to him one evening.  He's

22    my sister-in-law's boyfriend.

23         Q    All right.  You talked to him
```

```
 1    about these depositions?

 2         A    Not really.  He was working on

 3    his tractor.  He didn't have time to talk.

 4         Q    Did you talk to him before or

 5    after he was -- went through this process?

 6         A    It was before.

 7         Q    It was before he did.

 8         A    Thursday night, I think.

 9         Q    And you didn't talk about

10    Lockhart at all?

11         A    No.  Like I said, he was working

12    on his tractor.  Well, I just called him on

13    the radio and talked to him.  And I don't

14    know if you've ever talked to Buck Roberts.

15    He's kind of straight to the point, and he

16    just told me he didn't have time to fool

17    with me, that he was working on his tractor.

18         Q    Fair enough.  So it's -- so there

19    was no discussion about Lockhart?

20         A    No, sir.  Since then I ain't had

21    time to fool with him, I've been laying

22    block.

23         Q    Okay.
```

```
 1              MR. ARNOLD:  Short break?

 2              MR. BERGHOFF:  Short break.

 3              THE WITNESS:  I thought he was

 4          fixing to say we were through.

 5              MR. ARNOLD:  Yeah.

 6              MR. BERGHOFF:  Short break.

 7              MR. ARNOLD:  Very short.

 8     (Whereupon, a short break was taken.)

 9              THE VIDEOGRAPHER:  We're back on

10          the record.

11     BY MR. BERGHOFF:

12          Q    You testified earlier about the

13     meeting with the lawyers.  And I don't want

14     to talk about any substance of that but --

15     or what was said necessarily.  But do you

16     remember when that took place?

17          A    A little over two years ago.

18     Two, two and a half, somewhere along there.

19              MR. BERGHOFF:  All right.  I am

20          finished with my questions.  I

21          think Mr. Arnold is finished?

22              MR. ARNOLD:  Yes.

23              THE WITNESS:  Sounds good to me.
```

1             Don't look at me.

2              MR. MITCHELL:  Mr. Partridge,

3             that's a great honor for the

4             deponent when everybody says "I

5             don't have anything else to ask. "

6              MR. BERGHOFF:  And as the

7             preacher said, "Let's go eat."

8              THE VIDEOGRAPHER:  Off the

9             record.

10            DEPOSITION CONCLUDED

11

12

13

14

15

16

17

18

19

20

21

22

23

```
1                    CERTIFICATE

2    STATE OF ALABAMA

3    COUNTY OF BUTLER

4        I hereby certify that the above and

5    foregoing deposition was taken down by me in

6    stenotype and the questions and answers

7    thereto were transcribed by means of

8    computer-aided transcription, and that the

9    foregoing represents a true and correct

10   transcript of the testimony given by said

11   witness upon said hearing.

12       I further certify that I am neither of

13   counsel, nor of kin to the parties to the

14   action, nor am I in anywise interested in

15   the result of said cause.

16

17       _____

         RENNY MCNAUGHTON

18       Notary Public

19       My Commission Ends 11/06/07

20

21

22

23
```