```
 1         IN THE UNITED STATES DISTRICT COURT

 2            MIDDLE DISTRICT OF ALABAMA

 3               NORTHERN DIVISION

 4

 5    GAIL BEDSOLE TATUM, as Mother and

 6    Administratrix of the Estate of

 7    MELANIE CHAMBERS, a Deceased Minor

 8    Child,

 9         Plaintiff(s),

10    v.  CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

11                        (LEAD CASE)

12    PACTIV CORPORATION and

13    LOUISIANA-PACIFIC CORPORATION,

14         Defendant(s).

15

16      VIDEO DEPOSITION TESTIMONY OF:

17               ROY EZELL

18

19

20    Commissioner:

21    Renny D. McNaughton

22    May 3, 2007

23    Andalusia, Alabama
```

```
1              S T I P U L A T I O N

2          IT IS STIPULATED AND AGREED by and

3   between the parties through their respective

4   counsel that the deposition of Roy Ezell,

5   may be taken before Renny D. McNaughton,

6   Court Reporter and Notary Public, State at

7   Large, at the offices of The Powell Law

8   Firm, Opp Avenue, Andalusia, Alabama, on the

9   3rd day of May, 2007, commencing at

10  approximately 10:20 a.m.

11         In accordance with Rule 5(d) of the

12  Alabama Rules of Civil Procedure, as

13  amended, effective May 15, 1988, I Renny D.

14  McNaughton, am hereby delivering to Eason

15  Mitchell the original transcript of the oral

16  testimony taken the 7th day of May, 2007,

17  along with exhibits.

18         Please be advised that this is the

19  same and not retained by the Court Reporter,

20  nor filed with the Court.

21

22

23
```

```
 1                I N D E X

 2        EXAMINATION BY:              PAGE NO.

 3     Mr. Berghoff                    7

 4     Mr. Mitchell                    86

 5                E X H I B I T S

 6     Plaintiff's

 7     No. 1                           89

 8     No. 2                           117

 9     Defendant's

10     No. 1                           52

11

12

13

14

15

16

17

18

19

20

21

22

23
```

4

```
 1              A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFF (S):

 4     W. Eason Mitchell

 5     The Colom Firm

 6     P.O. Box 866

 7     Columbus, Mississippi 39703

 8

 9     Gregory A. Cade

10     Robert L. Palmer

11     The Environmental Litigation Group

12     3529 7th Avenue South

13     Birmingham, Alabama   35255

14

15     FOR THE DEFENDANT (S):

16     Bernard Taylor, Sr.

17     Sean A. Simmons

18     Douglas S. Arnold

19     Akila Sankar McConnell

20     Alston & Bird

21     1201 West Peachtree Street, N.W.

22     Atlanta, Georgia   30309

23     404-881-7000
```

```
 1    John C. Berghoff, Jr.

 2    Mark R. Ter Molen

 3    Mayer, Brown, Rowe & Maw

 4    71 South Wacker Drive

 5    Chicago, Illinois  60606

 6    312-782-7711

 7

 8    Erick Opsahl

 9    Kimberly-Clark Corporation

10    1400 Holcomb-Bridge Rd

11    Roswell, Georgia  30076

12

13

14

15

16

17

18

19

20

21

22

23
```

```
1              I, Renny D. McNaughton, a Court

2     Reporter of Greenville, Alabama, and a

3     Notary Public for the State of Alabama at

4     Large, acting as Commissioner, certify that

5     on this date, pursuant to the Alabama Rules

6     of Civil Procedure, and the foregoing

7     stipulation of counsel, there came before me

8     at the offices of The Powell Law Firm, Opp

9     Avenue, Andalusia, Alabama, commencing at

10    approximately 10:20 a.m. on the 3rd day of

11    May, 2007, Roy Ezell, witness in the above

12    cause, for oral examination, whereupon the

13    following proceedings were had:

14

15              THE COURT REPORTER:  Usual

16              stipulations?

17         MR. BERGHOFF:  This deposition is

18              being taken pursuant to court

19              order and agreement of the

20              parties.

21         MR. MITCHELL:  I think the normal

22              stipulations would be that

23              objections are waived until time
```

```
 1              of use, except as to form.

 2               MR. BERGHOFF:  Well, there are --

 3              there are quite a few stipulations

 4              with respect to the rules on

 5              deposition and I would just --

 6              we'll certainly take it consistent

 7              with those.

 8               MR. MITCHELL:  Thank you.

 9                   ROY EZELL

10  (having been duly sworn, was examined

11  and testified as follows:)

12                   EXAMINATION

13  BY MR. BERGHOFF:

14       Q    Will you state your name for the

15  record, please.

16       A    Roy Ezell.

17       Q    And that's spelled E-Z-E-L-L.

18               THE COURT REPORTER:  You need to

19              make sure you give a verbal

20              response when he asks you a

21              question.

22               MR. MITCHELL:  Excuse me.  Roy,

23              this guy has got to write down
```

```
1                    everything you say.  So if you nod

2                    your head, he can't -- he can't

3                    say it and put on his record.  So

4                    you have to say yes or no.

5         A    I'm a little bit hard of hearing

6    now.  So some of you are going to have to

7    speak up.

8         Q    I will.  I will -- I will be the

9    one speaking to you, Mr. Ezell, and I'll try

10   to keep my voice up.  But if you can't hear

11   me or you don't understand me, please, let

12   me know.

13        A    Okay.

14        Q    And we will make sure that it is

15   clear to you and my questions are clear to

16   you and -- because that's very important for

17   you to -- for you and I to communicate on

18   that.  Mr. Ezell, have you been through this

19   process of a deposition before?

20        A    A small one.  I did not have but

21   about -- about four people.

22        Q    Okay.  And in that, were you

23   asked to raise your hand and swear under
```

```
 1    oath?

 2         A    Yes.

 3         Q    Do you remember what that was

 4    about?

 5         A    I really don't.

 6         Q    All right.  Fair enough.

 7         A    That's been a long time ago.

 8         Q    It was a long time ago?  Did

 9    anybody come with you today to this

10    deposition?

11         A    Yeah.  My wife is with me now.

12         Q    Your wife?

13         A    Uh-huh.

14         Q    And is your lawyer here today?

15         A    I don't know.  I don't know.  I

16    don't think so, but I might need him from

17    the looks of this.

18         Q    There are plenty of lawyers here.

19    Did you bring any documents with you today?

20         A    No, I didn't bring any documents.

21         Q    Did you look for any before you

22    came up to Andalusia today?

23         A    Not really, because I didn't know
```

```
 1     what I was coming for.  I have one document

 2     down there that's probably just one of these

 3     sheets right here.

 4          Q    When you -- when you stopped

 5     working at the Lockhart facility, and -- and

 6     I will call the lumberyard the "Lockhart

 7     facility."  Is that okay?  Do you know what

 8     I mean when I say the "Lockhart facility"?

 9          A    Yeah, I think so.

10          Q    Because that's what this case is

11     all about.  When you left the Lockhart

12     facility, did you take -- have any documents

13     with you at your home?  Did you take any

14     documents?

15          A    No.

16          Q    So you -- when you retired --

17          A    We retired.

18          Q    You just retired and you didn't

19     have any documents upstairs in the attic

20     or --

21          A    That's right.  I have got a right

22     smart right up here though now.

23          Q    Sometimes those are better than
```

```
1    documents.  Mr. Ezell, you were -- you were

2    born in 1933, correct?

3         A    Thirty-three.

4         Q    And your home is in Florala?

5         A    Florala.

6         Q    How long have you lived in

7    Florala?

8         A    I don't know.  How long ago,

9    Joanne?

10                (Wife speaking)

11        Q    Fifty -- over fifty years,

12   possible?

13        A    Five?  I don't know.  I don't

14   know.

15        Q    But you've lived for many, many

16   years in Florala?

17        A    Oh, yeah.

18        Q    And did you live in Florala when

19   you first began work at the Lockhart

20   facility?

21        A    Sure.

22        Q    I've got a -- I've got a map with

23   me, Mr. Ezell, that might help --
```

1         A    Okay.

2         Q    -- just to locate -- just might

3    help locate things and we can see where

4    things are about.  Now, Mr. Ezell, I'm going

5    to try to do this so that -- so we can see

6    this on -- on the video camera.  Okay?  Can

7    you see 55 here going through Florala and

8    Lockhart?

9         A    Yeah.

10        Q    Are you kind of oriented?

11        A    Yeah.

12        Q    And this -- this is roughly where

13   the -- where the facility is located, or was

14   located, is that right?  Not certain?  Yeah,

15   this is Lockhart?

16        A    Yeah, I think -- I think so.

17        Q    Is that about right?

18        A    Yeah.

19        Q    Okay.  And would you tell me or

20   show me where your home is located?

21        A    Where the what?

22        Q    Where your home -- where your

23   house is located?  This is Wood Avenue here.

```
1        A     Well, I'm right -- right along

2    there.

3        Q     Right along there?

4        A     Yeah.

5        Q     Okay.  About there?

6        A     Uh-huh.

7        Q     Okay.

8        A     I guess, because I don't know

9    about that -- that there -- right there.

10   But, anyhow, I live right there on that

11   street.

12       Q     All right.  Good.  Now, during

13   the time you lived -- have lived in

14   Lockhart, or Florala, there have been a lot

15   of other businesses in town, haven't there?

16       A     Not a whole lot.

17       Q     Not a whole lot.

18             MR. MITCHELL:  Counselor, would

19                it be possible for you to sit?

20             MR. BERGHOFF:  I'm sorry.

21             MR. MITCHELL:  Would it be

22                possible for you to sit?

23             MR. BERGHOFF:  Oh, of course.
```

```
1    BY MR. BERGHOFF:

2         Q    Does that help?  Were you

3    familiar with a company called Jackson

4    Lumber?

5         A    Yeah.  They was a quarter of a

6    mile from us.

7         Q    And where, approximately, was

8    Jackson Lumber located?

9         A    Where are we at?  Let's see now.

10        Q    This is the Lockhart -- this is

11   Lockhart Lumber right there.

12        A    Where is --

13        Q    This is your home.  This is

14   Lockhart.  Was Jackson Lumber in this area?

15        A    Yeah.  Over there in the --

16   somewhere in that area.

17        Q    In that area?

18        A    Yeah.

19        Q    Is that a fair place to put it?

20        A    Yeah.  That would be all right.

21        Q    All right.  And so that -- that

22   would be Jackson Lumber?

23        A    Uh-huh.
```

```
1          Q      Have you or do you remember a

2     company called Hanson Pole?

3          A      Hinson Pole.

4          Q      Hinson Pole?

5          A      Yeah.

6          Q      Do you remember where they were

7     located?

8          A      They was on the property.

9          Q      It was on the Lockhart property?

10         A      Yeah.

11         Q      I see.  They operated on -- on

12    your property.  Okay.

13         A      Not our property now.

14         Q      Or close to --

15         A      See, it was a little bridge

16    between our property and the Lockhart

17    property.

18         Q      Oh, I see.  I see.  All right.

19    So they were right -- right nearby?

20         A      We were right together.  Yeah.

21         Q      Just right together.

22         A      Yeah.

23         Q      All right.  And do you remember
```

```
1    the TNL sawmill?

2         A     TNL?

3         Q     Yeah.

4         A     No.

5         Q     All right.  Do you remember

6    Merritt Metals?

7         A     Merritt Metals.  The -- the

8    name -- I got the name, but I don't know

9    where we was -- what was doing with it.

10        Q     But they were in the area of

11   Lockhart/Florala?

12        A     Yeah.  I guess.

13        Q     Do you remember what they did?

14        A     No.

15        Q     Okay.

16        A     Not right now.

17        Q     And do you remember Lockhart Oil

18   Well Company?

19        A     No.

20        Q     Okay.

21        A     Oil Well?

22        Q     Uh-huh.  Or oil drilling or oil

23   well?
```

```
1          A    No.

2          Q    All right.  Do you remember

3     International Paper and whether they had a

4     facility in this area?

5          A    Well, they was about two miles

6     from us.

7          Q    Which direction were they?  Do

8     you recall?

9          A    Northwest.

10         Q    Northwest.  Up -- up in this --

11         A    Right.

12         Q    -- direction, up on the Lockhart

13    side --

14         A    Yeah.

15         Q    -- of this map?

16         A    Yeah.

17         Q    All right.  Now, as you're

18    thinking about it, does the name Merritt

19    Metals come back to you at all?

20         A    Other than just the name, I can't

21    think -- Merritt Metals.  Seems like we --

22    seems like I know but I don't know.

23         Q    All right.  All right.  Fine.
```

```
 1          A      Merritt Metals.  What did they do

 2     when they was there?  When I get down to the

 3     back forty, I can tell you what it was.

 4     Merritt Metals.  They was a -- they was a

 5     company that -- no.  I don't know what they

 6     done, but I remember they was there anyway.

 7          Q      Could they have been a -- not

 8     could they have been.  Do you think they

 9     were or do you remember whether they worked

10     with metals, cleaning metals, painting

11     metals, forming metals, do you recall?

12          A      I don't remember what they done.

13          Q      All right.  Fair enough.  What

14     was the --

15          A      They -- they -- they turned

16     metal, though.  I remember they was in the

17     metal business.

18          Q      You think may have turned it --

19     turned metals?

20          A      Yeah, I think so.  But I'm not

21     sure now.

22          Q      Yes, I understand.

23          A      Damn, I ain't heard that in 30
```

```
1    years.

2         Q    What was the other company you

3    were thinking about?  You said there was

4    another company, did I hear you right, that

5    you were thinking about in that area?

6         A    Well, there was a pole mill over

7    there.

8         Q    What pole mill was that?

9         A    Hell, I don't know.

10        Q    Where was that pole mill located?

11        A    In Lockhart.

12        Q    In Lockhart?

13        A    Uh-huh.

14        Q    Okay.

15        A    All they done was ross pole --

16   peel poles.

17        Q    Did they treat wood?

18        A    They didn't treat no wood.

19        Q    Just debarked it?

20        A    Uh-huh.

21        Q    And where were they located,

22   roughly?  In this area -- in the Lockhart

23   area?
```

```
1          A    Yeah.  It was over in the

2    Lockhart area there.

3          Q    I see.  Is that a fair place --

4          A    Yeah, that will be all right.

5          Q    --  generally --

6          A    That will be all right.

7          Q    -- to put it?  Okay.  Do you

8    remember any other wood or lumberyards or

9    woodworking facilities in this area?

10         A    No, nobody but us that I know of.

11         Q    All right.  Okay.  Good.  Thank

12   you.  I will put down the map.  When you say

13   "us," let's talk about who "us" is or was.

14   Who started the Lockhart facility?  Does

15   that go back to the Dixon family?

16         A    Yeah, but they wasn't in it.

17   They had a -- they had a fellow that worked

18   with them that was in it.

19         Q    Uh-huh.

20         A    And the Dixon, I don't remember

21   them coming down there, but they had a

22   representative that did.

23         Q    And when did that -- when did the
```

```
1     Lockhart lumber facility begin?  Do you

2     recall?

3          A    No.

4          Q    1950's sound about right?

5          A    No, I don't know.

6          Q    All right.

7          A    It would have been back way down

8     there.

9          Q    All right.  And how long, if you

10    recall, did the family own that -- own the

11    facility?

12         A    Well, let's see, Coy Jackson

13    and --

14         Q    Let me try to help, Mr. Ezell.

15         A    Well, see --

16         Q    Go ahead.

17         A    -- there was two partners come

18    down there and was part of the mill.

19         Q    All right.  Who were the two

20    partners?  Jackson and --

21         A    Coy Jackson and Grover Little.

22         Q    All right.

23         A    And then the Dixons owned that
```

```
1     part of it.  Dixon Lumber Company in

2     Andalusia.

3          Q     And what had --

4          A     Then -- then our partners there

5     was two people.  It was Coy Jackson and

6     Grover Little.  And the Dixons owned the

7     other half.  Okay.

8          Q     And did the two halves do the

9     same thing?  In other words, they weren't

10    separated?

11         A     No, they wasn't separated.

12    They'd come and -- very seldom ever come.

13         Q     When it first started, what did

14    the lumber mill do?

15         A     Well, the lumber mill, when it

16    first started, it was just -- just lumber.

17         Q     Just lumber?

18         A     Yeah.

19         Q     No treatment?

20         A     No treatment.

21         Q     So it took quite a while before

22    treatment --

23         A     Right.
```

```
1        Q     -- began at this -- at Lockhart?

2        A     Right.

3        Q     Okay.

4        A     That's when we got in the pole

5   business, too, see.

6        Q     And it's because you got in the

7   pole business that you needed to be able to

8   treat the wood?

9        A     No.  We could treat -- we was

10  treating lumber before we got in the ross

11  peeling.

12       Q     All right.  When you got in the

13  pole business, did you have to increase your

14  treatment facility or were you able to do

15  all of it?

16       A     Well, when we got in the

17  treatment business, it was all CCA.  And,

18  yeah, we treated with CCA for a good while

19  before we got into creosote and penta.  Good

20  long time.

21       Q     Yes.

22       A     But it was very small.  And --

23       Q     When you say "very small," you
```

1    mean the treatment area was very small?

2         A    That whole mill was small.

3         Q    The whole mill was a small mill?

4         A    Yeah.  We had a lumber mill.  And

5    back in them days, we had -- people had

6    sawmills in the woods.  And then they would

7    bring them to the mill and we would buy it,

8    their wood.  They may be cutting it for the

9    company.  See, Jackson Lumber Company had

10   about, I'm guessing, forty or fifty thousand

11   acres back in there.  But we didn't get up

12   -- we -- they just poled then.

13        Q    Yes, sir.

14        A    Well, then they had a pole mill

15   over there at Lockhart that we didn't have,

16   and that's what they come -- they went out

17   there and to stripe on the poles that

18   wouldn't make poles --

19        Q    Yes.

20        A    -- and the other then had to go

21   in the lumber.  And, gosh, that's a long

22   time ago now.

23        Q    I know.

```
 1        A    I'm going up the creek a long

 2   ways.

 3        Q    The -- so the -- the lumber mill

 4   was a small mill?

 5        A    Oh, yeah.

 6        Q    And the treatment area was even a

 7   small part of that --

 8        A    Real small, yeah.

 9        Q    -- small mill?

10        A    Right there.

11        Q    I know we're stretching your

12   memory here, Mr. Ezell.  Do you have or have

13   you been informed or told that you have any

14   special memory problems?

15        A    Oh, yeah.  Oh, yeah.

16        Q    Who -- who -- who told you that?

17        A    Dr. -- well, the doctor -- the

18   first doctor is dead now.  And I went to

19   Pensacola.  I done forgot them two doctors'

20   names.  And they hooked all this stuff up to

21   me.  And that's been four -- probably four

22   years ago.  I'm guessing now.  And that's --

23   that's about it.
```

1          Q     What -- what special problems did

2    they mention to you?  Do you recall?

3          A     Nothing.  We just -- we just --

4    ear plugs to start with, and then we got the

5    things.  That's what we done from then on.

6          Q     How are you feeling today?  Are

7    you okay today?

8          A     I'm good.

9          Q     Okay.  Good.  Good.  Have you had

10   any treatment for memory problems?

11         A     No.

12         Q     All right.

13         A     I have went to the doctor in

14   Pensacola, and he's going to -- I don't

15   know.  We're going in about two more weeks,

16   I think, down there, and he's going to do

17   the hearing test and all this kind of stuff.

18         Q     It's been largely related to

19   hearing?

20         A     Yeah.

21         Q     What about --

22         A     Well, not necessarily.  He's our

23   regular doctor, too.

1          Q    All right.

2          A    But he has a doctor with him that

3     is for the hearing thing and all.

4          Q    Is he also talking to you about

5     memory problems?

6          A    Oh, yeah.  We get -- that comes

7     up every time.

8          Q    And has he said anything special

9     about that to you?

10         A    No.  About three weeks ago he

11    done a hearing test on me, and he said it

12    hadn't -- hadn't increased.

13         Q    Good.  Good.

14         A    Hadn't decreased neither.

15         Q    All right.  I know that feeling.

16    I'll make sure I keep my voice up to be --

17         A    Sure.

18         Q    -- clear to you because I don't

19    want to drop it.  So you just hold your hand

20    up and slow me down ---

21         A    Okay.

22         Q    -- if I'm moving too quickly.

23         A    Okay.

```
 1          Q    All right.  Good.  Now, I think
 2     we have you starting at Lockhart Lumber in
 3     probably the '50s.  And Lockhart Lumber was
 4     -- is that correct?  Well, let -- let -- let
 5     me ask you -- go ahead, Mr. Ezell.
 6          A    Well, I can't remember the year.
 7     When I get on the back forty, it will come
 8     to me.  But, anyway, it's been a long, long
 9     time ago.  I come from -- I lived 16 miles
10     from Florala.  And I come down there and
11     built me a -- they built me a house and I
12     lived -- and, God, we didn't get in the
13     treatment business for years.  But we did
14     get into it.  And --
15          Q    Well, let me -- let me ask you
16     the question this way.
17          A    All right.
18          Q    Maybe this --
19          A    Okay.
20          Q    -- will help then --
21          A    Okay.
22          Q    -- put a fence around it a little
23     better.  How old do you think you were when
```

```
1    you came to Florala?

2         A    Is my wife still sitting in

3    there?

4         Q    No.  I think she --

5         A    Moved her out.

6         Q    Do you think you were in your

7    20s, Mr. Ezell?

8         A    Well, I was born in '33.  And I

9    went to Tallahassee when I was about 12 or

10   13, moved to Lockhart then when we come back

11   from there.  I was probably 15 at that time.

12        Q    All right.  And soon after did

13   you start work at Lockhart Lumber?

14        A    Yeah.

15        Q    All right.  So let's -- let's --

16        A    It was just a little -- it brung

17   the -- the sawmills was in the woods.  And

18   they cut the lumber in there and brung the

19   lumber in -- lumber in to us.

20        Q    And that's really all you did at

21   that --

22        A    That's all we did at that time.

23        Q    That's all you did at that point.
```

```
1          A     And I don't remember even when we

2     started with the CCA and all.  It was

3     several years later.

4          Q     Well, let -- let me -- let me try

5     to walk through slowly the ownership of the

6     facility.  Okay?

7          A     Okay.

8          Q     Let's talk about that a little

9     bit.  When you began, we've already talked

10    about that, the Jacksons/Dixons owned the

11    facility, correct?

12         A     No.

13         Q     All right.

14         A     We -- we had a matter -- a man

15    that come out of North Carolina.  He was

16    named Sam Bass.  He come down and we -- we

17    -- we built a sawmill back -- the old-timey

18    ones.  And he didn't know what he was doing

19    and we didn't neither, but we done a pretty

20    good job.

21         But he was out of North Carolina, I

22    think.  He come to Florala and bought that

23    place there where the mill was.  And later
```

```
1    on -- later on we -- we had a little pepper

2    box sawmill.  Do you know what a pepper box

3    saw mill is?

4         Q    No.  What is a pepper box

5    sawmill?

6         A    That's a little sawmill that --

7    it's just one little thing to run down.

8         Q    Okay.  It's small as a pepper

9    box.

10        A    But he didn't stay long and they

11   -- and was sold out to -- to -- to -- Todd

12   Purvis bought the little mill.  And then we

13   went to cutting lumber again with them.  And

14   pretty quick, he got killed.  And -- and

15   then we had the company come in there, and

16   we started to build back up.  And I run it

17   then for years, set for several years.

18        Q    And when -- when you say "the

19   company," Mr. Ezell, you mean Jackson

20   Lumber?

21        A    Well, Jackson Lumber never was

22   there.

23        Q    All right.
```

```
 1          A    Other than that was the old mill

 2   that was a hundred years --

 3          Q    Across -- basically across the

 4   road?

 5          A    Well, not across the road.

 6   Across the stream.

 7          Q    Yeah.  Yes.

 8          A    And it -- it was a pole mill for

 9   all them years.  And they didn't treat

10   poles.  They just ross peeled them and then

11   sent them on to get treated somewhere.

12          Q    So when you said "the company,"

13   who -- who did you mean?

14          A    "Who" what now?

15          Q    Who owned the mill at that

16   stage -- at that time?

17          A    At that time, Coy Jackson and

18   Grover Little owned the mill.

19          Q    Yes.

20          A    And, well, the Dixon was a

21   silent --

22          Q    I see.  Was a silent partner.

23          A    Yeah.  But Coy and Grover was the
```

```
 1    people that run it.  And the Dixons was big.

 2    I mean, all they -- they had -- God, I bet

 3    they had a million damn acres in woods.

 4    But, anyway, we never seen them.

 5         Q    Yes.  And you managed the --

 6         A    It's the mill.

 7         Q    -- the mill for them?

 8         A    Yeah.

 9         Q    And that meant you were the top

10    person on the -- on the ground for them at

11    -- at Lockhart?

12         A    Not necessarily.

13         Q    All right.

14         A    See, Coy Jackson was one of the

15    owners, and he -- he was there every day.

16         Q    Oh, he was?

17         A    Yeah.

18         Q    All right.

19         A    Then Grover Little was in the

20    woods.  He was the pole man -- the timber

21    man.  Okay.

22         Q    But in terms of running the

23    mill --
```

```
1           A     Yeah, I did that.

2           Q     You -- you did.  And sounds like

3     you did it well.

4           A     I always done a pretty good job

5     with everything I did.

6           Q     And, I mean, as far as you know,

7     when you were running that mill, you were

8     doing everything the best you could?

9           A     Yeah.

10          Q     All right.  And so were --

11          A     That was way before we got into

12    the treatment plant and stuff.

13          Q     Yes.  But it didn't really change

14    when you got into the --

15          A     No, it didn't.

16          Q     -- treatment business, did it?

17    Yeah.

18          A     Yeah.

19          Q     Now, at some point, TMA bought

20    the mill?

21          A     Yeah.

22          Q     Does 19 -- late 1970s sound about

23    right to you?
```

```
1          A    I'll just have to say I don't

2    know.  I just don't know.

3          Q    All right.  But that doesn't

4    sound -- if I said 1979, that -- would that

5    sound about right?

6          A    Well, let me think just a minute.

7    Koppers moved out -- I don't know when they

8    moved.  No.  It's just blank to me right

9    now.

10         Q    All right.  All right.  You

11   mentioned Koppers --

12         A    Yeah, out of Montgomery.

13         Q    -- just now?  Why did you mention

14   Koppers moved out?

15         A    They were -- they was a pole --

16   they were the pole people.

17         Q    And were they treating?

18         A    No.  I don't know whether -- we

19   shipped them out and the ross -- we ross

20   peeled them there and shipped them out.  I

21   don't know where they got -- went to from --

22   from there.

23         Q    And is that Koppers spelled with
```

```
1    a "K"?

2         A    Yeah.

3         Q    Now, after TMA bought Lockhart,

4    did you continue in the same job?  Were you

5    still the manager?

6         A    Well, yeah.  Well, for a short

7    time.

8         Q    And then --

9         A    Then we got a butt hole in there

10   with us.

11        Q    We won't -- we won't tell them.

12        A    You've had some of them, ain't

13   you?

14        Q    I certainly have.  We all have.

15        A    But he didn't last long.  Anyway.

16        Q    So you -- you stayed --

17        A    Oh, yes, sir.

18        Q    And you kept through as the

19   manager of the facility?

20        A    Right.

21        Q    And continued to run it as well

22   as you had run it in the past?

23        A    Sure.
```

```
 1          Q    And how -- do you remember how

 2     long TMA owned --

 3          A    No.

 4          Q    -- the facility?  It wasn't -- it

 5     wasn't a long time, was it?

 6          A    It wasn't a long time.

 7          Q    It was a short period?

 8          A    Well, it was a pretty -- pretty

 9     good while.

10          Q    When did Louisiana Pacific buy

11     the facility from TMA?  Do you remember?

12          A    I cannot tell you that.  I don't

13     know.

14          Q    Well, let me -- let me -- let me,

15     I guess, ask it this way:  When -- when

16     LP -- when Louisiana Pacific bought the

17     facility from TMA, did your job change

18     significantly or did you continue as plant

19     manager?

20          A    Still done the same thing.

21          Q    And when LP bought the facility,

22     was TMA all through and out of there?

23          A    Damn, you're going back some
```

```
1    years now.

2         Q    Yeah, I know.

3         A    Ask me again.

4         Q    Well, let me ask it this way.

5         A    Okay.

6         Q    Maybe -- maybe it will help.

7    When -- when Louisiana Pacific bought the

8    facility from TMA, where did your paycheck

9    come from; TMA or Louisiana Pacific?  Do you

10   remember?

11        A    No.

12        Q    Okay.  When LP bought the

13   facility from TMA, do you remember -- okay.

14   I confused you with that.  Okay.  Did you

15   have to change the people you reported to?

16        A    No.

17        Q    All right.  Who did you report to

18   -- who did you report to after LP took

19   ownership?  Do you remember?

20        A    When LP took it?

21        Q    Uh-huh.

22        A    Oh, we got a smartass after that.

23   Couldn't nobody -- couldn't nobody deal with
```

```
1    him.

2         Q    And -- and -- and he was a

3    different guy than the TMA guys?

4         A    Yeah.  He come out of Tennessee.

5         Q    All right.

6         A    But didn't last long.

7         Q    All right.  But he was an LP guy?

8         A    Yeah, he was an LP guy.

9         Q    And he was different than the TMA

10   guys?

11        A    Oh, yeah.

12        Q    They were entirely different --

13   entirely different people?

14        A    Yeah.

15        Q    And -- and those people then you

16   reported to were entirely different when LP

17   bought it from TMA?

18        A    Yeah.

19        Q    And there was a change?

20        A    Well, now wait a minute now.  Let

21   me -- see, over the years we was sold out to

22   five -- four or five times.  And I stayed

23   right there and I done -- I looked after
```

```
1    everything because I had all the experience

2    with that mill.

3         Q    Right.  And you -- you stayed

4    through that whole period of time?

5         A    Stayed all the way through.

6    Yeah.

7         Q    But you had a change in owners?

8         A    Yeah.  Oh, yeah.

9         Q    And each time there was a change

10   in owners, the old owner wasn't involved

11   anymore?

12        A    Huh-uh.  They was gone.

13        Q    Yeah.  And the new owner came

14   from -- that's -- that's what I thought.  If

15   I said that Louisiana Pacific bought the

16   facility in 1983, would that sound about

17   right?  You don't remember?  This isn't a --

18   this isn't a memory test, so don't -- don't

19   worry.  Okay.

20        A    No.

21        Q    We can -- we can move on.  But

22   all of this time, you were the plant manager

23   or the plant supervisor, correct?
```

1          A     Right.

2          Q     And you were pretty proud of that

3     plant, weren't you?

4          A     Oh, yeah.  It was just my plant.

5     Okay.

6          Q     Yes.

7          A     All through the four or five

8     times that it changed, I stayed right there

9     and done what was supposed to be done and we

10     done it.

11          Q     Yeah.  And you really always did

12     that, didn't you?

13          A     Do what?

14          Q     You always operated that way?

15          A     Oh, yes.  Yes.

16          Q     Do you remember when you began to

17     treat lumber?

18          A     No.  We went with CCA for a long

19     time and then later on years we went to

20     penta and creosote.  And we done that.  But

21     I do not have no idea how many years we've

22     done that.

23          Q     Yeah.  How large was the

```
1    treatment facility?

2         A    How large was it?

3         Q    The piece, yeah.  How large was

4    the --

5         A    It was one railroad tank car.

6         Q    It was -- well, where did --

7    where did the guys work, for example, who

8    were in the treatment part of the plant?

9         A    Well --

10        Q    Do you recall?

11        A    Well, the first thing we started

12   doing is getting dry -- we kiln -- kiln

13   dried the woods that we were going to treat

14   because you can't -- you can't -- you can't

15   treat green wood.  It won't go in there.

16        Q    So you -- you dry those logs?

17        A    We kiln dried it some and some we

18   kiln -- kiln dried it in the dry kiln and

19   then it would be on the wood -- on the

20   yards -- stacked up on the yards.

21        Q    All right.

22        A    And then it would dry.

23        Q    And when you dried it in the
```

```
1     kiln, was the water coming out of that wood?

2          A    No.  Just a steam type, top of

3     the kiln.

4          Q    So it was just a steam vapor

5     coming out?

6          A    Right.

7          Q    Was that steam vapor coming out

8     all the time?

9          A    No, not all the time.  See, we

10    would -- that's just a long time ago.  See,

11    well, a lot of the time we would kiln dry in

12    this tank, and we kept it under the shed

13    until we treated it.  And -- yeah, that's

14    the way we done that.  And because you

15    couldn't put it out in the weather, you

16    couldn't treat it.  You had a big old shed

17    that we put --

18         Q    That would keep it covered.

19         A    -- treated poles.  I mean the

20    poles that we was going to treat stayed

21    under that shed until we treated them.

22         Q    So the guys who worked in the

23    treatment area were in a, kind of -- worked
```

```
1    in a covered shed area?

2         A    Just a little -- just like that

3    ceiling up there.

4         Q    I see.

5         A    Big old shed.

6         Q    And open on the sides?

7         A    Yeah.

8         Q    And then where did the steam

9    escape?  How did the steam escape?

10        A    Oh, from that?

11        Q    Uh-huh.

12        A    Well, we're talking about two

13   different things now.

14        Q    All right.  I'm sorry.  I don't

15   mean to be -- I didn't mean to be talking

16   about two different things.

17        A    Well, see, we kiln dried stuff,

18   too.

19        Q    Right.

20        A    We got a -- see, the last year --

21   I don't know how many years it was that

22   we -- we got green poles and ross peeled

23   them and put them back on the yard with
```

```
1    poles between them, and they sit there as

2    long as we a wanted them to.

3         Q    Yes.  And those were just

4    drying --

5         A    Just drying.

6         Q    -- to get prepared for treatment?

7         A    That's exactly right.

8         Q    All right.  And then you said the

9    kiln dried, you had steam coming out?

10        A    Well, see, kiln dried was the

11   small kiln.  We didn't have the -- the

12   capacity to steam kiln very many of them.

13        Q    All right.

14        A    The small ones would be what

15   would go to the kiln, and a few of the long

16   ones, little 10-foot ones and 20-foot ones.

17        Q    And that was just pure steam

18   escaping?

19        A    Yeah.

20        Q    I mean just water?  Good old

21   fashion steam?

22        A    Yeah.  When we treated -- when we

23   treated then and got through with it -- with
```

```
 1    the treatment, the steam would go in --

 2    would get in that tank and the fumes would

 3    go out the top.  And that's the way we done

 4    it.  To be -- the kiln -- the boilers would

 5    put -- we got -- we had -- the poles would

 6    go in that steamer and then we would -- we

 7    would put steam on it and dry them down to

 8    where we could get out there and run them

 9    through the kiln -- I mean run through the

10    treater.

11         Q    Run through the treater?

12         A    Through the treater.

13         Q    And this is all pre-treatment

14    before treatment --

15         A    That's right.

16         Q    -- steps that we're talking about

17    now?

18         A    Yeah.  Uh-huh.

19         Q    And --

20         A    You couldn't -- you couldn't have

21    make it -- you couldn't have got your -- dry

22    enough to -- to treat woodland poles or

23    lumber.  We done a lot of lumber, too.
```

1          Q     Yeah.

2          A     And I don't know, several years

3    later with the lumber treater, we got in the

4    pole business and we treated poles.  Put

5    them in a -- on a rack out there in bundles,

6    and then that bundle would fit in that

7    cylinder.  It may stay out there five --

8    five or six months.

9          Q     Before they were dry enough?

10         A     It might stay -- whatever it

11   dried.  And let's go on from there.

12         Q     How many -- how many people

13   worked at the Lockhart facility; the mill

14   and treatment area?

15         A     The old --

16         Q     Yeah.  What was the largest

17   number you remember?

18         A     Now, I don't remember.  I would

19   -- I would guess it was from 20 to 30.

20         Q     Total?

21         A     Now, this is for the dry kiln.

22         Q     I meant the -- the whole lumber

23   operation, all of the Lockhart facility.

```
1    How many people do you think you had when

2    you were the -- had the most people there?

3    Over a hundred?

4         A    No.  No.  I ought to know but

5    it's just -- damn, that's a long time ago.

6         Q    I know that.  That's why we're

7    just taking our time.

8         A    But they was only three people

9    that was ever with it all the time, and we

10   kept them separated that way.  Because the

11   lumber mill was over here and the poles was

12   in one place, and the other people don't go

13   there.  And we had a forklift with a bailer

14   on it where you could just go over that pile

15   and just pick it up and go over yonder and

16   get it ready to go to the treater.  And then

17   when it come out, it sat there overnight,

18   always dripped.  And then when you pulled it

19   out -- and we had very little drippings on

20   the ground, because it sat there all night

21   in that tank.

22        Q    Yes.  Yes.

23        A    Anyway --
```

```
1          Q     How many people -- let's -- let's

2     maybe make it a smaller piece here.  Maybe

3     we can chew on it.  How many people worked

4     in the treatment area?

5          A     All right.

6          Q     Four or five?

7          A     I'll take the -- I'll take the --

8     the -- that was there all time, there would

9     be three people.

10         Q     All right.

11         A     Then, of course, it -- it would

12    be a lift driver that took the poles out,

13    put them up out there.  And --

14         Q     But he wasn't actually working in

15    the treatment area.  He was just a lift

16    driver moving poles in and out?

17         A     Well, yeah, we had that, too.

18         Q     Yeah.

19         A     People that put the -- put the

20    green poles in there took the treated wood

21    out.

22         Q     I see.

23         A     See what I'm saying?
```

```
 1          Q    Yes, I do.  So you had roughly --
 2     three people at your --
 3          A    Yeah.
 4          Q    Okay.  Good.  Good.
 5               MR. BERGHOFF:  Are we at about a
 6               point where it would make sense to
 7               -- by my watch we are --
 8               THE VIDEOGRAPHER:  We can go
 9               ahead and change tapes.
10               MR. BERGHOFF:  Why don't we just
11               change the tapes.  And, Mr. Ezell,
12               we will give you a short break.
13               THE WITNESS:  All right.
14               MR. BERGHOFF:  All right.  That's
15               all right with you?
16               THE VIDEOGRAPHER:  We're going
17               off the record.
18       (Whereupon, a short break was taken.)
19               THE VIDEOGRAPHER:  Okay.  We're
20               back on the record.  The time is
21               11:17 a.m.
22     BY MR. BERGHOFF:
23          Q    Mr. Ezell, we're getting close to
```

1       lunch.  I feel like a horse getting close to

2       the barn here.  We're going -- we're going

3       to make it.  Mr. Ezell, we're going to begin

4       now to try to look at some documents.  And

5       I'm going to put some documents in front of

6       you and -- and just talk to you about those

7       documents, ask you questions about those

8       documents.  Do you have any trouble dealing

9       with or reading documents?

10          A    No.

11          Q    Good.  And, of course, I presume,

12      based on our question and answers earlier

13      this morning, that if something is in a

14      document and written in a document, it's

15      probably going to be more accurate than

16      anybody's memory, trying to dredge up the

17      information, is that right?

18          A    We'll see.

19              MR. BERGHOFF:  Okay.  Good.

20              Would you mark this as Ezell

21              Exhibit 1.  Let's mark a copy of

22              the plaintiff's attorneys and then

23              one that Mr. Ezell can read from.

```
1                    (Whereupon, Defendant's

2             Exhibit Number 1 was marked and

3             attached to the deposition.)

4    BY MR. BERGHOFF:

5         Q    Mr. Ezell, I am showing you a

6    document, which at the bottom there is

7    referred to as Exhibit Number 1.  Do you

8    recognize that document?

9         A    No.

10        Q    It's not --

11        A    Have I -- have I ever seen it

12   before?

13        Q    Well, I think you have, because

14   at the top it says that it is your

15   affidavit.

16             MR. MITCHELL:  Excuse me,

17             counselor.

18             MR. BERGHOFF:  Yes, sir.

19             MR. MITCHELL:  Could we allow

20             Mr. Ezell to examine the entire

21             document --

22             MR. BERGHOFF:  Okay.

23             MR. MITCHELL:  -- instead of the
```

```
 1                    front page.  Let him look at the

 2                    other pages where he may see his

 3                    initials and signature.

 4                    MR. BERGHOFF:  Of course.

 5        BY MR. BERGHOFF:

 6             Q    Why don't you take some time just

 7        to look through that document and see if

 8        that helps you remember it.  Have you had a

 9        chance to review that document, Mr. Ezell?

10             A    Well, of course, I'm a little

11        slow but --

12             Q    No.

13             A    -- I pretty well know what I --

14        that I seen what I seen -- wanted to see.

15             Q    And are you familiar with this

16        document now that you've had a chance to

17        review it?

18             A    I don't --

19             Q    Have you seen it before?

20             A    I don't believe so.

21             Q    Did you see the strikeouts in the

22        document?

23             A    What are you calling a strikeout?
```

1          Q     On pages -- on pages 3 and 4 and

2     5 of the document, with an initial -- with

3     an initial next to them.

4          A     Uh-huh.

5          Q     Do you remember whether you did

6     that?

7          A     No, I don't know.

8          Q     Okay.

9          A     I don't see anything wrong with

10    it, what I did or didn't do.

11         Q     Now, in -- in reviewing that

12    document and the deletions that are in

13    there, that is the strikeouts, does that

14    document look pretty accurate to you?

15         A     Yeah, it looks pretty accurate to

16    me.

17         Q     And is it true that -- Mr. Ezell,

18    that -- that when you're talking about facts

19    like this, that go back this far, if it's in

20    a document, it's probably going to be more

21    trustworthy than memory?

22         A     Probably.

23         Q     Now, let's go back and look at

1    this first paragraph of the document.

2    That's on page 1.

3        A    Okay.

4        Q    What -- what is the difference

5    between your position as plant supervisor

6    and plant manager?

7        A    Well, the difference is I run

8    both of them.  Didn't stay with any of them

9    no -- very long at the time, because I had

10   the whole yard to look after, and the people

11   was good people to do it.  And I didn't have

12   to do it much.  Okay.

13       Q    And -- and you were the guy in

14   charge of running the facility -- the

15   Lockhart facility?

16       A    Right.  I was the top guy.  But

17   then the other people was under me.  Yeah.

18            MR. PALMER:  Mr. Ezell, would you

19            mind putting the document down so

20            that the camera can see you.

21       Q    Thank you.

22            MR. PALMER:  You can still look

23            at it.

```
1          Q     And on the day-to-day operations

2     of that facility, as plant manager, you were

3     the guy calling the shots?

4          A     Not necessarily.

5          Q     All right.  Who -- who else would

6     be calling shots?

7          A     Well, my brother Donald was over

8     the treating plant.

9          Q     And did Donald report to you?

10          A     Yeah.

11          Q     Okay.  Who -- who else would have

12     been --

13          A     Well, Wayne Wise was -- was one

14     of the workers at -- with the -- with the

15     treating.

16          Q     And he reported to you?

17          A     Uh-huh.  And to my brother.  We

18     were all together you might say.  It wasn't

19     no big deal.  Okay.

20          Q     But in terms of operating the

21     plant, it all came up to you?

22          A     Not really.

23          Q     You were -- you were the guy in
```

1    charge.  Let me put it that way.  The

2    ultimate guy?

3        A    No.

4        Q    No.

5        A    The sawmill would have a

6    supervisor, the treating plant would have a

7    supervisor, the boiler people had a

8    supervisor.  So -- but that's the way it

9    went.

10        Q    I see.  And then each one of

11    those supervisors reported to the plant

12    manager?

13        A    Right.

14        Q    And -- and you were the plant

15    manager?

16        A    Yeah.  If I was -- if I was gone

17    somewhere, I had two people that I could

18    depend on to do what I wanted.  They knowed

19    what I would want done and wouldn't want

20    done.

21        Q    Okay.  Now, would you look at the

22    second paragraph on this page.  The second

23    -- I'm sorry.  Not the second page but the

1 second paragraph on that page.  I'm sorry.

2   A On this one?

3   Q Yes.  On page 1.  Did you -- did

4 the -- did you use all 40 acres for the

5 facility?

6   A No.

7   Q What else -- what else was the 40

8 acres used for?

9   A Well -- well, it's a matter of

10 when you're talking about.  You see, we

11 didn't have dry kiln for years, and it stood

12 up there and you put it up on stilts where

13 air could get to it and it was air dried.

14 And then we got to where we had a dry kiln.

15 And then, of course, that brung it down to

16 where you could do it in two or three days.

17   Q And -- and how much of the area

18 or this 40 acres did the plant buildings

19 take up?  Small part of it?  Large part of

20 it?

21   A A large part of it.

22   Q A large part.  And what else did

23 you have on that 40 acres?  Did you have any

1    ponds?

2         A    Yeah.

3         Q    And what were those ponds for?

4         A    For the treating plant.  We used

5    them ponds to -- let me think about it now.

6    Well, we knew the ponds was there.  And it

7    was there, and when we get through treating,

8    that water would go into the pond.  And then

9    when we started treating again, we would --

10   it was cycled back.  If it was -- you know,

11   you might not have -- you might not could

12   have cycled it because it had to be pretty

13   clean stuff, see.

14        Q    Right.  Were there any other

15   operations going on on this 40-acre site,

16   other than the lumber mill and the treatment

17   area?

18        A    Not really.  The -- the trucks

19   would all come in and load up and unload

20   and -- they was -- well, see, we loaded out

21   in the afternoon.  We might load ten trucks.

22        Q    And this is with the lumber that

23   you were selling?

```
 1          A     Yeah.

 2          Q     Treated lumber?  Untreated?

 3          A     Well, it could be.  And it -- it

 4     don't have -- it didn't have to be the

 5     treated if it was to go to a building supply

 6     somewhere and not treated, then that's where

 7     it went.

 8          Q     And your customers were either

 9     construction companies, building supplies --

10          A     Right.

11          Q     -- utilities?

12          A     Right.

13          Q     But you didn't sell anything

14     direct at retail, did you?

15          A     Yeah, we sold a little bit

16     retail.

17          Q     And to whom did you sell it?

18          A     Anybody that wanted it.

19          Q     And if you sold treated wood to

20     someone at retail, it wasn't for burning?

21          A     Oh, no.

22          Q     That was for construction --

23          A     No.
```

```
1          Q    -- right?

2          A    No.

3          Q    Yeah.

4          A    It wasn't for burning.

5          Q    Now, if you could direct your

6     attention, I'm going to move over to the

7     next page.  And the -- this, yeah,

8     paragraph, which is the third paragraph of

9     the document, but it's the paragraph on that

10    page 2 --

11         A    Show me.

12         Q    This -- yes, this paragraph.

13         A    Okay.

14         Q    All right.

15         A    Okay.

16         Q    First of all, why -- Mr. Ezell,

17    why did you change treatment chemicals?  You

18    testified to that earlier, that you had used

19    creosote, you had used penta, and you had

20    used CCA --

21         A    Yeah.

22         Q    -- at the facility.

23         A    Yeah.
```

1        Q    Why -- why -- why did you make

2    those changes?

3        A    Because that's what the customers

4    wanted.

5        Q    Okay.  And what the customer

6    wants --

7        A    She got.

8        Q    Yeah.  You said -- you're saying

9    in this paragraph that you -- that you

10    burned all your waste for years and years.

11        A    No.  No.  No.  No.  No.  No.  No.

12    No.  No.  No.  They ain't no waste.  We --

13    we didn't have waste.  The finished product

14    was out there, and we treated it as a

15    finished product.

16        Q    Yeah.

17        A    And unless the forklift broke one

18    off -- forklift run into it for some reason

19    and broke a piece, then that might have got

20    in the boiler.  But, see, we done had it

21    done as a finished product when we started

22    treating.

23        Q    Yes.

1     A     We didn't need to put them

2     nowhere else in this --

3     Q     Because wood waste is not very

4     good?

5     A     No.  We don't -- we didn't have

6     wood waste.  The only thing -- the only

7     thing that I can tell you that we might have

8     treated was broke off piece, some --

9     sometimes you'd have a good green machine

10    operator and he would ram the dang thing.

11    Q     Yeah.  Yeah.

12    A     But, see, everything was preready

13    to go when we put it in the treatment plant.

14    Q     Now, I would like to look at the

15    next paragraph, Mr. Ezell.  It starts on the

16    bottom of page 2, and it goes all the way

17    over to -- through page 3.  It begins with

18    the words "we would frequently finish," and

19    it goes almost the entire next page.  Do you

20    see that paragraph?  And I'm on the next

21    page now.  Page 3.  There are two sentences

22    that are -- three sentences that there are

23    lined out.  Do you see those sentences?

1        A      Uh-huh.

2        Q      And then there is an initial "RE"

3   on the left-hand side?

4        A      Uh-huh.

5        Q      Is that your handwriting?

6        A      Yeah.  That looks like it.

7        Q      Yeah.  All right.  And what you

8   have deleted or what you have lined out

9   refers to treated end cuts and shavings.

10       A      Do what now?

11       Q      Well, look -- look at those

12  sentences.  Can you read those sentences

13  that are lined out there?

14       A      Yeah.

15       Q      Because they say what you have

16  lined out is the sentence that says the

17  scrap pile of end cuts would contain CCA

18  treated --

19       A      We don't have none of that.

20       Q      Right.  And that's why you lined

21  it out, isn't it?

22       A      Yeah, I guess it was.

23       Q      Yeah.  Okay.

1    A    When we put a -- put a finished

2    product, it went in the treatment cylinder.

3    Then -- then it was treated.  But there

4    wasn't no trims or nothing there, unless --

5    unless the -- the forklift might ram a buck

6    into a piece of wood.  But it's not anything

7    else going in there.

8    Q    Yes, sir.  Good.  On the page --

9    on page 4, I'm looking at that first full

10   paragraph on page 4 where you talk about

11   getting rid of the water that accumulated

12   out of the hot steam in the cylinder.  That

13   water went to one of the ponds, didn't it?

14   A    It could have, some of it.  Some

15   of it would just evaporate right into the

16   stream down there.

17   Q    And some of it could have gone

18   into the pond 3?

19   A    Yeah, that's possible it will do

20   that.

21   Q    And that was water?

22   A    Let's go back -- let's go back

23   now.  All of the wood that we treated,

```
1    unless it got a piece broke, was all

2    finished product, and it was treated and put

3    on the truck and run -- load and get rid of

4    it.

5         Q    Yes.  Yes.

6         A    Okay.

7         Q    That's very clear.

8         A    Okay.

9         Q    You've been very clear on that.

10   Thank you.  Thank you.  But thanks for going

11   back because that -- that helps.

12        A    Where are we at now?

13        Q    I am making progress.  I am

14   making progress.  I am on page 5, Mr. Ezell.

15        A    All right.

16        Q    And I just want to have you take

17   a look at that first paragraph where --

18        A    It's underlined?

19        Q    Yes.

20        A    Okay.

21        Q    It's interlined, I think,

22   probably -- it looks like it's -- and then

23   it's got an initial above it.  The -- the
```

1    deletion, is that your initials again?

2        A    It looks like it might be.

3        Q    All right.  So -- so you struck

4    that out.  Is that what you gather?

5        A    Yeah.

6        Q    All right.  And then the nest

7    paragraph down is the same.  You've got one,

8    two, looks like three sentences that are

9    struck out.  Do you see that?

10       A    Yes.

11       Q    And are those your initials again

12   right at the start of that --

13       A    It sort of looks like mine.

14       Q    Okay.  All right.

15       A    Now, you're not talking about

16   treated wood now?

17       Q    Right.

18       A    No.  No.  No.  No.

19       Q    And that's why you -- you struck

20   it out of this, because we're not talking

21   about treated wood?

22       A    No.

23       Q    Yeah.

1          A     See, we've -- we've -- we've put

2     a finished product to go into the treater,

3     go out to the customer, and there was no

4     more trimmings.  It was all -- it was all

5     lined out in and -- and -- and wasn't no --

6     you know what I'm talking about.

7          Q     Yes, I do.

8          A     I don't know.

9          Q     I think you've made it very

10    clear.  I think you made it very clear.  And

11    I'm listening.

12         A     Okay.  And that goes for all of

13    the wood we had; round wood, square wood,

14    everything.

15         Q     Okay.  And round wood, I presume,

16    round wood would be --

17         A     Poles.

18         Q     Poles?

19         A     Fence posts.  We made fence

20    posts.  Six-foot long, some -- and 7-foot

21    long.  By bundles.  But they was trimmed,

22    and they was ready to go to the customer --

23         Q     Okay.

```
 1        A     -- when we -- and then put it

 2   through the treater, and then it went to the

 3   customer.

 4        Q     And then it went to the customer.

 5        A     I got you.

 6        Q     And that's where it went.  You'll

 7   be glad to know I'm going to take this back

 8   from you.  We won't have to go through this

 9   anymore.

10        A     Well, good.

11        Q     Mr. Ezell, I want to change

12   subjects with you --

13        A     Let's go.

14        Q     -- for a minute.  And the subject

15   is tepee burners.

16        A     What?

17        Q     The tepee burners?  Do you --

18   tepee?  The tepee-shaped burners, do you

19   remember when you had those on site?

20        A     No.

21        Q     All right.

22        A     Tepee burner.

23        Q     Fair enough.
```

1          A    I ain't never heard of a tepee

2    burner.

3          Q    Okay.  Fair enough.  Do you

4    remember when you had tanks on site?  A tank

5    farm?

6          A    A tank farm?

7          Q    Well, or tanks on site.

8          A    Well, we had the -- the tanks at

9    the treating plant that we --

10         Q    What do those tanks hold?

11         A    Penta and creosote.

12         Q    And the penta and creosote --

13         A    Different tanks now.

14         Q    Different tanks.  And was there a

15    different tank that held the CCA?

16         A    Yeah.

17         Q    And those treatment chemicals,

18    how did they come to the plant?  Did you buy

19    them?

20         A    No.  We -- we -- we treated our

21    -- all -- all -- we treated all of our stuff

22    and sold it out, such as the posts, poles,

23    all timbers, lumber of all kind.

```
 1          Q     But the actual chemicals that you

 2    used to treat the wood, you bought those

 3    chemicals, didn't you?

 4          A     Oh, yeah.  Sure.

 5          Q     Other companies made those

 6    chemicals?

 7          A     Yeah.

 8          Q     And those chemicals weren't

 9    cheap, I presume?

10          A     I would suppose not.

11          Q     So you didn't want to waste them?

12          A     You got that right.

13          Q     And you were pretty careful about

14    not wasting?

15          A     And we didn't want to put none on

16    the ground neither.

17          Q     Yeah.

18          A     See, Koppers Company now got us

19    started.  They come down there and we was

20    using their product.  And they done a good

21    job of showing me and them two guys that

22    worked around all that treating stuff and we

23    just never had no -- had no trouble with it.
```

1         Q     Good.  Were they kind of like

2    consultants to you?

3         A     Yeah.  Well, see, we would buy

4    the product from them.

5         Q     Yes.  Yes.  So they were also

6    your supplier?

7         A     That's right, the supplier.  And

8    they come every once in a while and just go

9    through everything with us.  And we just had

10   a good system set up for that.

11        Q     Do you remember how complimentary

12   they were to you about how clean an

13   operation you ran?

14        A     Yeah.  There's one guy that come

15   around pretty regular.

16        Q     Yes, sir.

17        A     And he inspected it.

18        Q     And do you remember his sending

19   you a letter telling you it was one of the

20   cleanest operations he had ever seen?

21        A     I don't remember that.  But

22   anyway.  We did a pretty good job, I'll tell

23   you that, of what we done.

```
1          Q     Yeah.  Do you remember -- let's

2     turn your attention to the ponds, Mr. Ezell.

3          A     The what now?

4          Q     The ponds.

5          A     Ponds.

6          Q     We talked about the ponds.  Do

7     you remember how many ponds you had at the

8     facility?

9          A     We didn't have but one pond.

10         Q     Did you say you did have one

11    pond?

12         A     Oh, yeah.

13         Q     Yeah.  And what went into the

14    ponds or pond?

15         A     Let's see, let me see, let me

16    see --

17         Q     Do you remember?

18         A     Well, yeah, if I can just think.

19    My memory and think has to get together

20    sometimes.

21         Q     Boy, I know that.

22         A     Well, see, CCA is just a closed

23    system.  You don't have to do nothing.
```

```
1      Creosote was -- we had -- we'd -- we had to

2      clean up some on the ground around -- around

3      that.  The penta, see, we didn't have that

4      very long.  And they would clean it up if it

5      got on the ground.  Because at that time, we

6      had a guy coming around and looking at that,

7      the treatment plants.

8           Q    Where was he from?

9           A    He was from Birmingham.

10          Q    From the State?

11          A    Yeah.

12          Q    From the Alabama Department --

13          A    Well, he was connected with the

14     Koppers Company is what it was.

15          Q    I see.  I see.

16          A    And he went to every plant to be

17     sure that we was doing what we was supposed

18     to do.

19          Q    So he was the --

20          A    Yeah.

21          Q    -- the expert and consultant --

22          A    Yeah.

23          Q    -- that was helping you?
```

```
1          A     From -- from that company.

2          Q     Yes, sir.  Okay.

3          A     Of course, see, you know --

4     remember now, your CCA, there is just no

5     need for a leak.  It's just water and it's

6     chemical, and you use it over and over into

7     that tank and back it right back on the

8     wood.

9          Q     Just --

10         A     Cycle.

11         Q     Just a cycle and closed?

12         A     And then we pull a good vacuum on

13    it, and we barely ever had a leak or nothing

14    on the ground to -- to be alarmed at.

15         Q     Now, with creosote, you applied

16    it to the dried wood after --

17         A     Oh, yeah.

18         Q     -- the wood had been dried?

19         A     Well, we had to dry it.  Yeah.

20    We had to dry the wood.  You can't get it

21    into the wood if it won't -- if you don't

22    dry it.

23         Q     Yeah, if it's not dry.
```

1          A     Yeah.

2          Q     And the water for that wood,

3    you've testified, would either come out

4    under -- as steam --

5          A     Uh-huh.

6          Q     -- or would just be dried in the

7    open air for a period?

8          A     Just dry in the air.  Yeah.

9    Yeah.  We had tried to dry it, because it's

10   heck when you start to using the -- oh,

11   shit.  When you -- when you -- you've got to

12   have dried wood or you ain't going to treat

13   it.

14         Q     Yes.

15         A     It's just that simple.

16         Q     Because the treatment chemicals

17   go into those --

18         A     That's right.

19         Q     -- empty spaces?

20         A     That's exactly right.

21         Q     Okay.

22         A     Where did that come from?

23         Q     Yeah.  Here, let me -- let me put

1    that on for you.  I've got one of them, too,

2    and I'm not sure it does any good.  There we

3    go.  Got it.

4         A    But it's one thing about the

5    treated wood, you cannot treat treated wood

6    unless it's the dry product, then you can

7    put it in it.  If you can't, you ain't going

8    to treat it.  You ain't gone put it in

9    there.

10        Q    Nothing is going to get in

11   because there's no room for it?

12        A    That's right.

13        Q    Okay.  Okay.

14        A    Whether it's penta or whether

15   it's creosote or whether it's CCA.  You had

16   to have a -- a dry product.

17        Q    Mr. Ezell, I want to change now,

18   again, subjects for just a little bit.

19        A    Okay.

20        Q    I would like to talk about your

21   boilers.

22        A    The what?

23        Q    Boilers.

1          A      Boiler.

2          Q      Boiler.

3          A      Yeah.

4          Q      You had -- how many boilers did

5    you have on --

6          A      Two.

7          Q      You had two.

8          A      Two boilers.

9          Q      And what was the purpose behind

10   these boilers?

11         A      The steam for drying lumber.

12         Q      And --

13         A      It would go up through a dry kiln

14   and your lumber was in the dry kiln and that

15   put heat in there from the boilers and got

16   the water out of the materials so we could

17   treat it or -- or -- or put it up to the

18   custer -- the customer.

19         Q      Okay.  And what was the source of

20   fuel for these boiler -- boilers?

21         A      Well, okay.  Well, the treater --

22   the source of wood, we had wood to burn.

23         Q      Good.

1          A     And anything we could get ahold

2     of.  Especially, our trims from untreated

3     wood.  And then that, and then we'd -- we'd

4     have loads of stuff come in from the woods,

5     oak off of company wood.  And we would push

6     it in the boiler at the mill.

7          Q     All right.

8          A     Okay.

9          Q     And do you remember how -- how

10    hot these boilers got?

11         A     It would be hotter than hell.

12    Yeah.

13         Q     Gotcha.

14         A     But, see, the boilers was for

15    really the dry kilns.  They done the dry

16    kilns.  So we had the boilers down there

17    about a hundred feet from where the --

18         Q     From where the dry kiln, would

19    you say?

20         A     Yeah.

21         Q     Now, I want to go back to your

22    affidavit just to -- just to finish this up.

23    And looking at the bottom of page 3 of the

1    affidavit, do you see that paragraph?  And

2    that's talking about the boiler and a spray

3    nozzle in the smokestack.

4         A    Yeah.

5         Q    Do you see that?

6         A    Yeah.

7         Q    Now, Mr. Ezell, you used the word

8    up the stack to "deteriorate."  Did you mean

9    to say "incinerate" there?

10        A    Well, if you -- if you put it in

11   the stack, it was a little small pipe that

12   go up there and it's -- you couldn't put it

13   in the ground because it was now

14   contaminated.  And then we'd just put it in

15   that stack and had a little pump set down

16   here that would pump it up a little

17   three-quarter tube up into the stack.  And

18   that's the way it was --

19        Q    And it was incinerated in that --

20        A    Right.

21        Q    -- in that stack?

22        A    Right.

23        Q    And that was pretty hot -- well,

1    as you said it here, it would just burn it

2    up?

3        A    Yeah.

4        Q    Yeah.  And that's what it did?

5        A    Yeah.  You didn't have all that

6    much of it either to do.

7        Q    So it was a very small amount of

8    material?

9        A    Small amount.

10       Q    Yeah.  Well, Mr. Ezell, my watch

11   says it's high noon, and high noon where I

12   come from is when we have -- try to have

13   lunch.  So I'm going to, I think, ask that

14   we take a break for lunch at noon and return

15   this afternoon in an hour, or is that too

16   short a time?

17           MR. MITCHELL:  Ask Mr. Ezell.

18       A    Ain't too short.  Just get on

19   with the program and get with it.

20   (Whereupon, a short break was taken.)

21           THE VIDEOGRAPHER:  We're back on

22           the record.  This is the beginning

23           of tape 3.

```
 1    BY MR. BERGHOFF:

 2          Q     Thank you, Mr. Ezell.

 3    Comfortable?

 4          A     Comfortable.

 5          Q     Good.

 6          A     Had plenty to eat, ready to go.

 7          Q     That's good.  That's good.  That

 8    must mean it's nap time.  I'm going to

 9    return, just briefly, to this Exhibit Number

10    1, which is your affidavit.  And look at the

11    top, if you will, of page 5, the very top.

12          A     Page 5?

13          Q     Yeah, page 5.

14          A     Three, four, six.  There's five,

15    page 5 right there.

16          Q     Yes.  That's correct.  Just the

17    top -- the top line of that affidavit.  Do

18    you see that?

19          A     Uh-huh.  Right here?

20          Q     Yeah.  I think we already covered

21    this, but I want to make sure.  Because I

22    believe you said this morning before lunch,

23    that treatment chemicals were very rarely
```

```
1    spilled, correct?

2         A    That's right.

3         Q    So that the instances -- the

4    times when you would have needed sawdust to

5    clean up spills would have been very rare?

6         A    Right.  That's right.

7         Q    I thought so.  Mr. Ezell, you'll

8    be glad to know that I'm finished with that

9    exhibit, so you can -- you can put that

10   aside.

11              MR. PALMER:  For the third time.

12        Q    Yes.  I know I've said that

13   before.  Counsel is correct.  Mr. Ezell, you

14   know that you are a plaintiff in this case;

15   that is, you are suing -- you are one of

16   many who are suing LP and suing TMA,

17   correct?

18        A    No.

19        Q    Did you know that?

20        A    No, I'm not suing them.

21        Q    Okay.  All right.  So you're not

22   aware that you are suing them or claiming

23   that you, yourself, have any health injuries
```

1     as a result --

2          A     That's right.

3          Q     Okay.  I wanted to ask you just a

4     couple of more questions.  You mentioned

5     this morning your brother.  And I believe

6     you mentioned -- did your son also at one

7     stage work at the facility?

8          A     Well, we had -- Wayne Wise was

9     there and my brother Donald.

10         Q     Yes.

11         A     Then Tobe Kelly was there some,

12    but not -- but he passed on, too.  And

13    that's the only three that -- and me.

14         Q     Yes.

15         A     I was down there with them all

16    the time.

17         Q     And -- and your son did not work

18    at the facility?

19         A     No.  No.  No.  No.  No.

20         Q     All right.  All right.  Anyone

21    else in your broad family work there?  A

22    nephew or -- do you recall?

23         A     No, I don't really recall.

1          Q    All right.  So I gather,

2     Mr. Ezell, that you are claiming for

3     yourself, that don't you have any health

4     problems that are related to the facility?

5          A    No.  Now, they was all heavy

6     smokers and I don't -- I wasn't.

7          Q    Yeah.

8          A    I don't know whether that makes a

9     difference but --

10         Q    Well, good for you.

11             MR. BERGHOFF:  Mr. Taylor, do you

12             have any questions?  I have --

13             MR. TAYLOR:  I think -- I

14             think -- I appreciate that and,

15             Mr. Ezell, I really appreciate

16             your candor.  I'm Bernard Taylor,

17             and I represent Louisiana Pacific.

18             I appreciate the time you spent

19             with us today, and I really don't

20             have any questions.

21             THE WITNESS:  Okay.

22             MR. TAYLOR:  Thank you.

23             THE WITNESS:  All right.

```
1              MR. MITCHELL:  I have just a few.

2              Maybe we can finish up.

3                    EXAMINATION

4    BY MR. MITCHELL:

5         Q    Hi, Mr. Ezell.  See if we can get

6    around this contraption between us.

7              MR. BERGHOFF:  Mr. Mitchell,

8              would you like to sit in this

9              chair?

10             MR. MITCHELL:  We've got it

11             accommodated.  I'll be all right.

12             Thank you.

13   BY MR. MITCHELL:

14        Q    Mr. Ezell, I just want to -- I

15   know you know me, but I'm going to state my

16   name for the record; Eason Mitchell.  And

17   I've just got to ask you some questions.

18        A    Okay.

19        Q    I'm going to ask you a few

20   questions to start with that might seem like

21   silly questions.  And they're not trick

22   questions.  I just need you to tell us your

23   name?
```

```
1          A    Who what?

2          Q    Who you are.

3          A    Who I am?

4          Q    What's your name?

5          A    I'm me.  Roy Ezell.

6          Q    Okay.  And what's your wife's

7     name?

8          A    Joanne Ezell.

9          Q    All right.  How many children did

10    you have?

11         A    I've got three.

12         Q    And what's their names?

13         A    Kenneth Ezell, and I've got two

14    daughters.

15         Q    Can you remember -- can you

16    remember now that Kenny worked down at

17    the -- for LP?

18         A    Yeah.

19         Q    Okay.  I know sometimes -- do you

20    have times that you can remember things and

21    then times you can't?

22         A    And then times you can't.

23         Q    And when you remember things, do
```

1      you remember them well, when you remember?

2           A    Pretty well.

3                MR. TAYLOR:  Objection.  Leading.

4           Q    Let me ask you this.  Do you know

5      what month of the year it is?

6           A    Right now?

7           Q    Uh-huh.

8           A    No.

9           Q    Do you know what year it is?

10          A    No.

11          Q    Do you know who is President of

12     the United States?

13          A    Yeah.

14          Q    Who?

15          A    Bush.

16          Q    Okay.

17          A    I seen him last night, so I know

18     him.

19                MR. BERGHOFF:  I -- I'm not sure

20                I could have answered that

21                question.

22          Q    Mr. Berghoff showed you Defense

23     Exhibit 1, this affidavit.

```
1          A    This what now?

2          Q    This affidavit that you were

3    looking at.  This one is the same as this

4    one.  Here -- here is your copy.  How about

5    turning over to the back of that.

6          A    All the way to the back.

7          Q    Uh-huh.  Not -- yeah.

8               MR. TER MOLEN:  Last page?

9          Q    Last page.  And do you see that

10   signature that says Roy Ezell?

11         A    Yeah.

12         Q    And is that your signature?

13         A    It looks like it.

14         Q    All right.  And, Mr. Ezell, when

15   you signed that, did you intend to tell the

16   truth about the facts in that affidavit?

17              MR. TAYLOR:  Objection.  Leading.

18         A    I tell nothing but the truth.

19              (Whereupon Plaintiff's

20              Exhibit Number 1 was marked and

21              attached to the deposition.)

22   BY MR. MITCHELL:

23         Q    Okay.  Mr. Ezell, I'd like to
```

```
1    show you what's been marked as Plaintiff's

2    Exhibit 1.  For the record, the defendants

3    already have a copy.

4              MR. BERGHOFF:  Well, for the

5              record, we -- we received a copy,

6              I believe, of this document this

7              morning for the first time.

8              MR. MITCHELL:  Okay.

9              MR. TAYLOR:  And, for the record,

10             I'll state not only was it this

11             morning, but it was just before --

12             almost immediately before the

13             deposition.

14             MR. MITCHELL:  8:30.

15             MR. TAYLOR:  Yeah.  For the

16             deposition that was supposed to

17             start at 9 a.m.

18             MR. MITCHELL:  I just wanted to

19             establish that I don't need to

20             give you another one now.

21             MR. TAYLOR:  All right.

22   BY MR. MITCHELL:

23        Q    Okay.  Do you see that -- this --
```

```
1          A     Yeah, I've seen it.

2          Q     -- Plaintiff's Exhibit 1?

3          A     I've seen it.

4          Q     You've seen that before?

5          A     I haven't studied.  I've seen it.

6          Q     All right.  Did you have an

7     opportunity to read through it?

8          A     Well, I -- I -- I hadn't done but

9     I have -- I could read it right on.

10         Q     Do you remember watching that DVD

11    on the computer?

12         A     Yeah.  Yeah.

13         Q     And you remember seeing --

14              MR. BERGHOFF:  Well, I object.

15              There's no foundation for that

16              question.

17              MR. MITCHELL:  I just asked him

18              if he remembered watching it.

19              MR. BERGHOFF:  Having the top of

20              the CD and asking if that's the

21              one he saw, I object.  No

22              foundation on it.

23
```

```
1    BY MR. MITCHELL:

2         Q    Did -- did you watch a DVD?

3         A    When?

4         Q    Two days ago, at your home.

5         A    Yeah.

6         Q    Okay.  And you saw a statement of

7    yourself?

8         A    Yeah.

9         Q    All right.  And it was a

10   recording of you, correct?

11        A    Say that again.

12        Q    The DVD was -- the DVD was a

13   video of you?

14        A    Oh, yeah.

15        Q    Okay.  Can you tell the court,

16   ladies and gentlemen of the jury that may

17   see this, whether or not you were telling

18   the truth in that video?

19        A    I don't never tell nothing but

20   the truth.

21        Q    All right.

22        A    Whether it hurts or not.

23        Q    And -- and was that statement
```

1    true?

2        A    Yes.

3        Q    Can you remember all the facts

4    that you remembered when you gave those

5    video statements?

6            MR. BERGHOFF:  Object, as leading

7            a question.  And --

8        A    No, probably can't.

9        Q    Okay.  But can you remember

10   whether or not you told the truth when you

11   gave the statement?

12           MR. BERGHOFF:  Again, it's

13           leading.  Objection.

14       Q    Go ahead.  You can answer.  Can

15   you remember if you told the truth when you

16   gave the statement?

17       A    I didn't -- I try to never do

18   nothing but to tell the truth.

19       Q    All right.  And was that

20   statement --

21       A    I don't know which one you're

22   talking about.  But I assure you that I tell

23   truth.

```
1           Q    All right.  And were those

2     statements that you saw on the video true?

3                MR. BERGHOFF:  There is no

4                foundation for any of these

5                questions at all.  And I object to

6                the entire series.  It's without

7                foundation.  We started with that

8                objection in the first and finish

9                it with the last.  There's no

10               foundation.

11               MR. MITCHELL:  I thought we

12               waived objections for time of

13               trial or use?

14               MR. BERGHOFF:  I'm putting them

15               on the record.  I'm putting them

16               on the record as to form.

17               MR. MITCHELL:  All right.

18               MR. BERGHOFF:  I have to under

19               the rules.

20               MR. TAYLOR:  I join in the

21               objection.

22     BY MR. MITCHELL:

23           Q    All right.  Thank you, Mr. Ezell.
```

1    Sometimes lawyers do those things but that's

2    all right.

3         A    Well, we've got to do what we've

4    got to do.

5              MR. BERGHOFF:  That's my theory.

6         Q    What -- who in the company was

7    over you at different times?

8              MR. BERGHOFF:  Objection.  Vague.

9              MR. MITCHELL:  Now, Mr. Berghoff,

10             I sat here and let you ask your

11             questions.

12             MR. BERGHOFF:  Yeah.  I'm just

13             objecting as to form.

14             MR. MITCHELL:  And I would

15             expect -- I would expect some

16             courtesy.

17             MR. BERGHOFF:  I -- just as to

18             form.  I've got to object and I

19             will.  You used the word company,

20             undefined.

21   BY MR. MITCHELL:

22        Q    Do you remember back when -- when

23   TMA owned the company, Mr. Ezell?

```
 1        A    I'm sure I would remember some of

 2   it back.

 3        Q    Do you remember any of the people

 4   in TMA who were over you and your superiors

 5   in the company -- in TMA?

 6        A    With TMA?

 7        Q    Uh-uh.

 8        A    I'd have to study about it a

 9   little bit.  I'm blank right now.

10        Q    Okay.  Do you remember when

11   Louisiana Pacific owned the mill?

12        A    Yeah.

13        Q    All right.  Do you know who

14   Ronnie Paul is?

15        A    Do what now?

16        Q    Do you know Ronnie Paul?

17        A    Oh, yeah.

18        Q    Who is Ronnie Paul?

19        A    Ronnie Paul was -- used to be

20   our -- my supervisor.

21        Q    And did he come to the plant?

22        A    Yeah.

23        Q    How often?
```

```
1          A    Not very often.

2          Q    But did he come once a month or

3     once a week or once -- just how -- an idea.

4          A    He might.  You -- he didn't tell

5     you when he was coming.  He'd always walk in

6     on you to see what you're doing.

7          Q    And did you run the plant the way

8     Mr. Paul taught you to run the plant?

9               MR. TAYLOR:  Objection.  Leading.

10         A    Well, I was done running the

11    plant before he -- Mr. -- before he got

12    there.

13         Q    And did you -- who -- who -- who

14    taught you how to run that treatment plant?

15         A    I did.

16         Q    Did the company -- did TMA

17    provide you with any supervision or

18    training?

19         A    We had -- see, we had Koppers

20    Company give us a little -- some, you know,

21    to get started.  They come down and give us

22    a start, which I already knew.  But they

23    were there and they were a big help to me.
```

```
1          Q     Did -- what -- what -- what

2    training did TMA give you?

3          A     TMA?

4          Q     Uh-huh.

5          A     None.

6          Q     What training did LP give you?

7          A     Very little.  I was done at it.

8          Q     Did -- did you have any education

9    about how to handle toxic and hazardous

10   waste?

11         A     Well, I know where it was -- what

12   was bad or not.  Yeah.

13         Q     All right.  What kind of

14   education did you have in how to handle --

15         A     Well, tenth grade.

16         Q     So did -- did -- TMA provide you

17   with any education and training about how

18   to -- to handle toxic waste?

19         A     Well, sure.

20         Q     What -- what -- what training did

21   they give you?

22         A     Well, they -- well, they come

23   down there and stayed with us some when we
```

1    was -- when we put it in.  Now, shortly the

2    next day, they gone.  But -- but we went

3    right on and done what we were supposed to

4    do.

5         Q    And did you run the plant the way

6    they taught you to run it?

7         A    Yes, sir.

8         Q    And that's how TMA taught you to

9    run it?

10        A    That's exactly right.

11        Q    And you -- did LP, Louisiana

12   Pacific, provide you with any training?

13        A    They -- they provided but we done

14   had it.  They didn't have nothing to do but

15   yes or no, and it was "yes" with me.

16        Q    Did they provide you with any

17   training and education?

18        A    Didn't need it.

19        Q    Who is Sue Garrett?

20        A    Sue Garrett.

21        Q    Do you remember Sue Garrett?

22        A    Sue Garrett, hell, I don't know.

23        Q    Let me ask you, do you remember

```
1    the lady who worked with the company back in

2    the LP days that would fill out all the

3    paperwork for the plants?

4              MR. TAYLOR:  Objection, leading.

5         A    No.

6         Q    Okay.  You talked about something

7    you called penta?

8         A    Yeah, penta.

9         Q    What is -- what's -- do you know

10   the --

11        A    It's a treatment chemical.

12        Q    Okay.  Would that be

13   pentachlorophenol?

14        A    Yeah.

15        Q    All right.  Do you know what

16   chemical that is, what's it's made of,

17   what's in it?

18        A    No, I don't know.

19        Q    Did anybody ever provide you with

20   any education?

21        A    Yes.  Any time we put something

22   on the board for that mill, whoever we was

23   dealing with, they come and helped us get
```

1    everything started on it.

2         Q    You said a man from Koppers, from

3    Birmingham, came down?

4         A    Well, yeah, Koppers -- Koppers

5    come down.  Not only just to see that, but

6    they come -- they go from mill to mill to

7    mill.

8         Q    And you say the man from Koppers

9    came from Birmingham?

10        A    Uh-huh.

11        Q    Do you happen to remember his

12   name?

13        A    No.

14        Q    Do you know whether or not that's

15   the -- was he a Koppers environmental

16   engineer?

17        A    Yeah.  We knowed -- we knowed who

18   he was.

19        Q    All right.

20        A    He come in that office there, and

21   they sent for me to come in, and they

22   talked -- we talked about some things and --

23        Q    Do you know whether or not he's

```
1       the Koppers environmental engineer who went

2       to prison for violation of --

3                   MR. BERGHOFF:  Objection.

4                   Leading.

5          A    I don't know about all that.

6          Q    You don't know?

7                   MR. BERGHOFF:  Objection.

8                   Leading.

9          A    No.  That's a good one there.

10         Q    All right.  You talked about a

11      treatment cylinder.  Do you remember telling

12      Mr. Berghoff about a treatment cylinder?

13         A    Treatment cylinder?

14         Q    Yeah.

15         A    Sure.

16         Q    That's -- is also the name of

17      that called a retort?

18         A    No, not that I know of.

19         Q    All right.  Describe the

20      treatment cylinder.  Tell us -- tell us --

21         A    It just had a big door on the

22      front.  And you had a pipe in the top, if

23      you wanted to let the fumes off, to do that.
```

1    And other than that, lock that door down and

2    it's there, until you get ready to get rid

3    of it.

4        Q    And when you would let the fumes

5    off, would it go through that little thing

6    on the top?

7        A    Yeah.

8        Q    And where would the fumes --

9        A    Well, see, let's talk about

10    something else now before you get started on

11    that.

12        Q    Okay.

13        A    Is it -- if it's a coal product,

14    you didn't have no problems.  Now, CC -- CCA

15    didn't have a -- no problem at all, because

16    it was a cold-water process.  But when you

17    get down to the penta, then it did.  It

18    would fog out -- out through the tops.  And

19    CCA, we didn't never have no problem with,

20    because it was a cold-water treatment.

21        Q    The -- the mill wasn't a

22    oil-production facility?

23        A    A what?

```
 1          Q    Y'all -- y'all weren't a

 2    petroleum-production facility, were you?

 3          A    No.

 4          Q    And did you use any -- any

 5    petroleum, other than in your product?  In

 6    your trucks and cars and for operating a

 7    forklift or fuel?

 8          A    We had all of that, yeah.

 9          Q    But this wasn't a

10    petroleum-production system?

11          A    That was -- yeah, it was

12    petroleum and stuff that -- that you burned

13    in them -- in your diesel -- in your

14    machinery.

15          Q    Okay.  And these chemicals, they

16    weren't -- were they petroleum?

17               MR. TAYLOR:  Objection.  Leading.

18          A    I -- I -- I don't know.

19          Q    What did penta look like?

20          A    Penta was a -- an oil-based

21    looking stuff.

22          Q    Okay.  And what did creosote look

23    like?
```

1        A     Creosote, it was black and will

2   burn you.

3        Q     When y'all cleaned all that stuff

4   up, what did you do with the stuff that you

5   cleaned up?

6              MR. TAYLOR:  Objection to form.

7              MR. BERGHOFF:  Objection to form

8          and no foundation.

9        Q     You remember telling Mr. Berghoff

10  about how clean you kept it?

11       A     What?

12       Q     You remember telling Mr. Berghoff

13  about how clean you kept the facility?

14       A     We had to keep it clean.

15       Q     And when you cleaned up any

16  spills or anything, any -- no matter how

17  small it might have been, what did you do

18  with the material that you cleaned up?

19       A     We probably put it in the boiler.

20       Q     Did you have any other place to

21  put it?

22       A     Huh-uh.  We didn't put it nowhere

23  else but there.  And that would just be a

```
1      scoop full of sawdust to soak it up -- to

2      pick it up and put it into the -- into the

3      boiler to burn it up.

4            Q    And --

5            A    But we would clean.  We didn't

6      have a whole lot of that stuff to do.  We --

7      we took care -- took care of it when it come

8      up.

9            Q    What was the treatment holding

10     tank?

11           A    The what?

12           Q    A treatment holding tank.

13           A    A treatment holding tank?

14           Q    The chemical holding tank, yes,

15     sir.

16           A    Yeah.  Well, we started off with

17     a railroad tank car.  And then we had a --

18     when they come in with the CCA, we had

19     upright cylinder -- a new -- a new cylinder

20     put up.  Ten-foot wide and about 30-feet

21     long -- high I mean.  I imagine it was.

22           Q    Did you keep the chemicals hot?

23           A    On CCA?
```

1          Q     On penta.

2          A     On penta, yeah.  You had to keep

3     it --

4          Q     And was steam pipes run through

5     those tanks holding penta?

6          A     Well, we got the CCA out of the

7     -- I mean the penta out and oil out -- out

8     through -- had to come out through the

9     bottom, not to the top.  And we pump it into

10    that railroad tank car, and then we have the

11    lumber in there that we're going to treat,

12    and then we filled it full, and then we get

13    through, then we backed that -- all that oil

14    back out.

15         Q     Were the tanks vented?

16         A     Yeah.  We had a wheel on top that

17    opened it up for us.

18         Q     And is that how you let the fumes

19    out -- the vapors escape?

20               MR. TAYLOR:  Objection.  Leading.

21         Q     Or did you?

22         A     Do what?

23         Q     Just describe it to me.

```
1           A      Well, it's -- when we took the

2     oil out of the treatment cylinder, it went

3     right back into the -- this tank.  And we

4     put it all back in that tank car.  And then

5     it would -- it would -- by that time it was

6     cooling off and wasn't -- wasn't hot very

7     much.  And I don't know what else to tell

8     you, other than we put it right back in that

9     big tank and that was it.  We started

10    pumping again.

11          Now, the penta was -- stayed warm.

12    Now, it didn't boil -- boiling.  But we

13    tried to get the moisture out of the oil.

14    You couldn't see nothing that was coming out

15    of there.  It was just cooling it down, you

16    know, and that's -- that's all the trouble

17    we ever done with that.

18          Q      Did you see any vapors escaping?

19          A      I'll say that I -- probably.  I

20    don't know.  I don't remember that now.

21    Because we let it sit there overnight and it

22    cools off.  And the next day, then, when we

23    go to treat, we treat, and then it comes
```

```
1    back in and goes back into that -- into that

2    tank.

3         Q    Now --

4         A    But sure.  I'm sure there's

5    some -- a little bit went in there.  Yeah.

6         Q    Now, who are the men that worked

7    around the boiler, if you can remember?

8         A    My brother Donald, Wayne Wise,

9    and myself, and then Tobe Kelly come out of

10   the office.  The last people that come --

11   was over us, they took him out and put him

12   out there with us about six months, I

13   imagine.  He was the office manager then.

14        Q    Do you remember any of the mill

15   workers who worked at the boiler?

16        A    Who worked at the boiler?

17        Q    Yes, sir.

18        A    I'll get it in a minute.  Well,

19   Wayne Wise worked there some.  See, we

20   had -- one -- one night, you -- you -- you

21   had your oiled wood back in.  And then the

22   next day, you -- you did -- evening you --

23   you would have it -- it would go back into
```

1    that big tank.  And it would cool off over

2    the night, and then you start it all over

3    again.

4              MR. PALMER:  Mr. Berghoff, would

5              you please refrain from shaking

6              your head.

7    A    Do what?

8    Q    It's all right.  It's okay.

9    A    Well, what was the question

10   again?

11   Q    Do you remember the workers, not

12   just the supervisors, but some of the

13   working men who worked at the boiler?

14   A    I know all of them.

15   Q    Who were they, the best you can

16   remember?

17   A    Wayne Wise was one of them, my

18   brother Donald was one of them, and then

19   that's the only two regular ones.  But we

20   had two more that would come in and out.

21   Q    Who were they?

22   A    Well, I said Wayne Wise a while

23   ago, didn't I?

1    Q    Yes, sir.

2    A    Buck Roberts would just -- he

3    wouldn't be there all the time now.  And

4    Eugene Biddle.

5    Q    Eugene --

6    A    Of course, I fired him.  He

7    didn't stay long.

8    Q    Eugene who?

9    A    Biddle.

10    Q    Biddle?

11    A    That's it.

12    Q    Do you know if Mr. Biddle is

13    alive or dead?

14    A    No, I don't think so.  He left us

15    and went to south Florida, and somebody had

16    told us that he had died.

17    Q    Do you know what --

18    A    He wasn't there at the mill but

19    about two weeks.  He was one of these

20    fellows that knowed everything and didn't

21    know nothing.

22    Q    Donald died; he had cancer?

23    A    Yeah.

```
1          Q    Mr. Wise is dead?

2          A    Mr. Wise is dead.

3          Q    Cancer?

4          A    Yeah.

5          Q    Tobe Kelly?

6          A    Tobe Kelly.  Now, I don't think

7     that Tobe Kelly really got into that.  You

8     see, he was in the office for years and

9     years and years and never got down there.

10    And then we sold -- they sold out and then

11    we moved -- they -- they sent an office

12    manager down there, and then he was put out

13    there with us.  But that wasn't but about, I

14    don't know, 30 days or something like that.

15         Q    Now, was this boiler a hazardous

16    waste incinerator?

17         A    Do what now?

18         Q    Did you have -- did the mill ever

19    operate a hazardous waste incinerator?

20              MR. BERGHOFF:  I object.  There's

21              no foundation.

22         A    No.

23         Q    All right.  And so this was just
```

```
 1    a wood-fired boiler?

 2         A    Just a wood -- well, yeah, a

 3    wood-fired boiler.

 4         Q    Who was the environmental manager

 5    when TMA owned the facility?

 6         A    Me.

 7         Q    And who was the environmental

 8    manager when Louisiana Pacific owned the

 9    facility?

10         A    Still me.

11         Q    And you finished the tenth grade?

12         A    Do what?

13         Q    You finished the tenth grade?

14         A    Yeah.

15         Q    Before you -- and that's --

16         A    Finished the tenth grade and

17    halfway to the 11th.

18         Q    And that's when you went --

19    that's when you worked -- went to work in

20    the lumber business?

21         A    Went to work.

22         Q    Did you have any more formal

23    education?
```

1       A    Do what now?

2       Q    Did you have any more formal

3   education?

4       A    I still didn't understand you.

5       Q    Did you have -- after you got out

6   of the tenth grade, did you have any more

7   formal education?

8       A    No.  No.

9       Q    Did you ever go back to school?

10      A    No, I didn't go forward.  I done

11  had all I needed then.

12      Q    All right.  And did -- did any of

13  the companies that operated the mill you

14  worked for ever provide you with any

15  education on environmental engineering or

16  environmental management?

17      A    No.

18      Q    Did they ever provide you any

19  education in --

20      A    They would have but I didn't.  I

21  had to come up from -- from the bottom.  And

22  I had done my own, when I got in there, as a

23  manager, and I never done nothing -- let

1    nobody do nothing until they got trained.

2    And then -- and then I turned them loose.

3        Q    How much training did the company

4    give you?

5            MR. TAYLOR:  Objection.  Form.

6        A    Well, my wife give me a lot of

7    training.

8        Q    Well, how much training did TMA

9    give you?

10       A    TMA didn't give me any.

11       Q    How much training did Louisiana

12   Pacific give you?

13       A    Didn't have none.  When we

14   started off, all we was doing is just that

15   -- the company that we bought the chemicals

16   from would come in there and would get us

17   started, and then we just went right on.

18   And they would come by, might be two weeks,

19   they might come another week to see what we

20   was doing, if it's anything they could help

21   us with or something.

22       Q    I'm not good at drawing things,

23   Mr. Ezell.  Do you remember a --

1      A    That looks like where a chicken

2   scratched.

3      Q    Yeah.  Do you remember -- do you

4   remember a thing that you burned wood in

5   that was shaped almost like a Indian tepee?

6      A    Oh, yeah.

7           MR. TAYLOR:  Counsel, before you

8           show that to the witness, can we

9           take a look at it?

10          MR. MITCHELL:  You sure can.  I

11          wasn't going to show it to the

12          witness.  I wasn't going to show

13          it to the witness.

14          MR. TAYLOR:  I thought you showed

15          it to the witness.

16          MR. MITCHELL:  Did you see that?

17          THE WITNESS:  Do what.

18          MR. MITCHELL:  We will make it an

19          exhibit, if you'd like.

20          MR. TAYLOR:  No.  I just -- I

21          thought you showed it to the

22          witness.  That's why I asked.

23          MR. MITCHELL:  Would you like to

```
 1              see my tepee, Mr. Berghoff?

 2                MR. BERGHOFF:  No, thank you.

 3                (Whereupon Plaintiff's

 4           Exhibit Number 2 was marked and

 5           attached to the deposition.)

 6                MR. MITCHELL:  That's got a

 7                Plaintiff's 2 marked on it now.

 8                But I'm not going to show it to

 9                the witness now.  He's seen it.

10                That's all.

11   BY MR. MITCHELL:

12        Q    Do you remember that -- that

13   thing shaped like an Indian tepee you burned

14   stuff in?

15        A    When we first started off and

16   then we changed.

17        Q    What did you put in there?

18        A    Do what?

19        Q    What -- what -- what did you burn

20   in the tepee burner?

21        A    A little bit of trash from the

22   yard, and we -- we -- the chemicals that we

23   had, we never did burn none of them, unless
```

1    you made a little spill.  And this -- that

2    happens but not no big spills.  But we got

3    that up and put it right in the boiler.

4         Q    Do you remember ever having a

5    filter on the -- sawdust filter on the

6    water, filtering the water with sawdust?

7         A    No.

8         Q    You don't remember that?

9         A    Huh-huh.

10        Q    Okay.

11        A    I might when I go to bed tonight

12   but I ain't right now.  I don't remember.

13   See, all of these people that we dealt with,

14   Koppers Company -- well, anybody that we

15   dealt with, they come there and just

16   continuously on the road, because we -- and

17   they kept us lined up.  And we don't -- it

18   don't take us long to get lined to where we

19   know what we're doing.  So --

20        Q    Mr. Berghoff asked you why you

21   changed treatment chemicals.  I think --

22        A    Well --

23        Q    -- you said something about

1    customers.  But were there any other reasons

2    for using different treatment chemicals?

3         A    I have to think about that a

4    minute.  No.  We had CCA and we had Koppers'

5    treatment, and that's all the two we had.

6         Q    What is CCA?

7         A    CCA is a chemical.

8         Q    Do you know what's in CCA; what

9    chemicals?

10        A    I can't tell you what's in it

11   now.  I used to could but I can't now.

12   That's been 30 years ago.

13        Q    Does copper chromium arsenate

14   refresh your recollection?

15        A    Oh, yeah.  It's just -- it's just

16   an oil based thing, that was.

17        Q    All right.  Is there a arsenic in

18   CCA?  Do you know?

19        A    Do what?

20        Q    Was there arsenic in CCA?

21        A    No.  The arsenic was in the --

22   arsenic was in the water treatment, I'm

23   pretty sure.  It wasn't in the hot

1    treatment; it was in the cold treatment.

2          Q    Okay.

3          A    The penta and the creosote was

4    always hot and then you had the water

5    treatment.

6          Q    Did you ever have to filter out

7    the cold water treatment, the CCA?  Did it

8    ever get gummed up or anything?

9          A    No, not that I remember now.

10         Q    But -- did y'all sell any scrap

11   wood for firewood?

12         A    No.  Not -- not no treated wood.

13         Q    But did you --

14         A    I might let some of them with

15   broke, plain wood, rather than take it to

16   the boiler and burn it, let them go take it

17   home with them.  But not no treatments in

18   it.

19         Q    But did you ever sell any kind of

20   firewood?

21         A    No.

22         Q    Not even untreated lumber?

23         A    No.

```
1          Q     Just a moment.  I might be

2     finished.

3               THE VIDEOGRAPHER:  We're off the

4               record.

5        (Whereupon, a short break was taken.)

6               THE VIDEOGRAPHER:  We're back on

7               the record.

8               MR. MITCHELL:  The plaintiff has

9               no further questions.  And there

10              are no further questions of the

11              defendant at this time?

12              MR. BERGHOFF:  No.  No.  That's

13              right.

14              MR. TAYLOR:  At this time.

15              DEPOSITION CONCLUDED

16

17

18

19

20

21

22

23
```

```
 1                    CERTIFICATE

 2   STATE OF ALABAMA

 3   COUNTY OF BUTLER

 4        I hereby certify that the above and

 5   foregoing deposition was taken down by me in

 6   stenotype and the questions and answers

 7   thereto were transcribed by means of

 8   computer-aided transcription, and that the

 9   foregoing represents a true and correct

10   transcript of the testimony given by said

11   witness upon said hearing.

12        I further certify that I am neither of

13   counsel, nor of kin to the parties to the

14   action, nor am I in anywise interested in

15   the result of said cause.

16

17        _____

          RENNY MCNAUGHTON

18        Notary Public

19        My Commission Ends 11/06/07

20

21

22

23
```