IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                    PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                        (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                          DEFENDANTS

MOTION TO ALLOW FILING OF
VIDEO RECORDED STATEMENTS

Come now the Plaintiffs and say as follows:

1.     The Plaintiffs have filed a motion for the Court to determine the admissibility of certain video recorded statements of deceased employees of Defendants and Melanie Chambers.

2.     Although a transcript will be provided with the motion to determine admissibility, the circumstances surrounding the recorded statements and their admissibility can be best determined by viewing and listening to the entire statement in video form.

WHEREFORE, Plaintiffs request permission to forward a complete copy of the video recorded statements subject to Plaintiffs' motion to determine admissibility of statements of deceased or impaired former employees of Defendants or parties to the office of the United States Judge Magistrate and to the office of the United States District Judge presiding in this case.

Plaintiffs further say unto the Court that the statements have previously been provided to Defendants, but were taken at different times and therefore not all on one original tape. Also, original tapes contain statements of witnesses who are not deceased. Only statements of deceased workers were edited from original video recordings. Plaintiffs will forward original videotapes to the Court to determine the accuracy of editing to recover the statements of those deceased witnesses upon request.

Submitted this 27th day of June, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on **[DATE]**, I electronically filed the foregoing *Motion to Allow Filing of Video Recorded Statements* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

                                          /s/ W. Eason Mitchell
                                          W. Eason Mitchell

82594.wpd