IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              PLAINTIFF

VERSUS                       CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                          DEFENDANTS

**PLAINTIFFS' MOTION FOR ORDER TO REQUIRE DEFENDANT LOUISIANA-PACIFIC CORP. TO COMPLY WITH NOTICE REQUIREMENTS OF F.R.C.P. 45(b)(6) AND FOR APPROPRIATE SANCTIONS FOR PAST VIOLATIONS**

Come now the Plaintiffs and show unto the Court as follows:

1.  Defendant Louisiana-Pacific Corporation has been engaged in the process of serving subpoenas for production of documents and inspection of things before this Honorable Court issued an order to allow discovery. (Plaintiffs incorporate Exhibits "A" and "B".)

2.  After request, Defendants have not provided Plaintiffs notice or

a list of subpoenas served by them during the last fourteen (14) months.

3.  Plaintiffs believe that Defendant has issued other subpoenas in order to gain unfair advantage and gather documents before commencement of discovery in this case.

4.  Defendant Louisiana-Pacific Corporation has, in direct and intentional violation of F.R.C.P. 45 (b)(1), refused to provide Plaintiffs with prior notice of issuance and service of non-party subpoenas.

5.  After request, Defendant has failed to agree to halt the above described process and have not responded to Plaintiffs' request for notice and a list of persons or entities that have been served with subpoenas issued without notice to Plaintiffs.

WHEREFORE, Plaintiffs move this Court to enter an order as follows, or in the alternative, for relief that the Court determines appropriate:

    A.  That attorneys for Louisiana-Pacific Corporation shall not issue any subpoenas in this cause without following the requirements set out in the Federal Rules of Civil Procedure regarding notice to parties [F.R.C.P. 45(b)(1)]; and

B.     That Louisiana-Pacific Corporation shall immediately provide Plaintiffs with a complete copy of every subpoena that has been issued and/or served in this cause; and

C.     That Louisiana-Pacific Corporation shall provide this Court a list of all subpoenas that have been served in this case without notice to Plaintiffs and provide a list of l documents or any other information obtained as a result; and

D.     That Louisiana-Pacific shall provide Plaintiffs with copies of all documents or other things produced or obtained as a result of subpoenas issued; and

E.     That Louisiana-Pacific shall be forbidden from making any use of material or information obtained from subpoenas served without notice to Plaintiffs, even if such material or information shall later become available to them by legal means at a later time; and

F.     That in the event Defendants have obtained confidential healthcare information concerning any person who is not presently subject to discovery of healthcare information, that

      Defendants shall inform such person of that fact and inform such person of Defendants' responsibilities and liabilities under the United States Health Insurance Portability and Accountability Act; and

G.   That Plaintiffs shall have a reasonable time, after receiving copies of subpoenas previously served without notice, to seek additional sanction in order to prevent prejudice to Plaintiffs and unfair advantage to Defendants, if Defendants' disclosure reveals additional information.

Submitted this 27th day of June, 2007.

        /s/ W. Eason Mitchell
        W. EASON MITCHELL (MIT020)
        The Colom Law Firm, LLC
        Post Office Box 866
        Columbus, MS 39703-0866
        Telephone: 662-327-0903
        Facsimile: 662-329-4832
        emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on June 27, 2007, I electronically filed the foregoing *Plaintiffs' Motion for Order to Require Defendant Louisiana-pacific Corp. To Comply with Notice Requirements of F.R.C.P. 45(b)(6) and for Appropriate Sanctions for past Violations* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Douglas Sheppard Arnold, Esq.
> Dennis R. Bailey, Esq.
> John C. Berghoff, Jr., Esq.
> John A. Earnhardt, Esq.
> R. Austin Huffaker, Jr., Esq.
> Orlyn O. Lockard, III, Esq.
> Edwin Bryan Nichols, Esq.
> Laura Ellison Proctor, Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> Bernard Taylor, Sr., Esq.

/s/ W. Eason Mitchell
W. Eason Mitchell

82567.wpd