IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                          PLAINTIFF

VERSUS                           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                              (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                DEFENDANTS

## MOTION FOR SCHEDULING ORDER

Come now the Plaintiffs and show unto this Honorable Court as follows:

1.   The cases of the trial Plaintiffs were filed January 30, 2006.

2.   The parties entered into an agreement to provide information to Defendants prior to filing suit and provided them, subject toa confidentiality agreement, all release of information forms they requested and other information, such as testing results.  A literal large truckload of material was obtained or exchanged by Defendants prior to suit in this case.

3. The parties have engaged in a Rule 26 exchange of information and documents.

4. The parties have agreed to a discovery and trial schedule.

WHEREFORE, Plaintiffs move this Court to enter a scheduling and discovery order.

A copy of the proposed scheduling and discovery order filed by Plaintiffs in a previous motion prior to Defendants' "Lone Pine" request is attached.

Plaintiffs are prepared to modify and update the previous proposed scheduling order upon request, with guidance from the Court.

Submitted this 27th day of June, 2007

.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on June 27, 2007, I electronically filed the foregoing *Motion for Scheduling Order* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

    /s/ W. Eason Mitchell
    W. Eason Mitchell

82593.wpd