IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,<br><br>      Plaintiff,<br><br>    v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:06CV83-LES<br>)       (LEAD CASE)<br>)<br>)<br>)          ORDER<br>)<br>)<br>) |

This matter is before the Court on plaintiffs' motion for partial summary judgment (Filing No. 248). The Court finds defendants should file a response thereto. Accordingly,

IT IS ORDERED that defendants shall have until July 27, 2007, to file a response to plaintiffs' motion for partial summary judgment.

DATED this 29th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court