```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
                  Plaintiff,     )   CIVIL ACTION NO. 2:06CV83-LES
                                 )         (LEAD CASE)
        v.                       )
                                 )
PACTIV CORPORATION and           )              ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
                  Defendants.    )
_____)
```

This matter is before the Court on defendant Louisiana-Pacific's renewed motions to dismiss Count Seven (Filing Nos. 135, 136, 137, 138, 139, 140, 141, 142, and 143). There was no Count Seven in the third amended complaint, and these motions will be denied as moot. Accordingly,

IT IS ORDERED that defendant Louisiana-Pacific's renewed motions to dismiss Count Seven are denied as moot.

DATED this 9th day of July, 2007.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court