```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
              Plaintiff,         )   CIVIL ACTION NO. 2:06CV83-LES
                                 )            (LEAD CASE)
         v.                      )
                                 )
PACTIV CORPORATION and           )             ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion to determine admissibility of recorded statement of decedent Melanie Chambers (Filing No. 253) and their motion to make advance determination as to whether or not statements made by deceased witnesses are admissible under Rule 807 (Filing No. 255). The Court finds defendants should file responses thereto. Accordingly,

IT IS ORDERED that defendants shall have until July 27, 2007, to file a response to said motions.

DATED this 9th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court