IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues By and Through Her Mother and Next of Friend Gail Tatum, | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06-CV-00083-LES-CSC |
| | (LEAD CASE) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | DEFENDANTS |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR ORDER TO REQUIRE DEFENDANT LOUISIANA-PACIFIC CORP. TO COMPLY WITH NOTICE REQUIREMENTS OF F.R.C.P. 45(b)(6) AND FOR APPROPRIATE SANCTIONS FOR PAST VIOLATIONS**

Come now the Plaintiffs and withdraw their *Motion for Order to Require Defendant Louisiana-pacific Corp. To Comply with Notice Requirements of F.R.C.P. 45(b)(6) and for Appropriate Sanctions for Past Violations* (ECF Document #257) on the grounds that this matter has been resolved between the parties without further Court involvement.

Respectfully submitted this 13th day of July, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on July 13, 2007, I electronically filed the foregoing *Motion to Withdraw Plaintiffs' Motion for Order to Require Defendant Louisiana-pacific Corp. To Comply with Notice Requirements of F.R.C.P. 45(b)(6) and for Appropriate Sanctions for Past Violations* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

    /s/ W. Eason Mitchell
    W. Eason Mitchell

83071.wpd