IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother      )
and Administratrix of the          )
Estate of MELANIE CHAMBERS, a      )
deceased minor child,              )
                                   )
              Plaintiff,           )    CIVIL ACTION NO. 2:06CV83-LES
                                   )            (LEAD CASE)
        v.                         )
                                   )
PACTIV CORPORATION and             )              ORDER
LOUISIANA-PACIFIC CORPORATION,     )
                                   )
              Defendants.          )
_____    )

        This matter is before the Court on plaintiffs' motion
to submit special interrogatories at trial and for inclusion in
case management order (Filing No. 268).  The Court finds
defendants should respond to said motion.  Accordingly,

        IT IS ORDERED that defendants shall file a response to
said motion on or before July 31, 2007.

        DATED this 17th day of July, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court