IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
            Plaintiff,           )   CIVIL ACTION NO. 2:06CV83-LES
                                 )           (LEAD CASE)
        v.                       )
                                 )
PACTIV CORPORATION and           )              ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
            Defendants.          )
_____)

            This matter is before the Court on plaintiffs' motion

to withdraw plaintiffs' motion for order to require defendant

Louisiana-Pacific Corp. to comply with notice requirements of

F.R.C.P. 4(b)(6) and for appropriate sanctions for past

violations (Filing No. 267).  The Court finds said motion should

be granted.  Accordingly,

            IT IS ORDERED that plaintiffs' motion is granted; the

motion for order to require defendant Louisiana-Pacific Corp. to

comply with notice requirements of F.R.C.P. 4(b)(6) and for

appropriate sanctions for past violations is deemed withdrawn.

            DATED this 17th day of July, 2007.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court