IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
GAIL BEDSOLE TATUM, as Mother   )
and Administratrix of the       )
Estate of MELANIE CHAMBERS, a   )
deceased minor child,           )
                                )
            Plaintiff,          )  CIVIL ACTION NO. 2:06CV83-LES
                                )        (LEAD CASE)
      v.                        )
                                )
PACTIV CORPORATION and          )           ORDER
LOUISIANA-PACIFIC CORPORATION,  )
                                )
            Defendants.         )
_____ )
```

       This matter is before the Court on defendants' joint motion for verification of Lone Pine responses (Filing No. 250) and plaintiffs' motion to strike (Filing No. 254).

       The Court finds that defendants' motion should be granted in part and denied in part. While the Court will deny defendants' motion to require verification of each plaintiff's Lone Pine response, the Court will grant defendants' motion with respect to the response of plaintiff John Roberts. In addition, if defendants have reason to believe that any other Lone Pine response contains altered or inaccurate information, the Court will address whether verification of that response is appropriate on an individual basis. Plaintiffs' motion to strike will be denied as moot. Accordingly,

IT IS ORDERED:

1) Defendants' motion for verification of Lone Pine responses is granted in part and denied in part as follows:

    a) The motion is granted with respect to plaintiff John Roberts. Plaintiffs' counsel shall obtain and submit a notarized verification from John Roberts that the information contained in his previously submitted Lone Pine response is true and correct no later than August 1, 2007; and

    b) The motion is denied in all other respects; and

2) Plaintiffs' motion to strike is denied as moot.

DATED this 18th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court