IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues<br>By and Through Her Mother and Next<br>of Friend Gail Tatum,<br><br>    Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and<br>LOUISIANA-PACIFIC CORPORATION,<br><br>    Defendants. | CASE NUMBER:<br>2:06-CV-00083-LES-CSC<br><br>(LEAD CASE) |

## MOTION TO ADMIT ROBERTA M. WERTMAN *PRO HAC VICE*

**COMES NOW** John A. Earnhardt of the law firm of Maynard, Cooper & Gale, P.C., a member of the United States District Court for the Middle District of Alabama, and moves this Court to enter an Order admitting Roberta M. Wertman of Mayer, Brown, Rowe & Maw, LLP, 71 S. Wacker Drive, Chicago, Illinois 60606, to practice before this Court in the above styled case as attorney for Defendant, Pactiv Corporation. In support of this motion, Movant states as follows:

1. Roberta M. Wertman of Mayer, Brown, Rowe & Maw, LLP is a member in good standing and is admitted to practice in the United States District Court from the Northern District of Illinois. A Certificate of Good Standing of the United States District Court from the Northern District of Illinois is attached hereto as Exhibit A.

2. The prescribed fee of $60.00 has been paid to the Clerk of the Court with the filing of this motion.

3.	The admission *pro hac vice* of Ms. Wertman in this action will greatly assist in the presentation of issues for adjudication by the Court. Ms. Wertman is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as counsel in this matter.

4.	Ms. Wertman has never been disciplined by any court and understands that her admission *pro hac vice* subjects her to the disciplinary jurisdiction of this Court.

WHEREFORE, premises considered, Movant respectfully requests that this Court grant this Motion and admit Roberta M. Wertman to practice before this Court in the above-styled action.

s/ John A. Earnhardt<br>
John A. Earnhardt<br>
Bar Number: EAR006<br><br>
One of the Attorneys for Defendant<br>
*Pactiv Corporation*

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-mail: jearnhardt@maynardcooper.com

01521842.1

## CERTIFICATE OF SERVICE

I, John A. Earnhardt, hereby certify that on July 26, 2007, I electronically filed the foregoing *Motion to Admit Roberta M. Wertman* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL 36101

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS 39703

Douglas Sheppard Arnold
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

R. Austin Huffaker, Jr.
Rushton Stakely Johnston & Garrett, PC
P. O. Box 270
Montgomery, AL 36101-0270

Orlyn O. Lockard, III
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Laura Ellison Proctor
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, TX 37219

Bernard Taylor, Sr.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, CA 30309-3424

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

Matthew C. Sostrin
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

Mark R. Ter Molen
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

s/ John A. Earnhardt
OF COUNSEL

01521842.1

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Roberta M. Wertman

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Roberta M. Wertman was duly admitted to practice in said Court on (11/14/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/18/2007 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk



DEFENDANT'S EXHIBIT A