# Exhibit A

# Plaintiffs With Unasserted Personal Injury Claims

| Name | Civil Action Number |
|---|---|
| Adams, Raymond | 2:06-CV-739 |
| Ball, Johnny L. | 2:06-CV-739 |
| Ball, Michael | 2:06-CV-739 |
| Barnes, Gary | 2:06-CV-739 |
| Barnes, Michael Earl | 2:06-CV-739 |
| Barnes, Vaughn L. | 2:06-CV-739 |
| Bass, Katrina | 2:06-CV-739 |
| Bradberry, Donnell | 2:06-CV-739 |
| Bradberry, Theresa | 2:06-CV-739 |
| Bradley, RaSean | 2:06-CV-739 |
| Carr, Pauline | 2:06-CV-739 |
| Cassady, Christopher Caley | 2:06-CV-739 |
| Daniel, Don | 2:06-CV-739 |
| Douglas, Thomas Earl | 2:06-CV-739 |
| Elliott, Elmer | 2:06-CV-739 |
| Foreman, Eddie | 2:06-CV-739 |
| Gillard, William | 2:06-CV-739 |
| Heisler, Ruby | 2:06-CV-739 |
| Hudson, Stacie Lynn | 2:06-CV-739 |
| Johnson, Johnny Foy | 2:06-CV-739 |
| Jones, Raymond Alto | 2:06-CV-739 |
| Lee, Buford | 2:06-CV-739 |
| Lee, Labaron | 2:06-CV-739 |
| Matthews, Donnie Ray | 2:06-CV-739 |
| McKinney, Alton L. | 2:06-CV-739 |
| Miller, Susan | 2:06-CV-739 |
| Miller, Terry | 2:06-CV-739 |
| Morris, Breanna D. | 2:06-CV-739 |
| Nance, Michael D. | 2:06-CV-739 |
| Oates, Steven L. | 2:06-CV-739 |
| Orndorff, James | 2:06-CV-739 |
| Parker, Joshua O. | 2:06-CV-739 |
| Prescott, M. Doyle | 2:06-CV-739 |
| Purdie, Veronica T. | 2:06-CV-739 |
| Radford, Angela Marie | 2:06-CV-739 |
| Radford, Christian | 2:06-CV-739 |
| Robbins, Renee | 2:06-CV-739 |
| Robinson, Diamond | 2:06-CV-739 |
| Rogers, Mary L. | 2:06-CV-739 |
| Steele, Daniel Christopher | 2:06-CV-739 |
| Thompson, Linda | 2:06-CV-739 |
| Thrash, Cassandra | 2:06-CV-739 |
| Thrash, Jeffery | 2:06-CV-739 |
| Thrash, Joshua | 2:06-CV-739 |
| Thrash, Markell L. | 2:06-CV-739 |
| Thrash, Michael E. | 2:06-CV-739 |
| Wallace, Johnny Ray | 2:06-CV-739 |
| Williams, Cleveland | 2:06-CV-739 |
| Windham, Melissa | 2:06-CV-739 |