# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Adams, Alice | 2:06-CV-739 |
| Adams, Christine Coone | 2:06-CV-739 |
| Adams, Ethel Ramona | 2:06-CV-660 |
| Adams, Gretchen Brooks | 2:06-CV-739 |
| Adams, Jennifer | 2:06-CV-660 |
| Adams, Kayla S. | 2:06-CV-739 |
| Adams, Pamela M. | 2:06-CV-660 |
| Adams, Randy Lewis | 2:06-CV-739 |
| Adams, Raymond | 2:06-CV-739 |
| Aguigui, Darlene | 2:06-CV-660 |
| Allen, James Daniel | 2:06-CV-660 |
| Allred, Brandon | 2:06-CV-739 |
| Allred, Brittany | 2:06-CV-739 |
| Allred, Janice | 2:06-CV-739 |
| Anderson, Armand | 2:06-CV-739 |
| Anderson, Lykeshia Matthews | 2:06-CV-739 |
| Anderson, Mary S. | 2:06-CV-660 |
| Ansley, Summer | 2:06-CV-739 |
| Aplin, Joe | 2:06-CV-660 |
| Armstrong, Derrick | 2:06-CV-660 |
| Armstrong, Horace | 2:06-CV-739 |
| Armstrong, Sheila D. (Parker) | 2:06-CV-660 |
| Ball, Michael | 2:06-CV-739 |
| Barfoot, Joseph L. (Bofeat) | 2:06-CV-660 |
| Barlow, Max | 2:06-CV-757 |
| Barnes, Gary | 2:06-CV-739 |
| Barnes, Jonathan Tyler | 2:06-CV-739 |
| Barnes, Mae Grace | 2:06-CV-739 |
| Barnes, Michael Earl | 2:06-CV-739 |
| Barnes, Sharon K. | 2:06-CV-739 |
| Barnes, Terry Lynn | 2:06-CV-660 |
| Barnes, Vaughn L. | 2:06-CV-739 |
| Barrett, Benjamin J. | 2:06-CV-739 |
| Barrett, Ramona | 2:06-CV-739 |
| Barrineau, Jonathan Andrew | 2:06-CV-660 |
| Barrineau-Lowry, Buffi | 2:06-CV-739 |
| Barton, William Steve | 2:06-CV-739 |
| Bass, Katrina | 2:06-CV-739 |
| Bass, Shawn S. | 2:06-CV-739 |
| Battle, Gloria A. Ferrell | 2:06-CV-660 |
| Baxley, Joann Haney | 2:06-CV-739 |
| Bedsole, Misty | 2:06-CV-739 |
| Belcher, Aretha Wright | 2:06-CV-660 |
| Bell, Alonzo | 2:06-CV-739 |
| Biddle, Houston Gene | 2:06-CV-739 |
| Biddle, Susan | 2:06-CV-660 |
| Blackshear, Martha J. | 2:06-CV-660 |
| Blue, Eddie L. | 2:06-CV-739 |
| Blue, Richard | 2:06-CV-739 |

# Exhibit B

# Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Blue, Robert L. | 2:06-CV-739 |
| Brackeen, Donna Wise | 2:06-CV-660 |
| Bradberry, Anderson | 2:06-CV-660 |
| Bradberry, Cheybrel | 2:06-CV-660 |
| Bradberry, Richard | 2:06-CV-739 |
| Bradberry, Theresa | 2:06-CV-739 |
| Bradberry, Willie A. | 2:06-CV-739 |
| Bradley, Alice | 2:06-CV-680 |
| Bradley, Clayton Andrew | 2:06-CV-660 |
| Bradley, Coranetta Horne | 2:06-CV-739 |
| Bradley, Dianna Hill | 2:06-CV-660 |
| Bradley, Helen | 2:06-CV-660 |
| Bradley, Lavon | 2:06-CV-739 |
| Bradley, Otis J. | 2:06-CV-739 |
| Bradley, RaSean (Bradly) | 2:06-CV-739 |
| Bramlet, Christopher | 2:06-CV-739 |
| Brooks, Aldean | 2:06-CV-739 |
| Brooks, Christin S. | 2:06-CV-739 |
| Brooks, Janie Mae | 2:06-CV-660 |
| Brooks, Willie Jay | 2:06-CV-739 |
| Brooks, Yancey | 2:06-CV-187 |
| Brown, Joanus | 2:06-CV-660 |
| Bryan, Angie Williford | 2:06-CV-660 |
| Bryant, Debra (Bryan) | 2:06-CV-739 |
| Bryant, Ethelrine | 2:06-CV-739 |
| Bryant, Martha Faye | 2:06-CV-739 |
| Bryant, Monica | 2:06-CV-739 |
| Bryant, Stacy | 2:06-CV-660 |
| Buckley, Ishmael | 2:06-CV-739 |
| Burke, James Rusty | 2:06-CV-739 |
| Burke, Janice Louise (Fountain) | 2:06-CV-660 |
| Burlison, Annie | 2:06-CV-739 |
| Burlison, Clayton J. | 2:06-CV-660 |
| Burnett, Robyn L. | 2:06-CV-660 |
| Cade, Agnes T. | 2:06-CV-660 |
| Caraway, James W. | 2:06-CV-187 |
| Carson, Brittney A. | 2:06-CV-739 |
| Carson, Charles | 2:06-CV-660 |
| Carson, Linda G. | 2:06-CV-739 |
| Carson, Michael A. | 2:06-CV-739 |
| Carson, Tierre Lamar | 2:06-CV-739 |
| Carson, Treimona | 2:06-CV-660 |
| Carter, Barry Lynn | 2:06-CV-739 |
| Carter, Carrie (Lynn) | 2:06-CV-660 |
| Cassady, Christopher Caley | 2:06-CV-739 |
| Cassady, Elizabeth A. | 2:06-CV-660 |
| Cassady, Emily A. | 2:06-CV-739 |
| Cassady, James Alan | 2:06-CV-739 |
| Cassady, James E. (Cassidy) | 2:06-CV-660 |

# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Cassady, Jimmy Nathan | 2:06-CV-660 |
| Cassady, Katelin M. | 2:06-CV-739 |
| Cassady, Kevin Eli | 2:06-CV-739 |
| Cassady, Nicholas | 2:06-CV-660 |
| Cassady, Orbie | 2:06-CV-679 |
| Cassady, Savannah E. | 2:06-CV-739 |
| Caver, Joe Jr., Estate of | 2:07-CV-51 |
| Chambers, Brenda | 2:06-CV-660 |
| Chambers, Ken B. | 2:06-CV-739 |
| Chambers, Keyvon Bardo (Keyron) | 2:06-CV-739 |
| Chambers, Melanie | 2:06-CV-83 |
| Chambers, Richard Bryan | 2:06-CV-739 |
| Chambers, Tommy | 2:06-CV-739 |
| Chaney, Lillie | 2:06-CV-660 |
| Chatman, Angela Radford (Powell) | 2:06-CV-739 |
| Chatman, Jeffery | 2:06-CV-739 |
| Chatman, Jeremiah A. | 2:06-CV-739 |
| Chatman, Kyler | 2:06-CV-739 |
| Chatman, Nigel D. | 2:06-CV-739 |
| Chatman, Shaniece | 2:06-CV-739 |
| Chatman, Steven | 2:06-CV-739 |
| Chatman, Tara P. | 2:06-CV-660 |
| Chatman-Sledge, Wanda Faye | 2:06-CV-660 |
| Christian, Ashley | 2:06-CV-739 |
| Christian, Everett Lynn | 2:06-CV-660 |
| Christian, Samuel Lynn | 2:06-CV-739 |
| Cobb, Sandra E. | 2:06-CV-187 |
| Coleman, Bobby B. | 2:06-CV-739 |
| Coleman, Jacklon | 2:06-CV-660 |
| Coleman, Mercedes | 2:06-CV-739 |
| Coleman, Rashad | 2:06-CV-739 |
| Coleman, Tiffany Bradley | 2:06-CV-660 |
| Comalander, Oliver L. | 2:06-CV-660 |
| Cook, Kendall Scott | 2:06-CV-739 |
| Coon, Jessie G. | 2:06-CV-660 |
| Coon, Twanna | 2:06-CV-660 |
| Coone, Kelley Michelle (Palmer) | 2:06-CV-660 |
| Corbin, Joan H. | 2:06-CV-739 |
| Corbin, Simon P. | 2:06-CV-739 |
| Cotton, Joanna Marie | 2:06-CV-660 |
| Cotton, Michael Travis | 2:06-CV-660 |
| Cotton, Michael Z. | 2:06-CV-739 |
| Craig, Dianne Franklin | 2:06-CV-739 |
| Cude, Paula Lois | 2:06-CV-739 |
| Cutts, Donnie Ray | 2:06-CV-739 |
| Daniel, Don | 2:06-CV-739 |
| Danley, Jessie A. | 2:06-CV-739 |
| Davis, Jayden Jevon | 2:06-CV-739 |
| Davis, Mary P. | 2:06-CV-739 |

## Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Dees, Sherell Cook | 2:06-CV-739 |
| Desaussure, Starla Doreen | 2:06-CV-660 |
| Devaughn, Frank F. | 2:06-CV-739 |
| DeVaughn, Gloria Peacock | 2:06-CV-739 |
| Devaughn, Jane | 2:06-CV-739 |
| Dirga, Dora | 2:06-CV-739 |
| Dixon, Courtne' Jenay | 2:06-CV-739 |
| Douglas, John Henry | 2:06-CV-739 |
| Douglas, Robert J. | 2:06-CV-739 |
| Drake, Avance | 2:06-CV-904 |
| Dukes, Angela N. | 2:06-CV-739 |
| Dukes, Carlton | 2:06-CV-739 |
| Dunn, Andrew David | 2:06-CV-660 |
| Edwards, Charlene Wise | 2:06-CV-660 |
| Edwards, Mary T. Boykin | 2:06-CV-660 |
| Elliot, A.C. | 2:06-CV-739 |
| Elliott, Elmer | 2:06-CV-739 |
| Feagin, Queen J. | 2:06-CV-660 |
| Feagin, Wesley | 2:06-CV-739 |
| Fleming, Ashton Xander | 2:06-CV-739 |
| Fleming, Xavier Cordell | 2:06-CV-739 |
| Flowers, Ervin K. | 2:06-CV-739 |
| Flowers, Mary Jane | 2:06-CV-739 |
| Foreman, Eddie | 2:06-CV-739 |
| Fountain, Glenda Faye | 2:06-CV-660 |
| Frazier, Detrick Oneal (Frazner) | 2:06-CV-739 |
| Frazier, Mary Edna | 2:06-CV-660 |
| Frazier, Mattie M. | 2:06-CV-739 |
| Frost, Kenna (Frust) | 2:06-CV-739 |
| Fuller, Tommy | 2:06-CV-739 |
| Garvin, Lonnie | 2:06-CV-739 |
| Garvin, Samantha | 2:06-CV-660 |
| Garvin, Shirley | 2:06-CV-739 |
| Geohagan, Leroy (Geohagon) | 2:06-CV-739 |
| Gettis, Jessica Justine | 2:06-CV-739 |
| Gettis, Keonna Shaonta | 2:06-CV-739 |
| Gettis, Vance | 2:06-CV-739 |
| Gibson, Margaret | 2:06-CV-758 |
| Gibson, Martha Neal | 2:06-CV-739 |
| Gilbert, Patricia A. | 2:06-CV-739 |
| Gilliam, Susie Edwards | 2:06-CV-739 |
| Goldsmith, Bernita Cale | 2:06-CV-739 |
| Goldsmith, Diane B. | 2:06-CV-660 |
| Goldsmith, Houston A. | 2:06-CV-739 |
| Goldsmith, Kayla | 2:06-CV-739 |
| Goldsmith, Robert E. (Robert L.) | 2:06-CV-739 |
| Goldsmith, Willie David | 2:06-CV-739 |
| Gomillion, Martha Joe (Homillon) | 2:06-CV-660 |
| Green, Stephanie | 2:06-CV-739 |

# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Griffin, Jovontae | 2:06-CV-739 |
| Hall, Cicely Dixon | 2:06-CV-739 |
| Hall, Mary L. | 2:06-CV-739 |
| Hall, Randall W. | 2:06-CV-739 |
| Hall, Ray William | 2:06-CV-660 |
| Hall, Roy E. | 2:06-CV-739 |
| Hall, Shiann M. | 2:06-CV-739 |
| Hall, Wendy Farrah | 2:06-CV-739 |
| Hallford, Thomas | 2:06-CV-739 |
| Hamilton, Joseph | 2:06-CV-759 |
| Handy, Willie C. | 2:06-CV-739 |
| Hanscom, Jeremy (Hanson) | 2:06-CV-739 |
| Harrison, Beatrice Rachelle | 2:06-CV-660 |
| Harrison, Burl | 2:06-CV-679 |
| Harrison, Linda | 2:06-CV-739 |
| Hattaway, Steve (Hataway) | 2:06-CV-739 |
| Hattaway, William A. (Hathaway) | 2:06-CV-739 |
| Heisler, Ruby | 2:06-CV-739 |
| Henderson, Hamilton | 2:06-CV-660 |
| Henderson, John L. | 2:06-CV-660 |
| Henderson, Oma J. | 2:06-CV-660 |
| Henderson, Summer Shayenne | 2:06-CV-739 |
| Hernandez, Joe | 2:06-CV-739 |
| Hill, Alaric Lamont | 2:06-CV-739 |
| Hill, Charlie Avery | 2:06-CV-739 |
| Hobbs, Kenneth G. | 2:06-CV-739 |
| Hobbs, Nathan Tyler | 2:06-CV-739 |
| Holley, Melissa | 2:06-CV-660 |
| Holmes, Marc A. | 2:06-CV-739 |
| Holmes, Vivian H. | 2:06-CV-660 |
| Hooks, Nealie | 2:06-CV-739 |
| Hooks, Timothy | 2:06-CV-660 |
| Howard, Thomas Richard | 2:06-CV-739 |
| Huckabaa, Tracy (Huckabao) | 2:06-CV-739 |
| Hughes, Cynthia | 2:06-CV-739 |
| Hughes, Garon Tommy | 2:06-CV-739 |
| Hughes, Tommy D. | 2:06-CV-739 |
| Hutchinson, Alex | 2:06-CV-660 |
| Hutchinson, Michael | 2:06-CV-739 |
| Inman, Stacey Bodiford | 2:06-CV-660 |
| Jackson, Catherine Dukes | 2:06-CV-660 |
| Jackson, Christopher Paul | 2:06-CV-739 |
| Jackson, Christopher Paul II | 2:06-CV-739 |
| Jackson, Clara | 2:06-CV-739 |
| Jackson, Crystal | 2:06-CV-739 |
| Jackson, Rosie L. | 2:06-CV-660 |
| Jackson, Tiffany | 2:06-CV-739 |
| James, Arthur Jr., Estate of | 2:07-CV-51 |
| James, Carnell | 2:06-CV-660 |

# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| James, Carnell | 2:06-CV-660 |
| James, Chelsea Shanear | 2:06-CV-739 |
| James, Coretta | 2:06-CV-660 |
| James, Earnestine | 2:06-CV-739 |
| James, Johnny N. | 2:06-CV-739 |
| James, Jonathan Wesley | 2:06-CV-739 |
| James, Yolanda L. | 2:06-CV-739 |
| Johns, Tonjya M. | 2:06-CV-739 |
| Johnson, Callie Gail | 2:06-CV-739 |
| Johnson, Gilbert Lee | 2:06-CV-739 |
| Johnson, Johnny Foy | 2:06-CV-739 |
| Johnson, Norma Faye | 2:06-CV-660 |
| Johnson, Roy Lee | 2:06-CV-739 |
| Jones, Annie D. Frazier | 2:06-CV-739 |
| Jones, Donald Mack | 2:06-CV-739 |
| Jones, Jeremy Jason | 2:06-CV-739 |
| Jones, John Henry Jr. | 2:06-CV-739 |
| Jones, Jonathan | 2:06-CV-739 |
| Jones, Mary C. | 2:06-CV-739 |
| Jones, Raymond Alto | 2:06-CV-739 |
| Jones, Willie R. | 2:06-CV-739 |
| Jones, Xavier Leshaun | 2:06-CV-660 |
| Jones, Yolanda Yvette | 2:06-CV-660 |
| Joyner, Patricia | 2:06-CV-739 |
| Kelley, Vanessa Bradley | 2:06-CV-660 |
| Kelley, Willene Estate of | 2:06-CV-190 |
| Kilpatrick, Yvonna | 2:06-CV-739 |
| Kimbril, Keerie Necole | 2:06-CV-739 |
| Kimbril, Kimberly Charlyse | 2:06-CV-660 |
| King, Junior Ashford | 2:06-CV-739 |
| King, Michael D. | 2:06-CV-739 |
| Kyser, B. Edgar | 2:06-CV-660 |
| Kyser, Betty | 2:06-CV-660 |
| Kyser, Jeremy | 2:06-CV-739 |
| Kyser, Jonathon William | 2:06-CV-739 |
| Laird, Betty | 2:06-CV-904 |
| Laird, Evelyn A. | 2:06-CV-660 |
| Lawrence, Jessica | 2:06-CV-739 |
| Lawrence, William Steven | 2:06-CV-739 |
| Lee, Labaron | 2:06-CV-739 |
| Lee, Romonda Renea | 2:06-CV-739 |
| Lewis, Sonja V. | 2:06-CV-660 |
| Lowery, Sheary | 2:06-CV-739 |
| Lowery, Wiley L. | 2:06-CV-739 |
| Lynn, Ayesha | 2:06-CV-739 |
| Lynn, Gerald DeWayne | 2:06-CV-739 |
| Lynn, Jenny R. | 2:06-CV-739 |
| Lynn, Joyce Ann Robinson | 2:06-CV-660 |
| Lynn, Keisa L. | 2:06-CV-739 |

# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Lynn, Ronnie | 2:06-CV-739 |
| Lynn, Scotty | 2:06-CV-739 |
| Lynn, Teric DeWarren | 2:06-CV-739 |
| Lynn, W. C. | 2:06-CV-739 |
| Marshall, Albert Jr. | 2:06-CV-739 |
| Marshall, Jimmie Nell | 2:06-CV-660 |
| Marshall, Juanita | 2:06-CV-739 |
| Martin, Chelsea Cheyenne | 2:06-CV-739 |
| Martin, Cody S. | 2:06-CV-660 |
| Martin, Joyce Johnson | 2:06-CV-660 |
| Martin, Rickey Joe | 2:06-CV-660 |
| Marvin, Oscar Lee | 2:06-CV-679 |
| Mason, Destiny Michelle | 2:06-CV-739 |
| Mason, Evelyn Christina | 2:06-CV-739 |
| Matthews, Everett | 2:06-CV-739 |
| Matthews, Kristen Joy | 2:06-CV-660 |
| Matthews, LaTara F. | 2:06-CV-739 |
| Matthews, Marlon J. | 2:06-CV-739 |
| Matthews, Mary | 2:06-CV-739 |
| Matthews, Rasquez L. | 2:06-CV-739 |
| Matthews, Tristan | 2:06-CV-739 |
| Mays, Marvin Estate of | 2:06-CV-86 |
| Mays, Trece Jones | 2:06-CV-739 |
| McCall, Robert | 2:06-CV-739 |
| McClellan, Susan J. | 2:06-CV-739 |
| McClelland, Ann Linette | 2:06-CV-739 |
| McCoy, Jimmie L. | 2:06-CV-739 |
| McCraney, Earnest Lee | 2:06-CV-739 |
| McCray, Catherine Parker | 2:06-CV-660 |
| McGugin Susie M. | 2:06-CV-739 |
| McKinney, Alton L. | 2:06-CV-739 |
| McKinney, Jacqueline | 2:06-CV-739 |
| Miller, Alyssa | 2:06-CV-739 |
| Miller, Billy J. | 2:06-CV-739 |
| Miller, Carrie Lynn Evans | 2:06-CV-739 |
| Miller, Ruby | 2:06-CV-660 |
| Miller, Susan | 2:06-CV-739 |
| Miller, Teresa | 2:06-CV-739 |
| Miller, Terry | 2:06-CV-739 |
| Miller, William | 2:06-CV-739 |
| Moore, Debra A. | 2:06-CV-739 |
| Moore, Janice | 2:06-CV-739 |
| Morgan, Craig | 2:06-CV-739 |
| Morris, Breanna D. | 2:06-CV-739 |
| Morris, David A. | 2:06-CV-739 |
| Morris, Tuyen T. | 2:06-CV-739 |
| Murphy, Craig | 2:06-CV-739 |
| Murphy, Ivory J. | 2:06-CV-739 |
| Murphy, Ja'ida Evelyn | 2:06-CV-739 |

## Exhibit B

# Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Murphy, Khaliah Thrash | 2:06-CV-739 |
| Murphy, Shandrina | 2:06-CV-739 |
| Nance, April Lee | 2:06-CV-739 |
| Nance, Emily Paige | 2:06-CV-739 |
| Nance, Levi Austin | 2:06-CV-739 |
| Nance, Michael D. | 2:06-CV-739 |
| Nazario, E. Louise | 2:06-CV-739 |
| Nelson, Domonique | 2:06-CV-739 |
| Nelson, Janice | 2:06-CV-660 |
| Nettles, Matthew | 2:06-CV-660 |
| Nolan, Charles D. | 2:06-CV-660 |
| Norman, Lonnie Leroy Jr. | 2:06-CV-739 |
| Norris, Amy Amanda | 2:06-CV-660 |
| Oates, Gary D. | 2:06-CV-739 |
| Oates, Steven L. | 2:06-CV-739 |
| Oates, Taora Thrash | 2:06-CV-739 |
| Odom, Lena | 2:06-CV-739 |
| Olmstead Louis | 2:06-CV-739 |
| Ordes, Melissa | 2:06-CV-904 |
| Ordes, Michael J. Jr. | 2:06-CV-739 |
| Orndorff, Mary | 2:06-CV-739 |
| Owens, Mary F. | 2:06-CV-660 |
| Owens, Queen E. | 2:06-CV-739 |
| Parker, Dale Marie | 2:06-CV-739 |
| Parker, Harold | 2:06-CV-739 |
| Parker, Joshua O. | 2:06-CV-739 |
| Parker, Shawana J. | 2:06-CV-739 |
| Parks, Louversia | 2:06-CV-660 |
| Patterson, Mary Joyce | 2:06-CV-739 |
| Peacock, Cheryl Adams | 2:06-CV-739 |
| Peacock, Tommy Lee | 2:06-CV-660 |
| Pelham, Chris Sr. | 2:06-CV-660 |
| Pelham, Lori Nicole | 2:06-CV-660 |
| Perdue, Billie Wayne | 2:06-CV-660 |
| Pickron, David Lavon | 2:06-CV-660 |
| Pickron, Ivory | 2:06-CV-679 |
| Pickron, Nicholas | 2:06-CV-660 |
| Pickron, William Roy | 2:06-CV-739 |
| Pickron, Wilmer C. | 2:06-CV-660 |
| Pittman, Reginald Maurice | 2:06-CV-739 |
| Pittman, Roosevelt | 2:06-CV-739 |
| Pitts, Maxine Bradley | 2:06-CV-739 |
| Porter, David | 2:06-CV-739 |
| Porter, Estelle | 2:06-CV-739 |
| Porter, John E. | 2:06-CV-739 |
| Porter, Orline | 2:06-CV-660 |
| Price, Aria J. | 2:06-CV-739 |
| Price, Cortlin C. | 2:06-CV-739 |
| Price, Heather Nichole | 2:06-CV-660 |

## Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Price, Howard Corneliius | 2:06-CV-739 |
| Price, Ka'Trina | 2:06-CV-739 |
| Price, Kavon | 2:06-CV-739 |
| Price, Shawn | 2:06-CV-739 |
| Pryor, Jeffrey | 2:06-CV-739 |
| Pryor, Shelly | 2:06-CV-739 |
| Purdie, Veronica T. | 2:06-CV-739 |
| Purdue, Henry G. | 2:06-CV-660 |
| Qualls, Betty | 2:06-CV-739 |
| Qualls, JoAnn | 2:06-CV-660 |
| Radford, Angela Marie | 2:06-CV-739 |
| Radford, Bert D. Jr. | 2:06-CV-739 |
| Radford, Christian | 2:06-CV-739 |
| Ramey, Timmy Allen | 2:06-CV-739 |
| Rawls, Jennifer | 2:06-CV-739 |
| Reaves, Archie C. | 2:06-CV-739 |
| Reed, Johnny | 2:06-CV-739 |
| Reynolds, Deborah Ann | 2:06-CV-187 |
| Richardson, Kathy | 2:06-CV-739 |
| Richardson, Mickey D. | 2:06-CV-739 |
| Robbins, Alan H. | 2:06-CV-739 |
| Robbins, Delores | 2:06-CV-739 |
| Robbins, Jewel L. | 2:06-CV-739 |
| Robbins, Lavera | 2:06-CV-660 |
| Robbins, Renee | 2:06-CV-739 |
| Robertson, David E. | 2:06-CV-739 |
| Robinson, Corey L. | 2:06-CV-739 |
| Robinson, Diamond | 2:06-CV-739 |
| Robinson, Dometric Bertrand | 2:06-CV-739 |
| Robinson, Gregory | 2:06-CV-660 |
| Robinson, Willie Jewel | 2:06-CV-660 |
| Robinson, Zaniya Keilani | 2:06-CV-739 |
| Rodgers, Immergean | 2:06-CV-739 |
| Rodgers, Margaret Porter | 2:06-CV-739 |
| Roof, Sharon | 2:06-CV-660 |
| Russell, Barbara Porter | 2:06-CV-739 |
| Salter, Savion | 2:06-CV-739 |
| Sanders, Michael | 2:06-CV-660 |
| Schofield, Vicky | 2:06-CV-758 |
| Session, Linda | 2:06-CV-660 |
| Sheridan, Ezekiel Amari | 2:06-CV-739 |
| Simmons, Ernestine | 2:06-CV-739 |
| Simmons, Inez M. | 2:06-CV-739 |
| Simmons, James | 2:06-CV-739 |
| Simon, Zandia M. | 2:06-CV-739 |
| Skanes, Frankie Lee | 2:06-CV-660 |
| Skanes, Vanessa | 2:06-CV-660 |
| Slater, Albert Jr. | 2:06-CV-739 |
| Slaughter, M. Jeanette | 2:06-CV-660 |

# Exhibit B

# Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Slaughter, Hope I. | 2:06-CV-739 |
| Slaughter, Jeremy A. | 2:06-CV-739 |
| Slaughter, Reginald Floyd | 2:06-CV-739 |
| Slaughter, Stephanie | 2:06-CV-739 |
| Slover, Alene | 2:06-CV-739 |
| Smiley, Corderus | 2:06-CV-739 |
| Smiley, Desmond | 2:06-CV-739 |
| Smith, James Mack | 2:06-CV-739 |
| Spicer, Michael E. | 2:06-CV-739 |
| Steele, Daniel Christopher | 2:06-CV-739 |
| Stewart, Michael | 2:06-CV-739 |
| Stewart, Sharon Robinson | 2:06-CV-739 |
| Stokes, Jerry | 2:06-CV-739 |
| Stone, Jeffrey Dave | 2:06-CV-739 |
| Stone, Jerry Antonio | 2:06-CV-739 |
| Strickland, Laura Leigh | 2:06-CV-660 |
| Strickland, Mason Skylar | 2:06-CV-739 |
| Tatum, Amber | 2:06-CV-660 |
| Tatum, Charles Jr. | 2:06-CV-739 |
| Tatum, Evelyn Marie | 2:06-CV-660 |
| Taylor, Betty Jean | 2:06-CV-739 |
| Taylor, Earnest Daniel | 2:06-CV-660 |
| Taylor, Earnest Oscar | 2:06-CV-739 |
| Taylor, Tammy | 2:06-CV-660 |
| Thames, Hilary P. | 2:06-CV-739 |
| Thomas, Andrea | 2:06-CV-739 |
| Thomas, Asheley | 2:06-CV-739 |
| Thomas, Chreedell | 2:06-CV-739 |
| Thomas, DiaLinda | 2:06-CV-739 |
| Thomas, Jarvontay J. | 2:06-CV-739 |
| Thomas, LaKeria | 2:06-CV-739 |
| Thomas, Robert L. | 2:06-CV-739 |
| Thompson, Courtney | 2:06-CV-660 |
| Thompson, Crissy | 2:06-CV-660 |
| Thompson, Jerry Estate of | 2:06-CV-189 |
| Thompson, Linda | 2:06-CV-739 |
| Thompson, Lorene | 2:06-CV-739 |
| Thompson, Sarah | 2:06-CV-660 |
| Thompson, Willie | 2:06-CV-739 |
| Thornton, James T., Jr. | 2:06-CV-660 |
| Thrash, Andreka | 2:06-CV-739 |
| Thrash, Cassandra | 2:06-CV-739 |
| Thrash, Daniel | 2:06-CV-739 |
| Thrash, David Leon | 2:06-CV-739 |
| Thrash, Jacqueline | 2:06-CV-739 |
| Thrash, Jeffery | 2:06-CV-739 |
| Thrash, Joshua | 2:06-CV-739 |
| Thrash, Markell L. | 2:06-CV-739 |
| Thrash, Mary Nell | 2:06-CV-739 |

# Exhibit B

## Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Thrash, Michael E. | 2:06-CV-739 |
| Thrash, Yusef A. | 2:06-CV-739 |
| Toles, Wonderful Jr. | 2:06-CV-739 |
| Townsend, Rusty | 2:06-CV-739 |
| Turbyville, Sha'Qwan O'Neil | 2:06-CV-679 |
| Turner, Lurene | 2:06-CV-660 |
| Turner, Lurleen | 2:06-CV-739 |
| Turner, Mary Lou Porter | 2:06-CV-739 |
| Turner, Michael A. | 2:06-CV-739 |
| Tyler, Sylvia Bryant | 2:06-CV-739 |
| Varner, Angelene | 2:06-CV-739 |
| Vaughn, Darren Matthew | 2:06-CV-660 |
| Vaughn, Derrick Dewayne | 2:06-CV-739 |
| Vaughn, Robert Gene Sr. | 2:06-CV-739 |
| Vaughn, Robert Gene, Jr. | 2:06-CV-660 |
| Vaughn, Sharon Sue | 2:06-CV-739 |
| Vickers, Mack Waing | 2:06-CV-739 |
| Vickers, Mary L. | 2:06-CV-739 |
| Vickers, Okoye A. | 2:06-CV-739 |
| Vickers, Willie C. | 2:06-CV-739 |
| Vickers, Zouchrain O. | 2:06-CV-739 |
| Walker, Irene | 2:06-CV-739 |
| Walker, Monica Barton | 2:06-CV-660 |
| Wallace, Johnny Ray | 2:06-CV-739 |
| Wallace, Stanley | 2:06-CV-739 |
| Walls, Linda D. | 2:06-CV-739 |
| Walters, Hayward James | 2:06-CV-739 |
| Walters, Joann Carr | 2:06-CV-739 |
| Walters, Mattye Bell | 2:06-CV-739 |
| Ward, Glenda D. | 2:06-CV-739 |
| Ward, William | 2:06-CV-739 |
| Washington, Joyce | 2:06-CV-739 |
| Whitaker, Alfred Jerome Jr. | 2:06-CV-739 |
| Whitley, Billie June | 2:06-CV-660 |
| Whitley, Haywood | 2:06-CV-660 |
| Wilkerson, Rose Barton | 2:06-CV-660 |
| Wilkerson, Sue Ann | 2:06-CV-660 |
| Wilkins, Ebony L. | 2:06-CV-739 |
| Wilkins, Mavis | 2:06-CV-739 |
| Wilkinson, Anita | 2:06-CV-739 |
| Williams, Allie Mae | 2:06-CV-739 |
| Williams, Angelia | 2:06-CV-739 |
| Williams, Bertha | 2:06-CV-739 |
| Williams, Carolyn | 2:06-CV-660 |
| Williams, Christopher Dale | 2:06-CV-739 |
| Williams, Edwin Chamberlin | 2:06-CV-739 |
| Williams, James L. | 2:06-CV-739 |
| Williams, Kenneth R. | 2:06-CV-739 |
| Williams, Lauretta | 2:06-CV-739 |

# Exhibit B

# Plaintiffs With Unasserted Property Damage Claims

| Name | Civil Action Number |
|---|---|
| Williams, Marion R. | 2:06-CV-660 |
| Williams, Melvin L. | 2:06-CV-660 |
| Williams, Norma | 2:06-CV-660 |
| Williams, O'Shae | 2:06-CV-660 |
| Williams, Pinkie P. | 2:06-CV-739 |
| Williams, Renee J. | 2:06-CV-660 |
| Williams, Roderick | 2:06-CV-739 |
| Williams, Rodero | 2:06-CV-739 |
| Williams, Sonya | 2:06-CV-739 |
| Williams, TLC questionnaire received, not listed as plaintiff) | |
| Williams, Willie E. | 2:06-CV-739 |
| Williams, Willie Earl Jr. | 2:06-CV-739 |
| Williams, Willie Earl Sr. | 2:06-CV-739 |
| Williford, Linda Faye | 2:06-CV-739 |
| Williford, Marvin Duane Jr. | 2:06-CV-739 |
| Willis, Regina | 2:06-CV-739 |
| Wilson, Celesta Porter | 2:06-CV-660 |
| Wilson, Danny D. | 2:06-CV-660 |
| Wilson, Elaine Stone | 2:06-CV-660 |
| Wilson, Kimberly Owens | 2:06-CV-739 |
| Wilson, Marjerl Lynn | 2:06-CV-660 |
| Wilson, McCandle Bass | 2:06-CV-739 |
| Wilson, Pansy Jean | 2:06-CV-739 |
| Wilson, Vincent M. | 2:06-CV-739 |
| Windham, Melissa | 2:06-CV-739 |
| Windham, Wendy A. | 2:06-CV-660 |
| Wise, Jimmy D. | 2:06-CV-739 |
| Withey, Bryan Caswell | 2:06-CV-739 |
| Withey, Merry Sue J. | 2:06-CV-739 |
| Withey-Yates, Tabitha Jane | 2:06-CV-739 |
| Womack, Michael | 2:06-CV-739 |
| Womack, Pamela Goldsmith | 2:06-CV-739 |
| Womack, Robert | 2:06-CV-739 |
| Womack, Robert III | 2:06-CV-739 |
| Womack, Tony | 2:06-CV-739 |
| Worrell, Melissa Jayne | 2:06-CV-739 |
| Worrell, Roger Lee | 2:06-CV-739 |
| Wrentz, Keina | 2:06-CV-660 |
| Yelverton, Wilson | 2:06-CV-739 |
| York, Calvin Doyle | 2:06-CV-739 |