# Exhibit C

# Plaintiffs Who Are Not Owners of Property

| NAME | CIVIL ACTION NUMBER |
|---|---|
| Adams, Becki Lee | 2:06-CV-739 |
| Adams, Betty J. | 2:06-CV-660 |
| Adams, Christine Coone | 2:06-CV-739 |
| Adams, Nicholas | 2:06-CV-660 |
| Adams, Phyllis I. | 2:06-CV-660 |
| Adams, Joseph Daniel | 2:06-CV-739 |
| Adams, Frank L. | 2:06-CV-739 |
| Anthony, Lavennia Davis | 2:06-CV-739 |
| Anthony, Rudarius | 2:06-CV-739 |
| Anthony, Rudolph | 2:06-CV-739 |
| Aplin, Mildred | 2:06-CV-660 |
| Barnes, Sharon K. | 2:06-CV-739 |
| Barnes, Vaughn L. | 2:06-CV-739 |
| Bass, Coleman B., Sr. | 2:06-CV-660 |
| Baxley, Joann Haney | 2:06-CV-739 |
| Bedsole, Sonny Lee | 2:06-CV-660 |
| Bradley, Coranetta | 2:06-CV-739 |
| Brooks, Julie N. | 2:06-CV-679 |
| Brooks, Ernie | 2:06-CV-739 |
| Brown, Sweetwater A. | 2:06-CV-660 |
| Bryant, Martha Faye | 2:06-CV-739 |
| Caldwell, John | 2:06-CV-739 |
| Campbell, Shirley Crittenden | 2:06-CV-739 |
| Caphart, Mattie | 2:06-CV-739 |
| Carnley, Jonathan L. | 2:06-CV-739 |
| Carr, Pauline | 2:06-CV-739 |
| Carroll, Katie | 2:06-CV-739 |
| Carroll, Shannon | 2:06-CV-739 |
| Chambers, Tommy R. | 2:06-CV-739 |
| Chambers-Spychalski, Gloria Devon | 2:06-CV-660 |
| Chames, Verge Leon | 2:06-CV-739 |
| Chatman, Colandus, Jr. | 2:06-CV-739 |
| Chatman, Isaiah S. | 2:06-CV-739 |
| Coleman, Jacklon | 2:06-CV-660 |
| Cook, Frank Lee | 2:06-CV-660 |
| Cook, Yvonne Jean | 2:06-CV-660 |
| Coon, Teresa Fay | 2:06-CV-660 |
| Craig, Dianne Franklin | 2:06-CV-739 |
| Creech, Kandy M. | 2:06-CV-187 |
| Creech, Tammy | 2:06-CV-739 |

| | |
|---|---|
| Creech, William T. | 2:06-CV-739 |
| Danley, David | 2:06-CV-739 |
| Davis, Yasmeen M. | 2:06-CV-660 |
| Davis, Shannon L. | 2:06-CV-739 |
| Davis, Tayaka | 2:06-CV-739 |
| Diggs, Mary | 2:06-CV-739 |
| Dorsey, Otis | 2:06-CV-739 |
| Douglas, Sebera Gayle | 2:06-CV-188 |
| Edmondson, Marvin | 2:06-CV-757 |
| Frazier, Fara | 2:06-CV-679 |
| Frazier, Timothy | 2:06-CV-679 |
| Geohagan, Sherril D. | 2:06-CV-660 |
| Gilbert, Mary Alene | 2:06-CV-660 |
| Goodwin, Hannah | 2:06-CV-739 |
| Gray, Jimmy | 2:06-CV-739 |
| Grissett, Sean | 2:06-CV-739 |
| Hall, Roye E., Sr. | 2:06-CV-739 |
| Hallford, Judith Lee | 2:06-CV-739 |
| Hallford, Kellie LeAnn | 2:06-CV-739 |
| Hallford, Sammy Lee | 2:06-CV-739 |
| Hamilton, Zachery Ryan | 2:06-CV-739 |
| Hattaway, Adam Paul | 2:06-CV-739 |
| Hattaway, Amber Dawn | 2:06-CV-739 |
| Hattaway, Anna Bailey | 2:06-CV-739 |
| Hernandez, Joe | 2:06-CV-739 |
| Hill, Jenell R. | 2:06-CV-739 |
| Holmes, Pamela | 2:06-CV-660 |
| Hooks, Nealie | 2:06-CV-739 |
| Hughes, Hunter R. | 2:06-CV-739 |
| Hughes, Angelina | 2:06-CV-660 |
| Hughes, Debra D. | 2:06-CV-660 |
| Hughes, Robert Jason | 2:06-CV-660 |
| Jackson, Echo Victoria | 2:06-CV-739 |
| Jackson, Annie Marie | 2:06-CV-739 |
| Jackson, Clara M. | 2:06-CV-739 |
| Jackson, Robert John | 2:06-CV-660 |
| Jackson, Rosie L. | 2:06-CV-660 |
| Johnson, Gilbert | 2:06-CV-739 |
| Johnson, Johnny F. | 2:06-CV-739 |
| Jones, Annie D. Frazier | 2:06-CV-739 |
| Jowers, April Jane | 2:06-CV-660 |
| Jowers, Crystal Marie Tary | 2:06-CV-660 |
| Kitt, Lillie | 2:06-CV-660 |
| Kyser, B. Edgar | 2:06-CV-660 |
| Kyser, Betty Joyce | 2:06-CV-660 |

LEGAL02/30457855v2

- 3 -

| | |
|---|---|
| Lassister, Lois Aughtman | 2:06-CV-660 |
| Lee, Buford E. | 2:06-CV-739 |
| Lett, Percy James III | 2:06-CV-739 |
| Lewis, Joe, Jr. | 2:06-CV-739 |
| Lewis, Tony | 2:06-CV-739 |
| Logan, Judy J. | 2:06-CV-739 |
| Lowery, Sheary | 2:06-CV-739 |
| Lynn, Joyce Ann Robinson | 2:06-CV-660 |
| Lynn, Sal Marco | 2:06-CV-739 |
| Matthews, Joyce Carr | 2:06-CV-660 |
| Matthews, Joyce Elizabeth | 2:06-CV-660 |
| Matthews, Everett | 2:06-CV-739 |
| Matthews, Evertt Jason | 2:06-CV-660 |
| Matthews, Efrem | 2:06-CV-679 |
| Matthews, Craig Douglas | 2:06-CV-739 |
| Matthews, Etta Teresa | 2:06-CV-739 |
| Matthews, Inez Bradley | 2:06-CV-660 |
| Matthews, John Albert | 2:06-CV-739 |
| Matthews, Melvin D. | 2:06-CV-739 |
| Matthews, Ted | 2:06-CV-660 |
| Matthews, Stephanie Denise | 2:06-CV-739 |
| Mitchell, Joyce Knowles | 2:06-CV-739 |
| Moore, LaKimma A. | 2:06-CV-660 |
| Morrow, James D. | 2:06-CV-739 |
| Nance, April | 2:06-CV-739 |
| Nance, Emily | 2:06-CV-739 |
| Nance, Joshua | 2:06-CV-660 |
| Nance, Levi | 2:06-CV-739 |
| Nance, Michael | 2:06-CV-739 |
| Nazario, Jerri Lynn | 2:06-CV-660 |
| Nettles, The Estate of Matthew | 2:06-CV-660 |
| Norsworthy, Ava Barber | 2:06-CV-739 |
| Oates, Gary | 2:06-CV-739 |
| Odom, James E. | 2:06-CV-660 |
| Olmstead, Arthur Gregory | 2:06-CV-739 |
| Orndorff, James | 2:06-CV-739 |
| Peacock, Veronica Robinson | 2:06-CV-739 |
| Perdue, Billy Wayne | 2:06-CV-660 |
| Pittman, Cleonia Lynn | 2:06-CV-739 |
| Pittman, Julian Roosevelt | 2:06-CV-739 |
| Price, Subrina M. | 2:06-CV-660 |
| Robbins, Alan Hernando | 2:06-CV-739 |
| Robbins, Renee | 2:06-CV-739 |
| Rodgers, Margaret Porter | 2:06-CV-739 |
| Rowe, Winston E. | 2:06-CV-739 |

| | |
|---|---|
| Schofield, Vickey | 2:06-CV-758 |
| Simmons, Ernestine | 2:06-CV-739 |
| Skanes, Joseph, Jr. | 2:06-CV-739 |
| Smith, James Mack | 2:06-CV-739 |
| Stephens, Hubert T. | 2:06-CV-739 |
| Stewart, Henry Oliver | 2:06-CV-660 |
| Stewart, Randall | 2:06-CV-739 |
| Taylor, Margie N. | 2:06-CV-739 |
| Taylor, Sherry | 2:06-CV-660 |
| Thomas, Earlie M. | 2:06-CV-187 |
| Thomas, Wayne | 2:06-CV-739 |
| Thompson, Royce Earl | 2:06-CV-85 |
| Thompson, Donald | 2:06-CV-739 |
| Thompson, Willie F. | 2:06-CV-739 |
| Thrash, Amos L. | 2:06-CV-739 |
| Thrash, David Leon | 2:06-CV-739 |
| Thrash, Mary Nell | 2:06-CV-739 |
| Todd, Michael Vernon | 2:06-CV-739 |
| Townsend, Rusty Shane | 2:06-CV-739 |
| Tucker, Rhonda Oates | 2:06-CV-739 |
| Turner, Benny L. | 2:06-CV-739 |
| Turner, Glennie | 2:06-CV-660 |
| Turner, Michael | 2:06-CV-739 |
| Tyler, Debra Matthews | 2:06-CV-739 |
| Tyler, Emmitt Melvin II | 2:06-CV-739 |
| Tyler, Ethan Matthew | 2:06-CV-739 |
| Vallandingham, Sylvia | 2:06-CV-739 |
| Vallandingham, Velma | 2:06-CV-739 |
| Van Zant, B. Rth | 2:06-CV-660 |
| Walters, JoAnn Carr | 2:06-CV-739 |
| Whitaker, Lue C. | 2:06-CV-739 |
| Whitaker, Monica | 2:06-CV-739 |
| Wicker, George | 2:06-CV-679 |
| Williams, George Brian | 2:06-CV-739 |
| Williams, James L. | 2:06-CV-739 |
| Williams, Jimmy | 2:06-CV-660 |
| Williams, Lauretta W. | 2:06-CV-739 |
| Williams, Pinkie P. | 2:06-CV-739 |
| Williford, Ernest | 2:06-CV-660 |
| Wilson, Gwendolyn Bass | 2:06-CV-739 |
| Windham, Melissa | 2:06-CV-739 |
| Worrell, Dennis | 2:06-CV-739 |
| Worrell, Jenna A. | 2:06-CV-660 |
| Wright, Wesley C. | 2:06-CV-739 |

LEGAL02/30457855v2