# Exhibit D

# Plaintiffs With Un-Impacted Properties

| NAME | CIVIL ACTION |
|---|---|
| Adams, Donald W. | 2:06-CV-739 |
| Anthony, James | 2:06-CV-739 |
| Armstrong, Edward | 2:06-CV-739 |
| Armstrong, Emma | 2:06-CV-739 |
| Bradberry, Norma D. | 2:06-CV-739 |
| Brooks, A. | 2:06-CV-660 |
| Brooks, Margaret J. | 2:06-CV-739 |
| Brown, Sonia D. | 2:06-CV-739 |
| Bryant, Lorena F. | 2:06-CV-739 |
| Bryant, Ray A. | 2:06-CV-739 |
| Chambers, Glen | 2:06-CV-660 |
| Chambers, Clyde Barrymore | 2:06-CV-739 |
| Chambers, Lorraine | 2:06-CV-758 |
| Chambers, Van W. | 2:06-CV-739 |
| Chambers, Charles, Lance | 2:06-CV-739 |
| Collins, Ceola | 2:06-CV-660 |
| Collins, Robert L. | 2:06-CV-660 |
| Corbin, Simon Peter | 2:06-CV-739 |
| Davis, Hank O. | 2:06-CV-739 |
| DeVaughn, Dorothy | 2:06-CV-187 |
| DeVaughn, Beverly | 2:06-CV-739 |
| Edmondson, Glenene | 2:06-CV-739 |
| Edmondson, Jan | 2:06-CV-739 |
| Franklin, Debbie J. | 2:06-CV-739 |
| Franklin, Terry G. | 2:06-CV-739 |
| Goldsmith, Richard | 2:06-CV-739 |
| Gundrum, Romanuel Jr. | 2:06-CV-739 |
| Hallford, Cynthia Ann | 2:06-CV-660 |
| Harrison, Dennis W. | 2:06-CV-739 |
| Harrison, Loretta | 2:06-CV-660 |
| Harrison, Roy | 2:06-CV-739 |
| Harrison, Michael T. | 2:06-CV-739 |
| Hartline, Debra | 2:06-CV-660 |
| Holmes, Annie Laura | 2:06-CV-739 |
| Hughes, Terry | 2:06-CV-660 |
| Hunter, Jerry | 2:06-CV-739 |
| Jackson, Carolyn | 2:06-CV-739 |
| Jackson, Betty Jean | 2:06-CV-739 |
| James, Dorothy F. | 2:06-CV-660 |

LEGAL02/30459931v1

| | |
|---|---|
| James, Charlie E. | 2:06-CV-739 |
| Jones, Rosa | 2:06-CV-739 |
| Kelley, Raymond | 2:06-CV-660 |
| Kembro, Walter | 2:06-CV-660 |
| Lee, Patrick Dick | 2:06-CV-739 |
| Matthews, Frederick | 2:06-CV-739 |
| McCoy, Angelia S. | 2:06-CV-739 |
| McNeil, Willie David | 2:06-CV-739 |
| Norris, Chester, Ray | 2:06-CV-739 |
| Reese, Christine | 2:06-CV-660 |
| Reeves, Gerald | 2:06-CV-739 |
| Reeves, JoAnn | 2:06-CV-739 |
| Robbins, Zaddie Jackson | 2:06-CV-660 |
| Roberts, John I. | 2:06-CV-739 |
| Skanes, Carrine | 2:06-CV-739 |
| Stokes, Sandra J. | 2:06-CV-739 |
| Stone, Linda | 2:06-CV-739 |
| Taylor, James H. | 2:06-CV-660 |
| Thomas, Tracy Boyington | 2:06-CV-660 |
| Thompson, Kenneth Aaron Sr. | 2:06-CV-739 |
| Wallace, Hilda S. | 2:06-CV-660 |
| Wallace, Sylvia Ann | 2:06-CV-660 |
| Washington, Johnnie | 2:06-CV-739 |
| Wilkins, Vernell | 2:06-CV-660 |
| Williams, Victoria Marie | 2:06-CV-660 |
| Williams, Edwin Brian | 2:06-CV-739 |
| York, Calvin Maxwell | 2:06-CV-739 |