**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                            PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                        (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                          DEFENDANTS

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I. Name of Plaintiff, or decedent:
   _Theresa Bradberry_

II. Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:
   _____

IV. Relationship to plaintiff:
   _Self_

V. Present address of person completing this form:
   _2091 Clay Lane Tr #13_
   _Florala, Al_

1. **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 2091 Clay Lane Tr # 13 Florala, Al | 2000 | Present |
| 17 E Chickasaw St Lockhart, Al | 1987 | 2000 |
| 10 E Chickasaw St Lockhart, Al | 1967 | 1987 |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: _none at this time_

2


Other Conditions:
_____
_____
_____

If death, cause of death and date:

_____        _____
Cause of Death                    Date (mm/dd/year)

A.   List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)   _____
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____
_____

Dates treated:
from   ____/_____   to ____/_____
        Month  Year       Month  Year

Dates of examination:
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year

(ii)  _____
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____
_____
_____

3

      Dates treated:
      from   \_\_\_\_\_/\_\_\_\_\_     to \_\_\_\_\_/\_\_\_\_\_
           Month   Year        Month   Year
      Dates of examination:
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year

(iii)   _____
      Name of Physician

      _____
      Name of Clinic or Hospital
      Address:  _____
               _____
               _____

      Dates treated:
      from   \_\_\_\_\_/\_\_\_\_\_     to \_\_\_\_\_/\_\_\_\_\_
           Month   Year        Month   Year
      Dates of examination:
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year
        \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
        Month  Day   Year

    (iv) _____
         Name of Physician

         _____
         Name of Clinic or Hospital
         Address: _____
         _____
         _____

         Dates treated:
         from ____/____   to ____/____
             Month  Year         Month  Year
         Dates of examination:

         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year
         ____/____/____
         Month  Day  Year

    List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.    The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

    ____/____/____
    Month  Day  Year

C.    The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.    Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: *Macedonia Baptist Church*
    Address: *17 Pawnee St*
    *Lockhart, Al*

    Attendance for __2__ (average) hours a week.
    from __/1967__ to __/2007__
         Month  Year        Month  Year

(ii) Name of Location: *Retail Stores*
     Address: *Florala, Al*

    Attendance for __40__ (average) hours a week.
    from ____/____ to __/2007__
         Month  Year        Month  Year

(iii) Name of Location: *W.S. Harlan*
      Address: *1641 Mohegan St*
      *Lockhart, Al*

    Attendance for __40__ (average) hours a week.
    from __/1973__ to ____/____
         Month  Year        Month  Year

(iv) Name of Location: *Florala High School*
     Address: *Begonia St*
     *Florala, Al*

    Attendance for __40__ (average) hours a week.
    from __/1982__ to __/1985__
         Month  Year        Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims**. List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
_____

B. The street address of the property:
_____
_____
_____

Date property acquired: _____/_____
                                      Month  Year

Date property sold, if applicable: _____/_____
                                                  Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:
_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff *(signed: Theresa Bradberry)*

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

## FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---------|--------------------------|---------------------------|
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |

Name of this plaintiff: _____

FORM "B"

**Additional Physician or Date of Examination Information**
(You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:      _____
              _____
              _____

Dates treated:
from _____/_____         to _____/_____
     Month  Year            Month  Year
Dates of examination:
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year

Name of this plaintiff: _____

FORM "C"

## Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: Covington Industries
   Address: 
   Florala, Al

   Attendance for 40 (average) hours a week.
   from __/88 Month Year  to __/1992 Month Year

2. Name of Location: Florala Mem Hospital
   Address: 515 E 5th Ave
   Florala, Al

   Attendance for 40 (average) hours a week.
   from __/1992 Month Year  to __/1999 Month Year

3. Name of Location: Quick Inc.
   Address: 2623 6th St
   Florala, Al

   Attendance for 40 (average) hours a week.
   from __/2000 Month Year  to __/2005 Month Year

4. Name of Location: Florala Health + Rehab
   Address: 23621 Goldenrod Ave
   Florala, Al

   Attendance for 40 (average) hours a week.
   from __/2005 Month Year  to __/present Month Year

Name of this plaintiff: Theresa Bradberry