# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,
                                                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                            (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,
                                                                                    DEFENDANTS

## PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.      Name of Plaintiff, or decedent: _Joshua D. Parker (by estt.)_

II.     Social Security Number of Plaintiff: _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_

III.    If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person
        completing this form is:
        _____

IV.     Relationship to plaintiff: _Sister=my brother is off shore in the Navy_

V.      Present address of person completing this form:
        _P.O.Box 1605_
        _Crestview, FL 32536_

1.      **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between
        1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| P.O. Box 1605 Crestview, Fl. 32536 | Aug. 1994 | Present |
| 2250.5 7th Ave West Florala, Al. 36442 | Jan. 6, 76 | 1994 |
| 1912 West 7th Ave. Florala, Al. (AKA) 2505 7th Ave. | Jan. 6. 1976 | 1994 |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2.   **Personal Injury Claims**.  The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: _None that I know of_

2

(iv) _In the Navy I don't Know his med doctor_
Name of Physician

Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from _____/_____ to _____/_____
Month  Year        Month  Year
Dates of examination:
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.     The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

_____/_____/_____
Month  Day  Year

C.     The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.     Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i)  Name of Location: *W.S. Harlem,* _____
     Address: *Lockheavty Ph.* _____

Attendance for _40_ (average) hours a week.
from _Sept 1 1981_ to _May 1 1983_
     Month  Year        Month  Year

(ii)  Name of Location: *Florala City School*
     Address: *22975 7th Ave*
     *Florala, Al. 36442*

Attendance for _40_ (average) hours a week.
from _Sept 1 1983_ to _Sept 1 1989_
     Month  Year        Month  Year

(iii)  Name of Location: *Florala High School*
     Address: *22114 Begonia St*
     *Florala, AL. 36442*

Attendance for _40_ (average) hours a week.
from _May 1 1989_ to _1 1994_
     Month  Year        Month  Year

(iv)  Name of Location: *First Baptist Church* ( *visit church also* )
     Address: *23593 5th Ave*
     *Florala, AL 36442*

Attendance for _20_ (average) hours a week.
from _1 1976_ to _1 1984_
     Month  Year        Month  Year

(v)  List additional exposure locations on attached Form "C".

E.  The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3.  **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A.    The legal or equitable owner of the damaged or contaminated property:

_____

B.    The street address of the property:

_____

_____

_____

Date property acquired:    _____/_____
                                    Month  Year

Date property sold, if applicable:    _____/_____
                                            Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C.    Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D.    The time period over which the material emanated from the facility is included in plaintiffs' master response.

E.    List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F.    The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4.    The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_Joshua O. Parker (by sister)_
Plaintiff

OR

_____. As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____,
deceased.

8

## FORM "A"

### Additional Residence Information
### (You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Name of this plaintiff: _____

## FORM "B"

### Additional Physician or Date of Examination Information
### (You may make copies of this page if needed)

_____
Name of Physician
_____
Name of Clinic or Hospital
Address:    _____
            _____
            _____

Dates treated:
from    _____/_____        to _____/_____
        Month   Year           Month   Year
Dates of examination:
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year
        _____/_____/_____
        Month   Day     Year

Name of this plaintiff: _____

**FORM "C"**

**Additional Exposure Locations and Dates of Exposure**
**(You may make copies of this page if needed)**

1.     Name of Location: _____
       Address: _____
               _____
               _____

       Attendance for _____ (average) hours a week.
       from _____/_____     to _____/_____
            Month  Year         Month  Year

2.     Name of Location: _____
       Address: _____
               _____
               _____

       Attendance for _____ (average) hours a week.
       from _____/_____     to _____/_____
            Month  Year         Month  Year

3.     Name of Location: _____
       Address: _____
               _____
               _____

       Attendance for _____ (average) hours a week.
       from _____/_____     to _____/_____
            Month  Year         Month  Year

4.     Name of Location: _____
       Address: _____
               _____
               _____

       Attendance for _____ (average) hours a week.
       from _____/_____     to _____/_____
            Month  Year         Month  Year

Name of this plaintiff: _Joshua D. Parker (by Sister)_