# EXHIBIT H



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                          (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                  DEFENDANTS

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.   Name of Plaintiff, or decedent:
     _Donnell Bradberry_

II.  Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:

     _____

IV.  Relationship to plaintiff:

     _____

V.   Present address of person completing this form:
     _P. O. Box 314_
     _Lockhart AL_
     _36455_

1.   **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 10-E ChicKAsAw st Lockhart AL 36455 | 1-9-53 | Present |
| | | |
| | | |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

   Primary Illness: _N.A._

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____     _____
Cause of Death                       Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)  _____
     Name of Physician

     _____
     Name of Clinic or Hospital
     Address:  _____
               _____
               _____

     Dates treated:
     from _____/_____        to _____/_____
          Month  Year              Month  Year
     Dates of examination:
            _____/_____/_____
            Month   Day    Year
            _____/_____/_____
            Month   Day    Year
            _____/_____/_____
            Month   Day    Year
            _____/_____/_____
            Month   Day    Year
            _____/_____/_____
            Month   Day    Year
            _____/_____/_____
            Month   Day    Year

(ii) _____
     Name of Physician

     _____
     Name of Clinic or Hospital
     Address:  _____
               _____
               _____

3

        Dates treated:
        from   \_\_\_\_/\_\_\_\_\_      to \_\_\_\_/\_\_\_\_\_
             Month  Year       Month  Year
        Dates of examination:
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year

(iii)    _____
        Name of Physician

        _____
        Name of Clinic or Hospital
        Address: _____
        _____
        _____

        Dates treated:
        from   \_\_\_\_/\_\_\_\_\_      to \_\_\_\_/\_\_\_\_\_
             Month  Year       Month  Year
        Dates of examination:
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year
             \_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
             Month  Day    Year

    (iv) _____
         Name of Physician

         _____
         Name of Clinic or Hospital
         Address: _____
                    _____
                    _____

         Dates treated:
         from _____/_____   to _____/_____
             Month  Year           Month  Year

         Dates of examination:
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year
             _____/_____/_____
             Month  Day    Year

    List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.    The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

    _____/_____/_____
    Month  Day    Year

C.    The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.    Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: **FLORALA high school**
Address: **22114 begonia st**
**FLORALA**

Attendance for **35** (average) hours a week.
from **/ 67** to **/ 71**
   Month  Year       Month  Year

(ii) Name of Location: **Lockhart Lbr Co. - TMA - L-P**
Address: **Lockhart AL**

Attendance for **50** (average) hours a week.
from **/ 72** to **/ 90's**
   Month  Year       Month  Year

(iii) Name of Location: **B & H Construction**
Address: **FLORALA AL**

Attendance for **60** (average) hours a week.
from **/ 2005** to **/**
   Month  Year       Month  Year

(iv) Name of Location: **Retail Stores**
Address: **FLORALA**

Attendance for **3 hrs** (average) hours a week.
from **/ 53** to **/ Present**
   Month  Year       Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
__Donnell Bradberry__

B. The street address of the property:
__10-E Chickasaw__
__Lockhart AL__
__36455__

Date property acquired: ___ / _68_
                       Month   Year

Date property sold, if applicable: ___ / ___
                                Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ __30,600__

The size of any buildings and/or homes is __16,00__ square feet and the size of the real estate is __1-1/2__ acres, or _____ by _____, or other measure of size _____. The property is used for __Resident__ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____*Donnell Bradberry*_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

# FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---------|--------------------------|---------------------------|
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |

Name of this plaintiff: _____

✓

FORM "B"

**Additional Physician or Date of Examination Information**
(You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:       _____

              _____

              _____

Dates treated:
from _____/_____     to _____/_____
     Month  Year           Month  Year
Dates of examination:
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year
       _____/_____/_____
       Month   Day   Year

Name of this plaintiff: _____

FORM "C"

### Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: Lockhart Lumber Co.
   Address: Lockhart AL 36455

   40 - to 45 hrs a week
   Attendance for _40_ (average) hours a week.
   from _1_/_72_ to ___/ until sold to TMA.
        Month  Year      Month  Year

2. Name of Location: TMA Lumber Co.
   Address: Lockhart AL 36455

   Attendance for _40_ (average) hours a week.
   from ___/___ to ___/___  They sold to L.P.
        Month  Year      Month  Year

3. Name of Location: Louisiana Pacific
   Address: Lockhart AL 36455

   Attendance for _48_ (average) hours a week.  Sometime on Saturday
   from ___/___ to ___/___  LP closedown
        Month  Year      Month  Year

4. Name of Location: _____
   Address: _____

   Attendance for ___ (average) hours a week.
   from ___/___ to ___/___
        Month  Year      Month  Year

Name of this plaintiff: Donnell Bradberry