**EXHIBIT I**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                    (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                          DEFENDANTS

PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.  Name of Plaintiff, or decedent:
    Johnny L Ball

II. Social Security Number of Plaintiff: 417-94-50-5/

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:

IV. Relationship to plaintiff:
    Self

V.  Present address of person completing this form:
    1660 N. 10th St
    Kerala Alabama

1.  **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 1660 N 10th Florala Alabama | 2003 | Present |
| Central Y Florala Homes Florala | 2000 | 2003 |
| 6 Ave Florala Alabama | 1970's | 1970's |
| Wing Hwy. Florala, AL | 1955 1990's | 1970 1990's |
| Florala Homes Central Y Florala, AL | 1980's | 1980's |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

   Primary Illness: _____

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____   _____
Cause of Death                    Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) _____
Name of Physician
_____Florala Memorial Hospital_____
Name of Clinic or Hospital
Address: __24273 Fifth Avenue_____
_____Florala AL 36442_____

Dates treated:
from ____/_UNK_     to ____/_UNK_
     Month  Year        Month  Year

Dates of examination:
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year

(ii) _____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
_____
_____

3

Dates treated:
from \_\_\_\_\_/_____ to \_\_\_\_\_/_____
    Month  Year         Month  Year

Dates of examination:

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

(iii) _____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from \_\_\_\_\_/_____ to \_\_\_\_\_/_____
    Month  Year         Month  Year

Dates of examination:

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

\_\_\_\_\_/_____/_____
Month  Day    Year

(iv) _____
Name of Physician

Name of Clinic or Hospital
Address:    _____
_____
_____

Dates treated:
from _____/_____   to _____/_____
     Month  Year         Month  Year
Dates of examination:
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year
_____/_____/_____
Month  Day   Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

_____/_____/_____
Month  Day   Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: __Lockhart Lumber__
    Address: _____

Attendance for __40__ (average) hours a week,
from __/1970's__ to __/1970s__
     Month Year        Month Year

(ii) Name of Location: __Stores - Bank - USPS__
     Address: __Florala, AL__

Attendance for __3__ (average) hours a week.
from __/1958__ to __/2007__
     Month Year        Month Year

(iii) Name of Location: __Lockhart Elementary__
      Address: __Lockhart, AL__

Attendance for __35__ (average) hours a week.
from __/1964__ to __/1970__
     Month Year        Month Year

(iv) Name of Location: __Florala City Schools__
     Address: __Florala, AL__

Attendance for __35__ (average) hours a week.
from ____/____ to ____/____
     Month Year        Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
_Johnny Ball_

B. The street address of the property:
_1660 10th Street_
_Florala, AL_

Date property acquired: ___/2003_
                       Month  Year

Date property sold, if applicable: ___/_____
                                  Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ _4000_ _o²_

The size of any buildings and/or homes is _900_ square feet and the size of the real estate is _____ acres, or _50_ by _100_, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____*Johnny S. Bau*_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

## FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name of this plaintiff: _____

FORM "B"

**Additional Physician or Date of Examination Information**
**(You may make copies of this page if needed)**

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____
           _____
           _____

Dates treated:
from _____/_____     to _____/_____
     Month  Year           Month  Year

Dates of examination:
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year
       _____/_____/_____
       Month   Day    Year

Name of this plaintiff: _____

# FORM "C"

## Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____   to ____/_____
      Month Year     Month Year

2. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____   to ____/_____
      Month Year     Month Year

3. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____   to ____/_____
      Month Year     Month Year

4. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____   to ____/_____
      Month Year     Month Year

Name of this plaintiff: _____