

# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                    **PLAINTIFF**

VERSUS                                                     CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                                             (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                          **DEFENDANTS**

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.   Name of Plaintiff, or decedent:
     _Keith A. Wrentz_

II.  Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:
     _N/A_

IV.  Relationship to plaintiff:
     _N/A_

V.   Present address of person completing this form:
     _Keith Wrentz_
     _9439 San Jose Blvd #22_
     _Jacksonville FL 32257_

1.   **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 64 S Main St | Born 1971 | 1972 |
| 12 Tuscarora St Lockhart AL 36455 | June 1972 | Nov 1981 |
| 612 Dennis Gordon Dr #01 Florala AL 36442 | Nov 1981 | Sept 1992 |
| 1905 W. 7th Ave Florala 36442 | Sept 1992 | Oct 2000 |
| 9439 San Jose Blvd #22 Jacksonville FL 30057 | 2000 | present |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: asthma, fibroid, anemia

2

Other Conditions: _heart marmer_

If death, cause of death and date:

_N/A_ _N/A_
Cause of Death        Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) _Dr. Lee deceased_
Name of Physician

Name of Clinic or Hospital
Address: _Opp AL_

Dates treated:
from _/1972_ to _/_
      Month Year    Month Year
Dates of examination:
_/_ _/1972_
Month Day Year
_/_ _/1972_
Month Day Year
_/_ _/_
Month Day Year
_/_ _/_
Month Day Year
_/_ _/_
Month Day Year
_/_ _/_
Month Day Year

(ii) _Dr. Williams_
Name of Physician
_Opp AL_
Name of Clinic or Hospital
Address: _1240 Hwy 112-52 East_
_Opp AL 36467_

3

Dates treated:
from ____/1980____ to ____/1987____
    Month Year      Month Year

Dates of examination:

__4__/____/_1980_
Month Day Year

__5__/____/_1981_
Month Day Year

____/____/_1980_
Month Day Year

____/____/_____
Month Day Year

____/____/_____
Month Day Year

____/____/_____
Month Day Year

(Too young to remember)

(iii) ____Dr Pugh_____
Name of Physician

____Andalusia_____
Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from _9_/_14_/1996 to _July_/1997
    Month Year      Month Year

Dates of examination:

____/____/_1996_
Month Day Year

____/____/_1996_
Month Day Year

____/____/_____
Month Day Year

____/____/_____
Month Day Year

____/____/_____
Month Day Year

____/____/_____
Month Day Year

4

(iv) <u>D. Paine & Wells</u>
Name of Physician
<u>~~Ed Dun~~ Coterington OBGYN</u>
Name of Clinic or Hospital
Address: <u>Andalusia  36420</u>
<u>115 Medical Park Drive</u>

Dates treated:
from <u>12/98</u> to <u>Sep 1 1999</u>
   Month  Year     Month  Year

Dates of examination:

___/___/_____
Month  Day  Year

___/___/_____
Month  Day  Year

___/___/_____
Month  Day  Year

___/___/_____
Month  Day  Year

<u>7</u>/<u>23</u>/<u>1999</u>
Month  Day  Year

___/___/_____
Month  Day  Year

___/___/_____
Month  Day  Year

___/___/_____
Month  Day  Year

      List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.    The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:   N/A

___/___/_____
Month  Day  Year

C.    The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

(D.)   Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: W.S. Harlem
Address: 1641 Mohegan St,
Lockhart AL 36455

Attendance for 35 (average) hours a week.
from Aug / 1977 to May / 1985
   Month  Year        Month  Year

(ii) Name of Location: Florala High School
Address: West 3rd Ave.
Florala AL 36442

Attendance for 35 (average) hours a week.
from Aug / 85 to May / 1989
   Month  Year        Month  Year

(iii) Name of Location: St. Mathews tomt Church
Address: Paine St.
Lockhart AL 36455

Attendance for 2 (average) hours a week.
from 1977 / 1977 to — / 2000
   Month  Year        Month  Year

(iv) Name of Location: _____
Address: _____

Attendance for ____ (average) hours a week.
from ____ / ____ to ____ / ____
   Month  Year        Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
   N/A

B. The street address of the property:
   N/A

Date property acquired: ____/____
                       Month  Year   N/A

Date property sold, if applicable: ____/____
                                   Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:
   N/A

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ N/A

The size of any buildings and/or homes is N/A square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size ___N/A_____. The property is used for ___N/A_____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

## FORM "A"

**Additional Residence Information**
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name of this plaintiff: _____

FORM "B"

**Additional Physician or Date of Examination Information**
**(You may make copies of this page if needed)**

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:  _____
          _____
          _____

Dates treated:
from  _____/_____      to _____/_____
     Month  Year          Month  Year

Dates of examination:
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year

Name of this plaintiff: _____

**FORM "C"**

**Additional Exposure Locations and Dates of Exposure**
**(You may make copies of this page if needed)**

1.  Name of Location: _____
    Address: _____
    _____
    _____

    Attendance for _____ (average) hours a week.
    from _____/_____    to _____/_____
         Month  Year           Month  Year

2.  Name of Location: _____
    Address: _____
    _____
    _____

    Attendance for _____ (average) hours a week.
    from _____/_____    to _____/_____
         Month  Year           Month  Year

3.  Name of Location: _____
    Address: _____
    _____
    _____

    Attendance for _____ (average) hours a week.
    from _____/_____    to _____/_____
         Month  Year           Month  Year

4.  Name of Location: _____
    Address: _____
    _____
    _____

    Attendance for _____ (average) hours a week.
    from _____/_____    to _____/_____
         Month  Year           Month  Year

Name of this plaintiff: _____