IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                             **PLAINTIFF**

VERSUS                           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                            (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                      **DEFENDANTS**

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I. Name of Plaintiff, or decedent: _Nealie Hooks_

II. Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is: _NA_

IV. Relationship to plaintiff: _____

V. Present address of person completing this form:
_2204 North "J" St_
_Pensacola FL 32501_

1. **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

-1-

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 539 East 8th St Florala, Ala | 1-30-49 ? | 1-15-55 |
| 2005 North Davis St Pensacola, Fl | 8-21-56 ? | 8-28-64 |
| 2204 N J St Pensacola | 8-27-64 | Present |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2.  **Personal Injury Claims.** The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

    Primary Illness: _Thyroid Problems_

2

Other Conditions: Thyroid, Diabetes, Hypertension, Acid Reflux + Arthritis

If death, cause of death and date: NA

_____  _____
Cause of Death                  Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) Dr Laurne — Thyroid
Name of Physician
West Florida Clinic
Name of Clinic or Hospital
Address: 833 North Davis Hwy
Pensacola, FL 32514

Dates treated:
from 6 / 99? to Present
    Month Year     Month Year
Dates of examination:
26 / __ / 99 — present
Month Day  Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

(ii) Dr. W.B. Kelly — Diabetes
Name of Physician
833 North Davis Hwy.
Name of Clinic or Hospital
Address: 833 North Davis Hwy,
Pensacola, FL

3

Dates treated:
from  9 / 84  to  Present
      Month Year   Month Year

Dates of examination:

W. B. Killey
833 North Davis
Pensacola, Fl

~~/~~ / ~~/~~ -Present
Month Day Year

9 / ? / 74
Month Day Year

~~Hypertension~~

___ / ___ / ___
Month Day Year

Hypertension

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

(iii)  Dr Powell
Name of Physician

Same as : West Florida Clinic
Name of Clinic or Hospital

Address:  833 North Davis Hwy.
Jane  Pensacola, FL 32514

Dates treated:
from  10 / 00 ?  to  Present
      Month Year   Month Year

Dates of examination:
10 / ? / 00 Present
Month Day Year

Acid Reflux

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

4

(iv) __Dr Kelly__
    Name of Physician
    __Same as (i) West Florida Clinic__
    Name of Clinic or Hospital
    Address: __833 North Davis Hwy.__
    __Same (i) Pensacola, FL 32514__

Dates treated:
from __01 / 95__ to __Present__
     Month Year        Month Year

Dates of examination:
__01 / ? / 95__ present Arthritis
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

___ / ___ / ___
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

__/ N/A /__
Month Day Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: Suggs Milk Dairy
   Address: ?
   Florala ALA

   Attendance for 4/2 (average) hours a week.
   from    /54    to    /55
   Month  Year         Month  Year

(ii) Name of Location: Bethel AME Church
    Address: 10th Street
    Florala AL 36442

    Attendance for 4 (average) hours a week.
    from    /1950    to    /1958
    Month  Year         Month  Year

(iii) Name of Location: _____
     Address: _____

     Attendance for ___ (average) hours a week.
     from    /    to    /
     Month  Year         Month  Year

(iv) Name of Location: _____
    Address: _____

    Attendance for ___ (average) hours a week.
    from    /    to    /
    Month  Year         Month  Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
_____N/A_____

B. The street address of the property:
_____Never owned any property_____
_____

Date property acquired: _____/_____
                                 Month   Year

Date property sold, if applicable: _____/_____
                                            Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_____

   The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## **CERTIFICATION**

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

8

FORM "B"

**Additional Physician or Date of Examination Information**
(You may make copies of this page if needed)

Name of Physician: Dr Kelley  Retired Present  Dr Charles King,

Name of Clinic or Hospital: Same as (1)

Address: Same (1)

Dates treated:
from 08 / 75   to Present
     Month Year      Month Year

Dates of examination:
05 / 75 / Present
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

___/___/___
Month Day Year

Name of this plaintiff: Noalie Hooks

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Name of this plaintiff: _Dealie Hooks_