**EXHIBIT L**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,

                PLAINTIFF

VERSUS                 CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                    (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,       DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.    Name of Plaintiff, or decedent: _Randy Lewis Adams_

II.   Social Security Number of Plaintiff: _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_

III.  If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is: _Randy Lewis Adams_

IV.  Relationship to plaintiff: _Self_

V.   Present address of person completing this form:
     _417 Adams Street_
     _Laurel Hill, Florida 32567_

1.   **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 417 Adams Street Laurel Hill, Fl. 32567 | 1985 | Present |
| Route 2 Box 727 Highway 85 Laurel Hill, Fl. | 1983 | 1985 |
| Resided in Paxton | | |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: _Cardiovascular Disease_

2

Other Conditions:
_Heart Disease_
_____
_____

If death, cause of death and date:

_____    _____
Cause of Death                              Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) _Dr. Bobby Kemp_
Name of Physician

Name of Clinic or Hospital
Address: _24245 5th Avenue_
_Florala, AL 36442_

Dates treated:
from __/1998__ to __/present__
     Month Year         Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(ii) _Dr. Jaskamur Vishwanath_
Name of Physician

Name of Clinic or Hospital
Address: _24245 5th Avenue_
_Florala, AL 36442_

3

Dates treated:
from  9  / 2004   to ____ / ____
   Month  Year       Month  Year

Dates of examination:

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

(iii)    _Dr. Gidien_____
Name of Physician

_____
Name of Clinic or Hospital
Address:  _West Florida Medical Center_
_Pensacola, Florida_____

Dates treated:
from ____ / ?____   to ____ / ____
   Month  Year       Month  Year

Dates of examination:

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

____/____/_____
Month  Day   Year

4

(iv) 
Name of Physician _Andalusia Regional Medical Center_
Name of Clinic or Hospital
Address: _849 South Three Notch Street_
_Andalusia, AL 36420_

Dates treated:
from __/1987__ to ____/____
    Month Year      Month Year

Dates of examination:

____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

____/____/_____
Month Day Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: *Lockhart Baptist Church*
    Address: *Lockhart, Alabama*

    Attendance for _____ (average) hours a week.
    from ____/____ to ____/*present*
         Month Year      Month Year

(ii) Name of Location: *LP Mill*
     Address: *Florala, Alabama*

     Attendance for _____ (average) hours a week.
     from ____/*1983* to ____/*1992*
          Month Year      Month Year

(iii) Name of Location: *Florala City Schools*
      Address: *Florala, Alabama*

      Attendance for *Carnival, pagents/sports* (average) hours a week.
      from ____/*1992* to ____/*present 2007*
           Month Year      Month Year

(iv) Name of Location: *Lake Jordan*
     Address:

     Attendance for *fished + swam* (average) hours a week.
     from ____/____ to ____/____
          Month Year      Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: *Lockhart Pond*
   Address: *Lockhart, Alabama*

   *at fish from pond*

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/____
          Month Year        Month Year

2. Name of Location: *Sarah's Big R*
   Address: *Main Street*

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/*present*
          Month Year        Month Year

3. Name of Location: *Bean's Diner*
   Address: *Highway 331*
   *Jedala, Al 36442*

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/*present*
          Month Year        Month Year

4. Name of Location: *South Trust Bank*
   Address: *Florala, Al*

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/*present*
          Month Year        Month Year

Name of this plaintiff: *Randy Lewis Adams*

    A.    The legal or equitable owner of the damaged or contaminated property:
            _____

    B.    The street address of the property:
            _____
            _____
            _____

            Date property acquired: _____ / _____
                                       Month  Year

            Date property sold, if applicable: _____ / _____
                                                    Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

    C.    Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

    D.    The time period over which the material emanated from the facility is included in plaintiffs' master response.

    E.    List any other cause or source of property damage unrelated to the facility:
            _____

            Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

    F.    The value of the property before contamination was $_____

            The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4.    The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff
OR

_____ As guardian/parent of _____, a minor child.
OR
_____ As administrator or executor of the estate of _____, deceased.

8