IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                    (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                    DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.  Name of Plaintiff, or decedent:
    _Catherine Spicer Hattaway_

II. Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:
    _____

IV. Relationship to plaintiff:
    _____

V.  Present address of person completing this form:
    _23796 3rd Ave._
    _Florala, AL, 36442_

1.  **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 1622 Wood Ave. Florala, AL. 36442 | March 1949 | Jan. 1959 |
| 304 E. 6th. Ave. Florala, Al. 36442 | Jan. 1959 | Oct. 1983 |
| Rt. 2, Box 343-B. Florala, Al. 36442 | Oct. 1983 | July 2002 |
| 23796 2nd. Ave. Florala, AL. 36442 | July 2002 | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims.** The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness:
Asthma, Heart (Pace Maker)

2

Other Conditions:

_____
_____
_____
_____

If death, cause of death and date:

_____    _____
Cause of Death                                                Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) __Dr. S. Vishwanath__
Name of Physician
__24245 5th. Ave., Florala, AL. 36442__
Name of Clinic or Hospital
Address: __Florala Memorial Hospital__
__24273 5th Ave., Florala, AL. 36442__
_____

Dates treated:
from __Apr / 1998__   to __Dec / 2006__
    Month  Year     Month  Year
Dates of examination:
    __4 / 1 / 1998__
    Month  Day  Year
    __2 / 4 / 1999__
    Month  Day  Year
    __2 / 10 / 2000__
    Month  Day  Year
    __1 / 6 / 2001__
    Month  Day  Year
    __5 / 10 / 2002__
    Month  Day  Year
    __8 / 11 / 2006__
    Month  Day  Year

(ii) __Dr. R. J. Spurlin, (Retired)__
Name of Physician

_____
Name of Clinic or Hospital
Address: __Mizell Memorial__
__Opp. AL.__
_____

3

Dates treated:
from   8 / 1974   to  12 / 1998
     Month  Year        Month  Year

Dates of examination:
    8 / 6 / 1974
  Month  Day  Year
    6 / 10 / 1976
  Month  Day  Year
    5 / 5 / 1979
  Month  Day  Year
    10 / / 1982
  Month  Day  Year
    12 / 15 / 1990
  Month  Day  Year
    3 / 24 / 1998
  Month  Day  Year

(iii)   Dr. C.N. Matthews (Deceased)
Name of Physician

Name of Clinic or Hospital
Address:   Florala Memorial
           24273 5th. Ave.
           Florala, AL. 36442

Dates treated:
from   10 / 1950   to  10 / 1974
     Month  Year        Month  Year

Dates of examination:
    10 / 15 / 1950
  Month  Day  Year
    6 / 12 / 1954
  Month  Day  Year
    2 / / 1959
  Month  Day  Year
    7 / 10 / 68
  Month  Day  Year
    5 / 15 / 72
  Month  Day  Year
    3 / 16 / 73
  Month  Day  Year

(iv) <u>Dr. Nelson S. Gwinn III, FACC, PC</u>
Name of Physician

Name of Clinic or Hospital
Address: <u>South East Alabama</u>
<u>Medical Center</u>
<u>P.O. Box 6987, Dothan, AL. 36302</u>

Dates treated:
from <u>7 / 95</u> to <u>Still being treated by Dr. Gwinn</u>
   Month  Year          Month   Year  2007

Dates of examination:
<u>7 / 15 / 1995</u>
Month Day Year
<u>8 / 21 / 1995</u>
Month Day Year
<u>10 / 1 / 1996</u>
Month Day Year
<u>11 / 16 / 1996</u>
Month Day Year
<u>12 / 10 / 1997</u>
Month Day Year
<u>1 / 15 / 1998</u>
Month Day Year
<u>2 / 10 / 1999</u>
Month Day Year
<u>3 / 30 / 1999</u>
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

___/___/_____
Month Day Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: West's 5 and 10 Store
   Address: W. 5th Ave.
   Florala, AL. 36442
   (No Longer in Business)
   Attendance for 40 (average) hours a week.
   from April / 1946 to Aug. / 1947
        Month   Year        Month   Year

(ii) Name of Location: Christos 5 and 10 Store
   Address: W. 5th Ave.
   Florala, AL. 36442
   (No Longer in Business)
   Attendance for 40 (average) hours a week.
   from Sept. / 1947 to Apr. / 1949
        Month   Year        Month   Year

(iii) Name of Location: The Oken Co.
   Address: W. 5th Ave.
   Florala, AL. 36442
   (No Longer in Business)
   Attendance for 40 (average) hours a week.
   from May / 1949 to Jan / 1950
        Month   Year        Month   Year

(iv) Name of Location: Piggly Wiggly
   Address: S. 5th. St.
   Florala, AL. 36442
   Attendance for 45 (average) hours a week.
   from July / 1950 to Apr / 1957
        Month   Year        Month   Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
__Catherine Spicer__

B. The street address of the property:
__307 East 6th Avenue__
__Florala__

Date property acquired: __?__ / __1958__
                       Month   Year

Date property sold, if applicable: __10__ / __1983__
                                   Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $__Do not recall__

  The size of any buildings and/or homes is __Do not recall__ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size __1 lot__. The property is used for __living__ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

    I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

                         _Catherine Spier Hattaway_
                         Plaintiff

                         OR

_____ As guardian/parent of _____, a minor child.

                         OR

_____ As administrator or executor of the estate of _____, deceased.

8

A. The legal or equitable owner of the damaged or contaminated property:
   **Willie Paul & Catherine Hathaway**

B. The street address of the property:
   **Rt. 2 Box 343**
   **Florala, AL**

   Date property acquired: ___ / **1983**
                          Month  Year

   Date property sold, if applicable: ___ / ___
                                     Month  Year

   If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

   _____

   Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ **Unknown**

   The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for **farm** purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

A. The legal or equitable owner of the damaged or contaminated property: **Willie Paul & Catherine Hathaway**

B. The street address of the property: **23976 3rd Avenue, Florala, AL**

Date property acquired: __ / **2000**
                      Month   Year

Date property sold, if applicable: __ / __
                                 Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ **Don't Know**.
The size of any buildings and/or homes is **5 room house / 1 trailer** square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size **3 lots**. The property is used for **living** purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## FORM "A"

### Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Name of this plaintiff: _____

FORM "B"

### Additional Physician or Date of Examination Information
(You may make copies of this page if needed)

Name of Physician: _Dr. Nelson S. Gwinn, III face, PC_

Name of Clinic or Hospital
Address: _South East Alabama Medical Center_
_P.O. Box 6987, Dothan, AL. 36302_

Dates treated:
from _7 / 95_ to _Still Being Treated_
    Month Year     Month Year

Dates of examination:

_1 / 10 / 2000_
Month Day Year

_2 / 4 / 2001_
Month Day Year

_3 / 15 / 2002_
Month Day Year

_1 / 20 / 2003_ Pacemaker
Month Day Year

_2 / 15 / 2003_
Month Day Year

_3 / 10 / 2004_
Month Day Year

_3 / 12 / 2005_
Month Day Year

_4 / 20 / 2006_
Month Day Year

_10 / 15 / 2006_
_5 / 20 / 2007_

Name of this plaintiff: _____

## FORM "C"

### Additional Exposure Locations and Dates of Exposure
(You may make copies of this page if needed)

1. Name of Location: The Bank of Florala
   Address: Wall St.
   Florala, Al. 36442

   Attendance for _40_ (average) hours a week.
   from May / 1957 to Jan / 1973
       Month Year     Month Year

2. Name of Location: _____
   Address: _____

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/____
       Month Year     Month Year

3. Name of Location: _____
   Address: _____

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/____
       Month Year     Month Year

4. Name of Location: _____
   Address: _____

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/____
       Month Year     Month Year

Name of this plaintiff: _____