# CARMICHAEL & MITCHELL, INC.
## VALUATION AND FINANCIAL CONSULTANTS
Established 1950

Maurice C. Mitchell, CPA/ABV, MAI
Ann Carmichael, MAI, SRA (Retired)
Bernard Carmichael (1918-2001)

771 South Lawrence Street, Suite 100
Montgomery, AL 36104
Tel: 334-264-2476   Fax: 334-263-2183

March 1, 2007

My name is Maurice C. Mitchell, CPA/ABV, MAI, and I am a certified real property appraiser in the state of Alabama. A copy of my qualifications is attached. I have been engaged to give an opinion on whether or not the presence of environmental contaminants would affect property values of property within one mile of the former Louisiana Pacific and Pactiv Wood Treatment facility in Lockhart, Alabama. I have not been asked to give an opinion on whether or not there is a duty under Alabama law to disclose the presence of environmental contaminants to prospective purchasers and/or mortgage holders. I specifically omit any opinion as to whether or not disclosure is or should be required.

It is a generally accepted principle of real estate appraisal that the presence of contaminants that are recognized by the United States Environmental Protection Agency that have adverse effects on human health affects both the marketability and the value of real property.

> *There are three categories of effects that the presence of contaminants can have on property values:*
>
> - *First, a reduction in the market value of a contaminated property because of the necessity to remove, clean up, and 'remediate' the contamination.*
> - *Second, a reduction in the market value of the contaminated property because of the 'stigma' associated with the fact that it was previously contaminated. It is based in part on the fear that the remediation was either not complete or not successful (or might be classified as incomplete at some time in the future). This is the 'stigma' effect on the contaminated property itself.*
> - *Third, a reduction in the market value of properties surrounding or close to a contaminated property, based primarily on two types of criteria: negative health effects from the contamination and the possibility that the contamination may travel to those nearby properties. This is the 'stigma' effect of proximity to a contaminated site.*
>
> *These reflect the market responses of potential buyers and lenders to their perceptions of, and beliefs about, the character and type of contamination involved. Generally speaking, the more uncertainty there is about the precise nature of the contamination, the greater the likely negative effect on all impacted properties.[1]*

---

[1] "Measuring the Effects of Contamination on Property Values," by William N. Kinnard, Ph.D., MAI, *Environmental Watch*, Volume IV, Number 4, Winter 1992. Appraisal Institute

In other words, contaminated property is harder to sell (fewer purchasers) and generally brings a lower price. This was demonstrated in the Lincoln Creosote case discussed in the article "Analysis of the Effects of Contamination by a Creosote Plant on Property Values,"[2] by Douglas S. Bible, PhD; Chengho Hsieh, PhD; Gary Joiner, PhD; Chuo-Hsuan Lee, PhD; and David W. Volentine, MAI; which indicated an average price reduction of about 9.5% due to the revelation of the contamination problem.

I have reviewed the report of Dr. Paul Rosenfeld which is attached. I have also reviewed relevant professional appraisal publications on effects of contamination on property values. Based on the material that I have reviewed, the information provided to me and my experience and education, I can form a general opinion on whether or not property values of property located within one mile of the facility are affected by the presence of contaminants. I have not conducted any independent study to determine if the information provided to me concerning levels of contamination is accurate and have assumed it to be correct. My opinion would be limited to a general overall impact on property values both residential and commercial. Individual homes or property may vary based on unique circumstances which would be considered on a case-by-case basis.

I can state with a high degree of confidence that, based on the foregoing statements, that the marketability and value of property located within one mile of the facility are adversely affected by the presence of hazardous substances. The magnitude of the impact on the value of the individual properties varies based on a number of factors like, for example, use of the property whereas generally speaking industrial properties tend to fair much better than residential or retail properties when contaminants are found to be present. Any owner could expect that their property located in Florala or Lockhart, Alabama would be more difficult to sell and when sold would command a lesser price when compared to similar property in similar locations which have not been subjected to contamination by hazardous substances in amounts which exceed federal EPA guidelines until such time as the property has been successfully remediated and the public perception of contamination risk goes away. Once we have studied the local market and related transactional data and the various properties in question, we should be in a position to know the effects on the values of the individual properties located within the area of contamination.

Respectfully submitted,

*[signature]*

Maurice C. Mitchell, CPA/ABV, MAI
Alabama Certified General Real Property Appraiser G00401

---

[2] *The Appraisal Journal, Winter 2005*, Appraisal Institute.

# QUALIFICATIONS OF MAURICE C. MITCHELL, CPA/ABV, MAI

**BORN:**  March 6, 1952
Sheffield, Alabama

**EDUCATION:**  Augusta College, Augusta, Georgia
   B.B.A. Degree, May, 1977
   Major: Accounting

American Institute of Certified Public Accountants
   Awarded Certificate of Educational Achievement in Business Valuation
   Awarded Certificate of Educational Achievement in Business Valuation-Advanced

Appraisal Institute
   Completed MAI Course Curriculum

**DESIGNATIONS:**  Certified Public Accountant, Tennessee, 1980
Accredited in Business Valuation

Member, Appraisal Institute

**PROFESSIONAL MEMBER:**  American Institute of Certified Public Accountants
Alabama Society of Certified Public Accountants
Tennessee Society of Certified Public Accountants
Appraisal Institute

**EXPERIENCE:**  Twenty-four years of experience in the real estate industry in the following areas:

   Finance
   Property Management Accounting
   Acquisitions
   New construction
   Rehabilitation
   Securities Offerings
   Appraisals
   Asset management.

Eight years of management experience in the health care industry.

**CERTIFICATION:**  State Certified General Real Property Appraiser, Certificate Number G00401. Certified through September 30, 2007.

**SELECTED BUSINESS ACCOMPLISHMENTS:**

1. Managed a finance department responsible for the financial and tax analysis in connection with acquiring, disposing and financing approximately $200 million in assets over a seven-year period.

2. Directly negotiated and/or responsible for enforcement of $70 million of construction contracts for low income housing tax credit (LIHTC) multi-family properties in four states.

3. Prepared a five-year business plan for a company that owned and/or managed assets totaling $300 million and annual sales of approximately $10 million.

4. Designed the accounting system, procured and installed two DEC minicomputer systems responsible for processing accounting records for 70 sites in seven states.

5. Served on the Board of Directors and as Chairman of its policy-making Personnel Committee for a company with approximately 300 employees.

6. Responsible as lead negotiator in restructuring approximately 25 non-performing loans totaling approximately $100 million.

7. Responsible, as Chief Financial Officer, for property tax appeals on a portfolio of 70 properties in seven states resulting in appeals of 2 property tax valuations to state supreme court level in two different states and other appeals to lower courts with tax savings ranging from 5% to 22% per year on most appeals.

8. Reduced accounts receivable by approximately $3 million and bad debt expenses by approximately one-third over a two-year period while serving as Finance Director of a 250-bed hospital with annual revenues of $120 million. Responsible for approximately 100+ employees.

9. Completed and/or made significant contribution to commercial real estate appraisals and/or business valuations on the following types of assets.

    | | |
    |---|---|
    | Resort Hotels | Churches |
    | Apartments | Regional Shopping Malls |
    | Nursing Homes | Retail Shopping Centers |
    | Golf Courses | Office Buildings |
    | Athletic Clubs | Child-Care Centers |
    | Banks | Medical Office Buildings |
    | Residential Resort Condominiums | Restaurants |
    | Automobile Dealerships | Warehouses |
    | Low Income Housing Tax Credit Properties | Industrial Properties |
    | Cattle Ranches | Funeral Homes |

10. Expert witness in US District Court for the Northern District of Alabama, various county circuit courts and various US Bankruptcy Courts.

11. Responsible as lead negotiator in the acquisition and financing of a $300-million aluminum can plant located in north Alabama with annual sales of $1 billion.

**DRAFT
ATTORNEY CLIENT WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL**

 Technical Consultation, Data Analysis and
Litigation Support for the Environment

SOIL/WATER/AIR PROTECTION ENTERPRISE
201 Wilshire Boulevard, Second Floor
Santa Monica, California 90401
Tel: (310) 795-2335
Fax: (310) 393-3898
Email: prosenfeld@swape.com

February 22, 2007

Gregory Cade J.D. M.P.H.
Environmental Litigation Group
3529 7th Avenue South
Birmingham Alabama, 35222

Re: Diminished Property Value In Florala/Lockhart Area Due To Contamination From TMA and Louisiana Pacific Releases

Dear Mr. Cade:

After careful review of the material regarding dioxin, furan, creosote, pentachlorophenol, polycyclic aromatic hydrocarbon, copper, chromium and arsenic releases from the TMA and Louisiana Pacific facility (herein known as the Releasing Facility), I conclude that there is a significant impact to the community.

For any real property within one mile of the facility (Figure 1), a potential purchaser would be advised to incur the expense of environmental testing prior to purchase. The approximate cost of required attic dust, indoor dust and soil testing on a single property would cost between 5 and 10 thousand dollars.

Homes tested within ¼ of a mile from the releasing facility all indicated elevated levels of dioxins, furans, polycyclic aromatic hydrocarbons and metals in indoor dust resulting from air emissions from the releasing facility. Remediation would have to be conducted by a specialized environmental hazardous waste management firm. Hazardous waste and/or contaminated soil will need to be transported and disposed at a hazardous waste disposal facility.

After remediation, additional testing will be required for impacted properties to confirm that the remediation was sufficient.

Based upon location and age of the building, I expect:

1. Nearly every home or building within ¼ mile of the Releasing Facility requires remediation.
2. Remediation is probably be required for homes or buildings within ½ mile of the Releasing Facility
3. Remediation is likely required for homes or buildings within ½ mile to 1 mile of the Releasing Facility.

Sincerely,

*Paul Rosenfeld*
Paul Rosenfeld Ph.D.
Project Manager/ Environmental Chemist

James Clark Ph.D.
Air Dispersion, Toxicologist

1