# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                    **PLAINTIFF**

VERSUS                      CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                  (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                    **DEFENDANTS**

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I. Name of Plaintiff, or decedent: **Charlie E. James**

II. Social Security Number of Plaintiff: **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**

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:

IV. Relationship to plaintiff: **SELF**

V. Present address of person completing this form:
**104 Springwood Cir**
**Crestview FL 32536**

1. **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 106 SPRING WOOD CIR CRESTVIEW FL, 32536 | 19?? | PRESENT |
| 10 KICKAPOO LOCKARD AL | 1973 | 1984 |
| NORTHSIDE PLAZA APT 8 FLORALA | JULY 1951 | 1973 |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims.** The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: HIGH BLOOD PRESSURE

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:
__*NA*_____   _____
Cause of Death                                          Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) __Dr. David Campell__
Name of Physician

Name of Clinic or Hospital
Address:  __Redstone Ave.__
__Crestview FL 32536__

Dates treated:
from ____/____  to ____/__Present__
         Month  Year           Month  Year

Dates of examination:
____/____/____
Month  Day  Year
____/____/____
Month  Day  Year
____/____/____
Month  Day  Year
____/____/____
Month  Day  Year
____/____/____
Month  Day  Year
____/____/____
Month  Day  Year

(ii) _____
Name of Physician

Name of Clinic or Hospital
Address:  _____
_____
_____

3

       Dates treated:
       from   \_\_\_\_/\_\_\_\_     to \_\_\_\_/\_\_\_\_
            Month  Year       Month  Year
       Dates of examination:

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

(iii)    _____
       Name of Physician

       _____
       Name of Clinic or Hospital
       Address:   _____

       Dates treated:
       from   \_\_\_\_/\_\_\_\_     to \_\_\_\_/\_\_\_\_
            Month  Year       Month  Year
       Dates of examination:

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

          \_\_\_\_/\_\_\_\_/\_\_\_\_
          Month  Day    Year

(iv) _____
Name of Physician

Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from ____/_____    to ____/_____
   Month Year          Month Year
Dates of examination:
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year
____/____/_____
Month Day  Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:


Month Day  Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: CARVER JUNION High
    Address: School, Florala AL

    Attendance for 35 (average) hours a week
    from 9 / 56 to 5 / 69
         Month Year    Month Year

(ii) Name of Location: MACEDONIA BAPTIST
     Address: Church
              Lockhart AL

    Attendance for 5 (average) hours a week
    from 1 / 51 to  /  PRESENT
         Month Year    Month Year

(iii) Name of Location: Lockhart Lumber
      Address: Lockhart AL
               Co AR,

    Attendance for 40+ (average) hours a week
    from  / 69 to  / 70  Summer Job
         Month Year    Month Year

(iv) Name of Location: Retail in Florala
     Address:

    Attendance for 10 (average) hours a week
    from 1 / 51 to  /    PRESENT
         Month Year    Month Year

(v) List additional exposure locations on attached Form "C".

E.  The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property: _CHARLIE + CHANDRA JONES_

B. The street address of the property:
_105 SPRING WOOD CIR_
_CRESTVIEW FL 32536_

Date property acquired: ___/ _85_
                        Month Year

Date property sold, if applicable: _N/A_
                                    Month Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:
_NONE_

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ _250,000_

The size of any buildings and/or homes is _1800_ square feet and the size of the real estate is _1/2_ acres, or ___ by ___, or other measure of size ___. The property is used for _LIVING_ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

8

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---------|--------------------------|---------------------------|
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |
|         |                          |                           |

Name of this plaintiff: _____

FORM "B"

### Additional Physician or Date of Examination Information
(You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:      _____
              _____
              _____

Dates treated:
from ____/_____        to ____/_____
     Month Year            Month Year

Dates of examination:
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year
____/____/_____
Month  Day   Year

Name of this plaintiff: _____

FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____  to ____/_____
      Month  Year      Month  Year

2. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____  to ____/_____
      Month  Year      Month  Year

3. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____  to ____/_____
      Month  Year      Month  Year

4. Name of Location: _____
   Address: _____
   _____
   _____

   Attendance for _____ (average) hours a week.
   from ____/_____  to ____/_____
      Month  Year      Month  Year

Name of this plaintiff: _____

A. The legal or equitable owner of the damaged or contaminated property:
*Charlie and Chandra James*

B. The street address of the property:
*810 Kickapoo*
*Ozark, AL 36455*

Date property acquired: ____/ *79*
                       Month   Year

Date property sold, if applicable: ____/____
                                    Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

*[signature]*

**CERTIFICATION**

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
                                    Plaintiff
                    OR

_____ As guardian/parent of _____, a minor child.
                    OR
_____ As administrator or executor of the estate of _____, deceased.

8