**EXHIBIT P**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                          **PLAINTIFF**

VERSUS                  CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                      (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                        **DEFENDANTS**

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I. Name of Plaintiff, or decedent: _Gary L Barnes_

II. Social Security Number of Plaintiff: _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_

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:

    _____

IV. Relationship to plaintiff:
    _self_

V. Present address of person completing this form:
    _1267 Juniper Street_
    _Florala, AL 36442_

1. **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| 1767 Juniper St, Florala, AL | 1957 | Rest |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

   Primary Illness: _____

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____   _____
Cause of Death                                    Date (mm/dd/year)

A. List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) _Dr. George Kuracobe M.D._
Name of Physician

Name of Clinic or Hospital
Address: _804 Elm St._
_Florala, AL_

Dates treated:
from __/57__ to __/5/07__
     Month Year       Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(ii) _Dr. Braxston_
Name of Physician

Name of Clinic or Hospital
Address: _____
_Andulusha_

3

     Dates treated:
     from   / 2007    to   / 2007
        Month Year    Month Year
     Dates of examination:

        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year

(iii)    _____
     Name of Physician

     _____
     Name of Clinic or Hospital
     Address: _____
           _____
           _____

     Dates treated:
     from   ____/____    to   ____/____
        Month Year    Month Year
     Dates of examination:

        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year
        ____/____/____
        Month Day Year

(iv) _____
   Name of Physician

   _____
   Name of Clinic or Hospital
   Address: _____
   _____
   _____

   Dates treated:
   from _____/_____   to _____/_____
        Month  Year          Month  Year
   Dates of examination:
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year
        _____/_____/_____
        Month  Day   Year

   List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

   _____/_____/_____
   Month  Day   Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: Macedonia Baptist
    Address: 17 Pawnee St, Lockhart, AL
    Attendance for 3 (average) hours a week.
    from / 1957 to / 2007
         Month Year    Month Year

(ii) Name of Location: George Washington Carver School
     Address: Florala, AL
     Attendance for 32 (average) hours a week.
     from / 1963 to / 1969
          Month Year    Month Year

(iii) Name of Location: Florala City School
      Address: Florala, AL
      Attendance for 32 (average) hours a week.
      from / 1969 to / 1972
           Month Year    Month Year

(iv) Name of Location: Florala High School
     Address: Florala, AL
     Attendance for 32 (average) hours a week.
     from / 1972 to / 1977
          Month Year    Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
_____N/A_____

B. The street address of the property:
_____
_____
_____

Date property acquired: _____/_____
                                 Month   Year

Date property sold, if applicable: _____/_____
                                                 Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

8

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Name of this plaintiff: _____

## FORM "B"

### Additional Physician or Date of Examination Information
(You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____
           _____
           _____

Dates treated:
from   _____/_____          to _____/_____
       Month   Year              Month   Year

Dates of examination:
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year
       _____/_____/_____
       Month  Day   Year

Name of this plaintiff: _____

FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: Lake Jackson
   Address: Florala, AL

   Attendance for __3__ (average) hours a week.
   from __/1957__ to __/2006__
      Month Year     Month Year

2. Name of Location: Moody Pharmacy
   Address:

   Attendance for __1__ (average) hours a week.
   from __/1965__ to __/2006__
      Month Year     Month Year

3. Name of Location: Piggly Wiggly
   Address:

   Attendance for __1__ (average) hours a week.
   from ___/___ to __/2007__
      Month Year     Month Year

4. Name of Location: Florala Pharmacy
   Address:

   Attendance for __1__ (average) hours a week.
   from ___/___ to __/2007__
      Month Year     Month Year

Name of this plaintiff: _____