EXHIBIT A

## The Colom Law Firm, L.L.C.

200 SIXTH STREET NORTH, SUITE 102
COLUMBUS, MS 39701

WILBUR O. COLOM*
W. EASON MITCHELL‡#
B. KELLY HARDWICK*
SHIRLEY C. BYERS*
CHARLES T. BRANT†#
CHARLES R. WAITS, III*‡
EDWARD L. PLEASANTS, III*
CRYSTAL R. GRIFFIN‡

ADMITTED IN
MISSISSIPPI*
GEORGIA†
ALABAMA‡
TEXAS‡
DISTRICT OF COLUMBIA#

MAILING ADDRESS:
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

120 NORTH CONGRESS STREET, STE. 904
JACKSON, MS 39201
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

January 22, 2007

Orlyn O. Lockard, III, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

John Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Re:  Florala Litigation

Dear Skip and John:

I will be providing you additional Rule 26 disclosures by an explanation as to who the individuals are and what information each possesses relevant to our clients' claims. Please do not be confused because we do not contend that we should supply names of family members, etc., for all clients until trial plaintiffs are chosen.

It appears that our damage computations that you requested will be included in the information required by the Court and we will have that you by March 2nd.

Orlyn O. Lockard, III, Esq
John Berghoff, Jr., Esq.
January 22, 2007
Page 2

---

Since we are required to submit the names of three trial plaintiffs by March 16th, why don't we go ahead and schedule a meeting and work this out face-to-face, or arrange a telephone conference when everyone can be available? I would like to suggest Thursday, March 16th, but I can be available anytime between March 5th and March 16th if you will let me know in advance.

I've also received your correspondence concerning expected copying expense of insurance documentation and agreements. I also understand that it may take a week or so to get this information gathered. Would you please give me some dates in February when I can come to your office and review this insurance information in person? I will then identify those items which should be copied and hopefully can avoid $10,000 of expense and a lot of trouble to everyone. I look forward to hearing from you.

                                              Sincerely yours,

                                              *Sent Without Signature To Avoid Delay*

                                              W. Eason Mitchell

WEM/knw
74899.wpd