**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 30, 2007

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   M.C., et al. v. Louisiana-Pacific Corporation, et al.**

**Case Number:    2:06-cv-83-LES**

**Docket Entry Number:    280 - Response in Opposition**

**The above referenced pleading was filed by counsel on 7/27/2007 without the referenced Exhibit A attached. Upon realizing his error counsel re-filed said Response in Opposition and added Exhibit A as an attachment (see document entry #281).**

Therefore pleading #280 Response in Opposition is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard this entry on the court's docket for this case.