IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v.   ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

## ORDER

Now pending before the court is Attorney Jaimy Levine Hamburg's motion to appear *pro hac vice* (doc. # 274) and Attorney Roberta M. Wertman's motion to appear *pro hac vice* (doc. # 275). Upon consideration of the motions and for good cause, it is

ORDERED that the motions be and are hereby GRANTED. Attorneys Hamburg and Wertman shall file notices of appearance with this court.

Done this 30th day of July, 2007.


              /s/Charles S. Coody
              CHARLES S. COODY
              CHIEF UNITED STATES MAGISTRATE JUDGE