IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,**    ) ) ) ) | |
| Plaintiff,    ) ) | CASE NO. 2:06-cv-83-LES-CSC (LEAD CASE) |
| vs.    ) ) | |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,**    ) ) ) | |
| Defendants.    ) | |

## DEFENDANTS' OBJECTION TO MOTION TO DISMISS STANLEY WALLACE

Without notice or explanation, Plaintiffs' counsel moved to dismiss the case of Stanley Wallace (docket no. 273). Mr. Wallace is important to this litigation. At the July 6 hearing, when advised by this Court of the process for trial plaintiff choice, Defendants named Mr. Wallace as their first selected trial plaintiff. The Court then designated Mr. Wallace's trial as "number 2 in the progression order."

Plaintiffs' counsel, at the hearing, pronounced Mr. Wallace a "fair choice." Presumably Plaintiffs' counsel based that assessment, as did Defendants' counsel, on Mr. Wallace's Lone Pine response (attached as Exhibit A) indicating a 40-year residence in Florala with respiratory, seizures, and high blood pressure claims. Respiratory illness claims cover approximately 40% of all Plaintiffs and high blood pressure claims cover another 29%.

This Court put an evenhanded process in place to ensure representative selection of the four initial trial plaintiffs. That selection process was in essence, (1) Plaintiffs choose, then

13389174.1

(2) Defendants choose, then (3) Plaintiffs choose, and (4) Defendants choose. Fundamental fairness, leading to a reasonable chance at ultimate resolution, was the guiding principle.

Through their motion to dismiss, Plaintiffs' counsel are attempting to alter the process radically by replacing fairness with manipulation as the guiding principle. The trial selection process will become: first Plaintiffs' counsel chooses, then Plaintiffs' counsel chooses, then Plaintiffs' counsel chooses, and finally Plaintiffs' counsel chooses again. Such a one-sided process is doomed to failure. Veto power to one party in the trial plaintiff choice process tips over the scales of fairness.

Defendants object to the dismissal of Stanley Wallace's case, with or without prejudice. Further, Defendants request that Plaintiffs be required to show cause and that dismissal (if any) should be with prejudice. The process outlined by this Court on July 6, with the agreement of all counsel, should be honored.

Dated: July 31, 2007						Respectfully submitted,


								/s/  John C. Berghoff, Jr.
								John C. Berghoff, Jr. (admitted *pro hac vice*)
								Mark R. Ter Molen (admitted *pro hac vice*)
								Matthew C. Sostrin (admitted *pro hac vice*)

								Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

        /s/  Bernard S. Taylor
Bernard S. Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

Robert Leslie Palmer

Wilbur O. Colom

Richard Elder Crum

/s/ Matthew C. Sostrin
Of Counsel