IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                    **PLAINTIFF**

**VERSUS**                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                              (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                              **DEFENDANTS**

### PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007

I.    Name of Plaintiff, or decedent: _Stanley Wallace_

II.   Social Security Number of Plaintiff: _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_

III.  If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is:

      _____

IV.   Relationship to plaintiff:

      _____

V.    Present address of person completing this form:
      _2340 Martin Luther King Jr. St._
      _Florala, AL. 36442_

1.    **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

1

PLF0009104

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| North Side PLaZA Apt 14 Florala AL 36442 | 1964 | 1973 |
| 1407 East 10th Ave, Florala, AL 36442 | 1973 | 1984 |
| 2390 Martin Luther King Jr. D. Florala, AL. 36442 | 1984 | Now |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. __Personal Injury Claims__.  The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness:  Asthma

2

PLF0009105

Other Conditions:

_Seizures, High Blood Pressure_

_____

_____

If death, cause of death and date:

_____    _____
Cause of Death                              Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

   (i)  _____

Name of Physician  _Dr. Fishwarner_

Name of Clinic or Hospital
Address:  _Florala, Hospital_

_Florala, AL. 36442_

Dates treated:
from _____/_____  to _____/2007_
    Month  Year        Month  Year
Dates of examination:

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

_____/_____/_____
Month  Day  Year

   (ii)  _____

Name of Physician  _Dr. Charles Brown_

Name of Clinic or Hospital
Address:  _Montgomery Hospital_

_Montgomery AL._

3

PLF0009106

Dates treated:
from  04 / 81        to  04 / 84
      Month  Year        Month  Year

Dates of examination:
      04 / 6 / 81
      Month  Day  Year
      12 / 07 / 83
      Month  Day  Year
      9 / 09 / 84
      Month  Day  Year
      ___ / ___ / ___
      Month  Day  Year
      ___ / ___ / ___
      Month  Day  Year
      ___ / ___ / ___
      Month  Day  Year

(iii)   _____
Name of Physician  Dr. Carroll Maxwell
_____
Name of Clinic or Hospital
Address:  Carroll Dr. Office
          Main St,
          Crestview, FL 32536

Dates treated:
from  03 / 87        to  06 / 92
      Month  Year        Month  Year

Dates of examination:
      12 / 11 / 87
      Month  Day  Year
      4 / 7 / 88
      Month  Day  Year
      3 / 23 / 89
      Month  Day  Year
      4 / 14 / 91
      Month  Day  Year
      6 / 12 / 92
      Month  Day  Year
      ___ / ___ / ___
      Month  Day  Year

4

(iv)    _____
        Name of Physician

        _____
        Name of Clinic or Hospital
        Address:    _____
                    _____
                    _____

        Dates treated:
        from _____/_____        to _____/_____
             Month   Year            Month   Year
        Dates of examination:
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year
                    _____/_____/_____
                    Month    Day    Year

        List additional physicians and/or dates for the listed physicians by use of the
        enclosed Form "B".

B.      The date on which the illness or disease causing death was first suffered (diagnosed)
        by the plaintiff, decedent or minor:

        _____/_____/_____
        Month    Day    Year

C.      The identity and concentration of the materials and substances which plaintiff claims
        caused the disease are included in plaintiffs' master response.

D.      Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or
        decedent) was exposed at the residence listed above and at the following locations:

5

PLF0009108

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i)    Name of Location:  _Florala Middle School_
        Address:          _____
                          _Florala AL 36442_

        Attendance for _40_ (average) hours a week.
        from _Aug._ / _71_    to _May_ / _78_
             Month  Year           Month  Year

(ii)   Name of Location:  _Florala High School_
        Address:          _____
                          _Florala, AL 36442_

        Attendance for _45_ (average) hours a week.
        from _Aug_ / _78_    to _May_ / _84_
             Month  Year           Month  Year

(iii)  Name of Location:  _First African Baptist Church_
        Address:          _____
                          _Florala AL 36442_

        Attendance for _5_ (average) hours a week.
        from _12_ / _65_    to _1_ / _84_
             Month  Year           Month  Year

(iv)   Name of Location:  _Lockhart Middle School_
        Address:          _____
                          _Lockhart AL_

        Attendance for _20_ (average) hours a week.
        from _Jun._ / _74_    to _May_ / _80_
             Month  Year           Month  Year

(v)    List additional exposure locations on attached Form "C".

E.     The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3.     **Property Damage Claims.**  List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

PLF0009109

A.    The legal or equitable owner of the damaged or contaminated property:

_____

B.    The street address of the property:

_____

_____

_____

Date property acquired:        _____/_____
                               Month   Year

Date property sold, if applicable:    _____/_____
                                      Month   Year

If you own more than one parcel of property, attach additional sheets including the information required.

C.    Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D.    The time period over which the material emanated from the facility is included in plaintiffs' master response.

E.    List any other cause or source of property damage unrelated to the facility:

_____

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F.    The value of the property before contamination was $_____

The size of any buildings and/or homes is _____ square feet and the size of the real estate is _____ acres, or _____ by _____, or other measure of size _____. The property is used for _____ purpose.  Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4.    The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

8

PLF0009111