IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM ) ) ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv83-LES: |
| ) | |
| PACTIV CORPORATION, et al., ) ) | |
| Defendants. ) | |

# PLAINTIFFS' RESPONSE IN COMPLIANCE WITH JULY 18, 2007 ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and file this response in compliance with this Honorable Court's July 18, 2007 *Order* (document 271) requiring the Plaintiffs to provide verification of John I. "Buck" Roberts' Lone Pine Questionnaire by August 1, 2007.

Attached hereto as **EXHIBIT A** is Mr. Roberts' original Lone Pine Questionnaire. In compliance with the Court's July 18, 2007 *Order* (document 271), the Plaintiffs sent this questionnaire back to Mr. Roberts, together with a blank questionnaire, a verification form, and a letter instructing Mr. Roberts either to verify the original questionnaire or, if there were any changes, to complete the blank questionnaire and verify it. Attached hereto as **EXHIBIT B** is a copy of the letter to Mr. Roberts.

Mr. Roberts completed the blank questionnaire, a copy of which is attached hereto as **EXHIBIT C**, and in the presence of a notary public signed the verification, a copy of which is

attached hereto as **EXHIBIT D**. He thereafter returned the newly completed questionnaire and verification to Environmental Litigation Group, P.C.

The Court may recall that the Defendants supplied the Court with Mr. Roberts' deposition testimony that he did not furnish the $800,000 figure on his original questionnaire to anybody, that he left the space blank, and that he did not agree with the $800,000 value for his property. The Defendants asserted that "there has been an unauthorized alteration of his response" and that "the integrity and reliability of the Court-ordered Lone Pine process are completely undermined." Significantly, although Mr. Roberts completed an entirely new questionnaire, he has verified the $800,000 figure, a fact (1) that demonstrates clearly that there was **_never_** an unauthorized alteration of Mr. Roberts' questionnaire, as asserted by the Defendants, and (2) that may well evidence the cognitive impairment suggested by _Plaintiffs' Motion to Strike_ (document 254) as a possible explanation for Mr. Roberts' inconsistency.

Plaintiffs' counsel nevertheless intends to dismiss any property damage claims made on behalf of Mr. Roberts, for the following reason: in an August 1, 2007 telephone conversation between Mr. Roberts and two of his counsel, Mr.Cade and Mr. Palmer, Mr. Roberts disclosed that his property lies outside of the zone of likely exposure to the release from the facility.

Because Mr. Roberts' personal exposure was not confined to the location of his property, the Plaintiffs will continue to prosecute Mr. Roberts' personal injury claims.

**Plaintiffs' Response In Compliance With July 18, 2007 Order**                                                  **Page 2**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will accept this response to its July 18, 2007 <u>Order</u> (document 271) requiring the Plaintiffs to provide verification of John Robert's Lone Pine Questionnaire by August 1, 2007.

/s/ *Gregory Andrews Cade*
Gregory Andrews Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Response In Compliance With July 18, 2007 Order**                                    **Page 3**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I caused the foregoing ***Plaintiffs' Response in Compliance With July 18, 2007 Order*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

Robert Leslie Palmer, Esq.
W. Eason Mitchell, Esq.
Fred R. DeLeon, Jr., Esq.
John C. Berghoff, Jr., Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
John A. Earnhardt, Esq.
Bernard Taylor, Esq.
Douglas S. Arnold, Esq.
Orlyn O. Lockhard, III, Esq.
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
Laura Porter, Esq.
Abner Riley Powell III, Esq.
Benjamin Max Bowden, Esq.
Edwin Bryan Nichols, Esq.

/s/ *Gregory A. Cade*
Of Counsel

**Plaintiffs' Response In Compliance With July 18, 2007 Order**                                                                 Page 4
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**