IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                  PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                              (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                              DEFENDANTS


**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**


I.      Name of Plaintiff, or decedent:
        _John I. Roberts_

II.     Social Security Number of Plaintiff: _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_

III.    If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form:
        _John I. Roberts_

IV.     Relationship to plaintiff:
        _____

V.      Present address of person completing this form:
        _John I Roberts_
        _2829 Easy Street Road_
        _Florala, Fla. 36442_

1.      **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

        _Same up to 1968_
        _1963 to 1970 US ARMY    Fort Benning, Ga_
                                 _Fort Dix, New Jersey_
                                 _Fort Myers, Va._
        _1970 to 2007 Same_

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| Florala, AL 36442 | 1948 | 1968 |
| 2829 Easy Street Rd | 1970 | 2007 |
| U.S. Army | 1968 | 1970 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

Primary Illness: Kidney problems

2

Other Conditions: _High Blood Pressure_
_High Chlorestrol_
_Kidney ooteoed & problems_

If death, cause of death and date:

_____     _____
Cause of Death                   Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i)  _J.F. Holley_
Name of Physician
_Lake View Hospital_
Name of Clinic or Hospital
Address: _Florala, Ala._

Dates treated:
from ___/_62_  to ___/_63_
   Month Year      Month Year

Dates of examination: _?_
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

_Upper Respiratory Tract Infection 1964_

_Blood Poision_

(ii)  _Wheeler Gunnels_
Name of Physician
_Opp Mizell Memorial_
Name of Clinic or Hospital
Address: _Opp ala_

3

Dates treated:
from ___/_70_   to ___/_73_
       Month Year         Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

(iii) *Dr. Potter*
Name of Physician
*Florala Memorial Hospital*
Name of Clinic or Hospital
Address: *Florala, Ala.*

Dates treated:
from ___/_74_   to ___/_74_
       Month Year         Month Year

Dates of examination:
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year
___/___/___
Month Day Year

IV *Dr. Marsh*
(87)

V *Dr. Hasique*
1977

*Southeast Medical Center - Dothan, Ala.*
*2004*

(iv)    Dr. S. Vishwanath
     Name of Physician

Name of Clinic or Hospital
Address:   Fifth Street
     Florala, Ala.

Dates treated:
from ____ / [scribbled] to ____ / ____
    Month Year     Month -Year

Dates of examination:

Kidney Problems 1988
Bronchitis 10/27/1997
Allergies 10/27/1997
Arthritis 10/27/1997

|  Month | Day | Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B.   The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

____ / ____ / _____
Month   Day   Year

C.   The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D.   Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: _Lockhart - Lumber - I.M.A. Forest, Louisiana Pacific_
    Address: _Hyway 55_
    _Lockhart, ala._
    Attendance for _50_ (average) hours a week.
    from _9_ / _77_ to _12_ / _99_
         Month Year      Month Year

(ii) Name of Location: _Covington County_
     Address: _District III_
     _Florala, Ala_
     Attendance for _40_ (average) hours a week.
     from ___ / _01_ to ___ / _07_
          Month Year      Month Year

(iii) Name of Location: _Hooten Equip - John Deere_
      Address: _Florala, ala_
      Attendance for _50_ (average) hours a week.
      from ___ / _70_ to ___ / _73_
           Month Year      Month Year

(iv) Name of Location: _International Paper Co_
     Address: _Lockhart, ala._
     Attendance for _45_ (average) hours a week.
     from ___ / _73_ to ___ / _77_
          Month Year      Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

A. The legal or equitable owner of the damaged or contaminated property:
_John I. Roberts_

B. The street address of the property:
_2829 Easy Street Road_
_Florala, Ala. 36442_

Date property acquired: _11 / 68_
  Month  Year

Date property sold, if applicable: ___ / ___
  Month  Year

If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:
_None_

Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $_800,000_

The size of any buildings and/or homes is _1200_ square feet and the size of the real estate is _1/4_ acres, or _____ by _____, or other measure of size _____. The property is used for _Farming + Pasture_ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____*John J. Roberts*_____
Plaintiff

OR

_____ As guardian/parent of _____, a minor child.

OR

_____ As administrator or executor of the estate of _____, deceased.

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Name of this plaintiff: _____

FORM "B"

**Additional Physician or Date of Examination Information**
(You may make copies of this page if needed)

_Dr. Hosein_
Name of Physician

_____
Name of Clinic or Hospital
Address:   _____

_Florala, AL 36442_

Dates treated:
from ____/____   to ____/____
    Month  Year      Month  Year

Dates of examination:
____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

High Blood Pressure 1991

____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

____/____/____
Month  Day  Year

Name of this plaintiff: _____

FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: _MacDaniel Motor Co_
   Address: _Florala, Ala_

   Attendance for _40_ (average) hours a week.
   from _/ 66_ to _/ 63_
   Month Year    Month Year

2. Name of Location: _Florala High School_
   Address: _Florala, Ala._

   Attendance for _35_ (average) hours a week.
   from _9 / 63_ to _5 / 67_
   Month Year    Month Year

3. Name of Location: _W. S. Harlan_
   Address: _Lockhart, Ala_

   Attendance for _35_ (average) hours a week.
   from _9 / 56_ to _5 / 63_
   Month Year    Month Year

4. Name of Location: _____
   Address: _____

   Attendance for _____ (average) hours a week.
   from ____/____ to ____/____
   Month Year    Month Year

Name of this plaintiff: _____