

Thursday, July 26, 2007

John Roberts
2829 Easy Street Road
Florala, AL  36447

      RE:    Louisiana Pacific/TMA-Pactiv Facility Lawsuit

Dear Mr. Roberts:

    **It is very important that we take care of this matter immediately**.  As you know there have been some issues regarding the questionnaire we provided to the defendants on your behalf.  Enclosed you will find a copy of that questionnaire.   I've also enclosed a blank questionnaire.  We need you to read over the original version.  If it is correct and needs no changes you may disregard the blank copy.  If however, you feel that any information needs to be changed or added, please fill out the second copy enclosed.  Once you've done this, I need for you to immediately take the "Verification of Lone Pine Responses" to be notarized (you can most likely go to the bank to have it notarized.)  Please return the questionnaires and notarized verification to our office in the enclosed FedEx envelope immediately!  **We must have it in our office no later than Tuesday, July 31st**.  Please feel free to contact us if you have any questions.

                Yours Truly,


                Wendy Garmon
                Paralegal for Gregory A. Cade

Enclosure
/wg