IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                               PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                          (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                             DEFENDANTS

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 8, 2007**

I.   Name of Plaintiff, or decedent: *John I Roberts*

II.  Social Security Number of Plaintiff: *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*

III. If Plaintiff is a minor, or plaintiff is an executor or administrator, the name of the person completing this form is: *John I. Roberts*

IV.  Relationship to plaintiff:
     _____

V.   Present address of person completing this form:
     *John I. Roberts*
     *2829 Easy Street Road*
     *Florala, Ala. 36442*

1.   **Residence**: List each address that the plaintiff (or decedent, or minor) resided at between 1950 and the present:

     *Same up to 1968*

     *1968 to 1970 U.S. ARMY       Fort Benning, Ga*
                                   *Fort Dix, New Jersey*
                                   *Fort Mymers, Va.*

     *1970 til 2007 Same*

1

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
| Florala, Ala. 36442 2829 Easy St Road | 1948 | 1968 |
| US ARMY | 5-1968 | 5-1970 |
| Florala, Ala. 2829 Easy St Road | 5-1970 | 2007 |
| | | |
| | | |
| | | |

If more than six (6) residences from 1950 to present, complete and attach Form "A" to include additional residences whether or not they were in the Florala/Lockhart area.

2. **Personal Injury Claims**. The illness, injury or condition that the plaintiff claims was suffered as a result of exposure to materials emanating from defendants' operation at the facility:

    Primary Illness:
    _____

2

Other Conditions:

_____
_____
_____

If death, cause of death and date:

_____    _____
Cause of Death                                     Date (mm/dd/year)

A.  List the name and address of each physician who has treated the plaintiff, or decedent, and the dates on which the physician examined them. If you cannot provide precise dates, please provide the dates as best as you can determine:

(i) _____J.F. Holley_____
   Name of Physician
   ___Lake View Hospital_____
   Name of Clinic or Hospital
   Address: ___Florala_____
   _____

   Dates treated:
   from ___/ 62___ to ___/ 63___  Blood Poision
        Month Year       Month Year
   Dates of examination:
   ___/___/ 64___  Upper Respiratory Tract Infection
   Month Day  Year
   ___/___/_____
   Month Day  Year
   ___/___/_____
   Month Day  Year
   ___/___/_____
   Month Day  Year
   ___/___/_____
   Month Day  Year
   ___/___/_____
   Month Day  Year

(ii) ___Wheeler Hunnels_____
    Name of Physician
    ___Opp Mizell Memorial_____
    Name of Clinic or Hospital
    Address: ___Opp, Ala._____
    _____

3

Dates treated:
from ____/ 70    to ____/ 70
   Month Year      Month Year    *appendicitis*

Dates of examination:
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year

(iii)    Dr. Potter
Name of Physician
Florala Memorial Hospital
Name of Clinic or Hospital
Address:    Florala, Ala

Dates treated:
from ____/ 74    to ____/ 74
   Month Year      Month Year

Dates of examination:
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year
____/____/____
Month Day Year

4

(iv) _Dr. Marsh + Dr. S. Vishwanath_
Name of Physician
_Florala Hospital_
Name of Clinic or Hospital
Address: _Fifth Street_
_Florala, Ala._

Dates treated:
from ____/____ to ____/____
       Month Year        Month Year
Dates of examination:
____/____/_88_ _Kidney Problems_
Month Day Year
_10_/_27_/_1997_ _Bronchitis_
Month Day Year
_10_/_27_/_1997_ _Allergies_
Month Day Year
_10_/_27_/_1997_ _Arthritis_
Month Day Year
____/____/____
Month Day Year
____/____/_2007_ — _High Blood Pressure_
Month Day Year
____/____/____
Month Day Year

List additional physicians and/or dates for the listed physicians by use of the enclosed Form "B".

B. The date on which the illness or disease causing death was first suffered (diagnosed) by the plaintiff, decedent or minor:

____/____/____
Month Day Year

C. The identity and concentration of the materials and substances which plaintiff claims caused the disease are included in plaintiffs' master response.

D. Plaintiff claims exposure by means of ingestion and inhalation. Plaintiff (or decedent) was exposed at the residence listed above and at the following locations:

5

List all locations which you regularly visited, such as schools, churches, employment, within Florala/Lockhart from 1950 to present:

(i) Name of Location: Lockhart Lumber, TMA, Forest Products, Louisiania Pacific
 Address: Highway 55
 Lockhart, Ala.

Attendance for _50_ (average) hours a week.
from _9_/_77_ to _12_/_99_
    Month Year      Month Year

(ii) Name of Location: Covington County
 Address: District 3
 Florala, Ala.

Attendance for _40_ (average) hours a week.
from ___/___ to ___/_07_
    Month Year      Month Year

(iii) Name of Location: Hooten Equipment Co.
 Address: Florala, Ala.

Attendance for _50_ (average) hours a week.
from ___/_70_ to ___/_73_
    Month Year      Month Year

(iv) Name of Location: International Paper Co.
 Address: Lockhart, Ala.

Attendance for _45_ (average) hours a week.
from ___/_73_ to ___/_77_
    Month Year      Month Year

(v) List additional exposure locations on attached Form "C".

E. The basis for concluding that the injury causing materials emanated from the facility and a description of the environmental pathway is included in plaintiffs' master response.

3. **Property Damage Claims.** List any property damages or contamination, whether on plaintiff's behalf, or on behalf of a decedent's estate:

6

A. The legal or equitable owner of the damaged or contaminated property:
   _John I. Roberts_

B. The street address of the property:
   _2829 Easy Street Road_
   _Florala, Ala. 36442_

   Date property acquired: ____/_____
                          Month  Year

   Date property sold, if applicable: ____/_____
                                     Month  Year

   If you own more than one parcel of property, attach additional sheets including the information required.

C. Plaintiff asserts that the environmental pathway was by way of air, whether by vapor or windblown ash and soil. The identity and amount of the substance affecting the property is included in plaintiffs' master response.

D. The time period over which the material emanated from the facility is included in plaintiffs' master response.

E. List any other cause or source of property damage unrelated to the facility:

   _____

   Any other unrelated source identified by an expert will be included in plaintiffs' master response, if applicable.

F. The value of the property before contamination was $ _800,000_.

   The size of any buildings and/or homes is _1200_ square feet and the size of the real estate is _114_ acres, or _____ by _____, or other measure of size _____. The property is used for _Farming + Pasture_ purpose. Information providing calculations for value of the property after contamination are contained in plaintiffs' master response.

4. The names and addresses of each expert who has been employed to testify on behalf of plaintiffs on issues of causation and damages are included in plaintiffs' master response.

7

## CERTIFICATION

  I hereby certify that the information provided herein is correct according to my best information, knowledge and belief.

_____*John J. Roberts*_____
     Plaintiff
    OR

_____ As guardian/parent of _____, a minor-child.
    OR
_____ As administrator or executor of the estate of _____, deceased.

FORM "A"

Additional Residence Information
(You may make copies of this page if needed)

| Address | Date Moved In Month/Year | Date Moved Out Month/Year |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Name of this plaintiff: _____

# FORM "B"

## Additional Physician or Date of Examination Information
### (You may make copies of this page if needed)

_____
Name of Physician

_____
Name of Clinic or Hospital
Address: _____
_____
_____

Dates treated:
from _____/_____    to _____/_____
    Month  Year       Month  Year

Dates of examination:
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year
_____/_____/_____
Month  Day  Year

Name of this plaintiff: _____

FORM "C"

**Additional Exposure Locations and Dates of Exposure**
(You may make copies of this page if needed)

1. Name of Location: McDaniel Motor Co.
   Address: Florala, Ala

   Attendance for _40_ (average) hours a week.
   from __/66__ to __/68__
      Month Year    Month Year

2. Name of Location: Florala High School
   Address: Florala, Ala.

   Attendance for _35_ (average) hours a week.
   from _9_/_63_ to _5_/_67_
      Month Year    Month Year

3. Name of Location: W. S. Harlan
   Address: Lockhart, Ala.

   Attendance for _35_ (average) hours a week.
   from _9_/_56_ to _5_/_63_
      Month Year    Month Year

4. Name of Location: _____
   Address: _____

   Attendance for ____ (average) hours a week.
   from ___/___ to ___/___
      Month Year    Month Year

Name of this plaintiff: _John L. Roberts_