IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                                        **PLAINTIFF**

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                        (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                **DEFENDANTS**

**VERIFICATION OF LONE PINE RESPONSES**
**JOHN I. ROBERTS**

STATE OF ALABAMA
COUNTY OF COVINGTON

**BEFORE ME**, the undersigned Notary Public, in and for the State of Alabama, on this 27th day of July 2007, personally appeared **JOHN I. ROBERT**, known to me and is and of lawful age, who being by me first duly sworn, on his oath, deposes and says as follows:

My name is John I. Roberts. I am a plaintiff in the pending lawsuit against Louisiana Pacific Corporation and Pactiv Corporation. I swear that the answers given in the attached questionnaire are true and correct to the best of my knowledge. This statement is verification that I have read and personally answered each question.

_____
JOHN I. ROBERTS

**SWORN TO** and **SUBSCRIBED** to before me, this 27th day of July, 2007.

_____
Notary Public
My commission expires: May 14, 2010