IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MELANIE CHAMBERS**, by and through her mother and next friend, **Gail Tatum**, | \| \| \| \| |
| **PLAINTIFF** | \| \| |
| vs. | \| **CASE NO. 2:06-CV-00083-WKW-SRW** \| |
| **TMA FOREST PRODUCTS GROUP**, et al., | \| \| \| |
| **DEFENDANTS** | \| |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the Defendant, Louisiana-Pacific Corporation, by and through counsel, Dennis R. Bailey, Esquire, and asserts the following in support of this Motion for Admission *Pro Hac Vice*.

In this action, counsel of record for this Defendant is Dennis R. Bailey, Esquire.

This Defendant desires to have Meaghan Boyd, Akila McConnell, Sean Simmons and Joshua Becker, of Alston & Bird, LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia, 30309-3424, assist Dennis R. Bailey, Esquire, in the defense of its interests in this matter. They are familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Rushton, Stakely, Johnston & Garrett as counsel in this matter.

Meaghan Boyd, Akila McConnell, Sean Simmons, and Joshua Becker are members in good standing and admitted to practice in the United States District Court for the Northern

District of Georgia. Their respective Certificates of Good Standing are attached hereto as Exhibits A, B, C and D, respectively.

The named attorneys are not and have not been under any order of disbarment, suspension or other discipline.

The named attorneys represent and warrant that they will comply with all rules of the state of Alabama and this Honorable Court in and throughout their *Pro Hac Vice* admission in this action.

WHEREFORE, Defendant Louisiana-Pacific Corporation respectfully requests that this Honorable Court enter an Order granting this Motion for Admission *Pro Hac Vice*.

Respectfully submitted this 1st day of August, 2007.

    /s/ Dennis R. Bailey
Dennis R. Bailey (4845-I71D)
R. Austin Huffaker (3422-F55R)
Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this the 1st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

  W. Eason Mitchell

  Gregory A. Cade

  H. Thomas Wells, Jr.

  John A. Earnhardt

  Fred R. DeLeon

  W. Lee Gresham, III

  E. Bryan Nichols


        */s/ Dennis R. Bailey*