Exhibit A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MEAGHAN GOODWIN BOYD, 142521,** was duly admitted to practice in said Court on JULY 30, 2007 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 30th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Phyllis Brannon*
Phyllis Brannon
Deputy Clerk