Exhibit C



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that SEAN ALLEN SIMMONS, State Bar No. 142519,** was duly admitted to practice in said Court on January 30, 2006, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk

