Exhibit D



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOSHUA LUKE BECKER**, State Bar No. 046046, was duly admitted to practice in said Court on July 12, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _/s/ Jamee Green_
Jamee Green
Deputy Clerk

