IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

## ORDER

Now pending before the court is the defendant's motion to appear *pro hac vice* filed on August 1, 2007. (Doc. # 288). Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Attorneys Boyd, McConnell, Simmons, and Becker shall file notices of appearance with this court.

Done this 6th day of August, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE