IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) |

# PLAINTIFFS' REQUEST FOR INSPECTION OF LAND, EQUIPMENT, AND FURNISHINGS

Pursuant to Rule 34(a)(2) of the *FEDERAL RULES OF CIVIL PROCEDURE*, the Plaintiffs request that the Defendants, Pactiv Corporation and Louisiana-Pacific Corporation, each permit the Plaintiffs, their lawyers and their lawyers' employees, and their environmental, air, land, and/or groundwater experts and/or consultants, at mutually convenient times, to:

1. Enter onto and inspect, measure, survey, photograph, videotape, test, and take samples from all land, buildings, and other improvements associated with the wood treatment facility in Lockhart, Alabama made the subject of the above-styled lawsuit (hereinafter the "Facility"), including, without limitation:

    A. Taking rock core samples using appropriate methodology, including, without limitation, direct air-rotary drilling, direct rotary drilling with water-based drilling fluid, and direct rotary wireline casing advancement drilling methods, to undefined depths.

      B.      Taking soil samples to undefined depths through the use of, without limitation, hollow stem auger cuttings, Shelby tubes, and/or other similar soil extraction technology.

      C.      Installing, developing, purging, and sampling to undefined depths, over a period of time, individual and/or nested monitoring and/or sampling wells and/or piezometers throughout the Facility, including, without limitation, in the vicinity of existing, closed, and/or abandoned monitoring wells and/or piezometers.

      D.      Installing and using, over a period of time, independent high volume air monitoring equipment.

2.      Gain access to and inspect, measure, survey, photograph, videotape, test, and take samples from all furnishings, machinery, and equipment associated with the Facility, whether currently located there or located elsewhere.

RESPECTFULLY SUBMITTED on this the 6th day of August, 2007.

/s/ *Robert Leslie Palmer*
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Request for Inspection of Land, Equipment, and Furnishings**    **Page 2**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I caused the foregoing ***Plaintiffs' Request for Inspection of Land, Equipment, and Furnishings*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

Gregory A. Cade, Esq.
Fred R. DeLeon, Jr., Esq.
W. Eason Mitchell, Esq.
John C. Berghoff, Jr., Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
John A. Earnhardt, Esq.
Bernard Taylor, Esq.
Douglas S. Arnold, Esq.
Orlyn O. Lockhard, III, Esq.
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
Laura Porter, Esq.
Abner Riley Powell III, Esq.
Benjamin Max Bowden, Esq.
Edwin Bryan Nichols, Esq.

/s/ *Robert Leslie Palmer*
Of Counsel

**Plaintiffs' Request for Inspection of Land, Equipment, and Furnishings**     Page 3
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**