**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **M.C. who sues by and through her**<br>**mother and next friend, GAIL TATUM** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO. 2:06cv83-LES:** |
| | ) |
| **PACTIV CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

# PLAINTIFFS' MOTION FOR PERMISSION
# TO REPLY TO DEFENDANT'S FILING NO. 281

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and move this Honorable Court for permission to reply to *Defendant Louisiana-Pacific's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment* (Document 281), hereinafter the "*Summary Judgment Response*."   In support hereof, the Plaintiffs state as follows:

In its *Summary Judgment Response*, Defendant Louisiana-Pacific Corporation has included a request for sanctions.  Had the request for sanctions been filed as a separate motion, the Plaintiffs would be permitted to respond only after the entry of a show cause order.  As now filed, however, it is not clear when the Plaintiffs may respond to the request for sanctions.

In addition, the _Summary Judgment Response_ includes misconstructions and omissions of fact that the Plaintiffs would like to address.

Finally, the Plaintiffs would also like to reply to the substantive legal arguments made in the _Summary Judgment Response_.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will grant them permission to reply to _Defendant Louisiana-Pacific's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment_ (Document 281).


_/s/ Robert Leslie Palmer_
Robert Leslie Palmer, State Court ID No. PAL007

_/s/ Gregory Andrews Cade_
Gregory Andrews Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Motion for Permission to Reply to Defendant's Filing No. 281          Page 2**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I caused the foregoing *Plaintiffs' Motion for Permission to Reply to Defendant's Filing No. 281* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to be sent to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Bernard Taylor, Sr., Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | Douglas Sheppard Arnold, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Dennis R. Bailey, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | R. Austin Huffaker, Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

/s/ *Robert Leslie Palmer*
Of Counsel

---

[1]    Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Motion for Permission to Reply to Defendant's Filing No. 281          Page 3**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**