**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **M.C., who sues by and through her mother and next friend, GAIL TATUM,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **CASE NO. 2:06-cv-83-LES-CSC** |
| | ) | **(LEAD CASE)** |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**NOTICE OF APPEARANCE OF AKILA S. MCCONNELL**

Pursuant to the Court's Order dated August 6, 2007 (doc. #289), Akila S. McConnell, Esq. of Alston & Bird LLP, hereby files this Notice of Appearance as counsel of record to Defendant Louisiana-Pacific Corporation in the above-styled matter.

Respectfully submitted this 9th day of August, 2007.

/s/ Akila S. McConnell
Akila S. McConnell (admitted *pro hac vice*)

*Counsel for Defendant Louisiana-Pacific Corporation*

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
akila.mcconnell@alston.com

LEGAL02/30483489v1

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2007, I filed the foregoing via the

CM/ECF system which will send notice of said filing to all counsel of record.


/s/ Akila S. McConnell
Of Counsel

LEGAL02/30483489v1