IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br>Plaintiff, <br><br>vs. <br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br>Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) (LEAD CASE) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF ROBERTA M. WERTMAN

Pursuant to the Court's Order dated July 30, 2007 (doc. #283), Roberta M. Wertman, Esq. of Mayer, Brown, Rowe & Maw LLP, hereby files this Notice of Appearance as counsel of record of Defendant Pactiv Corporation in the above-captioned matter.

Dated: August 13, 2007

/s/ Roberta M. Wertman
Roberta M. Wertman (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

5175517.1

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
jhamburg@mayerbrownrowe.com
msostrin@mayerbrownrowe.com
rwertman@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

5175517.1                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

/s/ Roberta M. Wertman
Of Counsel
