**Lockard, Skip**

---

| | |
|---|---|
| **From:** | Lockard, Skip |
| **Sent:** | Thursday, July 19, 2007 4:55 PM |
| **To:** | 'Eason Mitchell'; 'Eason' |
| **Cc:** | Taylor, Bernard; Arnold, Doug; 'Berghoff, Jr., John C.'; 'Ter Molen, Mark R.'; 'Sostrin, Matthew C.'; 'kwinter@colom.com' |
| **Subject:** | Lockhart litigation |

Eason:

I got your return voicemail regarding the Third Amended Complaint in Chambers. I believe Judge Strom expects the parties to get back to him in short order if there is any complaint other than the Third Amended Chambers Complaint now at issue in the Lockhart litigation. Therefore, we should probably not wait until next week to try to sort that out. If you could confirm that the Third Amended Complaint in Chambers contains the operative allegations and causes of action as soon as possible, we'd appreciate it. Also, the Court previously dismissed the conspiracy count from the Chambers case -- can you please confirm that Plaintiffs do not intend to assert conspiracy in the litigation?

I am sorry to hear about the stroke Mr. Drake's wife suffered. If she is near death as per your voicemail, it may be better to postpone Mr. Drake's deposition until a later time, which we are willing to do. That would also permit us to finish up a day early by moving the Friday deponent (Chester Ray Norris) into Mr. Drake's spot and having all the depos in Montgomery as noticed. That would leave the following schedule:

Tuesday @ 10 a.m.: Raymond Adams
Wednesday @ 9 a.m.: Donnell Bradberry
Wednesday @ 2 p.m.: Dick Patrick Lee
Thursday @ 9 a.m.: Chester Ray Norris
Thursday @ 2 p.m.: Walter Kimbro

Let me know if this is a problem. I am also copying Karen Winter on this email.

Regards,

Skip Lockard
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424

Direct Dial: (404) 881-7126
Fax: (404) 881-7777



EXHIBIT A