# The Colom Law Firm, L.L.C.

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
EDTRIK BAKER‡

ADMITTED IN:
ALABAMA*
GEORGIA*
FLORIDA‡
DISTRICT OF COLUMBIA†

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39702-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKWON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

July 19, 2007

VIA FACSIMILE & E-MAIL

Orlyn B. Lockard, III, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re:   M.C. v. PACTIV Corporation and L-P Corporation

Dear Skip:

    I received your phone message and am unable to get the complaint to answer your questions while traveling. If you will bring a hard copy with you to Montgomery next week, we can go over the complaint and your questions one evening, or during a break in the depositions, and avoid a lot of confusion. Please bring copies of the complaints and questions to Montgomery and we'll do that while we're there. I look forward to seeing you.

                              Sincerely yours,

                              *Sent Without Signature To Avoid Delay*

                              W. Eason Mitchell

WEM/knw
cc:   John C. Berghoff, Jr., Esq. (via facsimile & e-mail)
      Bernard Taylor, Sr., Esq. (via facsimile & e-mail)
      Mark R. Ter Molen, Esq. (via facsimile & e-mail)
      Gregory A. Cade, Esq. (via facsimile & e-mail)
83291.wpd


EXHIBIT B

## Lockard, Skip

| | |
|---|---|
| **From:** | Karen Winter [kwinter@colom.com] |
| **Sent:** | Thursday, July 19, 2007 4:56 PM |
| **To:** | Lockard, Skip; John C. Berghoff , Jr ; Taylor, Bernard; Mark R. Ter Molen ; Greg Cade |
| **Cc:** | Eason; easonmitchell@bellsouth.net |
| **Subject:** | M.C. v. PACTIV & L-P |
| **Attachments:** | ltr lockard re depos.pdf; ltr lockard re complaint.pdf |

Gentlemen: Attached please find two (2) letters from Eason Mitchell. If you have any problems with them, please let me know.

*Karen N. Winter*
*Legal Assistant*
*The Colom Law Firm, LLC*
*Post Office Box 866*
*Columbus, MS 39703-0866*
*Telephone: 662-327-0903 ext 35*
*Fax: 662-329-4832*
*E-mail: kwinter@colom.com*

This e-mail is confidential and protected under attorney-client privilege. As such, said documents are intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby put on notice that any dissemination, copy or any other use whatsoever of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender at the number above.