**Lockard, Skip**

| | |
|---|---|
| From: | Lockard, Skip |
| Sent: | Thursday, July 19, 2007 5:50 PM |
| To: | 'Eason' |
| Cc: | Taylor, Bernard; Arnold, Doug; 'Berghoff, Jr., John C.'; 'Ter Molen, Mark R.'; 'Sostrin, Matthew C.'; GregC@elglaw.com; 'kwinter@colom.com' |
| Subject: | RE: Lockhart litigation |

Eason: Thanks, but we prefer to take depositions in Montgomery as noticed if at all possible. Is there a specific reason why Mr. Norris cannot make it to Montgomery? Perhaps we can come up with another solution.

As I mentioned, we are willing to defer Mr. Drake until his wife is doing better. I would be nice to just do all the others Tues-Weds-Thurs in Montgomery.

I did not mean to suggest that you read while driving. I know too many lawyers who have made that mistake. If you do not have time to look at the complaints before next Tuesday, you can just let us know then.

Thanks.

-----Original Message-----
From: Eason [mailto:emitchell@mycingular.blackberry.net]
Sent: Thursday, July 19, 2007 5:19 PM
To: Lockard, Skip
Subject: Re: Lockhart litigation

She is not near death. It is just best that he not go to montogomery. We have. Arranged for him to be availab le in andalusia on tgursday. Also there is some problem wirth norruis absd that one day sloves everything. Please confirm.

Skip. I will go over those complaints with you b ut I cannot do it while driving upon your immediate demand Sent via Cingular Xpress Mail with Blackberry

-----Original Message-----
From: "Lockard, Skip" <Skip.Lockard@alston.com>

Date: Thu, 19 Jul 2007 16:55:05
To:"Eason Mitchell" <emitchell@colom.com>,"Eason" <emitchell@mycingular.blackberry.net>
Cc:"Taylor, Bernard" <Bernard.Taylor@alston.com>,"Arnold, Doug" <Doug.Arnold@alston.com>,"Berghoff, Jr., John C." <JBerghoff@mayerbrownrowe.com>,"Ter Molen, Mark R." <MTerMolen@mayerbrownrowe.com>,"Sostrin, Matthew C." <MSostrin@mayerbrownrowe.com>,kwinter@colom.com
Subject: Lockhart litigation


Eason:
I got your return voicemail regarding the Third Amended Complaint in Chambers. I believe Judge Strom expects the parties to get back to him in short order if there is any complaint other than the Third Amended Chambers Complaint now at issue in the Lockhart litigation. Therefore, we should probably not wait until next week to try to sort that out. If you could confirm that the Third Amended Complaint in Chambers contains the operative allegations and causes of action as soon as possible, we'd appreciate it. Also, the Court previously dismissed the conspiracy count from the Chambers case -- can you please confirm that Plaintiffs do not intend to assert conspiracy in the litigation?
I am sorry to hear about the stroke Mr. Drake's wife suffered. If she is near death as per your voicemail, it may be better to postpone Mr. Drake's deposition until a later time, which we are willing to do. That would also permit us to finish up a day early by moving the Friday deponent (Chester Ray Norris) into Mr. Drake's spot and having all the depos in Montgomery as noticed. That would leave the following schedule:
Tuesday @ 10 a.m.: Raymond Adams
Wednesday @ 9 a.m.: Donnell Bradberry
Wednesday @ 2 p.m.: Dick Patrick Lee

1



Thursday @ 9 a.m.: Chester Ray Norris
Thursday @ 2 p.m.: Walter Kimbro
Let me know if this is a problem. I am also copying Karen Winter on this email.
Regards,
Skip Lockard
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA  30309-3424
Direct Dial:  (404) 881-7126
Fax: (404) 881-7777

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee. If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited. If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof. Thank you.