**Lockard, Skip**

| | |
|---|---|
| From: | Lockard, Skip |
| Sent: | Monday, July 30, 2007 4:57 PM |
| To: | 'Eason Mitchell' |
| Cc: | 'MSostrin@mayerbrownrowe.com' |
| Subject: | Chambers Third Amended Complaint |

Eason:

I hope everything turned out okay with your daughter.

One item that we need to revisit this week is the issue of whether the causes of action in the Chambers Third Amended Complaint are in fact what we are operating under going forward. If that is not the case, we will need to advise the Court as soon as possible. Can we please set up a conference call this week to discuss? Let us know some times that work for you.

Thanks,
Skip



EXHIBIT D

1