# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Orlyn O. Lockard, III                 Direct Dial: 404-881-7126                 E-mail: skip.lockard@alston.com

August 2, 2007

### VIA FACSIMILE AND E-MAIL

Mr. Eason Mitchell
The Colom Law Firm, LLC
406 3rd Avenue North
Columbus, MS 39703

   Re:  *M.C. v. Pactiv Corp., et. al.*

Dear Eason:

  As the Court noted at the July 6, 2007 hearing in Omaha, Plaintiffs have filed several different complaints in the Lockhart litigation. To follow-up on my prior emails and our discussion last week in Montgomery, we need to advise the Court as quickly as possible what causes of action and factual allegations the parties believe apply to the four initial trial Plaintiffs.

  It is Defendants' understanding that that the causes of action and factual allegations in the Third Amended Complaint in the Melanie Chambers case (dkt. no. 103), subject to Alabama's wrongful death statute and the Court's December 8, 2006 Order dismissing the conspiracy count, are operative. If that is correct, Gail Tatum and Rickey Phillips would assert only wrongful death claims based on the factual allegations in the Third Amended Complaint (dkt. no. 103). Stanley Wallace and Kandy Creech would assert causes of action for negligence, recklessness, negligence *per se*, intentional tort, and failure to warn based on the factual allegations in the Third Amended Complaint (dkt. no. 103).

  We understand that the measure of damages theoretically available in wrongful death cases may differ from the damages theoretically available to a living Plaintiff for other causes of action. Therefore, to simplify the analysis, we will stipulate that your agreement that the causes of action and factual allegations in the Third Amended Chambers Complaint control as to the four initial trial Plaintiffs will not impact the measure of damages your clients can seek in a given case (which will be determined by Alabama law in any event).

| Bank of America Plaza | 90 Park Avenue | 3201 Beechleaf Court, Suite 600 | The Atlantic Building |
|---|---|---|---|
| 101 South Tryon Street, Suite 4000 | New York, NY 10016 | Raleigh, NC 27604-1062 | 950 F Street, NW |
| Charlotte, NC 28280-4000 | 212-210-9400 | 919-862-2200 | Washington, DC 20004-1404 |
| 704-444-1000 | Fax: 212-210-9444 | Fax: 919-862-2260 | 202-756-3300 |
| Fax: 704-444-1111 | | | Fax: 202-756-3333 |



EXHIBIT

E

Mr. Eason Mitchell
August 2, 2007
Page 2


     If you could please review the complaints I provided in Montgomery and let us know as soon as possible whether you agree that the causes of action and factual allegations in the Third Amended Complaint in the Melanie Chambers case (dkt. no. 103) apply to the first four trial Plaintiffs as outlined above, we will prepare an appropriate filing with the Court for your review.

                                        Sincerely,

                                        Skip Lockard

OOL:mos
LEGAL02/30469546v1
cc:     Greg Cade
        Bob Palmer
        Bernard Taylor
        Doug Arnold
        John Berghoff
        Mark TerMolen
        Matt Sostrin

## Lockard, Skip

| | |
|---|---|
| **From:** | Lockard, Skip |
| **Sent:** | Thursday, August 02, 2007 1:00 PM |
| **To:** | 'emitchell@colom.com' |
| **Cc:** | Taylor, Bernard; Arnold, Doug; 'jberghoff@mayerbrownrowe.com'; 'mtermolen@mayerbrownrowe.com'; 'Sostrin, Matthew C.'; 'GregC@elglaw.com'; 'Bob@elglaw.com' |
| **Subject:** | Lockhart/Attached correspondence |
| **Attachments:** | 08022007 Ltr to Eason Mitchell_1.PDF |

Counsel: Please see the attached. Thanks.

08022007 Ltr to
Eason Mitchell...

1