**Lockard, Skip**

**From:** Greg Cade [GregC@elglaw.com]
**Sent:** Thursday, August 02, 2007 1:06 PM
**To:** Lockard, Skip
**Subject:** RE: Lockhart/Attached correspondence

Skip:

We should have a response back to you by Monday. This will be a topic of discussion on Friday.

Greg

---

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Thursday, August 02, 2007 12:00 PM
**To:** emitchell@colom.com
**Cc:** Taylor, Bernard; Arnold, Doug; jberghoff@mayerbrownrowe.com; mtermolen@mayerbrownrowe.com; Sostrin, Matthew C.; Greg Cade; Robert L. Palmer
**Subject:** Lockhart/Attached correspondence

Counsel: Please see the attached. Thanks.


<<08022007 Ltr to Eason Mitchell_1.PDF>>



************************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee. If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited. If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof. Thank you.

---

8/14/2007



EXHIBIT F