**Lockard, Skip**

| | |
|---|---|
| **From:** | Lockard, Skip |
| **Sent:** | Tuesday, August 07, 2007 11:10 AM |
| **To:** | 'Greg Cade'; 'emitchell@colom.com' |
| **Cc:** | Taylor, Bernard; Arnold, Doug; 'jberghoff@mayerbrownrowe.com'; 'mtermolen@mayerbrownrowe.com'; 'Sostrin, Matthew C.'; 'Bob@elglaw.com' |
| **Subject:** | RE: Lockhart/Attached correspondence |
| **Attachments:** | 08022007 Ltr to Eason Mitchell_1.PDF |

Eason and Greg:

We have raised the question about which causes of action and factual allegations apply to the first four trial Plaintiffs several times without getting a firm response. Because the parties are now significantly overdue to let the Court know, we would appreciate you letting us know today which of Plaintiffs' various claims and allegations Plaintiffs contend are operative. Please let me know when you are available.

Regards,

Orlyn O. Lockard, III
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA  30309-3424

Direct Dial:  (404) 881-7126
Fax: (404) 881-7777

---

**From:** Greg Cade [mailto:GregC@elglaw.com]
**Sent:** Thursday, August 02, 2007 1:06 PM
**To:** Lockard, Skip
**Subject:** RE: Lockhart/Attached correspondence

Skip:

We should have a response back to you by Monday. This will be a topic of discussion on Friday.

Greg

---

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Thursday, August 02, 2007 12:00 PM
**To:** emitchell@colom.com
**Cc:** Taylor, Bernard; Arnold, Doug; jberghoff@mayerbrownrowe.com; mtermolen@mayerbrownrowe.com; Sostrin, Matthew C.; Greg Cade; Robert L. Palmer
**Subject:** Lockhart/Attached correspondence

Counsel: Please see the attached. Thanks.

EXHIBIT G

8/14/2007

<<08022007 Ltr to Eason Mitchell_1.PDF>>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

8/14/2007