IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,<br><br>Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 2:06CV83-LES<br>(LEAD CASE)<br><br><br>ORDER |

This matter is before the Court on plaintiffs' motion for permission to reply to defendant's Filing No. 281 (Filing No. 292). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until on or before August 24, 2007, to reply to defendant's Filing No. 281.

DATED this 15th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court