IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, ) ) ) | ORDER |
| Defendants. ) _____ ) | |

      This matter is before the Court on defendants' joint motion to amend scheduling order (Filing No. 277). The Court finds plaintiffs should respond to said motion. Accordingly,

      IT IS ORDERED that plaintiffs shall file a response to said motion on or before August 24, 2007.

      DATED this 15th day of August, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court