```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

GAIL BEDSOLE TATUM, as Mother )
and Administratrix of the )
Estate of MELANIE CHAMBERS, a )
deceased minor child, )
 )
       Plaintiff, ) CIVIL ACTION NO. 2:06CV83-LES
 ) (LEAD CASE)
  v. )
 )
PACTIV CORPORATION and ) ORDER
LOUISIANA-PACIFIC CORPORATION, )
 )
       Defendants. )
_____)

      This matter is before the Court on defendants' objection to motion to dismiss Stanley Wallace (Filing No. 284). The Court finds plaintiffs should respond to said objection. Accordingly,

      IT IS ORDERED that plaintiffs shall file a response to said objection on or before August 24, 2007.

      DATED this 15th day of August, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court