```
        IN THE UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF ALABAMA
                NORTHERN DIVISION
```

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion to dismiss unasserted claims (Filing No. 276). The Court finds plaintiffs should respond to said motion. Accordingly,

IT IS ORDERED that plaintiffs shall file a response to said motion on or before September 17, 2007.

DATED this 15th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court