IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, )<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:06CV83-LES |
| ) | (LEAD CASE) |
| v. ) | |
| ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, )<br>) | ORDER |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS ORDERED that the status conference in Omaha, Nebraska, is rescheduled for:

**Monday, September 10, 2007, at 9 a.m.**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court