IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,**<br><br>Plaintiff,<br><br>vs.<br><br>**PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,**<br><br>Defendants. | )<br>)<br>)<br>) **CASE NO. 2:06-cv-83-LES-CSC**<br>) **(LEAD CASE)**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF NAME CHANGE

Please take notice that effective August 31, 2007, the name of MAYER, BROWN, ROWE & MAW LLP will be:

MAYER BROWN LLP
Our office address remains:
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Our email address will change from mayerbrownrowe.com to mayerbrown.com

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

13392278.1

Dated: August 24, 2007

/s/ Matthew C. Sostrin
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Jaimy L. Hamburg (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
Roberta M. Wertman (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
jhamburg@mayerbrownrowe.com
msostrin@mayerbrownrowe.com
rwertman@mayerbrownrowe.com

13392278.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to at least the following:

W. Eason Mitchell

Wilbur O. Colom

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

Bernard Taylor, Sr.

Douglas S. Arnold

Orlyn O. Lockard, III

Dennis R. Bailey

/s/ Matthew C. Sostrin
Of Counsel

13392278.1