IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and respond to *Defendants' Joint Motion to Amend Scheduling Order* (Document 277) by stating that they do not object to the relief requested therein.

/s/ *Gregory Andrews Cade*
Gregory Andrews Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2008, I caused the foregoing ***Plaintiffs' Response to Defendants' Joint Motion to Amend Scheduling Order*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

W. Eason Mitchell, Esq.
Gregory A. Cade, Esq.
Fred R. DeLeon, Jr., Esq.
John C. Berghoff, Jr., Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
John A. Earnhardt, Esq.
Bernard Taylor, Esq.
Douglas S. Arnold, Esq.
Orlyn O. Lockhard, III, Esq.
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
Laura Porter, Esq.
Abner Riley Powell III, Esq.
Benjamin Max Bowden, Esq.
Edwin Bryan Nichols, Esq.

                          /s/ *Gregory Andrews Cade*
                          Of Counsel

**Plaintiffs' Response to Defendants' Joint Motion to Amend Scheduling Order**     **Page 2**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**