IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MC, who sues by and through her Mother and next of friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO.: 2:06-cv-83-LES-CSC |

## PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES

COMES NOW THE PLAINTIFFS THROUGH THEIR COUNSEL OF RECORD and, pursuant to F.R.CP. 26, furnishes the following information and required disclosures as a supplement to previous disclosures for trial Plaintiffs Melanie Chambers, Susan Renee Phillips, and Kandy Creech:

TREATING PHYSICIANS, HEALTH CARE PROVIDERS, HOSPITALS,
MEDICAL AND HEALTH RECORDS, AND DEATH CERTIFICATE
REGARDING MELANIE CHAMBERS

⇒ Dr. Corrine E. Stern, State Medical Examiner, 8160 University Drive, Montgomery, AL 36117 ( 334-242-3093) – Pathology records

⇒ Dr. Robert Williams, 103 East Memorial Avenue, Opp, AL (334-493-7930) – Death certificate and treating physician

⇒ Children's Health System, 1600 7th Avenue South, Birmingham, AL 35233 (205-939-9100) – treatment records

- ⇒ Mizell Memorial Hospital, 702 North Main Street, Opp, AL 36467, (334-493-3541) – treatment records

- ⇒ Covington Pediatrics, 109 Medical Park Drive, Suite C, Andalusia, AL 36420, (334-222-0119) – treatment records

- ⇒ Florala Memorial Hospital, 24273 5th Avenue, Florala, AL 36442, (334-858-3287) – treatment records

- ⇒ South Alabama Oncology, 802 North Main Street, Opp, AL 36467, (334-493-8269) – treatment records

- ⇒ Covenant Hospice, 500 West Gate Plaza, Andalusia, AL 36421, (334-427-0775) – Patient records

- ⇒ Comfort Care Hospice, 1805 East 3 Notch Street, Andalusia, AL, 36421, (334-427-4000) – Patient records

- ⇒ Andalusia Regional Hospital, 849 South 3 Notch Street, Andalusia, AL 36420, (334-222-8466) – treatment records

- ⇒ Dr. Timothy Day, 125 Medical Park Drive, Andalusia, AL 36420, (334-222-4191) – treating physician

- ⇒ Dr. Bang Bhagan, 101 E. Paulk Avenue, Opp, AL 36467, (334-493-2400) – treating physician

- ⇒ Dr. Saskimur Vishwanath. 24245 5th Avenue, Florala, AL 36442, (334-858-2050) – treating physician

- ⇒ Dr. Phillip Wade, South Alabama Oncology, 802 North Main Street, Opp, AL 36467, (334-493-8269) – treating physician

- ⇒ Dr. George Burkhart, 515 South 3 Notch Street, Andalusia, AL 36420, (334-493-8269) – treating physician

- ⇒ Florala Pharmacy, 23355 5th Avenue, Florala, AL 36442, (334-858-3822) – pharmacy records

⇒ Jefferson County Department of Health, 1039 28th St South, Birmingham, AL 35205, (205-930-1338) – death certificate

**ADDITIONAL PERSONS WITH RELEVANT KNOWLEDGE OF MELANIE CHAMBERS WHO MAY TESTIFY TO QUALITY OF LIFE, SMOKING HISTORY AND/OR OTHER MEDICAL CONDITIONS**

⇒ Gail Tatum, 21295 Seminole Avenue, Lockhart, AL 36455, (334-504-3122)

⇒ Renee Chambers, 2872 Alabama Highway 55, Lockhart, AL 36455, (334-858-7611)

⇒ Charles (C.J.) Tatum, 21295 Seminole Avenue, Lockhart, AL 36455, (334-504-3122)

⇒ Megan Chambers, 21295 Seminole Avenue, Lockhart, AL 36455

⇒ Mickey Harrell (address and number unknown)

⇒ Mark Alford, Florala, AL (address and number unknown)

⇒ Samantha Cotton, North Carolina (address and number unknown)

⇒ John Hall, Paxton, FL (address and number unknown)

⇒ Joe Evans, 1972 6th Street, Florala, AL (334-858-3641)

**DOCUMENTS AND SUCH**

⇒ Lone Pine Questionnaire

⇒ Death Certificate for Melanie Chambers

⇒ School records from W.S. Harlan Elementary and Florala Middle School

⇒ Letters of Administration

**TREATING PHYSICIANS, HEALTH CARE PROVIDERS, HOSPITALS, MEDICAL AND HEALTH RECORDS, AND DEATH CERTIFICATE REGARDING SUSAN RENEE PHILLIPS**

⇒ Mizell Memorial Hospital, 702 North Main Street, Opp, AL 36467, (334-493-3541) – treatment records

⇒ Flowers Hospital, 4300 West Main Street, Dothan, AL 36305, (334-793-5000) – treatment records

⇒ Charles Trapp, MD, 350 Redstone Avenue West, Crestview, FL 32536, (850-689-1740) – treating physician

⇒ UAB Hospital, 500 22nd Street South, Birmingham, AL 35233, (205-934-4011) – treatment records

⇒ South Alabama Oncology, 802 North Main Street, Opp, AL 36467, (334-493-8269) – treating physician

⇒ Saskimur Vishwanath, 24245 5th Avenue, Florala, AL 36442, (334-858-2050) – treating physician

⇒ Dr. Timothy Day, Andalusia Regional Medical Center, 849 South 3 Notch Street, Andalusia, AL 36420, (334-222-4191) – treating physician

⇒ Sacred Heart Hospital, 5151 North Ninth Avenue, Pensacola, FL 32504, (334-850-416-7000) – Outpatient Testing records

⇒ West Florida Medical Center, 8383 North Davis Highway, Pensacola, FL 32514, (850-494-4000) – Outpatient testing records

⇒ Florala Pharmacy, 23355 5th Avenue, Florala, AL 36442, (334-858-3822) – Pharmacy records

⇒ Hospice care providers (name will be supplemented at a later date) – patient records

⇒ Jefferson County Department of Health, 1039 28th St South, Birmingham, AL 35205, (205-930-1338) – Death Certificate

⇒ Earl Dorman, Asst. Coroner, P.O. Box 457, Andalusia, AL 36420, (334-222-3468) – Death certificate

### ADDITIONAL PERSONS WITH RELEVANT KNOWLEDGE REGARDING SUSAN RENEE PHILLIPS' QUALITY OF LIFE AND MEDICAL CONDITION

⇒ Rickey Thomas Phillips, 22744 Ninth Avenue, Florala, AL 36442, (334) 858-7670)

⇒ Tori Renee Phillips, 22744 Ninth Avenue, Florala, AL 36442, (334) 858-7670)

⇒ Rickey Allen Phillips, 22744 Ninth Avenue, Florala, AL 36442, (334) 858-7670

⇒ Leathie and Donald Jackson, 2158 Sixth Street, Florala, AL 36442, (334-858-6339)

⇒ Sandra Barnes, 2565 Martin Luther King Jr. Street, Florala, AL 36442, (334-858-6606)

Sandra Cobb, 23400 Third Avenue, Florala, AL 36442, (334-858-3861)

⇒ Kenneth Short, (address and number unknown)

⇒ Ray Bundy, 1st Assembly of God, 23004 5th Avenue, Florala, AL 36442, (334-858-6435)

⇒ Joe Evans, 1972 6th Street, Florala, AL 36442, (334-858-3641)

### DOCUMENTS AND SUCH

⇒ Lone Pine Questionnaires

⇒ Death Certificate for Susan Renee Phillips

⇒ School records from Florala City Schools/Covington County Schools

⇒ Letters of Administration

### TREATING PHYSICIANS, HEALTH CARE PROVIDERS, HOSPITALS, MEDICAL AND HEALTH RECORDS, AND DEATH CERTIFICATE REGARDING <u>KANDY CREECH</u>

⇒ Crippled Children of Alabama, 580 West By-Pass, Andalusia, AL  36420, (334-222-5558) -- treatment records

⇒ Dr. Windell Williamson, 103 East Memorial Avenue, Opp, AL  36467, (334-493-3196) – treating physician

⇒ Dr. Vijay Vyas, 125 Medical Park Drive, Andalusia, AL  36420, (334-222-6041) – treating physician

⇒ Dr. David Arnold, 3 West Lake Professional Park, Geneva, AL  36340, (334-684-2281) – treating physician

⇒ South Central Alabama Mental Health, 19815 Bay Branch Road, Andalusia, AL  36420, (334-222-2523) – treatment records

⇒ Neurosurgical Association of Dothan, 2323 West Main Street, Suite 113, Dothan, AL  36301, (334-793-6573) – treatment records

⇒ Dr. Saskimur Vishwanath, 24245 5th Avenue, Florala, AL  36442 ,(334-858-2050) – treating physician

⇒ Dr. Dale Mitchum, 100 West Lake Professional Park, #2, Geneva, AL  36340, (334-684-3007) – treating physician

⇒ Dothan Behavioral Medicine Clinic, Drs. Handal and McLeod, 101 Medical Drive, Dothan, AL  36305, (334-702-7222) – treatment records

⇒ SouthEast  Medical Center, 1108 Ross Clark Drive, Dothan, AL  36301, (334-793-8111)  treatment records

⇒ Flowers Hospital, 4300 West Main Street, Dothan, AL  36305, (334-793-5000) – treatment records

⇒ Wiregrass Medical Center, 1200 Maple Avenue, Geneva, AL 36430, (334-684-3655) – treatment records

⇒ Dr. John Struck, 256 Honeysuckle Road, Dothan, AL 36301, (334-673-8869) – treating physician

⇒ Florala Pharmacy, 23355 5th Avenue, Florala, AL 36442, (334-858-3822) – pharmacy records

### ADDITIONAL PERSONS WHO MAY TESTIFY REGARDING KANDY CREECH'S QUALITY OF LIFE AND MEDICAL CONDITION

⇒ Ruth Creech, 24659 Creech Road, Florala, AL 36442, (334-858-6741)

⇒ Jeledia Pittman, 24649 Creech Road, Florala, AL 36442, (334-858-7182)

⇒ Phyllis Adams , 22224 Lockhart Blvd., Florala, AL 36442, (334-858-8000)

⇒ Tammy Creech, 24659 Creech Road, Florala, AL 36442, (334-858-6741)

⇒ William Creech, 24659 Creech Road, Florala, AL 36442, (334-858-6741)

⇒ Trinette Bell, CRNP, Southeast Alabama Medical Center, 1108 Ross Clark Drive, Dothan, AL 36301, (334-793-8111)

### DOCUMENTS AND SUCH

⇒ Lone Pine Questionnaire

⇒ School records from Florala City Schools/Covington County Schools

**RESPECTFULLY SUBMITTED** this the 28 day of August 2007.

/Gregory Cade
Gregory A. Cade, (CAD010)
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 7th Avenue South
Birmingham, AL 35205
Telephone: 205-328-9200
Facsimile: 205-328-9456

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Bernard Taylor, Sr., Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | Douglas Sheppard Arnold, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Dennis R. Bailey, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | R. Austin Huffaker, Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

/Gregory Cade
OF COUNSEL

---

[1]. Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.