**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2007

## NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   M.C., et al. v. Pactiv Corporation, et al

Case Number:    2:06-cv-83-LES

**Referenced Pleading(s): Plaintiff's Supplemental Initial Disclosures**
**Docket Entry Number(s): 311**

**The referenced pleading was electronically  filed on 8/28/2007 in this case and is not in compliance with the  local rules and/or administrative procedures of this court.**

******This pleading is  regarding  discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is  hereby STRICKEN from the  record and the parties are instructed to disregard  the entry of this pleading on the court's docket.  Parties should be aware  that the striking of this entry does not affect their responsibilities as to the discovery process.**