```
        IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the status conference in Omaha, Nebraska, is rescheduled for:

**Monday, September 10, 2007, at <u>2 p.m.</u>**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court