IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of Melanie Chambers, a Deceased Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-cv-83-LES-CSC<br>)       (LEAD CASE)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT NOTICE OF RESPONSE
CLARIFYING PENDING CLAIMS**

In response to the Court's August 15, 2007 letter to counsel, Plaintiffs, Defendant Louisiana-Pacific Corporation, and Defendant Pactiv Corporation jointly state as follows.

1.  Initial trial Plaintiffs Gail Bedsole Tatum and Rickey Phillips assert wrongful death claims. The parties agree that the following claims should remain pending as to wrongful death Plaintiffs: negligence and recklessness.

2.  Initial trial Plaintiff Stanley Wallace asserts claims for personal injury but not property damage. The parties agree that the following claims should remain pending as to Plaintiffs asserting personal injuries but not property damage: negligence and recklessness.

3.  Initial trial Plaintiff Kandy Creech asserts claims for personal injury and property damage. The parties agree that the following claims should remain pending as

to Plaintiffs asserting personal injuries and property damage: negligence, recklessness, and nuisance.

4. The Parties understood that the Court previously dismissed Plaintiffs' conspiracy claim. Plaintiffs no longer intend to pursue trespass, product liability, or failure to warn claims.

5. The Parties agree that to further clarify the claims and factual allegations at issue in this litigation, Plaintiffs should be permitted to file amended complaints consistent with the foregoing. Subject to leave from this Court to file amended complaints, Plaintiffs will file final Complaints on or before a date to be established by the Court.

Respectfully submitted this 31st day of August, 2007.

/s/W. Eason Mitchell
W. Eason Mitchell (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866
Telephone: (662) 327-0903
Facsimile: (662) 329-4832
emitchell@colom.com

LEGAL02/30509199v1

/s/Bernard Taylor, Sr.
Bernard Taylor, Sr. (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

3

        /s/John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

*Counsel for Defendant Pactiv Corporation*

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
E. Bryan Nichols
Alabama Bar No. NIC036
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com
bnichols@maynardcooper.com

*Additional counsel for Defendant
   Pactiv Corporation*

4

LEGAL02/30509199v1

## CERTIFICATE OF SERVICE

I, Orlyn O. Lockard, III, hereby certify that on August 31st, 2007, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notice of such filing to all counsel of record.

/s/Orlyn O. Lockard, III
Orlyn O. Lockard, III

LEGAL02/30509199v1