IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of Melanie Chambers, a Deceased Minor Child,<br><br>    Plaintiffs,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:06-cv-00083-LES-CSC (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT
ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific") hereby requests oral argument on Plaintiffs' Motion for Partial Summary Judgment (dkt. no. 248). In support of this request, Louisiana-Pacific respectfully states its belief that oral argument may aid the Court's deliberations on Plaintiffs' Motion (dkt. no. 248), Louisiana-Pacific's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment (dkt. no. 281), and Plaintiffs' Supplemental Response in Support of Partial Summary Judgment (dkt. no. 310).

This request is for a hearing separate from the status conference scheduled for September 10, 2007, at such later date and time as may be established by the Court.

[SIGNATURE ON FOLLOWING PAGE]

- 2 -

Respectfully submitted this 6th day of September, 2007.

/s/ Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III, (admitted *pro hac vice*)

*Attorneys for Louisiana-Pacific Corporation*

OF COUNSEL:

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 (Telephone)
(404) 881-7777 (Facsimile)
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Laura Proctor, Esq.
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

Dennis R. Bailey, Esq.
ASB No. 4845-171D
R. Austin Huffaker
ASB No. 3422-F55R
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
184 Commerce Street
Post Office 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

- 2 -

- 3 -

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of Melanie Chambers, a Deceased Minor Child,** )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** )<br>)<br>)<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 2:06-cv-00083-LES-CSC (Lead Case) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically the filed foregoing **REQUEST FOR ORAL ARGUMENT** on the Court's CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 6th day of September, 2007.

/s/ Orlyn O. Lockard, III
Orlyn O. Lockard, III, Esq.

- 3 -

LEGAL02/30513811v1