IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

# PLAINTIFFS' REQUEST FOR IMMEDIATE ORAL ARGUMENT

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and request that this Honorable Court will entertain oral argument on *Plaintiffs' Motion for Partial Summary Judgment* (Document No. 248) at the oral argument scheduled for Monday, September 10, 2007. In support hereof, the Plaintiffs state as follows:

First, there is no just reason for delay. *Plaintiffs' Motion for Partial Summary Judgment* (Document No. 248) was filed on June 14, 2007. *Defendant Louisiana-Pacific's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment* (Document No. 281) was filed on July 27, 2007. *Plaintiffs' Supplemental Response in Support of Partial Summary Judgment* (Document No. 310) was filed on August 24, 2007. Thus, the hearing scheduled for Monday, September 10, 2007 is almost three months after the original motion was filed and more than two weeks after the last substantive filing on this matter.

Second, in its *Request for Oral Argument on Plaintiffs' Motion for Partial Summary Judgment* (Document No. 315), Defendant Louisiana-Pacific Corporation identifies no reason to support its request to delay a hearing on the motion.

Third, a separate hearing on the motion would result in additional, unnecessary expense for the parties, requiring another, separate trip to Omaha.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will entertain oral argument on *Plaintiffs' Motion for Partial Summary Judgment* (Document No. 248) at the oral argument scheduled for Monday, September 10, 2007.

/s/ *Robert Leslie Palmer*
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Request for Immediate Oral Argument**                                                                 **Page 2**
*Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I caused the foregoing *Plaintiffs' Request for Immediate Oral Argument* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to sent to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Bernard Taylor, Sr., Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | Douglas Sheppard Arnold, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Dennis R. Bailey, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | R. Austin Huffaker, Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

/s/ *Robert Leslie Palmer*
Of Counsel

---

[1]. Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Request for Immediate Oral Argument**                                                                                           **Page 3**
*Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**