IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,  )<br>)<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PACTIV CORPORATION and  )<br>LOUISIANA-PACIFIC CORPORATION,  )<br>)<br>Defendants.  )<br>_____) | CIVIL ACTION NO. 2:06CV83-LES<br>(LEAD CASE)<br><br><br>ORDER |

This matter is before the Court on defendant Louisiana-Pacific's motions to dismiss Count Six (Filing Nos. 144, 146, 148, 150, 152, 154, 156, and 158).  The Court finds that motions should be granted.  Accordingly,

IT IS ORDERED that defendant Louisiana-Pacific's motions to dismiss Count Six are granted.  Count Six is dismissed.

DATED this 10th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court