IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to dismiss plaintiff Stanley Wallace without prejudice (Filing No. 273). The Court finds the motion should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss Stanley Wallace without prejudice is denied.

DATED this 10th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court