IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's oral motion to withdraw motion to submit special interrogatories at trial and for inclusion in case management order (Filing No. 268). The Court finds the oral motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's oral motion to withdraw motion to submit special interrogatories at trial and for inclusion in case management order is granted; Filing No. 268 is deemed withdrawn.

DATED this 10th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court