IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                           PLAINTIFF

VERSUS                          CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                               (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                 DEFENDANTS

## MOTION TO DISMISS WITH PREJUDICE

Comes now Plaintiff Stanley Wallace and moves the Court to dismiss his claims with prejudice.

Respectfully submitted this 14th day of September, 2007.

W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

I, Stanley Wallace, personally have signed and agree to this motion.

STANLEY WALLACE

Page 1 of 2

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on Sept. 14, 2007, I electronically filed the foregoing *Motion to Dismiss Without Prejudice* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

_____
W. Eason Mitchell

85145.wpd