IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

JURY TRIAL DEMANDED

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                               DEFENDANTS

MOTION TO AMENDED COMPLAINT

Comes now the Plaintiff, Gail Bedsole Tatum, as mother and administratrix of the estate of Melanie Chambers, a deceased minor child, and moves this Honorable Court for leave to amend her Complaint and in support would show the following:

1. A copy of the proposed Amended Complaint is attached hereto.

2. This filing is in compliance with the Court's instructions of September 10, 2007.

Filed this 14th day of September, 2007.

/s/ W. Eason Mitchell

W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on September 14, 2007, I electronically filed the foregoing *Motion to Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold
Dennis R. Bailey
Joshua L. Becker
John C. Berghoff , Jr
Meaghan G Boyd
Richard Elder Crum
Fred R. DeLeon , Jr
John Aaron Earnhardt
Jaimy L Hamburg
R. Austin Huffaker , Jr
Orlyn O. Lockard , III
Akila S. McConnell
Edwin Bryan Nichols
Laura Ellison Proctor

  Sean A. Simmons
  Matthew C. Sostrin
  Bernard Taylor
  Mark R. Ter Molen
  H. Thomas Wells, Jr
  Roberta M Wertman

This 14th day of September, 2007.

            /s/ W. Eason Mitchell
            W. Eason Mitchell

85280.wpd