```
         IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

```
GAIL BEDSOLE TATUM, as Mother   )
and Administratrix of the       )
Estate of MELANIE CHAMBERS, a   )
deceased minor child,           )
                                )
            Plaintiff,          )  CIVIL ACTION NO. 2:06CV83-LES
                                )         (LEAD CASE)
       v.                       )
                                )
PACTIV CORPORATION and          )           ORDER
LOUISIANA-PACIFIC CORPORATION,  )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss plaintiff Stanley Wallace with prejudice (Filing No. 323). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss is granted. Stanley Wallace is dismissed from this action with prejudice.

DATED this 17th day of September, 2007.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court