IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |
| v. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion to dismiss unasserted claims (Filing No. 276). Having reviewed the motion, the parties' briefs, and the applicable law, the Court finds the motion should be denied. Accordingly,

IT IS ORDERED that defendants' motion to dismiss unasserted claims is denied.

DATED this 19th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court