IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO.: 2:06cv83-LES ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' SUPPLEMENTAL RULE 26 DISCLOSURE

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and, pursuant to *Fed.R.Civ.P.* 26, furnish the following information and required disclosures in supplementation of prior disclosures:

1. Peer-reviewed study attached as **EXHIBIT A** hereto.

Respectfully submitted on this the 21st day of September, 2007.

/s/ Gregory Andrews Cade
Gregory Andrews Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2007, I caused the foregoing *Plaintiffs' Supplemental Rule 26 Disclosure* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

| **For the Plaintiffs** | **For the Defendant Pactiv Corporation** | **For the Defendant Louisiana-Pacific Corporation** |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis R. Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Douglas Sheppard Arnold, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | Bernard Taylor, Sr., Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

      */s/ Gregory Andrews Cade*
      Of Counsel

---

1.     Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Supplemental Rule 26 Disclosure**     Page 2
*Tatum v. Pactiv Corporation, et al.*, Civil Action No. 2:06cv83-LES
In the United States District Court
For the Middle District of Alabama, Northern Division