IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
              Plaintiff,         )    CIVIL ACTION NO. 2:06CV83-LES
                                 )            (LEAD CASE)
         v.                      )
                                 )
PACTIV CORPORATION and           )              ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
              Defendants.        )
_____  )


          IT IS ORDERED that parties in this action shall have

ten (10) days to respond to motions filed by the opposing party,

unless a motion seeking additional response time is granted by

the Court.  No further orders concerning response to motions will

be entered by this Court.

          DATED this 4th day of October, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court