IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) ) ) ) ) ) ) |

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Fed. R. Civ. P. 26(c), the undersigned counsel for Louisiana-Pacific Corporation hereby certifies that Louisiana-Pacific Corporation's counsel has in good faith conferred with counsel for Plaintiffs in a good faith effort to resolve the matters involved in Louisiana-Pacific Corporation's Motion for Protective Order without court action. These efforts to reach an agreement did not resolve the issues contained in Louisiana-Pacific Corporation's Motion.

This the 8 day of October, 2007.

Bernard Taylor, Esq.