IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:06cv83-LES<br>)       (LEAD CASE)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Mark L. Rowe, Esquire, hereby enters his appearance as additional counsel for the Plaintiffs in the above-styled action. The undersigned requests that full copies of all pleadings, motions, notices, etc. be served on him at mark@elglaw.com.

Respectfully submitted,

_/s/ Mark L. Rowe_
Mark L. Rowe, State Court ID No. ROW005
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2007, I electronically filed the foregoing Notice of Appearance of Mark L. Rowe with the Clerk of the Court using the ECF system.

John C. Berghoff, Jr.
Matthew C. Sostrin
Mark R. Ter Molen
H. Thomas Wells, Jr.
John A. Earnhardt
Bernard Taylor
Douglas S. Arnold
Orlyn O. Lockhard, III
Dennis R. Bailey
R. Austin Huffaker
Laura Porter

                                        /s/ Mark Rowe
                                        OF COUNSEL

**Notice of Appearance**    Page 2
Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES
In the United States District Court
For the Middle District of Alabama, Northern Division