Simmons, Sean

| | |
|---|---|
| **From:** | Karen Winter [kwinter@colom.com] |
| **Sent:** | Monday, September 17, 2007 11:58 AM |
| **To:** | McConnell, Akila; Taylor, Bernard; Dennis R. Bailey ; Arnold, Doug; Eason Mitchell; Edwin Bryan Nichols ; Greg Cade; H. Thomas Wells ! , Jr ; John Aaron Earnhardt; John C. Berghoff , Jr ; Becker, Joshua; Laura Ellison Proctor ; Mark R. Ter Molen ; Matthew C. Sostrin; Boyd, Meaghan; Lockard, Skip; R. Austin Huffaker , Jr ; Richard Elder Crum; Robert L. Palmer; Roberta M. Wertman; Simmons, Sean |
| **Subject:** | M.C. v. PACTIV, et al. - Vishwanath depo notice |
| **Attachments:** | Notice Deposition Vishwanath.pdf |

Ladies and Gentlemen:

     Attached please find a Notice of Taking Deposition of Dr. Vishwanath. As expected, Dr. Vishwanath has a very busy schedule. Hopefully we will be able to conclude his Deposition on Friday, October 19th, but he is available to continue on Saturday the 20th, if necessary.

W. Eason Mitchell
By:
*Karen N. Winter*
*Legal Assistant*
*The Colom Law Firm, LLC*
*Post Office Box 866*
*Columbus, MS 39703-0866*
*Telephone: 662-327-0903 ext 35*
*Fax: 662-329-4832*
*E-mail: kwinter@colom.com*

This e-mail is confidential and protected under attorney-client privilege. As such, said documents are intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby put on notice that any dissemination, copy or any other use whatsoever of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender at the number above.



10/12/2007

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                          PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                       DEFENDANTS

NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of the following upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that the deposition may be video recorded in addition to stenographic means.

| | |
|---|---|
| DEPONENT: | Dr. Sasikumar Vishwanath |
| PLACE: | Hampton Inn |
| | 3709 S. Ferdon Boulevard |
| | Crestview, FL 32536 |
| DATE: | October 19, 2007 |
| TIME: | 9:00 a.m. (Central Time) |

Respectfully submitted this 14th day of September, 2007.

      /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on September 14, 2007, I electronically served the foregoing *Notice of Taking Deposition* on the following via e-mail and facsimile:

Douglas Sheppard Arnold
    doug.arnold@alston.com
Dennis R. Bailey
    drb@rsjg.com, pk@rsjg.com
Joshua L. Becker
    josh.becker@alston.com
John C. Berghoff, Jr
    jberghoff@mayerbrownrowe.com
Meaghan G Boyd
    meaghan.boyd@alston.com
Gregory Andrews Cade
    gregc@elglaw.com
Wilbur O. Colom
    wil@colom.com
Richard Elder Crum
    rcrum@scplaw.us
Fred R. DeLeon , Jr
    frd@elglaw.com
John Aaron Earnhardt
    jearnhardt@mcglaw.com

    Jaimy L Hamburg
        jhamburg@mayerbrown.com
    R. Austin Huffaker, Jr
        rah2@rsjg.com
    Orlyn O. Lockard, III
        slockard@alston.com
    Akila S. Mcconnell
        akila.mcconnell@alston.com
    William Eason Mitchell
        emitchell@colom.com
    Edwin Bryan Nichols
        bnichols@maynardcooper.com
    Robert Leslie Palmer
        Bob@elglaw.com
    Laura Ellison Proctor
        laura.proctor@lpcorp.com
    Sean A. Simmons
        sean.simmons@alston.com
    Matthew C. Sostrin
        msostrin@mayerbrownrowe.com
    Bernard Taylor , Sr
        bernard.taylor@alston.com
    Mark R. Ter Molen
        mtermolen@mayerbrownrowe.com
    H. Thomas Wells , Jr
        twells@mcglaw.com
    Roberta M Wertman
        rwertman@mayerbrown.com

This 14th day of September, 2007.

                                    /s/ W. Eason Mitchell
                                    W. Eason Mitchell

85261.wpd