# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Karol A. DeVito           Direct Dial: 404-881-7257           E-mail: karol.devito@alston.com

July 12, 2007

**VIA FACSIMILE AND U.S. MAIL**

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
P.O. Box 866
Columbus, MS 39703-0866

    Re: *Gail Bedsole Tatum as Mother and Administratrix of the Estate of Melanie Chambers v. Pactiv Corporation and Louisiana-Pacific Corporation,* **Civil Action No. 2:06-cv-00083 (Lead Case)(M.D. Ala.)**

Dear Mr. Mitchell:

    In connection with the above captioned matter, enclosed please find updated HIPAA authorizations for trial plaintiffs Melanie Chambers, Kandy Creech, Susan Phillips and Stanley Wallace to replace the expired ones previously received. Please have each plaintiff or respective personal representative verify the address, date of birth and social security number, initial the second paragraph, and sign and date the second page. Also, many healthcare facilities require a copy of the death certificate along with a copy of the authorization of Estate Administration for deceased patients.

    Please return the above executed HIPAA Authorizations, along with copies of Ms. Chambers and Mrs. Phillips death certificates and a copy of the corresponding authorizations of estate administration to my attention. I look forward to receiving these documents at your earliest convenience.

Sincerely,

*Karol DeVito*

Karol A. DeVito
Nurse Consultant

Bank of America Plaza                90 Park Avenue             3201 Beechleaf Court, Suite 600     The Atlantic Building
101 South Tryon Street, Suite 4000   New York, NY 10016         Raleigh, NC 27604-1062              950 F Street, NW
Charlotte, NC 28280-4000             212-210-9400               919-862-2200                        Washington, DC 20004-1404
704-444-1000                         Fax: 212-210-9444          Fax: 919-862-2260                   202-756-3300
Fax: 704-444-1111                                                                                   Fax: 202-756-3333

**Exhibit B**