# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Orlyn O. Lockard, III　　　　　　　　Direct Dial: 404-881-7126　　　　　　　　E-mail: skip.lockard@alston.com

September 4, 2007

**VIA EMAIL AND FACSIMILE**

Gregory A. Cade, Esq.
Environmental Litigation Group, PC
3529 7th Avenue South
Birmingham, AL 35222

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

　　　Re:　*Tatum v. Pactiv Corp.,* **2:06-cv-00083-LES-CSC**
　　　　　　**HIPAA Authorizations and Supplemental Initial Disclosures**

Dear Greg and Eason:

　　　We have received signed records authorizations and Supplemental Initial Disclosures for Plaintiffs Gail Tatum, Rickey Phillips, and Kandy Creech via Greg's office. Thank you for forwarding these materials. Unfortunately, there are a few issues that need to be resolved as quickly as possible.

　　　First, Plaintiffs Tatum, Phillips, and Creech each failed to initial page one of their respective authorizations where indicated. Plaintiffs Phillips and Creech also failed to date the authorizations next to their signatures as required by HIPAA regulations. Please have your clients correct these deficiencies and resend fully completed authorizations as soon as possible.

　　　Second, your clients' Supplemental Initial Disclosures do not include damages computations as required by Fed. R. Civ. P. 26(a)(1)(C). In view of Alabama law, we recognize that your clients' calculations in the wrongful death cases might be limited to punitive damages. Nonetheless, we would appreciate it if you would confirm that is the

Bank of America Plaza　　　　90 Park Avenue　　　　3201 Beechleaf Court, Suite 600　　　　The Atlantic Building
101 South Tryon Street, Suite 4000　　New York, NY 10016　　Raleigh, NC 27604-1062　　　　950 F Street, NW
Charlotte, NC 28280-4000　　　212-210-9400　　　　　919-862-2200　　　　　　Washington, DC 20004-1404
704-444-1000　　　　　　Fax: 212-210-9444　　　　Fax: 919-862-2260　　　　　　202-756-3300
Fax: 704-444-1111　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-756-3333



Gregory A. Cade, Esq.
September 4, 2007
Page 2

case, as well as forward those calculations, which the Federal Rules require each Plaintiff to include.

    Third, you have not provided Supplemental Initial Disclosures or a records authorization for Plaintiff Stanley Wallace. These were due long ago. Notwithstanding your Motion to Dismiss Mr. Wallace's claims (which Defendants have opposed), Mr. Wallace remains an initial trial Plaintiff unless and until the Court grants your Motion. Because the resolution of your Motion remains uncertain, Defendants must proceed with discovery as to Mr. Wallace so that the parties can fully adhere to the Court's Discovery Schedule in the event your Motion is denied. Please provide Supplemental Initial Disclosures and a completed, signed records authorization for Mr. Wallace immediately.

Sincerely yours,

Orlyn O. Lockard, III

OOL:mos
  cc:  Bernard Taylor
       Doug Arnold
       John Berghoff
       Mark TerMolen
       Matt Sostrin

LEGAL02/30509703v1