# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Orlyn O. Lockard, III                Direct Dial: 404-881-7126            E-mail: skip.lockard@alston.com

September 17, 2007

**VIA EMAIL AND U.S. MAIL**

Eason Mitchell
The Colom Law Firm, LLC
406 3rd Avenue North
Columbus, MS 39703

Re:   *M.C. v. Pactiv Corp., et. al.*

Dear Eason:

We are in receipt of your notice of Dr. Sasikumar Vishwanath's deposition on October 19, 2007, sent today via email. As you know, we only recently received properly signed, updated medical authorizations for initial trial Plaintiffs Chambers, Creech, and Phillips from Mr. Cade's office. Moreover, we do not yet have a medical records authorization for Ms. Jimmie Lou Bowman, the Plaintiff chosen to replace Stanley Wallace. We would therefore like to discuss the date and timing of Dr. Vishwanath's deposition with you. Please let us know some times that you are available this week.

Sincerely,

Skip Lockard

OOL:mos
LEGAL02/30529447v1
cc:   Greg Cade
      John Berghoff
      Mark TerMolen
      Matt Sostrin
      Bernard Taylor
      Doug Arnold



Exhibit G