# The Colom Law Firm, L.L.C.

200 6th STREET NORTH
COLUMBUS, MS  39701-3917

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
EDTRIK BAKER‡

ADMITTED IN:
ALABAMA*
GEORGIA*
FLORIDA‡
DISTRICT OF COLUMBIA†

Writer's e-mail:
emitchell@colom.com

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39702-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

September 27, 2007

**VIA FACSIMILE & E-MAIL**

Orlyn B. Lockard, III, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re:   *M.C. v. PACTIV, et al.*

Dear Skip:

I received your letter and concern that you would like to do the deposition of Dr. Vishwanath later. This is a practicing physician and I am not flexible on these dates for his deposition. With an expected holiday and his schedule, those are the best that I could obtain. I am flexible on working out an arrangement to do a later deposition on just the last named plaintiff, if you have some dates to give to him because that one should be a lot shorter.

I am sorry that I can't accommodate your request for an extension. I rescheduled a surgery to get these dates. We cannot wait until the eve of discovery cut off for this deposition, even if we could get other dates. If you would like to agree not to depose him and to just bring him live to trial, we may consider that proposal if you make it.

Sincerely yours,

*Sent Without Signature To Avoid Delay*

W. Eason Mitchell

WEM/knw
cc:   All Counsel (via E-MAIL)

