**Simmons, Sean**

| | |
|---|---|
| **From:** | Greg Cade [GregC@elglaw.com] |
| **Sent:** | Friday, October 05, 2007 2:59 PM |
| **To:** | Sostrin, Matthew C. |
| **Subject:** | RE: Lockhart/Attached form for Kandy Creech |

Matt:

I appreciate your explanation. I took the order to mean essentially everything that is filed must be responded to without a show cause order within 10 days. I also took it to mean that if such a motion is pending now, then the same applies. I believe we are both on the same page. I appreciate your response however. Although the interest is to address an issue that seemingly is inconsequential but necessary, my responding to Mr. Lockard is an attempt to sweep what other matters of the same type into a onetime fix all. There will come a time when much of what we are doing will become much more meaningful, say next year prior to trial, so these type things should be dealt with expeditiously in fear of an attempt to move trial dates. We tend to get an email almost daily seeking something that deserves little attention so understand my responses. Matt, have a good weekend.

Greg C.

---

**From:** Sostrin, Matthew C. [mailto:MSostrin@mayerbrown.com]
**Sent:** Friday, October 05, 2007 1:04 PM
**To:** Lockard, Skip; Greg Cade
**Cc:** Robert L. Palmer; emitchell@mycingular.blackberry.net; H. Gregory Harp; Mark Rowe; Taylor, Bernard; Arnold, Doug; Berghoff, Jr., John C.; Ter Molen, Mark R.
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Greg,

To hopefully clarify matters a little, I read the court's recent order as saying that as a default, all motions should be responded to within 10 days of filing. As far as I know, although we've spent a good deal of time on the meet and confer process, no motions have been filed. So I'm not sure that the order applies here until any motions are filed. That said, we obviously need to move the process along as quickly as possible given the short window for fact discovery.

Matt

---

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Friday, October 05, 2007 11:51 AM
**To:** Greg Cade
**Cc:** Robert L. Palmer; emitchell@mycingular.blackberry.net; H. Gregory Harp; Mark Rowe; Taylor, Bernard; Arnold, Doug; Berghoff, Jr., John C.; Ter Molen, Mark R.; Sostrin, Matthew C.
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Greg:

I don't believe this email requires a response, but I do appreciate your efforts to get this routine form signed. Please let us know if you want to discuss the 30(b)(6) depositions further, and otherwise I hope you have a nice weekend.

Also, if there are any further communications on this, I would appreciate it if you would "reply all" so that all counsel stay in the loop & we are all on the same page.

Thanks,
Skip



10/12/2007

**From:** Greg Cade [mailto:GregC@elglaw.com]
**Sent:** Friday, October 05, 2007 12:37 PM
**To:** Lockard, Skip
**Cc:** Robert L. Palmer; emitchell@mycingular.blackberry.net; H. Gregory Harp; Mark Rowe
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Mr. Lockard:

      Contrary to your email, I tend to believe at this point that everything is related.  There may be a division as to how your firm has determined your individual responsibilities on how you intend to defend this case, but we have determined that your strategies are all the consistent.  I think that if your objections, or BT's objections, are to limit our ability to move forward with our discovery, then your interest to move on with your discovery is certainly an issue as well.  I will do my very best to try and assist you as best I can but I doubt a weekend discussion with BT will avoid the need to involve the Court on everything as I suggested earlier.  I, therefore, recommend you and your team put together your "laundry lists" so that we can put as less as possible before the Court within the 10 day limitation imposed on us all.  This will be a better use of the weekend instead of discussing what we have discussed for two months now.   Let's save some energy for the motion practice next year.

Greg Cade

---

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Friday, October 05, 2007 11:02 AM
**To:** Greg Cade
**Cc:** Robert L. Palmer; emitchell@mycingular.blackberry.net; Taylor, Bernard; Arnold, Doug; Berghoff, Jr., John C.; Ter Molen, Mark R.; Sostrin, Matthew C.; Becker, Joshua
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Greg:

As the letter sent with the 30(b)(6) objections indicates, BT is available to continue working through the 30(b)(6) issues today, over the weekend, and Monday.  If there is a time that is good for you to discuss the 30(b)(6) issues (or anything else on your list), please just let us know.

The email below, however, is unrelated to 30(b)(6) issues. To clarify, I am simply forwarding a records authorization form that a third-party medical provider is insisting that we use to collect records for your client as part of the normal discovery process. I did not intend to make any "demands," and regardless of whatever other discovery issues may end up before the Court, I wouldn't think that records requests fall in that category. As I said, I am sorry for any inconvenience, but I would greatly appreciate it if your paralegal could get the form signed and return it to me.

Thanks,
Skip

---

**From:** Greg Cade [mailto:GregC@elglaw.com]
**Sent:** Friday, October 05, 2007 11:24 AM
**To:** Lockard, Skip
**Cc:** Robert L. Palmer; emitchell@mycingular.blackberry.net
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Skip:

From reading your objections this morning to the 30(b)(6) notice, I think we will need the Court's intervention again to try and handle these things all at once.  I don't think we are getting anywhere with you guys and  your demands continue.  I saw an order yesterday suggesting that all response to whatever must be before the Court within 10 days so it may be helpful if we all go through our laundry lists to see what needs to be discussed before we take it before the Court.  Any suggestions on when we should talk or confer on **_Everything_**?

GC

10/12/2007

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Friday, October 05, 2007 10:14 AM
**To:** Greg Cade; Wendy Garmon
**Subject:** Lockhart/Attached form for Kandy Creech


Greg and Wendy:

One of Kandy Creech's medical providers sent us the attached form. They have records for Ms. Creech, but require their own special authorization form and will not release records without it.

Sorry for the inconvenience, but can you please make arrangements to have Ms. Creech sign this form so that we can get the records? Please note that the form requires a "witness" signature also.

Thanks for your attention to this.


--Skip



<<Creech..PDF>>

***********************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS an
_____

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.

_____
***********************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS an
_____

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.

_____
***********************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS an
_____

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and

delete internal copies and notify sender of the mistake. Thank you.
_____

Effective September 1, 2007, we have changed our name to Mayer Brown LLP.

IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer Brown LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer Brown LLP) of that transaction or matter, and (ii) such taxpayers should seek advice based on the taxpayers particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.