IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>　　　　Defendants. | )<br>)<br>)<br>) CASE NO. 2:06-cv-83-LES-CSC<br>) (LEAD CASE)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROTECTIVE ORDER

Upon consideration of Defendants Louisiana-Pacific Corporation's and Pactiv Corporation's Joint Motion for Protective Order ("Motion for Protective Order"), and the Court having considered said Motion, the arguments of counsel, and the relevant pleadings of record, and the Court having determined that the said Motion for Protective Order is, for good cause shown, it is hereby ORDERED:

1. The Defendants' Motion for Protective Order is GRANTED; and

2. The deposition of Dr. Sasikumar Vishwanath is hereby stayed pending completion of discovery regarding the medical records of the each trial Plaintiff.

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Magistrate Judge Charles S. Coody

LEGAL02/30561680v1