IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues By and Through Her Mother and Next of Friend Gail Tatum, | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06-CV-00083-LES-CSC |
| | (LEAD CASE) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | DEFENDANTS |
| RICKEY PHILLIPS, as Administrator of the Estate of SUSAN PHILLIPS, deceased, | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06-CV-00084-LES |
| | MEMBER CASE |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | DEFENDANTS |

MOTION TO AMEND COMPLAINT

Comes now the Plaintiff, Rickey Phillips, as administrator of the estate of Susan Phillips, deceased, and moves this Honorable Court for leave to amend his Complaint and in support would show the following:

1. A copy of the proposed Amended Complaint is attached hereto.

2.       This filing is in compliance with the Court's instructions of September 10, 2007.

Filed this 12th day of October, 2007.

        /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on October 12, 2007, I electronically filed the foregoing *Motion to Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold
    Dennis R. Bailey
    Joshua L. Becker
    John C. Berghoff , Jr
    Meaghan G Boyd
    Richard Elder Crum
    Fred R. DeLeon , Jr
    John Aaron Earnhardt
    Jaimy L Hamburg
    R. Austin Huffaker , Jr
    Orlyn O. Lockard , III
    Akila S. McConnell
    Edwin Bryan Nichols

    Laura Ellison Proctor
    Sean A. Simmons
    Matthew C. Sostrin
    Bernard Taylor
    Mark R. Ter Molen
    H. Thomas Wells, Jr
    Roberta M Wertman

This 12th day of October, 2007.

        /s/ W. Eason Mitchell
        W. Eason Mitchell