IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                          **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 2:06-CV-00083-LES-CSC**

                                                        **(LEAD CASE)**


PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                **DEFENDANTS**

SHERRI L. DAVIS; et al.                               **PLAINTIFFS**

**VERSUS**                      **CIVIL ACTION NO. 2:06-CV-187-LES-CSC**

                                                        **MEMBER CASE**

PACTIV CORPORATION; et al.                      **DEFENDANTS**


**MOTION TO AMEND COMPLAINT AND TO SEVER
FROM CLAIMS OF THE REMAINING PLAINTIFFS**


Comes now Plaintiff Kandy Creech  and moves this Honorable Court to

allow her to amend Plaintiffs' Complaint as follows:

1.    The claims of the Plaintiff Kandy Creech have been selected for

an initial trial setting.

2.     The claims of the remaining Plaintiffs in this Complaint have not

been selected for trial.

3.     It is in the interest of judicial economy to allow the claim of

Kandy Creech to be stated separately.

Filed this 12th day of October, 2007.

 /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on October 12, 2007, I electronically filed the foregoing *Motion to Amended Complaint and to Sever From Claims of the Remaining Plaintiffs* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold
Dennis R. Bailey
Joshua L. Becker
John C. Berghoff , Jr
Meaghan G Boyd

Richard Elder Crum
Fred R. DeLeon , Jr
John Aaron Earnhardt
Jaimy L Hamburg
R. Austin Huffaker , Jr
Orlyn O. Lockard , III
Akila S. McConnell
Edwin Bryan Nichols
Laura Ellison Proctor
Sean A. Simmons
Matthew C. Sostrin
Bernard Taylor
Mark R. Ter Molen
H. Thomas Wells, Jr
Roberta M Wertman

This 12th day of October, 2007.

/s/ W. Eason Mitchell
W. Eason Mitchell