IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:06cv83-LES:<br>)<br>)<br>)<br>)<br>)<br>) |

# PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and respond to *Defendants' Joint Motion to Amend Scheduling Order* (Document 277) by stating that they do not object to the relief requested therein.

/s/ *Gregory Andrews Cade*
Gregory Andrews Cade, State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2008, I caused the foregoing *Plaintiffs' Response to Defendants' Joint Motion to Amend Scheduling Order* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

> W. Eason Mitchell, Esq.
> Gregory A. Cade, Esq.
> Fred R. DeLeon, Jr., Esq.
> John C. Berghoff, Jr., Esq.
> Matthew C. Sostrin, Esq.
> Mark R. Ter Molen, Esq.
> H. Thomas Wells, Jr., Esq.
> John A. Earnhardt, Esq.
> Bernard Taylor, Esq.
> Douglas S. Arnold, Esq.
> Orlyn O. Lockhard, III, Esq.
> Dennis R. Bailey, Esq.
> R. Austin Huffaker, Esq.
> Laura Porter, Esq.
> Abner Riley Powell III, Esq.
> Benjamin Max Bowden, Esq.
> Edwin Bryan Nichols, Esq.

                                  /s/ *Gregory Andrews Cade*
                                  Of Counsel

**Plaintiffs' Response to Defendants' Joint Motion to Amend Scheduling Order**      **Page 2**
Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES
In the United States District Court
For the Middle District of Alabama, Northern Division