# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Douglas S. Arnold      Direct Dial: 404-881-7637      E-mail: doug.arnold@alston.com

September 24, 2007

*VIA E-MAIL and FIRST CLASS MAIL*

Gregory A. Cade, Esq.
Environmental Litigation Group, PC
3529 7th Avenue South
P.O. Box 550219
Birmingham, AL 35255

     Re:     *M.C. v. Pactiv Corp., et al.*

Dear Greg:

     I am writing in follow up to our telephone conversation last week about your clients' recent document production requests. From our conversation, it is my understanding that you are reviewing them in light of the parties' previously agreed upon limit of 25 production requests, along with your clients' prior 30(b)(5) notice. As I mentioned when we spoke, I understand that your clients may wish to serve a few more than 25 production requests and remain willing to discuss that with you. In the meantime, Louisiana-Pacific will take no further action in response to your clients' requests for document production, until we hear from you.

                                       Sincerely,

                                       Douglas S. Arnold

cc:     W. Eason Mitchell, Esq.
         Robert L. Palmer, Esq.
         Bernard Taylor, Sr., Esq.
         Orlyn O. Lockard, Esq.
         John C. Berghoff, Esq.
         Mark R. TerMolen, Esq.
         Matthew C. Sostrin, Esq.

LEGAL02/30536200v1