# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Bernard Taylor, Sr.　　　　　　　　Direct Dial: 404-881-7288　　　　　　　　E-mail: bernard.taylor@alston.com

September 26, 2007

**VIA EMAIL AND U.S. MAIL**

W. Eason Mitchell, Esq.
The Colom Law Firm, LLC
200 Sixth Street North
Suite 102
Columbus, MS 39701

　　　Re:　*M.C. v. Pactiv Corp., et al.*
　　　　　　**Rule 30(b)(5) Request for Production**

Dear Eason:

　　　I am writing in regard to the Rule 30(b)(5) portion of your clients' "Notice of Taking Deposition of Defendants Pursuant to Rule 30(b)(5) and (6)" (the "Notice").

　　　As noted in prior correspondence, Plaintiffs previously agreed in Court filings to a limit of 25 total document requests per Defendant. We understand that you and Greg will be reviewing the 185 separate document requests previously served on Louisiana-Pacific in light of the 25 request limit and forwarding a revised set.

　　　Because document requests served on a party under Rule 30(b)(5) are the same as Rule 34 requests, Defendant Louisiana-Pacific also objects to the document requests in your Notice as exceeding the agreed-upon number. We presume that the revised set of document requests will supplant the 30(b)(5) portion of your Notice, as well as the Rule 34 "Request for Production of Documents and Things." If you can get us the revised list of document requests as soon as possible, that would help us ensure that we can produce those responsive documents to which Plaintiffs are entitled in advance of the 30(b)(6) depositions.

　　　Setting aside the 25 request limit, however, we also believe that several requests included within the 30(b)(5) portion of the Notice far exceed the scope of discovery reasonably permitted by Rules 26 and 34. For example, Request No. 1 seeks "each and every document evidencing, referring, or relating in any way to each and every area" covered by the 218 "Areas of Testimony" in the 30(b)(6) Notice. Similarly, Requests Nos. 2 and 3 broadly ask for any and all documents "related to any of your defenses" and/or "related to the defenses of any co-codefendant." Such requests are overly broad,

W. Eason Mitchell, Esq.
September 26, 2007
Page 2

insufficiently limited in scope and time, fail to specify the documents sought with reasonable particularity, and are not reasonably calculated to lead to the discovery of admissible evidence. To facilitate a prompt response and avoid the need for additional objections, we ask that you and Greg please try to identify the documents you want with reasonable specificity in Plaintiffs' revised requests.

Also, as indicated in my letter of last Friday, it appears that several "Areas of Testimony" in the 30(b)(6) portion of the Notice fall more properly within the scope of the Rule 34 process. These seemingly include, without limitation, "Areas of Testimony" Nos. 10, 12, 15 - 17, 19 - 21, 23, 28, 52, 53, 66, 84, 91, 93, 100, 101, 107, 111, 112, 114, 132 - 137, 140, 147, 150, 152 - 154, 173, 190, 203, 204. We ask that you please treat any such straightforward document requests under Rule 34, rather than embedding them within the 30(b)(6) portion of the Notice.

With kind regards, I am

Sincerely,

Bernard Taylor

BT:mos
cc:  Doug Arnold, Esq.
     Skip Lockard, Esq.
     John Berghoff, Esq.
     Mark TerMolen, Esq.
     Matt Sostrin, Esq.

LEGAL02/30539694v1