IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC ) |
| vs. | ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Fed. R. Civ. P. 26(c), the undersigned counsel for Louisiana-Pacific Corporation and Pactiv Corporation hereby certify that Louisiana-Pacific Corporation's and Pactiv Corporation's counsel have in good faith conferred with counsel for Plaintiffs in a good faith effort to resolve the matters involved in Defendants' Motion for Protective Order without Court action. These efforts to reach an agreement did not resolve the issues contained in Defendants' Motion.

This the 15th day of October, 2007.

/s/ Joshua L. Becker
Joshua L. Becker, Esq.
Counsel for Louisiana-Pacific Corporation

/s/ Matthew C. Sostrin
Matthew C. Sostrin, Esq.
Counsel for Pactiv Corporation