IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>PACTIV CORPORATION and  )<br>LOUISIANA-PACIFIC CORPORATION,  )<br>  )<br>Defendants.  ) | CASE NO. 2:06-cv-83-LES-CSC<br>(LEAD CASE) |

## PROTECTIVE ORDER

It is hereby ORDERED that Plaintiffs' requests for production of documents pursuant to Rule 30(b)(5) and Rule 34 are stricken. Plaintiffs are permitted to thereafter file requests for production that are consistent with the Scheduling Order.

So ordered this _____ day of _____, 2007.

_____
Chief Magistrate Judge Charles S. Coody