**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **M.C. who sues by and through her mother and next friend, GAIL TATUM** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:06cv83-LES |
| **vs.** | )            (LEAD CASE) |
| | ) |
| **PACTIV CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

*(stamp: 2007 OCT 15 A 9 36  DEBRA P. HACKETT  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA.)*

## NOTICE OF APPEARANCE

H. Gregory Harp, Esquire, hereby enters his appearance as additional counsel for the Plaintiffs in the above-styled action. The undersigned requests that full copies of all pleadings, motions, notices, etc. be served on him at gharp@elglaw.com.

Respectfully submitted,

H. Gregory Harp, State Court ID No. HAR299
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I have filed a copy of the foregoing notice on all counsel of record in the United States Mail at the following addresses:

H. Thomas Wells, Jr.
John A. Earnhardt
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Bernard Taylor, Esq.
Douglas S. Arnold
Orlyn O. Lockard, III
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachetree Street
Atlanta, Georgia 30309

John C. Berghoff, Jr.
Mathew C. Sostrin
Mark R. Ter Molen
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL 60606

Dennis R. Bailey, Esq.
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSON, &
GARRETT, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Laura Ellison Proctor
Louisiana Pacific Corporation
414 Union Street North
Suite 2000
Nashville, TN  37219



OF COUNSEL

**Notice of Appearance**                                                                 **Page 2**
**Tatum v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**