## The Colom Law Firm, L.L.C.

WILBUR O. COLOM
W. EASON MITCHELL*†
B. KELLY HARDWICK
CHARLES T. BRANT**†
EDWARD L. PLEASANTS, III
EDTRIK BAKER‡

ADMITTED IN:
ALABAMA*
GEORGIA*
FLORIDA‡
DISTRICT OF COLUMBIA†

Writer's e-mail:
emitchell@colom.com

200 6th STREET NORTH
COLUMBUS, MS 39701-3917

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39702-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

POST OFFICE BOX 55787
JACKSON, MS 39296
TELEPHONE: (601) 974-6075
FACSIMILE: (601) 974-6076

170 MITCHELL STREET, S.W.
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

September 21, 2007

**VIA FACSIMILE & E-MAIL**

John C. Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Bernard Taylor, Sr., Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Re:   *M.C. v. PACTIV, et al.*

Dear John and B.T.:

    I talked with John Berghoff and this is to confirm that the corporate representative depositions will be rescheduled as presently noticed to take place at the offices of Mayer Brown in Chicago, Illinois, beginning Monday, October 29th.

    The deposition of the PACTIV representative will begin at 9:00 a.m. on the 29th and we will attempt to complete it by mid-day on Wednesday and begin the deposition of the Louisiana-Pacific representative immediately afterwards. Due to our agreement to allow three days for each defendant,

John C. Berghoff, Jr., Esq.
Bernard Taylor, Sr., Esq.
September 21, 2007
Page 2

---

we are setting the deposition of the Louisiana-Pacific representative to begin at 9:00 a.m. on Thursday morning, November 1st, and to be completed Monday afternoon.

I reiterate that it is our intention to complete these depositions in one week, but I have scheduled them to take place in six days in the event we need that much time. I assume I will be seeing you before then, I look forward to it.

                                          Sincerely yours,

                                          *Sent Without Signature To Avoid Delay*

                                          W. Eason Mitchell

WEM/knw
cc:   All Counsel (via E-MAIL)