# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

**Douglas S. Arnold**          Direct Dial: 404-881-7637          E-mail: doug.arnold@alston.com

September 5, 2007

**VIA EMAIL AND FACSIMILE**

Gregory A. Cade, Esq.
Environmental Litigation Group, PC
3529 7th Avenue South
Birmingham, AL 35222

    Re:    *Tatum v. Pactiv Corp.*, **2:06-cv-00083-LES-CSC**
              **Defendants' Response to Plaintiffs' Rule 34 Request**

Dear Greg:

    As discussed during our telephone call earlier today, Defendants' written responses to "Plaintiffs' Request for Inspection of Land, Equipment, and Furnishings" dated August 7, 2007 are presently due on Monday, September 10, 2007. As also discussed, the parties intend to continue meeting and conferring regarding Plaintiffs' Request following Monday's status conference in Omaha.

    Therefore, this letter will confirm our agreement that the time period for Defendants to serve objections or other responses to Plaintiffs' Request has been extended pending our discussion Monday. We have also agreed that if Defendants thereafter wish to serve written objections or other responses, said service will occur on or before a reasonable date to be agreed by the parties.

                              Sincerely yours,

                              Doug Arnold

                              Douglas S. Arnold

Gregory A. Cade, Esq.
September 5, 2007
Page 2

OOL:mos
   cc:    Eason Mitchell
           Bob Palmer
           Bernard Taylor
           Skip Lockard
           John Berghoff
           Mark TerMolen
           Matt Sostrin

LEGAL02/30514751v1