# AFFIDAVIT OF SEAN A. SIMMONS

Comes now the undersigned, Sean A. Simmons and testifies as follows:

1.I am over nineteen (19) years of age, suffer from no disabilities that would prevent me from testifying, and am competent to testify regarding the facts set forth in this affidavit. The statements herein are based upon my personal knowledge.

2.I am one of the counsel of record for Louisiana-Pacific Corporation in *M.C. v. Pactiv Corp., et al.*, U.S.D.C. for the Middle District of Alabama, Civ. No. 2:06-cv-00083-LES-CSC and related cases (the "Lockhart Litigation.")

3.In connection with the Lockhart Litigation, Louisiana-Pacific forwarded requests for the medical records of trial Plaintiffs Melanie Chambers, Susan Phillips, Kandy Creech, and Jimmie Lou Bowman to the office of Sasikumar Vishwanath, M.D.

4.The medical records of Susan Renee Phillips were requested from Dr. Vishwanath by Louisiana-Pacific on May 10, 2005.

5.The medical records of Kandy Creech were requested from Dr. Vishwanath by Louisiana-Pacific in June 2006.

6.The medical records of Jimmie Lou Bowman were requested from Dr. Vishwanath by Louisiana-Pacific on October 3, 2007.

7.On October 12, 2007, I contacted the offices of Dr. Vishwanath and talked to his staff member, Jane (no last name provided), regarding the existence of trial Plaintiffs' records. During my discussion with Jane, she indicated that there were no records available for Kandy Creech, and that a written response to that effect would be

-2-

faxed the same day. That response was faxed on October 12, 2007, and received by the affiant on October 15, 2007.[1] *See* Attachment 1, p. 2.

8. Also during my conversation with Jane, she indicated that Dr. Vishwanath does in fact have records regarding both Susan Renee Phillips and Jimmie Lou Bowman. Those records were faxed on October 12, 2007, and received by the affiant on October 15, 2007. *See* Attachment 1, pp. 3-14.

9. The last date on which Dr. Vishwanath's records show he provided treatment for Susan Phillips was March 26, 2004. *See* Attachment 1, p. 14.

10. The certified Florala Pharmacy records show that Dr. Vishwanath prescribed medicine for Susan Phillips as recently as May 26, 2004. *See* Attachment 2.

11. Though Dr. Vishwanath provided few records regarding the care and treatment of Susan Phillips, a total of nine pages, during the course of the treatment provided to Ms. Phillips, he is cited repeatedly and copied on correspondence as shown by the records of Mizell Memorial Hospital. *See* Attachment 3.

12. The last date on which Dr. Vishwanath's records show he provided treatment for Jimmie Lou Bowman was May 5, 1998. See Attachment 1, p. 3.

13. The certified Florala Pharmacy records show that Dr. Vishwanath prescribed medicine for Jimmie Lou Bowman as recently as August 21, 2007. *See* Attachment 4.

---

[1] The fax was sent to the wrong fax number, and forwarded to the affiant on October 15, 2007.

LEGAL02/30561706v1

Executed this _17th_ day of October, 2007.

_____
Sean A. Simmons

Sworn to and subscribed before me
This 17th day of Oct., 2007.

_____
Notary Public
My Commission Expires: Sept. 27, 2010

LEGAL02/30561706v1