FROM :VISHWANATH                    FAX NO. :3348582120              Oct. 12 2007 11:31AM P1

FROM :VISHWANATH                    FAX NO. :3348582120              Oct. 12 2007 11:37AM P12