# CERTIFICATION OF MEDICAL RECORDS

**PROVIDER:**       Florala Pharmacy
                    23355 5th Avenue
                    Florala, AL  36442

**RECORDS OF:**

**NUMBER OF PAGES:** _____

The copies of records for which this Certification is made are true and complete reproductions of the original or microfilmed records that are housed in the above Provider's office. The records were made at or near the time of the occurrence of the matters set forth therein, by (or with information transmitted by) a person with knowledge of these matters, in the regular course of business and it was the regular course of the Provider to make such records. This Certificate is given in lieu of the personal appearance of the person certifying hereto.

Signature _____ Jay J. Warren
Custodian of Records

Sworn to and subscribed
before me, this __10__ day
of __Sept.__, 2007.

_____
Notary Public

My Commission Expires:

My Commission Expires
January 12, 2009

LEGAL02/30513903v5

FLORALA PHARMACY                     PATIENT PRESCRIPTION SUMMARY                                    Page    1

FLORALA PHARMACY               PATIENT PRESCRIPTION SUMMARY                          Page    2

FLORALA PHARMACY                           PATIENT PRESCRIPTION SUMMARY                                 Page    3

FLORALA PHARMACY                        PATIENT PRESCRIPTION SUMMARY                                Page    4

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                    Page    5

FLORALA PHARMACY                          PATIENT PRESCRIPTION SUMMARY                          Page    6

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                    Page    7