SOUTH ALABAMA ONCOLOGY CENTER
802 NORTH MAIN STREET
OPP, ALABAMA 36467
HEMATOLOGY/ONCOLOGY PROGRESS NOTE

MIZELL MEMORI..
Personal & Confident:..
Further Release of Inf...
Illegal and/or Unauthor...

CC: Dr. Sasikumar Vishwanath