# CERTIFICATION OF MEDICAL RECORDS

**PROVIDER:**   Florala Pharmacy
23355 5th Avenue
Florala, AL 36442

**RECORDS OF:**

**NUMBER OF PAGES:** _____

The copies of records for which this Certification is made are true and complete reproductions of the original or microfilmed records that are housed in the above Provider's office. The records were made at or near the time of the occurrence of the matters set forth therein, by (or with information transmitted by) a person with knowledge of these matters, in the regular course of business and it was the regular course of the Provider to make such records. This Certificate is given in lieu of the personal appearance of the person certifying hereto.

_____
Signature   *Custodian*

Sworn to and subscribed
before me this  10th   day
of   October  , 2007.

_____ (Debra T. Childs)
Notary Public

My Commission Expires:

My Commission Expires
January 12, 2009

LEGAL02/30545883v3



# FLORALA PHARMACY

23355 Fifth Avenue  
Florala, Alabama 36442  
334-858-3291  
1-800-423-7847 (DRUGS)

*"Our Name Says It All"*

Charles T. Smith, Pres., P.D.  
Tom Frye, P.D.  
Samantha Caton, P.D.

**Alston & Bird LLP**  
**One Atlantic Center**  
**1201 West Peachtree Street**  
**Atlanta, GA 30309-3424**

BILLING DATE: 10/9/2007  
ACCOUNT ID: N/A  
PREVIOUS BALANCE: -0-

### ACCOUNT ACTIVITY

| DATE | INVOICE# | DETAILS | CHARGES | PAYMENTS |
|---|---|---|---|---|
| 10/9/2007 | One | Fee for medical records | $25.00 | |
| | | | | |
| | | | | |
| | | TOTALS: | $25.00 | $0.00 |
| | | PLEASE PAY THIS AMOUNT: | | $25.00 |

Terms: 30 days  
When sending payment, include the invoice number on the check. Thank you.

*(signature)* Joy Warren

**JOY E. WARREN**  
**INSURANCE SPECIALIST**

---

*Covington County's Caring Pharmacies!*  
*2 Locations To Serve You!*

324 West Bypass • Westgate Plaza  
Andalusia, Alabama 36420  
334-427-1111 • 1-888-920-2273 (CARE)

23355 Fifth Avenue  
Florala, Alabama 36442  
334-858-3291 • 1-800-423-7847 (DRUGS)

FLORALA PHARMACY                         PATIENT PRESCRIPTION SUMMARY                                    Page    2

FLORALA PHARMACY                              PATIENT PRESCRIPTION SUMMARY                                       Page    3

FLORALA PHARMACY                          PATIENT PRESCRIPTION SUMMARY                                Page    4

FLORALA PHARMACY          PATIENT PRESCRIPTION SUMMARY                Page    5

FLORALA PHARMACY                                PATIENT PRESCRIPTION SUMMARY                                           Page    6

FLORALA PHARMACY                           PATIENT PRESCRIPTION SUMMARY                                      Page    7

FLORALA PHARMACY                           PATIENT PRESCRIPTION SUMMARY                                  Page    8

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                                Page   9

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                          Page   10

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                              Page   11

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                          Page   12

FLORALA PHARMACY                    PATIENT PRESCRIPTION SUMMARY                              Page  13

FLORALA PHARMACY             PATIENT PRESCRIPTION SUMMARY                          Page 14

FLORALA PHARMACY                              PATIENT PRESCRIPTION SUMMARY                              Page   15

FLORALA PHARMACY                        PATIENT PRESCRIPTION SUMMARY                        Page 16

FLORALA PHARMACY                              PATIENT PRESCRIPTION SUMMARY                                       Page  17