IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                          PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                              DEFENDANTS

NOTICE OF TAKING DEPOSITION

TAKE NOTICE that Plaintiffs will take the deposition of the following upon oral examination, before an officer authorized by law to administer oaths. Said deposition will take place at the following address, and shall continue from time to time until complete. Please take notice that the deposition may be video recorded in addition to stenographic means.

|  |  |
|---|---|
| DEPONENT: | Dr. Sasikumar Vishwanath |
| PLACE: | Hampton Inn |
|  | 3709 S. Ferdon Boulevard |
|  | Crestview, FL 32536 |
| DATE: | October 19, 2007 |
| TIME: | 9:00 a.m. (Central Time) |

Respectfully submitted this 14th day of September, 2007.

   /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
E-Mail: emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on September 14, 2007, I electronically served the foregoing *Notice of Taking Deposition* on the following via e-mail and facsimile:

    Douglas Sheppard Arnold
        doug.arnold@alston.com
    Dennis R. Bailey
        drb@rsjg.com, pk@rsjg.com
    Joshua L. Becker
        josh.becker@alston.com
    John C. Berghoff, Jr
        jberghoff@mayerbrownrowe.com
    Meaghan G Boyd
        meaghan.boyd@alston.com
    Gregory Andrews Cade
        gregc@elglaw.com
    Wilbur O. Colom
        wil@colom.com
    Richard Elder Crum
        rcrum@scplaw.us
    Fred R. DeLeon , Jr
        frd@elglaw.com
    John Aaron Earnhardt
        jearnhardt@mcglaw.com

Jaimy L Hamburg
jhamburg@mayerbrown.com
R. Austin Huffaker, Jr
rah2@rsjg.com
Orlyn O. Lockard, III
slockard@alston.com
Akila S. Mcconnell
akila.mcconnell@alston.com
William Eason Mitchell
emitchell@colom.com
Edwin Bryan Nichols
bnichols@maynardcooper.com
Robert Leslie Palmer
Bob@elglaw.com
Laura Ellison Proctor
laura.proctor@lpcorp.com
Sean A. Simmons
sean.simmons@alston.com
Matthew C. Sostrin
msostrin@mayerbrownrowe.com
Bernard Taylor, Sr
bernard.taylor@alston.com
Mark R. Ter Molen
mtermolen@mayerbrownrowe.com
H. Thomas Wells, Jr
twells@mcglaw.com
Roberta M Wertman
rwertman@mayerbrown.com

This 14th day of September, 2007.

/s/ W. Eason Mitchell
W. Eason Mitchell

85261.wpd