## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 2:06-cv-83-LES-CSC |
| vs. | ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION TO SEAL EXHIBITS PREVIOUSLY FILED

Pursuant to General Order No. 2:04-mc-3228 and the direction of this Court during its October 18, 2007 telephone conference, Defendant Louisiana-Pacific Corporation hereby moves the Court to enter an Order to seal Attachments C, D, F, J, and K of Defendant's Joint Motion for Protective Order (docket no. 337) which contain inadvertently submitted sensitive information. Accordingly, Defendant hereby submits copies of the aforementioned exhibits for the public file with all sensitive information redacted as required.

For the foregoing reasons, Defendant respectfully requests that the Court grant its Motion and enter the proposed Order attached hereto.

Respectfully submitted this 19th day of October, 2007.

/s/ Bernard Taylor
Bernard S. Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific
   Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2007, I filed the foregoing via the

CM/ECF system which will send notice of said filing to all counsel of record.

/s/Sean A. Simmons_____
Of Counsel