**Simmons, Sean**

**From:** Wendy Garmon [mailto:WendyA@elglaw.com]
**Sent:** Friday, October 12, 2007 2:21 PM
**To:** Lockard, Skip
**Cc:** Greg Cade
**Subject:** RE: Lockhart/Attached form for Kandy Creech

Skip:
Attached you will find the executed authorization from South Central Mental Health Board for Kandy Creech. The hard copy of the authorization will be sent to you by US mail today.
Wendy Garmon

**From:** Lockard, Skip [mailto:Skip.Lockard@alston.com]
**Sent:** Friday, October 05, 2007 10:14 AM
**To:** Greg Cade; Wendy Garmon
**Subject:** Lockhart/Attached form for Kandy Creech


Greg and Wendy:

One of Kandy Creech's medical providers sent us the attached form. They have records for Ms. Creech, but require their own special authorization form and will not release records without it.

Sorry for the inconvenience, but can you please make arrangements to have Ms. Creech sign this form so that we can get the records? Please note that the form requires a "witness" signature also.

Thanks for your attention to this.

--Skip



<<Creech..PDF>>

*********************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS an

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.



10/12/2007

SEP-20-2007 11:50A FROM:                                         TO:14048917777            P:3/4

| South Central Alabama Mental Health Board |
|---|
| **Consumer Authorization for Use and/or Disclosure of Protected Health Information** |

MI Standard 3701.15        SA Standard 5203k.1            CASE #: _____

*Failure to complete EACH section will render this authorization invalid and it will not be processed.*

Consumer Name: Kandy Creech                    Date of Birth: _____
Social Security No.: _____                  Current Telephone No.: _____
Current Address: _____

I hereby authorize South Central Alabama Mental Health Board (SCAMHB) to:
- [✓] Copy & release/send SCAMHB records to the individual/agency listed below (one name per release)
- [✓] allow verbal release of information
- [ ] Request records to be sent from the provider listed below to SCAMHB:

Name: _____                                 Relationship: ATTORNEY
Current Address: _____
City, State, Zip: _____
Phone No.: _____                            Fax No.: _____

Please check by all records that you would like released to or requested from an outside source:

| Intake or Assessment (X) | Medications (x) | Treatment Plans (x) |
|---|---|---|
| Progress Notes (X) | Doctor's Notes (x) | Laboratory Reports |
| Cost of treatment | Diagnosis (X) | Consults (X) |

OTHER: SERVICE RECORDS AND INACTIVATION SHEETS

Dates of Services to be released: From: / /     To: / /

Disclosure of Information is required for the following purposes (please check at least one):
- X Request of Consumer
- ___ Facilitate Evaluation
- X Legal Purposes
- ___ Disability Determination
- ___ Insurance Purposes
- ___ Continuation of care

OTHER: (specify) _____

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the federal Privacy Rules.

I understand that I may revoke this Authorization at any time by notifying SCAMHB in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation. In the case of individuals whose release from confinement, probation or parole is conditioned upon his/her participation in a treatment program, the consent may not be revoked.

I understand that I will receive a copy of this Authorization form after I sign it.

I understand that if my mental health record contains information in reference to Substance Abuse treatment or information related to communicable diseases/AIDS/HIV, I agree to its release.
(Yes) KC    No    Consumer has to initial Yes for information to be released.

SUBSTANCE ABUSE USE ONLY: Permission to Fax Assessment    Yes    No    N/A

I understand that unless I wish to cancel this authorization at an earlier time, it will expire on 10/10/07 one year from the date signed unless otherwise specified, or at case closure, whichever occurs first.        X

Indicate here if you would like for this authorization to expire by a different date/event/condition: _____

Consent was obtained through interpretation or translation:    Yes    (No)

Date Signed: 10/10/07    Signature of Consumer/Legal Guardian/Personal Representative

Date Signed: 10/10/07    _____    Date _____
                        2nd Witness N/A unless consumer signs with a mark

NOTE TO PARTY RECEIVING INFORMATION: This information has been disclosed to you from records whose confidentiality is protected by federal and state laws which prohibit you from making any further disclosure of information without the specific written consent of the person to whom it pertains, or otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose. (This form meets the requirements of the Department of Mental Health Program Standards, Federal Regulation 42 CFR Part 2, and the Health Insurance Portability and Accountability Act of 1996 –HIPAA).

Authorization revised 11/3/06

**UPDATE ANNUALLY**