IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) (LEAD CASE) ) ) ) ) ) ) ) |

## ORDER

Upon consideration of Defendant Louisiana-Pacific Corporation's Motion to Seal Exhibits Previously Filed, and the Court having considered said Motion, General Order No. 2:04-mc-3228, and the administrative procedures of this Court, it is hereby ORDERED:

1. The Defendants' Motion is GRANTED; and

2. The Attachments C, D, F, J and K to Defendant's Joint Motion for Protective Order (docket no. 337) are hereby sealed and replaced in the public file with redacted versions of the same.

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Magistrate Judge Charles S. Coody