IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court are the defendants' joint motion for a protective order to stay the deposition of Dr. Sasikumar Vishwanath (doc. # 337). Dr. Vishwanath's deposition was noticed for October 19, 2007. Oral argument was held on October 18, 2007. At oral argument, the parties agreed to continue Dr. Vishwanath's deposition to a later date, and when his deposition goes forward, to allow him to testify as both a fact witness, and if identified as such, an expert witness. Accordingly, upon consideration of the motion for a protective order, and the agreement of the parties, it is

ORDERED that the motion for a protective order (doc. # 337) be and is hereby DENIED as moot.

Done this 19th day of October 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE