IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,** ) ) ) ) | |
| Plaintiff, ) | CASE NO. 2:06-cv-83-LES-CSC (LEAD CASE) |
| ) vs. ) ) | |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** ) ) ) | |
| Defendants. ) | |

### DECLARATION OF MATTHEW C. SOSTRIN

I, Matthew C. Sostrin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am with the law firm of Mayer Brown LLP and have been admitted *pro hac vice* as counsel for Defendant Pactiv Corporation in this action.

2. I submit this declaration in support of Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law filed herewith.

3. A true and correct copy of the Alabama Supreme Court's decision in *Cline v. Ashland, Inc.*, Case No. 1041076, 2007 Ala. LEXIS 5 (Jan. 5, 2007), *cert. denied*, 127 S. Ct. 2916 (2007), is attached hereto as **Exhibit A**.

4. A true and correct copy of the Southern District of Alabama's decision in *German v. CSX Transportation, Inc.*, Case No. 06-0662, 2007 U.S. Dist. LEXIS 32021 (S.D. Ala. May 1, 2007), is attached hereto as **Exhibit B**.

5. A true and correct copy of the Affidavit of Debra Brooks Hughes, first submitted by Plaintiffs on December 15, 2006 in support of their Response to Defendants' Joint Motion to Compel (docket no. 114), is attached hereto as **Exhibit C**.

13389100.1                               1

6. A true and correct copy of the Agreement of Purchase and Sale, dated October 14, 1983, by and between Tennessee River Pulp and Paper Company and Louisiana-Pacific Corporation, is attached hereto as **Exhibit D**.

7. A true and correct copy of the October 21, 1983 letter from Tennessee River Pulp and Paper Company to the Alabama Department of Environmental Management is attached hereto as **Exhibit E**.

8. A true and correct copy of the November 8, 1983 Business Wire story, headlined "Louisiana-Pacific Purchases two Alabama lumber facilities, completes acquisition of two Mississippi sawmills," is attached hereto as **Exhibit F**.

9. A true and correct copy of the November 17, 1983 Florala News story, headlined "TMA sells out to L-P," is attached hereto as **Exhibit G**.

10. A true and correct copy of excerpts of Louisiana-Pacific Corporation's 10-K Annual Financial Report for 1983 is attached hereto as **Exhibit H**.

11. A true and correct copy of excerpts of the Deposition of Don Daniel, taken on August 29, 2007, is attached hereto as **Exhibit I**.

12. A true and correct copy of the December 14, 1983 letter from Louisiana-Pacific Corporation to the Alabama Air Control Board is attached hereto as **Exhibit J**.

13. A true and correct copy of the January 4, 1984 letter from Louisiana-Pacific Corporation to the Alabama Department of Environmental Management, with its attachment, is attached hereto as **Exhibit K**.

14. A true and correct copy of the May 2, 1984 letter from the Alabama Department of Environmental Management to Louisiana-Pacific Corporation is attached hereto as **Exhibit L**.

15. A true and correct copy of the Declaration of Neil Sherman is attached hereto as **Exhibit M**.

16. A true and correct copy of excerpts of the report of James J. J. Cleark, Ph.D., served by Plaintiffs on March 2, 2007 as part of their response to the Court's *Lone Pine* Order setting forth the basis of their claims, is attached hereto as **Exhibit N**.

17. A true and correct copy of the Circuit Court for St. Clair County, Alabama, Northern Judicial Division at Ashville's decision in *Henderson v. Meadwestvaco Corp.*, Case No. CV2006-122 (July 3, 2007), is attached hereto as **Exhibit O**.

18. A true and correct copy of excerpts of the RCRA Facility Assessment, Revised Draft, prepared by the Alabama Department of Environmental Management and dated October 13, 1998, is attached hereto as **Exhibit P**.

19. A true and correct copy of the December 28, 2006 letter from W. Eason Mitchell of the Colom Law Firm, L.L.C., to The Honorable Lyle E. Strom, is attached hereto as **Exhibit Q**.

20. A true and correct copy of excerpts of the District of Nebraska's decision in *Schwan v. CNH America LLC*, Case No. 4:04cv3384 (May 4, 2006), is attached hereto as **Exhibit R**.

21. A true and correct copy of excerpts of Frumer & Friedman, Products Liability § 55.05 (2006), is attached hereto as **Exhibit S**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2007

/s/ Matthew C. Sostrin