October 21, 1983

Mr. Bernard E. Cox, Jr., Chief
Industrial and Hazardous Waste Section
Land Program
Alabama Department of Environmental Management
State Capitol
Montgomery, Alabama  36130

RE: TMA Forest Products - Lockhart
    ALD 095687786

Dear Mr. Cox:

I wish to inform you that the TMA Lockhart plant will be under new ownership after November 4, 1983.

The new owners will be Louisiana Pacific Corporation of P.O. Box 3107, Conroe, Texas  77305.

If there are any questions concerning this notification, please advise.

Sincerely,

J. R. Cook
Vice President

JRC:pms

cc: Mrs. Frances Pardue

bc: F. B. Schelhorn
    A. A. Haller
    F. McGinley
    R. P. Paul


EXHIBIT E

LPC00045359