Copyright 1983 Business Wire, Inc
Business Wire

November 8, 1983, Tuesday

**DISTRIBUTION:** Business Editors

**LENGTH:** 179 words

**HEADLINE:** LOUISIANA-PACIFIC; Purchases two Alabama lumber facilities, completes acquisition of two Mississippi sawmills

**DATELINE:** CONROE, Texas

**BODY:**

Louisiana-Pacific Corp. announced Tuesday that it has purchased a sawmill and a wood preservative treating facility in Lockhart, Ala., from TMA Forest Products, a division of Tennessee River Pulp and Paper Co.

The mill has an approximate annual capacity of 40 million board feet. About 100 workers are employed in the two facilities. Purchase price and other transaction details were not disclosed.

In addition, the company announced that it has completed the acquisition of two sawmills in Philadelphia, Miss., from the Molpus Co. The two mills have a combined annual capacity of about 50 million board feet of pine and hardwood lumber. They employ about 125 people.

All four facilities will be part of L-P's Southern Division, which is headquartered in Conroe.

Louisiana-Pacific is a major forest products firm with more than 100 plants and mills throughout the United States.

CONTACT: Louisiana-Pacific Corp., Portland
   Barry Lacter, 503/221-0800



EXHIBIT F