

*LOCAL VETERANS HELD A MEMORIAL SERVICE at North Creek Cemetery, Friday, November 11, for Edgar Gregory McAdams. Attending the memorial service were members of the McAdams family as well as members of the local VFW, DAV, American Legion and VFW Ladies Auxiliary. Veterans attending were from left, Mitchell Wise, Maxine Holley, Richard Hagwood, William Beasley, Johnny Mae Molloy, Jim Banfield, Gordimen Kyle, A.P. Mallow, James Jenkins, Junior Parrish, Catherine Martin, Marcus Cook, Owen Hagwood, Larry Martin and Troy Ellisor.*

## Veteran's Day Memorial Service held

by Tom Holley

The VFW Commander from Post 6618 held a Memorial Graveside Service on Veterans Day. An award, the American Legion and Disabled American Veterans were invited to take part.

Comrade G. Kyle represented the American Legion with a red flower laid on Comrade Gregory McAdams' grave. Commander Parrish, from VFW Post 4360, presented the white flower to the grave. Commander Banfield from DAV #19 presented the blue flower. Eighth District VFW Commander, Mitchell Wise, presented the evergreens. Maxine Holley, past president of the Florala VFW Ladies Auxiliary, presented the wreath made of buddy poppies. Comrades Tom Holley gave the ritual of each presentation and then displayed the American flag at the head of the grave.

In Holley's prayer, he compared the son of God and the serviceman...



*VFW 6618 Commander Tom Holley spoke at the Veteran's Day Memorial Service for SP4 Edgar G. McAdams (March 22, 1949 - March 15, 1969) who served with the U.S. Army in Vietnam. Commander Holley is also the Chaplain for the American Legion and DAV Service Officer.*

## Florala City Court cases heard

by Nicky Nilmer

The following cases were heard before Judge Donald Colquett Thursday, November 10, 1983 at Florala City Court.

Grady Odom, Jr. of Florala, pleaded guilty to a charge of public intoxication and was fined $10 plus $25 court costs.

Angela P. Davis of Florala pleaded guilty to charges of driving while revoked and expired tag. She was fined $200 plus $22 on the DWR charge and $25 plus $22 court costs on the tag charge.

Michael C. Holley of Florala pleaded guilty to charges of driving while revoked and driving on the wrong side of the road. Holley was fined $200 plus $22 court costs on the DWR charge and $25 plus $22 court costs on the second charge.

Buford Earl Lee of Lockhart pleaded guilty to a charge of improper lights and was fined $10 plus $22 court costs.

Edward J. Kelley of Andalusia, pleaded not guilty to a charge of driving under the influence. Kelley was found guilty and fined $250 plus $22 court costs. In addition, he must attend DUI school and his license will be suspended for a period of ninety days.

Harold Parker of DeFuniak Springs, Florida, pleaded guilty to a charge of disorderly conduct and resisting arrest. Parker was fined $25 plus $25 court costs on each charge.

Milton Packer of Florala pleaded guilty to charges of disorderly conduct and resisting arrest. Parker was fined $25 plus $25 court costs on each charge.

J.D. Bryan of DeFuniak Springs, Florida, pleaded not guilty to charges of driving under the influence and driving while revoked. Bryan was found guilty and sentencing was continued until the next court date.

Doyle A. Coffey of DeFuniak Springs, Florida, pleaded guilty to charges of driving under the influence and driving while revoked. Coffey was fined $250 plus $22 on the DUI charge and $50 plus $22 court costs on the DWR charge. He must also attend DUI school and his license will be suspended for a period of ninety days.

Betty Moore of DeFuniak Springs, Florida, pleaded guilty to charges of disorderly conduct and criminal mischief, by warrant. She was fined $25 plus $25 court costs on the disorderly conduct charge and $25 plus $25 court costs on the criminal mischief. Ms. Moore's case is continued until the December session where the amount of restitution on the criminal mischief charge will be determined.

Maise D. Cannady of Florala pleaded guilty to a charge of harassment, reckless endangerment and two charges of disorderly conduct. Cannady was fined $50 plus $25 court costs on the harassment charge, $100 plus $25 court costs on the reckless endangerment and $50 plus $25 court costs on each charge of disorderly conduct.

Patricia Jones of Florala pleaded guilty to charges of public intoxication and disorderly conduct. She was fined $10 plus $25 court costs on the intoxication charge and $25 plus $25 court costs on the disorderly conduct charge.

Paul Gundrum of Florala pleaded not guilty to a charge of disorderly conduct and was fined $25 plus $25 court costs.

Donnie Spicer of Florala pleaded guilty to a charge of disorderly conduct and not guilty to a charge of resisting arrest. Spicer was fined $25 plus $25 court costs on each charge.

James W. Henderson of DeFuniak Springs, Florida, pleaded guilty to a charge of driving under the influence. Henderson was fined $250 plus $22 court costs, must attend DUI school and will have his license suspended for a period of 90 days.

Terry Miller of Florala pleaded not guilty to a charge of disorderly conduct, by warrant and was fined $10 plus $25 court costs.

### OFFICES — from front

the requirements should be county wide.

Encouraging other principals in county schools to consider changes was discussed.

A recommendation by Superintendent Murray Eng to raise board members salary to $300, as permitted by recent law, was approved. The raise will go into effect November, 1984.

Jimmy Caswell, Don Ingram and Joe Bradley were unanimously appointed to the board of trustees for Red Level School.

Permission was given, pending state approval, to purchase a Xerox copier and eight additional Apple computers on the state bid list from Chapter I funds, one computer from Chapter II funds and one computer from Vocational funds.

Jimmy Baker of George M. Wood & Company sent the board data showing the actual amounts required to amortize a $500,000 bond issue over different time periods and interest rates. The bond issue will be used to build additional classrooms at various schools.

Permission was given to bid vocational equipment for the various schools.

Mrs. Noble Kelley was transferred from full time General Fund aide at Florala School to half time Title VI funds (special education) and half-time General Funds. Approval was given for John Findley, a custodian at Straughn

School to work additional hours at the Board of Education building, retroactive back to October 26.

### VACANCIES — from front

Water-Sewer Board or the Gas Board.

"The two boards handle the distribution of revenue received by them and the only connection the city has with the utilities is to appoint board members," said Nobles. He went on to say that people are misinformed concerning the ownership of the utilities and that each is a separate corporation.

Approval was given to pay the October bills in the amount of $5472. Mayor Nobles asked that all departments hold spending to a minimum until the first of the year.

## Christmas parade

The Florala Christmas Parade, sponsored by the Florala-Lockhart Rotary Club, will be held Saturday, December 3, at 11:00 a.m.

Persons interested in participating or helping out with the parade should contact parade chairperson, Michelle Mitchell at 858-3493.

Participation from the community is needed to make this year's parade the most successful ever.

## TMA sells out to L-P

Louisiana-Pacific Corp. announced that it has purchased a sawmill and wood preservative treating facility in Lockhart, Alabama, from TMA Forest Products, a division of Tennessee River Pulp and Paper Company.

The mill has an approximate annual capacity of 40 million board feet. About 100 workers are employed in the two facilities.

Purchase price and other transaction details were not disclosed.

In addition, the company announced that it has completed the acquisition of two sawmills in Philadelphia, Mississippi, from the Molpus Company. The two mills have a combined annual capacity of about 50 million board feet of pine and hardwood lumber. They employ about 125 people.

All four facilities will be part of L-P's Southern Division, which is headquartered in Conroe, Texas.

Louisiana-Pacific is a major forest products firm with more than 100 plants and mills throughout the United States.

## Services held for youth

Roger Hugh Hestephill, age 16, a resident of 912 North 5th Street, Florala, passed away Sunday, November 13, 1983 from injuries in a hunting accident near Florala. He was a student in the 10th grade at Florala High School and a life long resident of Florala.

Survivors are, father and mother, Mr. and Mrs. Bobby Hemphill of Florala; one brother, William Jeffery Hemphill of Florala; three sisters, Jennifer Lynn Hemphill, Anna Marie Hemphill and Sylvia Wynett Hemphill all of Florala.

Funeral services will be held at 10 a.m. Thursday from Evans Funeral Home Chapel with the Reverends Frank McIntosh and Ed Nosley officiating. Burial will be in the New Hope Cemetery with Evans Funeral Home directing.

## Stinkbug alert

by Robert E. Lester

It seems that Covington County soybean growers have had one problem after another throughout this growing season. And it doesn't look like the battle is over yet.

Our Extension Entomologist, Ron Weeks, who's located at Headland, has issued a warning to soybean growers to be on the lookout for stinkbugs.

Earlier in the season, stinkbugs built up to extremely high numbers in corn fields. Now, as corn dries and is being harvested, the bugs are looking for something more palatable — such as soybeans...

## Computer donated to FCS

Junior high students at Florala High School are now receiving computer aided instruction in their Math Department. The Commodore 64 Computer with core memory, permanent memory and mass/perm memory was donated to the Math Department by Charles Smith of the Florala Pharmacy.

Charles Smith said his philosophy is, "there are two types of people, those who know computers and those who do not." According to Smith, the youth of today need to know computers as they are becoming more and more prominent in the business world.

Florala Pharmacy will be installing a computer system within the near future that will enable the pharmacy to serve their customers faster while maintaining the fast, honest, and accurate service currently offered by the business.

Owner Charles Smith says that the computer has the capacity to retrieve prescription numbers and records if the customer loses the bottle, receipt or record. The consumer can be supplied with a summary of prescriptions, filling dates, lists of medications and how much was used for them, in a relatively short period of time.

Other pluses for the computer system includes flagging drug allergies of customers, capability of isolating drug interactions in case of treatments by more than one doctor and the capability of more personalized service.

Smith says by the first of the year his prescription files will be on computer and profiles with customers' name, address, age, allergies, children, etc. will also be on file thus saving time for the pharmacist and customer.



*CHARLES SMITH OF FLORALA PHARMACY recently donated a Commodore 64 computer to the Math Department of Florala City School. Charles Smith presents the computer to Florala City School math instructor, Ms. Pat Cox as M.C. [Mac] Sellers looks on.*



*WORLD WAR I VETERANS and their wives were honored guests at the Annual Gold Star Banquet sponsored by the American Legion and American Legion Auxiliary Friday, November 11. Attending were Mr. and Mrs. C.B. McNeill and Mr. and Mrs. A.C. Sellers.*

## Single Adults Class meets

by Kora Whiddon

Single Adults Fellowship of the First Baptist Church, Florala, met in the fellowship hall for an interesting meeting with Mary Carol, local radio station employee and respiratory physiologist for the station. His talk was most informative and we were sorry when it ended.

Each month this adult fellowship meets in the fellowship hall with Mrs. Marlon Kimbrill, president, and a staff of able officers and willing to do something to do for others. We have a dedicated teacher in Mrs. Wendell McKoy and a dedicated president, so we should go places and do things for the Lord with the pastor, who stands behind us in no uncertain terms.

Meet us at the church fellowship hall — this meeting date will rejoice in the fall and give us strength for the future.

Case 2:06-cv-00083-LES-CSC Document 350-9 Filed 10/19/2007 Page 1 of 1

EXHIBIT G