"We remain convinced that Waferwood and a family of products made from it are a key to our ability to outpace the industry in the coming years. We have a substantial lead over our competitors in developing that capacity."



Annual Financial Report 1983 — Louisiana-Pacific Corporation

Assets
Stockholders' Equity
Long-term Debt

EXHIBIT H

## Chairman's Letter
Louisiana-Pacific Corporation and Subsidiaries

Dear Stockholder:

Louisiana-Pacific's performance improved significantly in 1983 along with the steady strengthening of the underlying U. S. economy. Despite a less than robust building products market, sales were up more than 26 percent to $1.1 billion and net income was the best in three years at $27.9 million. And, as part of a $111 million capital expenditure program, we were able to make rapid progress toward our goal of having a billion square feet of Waferwood capacity on-line by 1985. We completed our fourth plant in 1983 and have four more in various stages of construction. We remain convinced that Waferwood and a family of products made from it are a key to our ability to outpace the industry in the coming years. We have a substantial lead over our competitors in developing that capacity.

The year brought some surprises. Housing starts, for example, rallied to a level that few observers had predicted. More than 1.7 million starts were recorded in 1983, compared to just over 1 million a year earlier. But that dramatic increase in building activity did not translate into the degree of improvements in demand and prices for building products that would normally be expected. The major dampening factor was the high level of wood products imports from Canadian manufacturers. Those imports accounted for about 34 percent of the softwood lumber sold in the U. S. last year. In 1979, the last year when housing starts were at a comparable level, Canadian lumber accounted for 28 percent of the market.

The pulp market remained weak throughout the year because of the sluggish economies in many traditional importing nations and the very strong U. S. dollar. As worldwide economies improve in 1984, we expect a gradual strengthening of the pulp and export lumber markets.

**Balance Sheet Strength**

Our financial condition remains among the strongest in the forest products industry. Long-term debt as a percentage of total capitalization was only 20 percent at yearend, providing us with the flexibility to react to opportunities and build on our commitment to Waferwood and other reconstituted products. That balance sheet strength improved even more in the first quarter of 1984, when we earned a pre-tax profit of $33.6 million on our investment in National Gypsum Company stock. We had purchased nearly two million shares of National Gypsum at an average price of $21.55 a share. We sold it in January 1984 for $38.375 a share.

In December we sold our medium density fiberboard plant in Rocklin, California to Bohemia, Inc. resulting in a pre-tax gain of $8.0 million. The sale was required as a result of an agreement reached with the Federal Trade Commission in connection with our acquisition of Fibreboard Corporation in 1978.

**Acquisitions and Construction Update**

During 1983 we purchased sawmills in Saratoga, Wyoming; Kremmling, Colorado; Walden, Colorado; Evergreen, Alabama; Purvis, Mississippi; Lockhart, Alabama; and Philadelphia, Mississippi. In July, we leased a sawmill in Cloverdale, California and early in February 1984 exercised our option to purchase the mill.

We began construction during the year on a fiberglass insulation plant in Tucker, Texas and a facility in Fruita, Colorado which will produce a new, extremely high tem-



Harry A. Merlo, Chairman and President

AL09568 7786

## Chairman's Letter
Louisiana-Pacific Corporation and Subsidiaries

perature industrial insulation called Xonotlite. We also started building sawmills in Chilco, Idaho and Grenada, Mississippi and Waferwood plants in Urania, Louisiana; Chilco, Idaho; and Kremmling, Colorado. All of these operations will be completed by the summer of 1984. Scheduled for completion in 1985, are a Waferwood plant in Montrose County, Colorado and a medium density fiberboard plant in Newberry, Michigan. The Montrose plant will produce an attractive, economical new siding product made from Waferwood.

### Redwood National Park Agreement
Many of you will recall that back in 1978, Congress voted to expand Redwood National Park in Northern California by taking timberland from three forest products companies. The largest share, totaling about 25,600 acres, belonged to L-P. Since then, we've received $224.9 million from the government as partial payment for that property, and have filed suit to determine the full amount due L-P. I am pleased to report that we have recently made a major step toward conclusion of this litigation by reaching formal agreement with the Department of Justice concerning the volume of timber on the property. I'm satisfied that the agreement is a fair one and is in line with the receivable we have recorded and our financial reporting of this action. Settlement of the volume question should considerably shorten the time required to resolve the entire issue. For more information relating to the Redwood National Park expansion, refer to the notes on pages 23 and 27.

### Strike at Some Western Mills
In June, about 1,700 union workers at 18 of our Western operations went out on strike after failing to reach agreement on a new contract. The strike resulted in somewhat higher operating costs in the third quarter as we hired replacement workers and restarted the struck mills. Action by longshoremen in sympathy with the strike also interfered in the third quarter with our ability to ship pulp from our Samoa, California mill.

By the fourth quarter, we were operating 15 of the 18 struck plants with about 475 union members who had crossed the picket lines and returned to work plus more than 675 permanent replacements. That level of operation was consistent with demand for the products involved, so the strike had little impact on fourth quarter performance except for somewhat higher shipping costs for pulp and increased security costs at some locations.

Workers at one of the struck locations—a sawmill in Prineville, Oregon—have voted to "decertify" the union, an action which means the union no longer represents those workers. Similar decertification elections are pending at five other struck locations.

Our aim in taking the stance we have is to help bring our Western operations into a position where they can more effectively compete with mills in other parts of the country where wages and other costs are considerably lower. We hoped to bring this about without asking for concessions from current workers, so we proposed a contract that would leave unchanged the wages and benefits of workers who were covered under the expired contract, but would reduce the entry level wage scale and cut benefits for workers hired after the new contract went into effect. As I mentioned, 475 members of the union have acknowledged that their long-term interests were served well by this agreement, and have returned to work. Another 17 striking union members have asked to be placed on the recall list to be considered for rehiring when jobs become available.

### Proposal to Sell Ketchikan Division to Employees
On September 28, 1983, L-P offered to sell all of its holdings in the State of Alaska to an Employee Stock Ownership Trust that would be established for the benefit of employees of the Ketchikan Division. These holdings include three sawmills, a 150,000 ton per year pulp mill and a long-term timber cutting contract with approximately 20 years remaining. At present, negotiations are in process to come to a price and terms satisfactory to all parties.

DOCKET NO. 000070

### Federal Timber Sale Contract Extensions
In an effort to avert projected defaults among holders of certain contracts to purchase U. S. Forest Service timber, the Administration has promulgated rules allowing five year extensions of such contracts. The extension policy was a recognition that inflation during the late '70s led many purchasers to bid prices for federal timber which are well above what could be realized from that timber in today's market.

Louisiana-Pacific has always maintained a prudent ENF 002009
policy in bidding for government timber. As a result, we don't believe that L-P has significant exposure for uneconomical timber purchase commitments (see Oper-

AL09568 7786



*How we got here: A company is shaped by the environment in which it operates as much as the manner in which it molds its own destiny. The pictorial history of Louisiana-Pacific contained in this Annual Report portrays many of the major events and decisions that brought us to this point in our development. Our history is as much an indication of where we are going as where we've been.*

## Chairman's Letter
Louisiana-Pacific Corporation and Subsidiaries

ations Review, page 11). We will, however, extend most of our contracts in order to increase our flexibility.

We will continue to strive for more stringent down payment and progress payment requirements in federal timber sale contracts in order to curb speculation and avoid a repetition of the situation our industry is now facing.

**Asbestos-Related Litigation**

Our Fibreboard Corporation subsidiary continues to face lawsuits as a result of its manufacture before 1971 of insulation containing asbestos. We've discussed this issue in detail in the note on page 24. All things considered, we are confident that the litigation will not have a materially adverse effect on L-P's financial condition.

**General Yeager Joins Board**

I'm proud to welcome retired U.S. Air Force Brigadier General Charles E. (Chuck) Yeager to your Board of Directors. General Yeager—one of the country's best known test pilots and the first person to fly faster than the speed of sound—brings broad experience in managing people and assets and an international reputation for creative problem solving. His career has been marked by the same positive attitude and spirit that has been the hallmark of our company's YES WE CAN! philosophy. General Yeager was elected to the Board at our regular quarterly directors' meeting on January 30, 1984.

Your Board also declared both a quarterly cash dividend of $.20 a share and an annual three percent stock dividend. The cash dividend will be paid March 2, 1984 to stockholders of record February 17. The stock dividend will be issued April 12, 1984 to stockholders of record February 17. This is the eighth consecutive year L-P has paid a stock dividend. Cash dividends have been paid every year since we were formed in 1973.

**Outlook**

We expect a continuation of the gradual improvement in our markets in 1984. Housing starts should increase and worldwide economies should continue to pull out of the prolonged recession. However, we recognize that our markets remain sensitive to interest rate increases, stability of worldwide economies and, in particular for lumber, to competition from Canadian sawmills. So, we'll continue to emphasize those factors we can control, especially costs of raw materials and manufacturing. On balance, we believe 1984 should allow for a reasonable demonstration of L-P's very significant manufacturing strengths that we have worked so diligently to establish.

Some 2.0 billion board feet of lumber products should be produced and sold in 1984 at prices somewhat higher than 1983 realizations.

As well, we'll increase Waferwood production so that over one half billion square feet of L-P's "Smart Man's Plywood" will be produced as we continue to move toward our target of 1.0 billion square feet of Waferwood capacity by 1985. And, as Waferwood continues to gain market acceptance as an equal or superior substitute for plywood and our new high value siding products are introduced into the marketplace, average margins should increase.

And, we expect a very good year for the rest of our panel products including medium density fiberboard, hardboard, industrial particleboard and the seventh largest plywood capacity in the industry. Here again, we expect to realize increases over '83 prices.

Our pulp, paperboard and corrugated container businesses should also begin to enjoy increased demand and higher selling prices.

All in all, we have high expectations for our main product lines and we expect our other businesses including our Northstar resort operations, our Weather-Seal window and door division, which did so well throughout 1983, our millwork operations and our Pabco industrial insulation products to help in 1984 to build upon the momentum from the improved performance of 1983.

Respectfully submitted,

*Harry A. Merlo*

Harry A. Merlo
Chairman and President
February 27, 1984

DOCKET NO. _____000070_____

ENF    000010

AL09568 7786

3