8/29/2007  Daniel, Don

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5   CASE NUMBER:  2:06-CV-00083-LES-CSC

6   GAIL BEDSOLE TATUM, AS MOTHER AND

7   ADMINISTRATRIX OF THE ESTATE OF MELANIE

8   CHAMBERS, A DECEASED MINOR CHILD,

9           Plaintiff,

10          vs.

11  PACTIV CORPORATION, ET AL.,

12          Defendants.

13

14          S T I P U L A T I O N

15          IT IS STIPULATED AND AGREED by and

16  between the parties through their respective

17  counsel, that the video deposition of Don

18  Daniel may be taken before Sara Mahler, CSR,

19  at the Embassy Suites Hotel, at 300

20  Tallapoosa Street, Montgomery, Alabama

21  36104, on the 29th day of August, 2007.

22

23          DEPOSITION OF DON DANIEL



1

**8/29/2007  Daniel, Don**

```
 1                  MR. BECKER:  Okay.  That's all
 2     the question I have.
 3                  MS. WERTMAN:  I just have one.
 4                  EXAMINATION CONTINUED
 5     BY MS. WERTMAN:
 6          Q.      Sir, you seemed extremely
 7     certain of the date that LP took over the
 8     facility.  How did you know that they took
 9     over from TMA?
10          A.      Now, the date, I think I got
11     the date from maybe Debra Hughes about the
12     date that they took over.  But I know it was
13     the eleventh month.
14          Q.      You know it was the eleventh
15     month?
16          A.      Yes, I certainly do.
17          Q.      And I'm just curious, it was a
18     long time ago, how did you know while you
19     were working there?
20          A.      That it was the eleventh
21     month?
22          Q.      No.  How did you know that the
23     facility had been sold?
```

96

```
 1          A.      Well, it was talked about all
 2   over the mill.  Everybody knew it had been
 3   sold.
 4          Q.      Okay.  Okay.  I was just
 5   curious.
 6                  MS. WERTMAN:  Thank you.  And
 7   I promise that's all I have.
 8                       EXAMINATION
 9   BY MR. COLOM:
10          Q.      Just a couple of questions.
11   Did you ever see any material burned at
12   night, particularly treated materials?
13          A.      You mean in the boiler rooms?
14          Q.      Yes.
15          A.      No.  I was never around at the
16   night anywhere over there, so I don't have
17   any idea at all.
18          Q.      Okay.  Do you know what was
19   done with any of the treated waste?
20          A.      The sawdust -- This is only
21   hearsay now, but the sawdust was -- some of
22   it was carried over to the boiler rooms and
23   it was burned in the boilers.  That's
```