

**Louisiana-Pacific Corporation**

P.O. Box 3107
Conroe, Texas 77301
713/756-0541

*Let's discuss*

December 14, 1983

Alabama Air Control Board
645 S. McDonough Street
Montgomery, Ala. 36104

Att: Mr. Ron Gore

Dear Mr. Gore:

Lousiana-Pacific Corporation has purchased the mill site formerly known as TMA Forest Products sawmill and treating plant, P.O. Box 207, Lockhart, Al. 36455. Please note that the new mailing address is:

    P.O. Box 388
    Lockhart, Al. 36455

Mr. Roy Ezell has been retained as plant manager for this site and is to be used as the local contact. Please direct any correspondence regarding this plant site to Mr. Ezell and a copy to me.

This plant will be operated in compliance with the regulations of the Alabama Air Control Board. At the present time, no change in operation of the plant is contemplated.

If there are any questions concerning this, please contact me at your earliest convenience.

Very truly yours,

Waldyn J. Berberek,
Staff Engineer,
Environmental Control

WJB/ml



EXHIBIT J