**Louisiana-Pacific Corporation**

P.O. Box 3107
Conroe, Texas 77301
713/756-0541



January 4, 1984

Bernard E. Cox, Jr., Chief Industrial
and Hazardous Waste Section
Land Division
Alabama Department of
Environmental Management
State Capitol
Montgomery, Ala. 36130

Ref: Hazardous Waste Activity Notification
     Lockhart, Alabama #ALD095687786

Dear Mr. Cox:

Please find enclosed herewith notification of hazardous waste activity EPA form #8700-12 for our Lockhart plant. We are resubmitting this notification because Louisiana-Pacific Corporation has become the new owner. For the time being, this plant will be operated in the same manner as the previous owner.

If there are any further questions regarding this, please do not hesitate to contact me at your earliest convenience.

Very truly yours,

Waldyn J. Benbenek,
Staff Engineer, Environmental Control

DOCKET NO. __000043__

WJB/ml
Enclosure

000001
NOT

AL09568 7786



Please print or type with ELITE type (12 characters/inch) in the unshaded areas only.

Form Approved OMB No. 158-S79016
GSA No. 0246-EPA-OT

**&EPA** U.S. ENVIRONMENTAL PROTECTION AGENCY
**NOTIFICATION OF HAZARDOUS WASTE ACTIVITY**

INSTALLATION'S EPA I.D. NO.
I. NAME OF INSTALLATION
II. INSTALLATION MAILING ADDRESS
III. LOCATION OF INSTALLATION

PLEASE PLACE LABEL IN THIS SPACE

INSTRUCTIONS: If you received a preprinted label, affix it in the space at left. If any of the information on the label is incorrect, draw a line through it and supply the correct information in the appropriate section below. If the label is complete and correct, leave Items I, II, and III below blank. If you did not receive a preprinted label, complete all items. "Installation" means a single site where hazardous waste is generated, treated, stored and/or disposed of, or a transporter's principal place of business. Please refer to the INSTRUCTIONS FOR FILING NOTIFICATION before completing this form. The information requested herein is required by law (Section 3010 of the Resource Conservation and Recovery Act).

**FOR OFFICIAL USE ONLY**

COMMENTS

INSTALLATION'S EPA I.D. NUMBER | APPROVED | DATE RECEIVED (yr., mo., & day)

**I. NAME OF INSTALLATION**
LOUISIANA-PACIFIC CORPORATION

**II. INSTALLATION MAILING ADDRESS**
STREET OR P.O. BOX: P O BOX 388
CITY OR TOWN: LOCKHART   ST: AL   ZIP CODE: 36455

**III. LOCATION OF INSTALLATION**
STREET OR ROUTE NUMBER: HWY 55N
CITY OR TOWN: LOCKHART   ST: AL   ZIP CODE: 364

DOCKET NO. ___000043___

**IV. INSTALLATION CONTACT**
NAME AND TITLE (last, first, & job title): ROY EZELL
PHONE NO. (area code & no.): 205-858-3277

**V. OWNERSHIP**
A. NAME OF INSTALLATION'S LEGAL OWNER: LOUISIANA PACIFIC CORPORATION
B. TYPE OF OWNERSHIP (enter the appropriate letter into box): M
F = FEDERAL
M = NON-FEDERAL

**VI. TYPE OF HAZARDOUS WASTE ACTIVITY** (enter "X" in the appropriate box(es))
[X] A. GENERATION
[ ] B. TRANSPORTATION (complete Item VII)
[X] C. TREAT/STORE/DISPOSE
[ ] D. UNDERGROUND INJECTION

**VII. MODE OF TRANSPORTATION** (transporters only — enter "X" in the appropriate box(es))
[ ] A. AIR   [ ] B. RAIL   [ ] C. HIGHWAY   [ ] D. WATER   [ ] E. OTHER (specify):

AL09568 7786

**VIII. FIRST OR SUBSEQUENT NOTIFICATION**
Mark "X" in the appropriate box to indicate whether this is your installation's first notification of hazardous waste activity or a subsequent notification. If this is not your first notification, enter your Installation's EPA I.D. Number in the space provided below.

000002
NOT

[ ] A. FIRST NOTIFICATION   [ ] B. SUBSEQUENT NOTIFICATION (complete Item C)
C. INSTALLATION'S EPA I.D. NO.: ALD095687786

**IX. DESCRIPTION OF HAZARDOUS WASTES**
Please go to the reverse of this form and provide the requested information.

EPA Form 8700-12 (6-80)

CONTINUE ON REVERSE

**FOR OFFICIAL USE ONLY**

| W | | | | | | | | | | | | | T/A/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### IX. DESCRIPTION OF HAZARDOUS WASTES (continued from front)

**A. HAZARDOUS WASTES FROM NON-SPECIFIC SOURCES.** Enter the four-digit number from 40 CFR Part 261.31 for each listed hazardous waste from non-specific sources your installation handles. Use additional sheets if necessary.

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |

**B. HAZARDOUS WASTES FROM SPECIFIC SOURCES.** Enter the four-digit number from 40 CFR Part 261.32 for each listed hazardous waste from specific industrial sources your installation handles. Use additional sheets if necessary.

| 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|
| K001 | | | | | |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |

**C. COMMERCIAL CHEMICAL PRODUCT HAZARDOUS WASTES.** Enter the four-digit number from 40 CFR Part 261.33 for each chemical substance your installation handles which may be a hazardous waste. Use additional sheets if necessary.

| 31 | 32 | 33 | 34 | 35 | 36 |
|---|---|---|---|---|---|
| P090 | | | | | |
| 37 | 38 | 39 | 40 | 41 | 42 |
| 43 | 44 | 45 | 46 | 47 | 48 |

**D. LISTED INFECTIOUS WASTES.** Enter the four-digit number from 40 CFR Part 261.34 for each listed hazardous waste from hospitals, veterinary hospitals, medical and research laboratories your installation handles. Use additional sheets if necessary.

| 49 | 50 | 51 | 52 | 53 | 54 |
|---|---|---|---|---|---|

**E. CHARACTERISTICS OF NON-LISTED HAZARDOUS WASTES.** Mark "X" in the boxes corresponding to the characteristics of non-listed hazardous wastes your installation handles. (See 40 CFR Parts 261.21 – 261.24.)

DOCKET NO. _____ 000043

- [ ] 1. IGNITABLE (D001)
- [ ] 2. CORROSIVE (D002)
- [ ] 3. REACTIVE (D003)
- [ ] 4. TOXIC (D000)

### X. CERTIFICATION

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

| SIGNATURE | NAME & OFFICIAL TITLE (type or print) | DATE SIGNED |
|---|---|---|
| *[signature]* | Waldyn J. Benbenek<br>Staff Engineer, Environmental Control | 1/4/84 |

PA Form 8700-12 (6-80)   REVERSE

WASTE ENGINEERING SECTION
RECEIVED JAN
EPA REGION IV
ATLANTA, GA.

000003
NOT
A109568 7786



2/24/04 KH