Case 2:06-cv-00083-LES-CSC    Document 350-14    Filed 10/19/2007    Page 1 of 1

# ALABAMA
# DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

May 2, 1984

Mr. Waldyn Benbenek, Staff Engineer
Environmental Control
Louisiana Pacific Corporation
Post Office Box 3107
Conroe, Texas  77301

                    Re: Facility #ALD 095 687 786
                        Lockhart, Alabama

Dear Mr. Benbenek:

This letter is in response to your letter of March 20, 1984, regarding changes that have been made and changes that you intend to make in your wood treating process at the referenced facility.

Eliminating the treatment of wood products with pentachlorophenol on March 15, 1984 and changing the creosote wood treating process to a totally recyclable system at a later date will directly effect your status as a facility with hazardous waste storage impoundments.  These changes in your facility operation will require modification of your Part A application to indicate Treatment (T02) in the impoundments. Once the facility stops receiving waste from your wood treating process you have 90 days to implement closure of the impoundments in accordance with an approved closure plan.  Since your impoundments have received hazardous waste after January 26, 1983, closure of the impoundments would have to meet the requirements of 40 CFR 264.228 of the <u>Federal Regulations</u> and Section 4-256.13 and .19 of the <u>Alabama Hazardous Waste Management Regulations</u>.  For your convenience enclosed is a Regulatory Completeness Checklist that includes a checklist of the closure requirements.

In additions, per our recent telephone conversation enclosed is a copy of your facility Part A application.

If you have questions regarding this matter, please contact me at (205) 834-1303.

Sincerely,

Joe Brewer
Pollution Control Specialist
Industrial and Hazardous Waste Section
Land Division

Enclosures
JB/sdm

