### DECLARATION OF NEIL SHERMAN

I, Neil Sherman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. The factual statements made in this declaration are based on my personal knowledge of the transactions described herein and my review of related documents.

2. I am currently the Vice-President of Procurement, Supply Management, and Logistics for Louisiana-Pacific Corporation and have been an employee of Louisiana-Pacific Corporation since 1994.

3. By an "Agreement of Purchase and Sale" dated October 14, 1983, Louisiana-Pacific agreed to buy a sawmill located in Lockhart, Alabama from Tennessee River Pulp & Paper Company. The transaction closed on November 4, 1983.

4. As of November 4, 1983, Louisiana-Pacific took over the ownership and day-to-day operations of the Lockhart sawmill. Neither Pactiv nor any of its predecessors retained any ownership interest in the Lockhart sawmill.

5. Louisiana-Pacific continued to own and operate the Lockhart sawmill until it was closed down in 1998.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2007    

CHDB04 13397185.1 12-Oct-07 18:08


EXHIBIT M