REVISED DRAFT

# RCRA Facility Assessment

Louisiana Pacific Corporation

Lockhart, Alabama

EPA ID Number  ALD 095 687 786

Prepared by

ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
1751 Congressman W. L. Dickinson Drive
Montgomery, Alabama 36109-2608

| | |
|---|---|
| Work Assignment Number | : VSI-0098-003 |
| Site Number | : ALD 095 687 786 |
| Date Prepared | : October 13, 1998 |
| Prepared by | : Hugh E. Cox |
| Project Manager | : Clethes Stallworth |
| Telephone Number | : (334) 279-3053 |



EXHIBIT ρ

LPC00111450

# CONTENTS

EXECUTIVE SUMMARY ................................................................................................................. ES-1

1   INTRODUCTION ........................................................................................................................ 1
    1.1   PURPOSE OF THE RCRA FACILITY ASSESSMENT ................................................ 1
    1.2   PROCEDURES ................................................................................................................. 2
    1.3   RFA COORDINATION WITH ONGOING SUPPLEMENTAL RFI AND ASSESSMENT OF RCRA REGULATED UNITS. ................................................................................................................. 3
    1.4   REPORT ORGANIZATION ............................................................................................ 4

2   FACILITY DESCRIPTION ........................................................................................................ 6
    2.1   SITE LOCATION ............................................................................................................. 6
    2.2   FACILITY BACKGROUND ........................................................................................... 7
    2.3   FACILITY PRACTICES .................................................................................................. 8
        2.3.1   *Waste Storage and Management* ........................................................................ 8
        2.3.2   *Non-hazardous Wastes* ...................................................................................... 9
        2.3.3   *Hazardous Wastes* ............................................................................................. 9
    2.4   SID DISCHARGES ......................................................................................................... 10
    2.5   NPDES DISCHARGES .................................................................................................. 10
    2.6   AIR PERMITS ................................................................................................................ 11
    2.7   IDENTIFICATION OF SWMUs AND AOCs ............................................................. 11
    2.8   REGULATORY STATUS .............................................................................................. 12

3   ENVIRONMENTAL SETTING ............................................................................................... 21
    3.1   LAND USE ...................................................................................................................... 21
    3.2   CLIMATE ....................................................................................................................... 21
    3.3   TOPOGRAPHY AND SURFACE WATER ................................................................ 22
    3.4   SOILS ............................................................................................................................... 22
    3.5   GEOLOGY ...................................................................................................................... 23
    3.6   HYDROGEOLOGY ....................................................................................................... 23
        3.6.1   *GROUNDWATER MONITORING SYSTEM* ................................................ 24
        3.6.2   *SITE GROUNDWATER QUALITY* ................................................................ 25
        3.6.3   *O&M GROUNDWATER CONCLUSIONS* ..................................................... 26
        3.6.4   *GROUNDWATER RECOVERY SYSTEM* ..................................................... 26

4   SOLID WASTE MANAGEMENT UNITS .............................................................................. 28
    4.1    SWMU 1 - TREATING CYLINDER / BOILER BLOWDOWN DISPOSAL AREA ............................. 28
    4.2    SWMU 2A, 2B, AND 2C - WASTEWATER TREATMENT SURFACE IMPOUNDMENTS 1, 2, AND 3 ............... 29
    4.3    SWMU 3 - BOILING TANKS .................................................................................... 30
    4.4    SWMU 4 - OLD WASTEWATER TREATMENT SYSTEM EXCLUDING SURFACE IMPOUNDMENTS ............. 31
    4.5    SWMU 5 - DRIPPAGE AREAS IN TREATED LUMBER STORAGE YARD ................................ 31
    4.6    SWMU NO. 6A BOILER #1 ....................................................................................... 32
    4.7    SWMU NO. 6B BOILER #2 ....................................................................................... 33
    4.8    SWMU NO. 6C BOILER #3 ....................................................................................... 34
    4.9    SWMU NO. 7A BOILER ASH BIN #1 ..................................................................... 35
    4.10   SWMU NO. 7B BOILER ASH BIN #2 ..................................................................... 36
    4.11   SWMU NO. 8 BOILER ASH PILES .......................................................................... 37
    4.12   SWMU NO. 9  BOILER ASH ROLL-OFF CONTAINER ....................................... 38
    4.13   SWMU NO. 10 DRIP PAD, TRENCH DRAIN, AND SUMP .................................. 39
    4.14   SWMU NO. 11 MAIN SUMP TREATMENT BUILDING ...................................... 41
    4.15   SWMU NO. 12 TREATMENT CYLINDER SUMP .................................................. 42
    4.16   SWMU NO. 13 CCA WASTE SATELLITE ACCUMULATION AREA ................ 43
    4.17   SWMU NO. 14A EFFLUENT WATER TANK #1 .................................................... 44
    4.18   SWMU NO. 14B EFFLUENT WATER TANK #2 .................................................... 45

LPC00111451

4.19   SWMU NO. 15A SEPARATION TANK #1 (A.K.A. EQUALIZATION TANK #1) ........................................ 46
4.20   SWMU NO. 15B SEPARATION TANK #2 (A.K.A. EQUALIZATION TANK #2) ........................................ 48
4.21   SWMU NO. 15C SEPARATION TANK #3 ........................................................................................... 50
4.22   SWMU NO. 15D GROUNDWATER RECOVERY SYSTEM OILS SATELLITE ACCUMULATION DRUM ....... 51
4.23   SWMU NO. 15E GROUNDWATER RECOVERY SYSTEM LIGHT OILS PAN ........................................... 52
4.24   SWMU NO. 15F GROUNDWATER RECOVERY SYSTEM SUMP ........................................................... 53
4.25   SWMU NO. 15G GROUNDWATER RECOVERY SYSTEM COLLECTION TANK ..................................... 54
4.26   SWMU NO. 16 EQUIPMENT WASH WATER FILTER ........................................................................... 55
4.27   SWMU NO. 17 USED OIL TANK ....................................................................................................... 56
4.28   SWMU NO. 18 FORMER TREATMENT CYLINDER DISCHARGE PIPE ................................................ 57
4.29   SWMU NO. 19 FORMER LOCATION OF TREATMENT CYLINDER ...................................................... 58
4.30   SWMU NO. 20 HAZARDOUS WASTE STORAGE AREA ....................................................................... 60
4.31   AOC:  A POSSIBLE TEEPEE BURNER ASH DISPOSAL AREA ABOVE NPDES OUTFALL #2 .............. 61
4.32   AOC:  B DITCH AREA AND CREEK RECEIVING OUTFALL #2 DISCHARGES AND SEEPS .................. 62
4.33   AOC:  C-1 CORRODED PIPE SPILL AREA, JUNE – AUGUST 1997, NW CORNER OF GW RECOVERY
SYSTEM ..................................................................................................................................................... 63
4.34   AOC:  C-2 CORRODED PIPE SPILL AREA, JUNE- AUGUST 1997, 10' NE OF PUMP HOUSE ................ 65
4.35   AOC:  D-1 OVERFLOW EVENT JANUARY 6 AND MARCH 7-8, 1998 (MANHOLE #1) ....................... 66
4.36   AOC:  D-2 OVERFLOW EVENT JANUARY 6 AND MARCH 7-8, 1998 (MANHOLE #2) ....................... 68
4.37   AOC:  E SOIL CONTAMINATION FROM LEAK IN OUTFLOW PIPE OF SEPARATION TANK #1 ............ 70

5   HUMAN AND ENVIRONMENTAL TARGETS ................................................................................ 72

5.1   SOIL ................................................................................................................................................. 72
5.2   SURFACE WATER .............................................................................................................................. 72
5.3   GROUNDWATER ................................................................................................................................ 73

6   CONCLUSIONS AND RECOMMENDATIONS ................................................................................ 75

REFERENCES ............................................................................................................................................. 77

APPENDIX A ...............................................................................................................................................

   VISUAL SITE INSPECTION SUMMARY ........................................................................................... A-1

APPENDIX B ...............................................................................................................................................

   PHOTOGRAPH LOG ...........................................................................................................................

FIGURES .....................................................................................................................................................

   FIGURE 1   SITE LOCATION MAP .....................................................................................................
   FIGURE 2   SITE LOCATION AND TOPOGRAPHY ...............................................................................
   FIGURE 3   BUILDING LAYOUT ........................................................................................................
   FIGURE 4   PROCESS FLOW DIAGRAM .............................................................................................
   FIGURE 5   PROCESS SCHEMATIC AND WASTE STREAM ORIGIN .....................................................
   FIGURE 6   NPDES STORMWATER OUTFALLS .................................................................................
   FIGURE 7   SWMU LOCATION MAP .................................................................................................
   FIGURE 8   MONITORING AND RECOVERY WELL LOCATION ............................................................
   FIGURE 9   LOCATIONS OF EXPANDED GEOLOGIC CROSS SECTIONS ...............................................
   FIGURE 10  EXPANDED GEOLOGIC CROSS SECTION  A – A' ............................................................
   FIGURE 11  EXPANDED GEOLOGIC CROSS SECTION  B – B' ............................................................
   FIGURE 12  ESTIMATED EXTENT OF CONTAMINANT PLUME ............................................................
   FIGURE 13  LOCATIONS OF MUNICIPAL WATER SUPPLY WELLS .....................................................

TABLES .......................................................................................................................................................

   TABLE 1  EXECUTIVE SUMMARY TABLE .........................................................................................
   TABLE 2  GROUNDWATER SAMPLING LAB ANALYTICAL RESULTS ................................................

## EXECUTIVE SUMMARY

Louisiana-Pacific Corporation (LP) holds a Hazardous Waste Permit pursuant to the Alabama Hazardous Wastes Management and Minimization Act (AHWMMA). LP's Hazardous Waste Permit is a Resource Conservation and Recovery Act (RCRA) Post-Closure Permit that covers both post-closure care requirements and the requirements linked to the 1984 Hazardous and Solid Waste Amendments (HSWA). The type of post-closure care in operation at the facility is corrective action via groundwater recovery, primary treatment of recovered groundwater, and discharge of recovered groundwater to the City of Lockhart POTW.

The AHWMMA Permit was issued on December 19, 1990, and is scheduled to expire on December 19, 2000. In preparation for the permit renewal process, the Alabama Department of Environmental Management (ADEM) conducted a RCRA Facility Assessment (RFA). The purpose of the RFA is to identify and assess the existence and/or likelihood of releases from solid waste management units (SWMUs) at the facility located near Lockhart on Highway 55, in Covington County, Alabama. This summary highlights the results of the RFA and the potential for releases of hazardous wastes or hazardous constituents from the identified SWMUs.

LP has owned and operated the Lockhart Sawmill since 1983 to also include wood treating operations using creosote, pentachlorophenol (PCP), and chromated copper arsenate (CCA) (Figures 3 and 4). Previous owners were Lockhart Lumber Company (1962-1979), and TMA Forest Products Group, Division of Tennessee River Pulp and Paper Company (1979-1983) (References 1, 2). Until 1968, wood treating took place in the northwest corner of the facility. Treatment consisted of a drying process and subsequent application of creosote to prepared wood products. Waste creosote was collected and pumped untreated to a nearby area located directly at Pond Creek for disposal. This area was identified as SWMU No. 1 in the 1986 RFA (Reference 13). Wood treating with pentachlorophenol began in 1968 and ended in 1984 (References 2, 13). CCA use began in 1984 and continues today (Reference 8).

In 1970 a new treatment building was completed and put into operation (Reference 13). Three surface impoundments (Ponds 1, 2 and 3, SWMU 2 in 1986 RFA) were established at that time and were used for storage, treatment and disposal of wood treating wastewater in lieu of the former disposal area along Pond Creek. In 1980 Pond 1 was taken out of service (with liquids drained into Pond 2) and closed with waste in place (Reference 13). In 1986 the Environmental Protection Agency (EPA) contracted with Environmental Science and Engineering of EBASCO Services Incorporated to conduct an RFA at the site. As a result of this RFA, five SWMUs were identified of which three were recommended to undergo a RCRA Facility Investigation (RFI).

In 1988, Ponds 2 and 3 were certified closed under RCRA (Reference 4). A Post-Closure Permit was issued by the Department on December 19, 1990. (Reference 7). Twenty groundwater monitoring wells were installed and rate and extent of contamination was determined. To impede and capture a defined groundwater plume emanating from the closed

LPC00111453

impoundments, a groundwater recovery system was designed and began operation in May 1992. The groundwater recovery system included 13 recovery wells and was installed as part of a corrective action provision imposed by LP's Post-Closure Permit. A draft RFI report was submitted by Environmental Resources Management (ERM) Southeast Inc. to EPA Region IV in April of 1992. ERM's latest response to EPA's review comments is dated September 1994. Beyond this date, no further information is available regarding the status of the first RFI for this facility. In 1998 ADEM initiated a second RFA for this facility. The Visual Site Inspection (VSI) was conducted by ADEM personnel on April 28 and 29, 1998.

SWMUs identified in RFAs conducted in 1986 and 1998:

| SWMUs identified in 1986 RFA |
| --- |
| (1) Treatment Cylinder Discharge Area a.k.a. Treating Cylinder/Boiler Blowdown Area |
| (2a) Wastewater Treatment Surface Impoundment # 1 (Pond 1) |
| (2b) Wastewater Treatment Surface Impoundment # 2 (Pond 2) |
| (2c) Wastewater Treatment Surface Impoundment # 3 (Pond 3) |
| (3) Boiling Tanks |
| (4) Old Wastewater Treatment System excluding Surface Impoundments |
| (5) Drippage Areas in Treated Lumber Storage Yard |
| **Additional SWMUs identified in 1998 RFA** |
| (6a) Boiler #1 |
| (6b) Boiler #2 |
| (6c) Boiler #3 |
| (7a) Boiler Ash Bin #1, Back Ash |
| (7b) Boiler Ash Bin #2, Grate Pulls |
| (8) Boiler Ash Pile |
| (9) Boiler Ash 20 cu yd Roll-Off Container |
| (10) Drip Pad, Trench Drain and Sump |
| (11) Main Sump in Treatment Building |
| (12) Treatment Cylinder Sump |
| (13) CCA Waste Satellite Accumulation Area |
| (14a) Effluent Water Tank #1 |
| (14b) Effluent Water Tank #2 |
| (15a) GW Recovery Separation Tank #1 |
| (15b) GW Recovery Separation Tank #2 |
| (15c) GW Recovery Separation Tank #3 |
| (15d) GW Recovery K001 Sludge Satellite Accumulation Drum |
| (15e) GW Recovery Light Oils Pan |
| (15f) GW Recovery System Sump |
| (15g) GW Recovery System Collection Tank |
| (16) Equipment Wash Water Filter |
| (17) Used Oil Tank |
| (18) Former Treatment Cylinder Discharge Pipe to SWMU 1 (1962-1968) |

LPC00111454

| |
|---|
| (19) Former Location of Treatment Cylinder (Pre 1970) |
| (20) 90 Day Hazardous Waste Storage |
| **AOCs identified in 1998** |
| (AOC A) Possible Teepee Burner Ash disposal area above NPDES Outfall #2 |
| (AOC B) Ditch Area and creek receiving NPDES Outfall #2 discharges and seeps |
| (AOC C-1) Corroded Pipe Spill Area, June – August 1997, near NW corner of GW recovery system fence |
| (AOC C-2) Corroded Pipe Spill Area, June – August 1997, 10 ft NE of pump house |
| (AOC D-1) Area down gradient of manhole (#1) between maintenance shop and last manhole before POTW. Overflow events January 6, and March 7-8, 1998 |
| (AOC D-2) Area down gradient of last manhole (#2) before POTW. Overflow events January 6, and March 7-8, 1998 |
| (AOC E) Soil contamination from leak in overflow pipe of Separation Tank #1 (SWMU 15a) |

An RFI is recommended to address potential releases of creosote and possibly other wood treating contaminants and their byproducts to Pond Creek. Such contamination appears to be emanating from the closed surface impoundments SWMUs 2a, 2b, and 2c. A corrective action system is in place to intercept and treat contaminated groundwater from these SWMUs. The corrective action system was installed and is maintained in accordance with Post-Closure care requirements of LP's permit. Thus, some assessment of these SWMUs is being carried out under the HSWA portion of the permit, while other activities (including corrective action) are being conducted under the post-closure care portion of LP's AHWMMA permit. The performance of the corrective action system is questionable based on evidence of discharges to the adjacent Pond Creek. As a result, Supplemental RFI activities are warranted to investigate Pond Creek water quality and sediments. A workplan has been submitted to ADEM and it is presently under review. In addition to investigating the adjacent surface water impacts, the workplan addresses the possibility of groundwater contamination west of Pond Creek, as well as groundwater contamination previously identified in MW-7, MW-10, and MW-11. It is also recommended that the design and operation of the corrective action system be investigated and revised, as necessary, to properly contain and capture the contaminant plume. This activity will be completed following review of the Capture Zone Analysis, which is being conducted in accordance with the post-closure care requirements of the LP's AHWMMA permit.

For the units listed below, confirmatory sampling is suggested to determine whether a release has occurred.

> Possible Teepee Burner Ash disposal area above Outfall 2 (AOC: A)
> Ditch Area and creek receiving Outfall 2 discharges and seeps (AOC: B)
> Old Wastewater Treatment System excluding Surface Impoundments (SWMU 4)
> Former Location of Treatment Cylinder (Pre 1970) (SWMU 19)

No further action is suggested for the remaining units that were identified during the April 28 -29, 1998 RFA, provided that Louisiana Pacific is in compliance with all applicable permits. Additional information and suggestions can be found in the comment section of the SWMU

LPC00111455

and AOC data sheets in Section 4. The following Executive Summary Table (Table 1) provides a synopsis of the facility's existing and newly identified SWMUs and AOCs.

ES-4

LPC00111456

TABLE 1
EXECUTIVE SUMMARY
LOUISIANA PACIFIC CORPORATION, LOCKHART, ALABAMA

| SWMU/AOC Identified in 1986, Revised 1998 | TYPE OF UNIT | YEARS OF OPERATION | WASTES MANAGED | POLLUTION MIGRATION PAHTWAYS [1] | EXPOSURE POTENTIAL [2] | EVIDENCE OF RELEASE [3] | NEED FOR INTERIM MEASURES | SUGGESTED FURTHER ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NO FURTHER ACTION | CONFIRMATORY SAMPLING | RFI |
| Treatment Cylinder Discharge Area (SWMU 1) | Land Disposal Area | 1962 – 1968 | Waste creosote (FO34) | A GW S SS SW | L L L L L | NO | | X | | |
| Wastewater Treatment Surface Impoundment 1 (SWMU 2a) | Surface Impoundment | 1970 – 1980 | Wastewater from wood treating operations (FO34, KO01) | A GW S SS SW | L H H L H | YES | YES | | | X [5] |
| Wastewater Treatment Surface Impoundment 2 (SWMU 2b) [7] | Surface Impoundment | 1970 – 1988 | Wastewater from wood treating operations (KO01, FO34, FO35) | A GW S SS SW | L H H L H | YES | YES | | | X [5] |
| Wastewater Treatment Surface Impoundment 3 (SWMU 2c) [7] | Surface Impoundment | 1970 – 1988 | Wastewater from wood treating operations (KO01, FO34, FO35) | A GW S SS SW | L H H L H | YES | YES | | | X [5] |
| Boiling Tanks (SWMU 3) | Tanks | 1984 – 1986 | Wastewater from wood treating operations (KO01, FO34, FO35) | A GW S SS SW | L L L L L | NO | | X | | |
| Old Wastewater Treatment System excluding Surface Impoundments (SWMU 4) | 1 Creosote separators, 1 PCP separator, and 1 filter bed | 1979 – 1986 | Wastewater from wood treating operations (KO01, FO34, FO35) | A GW S SS SW | L M M L L | NO | | | X | |
| Drippage Areas in Treated Lumber Storage Yard (SWMU 5) | Land disposal area | 1970 – 1986 | FO34, FO35 dripppage | A GW S SS SW | L L L L L | NO | | X | | |

ES-5

LPC00111457

TABLE 1
EXECUTIVE SUMMARY
LOUISIANA PACIFIC CORPORATION, LOCKHART, ALABAMA
Continued

| SWMU/AOC identified in 1998 | TYPE OF UNIT | YEARS OF OPERATION | WASTES MANAGED | POLLUTION MIGRATION PATHWAYS [1] | EXPOSURE POTENTIAL [2] | EVIDENCE OF RELEASE [3] | NEED FOR INTERIM MEASURES | SUGGESTED FURTHER ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NO FURTHER ACTION | CONFIRMATORY SAMPLING | RFI |
| Facility Boiler #1 (SWMU 6a) | Incinerator | 1962 – present | Wood chips, sawdust, bark, scrap wood ( before 1984 FO34 contaminated sawdust was burned here) | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Facility Boiler #2 (SWMU 6b) | Incinerator | 1962 – present | Wood chips, sawdust, bark, scrap wood ( before 1984 FO34 contaminated sawdust was burned here) | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Facility Boiler #3 (SWMU 6c) | Incinerator | 1962 – present | Wood chips, sawdust, bark, scrap wood ( before 1984 FO34 contaminated sawdust was burned here) | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Boiler Ash Bin #1 (SWMU 7a) | Storage Container | 1962 – present | Boiler back ash | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Boiler Ash Bin #2 (SWMU 7b) | Storage Container | 1962 – present | Boiler Grate pulls from front of boiler | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Boiler Ash Pile (SWMU 8) | Landfill | 1962 – 1998 | Boiler Ash | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Boiler Ash Roll-Off Container (SWMU 9) | Storage Container | March 1998 – present | Boiler Ash | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Drip Pad, Trench Drain and Sump (SWMU 10) | Drip Pad | 1986 – present | CCA Drippage from treated lumber, CCA contaminated solids and rainwater run-on (FO35) | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |
| Main Sump in Treatment Building (SWMU 11) | Sump | 1970 – present | Creosote, PCP, and CCA Drippage and Creosote, Penta and CCA contaminated Waste water (FO34, FO35) | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>L<br>L<br>L | | NO | X | | |

ES-6

LPC00111458

TABLE 1
EXECUTIVE SUMMARY
LOUISIANA PACIFIC CORPORATION, LOCKHART, ALABAMA
Continued

| SWMU/AOC identified in 1998 | TYPE OF UNIT | YEARS OF OPERATION | WASTES MANAGED | POLLUTION MIGRATION PAHTWAYS[1] | EXPOSURE POTENTIAL[2] | EVIDENCE OF RELEASE[3] | NEED FOR INTERIM MEASURES | SUGGESTED FURTHER ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NO FURTHER ACTION | CONFIRMATORY SAMPLING | RFI |
| Treatment Cylinder Sump (SWMU 12) | Sump | 1970 – present | Creosote, Penta, and CCA drippage and Creosote, Penta and CCA contaminated wastewater (FO34, FO35) | A GW S SS SW | L L L L L | NO | | X | | |
| CCA Floor Sweepings Satellite Accumulation Area (SWMU 13) | Drum Storage | 1986 – present | CCA drippage and CCA contaminated sawdust (FO35) | A GW S SS SW | L L L L L | NO | | X | | |
| Effluent Water Tank #1 (SWMU 14a) | Tank Storage | 1986 – present | CCA contaminated wastewater (FO35) | A GW S SS SW | L L L L L | NO | | X | | |
| Effluent Water Tank #2 (SWMU 14b) | Tank Storage | 1986 – present | CCA contaminated wastewater (FO35) | A GW S SS SW | L L L L L | NO | | X | | |
| Groundwater Recovery Separation Tank #1 (SWMU 15a) | Tank | 1991 – present | K001 contaminated groundwater and sludge | A GW S SS SW | L L L L L | NO | | X | | |
| Groundwater Recovery Separation Tank #2 (SWMU 15b) | Tank | 1991 – present | K001 contaminated groundwater and sludge | A GW S SS SW | L L L L L | NO | | X | | |
| Groundwater Recovery Separation Tank #3 (SWMU 15c) | Tank | 1991 – present | Sludge and heavier ends from primary separation of recovered groundwater (K001) | A GW S SS SW | L L L L L | NO | | X | | |
| K001 Sludge Accumulation Drum (SWMU 15d) | Drum Storage | 1991 – present | K001 sludge from secondary separation | A GW S SS SW | L L L L L | NO | | X | | |

ES-7

LPC00111459

TABLE 1
EXECUTIVE SUMMARY
LOUISIANA PACIFIC CORPORATION, LOCKHART, ALABAMA
Continued

| SWMU/AOC Identified in 1998 | TYPE OF UNIT | YEARS OF OPERATION | WASTES MANAGED | POLLUTION MIGRATION PATHWAYS [1] | EXPOSURE POTENTIAL [2] | EVIDENCE OF RELEASE [3] | NEED FOR INTERIM MEASURES | SUGGESTED FURTHER ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NO FURTHER ACTION | CONFIRMATORY SAMPLING | RFI |
| Light Oils Pan (SWMU 15e) | Open Tank (Pan) | 1991 - present | Lighter ends from secondary separation (K001) | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Ground water Recovery System Sump (SWMU 15f) | Sump | 1986 – present | Low volume rainwater and secondary separation run-off (K001) | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Ground water Recovery System Collection Tank (SWMU 15g) | Open Tank | 1991 - present | K001 contaminated groundwater from separation tanks 1 and 2 | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Equipment Wash Water Filter (SWMU 16) | Sawdust Filter | Mid 1970's – present | Effluent from vehicle wash rack system | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Used Oil Tank (SWMU 17) | Storage Tank | Mid 1970's – present | Waste motor, lube, and hydraulic oils | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Former Treatment Cylinder Discharge Pipe (SWMU 18) | Underground Pipe | 1962 – 1968 | Creosote contaminated wastewater (F034) | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Former Location Of Treatment Cylinder (before 1970) (SWMU 19) | Treatment Area | 1962 – 1968 | Creosote contaminated soils from drippage and wastewater (F034) | A / GW / S / SS / SW | L / M / M / L / L | NO | | | X | |
| Hazardous Waste Storage Unit (SWMU 20) | 90 day Drum Storage | 1986 - present | 55 gallon Drums of K001 and F035 wastes from satellite accumulation | A / GW / S / SS / SW | L / L / L / L / L | NO | | X | | |
| Possible Teepee Burner Ash disposal area above Outfall #2 (AOC A) | Land fill | 1974 – 1980 | Residuals from the burning of Waste. | A / GW / S / SS / SW | L / M / M / L / M | YES | | | X | |

ES-8

LPC00111460

TABLE 1
EXECUTIVE SUMMARY
LOUISIANA PACIFIC CORPORATION, LOCKHART, ALABAMA
Continued

| SWMU/AOC identified in 1998 | TYPE OF UNIT | YEARS OF OPERATION | WASTES MANAGED | POLLUTION MIGRATION PAHTWAYS [1] | EXPOSURE POTENTIAL [2] | EVIDENCE OF RELEASE [3] | NEED FOR INTERIM MEASURES | SUGGESTED FURTHER ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NO FURTHER ACTION | CONFIRMATORY SAMPLING | RFI |
| Drainage ditch and creek area receiving Outfall #2 storm water discharges and seeps (AOC B) | Drainage ditch and creek | 1962 – present | Stormwater run-off and seeps from teepee burner ash disposal area | A<br>GW<br>S<br>SS<br>SW | L<br>M<br>M<br>L<br>H | YES | | | X | |
| Corroded Pipe Spill Area, June – August 1997, near NW corner of GW recovery system fence (AOC C-1) | Spill | June – August 1997 | Untreated K001 contaminated groundwater | A<br>GW<br>S<br>SS<br>SW | L<br>M<br>H<br>L<br>M | YES | | X [4] | | |
| Corroded Pipe Spill Area, June – August 1997, 10 ft NE of pumphouse (AOC C-2) | Spill | June – August 1997 | Untreated K001 contaminated groundwater | A<br>GW<br>S<br>SS<br>SW | L<br>M<br>H<br>L<br>M | YES | | X [4] | | |
| Area down slope of manhole (#1) between maintenance shop and last manhole before POTW Overflow events January 6, and March 7-8, 1998 (AOC D-1) | Spill | January 6, and March 7-8, 1998 | Treated groundwater containing potentially hazardous constituents | A<br>GW<br>S<br>SS<br>SW | L<br>M<br>H<br>L<br>H | YES | | X [6] | | |
| Area down slope of last manhole (#2) before POTW Overflow events January 6, and March 7-8, 1998 (AOC D-2) | Spill | January 6, and March 7-8, 1998 | Treated groundwater containing potentially hazardous constituents | A<br>GW<br>S<br>SS<br>SW | L<br>M<br>H<br>L<br>H | YES | | X [6] | | |
| Soil Contamination from leak in outflow pipe of Separation Tank #1 (AOC E) | Spill | January 30, 1998 | Treated groundwater containing potentially hazardous constituents | A<br>GW<br>S<br>SS<br>SW | L<br>L<br>H<br>L<br>L | YES | | X [4] | | |

1. For Pollution Migration Pathway's, 'A' designates Air; 'GW' Ground Water; 'S' designates Soil; 'SS' designates Subsurface Gas; and 'SW' designates Surface Water.
2. For Exposure Potential, 'H' designates High; 'M' designates Medium; 'L' designates Low; and 'U' designates Unknown exposure potential; see corresponding SWMU/AOC Data Sheet in Section 4.0 of the RFA for substantiation.
3. Evidence of Release is defined as visual signs of contamination; analytical documentation of a release, discharge permit violations; facility representative statements; or file material which indicates a release.
4. See Comment section SWMU/AOC Data Sheet Section 4.0 of the RFA.
5. See Section 6.0 for details.
6. Appears to be an NPDES issue. See Section 4.35 and 4.36 for details.
7. RCRA Regulated Units

ES-9

LPC00111461

### 4.9  SWMU NO. 7a          *Boiler Ash Bin #1*

**TYPE OF UNIT:** Storage Container

**PERIOD OF OPERATION:** 1962 to present

**PHOTOGRAPH:** Appendix B, Page 5

**PHYSICAL DESCRIPTION AND CONDITION:**
This container is an approximately 7' x 5' x 2' open metal storage bin located outside on the west side of the boiler building. It sits on a curbed concrete pad that allows drainage to Stormwater Outfall #1. Although rusty and dented, the container appeared to be in fair condition. No spills or leaks were visible.

**WASTES AND/OR HAZARDOUS CONSTITUENTS MANAGED:**
This bin receives back ash from routine clean out of the 3 facility boilers. Approximately 800 to 900 pounds of ash (both front and back ash) are accumulated over a 3-week period. The consistency of this ash is like talcum powder.

**RELEASE PATHWAYS:**

| | | | |
|---|---|---|---|
| **Air** | **(L)** | **Subsurface Gas** | **(L)** |
| **Groundwater** | **(L)** | **Surface Water** | **(L)** |
| **Soil** | **(L)** | | |

**HISTORY AND/OR EVIDENCE OF RELEASE(S):** No documentation of a release from this unit exists, and no evidence of release was observed during the VSI. The release potential for this unit appears to be low at this time.

**RECOMMENDATIONS:**   No further Action       (X)
                      Confirmatory Sampling   ( )
                      RFI Necessary           ( )

**REFERENCE(S):**   22, 23

**COMMENTS:**   The ash was analyzed in May 1995, and determined to be non-hazardous (TCLP test, Eastex Environmental Laboratory, Inc.).

LPC00111496

**4.10   SWMU NO. 7b        Boiler Ash Bin #2**

**TYPE OF UNIT:** Storage Container

**PERIOD OF OPERATION:** 1962 to present

**PHOTOGRAPH:** Appendix B, Page 5

**PHYSICAL DESCRIPTION AND CONDITION:**
This container is an approximately 8' x 5' x 2' open metal storage bin located outside on the west side of the boiler building approximately 30' south of Boiler Ash Bin #1. It sits on a curbed concrete pad that allows drainage to Stormwater Outfall #1. Although rusty, it appeared to be in reasonably good condition. No spills or leaks were apparent.

**WASTES AND/OR HAZARDOUS CONSTITUENTS MANAGED:**
This bin is used to store ash collected from the front of the boilers during routine clean out ("grate pulls"). The consistency of this ash is much like charcoal. According to facility personnel, the bin fills every 3 days.

**RELEASE PATHWAYS:**

| | | | |
|---|---|---|---|
| Air | (L) | Subsurface Gas | (L) |
| Groundwater | (L) | Surface Water | (L) |
| Soil | (L) | | |

**HISTORY AND/OR EVIDENCE OF RELEASE(S):** No documentation of a release from this unit exists, and no evidence of release was observed during the VSI. The release potential for this unit appears to be low at this time.

**RECOMMENDATIONS:**       No further Action         (X)
                          Confirmatory Sampling     ( )
                          RFI Necessary             ( )

**REFERENCE(S):**     22, 23

**COMMENTS:**    The ash was analyzed in May 1995 and found to be non-hazardous (TCLP test, Eastex Environmental Laboratory, Inc. in May 1995).

LPC00111497

### 4.11 SWMU NO. 8 Boiler Ash Piles

**TYPE OF UNIT:** Landfill

**PERIOD OF OPERATION:** 1962 to March 1998

**PHOTOGRAPH:** Appendix B, Page 6

**PHYSICAL DESCRIPTION AND CONDITION:**
The Landfill comprises numerous piles dispersed over roughly three acres along the east side of the property. The piles are better described as small nearly flat mounds where the ash from the facility boilers has been disposed for more than 30 years.

**WASTES AND/OR HAZARDOUS CONSTITUENTS MANAGED:**
Boiler Ash of varying composition.

**RELEASE PATHWAYS:**

| | | | |
|---|---|---|---|
| **Air** | **(L)** | **Subsurface Gas** | **(L)** |
| **Groundwater** | **(L)** | **Surface Water** | **(L)** |
| **Soil** | **(L)** | | |

**HISTORY AND/OR EVIDENCE OF RELEASE(S):** No documentation exists of a release from this unit. The release potential for this unit appears to be low at this time.

**RECOMMENDATIONS:**  No further Action        (X)
Confirmatory Sampling   ( )
RFI Necessary           ( )

**REFERENCE(S):** 23

**COMMENTS:** This appears to be an unpermitted solid waste landfill that has gone unnoticed over the years. The facility has provided results from TCLP analysis of boiler ash samples performed by Eastex Environmental Laboratory, Inc. in May 1995. The ash appears to be non-hazardous.

LPC00111498