IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:06-cv-83-LES-CSC<br>)         (LEAD CASE)<br>)<br>)<br>)<br>) |

**DEFENDANT LOUISIANA-PACIFIC'S RESPONSE TO
PLAINTIFFS' MOTION TO AMEND COMPLAINTS**

Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific") hereby responds to Plaintiffs' Motions to Amend (dkt. nos. 324, 339) and Plaintiffs' Motion to Amend and Sever from the Claims of Remaining Plaintiffs (dkt. no. 340), and states that it has no objection to Plaintiffs' Motions. Louisiana-Pacific, however, notes the following discrepancies in the Amended Complaints:

1.  Louisiana-Pacific notes that the complaints were originally filed in *Tatum v. Pactiv Corp., et al,* Civil Action No. 2:06-cv-00083-LES-CSC, *Phillips v. Pactiv Corp., et al,* Civil Action No. 2:06-cv-00083-LES-CSC, and *Davis v. Pactiv Corp., et al.,* Civil Action No. 2:06-cv-00187-LES-CSC, on January 30, 2006. Therefore, the allegations that the individual plaintiff "did not know and reasonably had no knowledge or way of ascertaining that her disease was caused by toxic chemicals originating from Defendants' wood treatment facility until a time period within two years of the date of the filing of this complaint" are construed to mean the originally filed complaint, and not

any of the amended complaints. *See* dkt. no. 336, ¶89; dkt. no. 339, ¶90; dkt. no. 340, ¶87.

2.  Louisiana-Pacific notes that the Amended Complaint for the Wrongful Death of Susan Renee Phillips contains the following allegation presumably in error: "Plaintiff brings this…as an action for the wrongful death of a minor child." *See* dkt. no. 339, ¶101.

3.  Louisiana-Pacific has not yet received a proposed Amended Complaint for initial trial Plaintiff Jimmie Lou Bowman.

Louisiana-Pacific reserves the right to file Answers to the Amended Complaints for all initial trial plaintiffs within the time prescribed by the Federal Rules of Civil Procedure.

Respectfully submitted this 19th day of October, 2007.

/s/ Bernard Taylor, Sr.
Bernard Taylor, Sr. (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

*Counsel for Defendant Louisiana-Pacific Corporation*

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

- 3 -

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

- 3 -

LEGAL02/30570832v1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM** as Mother and Administratix of the Estate of **MELANIE CHAMBERS**, a Deceased Minor Child,<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-cv-83-LES-CSC<br>)　　　(LEAD CASE)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19th, 2007, I filed the foregoing with the CM/ECF system that will send notice to all counsel of record.


　　　　　　　　　　　　　　　　/s/  Meaghan G. Boyd
　　　　　　　　　　　　　　　　Meaghan G. Boyd

　　　　　　　　　　　　　　　　*Attorney for Louisiana-Pacific Corporation*

- 4 -

LEGAL02/30570832v1