IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the defendant's motion to seal (docs. # 348). Upon consideration of this motion, and for good cause, it is

ORDERED that the motion to seal (doc. # 348) be and is hereby GRANTED and the Clerk of the Court be and is hereby DIRECTED to place under seal Attachments C, D, F, J and K of the Defendants' Joint Motion for Protective Order, Doc. # 337) until further order of the court.

Done this 22nd day of October, 2007.

                                /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE