# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/18/07 | | AT | 4:02 p.m. to 4:22 p.m. |
| DATE COMPLETED: 10/18/07 | | | FTR Recorded |

M.C.
    Plaintiff

vs.       CASE NO. 2:06CV-83-LES-CSC

PACTIV CORPORATION, ET AL

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Robert Leslie Palmer | | Atty. Bernard Taylor, Sr. |
| Atty. Mark Rowe | | Atty. Doug Arnold |
| Atty. William E. Mitchell | | Atty. Laura Ellison-Proctor |
| Atty. Gregory A. Cade | | Atty. Dennis Bailey |
| | | Atty. John Berghoff, Jr. |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Telephonce conference 06cv83 |
| **Date** | 10/18/2007 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 4 :02:07 PM | Court | Telephone conference begins; parties present as noted; Discussion of protective order concerning the deposition of a doctor who is the plaintiff's treating physician that is set for tomorrow; Discussions of deft's motion for protective order and the attachments to it documents that contained personally identifiable information of many of the numerous plaintiff's in this case; After the filing of that, counsel attempted to file a redacted version . with regard to that nothing has been done as to the original filing that contained all of that information; All which is in violation of the E-Govt. Act and also in violation of the standing general order of this court; The court's direct counsel not later than Monday with regard to the original filing which has the exhibits which contains the information to get with the clerks office and that information redacted or otherwis |
| 4 :05:10 PM | Atty. Taylor | Response - apologize to the court for that filing; We have already contacted the court once we realized that it had already been done in attempted to begin the process of getting that removed; |
| 4 :05:43 PM | Court | Directs parties the court's internet website; Question to plaintiff's as to why deposing own doctor; |
| 4 :06:50 PM | Atty. Mitchell | Because he is a rural country doctor; one reason is to preserve his testimony; There is no other doctor for some large geographical area down there; He is the only doctor in town and didn't want to get in th spot where he has to go way to Montgomery for a couple of days; |
| 4 :07:13 PM | Court | This is going to be trial deposition? |
| 4 :07:18 PM | Atty. Mitchell | Yes; |
| 4 :07:29 PM | Court | It is not your present intention to put him up as an expert, is that correct?; |
| 4 :07:38 PM | Atty. Mitchell | It is not our intention at this time to put him up as an expert, if we get into his deposition and he gets into that area we would like to reserve that right to put him up as an expert; |
| 4 :07:54 PM | Court | Response; Discussion as to plaintiff response that a treating physician is not consider an expert witness if his or her own opinion testimony is based on personal knowledge including the treatment of the party citing USA v. Henderson; That's not what Henderson said; Henderson said is a treating physician who is testifying as to the nature of his treatment or his findings about the condition of a particular patient is not testifying as an expert, in essence he's testifying as a lay witness; |
| 4 :09:24 PM | Atty. Palmer | Response; |
| 4 :09:51 PM | Court | Discussions that a physician is an expert by definition; |
| 4 :11:02 PM | Atty. Mitchell | Response as to whether to make him available as an expert; |

| | | |
|---|---|---|
| 4 :11:10 PM | Court | Response - if you going to put him up as an expert you have to identify him, you got have a report, that's what rule 26 requires; and yes under the rule and under the order that Judge Strom entered; |
| 4 :11:57 PM | Atty. Mitchell | Response; Can we use him as fact witness and an expert and depose him as an expert later?; |
| 4 :12:13 PM | Court | Response - under the exisiting order entered in this case the answer is yes; |
| 4 :12:54 PM | Atty. Mitchell | Response; |
| 4 :13:04 PM | Court | Discussions as to why put him up twice; |
| 4 :13:12 PM | Atty. Palmer | If we don't put him up before Dec. 1st, then we past the deadline for fact witnesses; |
| 4 :13:21 PM | Court | Response; |
| 4 :13:38 PM | Atty. Berghoff | On behalf of Pactiv, we will agree to that; |
| 4 :13:41 PM | Court | Do the plaintiff's agree?; |
| 4 :13:42 PM | Atty. Taylor | Lousiana Pacific also agree; |
| 4 :14:04 PM | Atty. Mitchell | Plaintiffs agree; |
| 4 :14:09 PM | Court | All plaintiff's lawyer agree and all defense counsel agree; |
| 4 :14:29 PM | Atty.Mitchell | Discussion as to the scheduling of Dr. Vishwanath; |
| 4 :14:50 PM | Court | Discussions of records and the defts entitlement to have the doctors complete records before he is deposed; |
| 4 :15:51 PM | Atty. Mitchell | Response; |
| 4 :16:25 PM | Court | Make certain that everybody has got all his records; |
| 4 :16:58 PM | Atty. Mitchell | I will meet with one of the defense attys at Dr. Vishwanath office and sit down with his record keeper and go look; |
| 4 :17:23 PM | Atty. Taylor | Will take up with Mitchell in that offer; |
| 4 :18:08 PM | Court | Response; Discussion of other pending motions and objections to the rule 30(b)(6) depositions; |
| 4 :19:09 PM | Atty. Mitchell | Response; |
| 4 :19:58 PM | Atty. Taylor | We will be available in November; |
| 4 :20:14 PM | Atty. Mitchell | Response; |
| 4 :20:38 PM | Atty. Berghoff | Response; |
| 4 :20:49 PM | Atty. Taylor | Response; |
| 4 :20:55 PM | Court | Discussion as to whether parties are available on Oct. 29th; Discussion of objections and whether we can do it by telephone or would parties raththler come here or not; |
| 4 :21:16 PM | Atty. Berghoff | I'd rather come there to Montgomery; |
| 4 :21:28 PM | Atty. Taylor | I agree; |
| 4 :21:42 PM | Court | Going have to do it; Will set it 11:00 a.m., will work through lunch if we have to; |
| 4 :22:06 PM | Atty. Berghoff | That's fine with us; |
| 4 :22:09 PM | Court | 11:00 on the 29th; Discussion of parties working out some or all of the objections; |
| 4 :22:37 PM | Court | Conference call ends. |