IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next             PLAINTIFF
of Friend Gail Tatum,

VERSUS           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                 DEFENDANTS

PLAINTIFFS' RULE 26 DISCLOSURES

Come now the Plaintiffs and provide the following disclosures required by F.R.C.P. 26(a):

WITNESSES:

    Ronnie Paul
    Rt. 5 Box 84C
    Andalusia, Alabama  36420-9805
        Plant operation, management decisions and issues related to spoliation.

    James Laird
    Post Office Box 247
    Lockhart, Alabama  36455
    (334) 858-6614
        Issues related to spoliation.

JAN-24-07   13:57   FROM-COLOM LAW FIRM                    +                    T-987   P.004/011   F-324

Carlton Dukes
1704 Hughes Street
Florala, Alabama 36442
(334) 858-5853
    Plant operation and issues related to spoliation.

Jacky Partridge
Post Office Box 84
Florala, Alabama 36442
(850) 834-3210
    Plant operation.

Roy Ezell
21868 Wood Avenue
Florala, Alabama 36442
(334) 858-6762
    Plant operation and production and issues related to spoliation.

Mrs. JoAnn Ezell
21868 Wood Avenue
Florala, Alabama 36442
(334) 858-6762
    Issues related to spoliation and plant operation.

Wayne Granger (security Guard)
25264 McPhail Farm Road
Florala, Alabama 36442-8048
    Issues related to spoliation and site control.

Connie Wayne Adams
Post Office Box 145
Lockhart, Alabama 36455
    Issues related to spoliation.

JAN-24-07    13:57    FROM-COLOM LAW FIRM                    +                    T-987   P.005/011   F-324

Debra Hughes
3995 Iron Bridge Road
Samson, Alabama 36477
(334) 898-1459
    Rebuttal of notice of claim, statute of limitations issues, in addition to testimony which could be provided if selected for trial of any of her family members' case.

John "Buck" Roberts
2829 Easy Street Road
Florala, Alabama 36442
(334) 858-6148
    Plant operation.

Roy Hall
Post Office Box 208
Lockhart, Alabama 36455
(334) 858-6546
    Plant operation.

James E. "Jimmy" Rodgers
11678 Rogers Road
Florala, Alabama 36442
(334) 858-6915
    Plant operation.

Chris Pelham
22703 7th Avenue
Florala, Alabama 36442
(334) 858-6027
    Plant operation.

Oscar Taylor
Post Office Box 251
Lockhart, Alabama 36455
(334) 858-7431
    Plant operation.

Defendants' employees and former employees, whose names and addresses are unknown to Plaintiffs.

Dr. Sasikumar Vishwanath
510 E Fifth Ave
Florala, Alabama 36442-1514
(334) 858-2050
    Damages and causation.

Seven-Trent Labortories
Same testing lab used by Defendants
    Testing of samples of toxic chemicals.

Dr. Thomas Nolen
247 Walton Street
Columbiana, Alabama 35051
205-669-9312
    Damages and causation.

Johnny Todd
693 McDuffie Avenue
Florala, Alabama 36442
(334) 858-4894
    Plant operation.

Joey Aplin
138 Northview Drive
Eufaula, Alabama 36027-8157
334-687-9449
    Plant operation.

Marvin Wiliford
1932 West Fifth Avenue
Florala, Alabama 36442
(334) 858-7460
    Plant operation.

Terry Miller
22589 6th Avenue
Florala, Alabama  36442
(334) 858-8897
    Plant operation.

Coleman Bass
Post Office Box 17
Lockhart, Alabama  35455
(334) 858-6237
    Plant operation.

Paul Cox
7598 Glen Chambers Road
Florala, Alabama  36442
(334) 858-4497
    Plant operation.

Raymond Kelley
6379 RK Lane
Florala, Alabama  36442
(334) 858-6013
    Plant operation.

James "Bo" Hattaway
1578 Hughes Street
Florala, Alabama  36442
    Plant operation.

Douglas Sheppard Arnold, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Mark Fuchs
Metro Nashville, Tennessee
Contact Information Known to Defendants

JAN-24-07   13:58   FROM-COLOM LAW FIRM                               +                          T-987   P.008/011   F-324

James Boswell
Conroe, Texas
    Issues related to spoliation and location of documents.

When trial Plaintiffs are selected, the following will be supplemented:

    Treating Physicians
    Health Care Providers
    Hospitals
    Medical and Health Records and Bills
    Neighbors and Family Members
    Death Certificates and Estate Administration (if applicable)

Florala Memorial Hospital
24273 Fifth Avenue
Florala, Alabama 36442
334-858-3287
    Community illness records and instances, as well as custodian of blood samples.

Joe Evans
Evans Funeral Home
Post Office Box 417
Florala, Alabama 36442
(334) 858-3641
    Community illness and death.

**DOCUMENTS**:

    Judgment in a Criminal Case; Case No. 95-CR-215-B-01
    United States District Court for the District of Colorado

    SWAPE (test records)
    Soil Water Air Protection Enterprise
    201 Wilshire Blvd, Second Floor
    Santa Monica, CA 90401

3TM (test records)
1500 S. Dairy Ashford, Suite 190
Houston, TX 77077
281-491-1230

Records from Environmental Protection Agency for Louisiana-Pacific/Pactiv Facility
Previously Furnished to Defendants

Records of Alabama Department of Environmental Management
Previously Furnished to Defendants

Exhibit A - List of Scientific Articles
Previously Provided to Defendants (exhibit is deleted for Court filing)

Exhibit B – Additional Scientific Research Index
Previously Provided to Defendants (exhibit is deleted for Court filing)

Rules, Regulations and Findings of U.S. Environmental Protection Agency

Rules, Regulations and Findings of Alabama Department of Environmental Management

Dr. P.E. Rosenfeld
Soil Water Air Protection Enterprise
201 Wilshire Blvd, Second Floor
Santa Monica, CA 90401
Presentations and Publications Concerning Florala/Lockhart Contamination

Dr. James Clark
Soil Water Air Protection Enterprise
201 Wilshire Blvd, Second Floor
Santa Monica, CA 90401
Presentations and Publications Concerning Florala/Lockhart Contamination

Documents related to Purchase of Lockhart Lumber

Historical Aerial Photos
Previously Provided to Defendants

U.S. Federal Aviation Administration
Wind and Weather Determination Programs

U.S. National Weather Service
Weather Records

Videotape interviews with any deceased trial plaintiffs, if selected for trial in possession of Plaintiffs' attorney

The Parties' Tolling Agreements

Plaintiff questionnaires and medical records previously provided to Defendants.

Records and testimony concerning exposure by those persons whose blood or home was tested as established by SWAPE records.

**DAMAGES:**

Damage computation for wrongful death will be in accordance with Alabama law which provides for punitive damages. More precise damage calculations will be provided for individual living plaintiffs once those selected trial plaintiffs are determined.

**PRIVILEGED MATERIAL:**

Plaintiffs may have certain material which is privileged or subject to the attorney's work product rule. Listing of any material in these disclosures is not intended to waive any right by Plaintiff to assert any privilege or work product doctrine or reason provided by law. There are certain video interviews by Plaintiffs' attorney of witnesses which are not listed, but which may subsequently be provided to defendants. The Plaintiffs further assert that the Federal Rules of Procedure do not require disclosure of documents which are a subject of privilege or which are attorney work product.

**IMPEACHMENT:**

Plaintiffs omit any documents, witnesses or interviews which would be used for impeachment purposes only

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

### Certificate of Service

I, W. Eason Mitchell, hereby certify that on December 20, 2006, I electronically served the foregoing *Plaintiffs' Rule 26 Disclosures* on the following via e-mail:

Douglas Sheppard Arnold, Esq.
Dennis R. Bailey, Esq.
John C. Berghoff, Jr., Esq.
John A. Earnhardt, Esq.
R. Austin Huffaker, Jr., Esq.
Orlyn O. Lockard, III, Esq.

Edwin Bryan Nichols, Esq.
Laura Ellison Proctor, Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
Bernard Taylor, Sr., Esq

/s/ W. Eason Mitchell
W. Eason Mitchell

74954.wpd