# FREEDOM COURT REPORTING

Page 1

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3               NORTHERN DIVISION

4

5   CASE NUMBER:  2:06-CV-00083-LES-CSC

6   GAIL BEDSOLE TATUM, AS MOTHER AND

7   ADMINISTRATRIX OF THE ESTATE OF MELANIE

8   CHAMBERS, A DECEASED MINOR CHILD,

9           Plaintiff,

10          vs.

11  PACTIV CORPORATION, ET AL.,          COPY

12          Defendants.

13

14          S T I P U L A T I O N

15          IT IS STIPULATED AND AGREED by and

16  between the parties through their respective

17  counsel, that the video deposition of

18  Raymond Kelly may be taken before Sara

19  Mahler, CSR, at the Embassy Suites Hotel, at

20  300 Tallapoosa Street, Montgomery, Alabama

21  36104, on the 28th day of August, 2007.

22

23          DEPOSITION OF RAYMOND KELLY

## FREEDOM COURT REPORTING

Page 2

1          IT IS FURTHER STIPULATED AND

2     AGREED that the signature to and the reading

3     of the deposition by the witness is waived,

4     the deposition to have the same force and

5     effect as if full compliance had been had

6     with all laws and rules of Court relating to

7     the taking of depositions.

8          IT IS FURTHER STIPULATED AND

9     AGREED that it shall not be necessary for

10    any objections to be made by counsel to any

11    questions except as to form or leading

12    questions, and that counsel for the parties

13    may make objections and assign grounds at

14    the time of the trial, or at the time said

15    deposition is offered in evidence, or prior

16    thereto.

17         IT IS FURTHER STIPULATED AND

18    AGREED that the notice of filing of the

19    deposition by the Commissioner is waived.

20

21          *  *  *  *  *  *  *  *  *  *  *  *

22

23

**FREEDOM COURT REPORTING**

Page 3

1           * * * * * * * * * * * * *

2                    I N D E X

3                  EXAMINATION

4                                    PAGE

5  By Ms. Wertman .................... 8

6  By Mr. Mitchell ................... 79

7           EXAMINATION CONTINUED

8                                    PAGE

9  By Ms. Wertman .................... 78

10 By Mr. Lockard .................... 80

11           DEFENDANT'S EXHIBITS

12                                   PAGE

13 Exhibit 1 - Florala map ........... 20

14 Exhibit 2 - R. Kelly's

15           questionnaire ........... 46

16         * * * * * * * * * * * * *

17

18

19

20

21

22

23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 4

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5  CASE NUMBER:  2:06-CV-00083-LES-CSC

6

7  GAIL BEDSOLE TATUM, AS MOTHER AND

8  ADMINISTRATRIX OF THE ESTATE OF MELANIE

9  CHAMBERS, A DECEASED MINOR CHILD,

10        Plaintiff,

11        vs.

12  PACTIV CORPORATION, ET AL.,

13        Defendants.

14

15

16  BEFORE:

17        SARA MAHLER, Commissioner.

18

19  APPEARANCES:

20        EASON MITCHELL, ESQUIRE, of THE

21  COLOM LAW FIRM, 406 Third Avenue North,

22  Columbus, Mississippi 39703, appearing on

23  behalf of the Plaintiff.

## FREEDOM COURT REPORTING

Page 5

1    APPEARANCES: (Cont.)

2            ORLYN "SKIP" LOCKARD, ESQUIRE, of

3    ALSTON & BIRD, 1201 West Peachtree Street,

4    Atlanta, Georgia 30309, appearing on behalf

5    of the Defendant, Louisiana-Pacific

6    Corporation.

7            ROBERTA WERTMAN, ESQUIRE, of

8    MAYER, BROWN, ROWE & MAW, 71 South Wacker

9    Drive, Chicago, Illinois 60606, appearing on

10   behalf of the Defendant, Pactiv Corporation.

11           ALSO PRESENT:  VIC GRISWOLD

12               * * * * * *

13           I, SARA MAHLER, CSR, a Court

14   Reporter of Wetumpka, Alabama, acting as

15   Commissioner, certify that on this date, as

16   provided by the Federal Rules of Civil

17   Procedure and the foregoing stipulation of

18   counsel, there came before me at the Embassy

19   Suites Hotel, 300 Tallapoosa Street,

20   Montgomery, Alabama 36104, beginning at

21   10:00 a.m., Raymond Kelly, witness in the

22   above cause, for oral examination, whereupon

23   the following proceedings were had:

## FREEDOM COURT REPORTING

Page 6

1          VIDEOGRAPHER:  This is the

2  deposition of Raymond Kelly taken in the

3  matter of Gail Bedsole Tatum, as Mother and

4  Administratrix of the Estate of Melanie

5  Chambers, the deceased minor child

6  Plaintiff, versus Pactiv Corporation and

7  Louisiana-Pacific Corporation, Defendants.

8  Civil Action Number 2:06-CV-00083-LES-CSC

9  held in the United States District Court,

10  Middle District of Alabama, Northern

11  Division.

12          Today is August 28, 2007.  We

13  are at the Embassy Suites Hotel in

14  Montgomery, Alabama, and the local time is

15  10:13 a.m.

16          If counsel would introduce

17  themselves, we could have the oath, please.

18          MS. WERTMAN:  My name is

19  Roberta Wertman on behalf of Pactiv

20  Corporation from the law firm of Mayer,

21  Brown, Rowe and Maw.

22          MR. LOCKARD:  Skip Lockard of

23  Alston & Bird on behalf of

# FREEDOM COURT REPORTING

1  Louisiana-Pacific.

2              MR. MITCHELL:  Eason Mitchell,

3  I represent the plaintiffs.

4              RAYMOND KELLY,

5  being first duly sworn, was examined and

6  testified as follows:

7              MS. WERTMAN:  Mr. Mitchell, if

8  we could agree that today's deposition will

9  be taken pursuant to the Rules of Civil

10 Procedure, and the local rules of the

11 District of Alabama?

12             MR. MITCHELL:  Middle District

13 of Alabama.

14             MS. WERTMAN:  Thank you.

15 Middle District of Alabama.

16             MR. MITCHELL:  And I think

17 we've already made stipulations concerning

18 use of the deposition, and waiver of

19 objections on certain areas until time of

20 use -- time of trial.  And, I think, if we

21 may, we'll just go forward with the same

22 stipulations that we have used with the

23 previous depositions, which are basically

# FREEDOM COURT REPORTING

1   what you've just said.

2                 MS. WERTMAN:  That's fine with

3   me.  That's fine.

4                 EXAMINATION

5   BY MS. WERTMAN:

6         Q.      Now, Mr. Kelly, as I've said,

7   my name is Roberta Wertman, and I'm an

8   attorney on behalf of Pactiv Corporation.

9   Pactiv Corporation is related to TMA which

10  owned the sawmill in Lockhart, Alabama.

11  When I say the sawmill in Lockhart, Alabama,

12  I mean the sawmill that was on Route 55.  It

13  was known as Lockhart Lumber Company, it was

14  then owned by TMA.

15                Are you familiar with the

16  sawmill?

17        A.      Yes.

18        Q.      I'm just going to refer to it

19  as the sawmill.

20        A.      Fine.

21        Q.      Okay.  Great.  Now, this

22  morning, I will ask you a series of

23  questions, some of them may seem very

## FREEDOM COURT REPORTING

Page 9

1    personal; I don't mean to pry.  I have a

2    responsibility to my client to ask you these

3    questions.  If at any time I'm unclear, they

4    don't make sense, please tell me.  If you do

5    answer the questions, I will assume that

6    you've understood them.

7                    Does that seem fair?

8          A.      Sure.

9          Q.      Okay.  I'm going to need you

10    to answer out loud.  The court reporter will

11    take down everything you say, and she can't

12    take down head nods or bobs.  Okay?

13          A.      Okay.

14          Q.      Thanks so much.

15                    Now, you're under oath as you

16    would be in a courtroom, do you understand

17    that?

18          A.      Yes.

19          Q.      Okay.  And if at any time you

20    wish to take a break or step outside, have

21    glass of water, anything, please let me

22    know, and we'll do that.  I want you to make

23    sure that you're feeling comfortable.

# FREEDOM COURT REPORTING

1    A.    Okay.

2    Q.    Okay.  Could you state your

3  full name for the Record, please.

4    A.    Raymond Kelly.

5    Q.    Do you have a middle name

6  Mr. Kelly?

7    A.    None.

8    Q.    Okay.  And do you go by any

9  nicknames?

10    A.    I'm sorry?

11    Q.    Do you go by any nicknames?

12    A.    No.

13    Q.    Okay.

14    A.    Let me say something.  I don't

15  hear real well.

16    Q.    Okay.

17    A.    You may notice.

18    Q.    And I'm very quiet, my voice

19  is hard to hear.  We'll try to work together

20  on that.

21    A.    Okay.

22    Q.    Okay.  Are you feeling okay

23  today?

**FREEDOM COURT REPORTING**

1      A.    Today, yes.

2      Q.    Okay.  Good.  Have you taken

3 any medication today?

4      A.    A small amount of blood

5 pressure medicine.

6      Q.    All right.

7      A.    Last night.

8      Q.    Okay.  Okay.  Thank you.

9      And how's your memory,

10 Mr. Kelly?

11      A.    Not great.

12      Q.    Not great?  Okay.

13      But do you feel that you can

14 try to answer my questions to the best of

15 your ability today?

16      A.    Yes.

17      Q.    Okay.  Thank you so much.

18      Now, did you bring any

19 documents of any kind with you to this

20 deposition?

21      A.    I don't have anything

22 pertaining to the mill, just my health

23 problems where I went to the doctor, these

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

1   type of things.  I didn't keep any kind of

2   records from the mill.

3            Q.      Okay.  Okay.  Thank you.

4                    What's your date of birth?

5            A.      REDACTED 37.

6            Q.      1937.  And your Social

7   Security number?

8                    MR. MITCHELL:  And we have an

9   agreement that that will be taken off the

10  transcript.

11           Q.      That's correct.  Thank you.

12  We'll just not have the full number on the

13  transcript.  But if you could say it for the

14  Record.

15           A.      The whole number?

16           Q.      Yes, please?

17           A.      REDACTED.

18           Q.      Thank you.

19                   MR. MITCHELL:  If I may

20  interrupt, since these documents -- these

21  transcripts could be used in court, we have

22  agreed that your number -- your Social

23  Security number, will not show up on that

# FREEDOM COURT REPORTING

Page 13

1    transcript so that no one could use it --

2             THE WITNESS:  I appreciate

3    that.

4             MR. MITCHELL:  -- to invade

5    your privacy.

6             MS. WERTMAN:  That's right,

7    and that's why we did that.

8        Q.    Did you graduate from high

9    school, Mr. Kelly?

10       A.    Yes.  At later date not in my

11   current teens.

12       Q.    Okay.

13       A.    After I married, I went to

14   school and got my diploma.

15       Q.    Okay.  How far did you go in

16   school as a child?

17       A.    To the eighth grade.

18       Q.    To the eighth grade?

19       A.    I didn't go back -- I was --

20   supposed to go back but I didn't.  I had a

21   job.

22       Q.    Okay.

23       A.    Didn't need it.

**FREEDOM COURT REPORTING**

1      Q.      All right.  What did you do
2   after you left in the eighth grade?
3      A.      I was employed in the logging
4   woods, timber processing.
5      Q.      Okay.  So, you were in the
6   woods?
7      A.      Yeah.
8      Q.      Who did you work for?
9      A.      A guy by the name of W.O.
10  Huckabaa, who is deceased.
11     Q.      All right.  How long did you
12  work for him?
13     A.      Probably two or three years.
14  I don't remember.
15     Q.      Okay.
16     A.      When I left there, I got
17  married, moved to Florida.
18     Q.      Okay.  Okay.  And what's your
19  wife's name?
20     A.      Edith, E-D-I-T-H.
21     Q.      Yeah.
22     A.      I think she's got a middle
23  name Mae, M-A-E, Kelly.

## FREEDOM COURT REPORTING

Page 15

1      Q.      Kelly.

2      A.      She doesn't use it hardly, I

3  don't know why I remembered it.

4      Q.      It's funny how the memory

5  works, isn't it?

6          And do you have children?

7      A.      Two.

8      Q.      What are their names?

9      A.      The oldest is Gwendolyn Diane

10  Coone, now.

11     Q.      And is it C-O-O-N-E?

12     A.      Right.

13     Q.      Okay.  And then the second?

14     A.      Michael Raymond Kelly.

15     Q.      Okay.  And when you went to

16  Florida, what did you do?

17     A.      A short time in a tomato

18  packing plant, and the remainder of the

19  years I was down there, I worked in dairy

20  farms, two different dairy farms.

21     Q.      Okay.  What'd you do on the

22  dairy farms?

23     A.      The first one, I just milked

## FREEDOM COURT REPORTING

Page 16

1    the cows, fed the cows.  The second one,

2    which I was at a little over ten years, I

3    started out milking cows, wound up as

4    supervisor, and that's what I was when I

5    left there.

6         Q.      Okay.  Where'd you go after

7    you left?

8         A.      Lockhart Sawmill, 1969,

9    February.

10        Q.      February of 1969.  Now, you

11   say you --

12        A.      I can remember some of that

13   stuff.

14        Q.      So, it's your short-term

15   memory that's not so good?

16        A.      Yes.

17        Q.      Okay.  But you remember things

18   from a long time ago; is that right?

19        A.      Yes.

20        Q.      Did you ever serve in the

21   military?

22        A.      No.

23        Q.      Okay.  You didn't.  Just to be

# FREEDOM COURT REPORTING

Page 17

1    clear, you lived in Lockhart from the time

2    you were born until you went to Florida; is

3    that right?

4         A.    Not in Lockhart, but in the

5    area,

6         Q.    In the area?

7         A.    In Covington County, yeah.

8         Q.    In Covington County?

9         A.    And maybe a year or two -- My

10   daddy was a sharecropper so we moved a lot,

11   but in the general area.

12        Q.    Right.  Right.  Okay.  And did

13   you help him farm?

14        A.    Yes.

15        Q.    Yeah?

16        A.    I was a very young age then.

17        Q.    Right.  Right.

18        A.    He died in 1967.

19        Q.    Right.  Now, when you came

20   back in '69, you went to work for the

21   sawmill?

22        A.    Yes.

23        Q.    Now, before -- We're going to

## FREEDOM COURT REPORTING

1    talk about that in a minute, and we're going

2    to talk about it a lot. But before we get

3    to that, I'd like to talk about your health

4    now.

5         I understand that you had

6    prostate cancer; is that right?

7         A.    I did have. I had it removed.

8    I think it's going on the third year.

9    Everything been clear so far.

10        Q.    Good. Good. When was it

11    diagnosed?

12        A.    Can I pull my notes?

13        Q.    All right.

14        A.    I had a P.S.A. test on

15    4/21/04, biopsy on 6/16/04.

16        Q.    Uh-huh.

17        A.    Discussed the biopsy on

18    6/30/04, discussed the surgery on 7/15, had

19    surgery on 9/7/04.

20        Q.    9/7/04 you had the surgery.

21    And so, you have been cancer free for three

22    years?

23        A.    They say I am.

**FREEDOM COURT REPORTING**

1    Q.     Good.  Good.  You also say you
2  took blood pressure medication last night?
3    A.     A very small amount of some.
4    Q.     Right.
5    A.     Very small.  They just
6  think -- I've always run a low pressure -- I
7  mean my low side was always high.
8    Q.     All right.
9    A.     I mean all my life.
10    Q.     Right.
11    A.     They got concerned about it,
12  so they give me a little bit of blood
13  pressure medicine, and it brought it down a
14  little.  It's no major problem, I don't
15  think.
16    Q.     All right.  Okay.  Do you have
17  any other health concerns?  Any other
18  problems?
19    A.     Not that I know of.
20    Q.     All right.  All right.  I --
21  Thank you for talking to me about that.
22         I would like to show you a map
23  of Florala.

**FREEDOM COURT REPORTING**

Page 20

1          A.          Okay.

2          Q.          Can you take a look at this

3    and let me give a copy to your counsel.

4                      MR. MITCHELL:  May I keep this

5    map?

6                      MS. WERTMAN:  Of course you

7    may.

8                      (Whereupon, Defendant's

9                      Exhibit No. 1 was marked

10                      for identification.)

11          Q.          I'd like to mark this as

12    Defendant's Exhibit 1.  Does this look to be

13    an accurate map of Florala and Lockhart to

14    you, sir?

15          A.          Yes.

16          Q.          Yes, it does?  Let me just put

17    a sticker on it for you.  All right.

18                      If you would please -- Oh, you

19    have a pen.  Just show me where you

20    currently live?

21          A.          Where I live?

22          Q.          Yes.

23          A.          Well, it's going to be way

**FREEDOM COURT REPORTING**

Page 21

1    beyond what's on the map.

2          Q.      All right.

3          A.      Up 55.   I actually live

4    approximately seven miles out of Florala on

5    Highway 55.

6          Q.      Seven miles out of Florala?

7          A.      Seven, seven and a half,

8    somewhere in that neighborhood.

9          Q.      Okay.   And which direction

10   from --

11         A.      North.

12         Q.      North from Florala?

13         A.      Right.

14         Q.      Okay.

15         A.      Actually it would be kind of

16   northwest.

17         Q.      Right, because the highway

18   kind of --

19         A.      Yeah.

20         Q.      Okay.  All right.  And what is

21   your address?

22         A.      REDACTED

23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 22

1    Q.    And how long have you lived

2    there?

3    A.    Since 1969.

4    Q.    And do you own that home?

5    A.    Yes.

6    Q.    Did you purchase it in 1969?

7    A.    Yes.

8    Q.    What was the purchase price?

9    A.    Ten thousand dollars plus

10   interest.

11   Q.    How much acreage do you have

12   up there?

13   A.    Approximately forty.

14   Q.    Forty acres.

15   A.    Owner financed.

16   Q.    Right.  And what type of home

17   is it?

18   A.    Just an old frame house, built

19   in 1933.

20   Q.    All right.  Okay.  When you

21   were growing up in Covington County, do you

22   remember a company by the name of Jackson

23   Lumber Company?

# FREEDOM COURT REPORTING

Page 23

1    A.    I heard of it.

2    Q.    You've heard of it?

3    A.    Yeah.

4    Q.    Okay.  What did you hear about

5 it?

6    A.    Just what great timber they

7 had, timberland they had; some of the ways

8 they processed it before getting out of the

9 woods and all this.

10    Q.    Processed --

11    A.    That's about all.

12    Q.    Processed -- Excuse me,

13 processed it before what?

14    A.    Well, how they got it out of

15 the forest, log carts.

16    Q.    Uh-huh.

17    A.    I was never involved in it,

18 because I was too young.  But I do remember

19 hearing about it and seeing pictures of it.

20    Q.    Uh-huh.  How about a company

21 called Henson's Pole Mill?

22    A.    Yes.

23    Q.    Okay.  What do you remember

**FREEDOM COURT REPORTING**

Page 24

1   about that?

2          A.      They peeled the poles.  They

3   came out of the woods and put them in a kiln

4   and dried them, and that was as far -- I

5   think that was all they did to them.

6          Q.      Okay.  Okay.  Do you remember

7   where Henson Pole Mill was?

8          A.      It was on the outside -- On

9   the Lockhart side of the mill pond.

10         Q.      Okay.  There --

11         A.      Adjoining Lockhart.

12         Q.      Okay.  So --

13         A.      Where the railroad track was,

14   I don't know if it shows it on here or not,

15   it was on the south side of the railroad

16   track.

17         Q.      Okay.  Was it north of 55?

18         A.      Yes.

19         Q.      Yes.  Okay.  Do you know when

20   it operated?

21         A.      No, ma'am, I don't remember.

22   It must have been -- I'd just be guessing,

23   in the late '50s, early '60s.  I don't know

**FREEDOM COURT REPORTING**

Page 25

1  how long -- I left here along in there, and

2  I don't know how long it stayed in business.

3          Q.      Okay.  So, was it operating

4  when you left?

5          A.      I don't remember.

6          Q.      Okay.  How about a company

7  called Koppers?

8          A.      I heard of it.

9          Q.      Okay.

10         A.      It was a timberland company.

11  Never involved in it.

12         Q.      Okay.  Do you know what they

13  did at all?

14         A.      They just harvested timber, I

15  suppose, and controlled it, cut, whatever.

16         Q.      Okay.  All right.  Well, why

17  don't we go to the sawmill?

18         A.      Okay.

19         Q.      Okay.  You said you started in

20  1969?

21         A.      Yes, ma'am.

22         Q.      That's right.  Okay.  Who

23  hired you?

# FREEDOM COURT REPORTING

1    A.    Well, Coy Jackson and Roy

2 Ezell were both present.  Coy was one of the

3 co-owners, or one of the owners, and he's

4 actually the one that told Ezell to hire me,

5 to the best I remember.

6    Q.    Sure.  What do you remember

7 about Coy Jackson?

8    A.    In what respect?

9    Q.    What kind of person was he?

10    A.    He was friendly.  It was kind

11 of hard to get a straight answer from him.

12 He would kind of carry you around a bush to

13 give you an answer from him, but other than

14 that, fine.

15    Q.    All right.  Did you think he

16 ran a good business?

17    A.    Yes.

18    Q.    All right.  Did he treat the

19 employees well?

20    A.    He didn't have a whole lot to

21 do with the employees.

22    Q.    Okay.  Okay.  What did he do?

23    A.    What did he do?

**FREEDOM COURT REPORTING**

1    Q.    Yeah.

2    A.    I guess he kind of took care

3 of the office and the business as far as

4 running the general business.

5    Q.    Okay.  Okay.

6    A.    He spent most of his time in

7 the office, most of it.

8    Q.    All right.  Okay.  What about

9 Roy Ezell?

10    A.    He was plant manager.

11    Q.    He was the plant manager.

12 Okay.  What were you hired to do in 1969?

13    A.    Well, actually started out as

14 a millwright, just helping repair equipment

15 and stuff, you know.

16    Q.    Equipment repair?

17    A.    Yeah, whatever.  Broken

18 chains, anything that tore up.

19    Q.    Okay.  And did you do that

20 anywhere something needed replacement or

21 repair?

22    A.    Just in the sawmill area.

23    Q.    Just in the sawmill?

## FREEDOM COURT REPORTING

Page 28

1    A.    Right.

2    Q.    Okay.  How long were you a

3 millwright?

4    A.    Approximately three years.

5    Q.    About three years.  Then what?

6    A.    Sawmill foreman.

7    Q.    You were the sawmill foreman.

8 And what did you do?  What does that

9 involve?

10    A.    Well, it involves -- It

11 involved the production part of it.

12    Q.    Okay.

13    A.    Keeping the mill running,

14 employees, you know, the whole nine yards,

15 whatever you had to do to produce lumber.

16    Q.    Okay.  Who did you report to?

17    A.    In most cases, it would have

18 been Roy Ezell.

19    Q.    Okay.

20    A.    He or Coy Jackson.

21    Q.    Okay.  Before we get to the

22 specifics of production, did you have any

23 relatives working at the sawmill?

**FREEDOM COURT REPORTING**

1    A.    Yes.  I had an uncle Albert

2  Kimbro, and I believe he was in the supply

3  room over near the boiler.  They had a

4  supply room over across the yard next to the

5  boiler.  Willard Kelly, he was a distant

6  cousin, was there when I went there.  And

7  from time to time over the years I had an

8  uncle that worked there a little while,

9  Howard Kelly, who is deceased from cancer.

10  He just died a few months ago, about six

11  weeks ago.  That's all I can think of right

12  now.

13    Q.    All right.  What did Willard

14  Kelly do?

15    A.    Who?

16    Q.    Willard Kelly.

17    A.    Good question.  He went over

18  to the yard -- all over the whole place.

19  Treating plant, supply room, just kind of

20  helped Roy look after things in general, I

21  guess.  I don't know what his title was.

22    Q.    Okay.

23    A.    And he is also dead, cancer.

**FREEDOM COURT REPORTING**

1      Q.      All right.  Could you explain

2  to me how the sawmill worked?  Like from the

3  time that the lumber comes in, to the time

4  that it's finished, just talk me through it.

5      A.      It comes in as logs off of a

6  log truck, loader unloads them off of a

7  truck onto a ramp.  They go onto a conveyor

8  chain, go through a debarker -- first

9  they're cut in length, go through a

10  debarker, then into the mill, onto a

11  carriage, sawed into what they call cants,

12  different size, six-, eight-inch cants,

13  whatever they'll make.

14      Q.      Just a second.  What is the

15  word, cants?

16      A.      It's a term for a log once

17  it's been shaped, formed.

18      Q.      Okay.

19      A.      In other words, if you wanted

20  to make a 2-by-8, you'd have to have an

21  eight-inch cant.  You got it?

22      Q.      Yeah.

23      A.      And from there it went to

## FREEDOM COURT REPORTING

Page 31

1  different saws.  It may go to a gang saw,

2  what they call a gang saw; it might go to --

3  the slab part that came off the side would

4  go to a resaw and around and around through

5  an edger; through a trim saw to cut the ends

6  off of it; on a green chain to be pulled and

7  stacked.

8         Q.      Okay.  All right.

9         A.      Is that clear?

10        Q.      Surprisingly, yes.

11        A.      From the green chain it was

12  stacked up to a certain width, certain

13  height, picked up, took on the yard, sat out

14  to air dry.

15        Q.      All right.

16        A.      And from there it went to the

17  planer mill where it was retrimmed again,

18  and planed, restacked, sorted.  That's it.

19        Q.      Okay.  Now --

20        A.      Put on trucks and gone,

21  hopefully.

22        Q.      Right.  Now, was most of the

23  lumber sold untreated?

## FREEDOM COURT REPORTING

1      A.      Most of it, yes.

2      Q.      Most of it, all right.  For

3  the whole time you were there?

4      A.      Yes.

5      Q.      All right.  What percentage of

6  it would you say was treated?

7      A.      I have no idea.  Because

8  usually a treated wood was special cut, like

9  4-by-4, 4-by-6, so I have no idea.  It

10  was -- I just don't know.

11      Q.      Okay.  Was it special cut

12  before it was treated?

13      A.      Oh, yeah.

14      Q.      Yes.  Okay.  So, you weren't

15  cutting it down after --

16      A.      No.  No.  No, we didn't touch

17  it once it left the sawmill.  Not the

18  sawmill part didn't.

19      Q.      All right.

20      A.      Of course a lot of people in

21  the yard did, but the sawmill crew did not.

22      Q.      Right.  Now, did you work with

23  the treating plant at all?

# FREEDOM COURT REPORTING

Page 33

1    A.    No, ma'am.

2    Q.    You didn't.  Okay.  Do you

3    recall there being boilers on the site -- on

4    the sawmill site?

5    A.    On the sawmill, yeah.

6    Q.    At the sawmill, okay.  And

7    what did those boilers -- why were they

8    there?

9    A.    To make the steam for the dry

10   kiln.

11   Q.    Okay.  How many boilers were

12   there?

13   A.    Two, I believe.

14   Q.    All right.

15   A.    I'm not sure, but I think

16   there was two.

17   Q.    Okay.  Okay.  And --

18   A.    Because this is all across the

19   yard from me.

20   Q.    Right.  Right.  But did you

21   have reason to go over there and look at

22   them, ever?

23   A.    Not really.

# FREEDOM COURT REPORTING

1      Q.     No?

2      A.     No.

3      Q.     Okay.  How did you know there

4 was two?

5      A.     What?

6      Q.     There were two.

7      A.     Well, you could see them from

8 the mill.

9      Q.     Okay.  All right.  But you

10 weren't right over there?

11     A.     Oh, no.

12     Q.     Right.  Okay.  What did --

13     A.     That's not to say I didn't go

14 by them or anything, but I didn't have any

15 real reason.

16     Q.     Okay.  What was burned in

17 those boilers?

18     A.     All the residue from the

19 plant, the saw dust, the bark, whatever

20 would make fuel.

21     Q.     Right.  Right.  So, how about

22 the ends from what you were cutting in the

23 sawmill, were those burned?

## FREEDOM COURT REPORTING

Page 35

```
1              A.      Yes.
2              Q.      And those were untreated?
3              A.      Yes.
4              Q.      Right.  And you said the
5      majority of the wood that went off site was
6      untreated?
7              A.      Yes.
8              Q.      All right.  All right.  Do you
9      remember there being -- Let me think about
10     this -- a teepee burner --
11             A.      Yes.
12             Q.      -- on-site?  Do you remember
13     when it was there?
14             A.      It was there for the major
15     part of the time I was there.  But I don't
16     remember when it was taken down, exactly.
17             Q.      Okay.  Was it operated --
18             A.      Yes.
19             Q.      -- for the whole time?  Okay.
20     And what was its purpose?
21             A.      To burn the bark from the
22     debarker where they peel the logs.
23             Q.      Right.
```

# FREEDOM COURT REPORTING

1      A.     Some of it, if it wasn't

2  carried to the boiler; the sawdust out of

3  the sawmill; the little cutoffs where they

4  trim end of the boards, the conveyer chain

5  brought it back to one big chain that

6  carried it out.

7      Q.     Uh-huh.

8      A.     All the -- actually the waste

9  from the mill.

10      Q.     Okay. All right. Now, you

11  were in charge of the employees in the

12  sawmill?

13      A.     Yes.

14      Q.     Did you think you had a good

15  crew?

16      A.     I had a very good crew.

17      Q.     Yeah? They worked hard?

18      A.     They had to. No choice.

19      When you went to work in the

20  sawmill and it started running, there was

21  something coming at you all the time. You

22  didn't stop, you didn't slow down, because

23  it wrapped you up. If you got to a point

## FREEDOM COURT REPORTING

Page 37

1    that you had to stop, then the whole mill

2    had to shut down until you got caught up.

3    And that didn't happen.  That wasn't

4    supposed to happen.

5            Q.     Right.  Right.  Do you think

6    people took pride in what they did?  That

7    they wanted to run a good operation?

8            A.     Yes.

9            Q.     Yeah.  Do you think they --

10   Strike that.  Let me move on.

11           That list that you pulled out

12   of your pocket and looked through, did you

13   write that list yourself?

14           A.     My wife took it off the

15   records.

16           Q.     Okay.  Okay.  Thanks.  I just

17   wanted to know.  And your medical records?

18           A.     Right.

19           Q.     Okay.  That's good of you to

20   put that together for us.

21           A.     Well, she thought I might need

22   it, you know, if I were asked a question.

23           Q.     Good.

**FREEDOM COURT REPORTING**

Page 38

1          A.      But we have records of it at

2    home.

3          Q.      Did you talk to anybody else

4    before you had your deposition taken today?

5          A.      Anybody else?

6          Q.      Other than your wife and

7    Mr. Mitchell?

8          A.      No.

9          Q.      No.  Okay.  Okay.

10          Let me just go through this

11    for a moment.  Now, at any time do you

12    recall sawdust being shipped off site in

13    rail cars?

14          A.      Not sawdust, but chips.

15          Q.      Chips?

16          A.      We produced chips at the mill.

17          Q.      Okay.  And do you recall when

18    it was shipped off site?

19          A.      Well, it was -- It was done

20    all the time the mill was running, I

21    imagine.  I know it was while I was there

22    because you had to.  You had to do something

23    with it.  You see they sold the chips.  As

## FREEDOM COURT REPORTING

1  far as sawdust, there was a time where they

2  were shipping sawdust, but I don't know -- I

3  don't remember how long, but it was while

4  the railroad was there.

5          Q.      Okay.  So, while the railroad

6  was there --

7          A.      Right.

8          Q.      -- they were shipping sawdust

9  too?

10         A.      Right.

11         Q.      Did you know anyone who worked

12  in the treating plant?

13         A.      Did I know anyone?

14         Q.      Yeah.

15         A.      I knew most all of them.

16         Q.      Yeah.  Who was in charge over

17  there?

18         A.      That I don't know.  Donald

19  Ezell was in charge of sales, and I don't

20  know if he was in charge of the treatment

21  plant or not.  I really don't know.

22         Q.      Who do you know -- Or who did

23  you know who worked over at the treating

### FREEDOM COURT REPORTING

1  plant?

2      A.      Wayne Wise, Wally Kimbro,

3  Avance Drake.  And there was more, you know,

4  I can't remember all their names.

5      Q.      Right.  So --

6      A.      But I pretty much saw

7  everybody that was involved with the

8  operation at one time or another, break

9  room, clock, you know.

10      Q.      Right.  Right.  Now, we talked

11  about how the sawmill, if it -- you know,

12  everyone worked hard and tried to run a good

13  operation.

14      A.      Very hard.

15      Q.      Very hard.  Do you think the

16  same was true of the treating plant, based

17  on the people you knew?

18      A.      Yes.

19      Q.      Yeah.  And if they were told

20  to do something they would do it?

21      A.      Sure.

22      Q.      And they would do it properly?

23      A.      They would do it as they were

### 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 41

1    instructed, I'm sure.

2         Q.    Do you understand that you are

3    a plaintiff --

4         A.    Yes.

5         Q.    -- in this case?  And you are

6    suing your former employers?

7         A.    Yes.

8         Q.    Including Louisiana-Pacific --

9         A.    Yes.

10        Q.    -- and Pactiv Corporation?

11        A.    This came into being after I

12   left, but yes.

13        Q.    Right.  But your former

14   employer?

15        A.    Yeah.

16        Q.    Right.  Why?

17        A.    Because the issue of so many

18   deaths in the community and all -- just too

19   much going on for a small community.  Now,

20   why?  That's the question.

21        Q.    Do you believe you were

22   harmed?

23        A.    I had cancer.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

1       Q.      Did anyone tell you it was

2   related to the sawmill?

3       A.      No.

4       Q.      Did you ask anyone?

5       A.      Not that I recall.

6       Q.      You said you lived seven miles

7   out of town for the whole time?

8       A.      Yes.

9       Q.      All right.

10      A.      But most of my time was spent

11  there at the mill, you know.

12      Q.      Right.  Right.  Since you were

13  the foreman.

14              How did you hear about these

15  lawsuits?

16      A.      Someone called a meeting for

17  the employees, and I went to it.

18      Q.      Did anyone go with you?

19      A.      No.

20      Q.      You went by yourself?

21      A.      Yeah.

22      Q.      When was that meeting?

23      A.      I don't recall.  It's been --

## FREEDOM COURT REPORTING

1  The first one was a couple of years ago, or

2  maybe a little more.

3      Q.      Where was it?

4      A.      The first one I remember, I

5  think was at the armory hall, the old armory

6  hall.

7      Q.      And were there only former

8  employees at that meeting?

9      A.      No.  There was a lot of people

10  there, the former employees and some of

11  their family, and some of the community in

12  Lockhart and around.

13      Q.      Uh-huh.

14      A.      They were all there,

15  concerned.

16      Q.      Uh-huh.  And you said that was

17  the first meeting.  Was there another one?

18      A.      It was the first one I went

19  to.

20      Q.      The first one you went to.

21  Did you go to another meeting?

22      A.      Yeah.  I went -- Over the

23  years, I went to maybe three.  I don't

**FREEDOM COURT REPORTING**

1 remember.  We signed in whenever we did go,

2 but I don't really remember the number.

3     Q.    Okay.  All right.  You signed

4 in.  Who did you sign -- Was there just a

5 piece of paper or did you sign in with a

6 person?  Was there someone --

7     A.    Just a -- Just a notebook.

8     Q.    Just a notebook, okay.

9     A.    I believe that's right.  There

10 was nobody there but just whoever was taking

11 names when we came through the door.

12     Q.    All right.  All right.  When,

13 roughly, do you think the second meeting

14 was?

15     A.    Ma'am, I have no idea.

16     Q.    All right.  Was it also in the

17 armory hall?

18     A.    Ma'am?

19     Q.    Was it also in the armory

20 hall?

21     A.    They were all in the armory

22 hall, except one, and it was in a community

23 building over in Hacoda.  And I want to

## FREEDOM COURT REPORTING

1  think it was maybe the third meeting, but

2  I'm not sure.

3          Q.      Okay.  All right.  When do you

4  think the last meeting was?

5          A.      Sometime in '05, '06, I don't

6  know.

7          Q.      All right.  And did --

8          A.      And I mean the ones I went to,

9  you know.

10          Q.      Right.

11          A.      There may be more than I know

12  about, but that's the one I went to.

13          Q.      Right.  And did anyone go with

14  you to those two?

15          A.      No.

16          Q.      No?

17          A.      No, ma'am.

18          Q.      You went by yourself.

19                  When did you decide to become

20  a plaintiff?

21          A.      Maybe second or third meeting,

22  I don't remember.

23          Q.      Uh-huh.  About your high blood

## FREEDOM COURT REPORTING

1  pressure, has anyone ever told you that that

2  was related to the facility -- or to the

3  sawmill?

4        A.     No, nobody has ever told me.

5  It's really not that -- not that grave of an

6  issue because it's not that bad.

7        Q.     Right. Okay.

8        A.     But I do take medication for

9  it.

10        Q.     Right. Okay.

11        MS. WERTMAN:  How are we doing

12  on time?

13        VIDEOGRAPHER:  We have about

14  eighteen minutes left.

15        MS. WERTMAN:  All right.

16            (Whereupon, Defendant's

17            Exhibit No. 2 was marked

18            for identification.)

19        Q.     (BY MS. WERTMAN):  Now, I am

20  going to show a document that I'm going to

21  mark as Defendant's Exhibit 2.

22        MS. WERTMAN:  Here is a copy

23  for you.

## FREEDOM COURT REPORTING

1      Q.      Is this your signature,
2  Mr. Kelly?
3      A.      Yes.
4      Q.      All right.  Would you please
5  look this over, and take your time.
6      A.      Correct.
7      Q.      Have you paged through it?
8      A.      I just looked at the front.
9      Q.      Okay.  Why don't you page
10 through it.
11     A.      As near I can tell, it's
12 right.  Except there was -- you know, the
13 year was right on the doctor visit, the date
14 wasn't there because I didn't know it at the
15 time I filled that out.
16     Q.      All right.  Now, I'm going to
17 leave this with you.
18     A.      Okay.
19     Q.      Did you fill out this form
20 yourself, Mr. Kelly?
21     A.      Yes.
22     Q.      Did anyone help you fill it
23 out?

# FREEDOM COURT REPORTING

1        A.        No.

2        Q.        All right.  Could you --

3        A.        I had a lady there show me

4   what to do and what I didn't know -- you

5   know what to put down, she didn't tell me.

6   She just showed me where to put it.

7        Q.        Okay.  And which lady was

8   that?

9        A.        I don't remember her name.

10        Q.        Okay.

11        A.        I don't remember her name.

12        Q.        Did she work for your

13   attorney?

14        A.        No.  It was just somebody that

15   was there in the group.

16        Q.        In the group?

17        A.        That had already filled one

18   out, or something.  I don't know.

19        Q.        Was this at one of the

20   meetings?

21        A.        Just when we were called in to

22   fill these out.

23        Q.        When were you called in to

## FREEDOM COURT REPORTING

1  fill those out?

2      A.    It was sometime in '05 or

3  early '06, but I don't remember the month or

4  the date.

5      Q.    Okay.  Where did you do it?

6  Where did you fill them out?

7      A.    At a clubhouse there at the

8  lake.

9      Q.    The clubhouse at the lake?

10      A.    Uh-huh.

11      Q.    Okay.  Okay.  And did a number

12  of you come in together?

13      A.    Yeah, there was several people

14  in there.  Some had been gone when I got

15  there, but I don't know how many.

16      Q.    Okay.  Okay.  Just about the

17  meetings, did you sign in at every meeting

18  that you attended?

19      A.    I think so.  I'm not sure, but

20  I think so.

21      Q.    All right.  And it was a

22  notebook that you signed in?  Like a bound

23  notebook?

## FREEDOM COURT REPORTING

1      A.    No.  Something like a legal

2  pad, I believe on most of them.

3      Q.    Like my legal pad

4  (indicating)?

5      A.    Yeah.  I think, but I'm not

6  sure.

7      Q.    Okay.  Thank you.

8      If you could turn to page

9  seven.

10      A.    Fine.

11      Q.    All right.  Now, we talked

12  about this piece of property, and that you

13  purchased it when you returned to Florala.

14  How did you come up with this property value

15  of two hundred thousand?

16      A.    Well, it's been improved and

17  the price of land has gone up.

18      Q.    Right.

19      A.    It's got a lot more buildings

20  on it.

21      Q.    Right.

22      A.    Just improvements.

23      Q.    I see.

## FREEDOM COURT REPORTING

Page 51

1    A.    I filled out a financial

2    report one time, and that's what the lady

3    came up with.

4    Q.    Okay.  Thank you.  I think

5    we're all set with this document then.

6    All right.  Now, I'm going to

7    ask you if you know some people in town.  Do

8    you know a young lady, who's since deceased,

9    by the name of Melanie Chambers?

10   A.    Not personally.

11   Q.    Do you know of her?

12   A.    If I did, I do not remember.

13   Q.    Okay.

14   A.    I'm just not sure.

15   Q.    All right.  What about Gail

16   Tatum?

17   A.    This is a period I have

18   trouble remembering.  But I do not remember

19   the name.

20   Q.    Okay.  Renee Chambers?

21   MR. MITCHELL:  Renny.

22   MS. WERTMAN:  Renny.

23   THE WITNESS:  Renee'.

### 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 52

1          MR. MITCHELL:  Renny.

2          A.      I think they called her Renee,

3    I don't know.  But I've heard the name.  I

4    think she's -- It's some of the people I

5    knew.  Children, probably

6          Q.      All right.  How about Buck

7    Roberts?

8          A.      Yes.

9          Q.      What do you know about him?

10         A.      He worked at the mill.

11         Q.      What did he do?

12         A.      He worked in the shop area

13   mostly, as a welder and he really worked all

14   over the yard, wherever something was torn

15   up, needed welding, cutting, torch, you

16   know, this type thing.

17         Q.      Uh-huh.

18         A.      I'm sure he probably worked in

19   the treating plant occasionally.

20         Q.      Uh-huh.  What about Jackie

21   Partridge?

22         A.      Yes.  He was a forklift

23   operator on the yard.

## FREEDOM COURT REPORTING

Page 53

1      Q.     Did he work at the treating

2  plant?

3      A.     Yes.  I'm sure he did from the

4  time he worked there.  He worked in the dry

5  kiln, putting lumber in and out of dry kiln,

6  loading and unloading trucks.  I'm sure he

7  did.  He wasn't in my department.

8      Q.     Right.  Who worked for you in

9  the sawmill?

10     A.     Who?

11     Q.     Yeah.

12     A.     There was probably

13  twenty-five.

14     Q.     All right.  About twenty-five

15  people.

16     A.     But names, there's no way I

17  can give you all those names.  I can

18  probably tell you some of them.  I would

19  know them when I see them, but the memory, I

20  don't remember names.

21     Q.     I would take some.

22     A.     Okay.  We had a D.P. Lee; we

23  had a Joe Hamilton; Ricky Sanders; C.B.

## FREEDOM COURT REPORTING

1   Bass; Jerry Martin; James Davis; Ronnie

2   Jackson at one time; Dale Galloway.

3          Q.     Is that Dale?

4          A.     Dale, D-A-L-E.  Walt Matthews.

5   A lot of these are deceased.

6          Q.     Right.

7          A.     Cecil Lymons; Roe Scofield, I

8   don't know what -- they called him Roe, I

9   don't know what his -- I've forgotten what

10  his first name was.  He's deceased also.

11         That's about all I can

12  remember.  I can remember the people and the

13  faces, but I can't give you their names.

14         Q.     Sure.  Well, that is quite a

15  list.

16         A.     Well, there were a lot of

17  them, you know.  And they come and went, you

18  know.

19         Q.     Right.  Right.  Did people

20  tend to stay for a long time?

21         A.     As a general rule, they did.

22         Q.     Yeah.  Yeah.

23         A.     I don't know why, but they

**FREEDOM COURT REPORTING**

Page 55

1   did.

2        Q.    Well, it sounds like it was a

3   good job.

4        A.    Well, the pay was pretty good,

5   but the work was hard.

6        Q.    Right.  Do you recall there

7   being ponds on the sawmill property?

8        A.    Pine trees?

9        Q.    Ponds.

10        A.    Oh, a pond?

11        Q.    Yes.

12        A.    Yes.  Over near the treating

13   plant.

14        Q.    Do you remember more than one?

15        A.    I heard there was, I think,

16   two.  But like I said, I didn't never go

17   over there.

18        Q.    You didn't go back there.

19   Okay.

20              Do you remember a pond that

21   had spray nozzles on it that sort of shot

22   water?

23        A.    I remember seeing that,

## FREEDOM COURT REPORTING

Page 56

1    because you could see it in the air.

2              Q.      Right.

3              A.      From the sawmill, even.

4              Q.      Uh-huh.  And do you remember

5    when that was put -- when that was built?

6              A.      No, ma'am.

7              Q.      No.  Okay.  Okay.

8              MS. WERTMAN:  I think this is

9    a good place to stop.

10             VIDEOGRAPHER:  We're going off

11   the Record; this is the end of tape one.

12                   (Recess was taken.)

13             VIDEOGRAPHER:  We're back on

14   the Record; this is the beginning of tape

15   two.

16             Q.      (BY MS. WERTMAN):  Okay.

17   Mr. Kelly, I just have a few more questions.

18             A.      Okay.

19             Q.      And then I think my colleague,

20   Mr. Lockard, will continue.

21                   When did you leave the

22   sawmill?

23             A.      The latter part of 1962 or the

## FREEDOM COURT REPORTING

1    first part of '6- -- '92 or '93.

2          Q.        '92 or '93.

3          A.        Yeah.  I think it was the last

4    of '92.

5          Q.     Why?

6          A.     Why?

7          Q.     Yeah.

8          A.        I thought that I could see the

9    direction the mill was going.

10         Q.     Yeah.

11         A.        And it came to pass it did go

12   that way, but it took a little longer than I

13   anticipated.  But, anyway, I had a business

14   started, and my son-in-law was running it,

15   so it was just time for me to go.

16         Q.     Okay.  And by the direction

17   you saw it was going --

18         A.        I figured it was going to be

19   shut down.

20         Q.     Okay.  And why did you think

21   that?

22         A.        Well, just from looking at the

23   business practices and the fact that they

**FREEDOM COURT REPORTING**

Page 58

1    had started another mill in Crestview, I

2    believe, and they did already closed down.

3    You pour a lot of money in a business that

4    don't really last long, there's something

5    going on.  I'm not smart, but that's what I

6    had in mind.

7           Q.     What was the business that you

8    went into with your son-in-law?

9           A.     Automotive repair.

10          Q.     Right.  And how long did you

11   do that?

12          A.     Like I say, my son-in-law is

13   running it, I had the business -- Excuse me.

14          Actually I was involved in it

15   maybe two years, then I got my dealer's

16   license, and I went into car -- automotive

17   sales for a little while and then retired.

18          Q.     Right.  Okay.  So, you were at

19   the sawmill from 1969 until --

20          A.     I think it was the last part

21   of '92.

22          Q.     -- last part of '92.  Do you

23   recall Coy Jackson selling the sawmill?

# FREEDOM COURT REPORTING

Page 59

1      A.      Yeah.

2      Q.      Yeah.  Do you remember about

3 when that was?

4      A.      At first it was to TMA, right?

5 But I don't remember the year, I sure don't.

6      Q.      Okay.  Okay.  And then do you

7 recall if TMA sold the sawmill?

8      A.      Yes.  They sold it to LP.

9      Q.      Okay.  Do you recall when they

10 sold it to LP?

11      A.      No, ma'am.  I don't -- The

12 only thing I can remember, it seemed like it

13 wasn't maybe three years, TMA probably had

14 it maybe three years.  And I may not be

15 correct on that.

16      Q.      Okay.

17      A.      It wasn't a long time.

18      Q.      It wasn't a long time.  All

19 right.  Okay.

20           When TMA sold it to LP, how

21 did you know that it was being sold?  Were

22 you told?

23      A.      Well, everybody knew it.  I

## FREEDOM COURT REPORTING

Page 60

1  don't know how we knew it, but everybody

2  knew it.

3       Q.    Okay.  Okay.  Did your

4  paychecks come from a different place?

5       A.    I don't remember.  I just

6  always got them.  I don't remember where I

7  got them from.

8             Are you talking about like a

9  corporate office or something?

10      Q.    Right.

11      A.    I don't think so.  I think it

12 was local.

13      Q.    Okay.  Okay.  But everybody

14 knew when it changed and that it changed?

15      A.    Yeah.

16      Q.    Do you remember --

17      A.    I think when TMA bought it,

18 they came in and told us what was going on.

19 I believe that's right.

20      Q.    When TMA bought it?

21      A.    Right.

22      Q.    What about LP?

23      A.    I don't remember what

## FREEDOM COURT REPORTING

1  transpired there.

2          Q.      Okay.

3          A.      But we knew about it.

4          Q.      Okay.  When you were a

5  foreman, did you try to keep your employees

6  safe on the job?

7          A.      Yes.  As much as possible.  We

8  had our safety meetings and -- Yes.

9          Q.      And what do you mean by safety

10  meetings?  What were those?

11          A.      Once a month we'd have a

12  meeting -- period of time for a meeting to

13  go over safety issues, take recommendations

14  of safety issues, what could be done, this

15  type thing.

16          Q.      Okay.  And it was once a

17  month.  And who --

18          A.      I think it was once a month.

19          Q.      And who was at those meetings?

20          A.      All the sawmill employees and

21  myself.

22          Q.      Okay.  And did that include

23  the people who were at the treating plant or

1   just the sawmill?

2        A.    No, this was sawmill, I think.

3   I think I'm right on that.  I think it was

4   just the sawmill.  We were kind of an

5   individual department.

6        Q.    I see.  I see.  Okay.  And did

7   you get -- Did you have those meetings for

8   the entire time that you were a foreman?

9        A.    No.  We just started them in

10  the later year, and I don't remember what

11  year we started them.

12       Q.    Okay.  Do you know about any

13  other department having safety meetings?

14       A.    I don't know of any.  But I

15  don't -- they could have, and I may not know

16  it.

17       Q.    All right.  All right.  Before

18  the safety meetings started, did you try to

19  keep people safe?

20       A.    Sure.

21       Q.    Right.

22       A.    I care about people,

23  especially people you're working.  That's

## FREEDOM COURT REPORTING

Page 63

1   part of your responsibility.

2        Q.    Did you know Mr. Ezell pretty

3   well?

4        A.    Who?

5        Q.    Mr. Ezell, Roy Ezell.

6        A.    Oh, yeah.  I knew him as a

7   supervisor on the job.

8        Q.    Right.  And do you think he

9   felt the same way about his employees?

10       A.    I don't know.

11       Q.    Okay.  When you said you had

12  twenty-five people at the sawmill --

13       A.    I'm just guessing on the

14  number.

15       Q.    Now that guess, though, was

16  that twenty-five people at a time?

17       A.    Yes.

18       Q.    Okay.  And so, it could be

19  twenty-five different people but --

20       A.    As a general rule they were

21  the same ones, unless somebody quit and

22  someone new came in.

23       Q.    But it was twenty-five total

## FREEDOM COURT REPORTING

Page 64

1  people?

2      A.      Yeah.  But I'm not sure about

3  that number now, but it was near that

4  number.

5      Q.      Okay.  Okay.

6          MS. WERTMAN:  I think that at

7  least for now I'm done.  And thank you very

8  much, I appreciate it.

9          THE WITNESS:  You're quite

10  welcome.

11          EXAMINATION

12  BY MR. LOCKARD:

13      Q.      Mr. Kelly, my name is Skip

14  Lockard, and I'm here for Louisiana-Pacific.

15  Can you hear me okay?

16      A.      Yeah.

17      Q.      I don't want to shout at you,

18  but I know --

19      A.      No, you're fine.

20      Q.      Okay.  Well, if you can't hear

21  me at any point, just let me know.  And I'm

22  just going to have a few questions to

23  follow-up on some things that she asked you

## FREEDOM COURT REPORTING

Page 65

1    about.  And I'm going to start with one that

2    might be kind of personal, I don't mean

3    anything by it, but I've got to ask.

4              Have you ever been diagnosed

5    with anything that affects your memory?

6         A.    No.

7         Q.    Have you ever seen a doctor

8    for any memory problems?

9         A.    No.

10        Q.    Is there a particular period

11   of time that you have more trouble

12   remembering than other periods?

13        A.    Well, I'm going to have to go

14   back and say until the time -- up until the

15   time I started there, shortly thereafter

16   that I started at the mill, that period of

17   time from there forward until now is where I

18   have the most problems.

19        Q.    So, you're saying that you

20   have the most problems remembering things

21   from about 1969 forward; is that what you're

22   saying?

23        A.    Right.

## FREEDOM COURT REPORTING

1    Q.    When did you first start

2  having memory problems; do you know?

3    A.    That kind of creeps up on you.

4    Q.    Yeah.

5    A.    Well, I've just noticed it in

6  the last probably eight, ten years.

7    Q.    This is another one of those

8  questions I've just got to ask you, and I

9  don't mean anything by it:  But have you

10  ever been arrested for anything?

11    A.    No.

12    Q.    Have you ever been involved in

13  any lawsuit other than this one?

14    A.    No.

15    Q.    You mentioned your uncle,

16  Howard Kelly.  Can you tell me kind of when

17  he worked at the sawmill?

18    A.    It was probably in the early

19  '70s.  I would say it was maybe '70, '71.

20  It was in there, in that particular time

21  frame.

22    Q.    How many years did he work

23  there?

# FREEDOM COURT REPORTING

1          A.      I'm just guessing, but maybe

2     four.

3          Q.      Okay.  What did he do at the

4     mill?

5          A.      He was a welder.

6          Q.      Was there a particular part of

7     the mill that he was assigned to?  Like -- I

8     mean, like the treating plant or the

9     sawmill?

10          A.      It was strictly sawmill area,

11     to the best of my knowledge.

12          Q.      Yes, sir.  What about your

13     uncle, Albert Kimbro?

14          A.      Yes.

15          Q.      Do you know about what period

16     of time he worked at the mill?

17          A.      He was there when I went there

18     in '69, so I don't know when he started

19     before then.  But he was over in the supply

20     room.

21          Q.      Yes, sir.  Do you know when he

22     left the sawmill?

23          A.      Not the year.  It was -- I

# FREEDOM COURT REPORTING

Page 68

1  don't even know what year he died, but it

2  was probably maybe a year before he died.  I

3  just can't remember.

4       Q.     Was that -- And I'm not trying

5  to be difficult, was that like in the 1980s

6  or the 1990s, do you remember?

7       A.     It was probably in the '80s.

8       Q.     You mentioned you were hired

9  at the mill by Roy Ezell; is that right?

10      A.     He and Coy Jackson, they were

11  both there.  Coy, of course, was one of the

12  owners, and he and Roy were together at the

13  time I approached them.

14      Q.     Did you know Coy before you

15  went to apply for a job?

16      A.     No.

17      Q.     Did you know Roy Ezell?

18      A.     No.

19      Q.     One thing I just want to make

20  sure I'm clear on:  The wood that went into

21  the planer mill, that was untreated wood; is

22  that right?

23      A.     Yes.

## FREEDOM COURT REPORTING

Page 69

1    Q.    And is that true for the whole
2    time that you worked at the sawmill, you
3    only put untreated wood in the planer mill;
4    is that right?
5    A.    Right.
6    Q.    And I am not trying to be
7    nosy, but I notice that you have some notes
8    that you had in your pocket that you use
9    when you talked about your prostate cancer?
10   A.    That was just dates when I
11   went to the doctor.
12   Q.    Do you mind if I take a quick
13   look?  I'll give them right back.
14   A.    No problem.  This is just
15   something my wife took off the medical
16   records and wrote them down for me.  Make a
17   copy if you need one.
18   MR. MITCHELL:  I think he
19   consulted his notes, and he's entitled to do
20   that, at least under these limited
21   circumstances.
22   Q.    Thank you very much.
23   Dr. Basil Fossum, is that one

## FREEDOM COURT REPORTING

Page 70

1  of your doctors?

2        A.      Correct.  He's the one that

3  did the surgery.

4        Q.      Yes, sir.  You didn't bring

5  anything besides those notes and just your

6  personal belongings to the deposition, did

7  you?

8        A.      No.

9        Q.      And those notes relate to your

10  prostate cancer?

11        A.      That's right.

12        Q.      And am I correct in thinking

13  that your belief is that your employment at

14  the mill caused your prostate cancer?

15        A.      I can't say that, because I

16  don't know.

17        Q.      So as of today, you're not

18  sure?

19        A.      I just don't know.  I just

20  know I had it, and I know what happened.

21        Q.      We talked a little bit about

22  the meetings that you went to.  And you said

23  the very first meeting you went to, somebody

## FREEDOM COURT REPORTING

1    called a meeting of employees, is that about

2    getting close to right?

3          A.      That's about right.

4          Q.      Do you remember who it was

5    that called the meeting that you met?

6          A.      I think it was Hughes, was her

7    last name, but I don't know her first name.

8    Didn't know her.

9          Q.      How'd she get in touch with

10   you?  Let me start over.  How did you hear

11   about it?

12         A.      I honestly don't know how I

13   heard about it.  I don't know if she called,

14   I don't know if just word of mouth or what.

15   Probably word of mouth.

16         Q.      Do you remember the names of

17   anybody that was at that first meeting that

18   you saw?

19         A.      There was so many.  There was

20   so many I could not -- I couldn't recall any

21   names.  Because, like I say, a lot of people

22   from surrounding areas that really wasn't

23   employees, just a lot of people there.

## FREEDOM COURT REPORTING

Page 72

1    Q.    Can you just tell me the names

2    of the ones you do remember?

3    A.    Just Bo Roberts, we talked

4    about, was one.  Just about anybody that

5    worked at the mill was there, but I can't --

6    I can't call out all their names.

7    Q.    Are there any other names that

8    you can remember though?

9    A.    Avance Drake; C.B. Bass; I

10    don't know if Fred Commander was there or

11    not, he may have been; D.P. Lee.  I don't

12    know, that's about all I can remember.

13    There's a host of them though.

14    Q.    You said surrounding areas.

15    Were there people that, to your knowledge,

16    were not from Lockhart or Florala?

17    A.    They would have been -- Most

18    of the employees were from the area around

19    Florala and Lockhart.

20    Q.    Okay.  I see what --

21    A.    It would be their people,

22    their relations, people that were living in

23    Lockhart, around Florala.  They were the

**FREEDOM COURT REPORTING**

Page 73

1    ones that were mostly there.

2         Q.     The second meeting you went

3    to, was that just for employees or was

4    that --

5         A.     It was about the same

6    situation, a lot of people.

7         Q.     Can you remember the names of

8    anybody that was at the second one?

9         A.     No, sir.

10         Q.     What about the third one, can

11    you just list the names that you can

12    remember?

13         A.     No.

14         Q.     You don't have to give me all

15    of them.

16         A.     There was just so many.  You

17    know, I may remember them from the one

18    meeting and not remember them from another.

19    It was basically the same people over and

20    over.

21         Q.     One thing I did want to ask

22    you, when you were looking at that Exhibit 2

23    that's in front you, your questionnaire

## FREEDOM COURT REPORTING

1  there.

2      A.      Yeah

3      Q.      And you mentioned to

4  Ms. Wertman here that two hundred thousand

5  dollar number you used before on a financial

6  document or something like that. What did

7  you mean by that, what were you referring

8  to?

9      A.      Well, when I got my dealer's

10 license, I had to be bonded, I had to have a

11 financial report. That's where it came in.

12     Q.      Your dealer's license was for

13 what? What do you mean by dealer's license?

14     A.      Car dealership, used cars.

15     Q.      Okay. So, you needed to get a

16 license and you had to put down --

17     A.      Right. Right. I needed

18 bonding and also sales tax, I think, even

19 had to be. I don't remember that stuff.

20 Anyway, that's where it came in.

21     Q.      Now, being an employee of the

22 sawmill, you didn't have any responsibility

23 for anything at the treatment plant, did

# FREEDOM COURT REPORTING

Page 75

1   you?

2          A.      No.

3          Q.      And it would not be your

4   responsibility to deal with any waste from

5   the treatment plant; is that right?

6          A.      No.

7          Q.      So, you wouldn't be the most

8   knowledgeable person about dealing with

9   waste from the treatment plant?

10         A.      Not the most knowledgeable,

11  no.

12         Q.      Did you ever have any jobs

13  other than the ones we already talked about?

14         A.      Here in Alabama?

15         Q.      Just anywhere.

16         A.      I worked in Florida.

17         Q.      Yeah.  The tomato and then --

18         A.      Right.

19         Q.      -- the dairy farm?

20         A.      Right.

21         Q.      And then we know about the

22  sawmill?

23         A.      Yeah.

## FREEDOM COURT REPORTING

Page 76

1    Q.     And we know about the auto

2    dealership business?

3    A.     Yeah.

4    Q.     Any other jobs that you had

5    that we didn't cover?

6    A.     No.

7    Q.     If I use the word affidavit,

8    do you know what that means?  Is that

9    familiar to you?

10   A.     A legal document.

11   Q.     Have you ever signed an

12   affidavit that you know of in connection

13   with this litigation?

14   A.     No.  Not that I recall.

15   Q.     What about any videotaped

16   statements, have you ever had your video

17   made other than today here at your

18   deposition?

19   MR. MITCHELL:  Excuse me,

20   Counselor.  We've discussed this before in

21   other depositions.  And it is my position

22   that whether or not he was videotaped or

23   gave a statement to his attorney is a matter

## FREEDOM COURT REPORTING

1  of privilege.  And I believe it was your --

2  and that you cannot ask that question.  I

3  believe it was your position that whether he

4  had given the statement to the attorney or

5  talked to the attorney, not what he said,

6  was in fact not privileged or if it was

7  privileged would be required to be produced

8  in the privilege law, so you were entitled

9  to the information.  And at that time I

10  allowed the other witness to answer the

11  question without waiver of privilege.

12             Is that an accurate statement

13  of where we are today?

14             MR. LOCKARD:  That sounds like

15  a reasonable summary of what we discussed

16  before without --

17             MR. MITCHELL:  If we may get

18  to the same position without going through

19  the time and talks that we went through

20  before, I would agree that that's where we

21  are at this time.

22             MR. LOCKARD:  That's fine.

23             MR. MITCHELL:  Thank you.

## FREEDOM COURT REPORTING

Page 78

1      Q.     (BY MR. LOCKARD):  My question

2   is just have you ever had your videotape

3   made other than today at this deposition,

4   that relates in any way to the litigation?

5      A.     Not that I recall.

6      MR. LOCKARD:  I believe that

7   concludes the questions that I have.

8      MS. WERTMAN:  I have just one

9   question.

10            EXAMINATION CONTINUED

11   BY MS. WERTMAN:

12      Q.     Have you ever filed a worker's

13   compensation claim, Mr. Kelly?

14      A.     Never.

15      MS. WERTMAN:  Thank you.

16   That's it.

17      MR. MITCHELL:  I would like to

18   take a break and then make a decision

19   whether or not I have any questions.  If I

20   do, it won't be much.  With people with

21   failing memories and more advanced age, I

22   may ask a question.  But I need to think and

23   make a decision whether or not I would ask

## FREEDOM COURT REPORTING

1    this question, with this witness anyway.

2    Let's take a five-minute break.

3                    VIDEOGRAPHER:  Going off the

4    Record.

5                    (Recess was taken.)

6                    VIDEOGRAPHER:  We're back on

7    the Record.

8                    EXAMINATION

9    BY MR. MITCHELL:

10         Q.    Mr. Kelly, Ms. Wertman asked

11   you a question about what Roy Ezell felt

12   about other people at the mill, I believe

13   generally was the question.  And I believe

14   your answer was -- I think you said I don't

15   know, was the quote for the answer.

16              Do you remember that question

17   and that answer?

18         A.    Yes.

19         Q.    All right.  Can you just

20   explain that answer as shortly as you can.

21   When you said I don't know, what do you mean

22   by that answer?

23         A.    I don't know what -- how he

# FREEDOM COURT REPORTING

Page 80

1  felt, you know, per se.  I know what I saw

2  that I thought, you know, was unusual.  But

3  as far as what he actually felt, I do not

4  know.

5          MR. MITCHELL:  That's all I

6  have.

7          EXAMINATION CONTINUED

8  BY MR. LOCKARD:

9          Q.     What did you mean when you

10 said unusual just now?

11         A.     Well, how people would do

12 things, you know, that I didn't think was

13 the proper way to do it; as well as he'd

14 tell me, you know -- show me things I was

15 doing that wasn't right that I thought was

16 right.  This kind of thing, you know.

17         Q.     So, you just mean --

18         A.     But as far as what he felt, I

19 don't know.

20         Q.     You just mean stuff you might

21 have disagreed with him about --

22         A.     Yeah.

23         Q.     -- in operation wise.

**FREEDOM COURT REPORTING**

1          A.        Right.

2          Q.        I do have one other question

3    that I have to ask you.  Your address, when

4    you said you lived on              , is that

5    REDACTED    ?

6          A.        That's supposed to be what it

7    is.  It's         REDACTED         is what's

8    on the little sign post.  But on the mailbox

9    it's   REDACTED

10         Q.        That's pretty neat.  We

11   figured that out --

12         A.        It's a 911 thing going on.

13   They changed all the -- they named all the

14   streets and then roads.  And that's what

15   happened.

16              MR. LOCKARD:  I was just

17   curious.  That's all I've got.

18              MS. WERTMAN:  I'm all set.

19   Thank you.

20              MR. MITCHELL:  Thank you very

21   much.

22              VIDEOGRAPHER:  This concludes

23   the deposition; the time is 11:51 a.m.  Off

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 82

1    the Record.

2    (The deposition was concluded at 11:55 a.m.,

3    August 28th, 2007.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**FREEDOM COURT REPORTING**

1                REPORTER'S CERTIFICATE

2   STATE OF ALABAMA,

3   ELMORE COUNTY,

4            I, Sara Mahler, Certified Shorthand

5   Reporter and Commissioner for the State of

6   Alabama at Large, do hereby certify that the

7   above and foregoing proceeding was taken

8   down by me by stenographic means, and that

9   the content herein was produced in

10  transcript form by computer aid under my

11  supervision, and that the foregoing

12  represents, to the best of my ability, a

13  true and correct transcript of the

14  proceedings occurring on said date and at

15  said time.

16           I further certify that I am neither

17  of kin nor of counsel to the parties to the

18  action; nor in any manner interested in the

19  result of said case.

20

21

                   _____

22                 Sara Mahler, CSR,

                   for the State of

23                 Alabama at Large.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

## A

ability 11:15
83:12
accurate 20:13
77:12
acreage 22:11
acres 22:14
acting 5:14
action 6:8 83:18
address 21:21
81:3
Adjoining 24:11
Administratrix
1:7 4:8 6:4
advanced 78:21
affidavit 76:7,12
age 17:16 78:21
ago 16:18 29:10
29:11 43:1
agree 7:8 77:20
agreed 1:15 2:2
2:9,18 12:22
agreement 12:9
aid 83:10
air 31:14 56:1
AL 1:11 4:12
Alabama 1:2,20
4:2 5:14,20
6:10,14 7:11
7:13,15 8:10
8:11 21:23
75:14 83:2,6
83:23
Albert 29:1
67:13
allowed 77:10
Alston 5:3 6:23
amount 11:4
19:3
answer 9:5,10
11:14 26:11,13
77:10 79:14,15
79:17,20,22
anticipated

57:13
anybody 38:3,5
71:17 72:4
73:8
anyway 57:13
74:20 79:1
APPEARAN...
4:19 5:1
appearing 4:22
5:4,9
apply 68:15
appreciate 13:2
64:8
approached
68:13
approximately
21:4 22:13
28:4
area 17:5,6,11
27:22 52:12
67:10 72:18
areas 7:19 71:22
72:14
armory 43:5,5
44:17,19,21
arrested 66:10
asked 37:22
64:23 79:10
assign 2:13
assigned 67:7
assume 9:5
Atlanta 5:4
attended 49:18
attorney 8:8
48:13 76:23
77:4,5
August 1:21
6:12 82:3
auto 76:1
automotive 58:9
58:16
Avance 40:3
72:9
Avenue 4:21

a.m 5:21 6:15
81:23 82:2

## B

back 13:19,20
17:20 36:5
55:18 56:13
65:14 69:13
79:6
bad 46:6
bark 34:19
35:21
based 40:16
basically 7:23
73:19
Basil 69:23
Bass 54:1 72:9
Bedsole 1:6 4:7
6:3
beginning 5:20
56:14
behalf 4:23 5:4
5:10 6:19,23
8:8
belief 70:13
believe 29:2
33:13 41:21
44:9 50:2 58:2
60:19 77:1,3
78:6 79:12,13
belongings 70:6
best 11:14 26:5
67:11 83:12
beyond 21:1
big 36:5
biopsy 18:15,17
Bird 5:3 6:23
birth 12:4
bit 19:12 70:21
blood 11:4 19:2
19:12 45:23
Bo 72:3
boards 36:4
bobs 9:12

boiler 29:3,5
36:2
boilers 33:3,7,11
34:17
bonded 74:10
bonding 74:18
born 7:2
bought 60:17,20
bound 49:22
break 9:20 40:8
78:18 79:2
bring 11:18 70:4
Broken 27:17
brought 19:13
36:5
Brown 5:8 6:21
Buck 52:6
building 44:23
buildings 50:19
built 22:18 56:5
burn 35:21
burned 34:16,23
burner 35:10
bush 26:12
business 25:2
26:16 27:3,4
57:13,23 58:3
58:7,13 76:2

## C

call 30:11 31:2
72:6
called 23:21
25:7 42:16
48:21,23 52:2
54:8 71:1,5,13
cancer 18:6,21
29:9,23 41:23
69:9 70:10,14
cant 30:21
cants 30:11,12
30:15
car 58:16 74:14
care 27:2 62:22

carriage 30:11
carried 36:2,6
carry 26:12
cars 38:13 74:14
carts 23:15
case 1:5 4:5 41:5
83:19
cases 28:17
caught 37:2
cause 5:22
caused 70:14
Cecil 54:7
certain 7:19
31:12,12
CERTIFICA...
83:1
Certified 83:4
certify 5:15 83:6
83:16
chain 30:8 31:6
31:11 36:4,5
chains 27:18
Chambers 1:8
4:9 6:5 51:9,20
changed 60:14
60:14 81:13
charge 36:11
39:16,19,20
Chicago 5:9
child 1:8 4:9 6:5
13:16
children 15:6
52:5
chips 38:14,15
38:16,23
choice 36:18
circumstances
69:21
Civil 5:16 6:8
7:9
claim 78:13
clear 17:1 18:9
31:9 68:20
client 9:2

# FREEDOM COURT REPORTING

clock 40:9
close 71:2
closed 58:2
clubhouse 49:7
49:9
colleague 56:19
COLOM 4:21
Columbus 4:22
come 49:12
50:14 54:17
60:4
comes 30:3,5
comfortable
9:23
coming 36:21
Commander
72:10
Commissioner
2:19 4:17 5:15
83:5
community
41:18,19 43:11
44:22
company 8:13
22:22,23 23:20
25:6,10
compensation
78:13
compliance 2:5
computer 83:10
concerned 19:11
43:15
concerning 7:17
concerns 19:17
concluded 82:2
concludes 78:7
81:22
connection
76:12
consulted 69:19
Cont 5:1
content 83:9
continue 56:20
CONTINUED

3:7 78:10 80:7
controlled 25:15
conveyer 30:7
36:4
Coone 15:10
copy 20:3 46:22
69:17
corporate 60:9
Corporation
1:11 4:12 5:6
5:10 6:6,7,20
8:8,9 41:10
correct 12:11
47:6 59:15
70:2,12 83:13
counsel 1:17
2:10,12 5:18
6:16 20:3
83:17
Counselor 76:20
County 17:7,8
22:21 83:3
couple 43:1
course 20:6
32:20 68:11
court 1:1 2:6 4:1
5:13 6:9 9:10
12:21
courtroom 9:16
cousin 29:6
cover 76:5
Covington 17:7
17:8 22:21
cows 16:1,1,3
Coy 26:1,2,7
28:20 58:23
68:10,11,14
co-owners 26:3
creeps 66:3
Crestview 58:1
crew 32:21
36:15,16
CSR 1:19 5:13
83:22

curious 81:17
current 13:11
currently 20:20
cut 25:15 30:9
31:5 32:8,11
cutoffs 36:3
cutting 32:15
34:22 52:15
C-O-O-N-E
15:11
C.B 53:23 72:9

### D

D 3:2
daddy 17:10
dairy 15:19,20
15:22 75:19
Dale 54:2,3,4
date 5:15 12:4
13:10 47:13
49:4 83:14
dates 69:10
Davis 54:1
day 1:21
dead 29:23
deal 75:4
dealership 74:14
76:2
dealer's 58:15
74:9,12,13
dealing 75:8
deaths 41:18
debarker 30:8
30:10 35:22
deceased 1:8 4:9
6:5 14:10 29:9
51:8 54:5,10
decide 45:19
decision 78:18
78:23
Defendant 5:5
5:10
Defendants 1:12
4:13 6:7

Defendant's
3:11 20:8,12
46:16,21
department
53:7 62:5,13
deposition 1:17
1:23 2:3,4,5
2:19 6:2 7:8,18
11:20 38:4
70:6 76:18
78:3 81:23
82:2
depositions 2:7
7:23 76:21
diagnosed 18:11
65:4
Diane 15:9
died 17:18 29:10
68:1,2
different 15:20
30:12 31:1
60:4 63:19
difficult 68:5
diploma 13:14
direction 21:9
57:9,16
disagreed 80:21
discussed 18:17
18:18 76:20
77:15
distant 29:5
District 1:1,2
4:1,2 6:9,10
7:11,12,15
Division 1:3 4:3
6:11
doctor 11:23
47:13 65:7
69:11
doctors 70:1
document 46:20
51:5 74:6
76:10
documents

11:19 12:20
doing 46:11
80:15
dollar 74:5
dollars 22:9
Donald 39:18
door 44:11
Dr 69:23
Drake 40:3 72:9
dried 24:4
Drive 5:9
dry 31:14 33:9
53:4,5
duly 7:5
dust 34:19
D-A-L-E 54:4
D.P 53:22 72:11

### E

E 3:2
early 24:23 49:3
66:18
Eason 4:20 7:2
edger 31:5
Edith 14:20
effect 2:5
eight 66:6
eighteen 46:14
eighth 13:17,18
14:2
eight-inch 30:12
30:21
ELMORE 83:3
Embassy 1:19
5:18 6:13
employed 14:3
employee 74:21
employees 26:19
26:21 28:14
36:11 42:17
43:8,10 61:5
61:20 63:9
71:1,23 72:18
73:3

## FREEDOM COURT REPORTING

employer 41:14
employers 41:6
employment
  70:13
ends 31:5 34:22
entire 62:8
entitled 69:19
  77:8
equipment
  27:14,16
especially 62:23
ESQUIRE 4:20
  5:2,7
Estate 1:7 4:8
  6:4
ET 1:11 4:12
everybody 40:7
  59:23 60:1,13
evidence 2:15
exactly 35:16
examination 3:3
  3:7 5:22 8:4
  64:11 78:10
  79:8 80:7
examined 7:5
Excuse 23:12
  58:13 76:19
Exhibit 3:13,14
  20:9,12 46:17
  46:21 73:22
EXHIBITS 3:11
explain 30:1
  79:20
Ezell 26:2,4 27:9
  28:18 39:19
  63:2,5,5 68:9
  68:17 79:11
E-D-I-T-H
  14:20

F
faces 54:13
facility 46:2
fact 57:23 77:6

failing 78:21
fair 9:7
familiar 8:15
  76:9
family 43:11
far 13:15 18:9
  24:4 27:3 39:1
  80:3,18
farm 17:13
  75:19
farms 15:20,20
  15:22
February 16:9
  16:10
fed 16:1
Federal 5:16
feel 11:13
feeling 9:23
  10:22
felt 63:9 79:11
  80:1,3,18
figured 57:18
  81:11
filed 78:12
filing 2:18
fill 47:19,22
  48:22 49:1,6
filled 47:15
  48:17 51:1
financed 22:15
financial 51:1
  74:5,11
fine 8:2,3,20
  26:14 50:10
  64:19 77:22
finished 30:4
firm 4:21 6:20
first 7:5 15:23
  30:8 43:1,4,17
  43:18,20 54:10
  57:1 59:4 66:1
  70:23 71:7,17
five-minute 79:2
Florala 3:13

19:23 20:13
  21:4,6,12,22
  50:13 72:16,19
  72:23
Florida 14:17
  15:16 17:2
  75:16
following 5:23
follows 7:6
follow-up 64:23
force 2:4
foregoing 5:17
  83:7,11
foreman 28:6,7
  42:13 61:5
  62:8
forest 23:15
forgotten 54:9
forklift 52:22
form 2:11 47:19
  83:10
formed 30:17
former 41:6,13
  43:7,10
forty 22:13,14
forward 7:21
  65:17,21
Fossum 69:23
four 67:2
frame 22:18
  66:21
Fred 72:10
free 18:21
friendly 26:10
front 47:8 73:23
fuel 34:20
full 2:5 10:3
  12:12
funny 15:4
further 2:1,8,17
  83:16

G
Gail 1:6 4:7 6:3

51:15
Galloway 54:2
gang 31:1,2
general 17:11
  27:4 29:20
  54:21 63:20
generally 79:13
Georgia 5:4
getting 23:8
  71:2
give 19:12 20:3
  26:13 53:17
  54:13 69:13
  73:14
given 77:4
glass 9:21
go 7:21 10:8,11
  13:15,19,20
  16:6 25:17
  30:7,8,9 31:1,2
  31:4 33:21
  34:13 38:10
  42:18 43:21
  44:1 45:13
  55:16,18 57:11
  57:15 61:13
  65:13
going 8:18 9:9
  17:23 18:1,8
  20:23 41:19
  46:20,20 47:16
  51:6 56:10
  57:9,17,18
  58:5 60:18
  64:22 65:1,13
  77:18 79:3
  81:12
good 11:2 16:15
  18:10,10 19:1
  19:1 26:16
  29:17 36:14,16
  37:7,19,23
  40:12 55:3,4
  56:9

grade 13:17,18
  14:2
graduate 13:8
grave 46:5
great 8:21 11:11
  11:12 23:6
green 31:6,11
GRISWOLD
  5:11
grounds 2:13
group 48:15,16
growing 22:21
guess 27:2 29:21
  63:15
guessing 24:22
  63:13 67:1
guy 14:9
Gwendolyn 15:9

H
Hacoda 44:23
half 21:7
hall 43:5,6 44:17
  44:20,22
Hamilton 53:23
happen 37:3,4
happened 70:20
  81:15
hard 10:19
  26:11 36:17
  40:12,14,15
  55:5
harmed 41:22
harvested 25:14
head 9:12
health 11:22
  18:3 19:17
hear 10:15,19
  23:4 42:14
  64:15,20 71:10
heard 23:1,2
  25:8 52:3
  55:15 71:13
hearing 23:19

# FREEDOM COURT REPORTING

height 31:13
held 6:9
help 17:13 47:22
helped 29:20
helping 27:14
Henson 24:7
Henson's 23:21
high 13:8 19:7
  45:23
highway 21:5,17
hire 26:4
hired 25:23
  27:12 68:8
home 22:4,16
  38:2
honestly 71:12
hopefully 31:21
host 72:13
Hotel 1:19 5:19
  6:13
house 22:18
Howard 29:9
  66:16
How'd 71:9
how's 11:9
Huckabaa 14:10
Hughes 71:6
hundred 50:15
  74:4

**I**
idea 32:7,9
  44:15
identification
  20:10 46:18
Illinois 5:9
imagine 38:21
improved 50:16
improvements
  50:22
include 61:22
Including 41:8
indicating 50:4
individual 62:5

information
  77:9
initials 81:7
instructed 41:1
interest 22:10
interested 83:18
interrupt 12:20
introduce 6:16
invade 13:4
involve 28:9
involved 23:17
  25:11 28:11
  40:7 58:14
  66:12
involves 28:10
issue 41:17 46:6
issues 61:13,14

**J**
Jackie 52:20
Jackson 22:22
  26:1,7 28:20
  54:2 58:23
  68:10
James 54:1
Jerry 54:1
job 13:21 55:3
  61:6 63:7
  68:15
jobs 75:12 76:4
Joe 53:23

**K**
keep 12:1 20:4
  61:5 62:19
Keeping 28:13
Kelly 1:18,23
  5:21 6:2 7:4
  8:6 10:4,6
  11:10 13:9
  14:23 15:1,14
  29:5,9,14,16
  47:2,20 56:17
  64:13 66:16

78:13 79:10
  81:5
Kelly's 3:14
kiln 24:3 33:10
  53:5,5
Kimbro 29:2
  40:2 67:13
kin 83:17
kind 11:19 12:1
  21:15,18 26:9
  26:10,12 27:2
  29:19 62:4
  65:2 66:3,16
  80:16
knew 39:15
  40:17 52:5
  59:23 60:1,2
  60:14 61:3
  63:6
know 9:22 15:3
  19:19 24:14,19
  24:23 25:2,12
  27:15 28:14
  29:21 32:10
  34:3 37:17,22
  38:21 39:2,11
  39:13,18,20,21
  39:22,23 40:3
  40:9,11 42:11
  45:6,9,11
  47:12,14 48:4
  48:5,18 49:15
  51:7,8,11 52:3
  52:9,16 53:19
  54:8,9,17,18
  54:23 59:21
  60:1 62:12,14
  62:15 63:2,10
  64:18,21 66:2
  67:15,18,21
  68:1,14,17
  70:16,19,20,20
  71:7,8,12,13
  71:14 72:10,12

73:17 75:21
  76:1,8,12
  79:15,21,23
  80:1,1,2,4,12
  80:14,16,19
knowledge
  67:11 72:15
knowledgeable
  75:8,10
known 8:13
Koppers 25:7

**L**
L 1:14
lady 48:3,7 51:2
  51:8
lake 49:8,9
land 50:17
lane 21:22 81:4
  81:5,9
Large 83:6,23
late 24:23
law 4:21 6:20
  77:8
laws 2:6
lawsuit 66:13
lawsuits 42:15
leading 2:11
leave 47:17
  56:21
Lee 53:22 72:11
left 14:2,16 16:5
  16:7 25:1,4
  32:17 41:12
  46:14 67:22
legal 50:1,3
  76:10
length 30:9
Let's 79:2
license 58:16
  74:10,12,13,16
life 19:9
limited 69:20
list 37:11,13

54:15 73:11
litigation 76:13
  78:4
little 16:2 19:12
  19:14 29:8
  36:3 43:2
  57:12 58:17
  70:21 81:8
live 20:20,21
  21:3
lived 17:1 22:1
  42:6 81:4
living 72:22
loader 30:6
loading 53:6
local 6:14 7:10
  60:12
Lockard 3:10
  5:2 6:22,22
  56:20 64:12,14
  77:14,22 78:1
  78:6 80:8
  81:16
Lockhart 8:10
  8:11,13 16:8
  17:1,4 20:13
  24:9,11 43:12
  72:16,19,23
log 23:15 30:6
  30:16
logging 14:3
logs 30:5 35:22
long 14:11 16:18
  22:1 25:1,2
  28:2 39:3
  54:20 58:4,10
  59:17,18
longer 57:12
look 20:2,12
  29:20 33:21
  47:5 69:13
looked 37:12
  47:8
looking 57:22

# FREEDOM COURT REPORTING

73:22
lot 17:10 18:2
  26:20 32:20
  43:9 50:19
  54:5,16 58:3
  71:21,23 73:6
loud 9:10
Louisiana-Pac...
  5:5 6:7 7:1
  41:8 64:14
low 19:6,7
LP 59:8,10,20
  60:22
lumber 8:13
  22:23 28:15
  30:3 31:23
  53:5
Lymons 54:7
L-N 81:7

**M**
Mae 14:23
Mahler 1:19
  4:17 5:13 83:4
  83:22
mailbox 81:8
major 19:14
  35:14
majority 35:5
manager 27:10
  27:11
manner 83:18
map 3:13 19:22
  20:5,13 21:1
mark 20:11
  46:21
marked 20:9
  46:17
married 13:13
  14:17
Martin 54:1
matter 6:3 76:23
Matthews 54:4
Maw 5:8 6:21

Mayer 5:8 6:20
ma'am 24:21
  25:21 33:1
  44:15,18 45:17
  56:6 59:11
mean 8:12 9:1
  19:7,9 45:8
  61:9 65:2 66:9
  67:8 74:7,13
  79:21 80:9,17
  80:20
means 76:8 83:8
medical 37:17
  69:15
medication 11:3
  19:2 46:8
medicine 11:5
  19:13
meeting 42:16
  42:22 43:8,17
  43:21 44:13
  45:1,4,21
  49:17 61:12,12
  70:23 71:1,5
  71:17 73:2,18
meetings 48:20
  49:17 61:8,10
  61:19 62:7,13
  62:18 70:22
Melanie 1:7 4:8
  6:4 51:9
memories 78:21
memory 11:9
  15:4 16:15
  53:19 65:5,8
  66:2
mentioned
  66:15 68:8
  74:3
met 71:5
Michael 15:14
middle 1:2 4:2
  6:10 7:12,15
  10:5 14:22

miles 21:4,6
  42:6
military 16:21
milked 15:23
milking 16:3
mill 11:22 12:2
  23:21 24:7,9
  28:13 30:10
  31:17 34:8
  36:9 37:1
  38:16,20 42:11
  52:10 57:9
  58:1 65:16
  67:4,7,16 68:9
  68:21 69:3
  70:14 72:5
  79:12
millwright
  27:14 28:3
mind 58:6 69:12
minor 1:8 4:9
  6:5
minute 18:1
minutes 46:14
Mississippi 4:22
Mitchell 3:6
  4:20 7:2,2,7,12
  7:16 12:8,19
  13:4 20:4 38:7
  51:21 52:1
  69:18 76:19
  77:17,23 78:17
  79:9 80:5
  81:20
moment 38:11
money 58:3
Montgomery
  1:20 5:20 6:14
month 49:3
  61:11,17,18
months 29:10
morning 8:22
Mother 1:6 4:7
  6:3

mouth 71:14,15
move 37:10
moved 14:17
  17:10
M-A-E 14:23

**N**
N 1:14 3:2
name 6:18 8:7
  10:3,5 14:9,19
  14:23 22:22
  48:9,11 51:9
  51:19 52:3
  54:10 64:13
  71:7,7
named 81:13
names 15:8 40:4
  44:11 53:16,17
  53:20 54:13
  71:16,21 72:1
  72:6,7 73:7,11
near 29:3 47:11
  55:12 64:3
neat 81:10
necessary 2:9
need 9:9 13:23
  37:21 69:17
  78:22
needed 27:20
  52:15 74:15,17
neighborhood
  21:8
neither 83:16
never 23:17
  25:11 55:16
  78:14
new 63:22
nicknames 10:9
  10:11
night 11:7 19:2
nine 28:14
nods 9:12
north 4:21 21:11
  21:12 24:17

Northern 1:3
  4:3 6:10
northwest 21:16
nosy 69:7
notebook 44:7,8
  49:22,23
notes 18:12 69:7
  69:19 70:5,9
notice 2:18
  10:17 69:7
noticed 66:5
nozzles 55:21
number 1:5 4:5
  6:8 12:7,12,15
  12:22,23 44:2
  49:11 63:14
  64:3,4 74:5

**O**
O 1:14
oath 6:17 9:15
objections 2:10
  2:13 7:19
occasionally
  52:19
occurring 83:14
offered 2:15
office 27:3,7
  60:9
Oh 20:18 32:13
  34:11 55:10
  63:6
okay 8:21 9:9,12
  9:13,19 10:1,2
  10:8,13,16,21
  10:22,22 11:2
  11:8,8,12,17
  12:3,3 13:12
  13:15,22 14:5
  14:15,18,18
  15:13,15,21
  16:6,17,23
  17:12 19:16
  20:1 21:9,14

**FREEDOM COURT REPORTING**

21:20 22:20 23:4,23 24:6,6 24:10,12,17,19 25:3,6,9,12,16 25:18,19,22 26:22,22 27:5 27:5,8,12,19 28:2,12,16,19 28:21 29:22 30:18 31:8,19 32:11,14 33:2 33:6,11,17,17 34:3,9,12,16 35:17,19 36:10 37:16,16,19 38:9,9,17 39:5 44:3,8 45:3 46:7,10 47:9 47:18 48:7,10 49:5,11,11,16 49:16 50:7 51:4,13,20 53:22 55:19 56:7,7,16,18 57:16,20 58:18 59:6,6,9,16,19 60:3,3,13,13 61:2,4,16,22 62:6,12 63:11 63:18 64:5,5 64:15,20 67:3 72:20 74:15

old 22:18 43:5
oldest 15:9
once 30:16 32:17 61:11,16 61:18
ones 45:8 63:21 72:2 73:1 75:13
on-site 35:12
operated 24:20 35:17
operating 25:3

operation 37:7 40:8,13 80:23
operator 52:23
oral 5:22
ORLYN 5:2
outside 9:20 24:8
owned 8:10,14
Owner 22:15
owners 26:3 68:12

**P**
P 1:14
packing 15:18
Pactiv 1:11 4:12 5:10 6:6,19 8:8 8:9 41:10
pad 50:2,3
page 3:4,8,12 47:9 50:8
paged 47:7
paper 44:5
part 28:11 31:3 32:18 35:15 56:23 57:1 58:20,22 63:1 67:6
particular 65:10 66:20 67:6
parties 1:16 2:12 83:17
Partridge 52:21
pass 57:11
pay 55:4
paychecks 60:4
Peachtree 5:3
peel 35:22
peeled 24:2
pen 20:19
people 32:20 37:6 40:17 43:9 49:13 51:7 52:4

53:15 54:12,19 61:23 62:19,22 62:23 63:12,16 63:19 64:1 71:21,23 72:15 72:21,22 73:6 73:19 78:20 79:12 80:11
percentage 32:5
period 51:17 61:12 65:10,16 67:15
periods 65:12
person 26:9 44:6 75:8
personal 9:1 65:2 70:6
personally 51:10
pertaining 11:22
picked 31:13
pictures 23:19
piece 44:5 50:12
Pine 55:8
place 29:18 56:9 60:4
plaintiff 1:9 4:10,23 6:6 41:3 45:20
plaintiffs 7:3
planed 31:18
planer 31:17 68:21 69:3
plant 15:18 27:10,11 29:19 32:23 34:19 39:12,21 40:1 40:16 52:19 53:2 55:13 61:23 67:8 74:23 75:5,9
please 6:17 9:4 9:21 10:3 12:16 20:18 47:4

plus 22:9
pocket 37:12 69:8
point 36:23 64:21
Pole 23:21 24:7
poles 24:2
pond 24:9 55:10 55:20
ponds 55:7,9
position 76:21 77:3,18
possible 61:7
post 81:8
pour 58:3
practices 57:23
present 5:11 26:2
pressure 11:5 19:2,6,13 46:1
pretty 40:6 55:4 63:2 81:10
previous 7:23
price 22:8 50:17
pride 37:6
prior 2:15
privacy 13:5
privilege 77:1,8 77:11
privileged 77:6 77:7
probably 14:13 52:5,18 53:12 53:18 59:13 66:6,18 68:2,7 71:15
problem 19:14 69:14
problems 11:23 19:18 65:8,18 65:20 66:2
Procedure 5:17 7:10
proceeding 83:7

proceedings 5:23 83:14
processed 23:8 23:10,12,13
processing 14:4
produce 28:15
produced 38:16 77:7 83:9
production 28:11,22
proper 80:13
properly 40:22
property 50:12 50:14 55:7
prostate 18:6 69:9 70:10,14
provided 5:16
pry 9:1
pull 18:12
pulled 31:6 37:11
purchase 22:6,8
purchased 50:13
purpose 35:20
pursuant 7:9
put 20:16 24:3 31:20 37:20 48:5,6 56:5 69:3 74:16
putting 53:5
P.S.A 18:14

**Q**
question 29:17 37:22 41:20 77:2,11 78:1,9 78:22 79:1,11 79:13,16 81:2
questionnaire 3:15 73:23
questions 2:11 2:12 8:23 9:3,5 11:14 56:17 64:22 66:8

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 90

78:7,19
quick 69:12
quiet 10:18
quit 63:21
quite 54:14 64:9
quote 79:15

**R**
R 3:14
rail 38:13
railroad 24:13
24:15 39:4,5
ramp 30:7
ran 26:16
Raymond 1:18
1:23 5:21 6:2
7:4 10:4 15:14
81:5
reading 2:2
real 10:15 34:15
really 33:23
39:21 44:2
46:5 52:13
58:4 71:22
reason 33:21
34:15
reasonable
77:15
recall 33:3 38:12
38:17 42:5,23
55:6 58:23
59:7,9 71:20
76:14 78:5
Recess 56:12
79:5
recommendati...
61:13
Record 10:3
12:14 56:11,14
79:4,7 82:1
records 12:2
37:15,17 38:1
69:16
refer 8:18

referring 74:7
relate 70:9
related 8:9 42:2
46:2
relates 78:4
relating 2:6
relations 72:22
relatives 28:23
remainder
15:18
remember 14:14
16:12,17 22:22
23:18,23 24:6
24:21 25:5
26:5,6 35:9,12
35:16 39:3
40:4 43:4 44:1
44:2 45:22
48:9,11 49:3
51:12,18 53:20
54:12,12 55:14
55:20,23 56:4
59:2,5,12 60:5
60:6,16,23
62:10 68:3,6
71:4,16 72:2,8
72:12 73:7,12
73:17,18 74:19
79:16
remembered
15:3
remembering
51:18 65:12,20
removed 18:7
Renee 51:20,23
52:2
Renny 51:21,22
52:1
repair 27:14,16
27:21 58:9
replacement
27:20
report 28:16
51:2 74:11

reporter 5:14
9:10 83:5
REPORTER'S
83:1
represent 7:3
represents 83:12
required 77:7
resaw 31:4
residue 34:18
respect 26:8
respective 1:16
responsibility
9:2 63:1 74:22
75:4
restacked 31:18
result 83:19
retired 58:17
retrimmed
31:17
returned 50:13
Ricky 53:23
right 11:6 13:6
14:1,11 15:12
16:18 17:3,12
17:12,17,17,19
18:6,13 19:4,8
19:10,16,20,20
20:17 21:2,13
21:17,20 22:16
22:20 25:16,22
26:15,18 27:8
28:1 29:11,13
30:1 31:8,15
31:22 32:2,5
32:19,22 33:14
33:20,20 34:9
34:10,12,21,21
35:4,8,8,23
36:10 37:5,5
37:18 39:7,10
40:5,10,10
41:13,16 42:9
42:12,12 44:3
44:9,12,12,16

45:3,7,10,13
46:7,10,15
47:4,12,13,16
48:2 49:21
50:11,18,21
51:6,15 52:6
53:8,14 54:6
54:19,19 55:6
56:2 58:10,18
59:4,19 60:10
60:19,21 62:3
62:17,17,21
63:8 65:23
68:9,22 69:4,5
69:13 70:11
71:2,3 74:17
74:17 75:5,18
75:20 79:19
80:15,16 81:1
roads 81:14
Roberta 5:7
6:19 8:7
Roberts 52:7
72:3
Roe 54:7,8
Ronnie 54:1
room 29:3,4,19
40:9 67:20
roughly 44:13
Route 8:12
Rowe 5:8 6:21
Roy 26:1 27:9
28:18 29:20
63:5 68:9,12
68:17 79:11
rule 54:21 63:20
rules 2:6 5:16
7:9,10
run 19:6 37:7
40:12
running 27:4
28:13 36:20
38:20 57:14
58:13

R.K 21:22 81:4
81:5,7

**S**
S 1:14
safe 61:6 62:19
safety 61:8,9,13
61:14 62:13,18
sales 39:19
58:17 74:18
Sanders 53:23
Sara 1:18 4:17
5:13 83:4,22
sat 31:13
saw 31:1,2,5
34:19 40:6
57:17 71:18
80:1
sawdust 36:2
38:12,14 39:1
39:2,8
sawed 30:11
sawmill 8:10,11
8:12,16,19
16:8 17:21
25:17 27:22,23
28:6,7,23 30:2
32:17,18,21
33:4,5,6 34:23
36:3,12,20
40:11 42:2
46:3 53:9 55:7
56:3,22 58:19
58:23 59:7
61:20 62:1,2,4
63:12 66:17
67:9,10,22
69:2 74:22
75:22
saws 31:1
saying 65:19,22
school 13:9,14
13:16
Scofield 54:7

# FREEDOM COURT REPORTING

se 80:1
second 15:13
  16:1 30:14
  44:13 45:21
  73:2,8
Security 12:7,23
see 34:7 38:23
  50:23 53:19
  56:1 57:8 62:6
  62:6 72:20
seeing 23:19
  55:23
seen 65:7
selling 58:23
sense 9:4
series 8:22
serve 16:20
set 51:5 81:18
seven 21:4,6,7,7
  42:6 50:9
shaped 30:17
sharecropper
  17:10
shipped 38:12
  38:18
shipping 39:2,8
shop 52:12
short 15:17
Shorthand 83:4
shortly 65:15
  79:20
short-term
  16:14
shot 55:21
shout 64:17
show 12:23
  19:22 20:19
  46:20 48:3
  80:14
showed 48:6
shows 24:14
shut 37:2 57:19
side 19:7 24:9,15
  31:3

sign 44:4,5
  49:17 81:8
signature 2:2
  47:1
signed 44:1,3
  49:22 76:11
sir 20:14 67:12
  67:21 70:4
  73:9
site 33:3,4 35:5
  38:12,18
situation 73:6
six 29:10 30:12
size 30:12
Skip 5:2 6:22
  64:13
slab 31:3
slow 36:22
small 11:4 19:3
  19:5 41:19
smart 58:5
Social 12:6,22
sold 31:23 38:23
  59:7,8,10,20
  59:21
somebody 48:14
  63:21 70:23
son-in-law
  57:14 58:8,12
sorry 10:10
sort 55:21
sorted 31:18
sounds 55:2
  77:14
south 5:8 24:15
special 32:8,11
specifics 28:22
spent 27:6 42:10
spray 55:21
stacked 31:7,12
start 65:1 66:1
  71:10
started 16:3
  25:19 27:13

36:20 57:14
  58:1 62:9,11
  62:18 65:15,16
  67:18
state 10:2 83:2,5
  83:22
statement 76:23
  77:4,12
statements
  76:16
States 1:1 4:1
  6:9
stay 54:20
stayed 25:2
steam 33:9
stenographic
  83:8
step 9:20
sticker 20:17
STIPULATED
  1:15 2:1,8,17
stipulation 5:17
stipulations
  7:17,22
stop 36:22 37:1
  56:9
straight 26:11
Street 1:20 5:3
  5:19
streets 81:14
strictly 67:10
Strike 37:10
stuff 16:13
  27:15 74:19
  80:20
suing 41:6
Suites 1:19 5:19
  6:13
summary 77:15
supervision
  83:11
supervisor 16:4
  63:7
supply 29:2,4,19

67:19
suppose 25:15
supposed 13:20
  37:4 81:6
sure 9:8,23 26:6
  33:15 40:21
  41:1 45:2
  49:19 50:6
  51:14 52:18
  53:3,6 54:14
  59:5 62:20
  64:2 68:20
  70:18
surgery 18:18
  18:19,20 70:3
Surprisingly
  31:10
surrounding
  71:22 72:14
sworn 7:5

----------------
        T
----------------
T 1:14,15
take 9:11,12,20
  20:2 46:8 47:5
  53:21 61:13
  69:12 78:18
  79:2
taken 1:18 6:2
  7:9 11:2 12:9
  35:16 38:4
  56:12 79:5
  83:7
talk 18:1,2,3
  30:4 38:3
talked 40:10
  50:11 69:9
  70:21 72:3
  75:13 77:5
talking 19:21
  60:8
talks 77:19
Tallapoosa 1:20
  5:19

tape 56:11,14
Tatum 1:6 4:7
  6:3 51:16
tax 74:18
teens 13:11
teepee 35:10
tell 9:4 42:1
  47:11 48:5
  53:18 66:16
  72:1 80:14
ten 16:2 22:9
  66:6
tend 54:20
term 30:16
test 18:14
testified 7:6
thank 7:14 11:8
  11:17 12:3,11
  12:18 19:21
  50:7 51:4 64:7
  69:22 77:23
  78:15 81:19,20
Thanks 9:14
  37:16
thereto 2:16
thing 52:16
  59:12 61:15
  68:19 73:21
  80:16 81:12
things 12:1
  16:17 29:20
  64:23 65:20
  80:12,14
think 7:16,20
  14:22 18:8
  19:6,15 24:5
  26:15 29:11
  33:15 35:9
  36:14 37:5,9
  40:15 43:5
  44:13 45:1,4
  49:19,20 50:5
  51:4 52:2,4
  55:15 56:8,19

# FREEDOM COURT REPORTING

57:3,20 58:20
60:11,11,17
61:18 62:2,3,3
63:8 64:6
69:18 71:6
74:18 78:22
79:14 80:12
**thinking** 70:12
**third** 4:21 18:8
45:1,21 73:10
**thought** 37:21
57:8 80:2,15
**thousand** 22:9
50:15 74:4
**three** 14:13
18:21 28:4,5
43:23 59:13,14
**timber** 14:4 23:6
25:14
**timberland** 23:7
25:10
**time** 2:14,14
6:14 7:19,20
9:3,19 15:17
16:18 17:1
27:6 29:7,7
30:3,3 32:21
35:15,19 36:21
38:11,20 39:1
40:8 42:7,10
46:12 47:5,15
51:2 53:4 54:2
54:20 57:15
59:17,18 61:12
62:8 63:16
65:11,14,15,17
66:20 67:16
68:13 69:2
77:9,19,21
81:23 83:15
**title** 29:21
**TMA** 8:9,14
59:4,7,13,20
60:17,20

**today** 6:12 10:23
11:1,3,15 38:4
70:17 76:17
77:13 78:3
**today's** 7:8
**told** 26:4 40:19
46:1,4 59:22
60:18
**tomato** 15:17
75:17
**torch** 52:15
**tore** 27:18
**torn** 52:14
**total** 63:23
**touch** 32:16 71:9
**town** 42:7 51:7
**track** 24:13,16
**transcript** 12:10
12:13 13:1
83:10,13
**transcripts**
12:21
**transpired** 61:1
**treat** 26:18
**treated** 32:6,8
32:12
**treating** 29:19
32:23 39:12,23
40:16 52:19
53:1 55:12
61:23 67:8
**treatment** 39:20
74:23 75:5,9
**trees** 55:8
**trial** 2:14 7:20
**tried** 40:12
**trim** 31:5 36:4
**trouble** 51:18
65:11
**truck** 30:6,7
**trucks** 31:20
53:6
**true** 40:16 69:1
83:13

**try** 10:19 11:14
61:5 62:18
**trying** 68:4 69:6
**turn** 50:8
**twenty-five**
53:13,14 63:12
63:16,19,23
**two** 14:13 15:7
15:20 17:9
33:13,16 34:4
34:6 45:14
50:15 55:16
56:15 58:15
74:4
**type** 12:1 22:16
52:16 61:15

— **U** —

**U** 1:14
**Uh-huh** 18:16
23:16,20 36:7
43:13,16 45:23
49:10 52:17,20
56:4
**uncle** 29:1,8
66:15 67:13
**unclear** 9:3
**understand** 9:16
18:5 41:2
**understood** 9:6
**United** 1:1 4:1
6:9
**unloading** 53:6
**unloads** 30:6
**untreated** 31:23
35:2,6 68:21
69:3
**unusual** 80:2,10
**use** 7:18,20 13:1
15:2 69:8 76:7
**usually** 32:8

— **V** —

**value** 50:14

**versus** 6:6
**VIC** 5:11
**video** 1:17 76:16
**VIDEOGRAP...**
6:1 46:13
56:10,13 79:3
79:6 81:22
**videotape** 78:2
**videotaped**
76:15,22
**visit** 47:13
**voice** 10:18
**vs** 1:10 4:11

— **W** —

**Wacker** 5:8
**waived** 2:3,19
**waiver** 7:18
77:11
**Wally** 40:2
**Walt** 54:4
**want** 9:22 44:23
64:17 68:19
73:21
**wanted** 30:19
37:7,17
**wasn't** 36:1 37:3
47:14 53:7
59:13,17,18
71:22 80:15
**waste** 36:8 75:4
75:9
**water** 9:21
55:22
**way** 20:23 53:16
57:12 63:9
78:4 80:13
**Wayne** 40:2
**ways** 23:7
**weeks** 29:11
**welcome** 64:10
**welder** 52:13
67:5
**welding** 52:15

**went** 11:23
13:13 15:15
17:2,20 29:6
29:17 30:23
31:16 35:5
36:19 42:17,20
43:18,20,22,23
45:8,12,18
54:17 58:8,16
67:17 68:15,20
69:11 70:22,23
73:2 77:19
**weren't** 32:14
34:10
**Wertman** 3:5,9
5:7 6:18,19 7:7
7:14 8:2,5,7
13:6 20:6
46:11,15,19,22
51:22 56:8,16
64:6 74:4 78:8
78:11,15 79:10
81:18
**West** 5:3
**Wetumpka** 5:14
**we'll** 7:21 9:22
10:19 12:12
**we're** 17:23 18:1
51:5 56:10,13
79:6
**we've** 7:17 76:20
**What'd** 15:21
**Where'd** 16:6
**width** 31:12
**wife** 37:14 38:6
69:15
**wife's** 14:19
**Willard** 29:5,13
29:16
**wisc** 40:2 80:23
**wish** 9:20
**witness** 2:3 5:21
13:2 51:23
64:9 77:10

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

79:1
wood 32:8 35:5
  68:20,21 69:3
woods 14:4,6
  23:9 24:3
word 30:15
  71:14,15 76:7
words 30:19
work 10:19 14:8
  14:12 17:20
  32:22 36:19
  48:12 53:1
  55:5 66:22
worked 15:19
  29:8 30:2
  36:17 39:11,23
  40:12 52:10,12
  52:13,18 53:4
  53:4,8 66:17
  67:16 69:2
  72:5 75:16
worker's 78:12
working 28:23
  62:23
works 15:5
wouldn't 75:7
wound 16:3
wrapped 36:23
write 37:13
wrote 69:16
W.O 14:9

**X**
X 3:2
XXX-XX-3109
  12:17

**Y**
yard 29:4,18
  31:13 32:21
  33:19 52:14,23
yards 28:14
yeah 14:7,21
  17:7,15 21:19

23:3 27:1,17
  30:22 32:13
  33:5 36:17
  37:9 39:14,16
  40:19 41:15
  42:21 43:22
  49:13 50:5
  53:11 54:22,22
  57:3,7,10 59:1
  59:2 60:15
  63:6 64:2,16
  66:4 74:2
  75:17,23 76:3
  80:22
year 17:9 18:8
  47:13 59:5
  62:10,11 67:23
  68:1,2
years 14:13
  15:19 16:2
  18:22 28:4,5
  29:7 43:1,23
  58:15 59:13,14
  66:6,22
young 17:16
  23:18 51:8

**0**
05 45:5 49:2
06 45:5 49:3

**1**
1 3:13 20:9,12
10:00 5:21
10:13 6:15
11:51 81:23
11:55 82:2
1201 5:3
1933 22:19
1937 12:6
1962 56:23
1967 17:18
1969 16:8,10
  22:3,6 25:20

27:12 58:19
  65:21
1980s 68:5
1990s 68:6

**2**
2 3:14 46:17,21
  73:22
2-by-8 30:20
2:06-CV-0008...
  1:5 4:5 6:8
20 3:13
2007 1:21 6:12
  82:3
28 6:12
28th 1:21 82:3

**3**
300 1:20 5:19
30309 5:4
36104 1:21 5:20
36442 21:23
39703 4:22

**4**
4-by-4 32:9
4-by-6 32:9
4/2/37 12:5
4/21/04 18:15
406 4:21
46 3:15

**5**
5 3:16
50s 24:23
55 8:12 21:3,5
  24:17

**6**
6 57:1
6/16/04 18:15
6/30/04 18:18
60s 24:23
60606 5:9
6379 21:22
69 17:20 67:18

**7**
7/15 18:18
70 66:19
70s 66:19
71 5:8 66:19
78 3:9
79 3:6

**8**
8 3:5
80 3:10
80s 68:7

**9**
9/7/04 18:19,20
911 81:12
92 57:1,2,4
  58:21,22
93 57:1,2

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# Exhibits 1 and 2 Intentionally Omitted

Alston & Bird