IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                                        PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                                                   (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                                        DEFENDANTS

**MOTION TO SUBSTITUTE CERTIFICATE OF GOOD STANDING**

Comes now W. Eason Mitchell and moves this Court to allow substitution of the Certificate of Good Standing for Edward L. Pleasants, III, which is attached hereto, to the *Motion to Admit Counsel Pro Hac Vice* (Docket # 356), on the grounds that the Certificate of Good Standing of Wilbur O. Colom was mistakenly attached due to clerical error.

Respectfully submitted this 24th day of October, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

1

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on October 24, 2007, I electronically filed the foregoing *Motion to Substitute Certificate of Good Standing* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ W. Eason Mitchell
        W. Eason Mitchell

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, _____DAVID CREWS_____, Clerk of this Court,

certify that __Edward L. Pleasants, III__, Bar # __101857__,

was duly admitted to practice in this Court on

__10/6/2005__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Aberdeen__ on __6/11/2007__
LOCATION           DATE

David Crews, Clerk of Court.

CLERK                    _Marcia H. Gettys_
                         DEPUTY CLERK