IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) CASE NO. 2:06-cv-83-LES-CSC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT LOUISIANA-PACIFIC'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to General Order No. 2:04-mc-3228 and this Court's administrative procedures, Defendant Louisiana-Pacific hereby moves the Court to enter an Order granting Louisiana-Pacific leave to file the following materials under seal: (1) an unredacted, final copy of the transcript from Ms. Debra Hughes' October 17, 2007 deposition and the accompanying video recording, when available; and (2) an unredacted, final copy of the transcript from Mr. Raymond Kelly's August 28, 2007 deposition.

In support of this Motion, Louisiana-Pacific shows the Court as follows:

(1)     On behalf of both Defendants, Louisiana-Pacific's counsel filed a "Second Supplemental Brief in Support of Joint Motion to Compel" (dkt. 357) via the Court's CM/ECF system on October 24, 2007.

(2)     For the reasons indicated in Defendants' Second Supplemental Brief, excerpted portions from the rough draft transcript of Ms. Debra Hughes' October 17, 2007 deposition were attached to the Second Supplemental Brief as Exhibit E. Although redaction of these particular

excerpts was not necessary, Defendants would like to file the final copy of said transcript upon completion. Because the complete, final transcript will contain sensitive personal information, Louisiana-Pacific hereby seeks leave of Court to file the complete transcript and accompanying video recording under seal.

(3)   A transcript from the August 28, 2007 deposition of Raymond Kelly is attached as Exhibit F to Defendants' Second Supplemental Brief. Certain sensitive personal information, however, was redacted from the transcript where indicated. Consistent with General Order No. 2:04-mc-3228 and this Court's administrative procedures, Louisiana-Pacific believes that a complete, unredacted version of Mr. Kelly's transcript should be placed of record with the Court under seal.

Defendant therefore respectfully requests that the Court grant its Motion and enter the proposed Order attached hereto.

Respectfully submitted this 24th day of October, 2007.

/s/ Orlyn O. Lockard, III
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of October, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

                                          /s/Orlyn O. Lockard\_\_
                                          Of Counsel