IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,**   )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>**PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,**   )<br>  )<br>Defendants.   ) | CASE NO. 2:06-cv-83-LES-CSC<br>(LEAD CASE) |

## ORDER

Having considered Defendant Louisiana-Pacific Corporation's Motion for Leave to File Under Seal, General Order No. 2:04-mc-3228, and the administrative procedures of this Court, Defendant's Motion is hereby GRANTED.

Louisiana-Pacific may the following materials under seal:

(1) an unredacted, final copy of the transcript from Ms. Debra Hughes' October 17, 2007 deposition and the accompanying video recording, when available; and

(2) an unredacted, final copy of the transcript from Mr. Raymond Kelly's August 28, 2007 deposition.

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Magistrate Judge Charles S. Coody

LEGAL02/30576424v1