IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES:<br>) |
| PACTIV CORPORATION, et al., | )<br>) |
| Defendants. | )<br>) |

# PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD OCTOBER, 2007 MOTION FOR PROTECTIVE ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and respond to *Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Requests for Documents Pursuant to Rules 34 and 30(b)(5)*(Document 342), filed on Monday, October 15, 2007. In support hereof, the Plaintiffs state as follows:

## I. The Plaintiffs Propose a Compromise

The Plaintiffs hereby withdraw the requests for production about which the Defendants complain and propose the following compromise:

➢ First, yesterday the Plaintiffs propounded to the Defendants *Plaintiffs' Substitute Requests for Production of Documents to Defendants*, a copy of which is attached as **EXHIBIT A** hereto.

➢   Second, yesterday the Plaintiffs also propounded to the Defendants *Plaintiffs' Request for Admissions to Defendants*, a copy of which is attached as **EXHIBIT B** hereto.

These discovery requests do not exceed the Court-imposed limitations to which the Defendants refer.

## Conclusion

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will, in response to *Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Requests for Documents Pursuant to Rules 34 and 30(b)(5)*(Document 342), filed on Monday, October 15, 2007, adopt the Plaintiffs' proposed compromise.

*/s/ Robert Leslie Palmer*
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF
**Plaintiffs' Response to Defendants' Third October, 2007**                                               **Page 2**
**Motion for Protective Order**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2007, I caused the foregoing *Plaintiffs' Response to Defendants' Third October, 2007 Motion for Protective Order* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis Ray Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| H. Gregory Harp, Esq. | Mark R. Ter Molen, Esq. | Joshua L. Becker, Esq. |
| Mark L. Rowe, Esq. | H. Thomas Wells, Jr., Esq. | Orlyn O. Lockhard, III, Esq. |
| Fred R. DeLeon, Jr., Esq. | John Aaron Earnhardt, Esq. | Douglas Sheppard Arnold, Esq. |
| Wilbur O. Colom, Esq. | Edwin Bryan Nichols, Esq. | Bernard Taylor, Sr., Esq. |
| William Eason Mitchell, Esq. | Jaimy L. Hamburg, Esq. | Laura Ellison Proctor, Esq. |
| Richard Elder Crum, Esq.[1] | Roberta M. Wertman, Esq. | |

                                        /s/ Robert Leslie Palmer
                                        Of Counsel

---

1.    Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Response to Defendants' Third October, 2007**        **Page 3**
**Motion for Protective Order**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**