IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: <br>) |
| PACTIV CORPORATION, et al., | )<br>) |
| Defendants. | )<br>) |

# PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANTS

COME NOW the Plaintiffs and, pursuant to Rule 36 of the *FEDERAL RULES OF CIVIL PROCEDURE*, request that each <u>Defendant</u> separately respond to the following requests for admissions:

1. Admit or deny the authenticity of each document you produced in connection with your Rule 26 disclosures.

2. Admit or deny the authenticity of each document you produce in response to *Plaintiffs' Substitute Requests for Production to Defendants* served contemporaneously herewith.

RESPECTFULLY SUBMITTED on this the _24th_ day of October 2007.

> */s/ Robert Leslie Palmer*
> Robert Leslie Palmer, State Court ID No. PAL007
> Environmental Litigation Group, P.C.
> 3529 Seventh Avenue South
> Birmingham, Alabama 35222
> Telephone: 1-205-328-9200
> Facsimile: 1-205-328-9206
>
> ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I caused the foregoing *Plaintiffs' Requests for Admissions to Defendants* to be served by e-mail to the following counsel of record:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis Ray Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| H. Gregory Harp, Esq. | Mark R. Ter Molen, Esq. | Joshua L. Becker, Esq. |
| Mark L. Rowe, Esq. | H. Thomas Wells, Jr., Esq. | Orlyn O. Lockhard, III, Esq. |
| Fred R. DeLeon, Jr., Esq. | John Aaron Earnhardt, Esq. | Douglas Sheppard Arnold, Esq. |
| Wilbur O. Colom, Esq. | Edwin Bryan Nichols, Esq. | Bernard Taylor, Sr., Esq. |
| William Eason Mitchell, Esq. | Jaimy L. Hamburg, Esq. | Laura Ellison Proctor, Esq. |
| Richard Elder Crum, Esq.[1] | Roberta M. Wertman, Esq. | |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Leslie Palmer*
　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

---

1. Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Requests for Admissions to Defendants**　　　　　　　　　　　　　　　　　　　　**Page 2**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**