IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv83-LES: |
| ) PACTIV CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

# PLAINTIFFS' OFFER TO COMPROMISE IN CONNECTION WITH DEFENDANTS' FIRST OCTOBER, 2007 MOTION FOR PROTECTIVE ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and in connection with *Defendant Louisiana-Pacific's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document 334), filed on Monday, October 8, 2007, and *Defendant Pactiv Corporation's Joinder in Defendant Louisiana-Pacific Corporation's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document No. 338), filed on Friday, October 12, 2007, offer the following compromise. In making this offer of compromise, the Plaintiffs do not waive any of the arguments they made in *Plaintiffs' Response to Defendants' First October, 2007 Motion for Protective Order* (Document 344), filed on Tuesday, October 16, 2007, unless, of course, the compromise is accepted by the Defendants and by the Court.

Although it is unprecedented to allow the opposing party to define the scope of a Rule 30(b)(6) deposition, *in order to avoid any further delay in taking the depositions of the Defendants the Plaintiffs are willing to accept the 47 topics defined by the Defendants* in their proposed *Protective Order* (Document 334-6), **with the addition of the following 4 topics**:

(1) Insurance coverage for environmental liability in connection with the Facility, including, without limitation, any coverage disputes and settlements of such disputes.

(2) Indemnity agreements concerning environmental liability in connection with the Facility, including, without limitation, any disputes and settlements of such disputes.

(3) Agreements relating to the allocation of environmental and other liability for the Facility and division of the costs of remediation of the Facility.

(4) The authentication of documents produced by the Defendants.

Moreover, in any place in which the 47 proposed topics refer to Defendant Louisiana-Pacific Corporation, the Plaintiffs request that this Court substitute Defendant Pactiv Corporation in connection with that Defendant's deposition.

In addition, because the Defendants have ***unilaterally*** cancelled their Rule 30(b)(6) depositions twice, and because depositions are already scheduled during every other week in the remaining fact discovery period, the Plaintiffs request that this Court require the Defendants to make their corporate representatives available for deposition during the week of Monday, November 26, 2007 through Friday, November 30, 2007.

**Plaintiffs' Offer to Compromise in Connection With Defendants'**          **Page 2**
**First October, 2007 Motion for Protective Order**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

Finally, the Plaintiffs ask this Court to require the Defendants to make their corporate representatives available for two-and-one-half days each, *__as previously agreed by all parties__*.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will accept the Plaintiffs' offer to compromise *Defendant Louisiana-Pacific's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document 334), filed on Monday, October 8, 2007 and *Defendant Pactiv Corporation's Joinder in Defendant Louisiana-Pacific Corporation's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document No. 338), filed on Friday, October 12, 2007.

/s/ Robert Leslie Palmer
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Offer to Compromise in Connection With Defendants'**    **Page 3**
**First October, 2007 Motion for Protective Order**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2007, I caused the foregoing ***Plaintiffs' Offer to Compromise in Connection With Defendants' First October, 2007 Motion for Protective Order*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq.<br>Gregory Andrews Cade, Esq.<br>H. Gregory Harp, Esq.<br>Mark L. Rowe, Esq.<br>Fred R. DeLeon, Jr., Esq.<br>Wilbur O. Colom, Esq.<br>William Eason Mitchell, Esq.<br>Richard Elder Crum, Esq.[1] | John C. Berghoff, Jr., Esq.<br>Matthew C. Sostrin, Esq.<br>Mark R. Ter Molen, Esq.<br>H. Thomas Wells, Jr., Esq.<br>John Aaron Earnhardt, Esq.<br>Edwin Bryan Nichols, Esq.<br>Jaimy L. Hamburg, Esq.<br>Roberta M. Wertman, Esq. | Dennis Ray Bailey, Esq.<br>R. Austin Huffaker, Esq.<br>Joshua L. Becker, Esq.<br>Orlyn O. Lockhard, III, Esq.<br>Douglas Sheppard Arnold, Esq.<br>Bernard Taylor, Sr., Esq.<br>Laura Ellison Proctor, Esq. |

                                                      */s/ Robert Leslie Palmer*
                                                      Of Counsel

---

1.    Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Offer to Compromise in Connection With Defendants'**                   **Page 4**
**First October, 2007 Motion for Protective Order**
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**