

\* Robert Leslie Palmer
Gregory A. Cade, MPH, REM
\*\* Fred R. DeLeon, Jr., P.E., P.G.
\*\*\* Nedra M. Garrett
H. Gregory Harp
\*\*\*\* Cydney L. Harwood
Mark L. Rowe

\* Also licensed in Texas and the District of Columbia
\*\* Also licensed in the District of Columbia
\*\*\* Also licensed in Georgia and the District of Columbia
\*\*\*\*Also licensed in Pennsylvania

Sunday, October 21, 2007

**VIA E-MAIL**

John C. Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw, L.L.P.
71 South Wacker Drive
Chicago, Illinois 60606

Re: *Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law* (Document 350) – Request for Extension

Dear Mr. Berghoff:

You filed *Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law* (Document 350) late Friday afternoon, October 19, 2007. As you know, Judge Strom previously entered an *Order* (Document 333) on October 4, 2007 requiring responses to all motions to be filed within ten (10) days after they have been filed by the opposing party. Thus, the response to Pactiv's motion for summary judgment is currently due on Monday, October 29, 2007, the date on which Pactiv's Rule 30(b)(6) deposition was previously scheduled (by agreement of all parties) to commence.

In addition, you filed Pactiv's motion for summary judgment one day after the telephone hearing on Thursday, October 18, 2007, at which Judge Coody scheduled oral argument for Monday, October 29, 2007 on the remaining two motions for protective order:

➢ *Defendant Louisiana-Pacific's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document 334), filed on Monday, October 8, 2007, and *Defendant Pactiv Corporation's Joinder in Defendant Louisiana-Pacific Corporation's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice* (Document No. 338), filed on Friday, October 12, 2007.

➢ *Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Requests for Documents Pursuant to Rules 34 and 30(b)(5)* (Document 342), filed on Monday, October 15, 2007.

| **STREET ADDRESS:** | Telephone: (205) 328-9200 | **MAILING ADDRESS:** |
|---|---|---|
| 3529 Seventh Avenue South | Facsimile: (205) 328-9456 | Post Office Box 550219 |
| Birmingham, Alabama 35222 | Toll Free: 1-800-55-TOXIC | Birmingham, Alabama 35255 |
| | WWW.ELGLAW.COM | |

      Immediately after Judge Coody set the hearing date on those two motions, you promptly requested that the oral argument take place in Montgomery, strongly suggesting that Pactiv no longer intends to honor its commitment to make its corporate representatives available in Chicago beginning on the same date.

      As I indicated in my letter yesterday to all counsel of record, the Plaintiffs are very interested in working out the remaining discovery disputes so that we can take the Rule 30(b)(6) depositions as scheduled by agreement of all parties. To accomplish this, we may very well take the unprecedented measure of adopting the Defendants' deposition topics. In addition, however, we are equally concerned with the fact that through these various maneuverings (whether intentional or not), we are currently required to respond to Pactiv's motion for summary judgment before taking the Rule 30(b)(6) depositions of its corporate representatives, and may even have to argue Pactiv's motion for summary judgment before we are permitted to take those depositions.

      We therefore request that Pactiv Corporation consent to an extension of the time within which a response to the motion for summary judgment is due. Specifically, we request that Pactiv Corporation consent to an order continuing the date on which the Plaintiffs are required to respond to the motion to some date within a reasonable period of time (perhaps 10 days) after the completion of all fact discovery, including the Rule 30(b)(6) depositions of both defendants.

      Please let me know at your earliest convenience whether you will consent to this request.

      Thank you very much.

                                   Sincerely,

                                   Robert Leslie Palmer

cc:    Mark R. Ter Molen, Esq.
       Matthew C. Sostrin, Esq.
       Roberta M. Wertman, Esq.
       Jaimy L. Hamburg, Esq.
       H. Thomas Wells, Esq.
       John A. Earnhardt, Esq.
       Edwin Bryan Nichols, Esq.

**John C. Berghoff, Jr., Esq.**                                                                                 **Page 2**
*Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law* (Document 350) – Request for Extension
**Sunday, October 21, 2007**