MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrown.com

**VIA E-MAIL**

October 22, 2007

**John C. Berghoff, Jr.**
Direct Tel (312) 701-7315
Direct Fax (312) 706-8605
jberghoff@mayerbrown.com

Robert Leslie Palmer
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222

Re:  Pactiv's Motion for Summary Judgment

Dear Mr. Palmer:

    I am in receipt of your October 21, 2007 letter requesting an extension of time to respond to Pactiv's Motion for Summary Judgment (docket no. 350). We propose that Plaintiffs file their response brief on or before November 30, 2007 (the close of fact discovery), and that Pactiv file its reply brief on or before December 14, 2007.

Sincerely,

John C. Berghoff, Jr.

Cc:  W. Eason Mitchell
      Gregory A. Cade
      Mark Ter Molen
      Matthew Sostrin