

Monday, October 22, 2007

**VIA E-MAIL**

John C. Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw, L.L.P.
71 South Wacker Drive
Chicago, Illinois 60606

    Re:   *Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law* **(Document 350) – Request for Extension**

Dear Mr. Berghoff:

    By letter dated October 22, 2007, you graciously agreed to an extension of time within which the Plaintiffs must respond to Defendant Pactiv Corporation's motion for summary judgment. However, you suggested that we respond no later than November 30, 2007. Because we do not know when we will be able to take the Defendants' Rule 30(b)(6) depositions, we request that you agree that the Plaintiffs be permitted to respond within ten (10) days after the conclusion of all fact discovery, including the Defendants' Rule 30(b)(6) depositions. In this way we will be able to obtain and use the transcripts of those depositions in our response to the motion.

    Thank you very much.

                                      Sincerely,

                                      Robert Leslie Palmer

cc:    All Counsel of Record for Pactiv Corporation

---

| **STREET ADDRESS:** | Telephone: (205) 328-9200 | **MAILING ADDRESS:** |
|---|---|---|
| 3529 Seventh Avenue South | Facsimile: (205) 328-9456 | Post Office Box 550219 |
| Birmingham, Alabama 35222 | Toll Free: 1-800-55-TOXIC | Birmingham, Alabama 35255 |
| | WWW.ELGLAW.COM | |