MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrown.com

**VIA E-MAIL**

October 23, 2007

John C. Berghoff, Jr.
Direct Tel (312) 701-7315
Direct Fax (312) 706-8605
jberghoff@mayerbrown.com

Robert Leslie Palmer
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222

Re:    Pactiv's Motion for Summary Judgment

Dear Mr. Palmer:

      To accommodate the concerns raised in your October 22, 2007 letter regarding the briefing schedule for Pactiv's Motion for Summary Judgment, we would propose that Plaintiffs file their response brief on or before December 7, 2007, and that Pactiv file its reply brief on or before December 21, 2007. If this is acceptable, you may advise the Court.

Sincerely,

John C. Berghoff, Jr.

Cc:    W. Eason Mitchell
       Gregory A. Cade
       Mark Ter Molen
       Matthew Sostrin