

LAW OFFICES OF
ENVIRONMENTAL LITIGATION
GROUP, P.C.

\* Robert Leslie Palmer
Gregory A. Cade, MPH, REM
\*\* Fred R. DeLeon, Jr., P.E., P.G.
\*\*\* Nedra M. Garrett
H. Gregory Harp
\*\*\*\* Cydney L. Harwood
Mark L. Rowe

\* Also licensed in Texas and the District of Columbia
\*\* Also licensed in the District of Columbia
\*\*\* Also licensed in Georgia and the District of Columbia
\*\*\*\*Also licensed in Pennsylvania

Friday, October 19, 2007

**VIA E-MAIL TO ALL COUNSEL OF RECORD**

    Re:    Dates for Rule 30(b)(6) Depositions

Dear Counsel:

    In light of the Court's direction yesterday, we anticipate that the parties should be able to work out any differences in connection with the Rule 30(b)(6) deposition categories and the Rule 30(b)(5) and 34 document requests. Consequently, we request that you keep the currently scheduled deposition dates open pending resolution of those issues.

    Thank you very much.

                                                            Sincerely,

                                                          Robert Leslie Palmer

cc:    All Counsel of record (via e-mail)

**STREET ADDRESS:**
3529 Seventh Avenue South
Birmingham, Alabama 35222

Telephone: (205) 328-9200
Facsimile: (205) 328-9456
Toll Free: 1-800-55-TOXIC
WWW.ELGLAW.COM

**MAILING ADDRESS:**
Post Office Box 550219
Birmingham, Alabama 35255