## Robert L. Palmer

**From:** Taylor, Bernard [Bernard.Taylor@alston.com]
**Sent:** Friday, October 19, 2007 5:44 PM
**To:** Robert L. Palmer; Dennis Ray Bailey Esq. -- Rushton, Stakely, Johnston & Garrett, P.A.; Arnold, Doug; Edwin Bryan Nichols Esq. -- Maynard, Cooper & Gale, P.C.; Fred DeLeon; Greg Cade; H. Gregory Harp; H. Thomas Wells, Esq. -- Maynard, Cooper & Gale, P.C.; Jaimy L. Hamburg, Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; John Aaron Earnhardt, Esq. -- Maynard, Cooper & Gale, P.C.; John C. Berghoff Jr., Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Becker, Joshua; Laura Ellison Proctor, Esq. -- Louisiana-Pacific Corporation; Mark Rowe; Mark R. Ter Molen Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Matthew C. Sostrin Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Lockard, Skip; R. Austin Huffaker, Jr., Esq. -- Rushton, Stakely, Johnston & Garrett, P.A.; Richard Elder Crum, Esq. -- Shealy, Crum & Pike, P.A.; Roberta M. Wertman, Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; W. Eason Mitchell -- The Colom Law Firm, L.L.C.; Wilbur O. Colom, Esq. -- The Colom Law Firm, L.L.C.
**Subject:** RE: Attached Letter

Bob:

Thanks for your message and letter. Unfortunately, based upon the history of our inability to reach a resolution on the 30 (b) (5) and (6) issues, and the need to ensure that our witnesses would be available to be deposed in November, we have already advised the LP witnesses that they could schedule other commitments during the week of October 29. We have also solicited other deposition dates in November. We will check to determine if the witnesses are still available during the week of Oct. 29. If they are not available, early next week, we will be able to provide you with November dates for the LP witnesses. Please let us know, however, when you want to schedule a meet and confer session. Like you, we also hope that the session will result in an agreement on the scope of the questions to be answered during the depositions. bt

---

**From:** Robert L. Palmer [mailto:Bob@elglaw.com]
**Sent:** Friday, October 19, 2007 6:21 PM
**To:** Taylor, Bernard; Dennis Ray Bailey Esq. -- Rushton, Stakely, Johnston & Garrett, P.A.; Arnold, Doug; Edwin Bryan Nichols Esq. -- Maynard, Cooper & Gale, P.C.; Fred R. DeLeon, Jr., Esq. -- Environmental Litigation Group, P.C.; Gregory A. Cade -- Environmental Litigation Group, P.C.; H. Gregory Harp, Esq. -- Environmental Litigation Group, P.C.; H. Thomas Wells, Esq. -- Maynard, Cooper & Gale, P.C.; Jaimy L. Hamburg, Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; John Aaron Earnhardt, Esq. -- Maynard, Cooper & Gale, P.C.; John C. Berghoff Jr., Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Becker, Joshua; Laura Ellison Proctor, Esq. -- Louisiana-Pacific Corporation; Mark L. Rowe, Esq -- Environmental Litigation Group, P.C.; Mark R. Ter Molen Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Matthew C. Sostrin Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; Lockard, Skip; R. Austin Huffaker, Jr., Esq. -- Rushton, Stakely, Johnston & Garrett, P.A.; Richard Elder Crum, Esq. -- Shealy, Crum & Pike, P.A.; Robert Leslie Palmer, Esq. -- Environmental Litigation Group, P.C.; Roberta M. Wertman, Esq. -- Mayer, Brown, Rowe & Maw, L.L.P.; W. Eason Mitchell -- The Colom Law Firm, L.L.C.; Wilbur O. Colom, Esq. -- The Colom Law Firm, L.L.C.
**Subject:** Attached Letter

<<(2007-10-19) RLP -- to All Counsel of Record (Dates for Rule 30(b)(6) Depositions).pdf>>

**Robert Leslie Palmer**
**Environmental Litigation Group, P.C.**
**3529 Seventh Avenue South**
**Birmingham, Alabama 35222**

**Bob@elglaw.com (office e-mail)**
**WaveHoya@charter.net (personal e-mail)**

10/20/2007

**205-328-9200 (office telephone)**
**205-328-9456 (office facsimile)**
**205-873-2247 (cell telephone)**
**205-663-3137 (home telephone)**

# Tort Reform?  Consider the Scriptural View:

# "Do not deny justice to your poor people in their lawsuits." Exodus 23:6 (NIV).

```
***********************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the
_____

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.
_____
```

10/20/2007