# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrown.com

**VIA E-MAIL**

October 22, 2007

**John C. Berghoff, Jr.**
Direct Tel (312) 701-7315
Direct Fax (312) 706-8605
jberghoff@mayerbrown.com

Robert Leslie Palmer
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222

Re:    Rule 30(b)(6) Depositions

Dear Mr. Palmer:

Your October 20, 2007 letter concerning the Rule 30(b)(6) depositions is a litany of half-truths and overstatement which does not require point-by-point reply. However, one truism remains: we cannot be in two places at once. In light of next Monday's hearing before Magistrate Judge Coody in Alabama, Pactiv's deposition cannot commence that same day in Illinois. During last week's telephonic hearing, it was clear that neither the Magistrate, Plaintiffs, nor Defendants expected the depositions to go forward the week of October 29. As you know, Magistrate Judge Coody is not available this week to resolve the issues.

For the past two months, as the record consistently reflects, Defendants have worked to meet and confer with Plaintiffs to reach an acceptable agreement on deposition topics so that the depositions could proceed. That process began with a face-to-face meeting with your colleagues on September 10, 2007 in Omaha, which you declined to attend. Defendants seek compromise and resolution, not unilateral scope definition.

Although we appreciate your hypothetical proposal to revisit the topics proposed by Louisiana-Pacific, we are disappointed that it took Court involvement to bring you to the table. This delay has caused real difficulty. Defendants cannot adequately prepare their witnesses until they know the topics that will be covered. And Defendants only agreed to begin the week of October 29 if the parties were successful in appropriately limiting the scope of the depositions. To date, that has not occurred, and time has simply run out for Defendants to adequately prepare their witnesses without Court guidance.

We are working to confirm available depositions dates, and would welcome further discussions this week, in the Court's absence, to explore agreement on the scope of the depositions to avoid the need for any further Court involvement.

Sincerely,

John C. Berghoff, Jr.

Robert Leslie Palmer
October 22, 2007
Page 2

Cc:    Bernard Taylor, Sr.
        Douglas S. Arnold
        Skip Lockard
        W. Eason Mitchell
        Gregory A. Cade
        Mark Ter Molen
        Matthew Sostrin