

LAW OFFICES OF
ENVIRONMENTAL LITIGATION
GROUP, P.C.

* Robert Leslie Palmer
Gregory A. Cade, MPH, REM
** Fred R. DeLeon, Jr., P.E., P.G.
*** Nedra M. Garrett
H. Gregory Harp
**** Cydney L. Harwood
Mark L. Rowe

* Also licensed in Texas and the District of Columbia
** Also licensed in the District of Columbia
*** Also licensed in Georgia and the District of Columbia
****Also licensed in Pennsylvania

Monday, October 22, 2007

**VIA E-MAIL**

John C. Berghoff, Jr., Esq.
Mayer, Brown, Rowe & Maw, L.L.P.
71 South Wacker Drive
Chicago, Illinois 60606

      **Re:**     **Resolving Remaining Discovery Disputes**

Dear Mr. Berghoff:

      By letter dated October 22, 2007, you state that my "October 20, 2007 letter concerning the Rule 30(b)(6) depositions is a litany of half-truths and overstatement." You also imply that this is due to my having "declined to attend" the face-to-face meeting after the hearing in Omaha on September 10, 2007. I thank you for your frankness.

      Although it is true that I did not attend the "face-to-face" meeting in Omaha, I hope that you were told then that I was not feeling well and had gone back to the hotel so that I could eat an early dinner and go to bed. Moreover, while I endeavored to be as accurate as possible in the letter to which you referred, as a human being I am entirely capable of making mistakes. Unfortunately, you did not see fit to identify for me the half-truths and overstatements that you believe I made, and so I request that you do so at your earliest convenience so that I will not make them again.

      In the last paragraph of your letter, you state that you "would welcome further discussions this week, in the Court's absence, to explore agreement on the scope of the depositions to avoid the need for any further Court involvement." We are similarly interested in resolving the dispute this week, preferably before the Plaintiffs' response is due to *Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Requests for Documents Pursuant to Rules 34 and 30(b)(5)* (Document 242), filed on October 15, 2007. Indeed, not only would we would like to resolve that discovery dispute, but we would also like to obviate any others likely to arise in the near future and thereby pave the way for the timely completion of all fact discovery. We would therefore like to include in our discussion:

**STREET ADDRESS:**
3529 Seventh Avenue South
Birmingham, Alabama 35222

Telephone: (205) 328-9200
Facsimile: (205) 328-9456
Toll Free: 1-800-55-TOXIC
WWW.ELGLAW.COM

**MAILING ADDRESS:**
Post Office Box 550219
Birmingham, Alabama 35255

&#10148; The proposed 30(b)(6) deposition topics.

&#10148; The proposed paper discovery to the Defendants.

&#10148; Authentication of documents produced by the Defendants.

&#10148; Selection of mutually convenient dates for the Rule 30(b)(6) depositions.

&#10148; Early identification of the Rule 30(b)(6) representatives, as discussed in my Sunday, October 21, 2007 letter to you (incidentally, based on some of the documents Pactiv Corporation produced, we would like to add Mark Fuchs to the individuals identified in my Sunday, October 21, 2007 letter to you).

I suggest that we consider setting aside a substantial block of time on Wednesday, October 24, 2007 for this purpose.

I look forward to hearing from you in the very near future.

Thank you very much.

Sincerely,

Robert Leslie Palmer

cc: All Counsel of Record for Pactiv Corporation

**John C. Berghoff, Jr., Esq.**              **Page 2**
**Resolving Remaining Discovery Disputes**
**Monday, October 22, 2007**