IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>) CASE NO. 2:06-cv-83-LES-CSC<br>) (LEAD CASE)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PACTIV CORPORATION'S
RESPONSE TO PLAINTIFFS' EMERGENCY MOTION FOR ADDITIONAL TIME**

Defendant Pactiv Corporation, through its attorneys, and in response to Plaintiffs' "Emergency Motion for Additional Time" (docket no. 362), states as follows:

1. On October 19, 2007, Pactiv filed its Motion for Summary Judgment based on Alabama's 20-year rule of repose (docket no. 350).

2. Plaintiffs subsequently asked for Pactiv's consent to an extension of time so that Plaintiffs would not have to respond to the motion within 10 days as otherwise required by the Court's October 4, 2007 Order (docket no. 333).

3. Pactiv advised Plaintiffs that it would consent to a briefing schedule whereby Plaintiffs would file a response to Pactiv's Motion for Summary Judgment on or before December 7, 2007, and Pactiv would file any reply on or before December 21, 2007.

4. This schedule would allow Plaintiffs to complete fact discovery and provides a total response time of 7 weeks. Plaintiffs are taking Pactiv's Rule 30(b)(6) deposition the week of November 12, 2007. Fact discovery closes on November 30, 2007.

5. On an October 25, 2007 meet and confer call, Pactiv's counsel also advised Plaintiffs' counsel that Pactiv was available and willing to discuss any remaining concerns.

6. Without further notice or discussion, Plaintiffs filed their 8-page "Emergency Motion for Additional Time." Why? Instead of Pactiv's suggested response date of 7 days after the close of fact discovery, Plaintiffs apparently want 10 days.

7. Pactiv has no objection to a briefing schedule whereby Plaintiffs would file a response to Pactiv's Motion for Summary Judgment on or before December 10, 2007, and Pactiv would file any reply on or before December 24, 2007.

8. Pactiv has no reason to believe that Rule 30(b)(6) depositions will extend past the close of fact discovery on November 30, 2007. The parties are set to appear before Magistrate Judge Coody on Monday, October 29, 2007, to resolve any remaining scope disputes so that the depositions can be completed in November. Pactiv therefore requests that the Court enter the briefing schedule set forth in Paragraph 7 above.

9. If the Rule 30(b)(6) depositions unexpectedly extend past November 30, 2007, Plaintiffs can again ask for Pactiv's consent to an additional extension of time. At this point, however, Plaintiffs manufacture a complication that does not exist.

WHEREFORE, Pactiv requests that the Court enter an Order requiring Plaintiffs to respond to Pactiv's Motion for Summary Judgment (docket no. 350) on or before December 10, 2007, and requiring Pactiv to file any reply on or before December 24, 2007.

October 26, 2007

/s/  John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to at least the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

Bernard Taylor

Douglas S. Arnold

Orlyn O. Lockard, III


/s/  Matthew C. Sostrin
Of Counsel