IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06cv83-LES<br>) (LEAD CASE) |
| PACTIV CORPORATION, et al, | )<br>) |
| Defendants. | ) |

**O R D E R**

Now pending before the court is the plaintiff's motion to admit *pro hac vice* Attorney Edward L. Pleasants, III (doc. # 356) and motion to substitute (doc. # 358) as well as defendant Louisiana-Pacific's motion for leave to file under seal (doc. # 359). Upon consideration of the motions and for good cause, it is

ORDERED that the motions be and are hereby GRANTED. Attorney Edward L. Pleasants, III shall file a notice of appearance with the court.

Done this 26th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE