IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv83-LES: |
| ) PACTIV CORPORATION, et al., ) ) | |
| Defendants. ) ) | |

# PLAINTIFFS' REPLY IN SUPPORT OF EMERGENCY MOTION FOR ADDITIONAL TIME

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and in reply to *Defendant Pactiv Corporation's Response to Plaintiffs' Emergency Motion for Additional Time* (Document 363), filed today, Friday, October 26, 2007, and in further support of *Plaintiffs' Emergency Motion for Additional Time* (Document 362), filed on Thursday, October 25, 2007, state as follows:

In *Defendant Pactiv Corporation's Response to Plaintiffs' Emergency Motion for Additional Time* (Document 363), John C. Berghoff, Jr., Esq. baldly states that "Plaintiffs are taking Pactiv's Rule 30(b)(6) deposition the week of November 12, 2007" and that during an October 25, 2007 meet and confer call, "Pactiv's counsel advised Plaintiffs' counsel that Pactiv was available and willing to discuss any remaining concerns." **_Mr. Berghoff, however, did not participate in that telephone conference call_**, and while it is true that Pactiv Corporation offered

to make its Rule 30(b)(6) representatives available during the week of October 12, 2007, the ***Plaintiffs' counsel did not agree to those dates***. It seems that Pactiv Corporation believes that it may dictate the dates on which the depositions of its Rule 30(b)(6) representatives may be taken without regard to the schedules of the Plaintiffs' counsel. In contrast, the Plaintiffs' counsel are willing to schedule the depositions on ***mutually convenient dates***, but because the Defendants have now unilaterally postponed their Rule 30(b)(6) depositions twice, and the month of November is almost completely filled with depositions, and in some cases multiple depositions on the same day, it may well be that no mutually convenient date will be available until after November 30, 2007.

The Plaintiffs' principal concern – and one that Defendant Pactiv Corporation continues to skillfully avoid – is that the Plaintiffs be assured that they may take the Rule 30(b)(6) deposition first noticed on August 10, 2007 before having to respond to the summary judgment motion. Defendant Pactiv Corporation's promise that if the Rule 30(b)(6) depositions must be extended past November 30, 2007, "Plaintiffs can again ask for Pactiv's consent to an additional extension of time" is of little comfort to the Plaintiffs. ***If Defendant Pactiv Corporation is not willing to give its consent now, why should the Plaintiffs expect to gain that consent in the future***? And why can't Defendant Pactiv Corporation simply agree that the Plaintiffs' response to the motion for summary judgment will not be due until 10 days after the conclusion of all fact discovery, including the Rule 30(b)(6) depositions of both defendants?

The Plaintiffs have explained their reasons for the relief they have requested. Defendant Pactiv Corporation has ***not*** explained why it is opposed to linking the date on which the Plaintiffs

**Plaintiffs' Reply in Support of Emergency Motion for Additional Time**          **Page 2**
*Tatum v. Pactiv Corporation, et al.*, **Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

must respond to their motion for summary judgment to the conclusion of **_all_** fact discovery, including the Rule 30(b)(6) depositions.

## Conclusion

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will enter its order permitting the Plaintiffs to respond to _Defendant Pactiv Corporation's Motion for Summary Judgment and Memorandum of Law_ (Document 350), filed on Friday, October 19, 2007, 10 days after the completion of all fact discovery, including the Rule 30(b)(6) depositions of both Defendants.

/s/ Robert Leslie Palmer
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

**Plaintiffs' Reply in Support of Emergency Motion for Additional Time**    Page 3
_Tatum v. Pactiv Corporation, et al._, Civil Action No. 2:06cv83-LES
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

       I hereby certify that on October 25, 2007, I caused the foregoing ***Plaintiffs' Reply in Support of Emergency Motion for Additional Time*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to the following:

| **For the Plaintiffs** | **For the Defendant Pactiv Corporation** | **For the Defendant Louisiana-Pacific Corporation** |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis Ray Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| H. Gregory Harp, Esq. | Mark R. Ter Molen, Esq. | Joshua L. Becker, Esq. |
| Mark L. Rowe, Esq. | H. Thomas Wells, Jr., Esq. | Orlyn O. Lockhard, III, Esq. |
| Fred R. DeLeon, Jr., Esq. | John Aaron Earnhardt, Esq. | Douglas Sheppard Arnold, Esq. |
| Wilbur O. Colom, Esq. | Edwin Bryan Nichols, Esq. | Bernard Taylor, Sr., Esq. |
| William Eason Mitchell, Esq. | Jaimy L. Hamburg, Esq. | Laura Ellison Proctor, Esq. |
| Edward L. Pleasants, III, Esq. | Roberta M. Wertman, Esq. | |
| Richard Elder Crum, Esq.[1] | | |

                                                    */s/ Robert Leslie Palmer*
                                                    Of Counsel

---

1.     Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Reply in Support of Emergency Motion for Additional Time**    Page 4
*Tatum v. Pactiv Corporation, et al.*, Civil Action No. 2:06cv83-LES
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**