IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 OCT 26  A 9: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,

**PLAINTIFF**

VERSUS

CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
(LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,

**DEFENDANTS**

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now W. Eason Mitchell of The Colom Law Firm, LLC, a member of the United States District Court for the Middle District of Alabama, and moves this Court to enter an Order admitting Edward L. Pleasants, III, of The Colom Law Firm, LLC, Post Office Box 866, Columbus, MS 39703, to practice before this Court in the above styled case as additional counsel for Plaintiffs.  In support of this Motion, Movant states as follows:

1.      Edward L. Pleasants, III, is a member in good standing and is admitted to practice in the United States District Court for the Northern District of Mississippi.  His Certificate of Good Standing in the United

1

States District Court for the Northern District of Mississippi is attached hereto.

2.    The prescribed filing fee of $20.00 has this day been sent to the Clerk of Court.

3.    The admission *pro hac vice* of Edward L. Pleasants, III, in this action will greatly assist in the presentation of issues for adjudication by the Court.  He is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with The Colom Law Firm as counsel in this matter.

4.    Mr. Pleasants has never been disciplined by any court and understands that his admission *pro hac vice* subjects him to the disciplinary jurisdiction of this Court.

WHEREFORE, premises considered, Movant respectfully requests that this Court grant this Motion and admit Edward L. Pleasants, III, to practice before this Court in the above-styled action.

 /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

2

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on October 24, 2007, I electronically filed the foregoing *Motion to Admit Counsel Pro Hac Vice* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ W. Eason Mitchell
W. Eason Mitchell

3

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN                    DISTRICT OF                    MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

I,                DAVID CREWS                , *Clerk of this Court,*

*certify that*        Edward L. Pleasants, III        , *Bar #*        101857        ,

*was duly admitted to practice in this Court on*

_____ 10/5/2005 _____ , *and is in good standing*
                        *DATE*

*as a member of the Bar of this Court.*

*Dated at*        Aberdeen        *on*        6/11/2007        .
                *LOCATION*                        *DATE*


David Crews, Clerk of Court
_____                _____
*CLERK*                                        *DEPUTY CLERK*