# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | |
|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/29/07 | |
| DATE COMPLETED: 10/29/07 | FTR Recorded |

M.C.
    Plaintiff

vs.

PACTIV CORPORATION, ET AL
    Defendant

CASE NO. 2:06CV-83-LES-CSC

### APPEARANCES:

**PLAINTIFF**
Atty. Robert Leslie Palmer
Atty. Mark Rowe

**DEFENDANT**
Atty. Bernard Taylor, Sr.
Atty. Doug Arnold
Atty. Dennis Bailey
Atty. John Berghoff, Jr., Atty. Matthew Sostrin

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS: **ORAL ARGUMENT RE; MOTION FOR PROTECTIVE ORDER**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | | |
|---|---|---|
| **Description** | Oral Arguement - 06cv83-LES-CSC | |
| **Date** | 10/29/2007 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:03:09 AM | Court | Court convenes; Introduction of counsel; Discussion of case; |
| 10:04:06 AM | Atty. Taylor | Addresses the court as to the protective order; Discussion Doc. 36 and the Response in doc. 360; |
| 10:06:58 AM | Court | Response as to overlaping production request; |
| 10:07:13 AM | Atty. Taylor | Response ; Have agreed to response to the production request early; |
| 10:08:19 AM | Court | Discussion of parties working matters out among themselves; |
| 10:08:30 AM | Atty. Palmer | Addresses the court; would like to schedule depositions the last week of November; would like to get insurance docs before depositions; |
| 10:10:06 AM | Atty. Taylor | Response - trying to gather docs. Not sure if we have them all; |
| 10:10:25 AM | Atty. Berghoff | Response as to dates; |
| 10:11:10 AM | Atty. Taylor | Addresses dates proposed for depositions; |
| 10:11:44 AM | Court | Discussions of depose scheduled on the Nov. 5th; May want set up a conference call to follow up with parties; |
| 10:12:12 AM | Atty. Taylor | We may have a represenative there; |
| 10:12:14 AM | Court | You all will need to be on the call; Discussions of the depositions and long will they take; |
| 10:12:25 AM | Atty. Palmer | Response; |
| 10:13:00 AM | Court | May set up a conference call on the 5th at some time, late like at 4 o'clock in the afternoon to follow up on what you all are working towards; |
| 10:13:22 AM | Atty. Taylor | That works for Louisanna Pacific; |
| 10:13:31 AM | Court | Will get one of you to set the conference all up; Want a progress report at time as to where you are; Discussion of the deft's second supplemental brief in support of the motion to compel; |
| 10:47:20 AM | Atty. Palmer | Response; |
| 10:48:09 AM | Atty. Taylor | Response as to the sign-in sheets; |
| 10:48:40 AM | Court | When is the case set for trial?; |
| 10:48:40 AM | Atty. Taylor | the jury consolidation is set for Sept. 2008; |
| 10:48:49 AM | Court | Response as to extend fact discovery on those matter; |
| 10:49:19 AM | Atty. Palmer | Discussion of the Pactiv's Motion for Sumary Judgment and Plaintiff's motion filed requesting an extension; |
| 10:49:54 AM | Court | What is the current deadling for summuary judgment? |
| 10:49:56 AM | Atty. Palmer | Today; |
| 10:50:48 AM | Atty. Berghoff | Response; |
| 10:51:38 AM | Court | Discussion of Judge Strom giving parties an order setting deadline to respond to the motion for summary judgment; |

| | | |
|---|---|---|
| 10:51:47 AM | Atty, Palmer | No he has not; |
| 10:51:53 AM | Court | On the 5th have a concrete schedule for the 30(b)(6); Will talk with Judge Strom about the deadline for the summary judgment motion; |
| 10:52:14 AM | Atty. Berghoff | Request to move the call to 4:15 instead of 4:00: |
| 10:52:38 AM | Court | Can do it at 4:30 p.m. |
| 10:52:47 AM | Atty.Bergoff | 4:30 then; |
| 10:52:50 AM | Court | 4:30 central time; |
| 10:53:04 AM | Court | Court is recessed, |