IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GAIL BEDSOLE TATUM** as Mother and Administratix of the Estate of **MELANIE CHAMBERS**, a Deceased Minor Child, <br><br> Plaintiff, <br><br> vs. <br><br> **PACTIV CORPORATION** and **LOUISIANA-PACIFIC CORPORATION**, <br><br> Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) (LEAD CASE) ) ) ) ) ) ) ) |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION TO SCHEDULE ADDITIONAL TRIALS AND RESTRICT ACTIVITY

Defendants Pactiv Corporation and Louisiana-Pacific Corporation, through their attorneys, and in response to Plaintiffs' "Supplement to their Motion to Schedule Additional Trials and Restrict Activity" (docket no. 366), state as follows:

1. On August 24, 2007, Plaintiffs filed their Motion to Schedule Additional Trials and Restrict Activity (docket no. 309), which asked the Court to (1) assign trial dates for all initial trial Plaintiffs, and (2) enjoin Defendants from conducting discovery about any Plaintiff whose case is not yet scheduled for trial.

2. Defendants responded on October 15, 2007 (docket no. 341), explaining that they have not sought to date, and do not seek, discovery concerning the claims of non-trial Plaintiffs. *See* Response at ¶¶ 6-7. Defendants further explained that they served discovery only on the four initial trial Plaintiffs themselves, and additional "fact witnesses potentially having knowledge relevant to those cases." *Id.* at 7.

13394611.1

3.     On October 28, 2007, Plaintiffs filed a "Supplement to their Motion to Schedule Additional Trials and Restrict Activity" (docket no. 366). The filing again accuses Defendants of engaging in so-called "scorched earth" discovery on non-trial Plaintiffs, this time by recently serving requests for production on James Laird. This accusation does not even pass the straight face test. The requests (docket no. 366, Ex. A) plainly relate to the <u>claims of the four initial trial Plaintiffs, not the individual claims of Mr. Laird</u>.

4.     Plaintiffs themselves disclosed Mr. Laird under Rule 26(a)(1) as an individual who may have discoverable information concerning the claims of <u>all</u> Plaintiffs (attached hereto as Exhibit 1). Defendants therefore deposed Mr. Laird on October 16, 2007.

5.     During that deposition, Defendants discovered that Mr. Laird operated a crop dusting service for many years that sprayed pesticides and other chemicals—including some of the same chemicals Plaintiffs contend were emitted from the sawmill—over the towns of Lockhart and Florala. Mr. Laird refused, however, to answer any specific questions concerning Laird Flying Service. Consequently, Defendants were left with no choice but to serve document requests on Mr. Laird in order to obtain information about the scope and nature of these operations.

6.     The discovery sought from Mr. Laird is directly relevant to the claims of the four initial trial Plaintiffs, and, indeed, all Plaintiffs. If Plaintiffs believe that the requests are improper, they can move for a protective order. They have not done so.

7.     Tellingly, Plaintiffs still fail to cite a single example of Defendants serving discovery concerning the claims of non-trial Plaintiffs. If Defendants were really "scorching earth," one would expect to find some burned ground. There is none, and Plaintiffs know it.

WHEREFORE, Defendants request that the Court deny Plaintiffs' Motion to Schedule Additional Trials and Restrict Activity (docket no. 309) without prejudice.

Dated:  October 30, 2007

/s/  John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/  Bernard Taylor, Sr.
Bernard Taylor, Sr. (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

                                      /s/ Joshua L. Becker
                                      Of Counsel