IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELANIE CHAMBERS, Who Sues
By and Through Her Mother and Next
of Friend Gail Tatum,                                              PLAINTIFF

VERSUS                        CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                              (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                            DEFENDANTS

PLAINTIFFS' RULE 26 DISCLOSURES

Come now the Plaintiffs and provide the following disclosures required by
F.R.C.P. 26(a):

WITNESSES:

Ronnie Paul
Rt. 5 Box 84C
Andalusia, Alabama  36420-9805

James Laird
Post Office Box 247
Lockhart, Alabama  36455
(334) 858-6614

Carlton Dukes
1704 Hughes Street
Florala, Alabama  36442
(334) 858-5853

Jacky Partridge
Post Office Box 84
Florala, Alabama  36442
(850) 834-3210

Roy Ezell
21868 Wood Avenue
Florala, Alabama  36442
(334) 858-6762

Mrs. JoAnn Ezell
21868 Wood Avenue
Florala, Alabama  36442
(334) 858-6762

Wayne Granger (security Guard)
25264 McPhail Farm Road
Florala, Alabama  36442-8048

Connie Wayne Adams
Post Office Box 145
Lockhart, Alabama  36455

Debra Hughes
3995 Iron Bridge Road
Samson, Alabama  36477
(334) 898-1459

John "Buck" Roberts
2829 Easy Street Road
Florala, Alabama  36442
(334) 858-6148

Roy Hall
Post Office Box 208
Lockhart, Alabama  36455
(334) 858-6546

James E. "Jimmy"  Rodgers
11678 Rogers Road
Florala, Alabama  36442
(334) 858-6915

Chris Pelham
22703 7th Avenue
Florala, Alabama  36442
(334) 858-6027

Oscar Taylor
Post Office Box 251
Lockhart, Alabama  36455
(334) 858-7431

Defendants' employees and former employees, whose names and addresses are
unknown to Plaintiffs.

Dr. Sasikumar Vishwanath
510 E Fifth Ave
Florala, Alabama36442-1514
(334) 858-2050

Seven-Trent Labortories
Same testing lab used by Defendants

Dr. Charles Nolen
247 Walton Street
Columbiana, Alabama 35051
205-669-9312

Johnny Todd
693 McDuffie Avenue
Florala, Alabama  36442
(334) 858-4894

Joey Aplin
138 Northview Drive
Eufaula, Alabama 36027-8157
334-687-9449

Marvin Wiliford
1932 West Fifth Avenue
Florala, Alabama  36442
(334) 858-7460

Terry Miller
22589 6th Avenue
Florala, Alabama  36442
(334) 858-8897

Coleman Bass
Post Office Box 17
Lockhart, Alabama  35455
(334) 858-6237

Paul Cox
7598 Glen Chambers Road
Florala, Alabama  36442
(334) 858-4497

Raymond Kelley
6379 RK Lane
Florala, Alabama  36442
(334) 858-6013

James "Bo" Hattaway
1578 Hughes Street
Florala, Alabama  36442

Douglas Sheppard Arnold, Esq.
Alston & Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424

Mark Fuchs
Metro Nashville, Tennessee
Contact Information Known to Defendants

James Boswell
Conroe, Texas

When trial Plaintiffs are selected, the following will be supplemented:

> Treating Physicians
> Health Care Providers
> Hospitals
> Medical and Health Records and Bills
> Neighbors and Family Members
> Death Certificates and Estate Administration (if applicable)

Florala Memorial Hospital
24273 Fifth Avenue
Florala, Alabama  36442
334-858-3287

Joe Evans
Evans Funeral Home
Post Office Box 417
Florala, Alabama  36442
(334) 858-3641


**DOCUMENTS**:

> Judgment in a Criminal Case; Case No. 95-CR-215-B-01
> United States District Court for the District of Colorado

> SWAPE (test records)
> Soil Water Air Protection Enterprise
> 201 Wilshire Blvd, Second Floor
> Santa Monica, CA 90401

3TM (test records)
1500 S. Dairy Ashford, Suite 190
Houston, TX 77077
281-491-1230

Records from Environmental Protection Agency for Louisiana-Pacific/Pactiv
Facility
Previously Furnished to Defendants

Records of Alabama Department of Environmental Management
Previously Furnished to Defendants

Exhibit A - List of Scientific Articles
Previously Provided to Defendants (exhibit is deleted for Court filing)

Exhibit B – Additional Scientific Research Index
Previously Provided to Defendants  (exhibit is deleted for Court filing)

Rules, Regulations and Findings of U.S. Environmental Protection Agency

Rules, Regulations and Findings of Alabama Department of Environmental
Management

Dr. P.E. Rosenfeld
Soil Water Air Protection Enterprise
201 Wilshire Blvd, Second Floor
Santa Monica, CA 90401
Presentations and Publications Concerning Florala/Lockhart Contamination

Dr. James Clark
Soil Water Air Protection Enterprise
201 Wilshire Blvd, Second Floor
Santa Monica, CA 90401
Presentations and Publications Concerning Florala/Lockhart Contamination

Documents related to Purchase of Lockhart Lumber

Historical Aerial Photos

Previously Provided to Defendants

U.S. Federal Aviation Administration
Wind and Weather Determination Programs

U.S. National Weather Service
Weather Records

Videotape interviews with any deceased trial plaintiffs, if selected for trial in possession of Plaintiffs' attorney

The Parties' Tolling Agreements

Plaintiff questionnaires and medical records previously provided to Defendants.

Records and testimony concerning exposure by those persons whose blood or home was tested as established by SWAPE records.

## DAMAGES:

Damage computation for wrongful death will be in accordance with Alabama law which provides for punitive damages. More precise damage calculations will be provided for individual living plaintiffs once those selected trial plaintiffs are determined.

## PRIVILEGED MATERIAL:

Plaintiffs may have certain material which is privileged or subject to the attorney's work product rule. Listing of any material in these disclosures is not intended to waive any right by Plaintiff to assert any privilege or work product doctrine or reason provided by law. There are certain video interviews by Plaintiffs' attorney of witnesses which are not listed, but which may subsequently be provided to defendants. The Plaintiffs further assert that the Federal Rules of Procedure do not require disclosure of documents which are a subject of privilege or which are attorney work product.

**IMPEACHMENT**:

Plaintiffs omit any documents, witnesses or interviews which would be used for impeachment purposes only

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on December 20, 2006, I electronically served the foregoing *Plaintiffs' Rule 26 Disclosures* on the following via e-mail:

| | |
|---|---|
| Douglas Sheppard Arnold, Esq. | Edwin Bryan Nichols, Esq. |
| Dennis R. Bailey, Esq. | Laura Ellison Proctor, Esq. |
| John C. Berghoff, Jr., Esq. | Matthew C. Sostrin, Esq. |
| John A. Earnhardt, Esq. | Mark R. Ter Molen, Esq. |
| R. Austin Huffaker, Jr., Esq. | H. Thomas Wells, Jr., Esq. |
| Orlyn O. Lockard, III, Esq. | Bernard Taylor, Sr., Esq |

/s/ W. Eason Mitchell
W. Eason Mitchell

73560.wpd