**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MELANIE CHAMBERS, by and through her mother and next friend, Gail Tatum,** | |
| **PLAINTIFF** | |
| vs. | CASE NO. 2:06-CV-00083-WKW-SRW |
| **TMA FOREST PRODUCTS GROUP, et al.,** | |
| **DEFENDANTS** | |

RECEIVED

2007 OCT 30  P 3: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the Defendant, Louisiana-Pacific Corporation, by and through counsel, Dennis R. Bailey, Esquire, and asserts the following in support of this Motion for Admission *Pro Hac Vice.*

In this action, counsel of record for this Defendant is Dennis R. Bailey, Esquire.

This Defendant desires to have Jason A. Mayberry, of Alston & Bird, LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia, 30309-3424, assist Dennis R. Bailey, Esquire, in the defense of its interests in this matter. He is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Rushton, Stakely, Johnston & Garrett as counsel in this matter.

Jason A. Mayberry is a member in good standing and admitted to practice in the United States District Court for the Northern District of Georgia. His Certificate of Good Standing is attached hereto as Exhibit A.

Mr. Mayberry is not and has not been under any order of disbarment, suspension or other discipline.

Mr. Mayberry represents and warrants that he will comply with all rules of the state of Alabama and this Honorable Court in and throughout their *Pro Hac Vice* admission in this action.

WHEREFORE, Defendant Louisiana-Pacific Corporation respectfully requests that this Honorable Court enter an Order granting this Motion for Admission *Pro Hac Vice*.

Respectfully submitted this 30th day of October, 2007.


Dennis R. Bailey (4845-I71D)
R.  Austin  Huffaker  (3422-F55R)
Attorneys for Defendants


Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

H. Thomas Wells, Jr.

John A. Earnhardt

Fred R. DeLeon

W. Lee Gresham, III

E. Bryan Nichols