

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA } 
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Jason A. Mayberry, State Bar No. 141338,** was duly admitted to practice in said Court on December 2, 2005, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of October, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

