```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001005
Cashier ID: brobinso
Transaction Date: 10/30/2007
Payer Name: ALSTON BIRD LLP
-------------------------------------
PRO HOC VICE
 For: JASON A MAYBERRY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-------------------------------------
CHECK
 Check/Money Order Num: 00118408
 Amt Tendered:  $20.00
-------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

2:06-CV-83-WKW
```