### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child, | ) ) ) | |
| | ) | CASE NO. 2:06-cv-83-LES-CSC |
| Plaintiff, | ) | (LEAD CASE) |
| | ) | |
| vs. | ) | |
| | ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF FILING OF
### VIDEO EXCERPTS FROM THE DEPOSITION OF DEBRA BROOKS HUGHES

Defendants Pactiv Corporation and Louisiana-Pacific Corporation, through their attorneys, provide this Notice of Filing of Video Excerpts from the Deposition of Debra Brooks Hughes, and state as follows:

1.      On October 24, 2007, Defendants filed a "Second Supplemental Brief in Support of Joint Motion to Compel" (docket no. 357). The Second Supplemental Brief attached recent deposition testimony from Plaintiff Debra Brooks Hughes, the organizer of the pre-litigation meetings that are at issue in Defendants' Joint Motion to Compel (docket no. 69).

2.      As set forth in the Second Supplemental Brief, Plaintiffs' counsel had previously represented to this Court—both in open court and by filing an affidavit by Gregory Cade—that sign-in sheets from the pre-litigation meetings never existed.

3.      Ms. Hughes, however, testified that she did maintain sign-in sheets at the meetings (which has been confirmed by numerous attendees). Ms. Hughes further testified that the sheets were turned over to Mr. Cade.

13400427.1

4.      At the October 29, 2007 hearing, Plaintiffs' counsel continued to deny the existence of sign-in sheets and suggested that Ms. Hughes might be mistaken given that the meetings at issue took place in 2003 and 2004.

5.      To allow this Court to fully assess Ms. Hughes' statements, Defendants are filing a 14-minute DVD containing video excerpts of her testimony relating to the pre-litigation meetings, sign-in sheets, and documents that were turned over to Mr. Cade.  Defendants will provide courtesy copies via overnight delivery to this Court and Plaintiffs' counsel.

Dated: November 2, 2007

/s/ John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

/s/  Bernard Taylor, Sr.
Bernard Taylor, Sr. (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific
   Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

I hereby further certify that on this 2nd day of November, 2007, I served a hard copy of the foregoing, along with a copy of the foregoing DVD, via overnight delivery, to:

Robert Leslie Palmer
Gregory A. Cade
The Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222

/s/  Matthew C. Sostrin
Of Counsel