IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is Jason A. Mayberry's motion to appear *pro hac vice* (doc. # 372). Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Jason A. Mayberry, Esq., shall file notice of appearance with this court.

Done this 5th day of November, 2007.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE