IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

# NOTICE OF FILING PLAINTIFFS' PROPOSED PROTECTIVE ORDER

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and file the proposed *Protective Order* attached as **EXHIBIT A** hereto. In support hereof, the Plaintiffs state as follows:

The Plaintiffs have requested from Defendant Louisiana-Pacific Corporation documents relating to the settlement of certain claims that Defendant Louisiana-Pacific Corporation asserted in the lawsuit styled as *Ketchikan Pulp Company and Louisiana-Pacific Corporation v. ACE Indemnity Insurance Company, Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company*, No. A01-223-CIV, filed on July 20, 2001 in the United States District Court for the District of Alaska. In addition, the Plaintiffs have served subpoenas on Defendant Louisiana-Pacific Corporation's insurers, Granite State Insurance Company, New Hampshire Insurance Company, The Insurance Company of the

State of Pennsylvania, and Ace Indemnity Insurance Company seeking, *inter alia*, the same documents (hereinafter the "Insurance Settlement Documents"). Defendant Louisiana-Pacific Corporation contends that the Insurance Settlement Documents are confidential and should be protected from disclosure outside of the prosecution of this case.

At the hearing before this Honorable Court on Monday, October 29, 2007, counsel for Defendant Louisiana-Pacific Corporation advised the Court that the Plaintiffs had served subpoenas on its insurers and stated that the Insurance Settlement Documents were confidential but that Defendant Louisiana-Pacific Corporation would consent to their production if they were protected by a protective order. ***The Plaintiffs are willing to consent to the entry of a reasonable protective order*** and have prepared the proposed *Protective Order* attached as **EXHIBIT A** hereto.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that this Honorable Court will satisfy Defendant Louisiana-Pacific Corporation's request for a protective order by entering the proposed *Protective Order* attached as **EXHIBIT A** hereto.

                                        */s/ Robert Leslie Palmer*
                                        Robert Leslie Palmer, State Court ID No. PAL007
                                        Environmental Litigation Group, P.C.
                                        3529 Seventh Avenue South
                                        Birmingham, Alabama 35222
                                        Telephone: 1-205-328-9200
                                        Facsimile: 1-205-328-9206

                                        ATTORNEYS FOR THE PLAINTIFF

**Notice of Filing Plaintiffs' Proposed Protective Order**　　　　　　　　　　　　　　　　　　　　**Page 2**
*M.C. v. Pactiv Corporation, et al.*, Civil Action No. 2:06cv83-LES
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**

# CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2007, I caused the foregoing *Notice of Filing Plaintiffs' Proposed Protective Order* to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to all counsel of record.


                                                */s/ Robert Leslie Palmer*
                                                Of Counsel

**Notice of Filing Plaintiffs' Proposed Protective Order**　　　　　　　　　　　　　　　　　　　　**Page 3**
*M.C. v. Pactiv Corporation, et al.*, **Civil Action No. 2:06cv83-LES**
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**