IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child, | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06-CV-00083-LES-CSC |
| | JURY TRIAL DEMANDED |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | DEFENDANTS |

PLAINTIFFS' COUNSEL'S REPORT TO THE COURT

Comes now Plaintiffs' counsel, W. Eason Mitchell, and shows unto this Honorable Court as follows:

1. That Plaintiffs' counsel Mitchell underwent surgery and hospitalization on October 29 and 30, 2007, and is presently unable to participate in a status scheduling conference due to recovery and effects of pain. Counsel expects full recovery.

2. It is counsel's belief and understanding that issues regarding corporate representatives' depositions have been resolved between the parties.

3. Counsel is scheduled for an outpatient procedure on November 13, 2007, and expects to be available after November 14, 2007.

4.	Counsel Mitchell has no opposition to the hearing going forward, but cannot participate due to a medical and pharmacological condition.

Wherefore, if the Court, co-counsel, or any party require Attorney Mitchell's participation, then Attorney Mitchell would move this Honorable Court to reschedule the status conference set for 4:30 p.m. this afternoon and allow counsel to contact the appropriate clerk and opposing counsel for the purpose of obtaining a mutually agreeable date and time for the scheduling status conference to be held.

Respectfully submitted this 5th day of November, 2007.

*Approved Telephonically but Not Read*

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

    I, W. Eason Mitchell, hereby certify that on November 5, 2007, I electronically filed the foregoing *Motion to Reschedule Status Conference* with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

    This 5th day of November, 2007.

                                             /s/ W. Eason Mitchell
                                             W. Eason Mitchell

87473.wpd