IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELANIE CHAMBERS, Who Sues By and Through Her Mother and Next of Friend Gail Tatum,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | CASE NUMBER:<br>2:06-CV-00083-LES-CSC<br><br>(LEAD CASE) |

## NOTICE OF APPEARANCE

**COMES NOW** Katie Loggins Vreeland of the law firm of Maynard, Cooper & Gale, P.C. and hereby enters an appearance as additional counsel for Pactiv Corporation in the above-styled case and requests that copies of all future pleadings, notices and other case-related information be served upon her.

s/ Katie Loggins Vreeland
Katie Loggins Vreeland
Bar Number: ASB-8784-L63K

One of the Attorneys for Defendant
*Pactiv Corporation*

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Regions Harbert Bldg. - Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-mail: kvreeland@maynardcooper.com

01564156.1

1

## CERTIFICATE OF SERVICE

I, Katie Loggins Vreeland, hereby certify that on November 5, 2007, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL 36101

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS 39703

Douglas Sheppard Arnold
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

R. Austin Huffaker, Jr.
Rushton Stakely Johnston & Garrett, PC
P. O. Box 270
Montgomery, AL 36101-0270

Orlyn O. Lockard, III
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Laura Ellison Proctor
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, TX 37219

Bernard Taylor, Sr.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, CA 30309-3424

John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

Matthew C. Sostrin
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

Mark R. Ter Molen
Mayer, Brown, Rowe & Maw, LLP – IL
71 South Wacher Street
Chicago, IL 60606

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL 35222

s/ Katie Loggins Vreeland
OF COUNSEL

01564156.1