IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv83-LES: ) |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

# PLAINTIFFS' STATUS REPORT TO THE COURT

COME NOW the Plaintiffs in the above-styled action, by and through undersigned counsel of record, and report to the Court that they have successfully mediated their claims against one Defendant, Pactiv Corporation, with whom a settlement agreement in principle has been reached. The Plaintiffs do not anticipate any difficulty in finalizing the details of the settlement agreement with Defendant Pactiv Corporation and once that has happened the Plaintiffs plan to dismiss Defendant Pactiv Corporation from this litigation. Defendant Louisiana-Pacific Corporation is not involved in the settlement.

/s/ Robert Leslie Palmer
Robert Leslie Palmer, State Court ID No. PAL007
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2007, I caused the foregoing ***Plaintiffs' Status Report to the Court*** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to all counsel of record.

                                                        /s/ Robert Leslie Palmer
                                                      Of Counsel

**Plaintiffs' Status Report to the Court**    Page 2
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**