IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the plaintiffs' status report (doc. # 381), it is

ORDERED that on or before November 28, 2007, defendant Louisiana-Pacific shall inform the court whether the settlement between the plaintiffs and defendant Pactiv affects the pending discovery motions (docs. # 69, 334 & 342), and if so, how the settlement affects those motions.

Done this 16th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE