IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM as Mother and Administratix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)  CASE NO. 2:06-cv-83-LES-CSC<br>)       (LEAD CASE)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PACTIV CORPORATION'S
RESPONSE TO PLAINTIFFS' STATUS REPORT TO THE COURT**

Defendant Pactiv Corporation ("Pactiv") is in receipt of the Status Report to the Court that was unilaterally filed by Plaintiffs on November 14, 2007 (docket no. 381). Pactiv confirms that substantial progress has been made with respect to a settlement between Plaintiffs and Pactiv. However, the parties have not yet agreed on all terms necessary for a final settlement structure. Discussions are ongoing with respect to unresolved terms and remain subject to approval by Pactiv's management. The parties will update the Court immediately with respect to any further developments regarding this matter.

November 16, 2007

/s/  John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to at least the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

Robert Leslie Palmer

Richard Elder Crum

Bernard Taylor

Douglas S. Arnold

Orlyn O. Lockard, III

/s/  Matthew C. Sostrin
Of Counsel