IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,<br><br>Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>) CASE NO. 2:06-cv-83-LES-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT LOUISIANA-PACIFIC'S MOTION FOR 30(b)(6) PROTECTIVE ORDER</u>**

On August 10, 2007, Plaintiffs filed their "Notice of Taking Deposition of Defendants Pursuant to Rule 30(b)(5) and (6)" (docket no. 334 – attachment 1). Defendant Louisiana-Pacific Corporation ("LP") objected to Plaintiffs proposed Rule 30(b)(6) topics and moved this Court on October 8, 2007 for an order narrowing the scope of Plaintiffs Rule 30(b)(6) topics (docket no. 334).

On October 25, 2007, Plaintiffs filed "Plaintiffs' Offer to Compromise in Connection with Defendants' First October, 2006 Motion for Protective Order" (docket no. 361) in which Plaintiffs' counsel requested that this Court accept LP's proposed forty-seven 30(b)(6) topics with the addition of four supplemental topics. One of those four proposed supplemental topics sought the authentication of documents. The parties have agreed that they will exchange documents during the course of this litigation and obtain the authentication of documents, where appropriate, by those means. The protective order that LP presently submits to the Court incorporates the three remaining topics with the exception that the proposed topics have been

limited in scope to conform to the previously proposed forty-seven topics, primarily with regards to limiting questioning to the time during which LP has owned the Lockhart facility at issue in this litigation.

LP respectfully requests that the Court grant its Motion and enter the proposed Protective Order attached hereto as Exhibit 1.

Respectfully submitted this 16th day of November, 2007.

/s/ Joshua L. Becker
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)
Joshua L. Becker (admitted *pro hac vice*)

*Counsel for Defendant Louisiana-Pacific Corporation*

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com
josh.becker@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street

Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of November, 2007, I filed the foregoing DEFENDANT LOUISIANA-PACIFIC'S MOTION FOR 30(b)(6) PROTECTIVE ORDER via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Bob Palmer

John Berghoff

Mark TerMolen

Matt Sostrin

Roberta Wertman

Jaimy Hamburg

        /s/ Joshua L. Becker
        Of Counsel