IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CIVIL ACTION NO. 2:06cv83-LES ) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is defendant Louisiana Pacific's motion for a protective order regarding FED. R. CIV. P. 30(b)(6) topics filed on November 16, 2007 (doc. # 384). Upon consideration of the motion, it is

ORDERED that on or before November 29, 2007, the opposing parties shall show cause why the motion should not be granted.

Done this 19th day of November 2007.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE