IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC |
| vs. | ) ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## DEFENDANT LOUISIANA-PACIFIC'S STATUS REPORT TO THE COURT

In response to the Court's Order of November 16, 2007 (docket no. 382, the "Order"), Defendant Louisiana-Pacific Corporation ("LP") reports that it was not a participant in the settlement negotiations reported in Plaintiffs' and Pactiv's Status Reports to the Court (docket nos. 381, 383, and 385). Therefore, the results of those negotiations do not affect LP's status in this case. LP has agreed, however, to meet with Plaintiffs on Wednesday, November 21, 2007, for the purpose of determining whether there is any potential for resolving the issues in this case at this stage of the litigation. In the interim, LP is continuing to schedule depositions and take other discovery in the case in order to meet the deadline for completing fact discovery set out in the Court's Scheduling Order and to prepare the case for a trial to occur in September of 2008.

Regarding Defendants' Joint Motion to Compel (docket no. 69), LP respectfully requests that the Court rule upon the motion.

Regarding Louisiana-Pacific's Motion for Protective Order Narrowing Plaintiffs' 30(b)(6) Notice (docket no. 334), Plaintiffs responded by submitting an Offer to Compromise (docket no.

361) that adopted the forty-seven topics outlined by LP while also suggesting four additional topics for consideration. On November 16, 2007, having conferred with Plaintiffs' counsel regarding the four additional topics suggested by Plaintiffs, LP filed its Motion for Protective Order Regarding Rule 30(b)(6) Topics (docket no. 384) incorporating three of those topics under the same limitations outlined in its original motion.[1] In light of the agreement of both parties as to the forty-seven 30(b)(6) topics suggested by LP, as well as the Court's current consideration of LP's November 16, 2007 motion regarding the remaining three topics under consideration,[2] LP respectfully submits that it does not seek a ruling on its October 8, 2007 motion (docket no. 334) at this time.

Regarding Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Requests for Documents Pursuant to Rules 34 and 30(b)(5) (docket no. 342), Plaintiffs Response (docket no. 360) withdrew the original document requests and, as a compromise, submitted Plaintiffs' Substitute Requests for Production of Documents to Defendants (docket no. 360, Exh. A) and Plaintiffs' Request for Admissions to Defendants (docket no. 360, Exh. B). LP is currently responding to these discovery requests in accordance with the Federal Rules of Civil Procedure. Accordingly, LP respectfully submits that it does not seek a ruling on its October 15, 2007 motion (docket no. 342) at this time.

---

[1] LP understands that Plaintiffs' counsel would be willing to stipulate to the topics, but based upon the Court's direction, LP submitted its motion seeking the Court's Order. An understanding was also reached between LP and Plaintiffs as to the fourth topic suggested in Plaintiffs' response to the motion, document authentication, making it unnecessary to address it as a separate 30(b)(6) topic.

[2] The court has scheduled November 29, 2007 as the date by which Plaintiffs must show cause why the motion for protective order should not be granted.

Respectfully submitted this 19th day of November, 2007.

/s/ Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of November, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

                                    /s/Sean A. Simmons\_\_
                                    Of Counsel