IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) | CASE NO. 2:06-cv-83-LES-CSC |
| vs. ) ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, ) ) ) | |
| Defendants. ) | |

### DEFENDANT LOUISIANA-PACIFIC'S SUPPLEMENTAL STATUS REPORT TO THE COURT

In further response to the Court's Order dated November 16, 2007 (dkt. no. 382), Defendant Louisiana-Pacific Corporation ("LP") hereby advises the Court that recent negotiations between LP and Plaintiffs' counsel have reached a stage resulting in a tentative agreement to resolve the issues in this case at this juncture.

While the tentative agreement between LP and Plaintiffs' counsel remains subject to the further negotiation of mutually-agreeable terms and conditions and final approval by the parties, LP no longer believes that it is necessary for the Court to rule on Defendants' Joint Motion to Compel (docket no. 69) at this time. LP will notify the Court if LP believes it necessary to renew its request for a ruling on said Motion in the future.

Respectfully submitted this 27th day of November, 2007.

/s/ Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

LEGAL02/30615880v1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I filed the foregoing via the Court's electronic filing system which will send notice of said filing to all counsel of record.

/s/Orlyn O. Lockard, III
Of Counsel

LEGAL02/30615880v1