IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court are the following motions: the defendants' joint motion to compel (doc. # 69), the plaintiffs' motion to strike the Defendants' Supplemental Brief in Support of the Motion to Compel (doc. # 232), the plaintiffs' Stipulation and Motion to Moot Defendants' Motion to Compel (doc. # 234), defendant Louisiana-Pacific's motion for a protective order (doc. # 334), the defendants' joint motion for a protective order (doc. # 342) and defendant Louisiana-Pacific's motion for a protective order (doc. # 384). On November 14, 2007, the plaintiffs filed a status report informing the court that they had reached a settlement "in principle" with defendant Pactiv (doc. # 381). On November 27, 2007, defendant Louisiana-Pacific filed a status report informing the court that the parties had "reached a stage in a tentative agreement to resolve the issues in this case at this juncture." (Doc. # 388). Accordingly, upon consideration of the motions, and the parties' status reports, it is

ORDERED that the defendants' joint motion to compel (doc. # 69), the plaintiffs'

motion to strike the Defendants' Supplemental Brief in Support of the Motion to Compel (doc. # 232), the plaintiffs' Stipulation and Motion to Moot Defendants' Motion to Compel (doc. # 234), defendant Louisiana-Pacific's motion for a protective order (doc. # 334), the defendants' joint motion for a protective order (doc. # 342) and defendant Louisiana-Pacific's motion for a protective order (doc. # 384) be and are hereby DENIED as moot.

Done this 28th day of November, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE