IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) ) ) ) ) ) ) ) |

## JOINT MOTION FOR STAY

By and through undersigned counsel, the Plaintiffs, Defendant Louisiana-Pacific Corporation ("LP"), and Defendant Pactiv Corporation ("Pactiv") advise the Court that recent negotiations between (i) Plaintiffs' counsel and LP, and (ii) Plaintiffs' counsel and Pactiv have reached a stage resulting in tentative agreements to resolve the issues in this case at this juncture. While the tentative agreements between Plaintiffs' counsel and LP and between Plaintiffs' counsel and Pactiv remain subject to the further negotiation of mutually-agreeable terms and conditions and final approval by the parties, the parties believe that a 30-day stay of all proceedings will be beneficial to said further negotiations.

Therefore, Plaintiffs, LP, and Pactiv jointly move the Court for a 30-day stay of all proceedings. All parties reserve the right to ask this Court to lift the stay if settlement discussions are deemed unsuccessful before the expiration of the 30-day period.

LEGAL02/30618945v2

Respectfully submitted this 30th day of November, 2007.

/s/Gregory A. Cade
Gregory A. Cade (CAD010)
Mark L. Rowe (ROW005)
Robert L. Palmer (PAL007)
Fred R. DeLeon (DEL021)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, Alabama  35222
Telephone: (205) 328-9200
Facsimile: (205) 328-9206
GregC@elglaw.com


W. Eason Mitchell (MIT 020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Tel: (662) 327 - 0903
Fax: (662) 329-4832
emitchell@colom.com

*Counsel for Plaintiffs*

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

/s/John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I filed the foregoing via the Court's electronic filing system.

/s/Orlyn O. Lockard, III  
Of Counsel