IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, <br><br> Plaintiff, <br><br> vs. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, <br><br> Defendants. | ) ) ) ) ) CASE NO. 2:06-cv-83-LES-CSC ) ) ) ) ) ) ) ) |

## ORDER

Having reviewed the Motion to Stay filed jointly by all parties on November 30, 2007,

IT IS HEREBY ORDERED that all proceedings in these related cases are hereby stayed for a period of thirty (30) days from the entry of this Order.

So ordered this ___ day of _____, 2007.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE