```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

GAIL BEDSOLE TATUM, as Mother  )
and Administratrix of the      )
Estate of MELANIE CHAMBERS, a  )
deceased minor child,          )
                               )
       Plaintiff,           )   CIVIL ACTION NO. 2:06CV83-LES
                               )          (LEAD CASE)
   v.                          )
                               )
PACTIV CORPORATION and         )                ORDER
LOUISIANA-PACIFIC CORPORATION, )
                               )
       Defendants.          )
_____)

This matter is before the Court on the motion to stay filed jointly by all parties (Filing No. 390). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The joint motion to stay is granted; this action is stayed until January 7, 2008. On or before said date, the parties shall file a joint status report concerning settlement proceedings.

2) All pending motions are denied without prejudice as moot.

DATED this 5th day of December, 2007.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court