IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                            PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                                            (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                             DEFENDANTS

**MOTION TO REFER THIS CASE TO A UNITED STATES JUDGE MAGISTRATE
TO COMPLETE MEDIATION AND ALTERNATIVE RESOLUTION**

Comes now Plaintiffs' counsel, W. Eason Mitchell, and reports to the Court that:

1.  The parties have engaged in settlement discussions, mediation and pre-suit and formal discovery before the filing of this action in these consolidated cases.

2.  The parties have continued to engage in settlement discussions and mediation efforts during the pendency of this action.

3.  The parties have reached an agreement on the most difficult settlement issues, the amount, but the parties agreement is subject to additional

1

agreement on administrative, timing, approval, proof of claim and distribution issues.

4. All counsel have a belief and intention that the unresolved issues will be solved.

5. Due to the relative complexity of a number of issues in this case, it would be helpful if the remaining unresolved issues were set for a mediation/resolution conference before a United States Judge Magistrate.

6. Due to a tentative resolution of the most difficult issues, it would not be necessary for corporate representatives to be present and this matter could be set expeditiously.

7. Setting this matter for a resolution/mediation conference before a United States Judge Magistrate would encourage more expeditious, complete resolution to provide for fair distribution, administrative and approval issues that are yet unresolved, even though the parties are presently attempting to resolve those issues.

WHEREFORE, counsel requests that this Court refer this case for a mediation/resolution meeting or conference, or, in the alternative, for a scheduling conference for modification of the scheduling order before a United

States Judge Magistrate and that after selection of a Magistrate, that all counsel and the Magistrate determine the best time and date for conference.

Respectfully submitted this 21st day of December, 2007.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

### CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on December 21, 2007, I electronically filed the foregoing *Motion to Refer this Case to a United States Judge Magistrate to Complete Mediation and Alternative Resolution* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ W. Eason Mitchell
W. Eason Mitchell