IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC |
| vs. | ) ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

**REQUEST FOR LEAVE TO FILE MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO CERTAIN PLAINTIFFS**

Defendants Louisiana-Pacific Corporation and Pactiv Corporation hereby request leave of Court to file a "Motion for Entry of Final Judgments as to Certain Plaintiffs." A copy of Defendants' proposed motion is attached hereto as Exhibit A.

In support of this request, Defendants note the following:

1. By Order dated December 5, 2007, this Court stayed all proceedings in view of settlement negotiations between the parties (dkt. no. 391).

2. Defendants continue to believe that the stay is beneficial to further settlement negotiations for the reasons noted in the parties' Joint Motion to Stay (dkt. no. 390).

3. Entry of final judgment with prejudice as to certain Plaintiffs who were previously dismissed without prejudice will give finality and assist the parties in completing the terms of settlement in the remaining cases.

- 2 -

    4.       Defendants therefore respectfully request leave of Court to file the proposed "Motion for Entry of Final Judgments as to Certain Plaintiffs" attached hereto.

[SIGNATURES ON FOLLOWING PAGES]

Respectfully submitted this 31st day of December, 2007.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

LEGAL02/30650490v1

- 4 -

/s/John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrown.com
mtermolen@mayerbrown.com
msostrin@mayerbrown.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2007, I filed the foregoing document, including the referenced Exhibit A, via the Court's electronic filing system which will send notice to all counsel of record.

/s/Orlyn O. Lockard, III
Of Counsel

LEGAL02/30650490v1