# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO. 2:06-cv-83-LES-CSC** |
| **vs.** | ) ) | |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** | ) ) ) | |
| **Defendants.** | ) | |

## PROPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO CERTAIN PLAINTIFFS

Defendants Louisiana-Pacific Corporation and Pactiv Corporation jointly move this Court for entry of final judgment in favor of Defendants as to all claims by certain Plaintiffs listed on the Exhibit to "Plaintiffs' Counsel's Partial Response to Defendants' Motion to Dismiss" (dkt. no. 215). In support of this Motion, Defendants show the Court as follows:

1.  This Court's Order dated January 8, 2007 required each Plaintiff to provide certain information to Defendants on or before March 2, 2007. (*See* dkt. no. 182). The Court expressly indicated that any plaintiff failing to provide a timely response would be subject to "dismissal of his or her claims with prejudice." (*Id.*, p. 4).

2.  Defendants therefore sought dismissals, with prejudice, as to Plaintiffs who did not timely respond to the Court's Order. (*See* dkt. no. 205).

3.     Plaintiffs' counsel only opposed said Motion to Dismiss insofar as it sought dismissals with prejudice at that time, arguing that "Plaintiffs' counsel cannot represent any valid reason that [these] Plaintiffs failed to timely respond, but do request that in the event of dismissal, the Court not enter a final judgment until sufficient time has expired in order to allow these Plaintiffs who may have valid and acceptable excuses to seek relief from the order of dismissal."  (*See* dkt. no. 215).

4.     Thereafter, this Court entered an Order dated April 9, 2007 (dkt. no. 222) dismissing without prejudice all claims by 347 Plaintiffs that failed to produce a written response to the January 8, 2007 *Lone Pine* Order (dkt. no. 182).  Claims by two of these Plaintiffs, Cedric Alphonso Williams and Jessie Moore, were subsequently reopened for cause and without objection from Defendants.

5.     Defendants respectfully submit that the 345 other Plaintiffs dismissed without prejudice on April 9, 2007 have now had more than ample time to present "valid and acceptable excuses" for failing to respond to the Court's January 8, 2007 *Lone Pine* Order.  Indeed, more than eight months have passed without any of these Plaintiffs seeking relief from the order of dismissal or otherwise attempting to re-assert their claims.

6.     So that the parties can achieve certainty and finality with respect to the claims of these 345 other Plaintiffs, Defendants respectfully request that that the Court enter final judgments as to all claims asserted by all Plaintiffs listed on the Exhibit to "Plaintiffs' Counsel's Partial Response to Defendants' Motion to Dismiss" (dkt. no. 215) other than Plaintiffs Cedric Alphonso Williams and Jessie Moore.

Respectfully submitted this 31st day of December, 2007.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel: (334) 206-3100
Fax: (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee 37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

LEGAL02/30649651v1

/s/John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

Counsel for Defendant Pactiv Corporation

OF COUNSEL:

MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrown.com
mtermolen@mayerbrown.com
msostrin@mayerbrown.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com