IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child, )<br>)<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PACTIV CORPORATION and )<br>LOUISIANA-PACIFIC CORPORATION, )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION NO. 2:06CV83-LES<br>(LEAD CASE)<br><br><br>ORDER |

This matter is before the Court on defendants' request for leave to file motion for entry of final judgments as to certain plaintiffs (Filing No. 394). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendants shall have until January 7, 2008, to file a motion for entry of final judgments as to certain plaintiffs.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court