```
           IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother    )
and Administratrix of the        )
Estate of MELANIE CHAMBERS, a    )
deceased minor child,            )
                                 )
              Plaintiff,         )  CIVIL ACTION NO. 2:06CV83-LES
                                 )        (LEAD CASE)
       v.                        )
                                 )
PACTIV CORPORATION and           )           ORDER
LOUISIANA-PACIFIC CORPORATION,   )
                                 )
              Defendants.        )
_____)
```

       This matter is before the Court on plaintiffs' motion to refer this case to a United States Magistrate Judge to complete mediation and alternative resolution (Filing No. 392). The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that said motion is granted; this action is referred to Magistrate Judge Charles S. Coody to assist the parties in the finalization of settlement of this action.

       DATED this 2nd day of January, 2008.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court