IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:06-cv-83-LES-CSC ) |
| vs. | ) ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

In response to the Court's Order dated December 5, 2007 (dkt. no. 391), the parties advise the Court negotiations regarding the final terms and conditions necessary to effectuate their tentative settlement agreements continue and that pursuant to the Court's Order dated January 1, 2008 (dkt. no. 396), the parties have scheduled meetings with Magistrate Judge Charles S. Coody to occur January 8 and 9, 2008.

[SIGNATURES ON FOLLOWING PAGES]

Respectfully submitted this 7th day of January, 2008.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)
Douglas S. Arnold (admitted *pro hac vice*)
Orlyn O. Lockard, III (admitted *pro hac vice*)

*Counsel for Defendant Louisiana-Pacific*

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
doug.arnold@alston.com
skip.lockard@alston.com

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

Laura Proctor
ASB 1504-R54L
Associate General Counsel
Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219
Tel: (615) 986-5878
Fax: 1-866-741-5091
laura.proctor@lpcorp.com

- 3 -

/s/John C. Berghoff, Jr.
John C. Berghoff, Jr. (admitted *pro hac vice*)
Mark R. Ter Molen (admitted *pro hac vice*)
Matthew C. Sostrin (admitted *pro hac vice*)

*Counsel for Defendant Pactiv Corporation*

OF COUNSEL:

MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
jberghoff@mayerbrownrowe.com
mtermolen@mayerbrownrowe.com
msostrin@mayerbrownrowe.com

ADDITIONAL COUNSEL:

H. Thomas Wells, Jr.
Alabama Bar No. WEL004
John A. Earnhardt
Alabama Bar No. EAR006
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel:  (205) 254-1000
Fax: (205) 254-1999
twells@maynardcooper.com
jearnhardt@maynardcooper.com

- 4 -

        /s/ Gregory A. Cade
        Gregory A. Cade (CAD010)
        Robert L. Palmer (PAL007)
        Fred R. DeLeon (DEL021)
        Mark L. Rowe (ROW005)
        Environmental Litigation Group
        3529 Seventh Avenue South
        Birmingham, Alabama  35222
        Telephone: (205) 328-9200
        Facsimile: (205) 328-9206
        GregC@elglaw.com

        /s/W. Eason Mitchell
        W. Eason Mitchell (MIT 020)
        The Colom Law Firm, LLC
        Post Office Box 866
        Columbus, MS 39703-0866
        Tel: (662) 327 - 0903
        Fax: (662) 329-4832
        emitchell@colom.com

        *Counsel for Plaintiffs*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, I filed the foregoing via the Court's electronic filing system.

      /s/Orlyn O. Lockard, III
      Of Counsel