IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                     PLAINTIFF

VERSUS                          CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                           (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                      DEFENDANTS


**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS CERTAIN PLAINTIFFS WITH PREJUDICE**

Come now Plaintiffs' attorneys, W. Eason Mitchell, Wilbur O. Colom, Edward L. Pleasants, III, and file this response in opposition to Defendants' motion to dismiss certain Plaintiffs with prejudice.

This opposition is not intended to be an appearance, except to fulfil professional responsibility where required. This matter has already been the subject of a prior motion and appearance before the Court in Omaha, Nebraska. Plaintiffs adopt and incorporate their prior arguments and state

1

that these Plaintiffs' counsel know, or have learned, of nothing new since the prior motion to dismiss without prejudice.

Respectfully submitted this 15th day of January, 2008.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on January 15, 2008, I electronically filed the foregoing *Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Certain Plaintiffs with Prejudice* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ W. Eason Mitchell
W. Eason Mitchell