IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                    PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                          (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                               DEFENDANTS

MOTION TO ALLOW WITHDRAWAL OF PLAINTIFFS' COUNSEL

Come now Plaintiffs' counsel, W. Eason Mitchell, Wilbur O. Colom and Edward L. Pleasants, III, and move the Court to allow them to withdraw as counsel for those Plaintiffs listed in Defendants' motion to dismiss certain Plaintiffs with prejudice.

It is Plaintiffs' counsel's information and belief that the prior Plaintiffs who are the subject of this motion to withdraw have been informed, by letter to their last known address, that Plaintiffs' counsel in this action no

1

longer represent them and said notice was given at approximately the same time as Plaintiffs' counsel's motion to withdraw.

Respectfully submitted this 15th day of January, 2008.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on January 15, 2008, I electronically filed the foregoing *Motion to Allow Withdrawal of Plaintiffs' Counsel* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ W. Eason Mitchell
W. Eason Mitchell