IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                               PLAINTIFF

VERSUS                              CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                              (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                      DEFENDANTS

## MOTION TO APPOINT GUARDIAN AD LITEM

Come now Plaintiffs in the above styled cause and move the Court to appoint a Guardian Ad Litem to represent the interest of minors and/or incompetents in the event of Court approval of the pending settlement of this cause. Plaintiffs would show as follows:

1. That the parties have agreed upon the amount of settlement and expect to present to the Court a distribution method to determine payment of settlement proceeds to individual plaintiffs.

2. That the review of a Guardian Ad Litem of distribution methods, case data and statistics, and medical records will be necessary for the Guardian to

represent and give advice concerning settlement for minors and incompetents.

3. That it is fair, just and in the interest of judicial economy to appoint a Guardian Ad Litem who can take part in and provide advice and participation in final formulation of distribution methods.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on February 11, 2008, I electronically filed the foregoing *Motion to Appoint Guardian Ad Litem* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ W. Eason Mitchell
W. Eason Mitchell