IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                                           PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                                       (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                                               DEFENDANTS

### MOTION TO FILE DOCUMENTS, AFFIDAVITS AND INFORMATION CONCERNING APPROVAL OF FEE AND SETTLEMENT UNDER SEAL

Comes now Plaintiffs' attorney, W. Eason Mitchell, and moves the Court to allow the Plaintiffs to file material relative to Court approval of attorney fees and expenses and settlement approval under seal, and as grounds therefore states as follows:

1. That the parties have agreed upon an amount of settlement, pending resolution and determination of a fair distribution method; and

1

2. That the attorneys expect to petition the Court for approval of attorney fees and expenses and, in particular, for approval of attorney fees and expenses in the cases of minors and incompetents; and

3. That material, information and affidavits concerning attorneys' time and work product will include information that is privileged and confidential; and

4. That it would be just, proper and in the interest of justice if the Plaintiffs were allowed to provide information to the Court relative to approval of attorney fees and expenses and settlement under seal.

WHEREFORE, Plaintiffs move the Court to issue an order that the Plaintiffs' attorneys may provide affidavits, information and other material relative to approval of attorney fees, expenses and settlement of this cause under seal and further that they may file directly with the office of the U.S. Judge Magistrate without electronic filing.

/s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on February 11, 2008, I electronically filed the foregoing *Motion to file Documents, Affidavits and Information Concerning Approval of Fee and Settlement Under Seal* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ W. Eason Mitchell
W. Eason Mitchell