IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,                                                                         PLAINTIFF

VERSUS                         CIVIL ACTION NO. 2:06-CV-00083-LES-CSC
                                                                            (LEAD CASE)

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                              DEFENDANTS

MOTION TO WITHDRAW

Comes now attorney Edward L. Pleasants, III, and moves the Court to allow him to withdraw as Plaintiffs' counsel in this matter and says as follows:

1. Attorney Edward L. Pleasants, III, is a member of the Colom Law Firm and filed an appearance and motion to appear *pro hac vice* in order to provide support and backup for attorneys W. Eason Mitchell and Wilbur O. Colom during intense work periods in preparation of this case; and

2. That the services of Edward L. Pleasants, III, are no longer necessary due to prospective settlement; and

3. That the Plaintiffs will continue to be represented by attorneys W. Eason Mitchell, Wilbur O. Colom and other Plaintiffs' counsel.

WHEREFORE, attorney Edward L. Pleasants, III, moves the Court to allow him to withdraw as counsel for plaintiffs in this cause.

/s/ Edward L. Pleasants, III
EDWARD L. PLEASANTS, III
(MSB 101857)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, Edward L. Pleasants, III, hereby certify that on February 11, 2008, I electronically filed the foregoing *Motion to Withdraw* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Edward L. Pleasants, III*
Edward L. Pleasants. III

2