# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MC, who sues by and through her Mother and next of friend, GAIL TATUM, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO.: 2:06-cv-83-LES<br>)         (LEAD CASE) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' COUNSEL ENVIRONMENTAL LITIGATION GROUP, PC'S RESPONSE TO PLAINTIFFS' COUNSEL MITCHELL'S MOTIONS

**COMES NOW** the Plaintiffs in the above styled cause, by their counsel, Environmental Litigation Group ("ELG"), and responds to their co-counsels motions as follows:

1. Plaintiffs are represented by two separate firms, Environmental Litigation Group and the Column Law Firm with Eason Mitchell. Mitchell has filed two motions entitled **Motion to File Documents, Affidavits and Information Concerning Approval of Fee and Settlement Under Seal** and **Motion to Appoint Guardian *Ad Litem*** that ELG asks this court to delay ruling on. These motions were filed without an opportunity for consultation between all Plaintiffs' counsel.

2. These motions are probably unnecessary as the settlement process is well past what the motions ask. Indeed, they would slow the process given the results already reached toward settlement and that discussions have already started on issues concerning Guardian *Ad Litem* and how to proceed with the direction of this Court. These issues can be addressed per the teleconference hearing on February 13, 2008.

3. Plaintiff's counsel have not communicated apparently not clearly with each other regarding the progress already made to meeting the settlement requirements.

4. There is surely no prejudice to delaying a ruling on these motions until Plaintiff's counsel all inform the court of the progress of final resolution.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs' counsel ELG request these motions be held until they are necessary, if ever, to finalize the settlement.

    Respectfully submitted,

    /s/ Mark Rowe
    Mark Rowe
    Environmental Litigation Group, PC
    3529 7th Avenue South
    Birmingham, Alabama  35222

**Plaintiffs' Counsel, Environmental Litigation Group, PC's, Response to Plaintiffs'**     **Page 2**
**Counsel Mitchell's Motions**
*Tatum v. Pactiv Corporation, et al.,* Civil Action No. 2:06cv83-LES
**In the United States District Court For the Middle District of Alabama, Northern Division**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, I electronically filed the foregoing **Plaintiffs' Counsel, Environmental Litigation Group, PC's, Response to Plaintiffs' Counsel Mitchell's Motions** with the Clerk of the Court using the ECF system and sent notification of such filing to the following:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis R. Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Douglas Sheppard Arnold, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | Bernard Taylor, Sr., Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

                                                 /s/ Mark Rowe
                                                 Of Counsel

---

[1]. Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

**Plaintiffs' Counsel, Environmental Litigation Group, PC's, Response to Plaintiffs'**     **Page 3**
**Counsel Mitchell's Motions**
*Tatum v. Pactiv Corporation, et al.,* Civil Action No. 2:06cv83-LES
**In the United States District Court For the Middle District of Alabama, Northern Division**