IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference be and is hereby SET by telephone conference call at 10:00 a.m. CST on March 5, 2008. The defendants shall set up the telephone conference call. It is further

ORDERED that Attorney Edward L. Pleasants, III,'s motion to withdraw (doc. # 404) be and is hereby GRANTED.

Done this 13th day of February, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE