# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **M.C. who sues by and through her mother and next friend, GAIL TATUM,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| ) | **CIVIL ACTION NO.:** |
| vs. ) | **2:06-cv-83-LES-CSC** |
| ) | **(Lead Case)** |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION** ) ) ) ) | |
| **Defendants.** ) | |

## RENEWED MOTION TO APPOINT GUARDIAN *AD LITEM*

**COME NOW** the Plaintiffs by and through their counsel of record, and requests that this Honorable Court appoint a Guardian *Ad Litem* to represent the interest of those individuals who are minors. As grounds for such request, Plaintiffs state as follows:

1. Such an appointment is consistent with Alabama law and serves to protect the defendants and those minors.

2. Such an appointment will facilitate the final settlement and resolution of this case.

3. Attached as Exhibit A to this motion are the names of the minors to whom this motion would address.

Respectfully submitted,

/s/ Mark L. Rowe
Mark L. Rowe, State Court ID No. ROW005
Gregory A. Cade, State Court ID No. CAD010
Robert Leslie Palmer, State Court ID No. PAL007
H. Gregory Harp, State Court ID No. HAR299
Fred R. DeLeon, State Court ID No. DEL021
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I caused the foregoing **Renewed Motion to Appoint Guardian Ad Litem** to be electronically filed with the Clerk of the Court using the ECF system and notification of such filing to send to all counsel of record.

/s/ Mark L. Rowe
Of Counsel

**Renewed Motion to Appoint Guardian Ad Litem**                                                                                                                Page 2
*M.C. v. Pactiv Corporation, et al., Civil Action No. 2:06cv83-LES*
**In the United States District Court**
**For the Middle District of Alabama, Northern Division**