# Exhibit A

| Fullname | DOB | Age | Guardian |
|---|---|---|---|
| Adams, Becki Lee | 6/11/1993 | 14 | Phyllis Adams |
| Adams, Joseph Daniel | 8/9/1994 | 13 | Frank Adams |
| Adams, Kayla S. | 10/9/1991 | 16 | Randy Adams |
| Allred, Brandon | 12/1/1997 | 10 | Janice Allred |
| Allred, Brittany | 12/1/1997 | 10 | Janice Allred |
| Anderson, Armand | 7/20/1997 | 10 | Lykeshia Matthews Anderson |
| Anthony, Rudarius JaVaun | 1/20/2003 | 5 | Rudolph Anthony |
| Ball, Zakiyyah | 6/14/1998 | 9 | Krister Flowers |
| Barnes, Jonathan Tyler | 2/27/1998 | 10 | Gary and Joann Barnes |
| Barrineau, Jonathan Andre | 1/19/1994 | 14 | Cindy and Charles Barrineau |
| Bedsole, Misty | 12/7/1989 | 18 | Tim Bedsole |
| Biddle, Houston Gene | 9/19/1991 | 16 | Susan Biddle |
| Bradley, Clayton Andrew | 5/20/1990 | 17 | Madonna Bradley |
| Bradley, Otis J. | 9/30/1990 | 17 | Coranetta Bradley |
| Bradley, RaSean | 11/9/1994 | 13 | Coranetta Bradley |
| Bramlet, Christopher | 7/7/1991 | 16 | Carolyn Jackson |
| Brooks, Christin S. | 12/2/1998 | 9 | Angela N. Dukes |
| Carroll, Shannon | 8/28/1989 | 18 | Betty Jean Jackson |
| Carson, Michael A. | 3/25/1989 | 18 | Linda Carson |
| Cassady, Emily A. | 4/5/1989 | 18 | Wendy A. Windham |
| Cassady, James Alan | 9/18/1990 | 17 | Elizabeth Cassady |
| Cassady, Katelin M. | 12/21/1992 | 15 | Wendy Windham |
| Cassady, Kevin Eli | 1/17/1997 | 11 | Jenny Cassady |
| Cassady, Nicholas Tyler | 12/19/2001 | 6 | Laura Ann Cassady |
| Cassady, Savannah E. | 12/21/1992 | 15 | Wendy Windham |
| Chambers, Keyvon Bardo | 1/1/2003 | 5 | Ken Chambers |
| Chatman, Isaiah S. | 5/13/1999 | 8 | Marc Antonio Chatman |
| Chatman, Jeremiah A. | 12/11/2001 | 6 | Tara and Steven Chatman |
| Chatman, Kyler | 2/12/1996 | 12 | Jeffery Chatman |
| Chatman, Nigel D. | 5/30/1989 | 18 | Wanda Faye Chatman-Sledge |
| Chatman, Shaniece | 1/11/1994 | 14 | Jeffrey Chatman |
| Christian, C. Ashley | 12/15/1991 | 16 | Everett Lynn Christian |
| Christian, Samuel Lynn | 5/4/1994 | 13 | Everett Lynn Christian |
| Coleman, Mercedes | 1/7/1991 | 17 | Tiffany Coleman |
| Coleman, Rashaad | 11/14/2002 | 5 | Cheybrel Bradberry |

| Fullname | DOB | Age | Guardian |
|---|---|---|---|
| Cook, Frank Lee | 4/23/1993 | 14 | Sherry Cook |
| Coon, Joshua Hunter | 10/1/1993 | 14 | Jesse Coon |
| Cotton, Michael Z. | 6/22/2003 | 4 | Michael and Joanna Cotton |
| Davis, Jayden Jevon | 2/10/2001 | 7 | Ashley Greer |
| Davis, Yasmeen | 5/10/1990 | 17 | Shannon Davis |
| Dixon, Courtne' Jenay | 4/23/1994 | 13 | Cicely Hall |
| Fleming, Ashton Xander | 2/16/2004 | 4 | Kathy Richardson |
| Fleming, Xavier Cordell | 4/10/2001 | 6 | Kathy Richardson |
| Gettis, Keonna Shaonta | 10/1/1993 | 14 | Jessica Gettis |
| Goldsmith, Houston A. | 12/31/1992 | 15 | Diana Goldsmith |
| Goodwin, Hannah | 7/19/2001 | 6 | David and Melissa Goodwin |
| Griffin, Jovontae | 4/22/1998 | 9 | Pamela Goldsmith |
| Grissett, Sean | 4/1/1997 | 10 | Stacie & John Hudson |
| Hall, Ray William | 11/27/1996 | 11 | Wendy and William Hall |
| Hall, Shiann M. | 5/13/1998 | 9 | Wendy and William Hall |
| Hallford, Judith Lee | 4/20/1989 | 18 | Sammy and Cynthia Hallford |
| Hallford, Kellie LeAnn | 12/5/2000 | 7 | Sammy and Cynthia Hallford |
| Hamilton, Zachery Ryan | 4/27/1996 | 11 | Maxine Spicer |
| Hattaway, Anah B. | 9/10/2002 | 5 | Paula and James Hattaway |
| Hattaway, Joshua | 7/31/1989 | 18 | Paula and James Hattaway |
| Henderson, Summer Shaye | 3/14/2001 | 7 | Evelyn Christina Mason |
| Hobbs, Nathan Tyler | 1/5/1996 | 12 | Kenneth Hobbs |
| Hobbs, Olivia | 11/25/1992 | 15 | Connie Buckley |
| Hudson, John Dempsey, Jr. | 9/7/2002 | 5 | Stacie and John Hudson |
| Hughes, Angelena | 6/19/1992 | 15 | Holland and Esther Hughe |
| Hughes, Hunter R. | 9/14/1992 | 15 | Debra Hughes |
| Hutcheson, Keanua Makayl | 9/11/1995 | 12 | Juliana Hutcheson |
| Jackson, Christopher Paul, | 6/4/1993 | 14 | Catherine Jackson |
| James, Chelsea Shanear | 8/22/1991 | 16 | Maquita James |
| Jowers, April Jane | 3/9/1990 | 18 | Donna Jowers |
| Kimbril, Keerie Necole | 11/12/1993 | 14 | Kimberly Kimbril |
| Kyser, Jonathon William | 9/8/1995 | 12 | Lois Hernandez |
| Martin, Chelsea Cheyenne | 7/29/1991 | 16 | Joyce Johnson Martin |
| Mason, Destiny Michelle | 4/27/1998 | 9 | Evelyn Christina Mason |
| Miller, Alyssa | 9/24/1998 | 9 | Teresa Miller |
| Morris, Briana D. | 2/3/1996 | 12 | Stephanie Slaughter |

| Fullname | DOB | Age | Guardian |
|---|---|---|---|
| Morris, David A. | 8/15/1994 | 13 | Stephanie Slaughter |
| Morris, Tuyen T. | 4/8/1991 | 16 | Stephanie Slaughter |
| Murphy, Ja'ida Evelyn | 12/10/2003 | 4 | Khaliah Thrash |
| Nance, Emily Paige | 11/14/2002 | 5 | Margie Henderson |
| Nance, Joshua Lee | 11/28/1995 | 12 | Margie Henderson |
| Nance, Levi Austin | 11/18/2000 | 7 | Margie Henderson |
| Norman, Lonnie Leroy, Jr. | 3/5/2003 | 5 | Evelyn Christina Mason |
| Olmstead, Louis | 4/30/2001 | 6 | Gregory & Natasha Olmstead |
| Parson, Deandre Marshawn | 11/17/1997 | 10 | Gwenever Jewel Peacock |
| Patrick, Elijah | 3/4/1998 | 10 | Aisha Patrick |
| Price, Aria J. | 8/1/1996 | 11 | Subrina Price |
| Price, Cortlin C. | 6/19/1995 | 12 | Subrina Price |
| Price, Heather Nichole | 10/18/1989 | 18 | Marie Price |
| Price, Ka'Trina | 2/18/1998 | 10 | Jessica Gettis |
| Price, Kavon | 11/21/1994 | 13 | Jessica Gettis |
| Radford, Angela Marie | 1/24/1994 | 14 | Angela Chatman |
| Radford, Christian | 6/19/1991 | 16 | Angela Chatman |
| Robinson, Diamond | 6/4/1998 | 9 | Theresa Bradberry |
| Robinson, Zaniya Keilani | 2/25/2001 | 7 | Fannie Robinson |
| Salter, Savion | 10/16/1996 | 11 | Sandra Barnes |
| Sheridan, Ezekiel Amari | 1/7/2003 | 5 | Veronica Sheridan |
| Simon, Zandia M. | 1/29/2001 | 7 | Ebony L. Wilkins |
| Slaughter, Hope I. | 5/15/2003 | 4 | Stephanie Slaughte |
| Smiley, Desmond | 8/13/1993 | 14 | Shandrina Murphy |
| Stewart, Henry O. | 1/15/1994 | 14 | Patricia Suggs |
| Strickland, Mason Skylar | 8/9/1994 | 13 | Laura Strickland |
| Tatum, Amber | 12/6/2000 | 7 | Eva Tatum |
| Taylor, Betty Jean | 5/11/1989 | 18 | Tammy and Earnest Oscar Taylor |
| Taylor, Earnest Daniel | 9/13/1991 | 16 | Tammy and Earnest Oscar Taylor |
| Terry (Rowe), Dawellyne | 10/18/1994 | 13 | Daphne Rowe |
| Thames, Hilary P. | 11/26/1992 | 15 | Angela Dukes |
| Thomas, Andrea | 10/8/1989 | 18 | Melissa T. Toles |
| Thomas, LaKeria | 3/13/1993 | 15 | Ebony Wilkins |
| Thompson, Courtney Ryan | 8/11/1999 | 8 | Katie Thompson |
| Thompson, Linda | 8/22/1990 | 17 | Lorene Thompson |
| Thompson, Sarah Danielle | 2/21/2004 | 4 | Katie Thompson |

| Fullname | DOB | Age | Guardian |
|---|---|---|---|
| Thrash, Cassandra | 8/27/1989 | 18 | Claudine Thrash |
| Vallandingham, Velma Lee | 4/21/1990 | 17 | Sylvia Elaine Vallandingham |
| Vaughn, Darren Matthew | 8/15/1992 | 15 | Sharon Sue Vaughn |
| Vaughn, Derrick Dewayne | 7/16/1994 | 13 | Sharon Sue Vaughn |
| Vaughn, Robert Gene, Jr. | 1/13/1991 | 17 | Sharon Sue Vaughn |
| Vickers, Okoye A. | 11/18/1992 | 15 | Willie Vickers |
| Vickers, Zouchrain O. | 4/12/1991 | 16 | Willie Vickers |
| Williams, Christopher Dale | 6/11/1993 | 14 | Renee J. Williams |
| Williams, Edwin Chamberli | 1/18/1994 | 14 | Victoria Williams |
| Williams, George Brian | 9/6/1991 | 16 | Renee J. Williams |
| Williams, O'Shae | 9/25/2000 | 7 | Bernita Goldsmith |
| Worrell, Jenna Alexis | 4/23/2001 | 6 | Tracy Thompson Worrell |
| Worrell, Melissa Jayne | 3/29/1994 | 13 | Julia Franks |
| Wright, Wesley C. | 12/10/1994 | 13 | Earnestine Holmes |

*Count:* **121**