IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference be and is hereby SET by telephone conference call at 9:00 p.m. CST on April 2, 2008. The defendants shall set up the telephone conference call.

Done this 26th day of March, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE