IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL BEDSOLE TATUM, as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a deceased minor child,<br><br>    Plaintiff,<br><br>    v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>    Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. 2:06CV83-LES ) (LEAD CASE) ) ) ) ) ORDER ) ) ) ) |

This matter is before the Court on joint motion for entry of final judgments as to certain plaintiffs (Filing No. 397). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that final judgment dismissing with prejudice is entered as to all claims asserted by all plaintiffs listed on the exhibit to "Plaintiffs' Counsel's Partial Response to Defendants' Motion to Dismiss (Filing No. 215), other than plaintiffs Cedric Alphonso Williams and Jessie Moore.

DATED this 31st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court