```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

GAIL BEDSOLE TATUM, as Mother   )
and Administratrix of the       )
Estate of MELANIE CHAMBERS, a   )
deceased minor child,           )
                                )
              Plaintiff,        )   CIVIL ACTION NO. 2:06CV83-LES
                                )          (LEAD CASE)
        v.                      )
                                )
PACTIV CORPORATION and          )             ORDER
LOUISIANA-PACIFIC CORPORATION,  )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on the motion of W. Eason Mitchell, Wilbur O. Colom and Edward L. Pleasants, III, to withdraw as counsel for the plaintiffs listed in defendants' motion to dismiss certain plaintiffs with prejudice (Filing No. 401). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; W. Eason Mitchell, Wilbur O. Colom and Edward L. Pleasants, III, are deemed withdrawn as counsel for the plaintiffs listed in defendants' motion to dismiss certain plaintiffs with prejudice.

DATED this 31st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court