IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv83-LES ) (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set at 9:00 p.m. CST on April 10, 2008 be and is hereby **RESET to 9:00 a.m.** CST on April 10, 2008. The defendants shall set up the telephone conference call.

Done this 4th day of April, 2008.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE