IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO.: 2:06cv83-LES |
| PACTIV CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) |

# PLAINTIFFS' MOTION TO DISMISS

COMES NOW the Plaintiff in the above styled cause, and dismisses the following cases with prejudice based upon reasons given below

1. Lisa Harrison, originally filed on August 24, 2006 under the case styled as follows: *Robert Lawrence, et al. v. Pactiv Corporation, et al. 2:06cv758*. This plaintiff was accidentally filed under two separate case numbers due to a typographical error in the spelling of her name. She was also filed on August 2, 2006 under the case styled as follows: *Brooks, et al. v Pactiv Corporation et al. 2:06cv660*. However due to Plaintiff's lack of compliance with the *Lone Pine Order* her case under 2:06cv660 was already dismissed.

2. Benjamin Barrett, originally filed on August 16, 2006 under the case styled as follows: *Mildred W. Anderson, et al. v. Pactiv Corporation, et al. 2:06cv739*. This case should have been, and was thought to have been dismissed earlier.

3. The Defendants understand that there are 1046 Plaintiffs and by this dismissal, the number of Plaintiffs is 1044.

4. By these dismissals, the Defendants incur no prejudice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request this Court to dismiss the Plaintiffs named above.

                                              */s/ Gregory Andrews Cade*
                                              Gregory Andrews Cade
                                              State Court ID No. CAD010
                                              Environmental Litigation Group, P.C.
                                              3529 Seventh Avenue South
                                              Birmingham, Alabama 35222
                                              Telephone: 1-205-328-9200
                                              Facsimile: 1-205-328-9206
                                              ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I caused the foregoing *Plaintiffs' Motion to Dismiss* to be served on the following by email transmission:

| For the Plaintiffs | For the Defendant Pactiv Corporation | For the Defendant Louisiana-Pacific Corporation |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis R. Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Douglas Sheppard Arnold, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | Bernard Taylor, Sr., Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

                                              */s/ Gregory Andrews Cade*
                                              Of Counsel

---

[1].   Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.