IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

## ORDER

The parties have notified the court that they have reached an amicable settlement of all issues in this case. This litigation involves minor plaintiffs and pending before the court is the February 11, 2008 motion to appoint guardian ad litem (doc. # 402) as well as the March 25, 2008 motion to appoint a guardian ad litem (doc. # 410), both filed by the plaintiffs.

Upon consideration of the motions, and for good cause, it is

ORDERED as follows:

1. That the motions to appoint a guardian ad litem (docs. # 402 & 410) be and are hereby GRANTED and Mrs. Kelly Fitzgerald Pate, Esq., of the law firm of Balch and Bingham be and is hereby APPOINTED guardian ad litem to represent and defend the interests of the minor children in these proceedings.

2. No later than the fifth day of each month beginning June 2008, the Guardian Ad Litem shall file electronically a monthly status report advising the Court of her progress and detailing the number of hours expended. The status report shall also set forth an estimate of

additional hours anticipated to complete her review and representation of the minor plaintiffs. In a manner to be determined by the court at a later date, the Guardian Ad Litem will be compensated for the reasonable hours expended at the rate of $220.00 per hour and will be reimbursed for reasonable expenses.

The Clerk of the Court is DIRECTED to add Mrs. Pate to the electronic docketing system as an interested party and to give her access to this case in the system on the same basis as counsel for the parties.

Done this 22nd day of April, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE