IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PACTIV CORPORATION, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:06cv83-LES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF POTENTIAL INCOMPETENCY

**COME NOW** the Plaintiffs in the above styled cause, and notify the Court and all involved parties of the following issues regarding the potential competency of the Plaintiffs listed below. Per warranties requested by the Defendants in this cause, Plaintiffs' counsel have made the determination that eight (8) Plaintiffs (see list A below) have been confirmed incompetent but have already completed the necessary steps to appoint a personal representative on their behalf. It is the belief of the Plaintiffs' counsel that ten (10) Plaintiffs (see list B below) may be deemed incompetent. It is Plaintiffs' counsel's belief that the Guardian Ad Litem appointed by the Court in its Order dated April 22, 2008 (Filing No. 421) would be more qualified to make the determination of this subjective analysis.

| LIST A | | LIST B | |
|---|---|---|---|
| Joanus Brown | (2:06CV-660) | Mildred Aplin | (2:06CV-660) |
| Ruthie Carson | (2:06CV-660) | Yancey Brooks | (2:06CV-187) |
| Teresa Coon | (2:06CV-660) | Beverly DeVaughn | (2:06CV-739) |
| Roy Lee Johnson | (2:06CV-739) | William S. Lawrence | (2:06CV-739) |
| Ayesha Lynn | (2:06CV-739) | David Porter | (2:06CV-739) |
| Annie Bell Reed | (2:06CV-739) | Jennifer Adams | (2:06CV-660) |
| Linda Session | (2:06CV-660) | Leroy Geohagan | (2:06CV-739) |

| LIST A | | LIST B | |
|---|---|---|---|
| Margie Taylor | (2:06CV-739) | Thomas J. Maddox | (2:06CV-739) |
| | | Estelle Porter | (2:06CV-739) |
| | | Charles (Mike) Read | (2:06CV-739) |

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request this Court to inform the Guardian Ad Litem of the determinations made by Plaintiffs' counsel as to the competency of the Plaintiffs listed above and take the necessary steps to adjudicate them.

/s/ Gregory Andrews Cade
Gregory Andrews Cade
State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have, on this the 30th day of April 2008, caused the above and foregoing *Plaintiffs' Notice of Potential Incompetency* to be electronically filed with the Clerk of Court using the AlaFile system which will send notification of such filing to counsel of record.

/s/ Gregory Andrews Cade
Of Counsel

**Plaintiffs' Notice Of Potential Incompetency**                                             Page 2
*Tatum v. Pactiv Corporation, et al.,* Civil Action No. 2:06cv83-LES
In the United States District Court For the Middle District of Alabama, Northern Division