IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACTIV CORPORATION, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:06CV83-LES (LEAD CASE) |

## STATUS REPORT

Kelly F. Pate, guardian ad litem representing and defending the interests of the minor children in the above-styled matter, submits this status report pursuant to this Court's April 22, 2008 order (doc. # 421) and shows as follows.

1. To date, undersigned counsel and her paralegal have expended together approximately 37 hours.

2. The majority of the hours expended thus far have been spent gathering necessary documents and files from counsel, conferences with counsel regarding the same, and beginning review of the same.

3. Undersigned counsel has not yet completed her review of the necessary files and documents.

4. Undersigned counsel has also had a conference with a structuring consultant regarding administration of the settlement proceeds. Undersigned counsel anticipates additional conferences, both in-person and via telephone, which are necessary to her review and will be scheduled in the coming weeks.

192679.1

1

5.      Undersigned counsel anticipates approximately 30 to 45 additional hours will be required to complete her review of the settlements for the minor plaintiffs.

Respectfully submitted this 5th day of June 2008.

/s/Kelly F. Pate
Attorney, Guardian ad Litem, for all Minor Plaintiffs

**OF COUNSEL:**
Kelly F. Pate
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on this the 5th day of June, 2008, as follows:

| **For the Plaintiffs** | **For the Defendant Pactiv Corporation** | **For the Defendant Louisiana-Pacific Corp.** |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis R. Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Douglas Sheppard Arnold, Esq. |
| William Eason Mitchel, Esq.1 | John Aaron Earnhardt, Esq. | Bernard Taylor, Sr., Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

/s/ Kelly F. Pate
Of Counsel

---

[1] Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.

192679.1

2