IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

ORDER

On June 6, 2008, the court held a conference call with counsel for the parties and the guardian ad litem. As a consequence of the understandings reached during that conference, it is

ORDERED as follows:

1. That a pro ami hearing to determine the fairness and reasonableness of the settlement of the claims of the minor children be and is hereby set on July 21, 2008, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. That following that hearing, the undersigned will convene a mediation session with counsel for the parties to resolve the issue of payment of the fees of the guardian ad litem. Counsel are DIRECTED to have available persons with authority concerning this issue.

Done this 6th day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　　　
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE