IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO. 2:06cv83-LES ) (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

On April 30, 2008, the plaintiffs filed a notice of potential incompetency (doc. # 425). Upon consideration of the notice, and for good cause, it is

ORDERED that the guardian ad litem previous appointed for the minor children in this case, Attorney Kelly Fitzgerald Pate of the law firm of Balch and Bingham, be and is hereby APPOINTED guardian ad litem to also represent and defend the interests of the incompetents in these proceedings.

Done this 13th day of June, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE