IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, et al., | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) § § |
| PACTIV CORPORATION, et al., | § § |
| Defendants. | § § § |

## STATUS REPORT

Kelly F. Pate, guardian ad litem representing and defending the interests of the minor children and the incompetent (and potentially incompetent) plaintiffs in the above-styled matter, submits this status report pursuant to this Court's April 22, 2008 order (doc. # 421) and shows as follows.

1.  Since undertaking this case, undersigned counsel and her paralegal have expended together approximately 107 hours to date.[1]

2.  The hours expended thus far have been spent on a variety of tasks, including gathering necessary documents and files, conferences regarding the same, reviewing documents, conferences with a principal of the firm plaintiffs' counsel has engaged to assist with the administration of the settlement, and in-person meetings and telephone calls with the minor children and potential incompetent plaintiffs and/or their representatives/guardians.

---

[1] Since the filing of the last status report, the Court made clear by order dated June 13, 2008 that undersigned counsel is to represent the interests of the minor plaintiffs and the incompetent plaintiffs. (*See* doc. # 428.)

193457.1

4. In addition to completing her review of the relevant documents, undersigned counsel has scheduled additional conferences, both in-person and via telephone, which are necessary to her review and which are scheduled over the next two weeks.

5. In the last status report undersigned counsel underestimated the amount of time needed to complete her review of the settlements. Undersigned counsel anticipates approximately 50 additional hours will be required to complete her review of the settlements for the minor and incompetent plaintiffs in time for the hearing scheduled on July 21, 2008.

Respectfully submitted this 7th day of July 2008.

/s/Kelly F. Pate
Attorney for Guardian ad Litem for all Minor Plaintiffs

**OF COUNSEL:**

Kelly F. Pate
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on this the 7th day of July, 2008.

/s/ Kelly F. Pate
Of Counsel