IN THE UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,**                                                                                    **PLAINTIFF**

VERSUS                                    CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

(LEAD CASE)

**PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,**                                                **DEFENDANTS**

**PETITION FOR APPROVAL OF ATTORNEYS FEES AND EXPENSES**

Plaintiff's attorney, W. Eason Mitchell, moves the Court to approve payment of reasonable attorneys' fee and expenses by Plaintiffs in this action who are minors and/or incompetent persons. The requested fees and expenses are as follows:

1. Forty percent (40%) of the recovery approved by this Court for any minor or incompetent Plaintiff, one-half of which is to be paid to the Colom Law Firm, LLC, and one-half to Environmental Litigation Group LLC; and,

2. A pro-rata assessment of case preparation expenses incurred by Plaintiffs' attorneys of $508,013.07 by the Colom Law Firm and $202,251.15 by Environmental Litigation Group, to be determined by the ratio of each Plaintiff's gross recovery amount and the total settlement amount for all Plaintiffs who participated in the settlement agreement.

In support of this motion, Plaintiffs' attorney shows that:

1. Plaintiffs' attorneys were employed to render services in this case for a fee of forty percent (40%) of any recovery, which was contingent on the outcome of the matter, and for reimbursement of reasonable preparation expenses to be deducted from the Plaintiffs' portion in the event of recovery.

2. Plaintiffs' attorneys' fee agreement was in writing and provides for a contingent fee of forty percent (40%) of recovery and reimbursement of attorneys' case preparation expenses from the clients' share.

3. The requested total attorneys' fee and expense reimbursement are reasonable, not excessive, and the expenses were incurred. The division of fees between law firms is approximately in proportion to the services performed and is subject to an agreement between Colom Law Firm and Environmental Litigation Group. The Plaintiffs have been advised of and have not objected to participation of all lawyers involved and have been advised that a division of fees will occur that will not change the fee agreement.

4. Attorneys' expense ledgers, fee agreement, referral agreement and settlement division calculations have been provided to the Plaintiffs' Guardian Ad Litem.

5. The method of mathematical computation of reasonable case expense among Plaintiffs is not set out in attorneys' written fee agreement. The division of settlement proceeds among Plaintiffs is not equal, but is based upon each Plaintiff's claimed disease and does not provide any additional payments for selected trial Plaintiffs. The preparation of the trial Plaintiffs' cases and evaluation of certain selected Plaintiffs'

claims equally benefitted all Plaintiffs in the settlement agreement. A pro rata application of attorneys' expense is the most fair and reasonable way to calculate expense reimbursement in accordance with attorneys' written fee agreement and is reasonable in this case.

6. Affidavit of Plaintiffs' attorney and an affidavit of expert attorney Hunter Lundy are attached as exhibits.

7. Plaintiffs have agreed to a settlement of this case, subject to Court approval of amounts allocated to minors and incompetent persons for a total amount which is a reasonable settlement.

Submitted this the 15th day of July, 2008.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
**emitchell@colom.com**

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 15, 2008, I electronically filed the foregoing *Motion to Withdraw Motions* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ W. Eason Mitchell
W. Eason Mitchell