**IN THE UNITED STATES DISTRICT Court**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**


**GAIL BEDSOLE TATUM as Mother and**
**Administratrix of the Estate of**
**MELANIE CHAMBERS, a Deceased**
**Minor Child,**                                                        **PLAINTIFF**


**VERSUS**                                   **CIVIL ACTION NO. 2:06-CV-00083-LES-CSC**

                                                                  **(LEAD CASE)**


**PACTIV CORPORATION and**
**LOUISIANA-PACIFIC CORPORATION,**                         **DEFENDANTS**


**MOTION TO ALLOW FILING OF MOOT MOTION**


Comes now Plaintiff's counsel, W. Eason Mitchell, and moves the Court to allow filing of a moot motion and as reasons for this motion, states as follows:

1.      Counsel prepared a motion which would protect the health care privacy of Plaintiff Sharon Hayes. A copy of that motion is attached as Exhibit A.

2.      Counsel informed Plaintiff Hayes that a motion to protect her privacy and confidential communications concerning health issues was being filed.

3.      Counsel electronically sent the motion to the offices of the Colom Law Firm for final preparation and filling in this Court.

4.      Colom Law Firm has experienced a computer server failure and the email from counsel was not received, along with a loss of electronically stored documents in other cases.

5.      When Counsel learned that the motion had not been filed, counsel made a similar

motion in open Court and it was granted without opposition. The motion is now

moot.

Counsel recognizes that the filing of moot motions is not in the interest of judicial efficiency,

but, in this limited case, the filing of a moot motion preserves representations made to a party.

Submitted this the 22nd day of July, 2008.


                                    /s/ W. Eason Mitchell
                                    W. EASON MITCHELL (MIT020)
                                    The Colom Law Firm, LLC
                                    Post Office Box 866
                                    Columbus, MS 39703-0866
                                    Telephone: 662-327-0903
                                    Facsimile: 662-329-4832
                                    **emitchell@colom.com**


### CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 22, 2008, I electronically filed the foregoing *Motion to Allow Filing of Moot Motion* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


                                    /s/ W. Eason Mitchell
                                    W. Eason Mitchell