IN THE UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**GAIL BEDSOLE TATUM as Mother and
Administratrix of the Estate of
MELANIE CHAMBERS, a Deceased
Minor Child,**                                                                                          **PLAINTIFF**

VERSUS                                                CIVIL ACTION NO. 2:06-CV-00083-LES-CSC

                                                                                                **(LEAD CASE)**

**PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,**                                                **DEFENDANTS**

## MOTION FOR PROTECTIVE ORDER

Comes now Plaintiff Sharon Hayes and moves the Court for a protective order to protect Plaintiff's health care privacy and confidential attorney client communications. Plaintiff moves the Court to enter an order as follows, or a similar order, which will protect the interests of Plaintiff:

1. That the Court will review Plaintiff's medical records and communications with counsel concerning her health care, or damages, in camera.

2. That any arguments or conclusions concerning Plaintiffs medical condition made in any motions shall be filed under seal and shall be kept under seal by the Clerk of Court, unless the Court orders otherwise. This is not intended to prevent disclosure to counsel of record, or Sharon Hayes.

3. That any transcripts or Court proceedings in which the medical records or communications of Plaintiff Hayes are discussed shall be protected in a manner which will preserve her privacy and confidential communications.

4. That any communications or records of Plaintiff Hayes which are subject to privilege, shall not be subject to waiver of privilege by providing those communications and records to the Court for in camera review.

5. That any records which the Court determines may be available for inspection by Defendants shall be subject to such protection that the Court finds appropriate in order to protect the privacy and privileges of Plaintiff Hayes.

Submitted this the _____ day of July, 2008.

/s/
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
**emitchell@colom.com**

**CERTIFICATE OF SERVICE**

I, W. Eason Mitchell, hereby certify that on July _____, 2008, I electronically filed the foregoing *Motion for Protective Order* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/
W. Eason Mitchell