IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, </br></br>    Plaintiff, </br></br>v. </br></br>PACTIV CORPORATION, et al, </br></br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 2:06cv83-LES </br>        (LEAD CASE) |

**O R D E R**

Now pending before the court is the July 22, 2008, motion (doc. # 432) filed by the plaintiffs. The plaintiffs made this motion orally in open court on July 21, 2008, and the court granted the motion in open court. Accordingly, in light of the court's ruling in open court, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 1st day of August, 2008.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE