### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., Who Sues By and Through Her Mother And Next of Friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:06-cv-00083-LES-CSC |
| vs. | ) ) ) | |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW

The undersigned, Akila Sankar McConnell, hereby moves to withdraw as counsel of record to Defendant Louisiana-Pacific Corporation in this and all related cases. In support of this motion, the undersigned shows the Court as follows:

1.      Alston & Bird LLP is one of the firms representing Defendant Louisiana-Pacific Corporation in this matter.

2.      The undersigned is no longer practicing with Alston & Bird LLP.

WHEREFORE, the undersigned asks that this motion be granted and the Court enter an Order allowing her to withdraw as counsel of record to Louisiana-Pacific in this and all related cases.

This 19th day of August, 2008.

/s/Akila Sankar McConnell
Akila Sankar McConnell (admitted *pro hac vice*)
2728 Fieldston Lane
Jacksonville, Florida  32207

LEGAL02/30919082v1

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2008, I filed the foregoing via the Court's electronic

filing system, which will send notice to all counsel of record.

/s/Orlyn O. Lockard, III
Orlyn O. Lockard, III