IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the August 19, 2008, motion to withdraw (doc. # 436) filed by attorney Akila Sankar McConnell. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 436) be and is hereby GRANTED.

Done this 19th day of August, 2008.

                /s/Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE