IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C. who sues by and through her mother and next friend, GAIL TATUM | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CIVIL ACTION NO. 2:06cv83-LES: |
| vs. | )<br>) |
| PACTIV CORPORATION, et al., | )<br>) |
| Defendants. | ) |

## PLAINTIFFS' SUPPLEMENTAL REPORT TO THE COURT

**COME NOW** Plaintiffs' counsel, and files this *Supplemental Report to the Court* in regards to certain Plaintiffs as stated below

1.  Plaintiffs' counsel are satisfied with the ability of Charles Read to sign on behalf of his case and on behalf of the estate of Hazel Read estate and maintain that although Mr. Read was placed on the list of potential incompetents filed with the Court, there is no issue with his competence.

Respectfully submitted on this the 21st day of August 2008.

/s/ Gregory Andrews Cade
Gregory Andrews Cade
State Court ID No. CAD010
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 1-205-328-9200
Facsimile: 1-205-328-9206

ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I caused the foregoing ***Plaintiffs' Supplemental Report to the Court*** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

| **For the Plaintiffs** | **For the Defendant Pactiv Corporation** | **For the Defendant Louisiana-Pacific Corporation** |
|---|---|---|
| Robert Leslie Palmer, Esq. | John C. Berghoff, Jr., Esq. | Dennis R. Bailey, Esq. |
| Gregory Andrews Cade, Esq. | Matthew C. Sostrin, Esq. | R. Austin Huffaker, Esq. |
| Fred R. DeLeon, Jr., Esq. | Mark R. Ter Molen, Esq. | Orlyn O. Lockhard, III, Esq. |
| Wilbur O. Colom, Esq. | H. Thomas Wells, Jr., Esq. | Douglas Sheppard Arnold, Esq. |
| William Eason Mitchell, Esq. | John Aaron Earnhardt, Esq. | Bernard Taylor, Sr., Esq. |
| Richard Elder Crum, Esq.[1] | Edwin Bryan Nichols, Esq. | Laura Ellison Proctor, Esq. |

                                      */s/ Gregory Andrews Cade*
                                      Of Counsel

---

1.    Richard Elder Crum does not represent all of the Plaintiffs but represents one estate and entered an appearance in order to receive all filings.