IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

M.C., who sues by and through her           )
mother and next friend, GAIL TATUM,         )
                                            )
      Plaintiff,                            )
                                            )
v.                                          )     CIVIL ACTION NO.  2:06cv83-LES
                                            )              (LEAD CASE)
PACTIV CORPORATION, et al,                  )
                                            )
      Defendants.                           )

## ORDER

Currently, the following four cases, 2:06cv83-*Tatum*, 2:06cv-739-*Wallace,* 06cv84-*Phillips* and 2:06cv187-*Creech*, are set for pretrial conference on August 25, 2008 and jury selection and trial on September 8, 2008.  For good cause, and with the express permission of the District Judge assigned to this case, it is

ORDERED that these cases be and are hereby CONTINUED generally pending further order of the court.

Done this 22nd day of August, 2008.


                /s/Charles S. Coody
             CHARLES S. COODY
             UNITED STATES MAGISTRATE JUDGE