IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, et al., | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. 2:06cv83-LES (LEAD § CASE) |
| PACTIV CORPORATION, et al., | § § |
| Defendants. | § § § |

## STATUS REPORT

Kelly F. Pate, guardian ad litem in the above-styled matter, submits the following status report.

1.    As of close of business on September 4, 2008 and since the filing of the final status report on August 21, 2008, undersigned counsel and her paralegal(s)/staff have expended together approximately 22.80 hours.

2.    At the pro ami hearing on July 21, 2008, the Court appointed undersigned counsel to represent the interests of plaintiff Sharon S. Hayes and to review Ms. Hayes's settlement offer.

3.    Undersigned counsel has reviewed Ms. Hayes's file, secured and reviewed additional medical records, reviewed other pertinent documents, spoken by telephone on numerous occasions with Ms. Hayes, and has had telephone calls with the expert who was engaged in this matter to develop the settlement matrix.

4.    Based on Ms. Hayes's desires for the settlement, undersigned counsel has continued to work with plaintiffs' counsel and plaintiffs' expert to adjust the settlement assignment for Ms. Hayes.

5. On September 2, 2002, Ms. Hayes executed a revised acceptance document and also executed a release reflecting her agreement to accept the settlement.

6. Undersigned counsel believes that the settlement for Ms. Hayes is reasonable and is in her best interests.

Respectfully submitted this 5th day of September 2008.

                                                s/ Kelly F. Pate
                                                Guardian ad Litem for Minors and Incompetents Plaintiffs

**OF COUNSEL:**

Kelly F. Pate
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

**CERTIFICATE OF SERVICE**

    I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Bernard Taylor, Esq.
Orlyn O. Lockard, III, Esq.
Alston-Byrd
One Atlantic Center
1201 West Peachtree
Atlanta GA 30309-3424

John Berghoff, Esq.
Roberta M. Wertman, Esq.
Mayer Brown
71 S Wacker Dr.
Chicago, IL 60606

Eason Mitchell, Esq.
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

Greg Cade, Esq.
Mark Rowe, Esq.
Environmental Litigation Group, P.C.
3529 7th Avenue South
Birmingham, AL  35222

                s/ Kelly F. Pate
                Of Counsel