**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GAIL BEDSOLE TATUM as Mother and Administratrix of the Estate of MELANIE CHAMBERS, a Deceased Minor Child,** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 2:06-CV-00083-LES-CSC (LEAD CASE)** |
| **PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,** | **DEFENDANTS** |

**MOTION TO FILE MASTER
SETTLEMENT AGREEMENT UNDER SEAL**

Plaintiffs' counsel report to the Court as follows:

All releases have been completed and the parties anticipate filing a joint motion for completion of the settlement of these cases. The parties have entered into a master settlement agreement which the parties expect would be incorporated into a final order in these cases. The master settlement agreement contains terms which the parties have agreed to keep confidential.

Defense counsel does not oppose this motion.

Wherefore, Plaintiffs move this Court to allow filing of the parties master settlement agreement under seal.

1

Respectfully submitted this 11th day of September, 2008.

    /s/ *W. Eason Mitchell*
W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on September 11, 2008, I electronically filed the foregoing *Motion to File Master Settlement Agreement Under Seal* with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ *W. Eason Mitchell*
W. Eason Mitchell