IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| M.C., who sues by and through her mother and next friend, GAIL TATUM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv83-LES (LEAD CASE) |
| PACTIV CORPORATION, et al, ) ) | |
| Defendants. ) | |

**O R D E R**

Now pending before the court is the September 11, 2008, motion to file master settlement agreement under seal (doc. # 445) filed by the plaintiffs. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to seal (doc. # 445) be and is hereby GRANTED. When the motion for completion of the settlement and the master settlement agreement is filed, the Clerk of the Court is DIRECTED to file the pertinent documents under seal.

Done this 11th day of September, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE